-continued

| | |
|---|---|
| | 3 ml |

\*\*\*GM stimulators include but are not limited to various factors which can be tested for colony stimulation, as described for the CFU-GM assay. The volume of the GM stimulator, and thus of the IMDM, may vary with the type of stimulator used (e.g., mouse = PWMSCM; Human = 5637 CM or PHALCM). Also note that IMDM is strictly a compensation for the remaining volume of 3 l.

3. Mix suspension thoroughly by vortexing and inversion of tubes.
4. After allowing bubbles to rise from the mixture, place 1 ml mixture in each of two 10×35 mm culture plates containing erythropoietin, hemin, and colony stimulating factors, if so desired. Rotate the plates so that the mixture coats the surface of the plates.
5. Place these 2 plates in a large 15×100 mm petri dish along with a 10×35 mm humidifying dish containing about 1 ml of $H_2O$. Replace the lid of the large dish.
6. Place the petri dish in an appropriate incubator for 14 days. Conditions of incubation are the same as described for the CFU-GM assay of Section 6.6.1.
7. Remove plates from the incubator and score by observation of colonies under an inverted or stereoscopic microscope.

In some cultures, the GM stimulator/burst-promoting activity (e.g., medium conditioned by 5637 cells or PHALCM) can be omitted; under these conditions, the assay detects a more mature population of BFU-E (BFU-E-2) cells and few or no CFU-GEMM cells.

6.6.2.1. Preparation of 2.1% Methyl Cellulose

The 2.1% methylcellulose, for use in the BFU-E/CFU-GEMM assay, was prepared as follows:

| Stock solution: | |
|---|---|
| 2.1% Methocel (Dow Chemical Co.) | 21 grams |
| Boiling water | 500 ml |
| 2× IMDM | 500 ml |

Procedure:

The gram weight of methyl cellulose is put into a sterile 3 liter Erlenmeyer flask (having a sterile stopper) containing a sterile magnetic flea on a large magnetic stirrer. To prevent as little frothing as possible, stirring is initiated while 500 ml of sterile boiling distilled $H_2O$ is gently poured down the sides of the flask. Stirring continues at room temperature until the flask gradually cools (this may take an hour). When the flask is no longer hot to the touch, 500 ml of 2×IMDM, which had been allowed to come to room temperature, is added to the flask without frothing. The flask is stoppered and transferred to the cold room (4° C.) where stirring continues for 48 hours. The solution is then sterilely aliquoted into sterile 100 ml bottles. The bottles are stored frozen for up to 6 months (protected from light).

6.6.2.2. Preparation of Hemin

The hemin, for use in the BFU-E/CFU-GEMM assay, was prepared as follows:

| 260 mg | Hemin (Eastman Kodak #2203) |
|---|---|
| 4 ml | 0.5M NaOH |
| 5 ml | Tris buffer, 1 M, pH 7.8 (approximately |

-continued

| |
|---|
| 9.5 parts acid to 3 parts base) |

Bring to 100 ml with double-distilled $H_2O$.
1. Dissolve hemin in NaOH completely before adding Tris buffer and $H_2O$.
2. After adjusting the volume to 100 ml, filter-sterilize by passage through an 0.45 um filter, and store in 2–3 ml aliquots at −20° C.

6.6.2.3. Preparation of Iscove's Modified Dulbecco's Medium

1×Iscove's Modified Dulbecco's Medium (IMDM), for use in the BFU-E/CFU-GEMM assay, was prepared as follows:
1. Measure out 5% less water (deionized, distilled) than desired total volume of medium, using a mixing container that is as close to the final volume as possible.
2. Add powder medium (Gibco Laboratories, Formula No. 78-5220), to water with gentle stirring at room temperature (do not heat water).
3. Rinse out the inside of the package, to remove all traces of the powder.
4. Add 3.024 grams of $NaHCO_3$ per liter of medium.
5. Dilute to the desired volume with water. Stir until dissolved.
6. Do not adjust pH. Keep container closed until medium is filtered.
7. Sterilize immediately by Nalgene filtration.

To prepare 1 liter of 2×liquid medium, follow the above procedure, except use 2 envelopes of powder instead of one, and 6.048 gm $NaHCO_3$.

6.6.3. Stem Cell Colony Forming Unit Assay

The assay used for stem cell (S-cell) quantitation does not directly assay self-renewal, but instead assays for the ability to generate secondary multilineage colonies on replating. This assay is done essentially the same as the BFU-E/CFU-GEMM assays, except that cultures are scored after 21–28 days of incubation rather than after 14 days (for BFU-E and CFU-GEMM). The drug 4-hydroperoxycyclo-phosphamide (4HC) appears to spare immature progenitors at the expense of mature progenitors, and may be useful for pretreating cells before assay. Factors which can be tested for increasing the self-renewal ability of S-cells in vitro (thus increasing assay efficiency) include but are not limited to hemin, oxygen tension (Smith, S. and Broxmeyer, H. E., 1986, Brit. J. Haematol. 63:29–34), superoxide dismutase, glucose oxidase, IL-3, GM-CSF, G-CSF, M-CSF, erythropoietin, IL-1, IL-4, etc.

6.6.4. Assay of the Proliferative Status of Stem and Progenitor Cells

The proliferative status of stem and progenitor cells can be measured by a high specific activity tritiated thymidine ($^3$HTdr) kill (or suicide) technique, carried out as follows:
1. In two small 12×75 mm polystyrene tubes, place the appropriate volume of stock cell suspension containing 2–3 times the number of cells required for plating. (For bone marrow, 2–3×10$^6$ cells and for spleen, 15–20×10$^6$ cells. For cord blood: 2–3×10$^6$ (approx.) cells.) Label them a and b.
2. Pellet the cells by centrifugation at 200–400×g at 4° C. for 10 minutes.
3. Carefully remove and discard the supernatant.
4. Add 0.5 ml of McCoy's 5A medium supplemented as prescribed in Section 6.6.1.1, supra, and with FCS at 10% V/V.

US 6,461,645 B1

| 49 | 50 |

5. To tube b, add 50 uCi of $^3$HTdr (New England Nuclear, #NET-027xThymidine, [methyl-$^3$H]-20.0 Ci/mmol; 5.0 mCi/5.0 ml $H_2O$). As a control, to tube a, add 50 ul of McCoy's 5A medium.
6. Place cap back on tubes and gently vortex in order to resuspend cells.
7. Place the tubes in a tray also containing $H_2O$, in an incubator with an atmosphere of 5% $CO_2$, and a temperature of 37° C., for 20 minutes.

freeze-thawing process. Eight cord blood samples, obtained as described in Section 6.1, supra, and separated by use of Ficoll-Hypaque, were analyzed. The results are shown in Table V.

TABLE V

RECOVERY OF CORD BLOOD HEMATOPOIETIC PROGENITOR CELLS AFTER FREEZE-THAWING

| Sample | Pre-/Post-Freeze-Storage | No. Viable Cells × $10^{-6}$ | Total Number of Hematopoietic Progenitor Cells per $4 \times 10^6$ Frozen Cells | | | | |
|---|---|---|---|---|---|---|---|
| | | | CFU-GM Day 7 | CFU-GM Day 14 | BFU-E-2 | BFU-E-1 | CFU-GEMM |
| CB-1 | Pre | 3.7 | 1332 | 5254 | 3848 | 2146 | 3108 |
| | Post | 2.5 | 284 | 2162 | 1680 | 1652 | 1205 |
| % Survival after Thaw | | 67.6 | 21.3 | 41.1 | 43.7 | 77.0 | 38.8 |
| CB-2 | Pre | 3.8 | 3268 | 6004 | 4028 | 4104 | 4864 |
| | Post | 1.4 | 1902 | 2688 | 2361 | 1911 | 990 |
| % Survival after Thaw | | 36.8 | 58.2 | 44.7 | 58.6 | 46.6 | 20.4 |
| CB-3 | Pre | 3.8 | 912 | 4408 | 2964 | 2356 | 2660 |
| | Post | 1.6 | 746 | 2782 | 1702 | 1826 | 742 |
| % Survival after Thaw | | 42.1 | 81.8 | 63.1 | 57.4 | 77.5 | 27.9 |
| CB-10 | Pre | 3.9 | 1014 | 7800 | 3354 | 3120 | 2964 |
| | Post | 1.2 | 1300 | 3175 | 1526 | 829 | 794 |
| % Survival after Thaw | | 30.8 | 128.2 | 40.7 | 45.4 | 26.6 | 26.8 |
| CB-14 | Pre | 3.8 | 1900 | 3724 | 4484 | 3952 | 3344 |
| | Post | 1.1 | 1034 | 2672 | 1194 | 1240 | 892 |
| % Survival after Thaw | | 28.9 | 54.4 | 71.8 | 26.6 | 31.4 | 26.7 |
| CB-15 | Pre | 3.6 | 720 | 2160 | 3096 | 2448 | 1512 |
| | Post | 1.7 | 426 | 2424 | 1170 | 1062 | 740 |
| % Survival after Thaw | | 47.2 | 59.2 | 112.2 | 37.8 | 43.4 | 48.9 |
| CB-16 | Pre | 3.7 | 518 | 1110 | 592 | 1036 | 740 |
| | Post | 0.8 | 112 | 548 | 190 | 280 | 143 |
| % Survival after Thaw | | 21.6 | 21.6 | 49.4 | 67.9 | 27.0 | 19.3 |
| CB-17 | Pre | 3.7 | 0 | 0 | 592 | 1332 | 592 |
| | Post | 0.5 | 190 | 550 | 170 | 360 | 210 |
| % Survival after Thaw | | 13.5 | 100 | 100 | 28.7 | 27.0 | 35.5 |
| Average % Survival after Thaw: | | 36.1 | 65.6 | 65.4 | 45.8 | 44.6 | 30.5 |
| Range ( ) | | (13.5–67.6) | (21.3–128.2) | (40.7–112.2) | (28.7–67.9) | (26.6–77.5) | (19.3–48.9) |

8. Add 0.5 ml (2.5 mg) of ice cold (4° C.) "cold" (nonradioactive) thymidine (Sigma #T-9250) at 5 mg/ml to each tube, and vortex lightly. Add an additional 2 ml of ice cold McCoy's 5A medium to each tube.
9. Pellet cells by centrifugation at 200–400×g at 4° C. for 10 minutes.
10. Aspirate the supernatant into an appropriate container (one used for radioactive disposal), and resuspend the cells with 2 ml cold medium. Repeat step #10.
11. Aspirate the supernatant into an appropriate container. Resuspend with McCoy's 5A containing 10% FCS to a volume where the cell concentration is at least 10 fold greater than the plating concentration.
12. Keep cells on ice until ready to plate.
13. Plate and carry out colony forming assays as described supra in sections 6.6.1 through 6.6.3.

6.7. Recovery After Freeze-thawing of Human Hematopoietic Progenitor Cells Derived from Cord Blood

The results of progenitor cell assays after freeze-thawing were compared to results of the same assays obtained before freeze-thawing, in order to assess the recovery of hematopoietic progenitor cells from human cord blood after the

As shown in Table V, the average % survival after freeze-thawing was 36.1, 65.6, 65.4, 45.8, 44.6, and 30.5, respectively, for nucleated cells, day 7 CFU-GM, day 14 CFU-GM, BFU-E-2, BFU-E-1, and CFU-GEMM. There was a range of variability in recovery rates.

It should be noted that the data presented in Table V reflects cell losses incurred during Ficoll-Hypaque separations and procedures for DMSO removal, two steps which are omitted in a preferred embodiment of the invention (NB: DMSO should be removed before colony assays if such are desired to be carried out).

6.8. Calculations of the Reconstituting Potential of Cord Blood

The following discussion demonstrates that individual collections of cord blood (such as described in Section 6.1) contains sufficient hematopoietic stem and progenitor cells to repopulate the hematopoietic system of an individual.

A survey of published reports indicates that the number of CFU-GM infused for autologous bone marrow reconstitution in human patients, can be relied on as an indicator of the potential for successful hematopoietic reconstitution (Spitzer, G., et al., 1980, Blood 55(2): 317–323; Douay et al., 1986, Exp. Hematol. 14:358–365). By standardizing

published data by patient weight, and assuming a patient weight of 150 pounds (67.5 kilograms), the calculated number of CFU-GM needed for successful hematopoietic reconstitution using autologous bone marrow cells ranges from $2-425\times10^4$, with faster recovery noted using greater than $10\times10^4$ CFU-GM.

The data presented in Table III, supra, for 81 cord blood collections, analyzed for day 14 CFU-GM count, shows a range of $0-109\times10^4$ CFU-GM per Ficoll-Hypaque-separated individual blood collections. Seventy samples contained greater than or equal to $2\times10^4$ CFU-GM, while thirty samples contained greater than or equal to $10\times10^4$ CFU-GM. It should be emphasized that this data is derived from Ficoll-Hypaque-separated cells obtained by either gravity drainage from the cord or needle aspiration from the delivered placenta. In a preferred embodiment of the invention, where whole blood is both frozen and infused for therapeutic use, losses due to Ficoll-Hypaque separation can be avoided (see Table IV and Section 6.3.1 infra for data on cell losses incurred during Ficoll-Hypaque separations). In addition, as mentioned in Section 6.1, supra, in recent blood collections, we have been able to obtain volumes approximately twice as large as shown in FIG. 2 or described in Table III, by using needle aspirations from the delivered placenta at the root of the placenta and in the distended surface veins, in combination with cord drainage. Furthermore, an adjustment of the collection protocol to provide for immediate cord clamping upon delivery should result in receipt of greater blood collection volumes (See Yao, A. C., et al., Oct. 25, 1969, Lancet:871–873, wherein collected neonatal blood, obtained by drainage from the umbilical cord and from the delivered placenta, averaged 126.6 ml volume when the umbilical cord was clamped in less than 5 seconds after birth). Thus, although an analysis of the data of Table III should be adjusted for expected losses during freeze-thawing (which losses, however, should not exceed 35%), there should be sufficient cord stem and progenitor cells per collection sample to successfully effect hematopoietic reconstitution.

Furthermore, the reconstituting capacity of cord blood hematopoietic cells may be higher than that of an equal number of bone marrow cells. Colonies derived from cord blood cells are usually larger in size than those derived from adult bone marrow.

### 6.9. In Vitro Culture Conditions for Hematopoietic Stem and Progenitor Cells

Culture conditions for the growth in vitro of hematopoietic progenitor cells from human cord blood have been described in Smith, S. and Broxmeyer, H. E., 1986, British Journal of Hematology, Vol. 63, pp. 29–34, which is incorporated by reference herein in its entirety. Culture media was composed of the following ingredients:

RPMI 1640 media (Gibco Laboratories, Grand Island, N.Y.)
$10^{-6}$ M hydrocortisone (Sigma, St. Louis, Mo.)
5 uq/ml Vitamin $D_3$ (U.S. Biochemical Corp., Cleveland, Ohio)
20% fetal calf serum, heat-inactivated (Hyclone Laboratories, Logan, Utah)
2 gm/l $NaHCO_3$ (Fisher Scientific Co., Fair Lawn, N.J.)
100 U/ml Penicillin
100 ug/ml Streptomycin
0.25 ug/ml Fungizone

Various conditions and factors can be tested for any effect increasing the self-renewal ability of stem cells in vitro. These include but are not limited to oxygen tension (see Smith and Broxmeyer, 1986, Br. J. Hematol. 63:29–34, incorporated by reference herein), superoxide dismutase (Sigma Chemical Co., St. Louis, Mo.), glucose oxidase (Sigma Chemical Co.), and combinations of various colony stimulating factors, namely interleukin-3 (IL-3), granulocyte-macrophage (GM)-colony stimulating factor (CSF), granulocyte (G)-CSF, macrophage (M)-CSF (CSF-1), erythropoietin, IL-1, and IL-4 (B cell growth factor).

### 6.10. Mouse Dissection Protocols

Mouse bone marrow and spleen are valuable sources of murine hematopoietic stem and progenitor cells for model studies testing new and/or improved protocols for use with the human neonatal stem and progenitor cells of the present invention. Procedures for dissection of mouse bone marrow and spleen are described in Sections 6.10.1, and 6.10.2, respectively.

#### 6.10.1. Bone Marrow Dissection

The following procedure can be used to obtain a murine bone marrow cell suspension:

1. Sacrifice mouse as prescribed by cervical-thoracic dislocation.
2. Inside a laboratory hood, soak the mouse with 70% ethanol (to avoid microbial contamination), completely wetting the fur.
3. Snip through the skin, and peel the skin down to the hip by holding the foot with either forceps that have been soaked in 70% ethanol, or with fingers, and pulling the skin with forceps.
4. With sterile (alcohol-treated) forceps and scissors, cut away as much muscle tissue as possible to expose the femur.
5. Remove the tibia from the femur by cutting through the knee cartilage/joint. Discard the tibia.
6. Remove the femur from the body by placing the sharp edge of a scissors on the anterior side of the hip joint, and pulling the femur in the opposite direction against the scissors, so that the scissors fits in the fold. Snip through the joint.
7. Remove the knee end of the femur first, by snipping just the end with a scissors. Remove the hip end from the femur by the same method.
8. With a 10 cc syringe containing 5 ml media (McCoys 5A 1x) and a 27 gauge needle, place the needle in the bone cavity via the hip end of the bone.
9. Flush the marrow from the bone by forcing media into the cavity with the syringe, while holding the bone and syringe over a 17x100 mm tube.
10. After both femurs have been evacuated, break up clumps with a 10 cc syringe and a 23 gauge needle.
11. Pellet the cells by centrifugation at 400xg (1500 rpm in a Beckman TJ-6R rotor) for 10 minutes at 4° C.
12. Aspirate the supernatant and discard it.
13. Resuspend the cells with 10 ml McCoys 5A media and a pipette, and repeat steps 11 and 12.
14. Resuspend the cells with 10 ml McCoy's 5A media with a pipette, and count the cells (with a hemocytometer).

#### 6.10.2. Spleen Dissection

The following procedure ban be used to obtain a murine spleen cell suspension:

1. sacrifice mouse as prescribed by cervical-thoracic dislocation.
2. Inside a laboratory hood, soak the mouse with 70% ethanol (to avoid microbial contamination), completely wetting the fur.
3. Place the mouse on its abdomen and snip through its left side skin with a sterile scissors and forceps.

53

4. Lift the peritoneum with the forceps, and snip through to the abdominal cavity.
5. With the spleen in view, remove it and place it in a 60×100 mm dish containing 5–7 ml media.
6. Place the spleen in a sterile homogenizing screen, in the dish, and snip it into small pieces.
7. With the plunger of a 10 cc syringe, gently work the tissue through the screen into a dish containing media.
8. Transfer the cell suspension from the dish to a tube. Rinse the plate with 3 ml media and pool.
9. Resuspend small pieces by transferring the cell suspension from the tube to a 10 cc syringe, and passing it through a 23 gauge needle twice.
10. Pellet the cells by centrifugation at 400×g (1500 rpm) for 10 minutes at 4° C.
11. Aspirate the supernatant and discard it.
12. Resuspend the cells with 10 ml McCoy's 5A media and a pipette, and repeat steps 10 and 11.
13. Resuspend the cells with 10 ml McCoy's 5A media, and count the cells (with a hemocytometer).

### 6.11. Hematopoietic Reconstitution of Adult Mice with Syngeneic Fetal or Neonatal Stem Cells

The experiments described in the examples sections infra demonstrate the hematopoietic reconstitution of adult mice with syngeneic or Tla-congenic stem cells of fetal or neonatal blood.

A key reference and source of citations for use in animal model studies, which describes standards for experimental irradiation, of mice and other mammals, at the level causing 100% mortality from hematopoietic failure, and prevention of such mortality by hematopoietic reconstitution (with bone marrow cells), is: Balner, H. Bone Marrow Transplantation and Other Treatment after Radiation Injury, Martinus Nijhoff Medical Division, The Hague, 1977, which is incorporated by reference herein.

#### 6.11.1. Hematopoietic Reconstitution of Lethally-irradiated Mice with Stem Cells in Blood of the Near-term Fetus

The examples herein described demonstrate that stem cells in blood of the near-term fetus are able to reconstitute the hematopoietic system of lethally-irradiated mice.

The irradiated mice were ten (B6×A-Tla$^b$)F$_1$ hybrid males, aged seven weeks. The mice were exposed to 862.8 rads at a radiation dose of 107.85 rad/min for 8 minutes with a $^{137}$Cs source. This dose constitutes the LD100/30 days, i.e., the minimum or near-minimal Lethal Dosage causing 100% mortality within a 30-day post-irradiation period. Use of the 30-day survival endpoint is standard because hematopoietic reconstitution is deemed sufficient by that time, and any later mortality is therefore attributable to causes other than hematopoietic failure.

Blood was collected from five near-term (B6-Tla$^a$×A)F$_1$ hybrid fetuses, delivered by Caesarian section from one mother. In this experiment, near-term fetuses were used instead of neonates in order to ensure microbial sterility. The genetics of donor and recipient mice provides complete histocompatibility except for a segment of chromosome 17 bearing the Tla marker gene. All mice were maintained previously and throughout on acidified drinking water to eradicate pseudomonas and similar infective organisms.

As a restorative treatment, three mice each received 0.17 ml heparinized whole fetal blood (made up to a total volume of approximately 0.2 ml by adding M199 medium with penicillin and streptomycin added) by intravascular injection into a peri-orbital vein of the eye, within two hours of irradiation. The results (Table VI) demonstrated the resultant survival of mice reconstituted with fetal blood stem cells, in

54

contrast to the observed death of mice which had undergone no restorative treatment.

TABLE VI

HEMATOPOIETIC RECONSTITUTION OF LETHALLY-IRRADIATED ADULT MICE WITH STEM CELLS IN BLOOD OF THE NEAR-TERM FETUS

| Group | Day of Death | 30-day Survival Rate* |
|---|---|---|
| (1) Treated | 14 | 2/3** |
| (2) Controls: no restorative treatment but conditions otherwise identical | 11, 12, 12, 13, 13, 15, 15 | 0/7 |

*All 30-day survivors were normally healthy over prolonged periods of observation, displaying the typical post-irradiation graying of the coat, and would doubtless have experienced an approximately normal life-span, as is typical of reconstitution with syngeneic or near-syngeneic cell donors.
**Later typing for the Tla marker by cytotoxicity assay of thymocytes (Schlesinger, M., et al., 1965, Nature 206:1119–1121; Boyse, E. A., et al., 1964, Methods in Medical Research 10:39) established repopulation by donor cells of the injected blood.

#### 6.11.2. Hematopoietic Reconstitution of Mice with a Lesser Volume of Near-term Fetal Blood but not with Adult Blood

In the example herein, we describe a procedure which was carried out to effect the hematopoietic reconstitution of a patent by allogeneic peripheral blood stem cell infusion, for treatment of the genetic anemia Fanconi's syndrome.

The examples herein described demonstrate that a defined volume of near-term fetal blood contains adequate hematopoietic stem cells to effectively reconstitute the hematopoietic system of lethally-irradiated mice, while the same volume of adult blood will not effect successful reconstitution.

The irradiated mice were 20 (B6×A-Tla$^b$)F$_1$ hybrid males aged 7 weeks, and 10 (B6×A-Tla$^b$)F$_1$ females aged 7 weeks. The mice were exposed to 862.8 rads at a radiation dose of 107.85 rad/min for 8 minutes with a $^{137}$Cs source (LD100/30 days).

Blood was collected from eight near-term (B6-Tla$^b$×A)F$_1$ hybrid fetuses, delivered by Caesarian section from one mother. In this experiment, near-term fetuses were used instead of neonates in order to ensure microbial sterility. The genetics of donor and recipient mice provides complete histocompatibility except for a segment of chromosome 17 bearing the Tla marker gene. All mice were maintained previously and throughout on acidified drinking water to eradicate pseudomonas and similar infective organisms.

As a restorative treatment, 10 mice received 0.02 ml heparinized whole fetal blood per mouse (made up to a total volume of 0.22 ml by adding M199 medium with penicillin and streptomycin added), and 10 mice each received 0.02 ml adult whole blood identically treated, by intravascular injection into a peri-orbital vein of the eye, within 2 hours of irradiation. Control mice received no restorative treatment. The results (Table VII) demonstrated that stem cells in a defined volume of fetal blood can successfully reconstitute the hematopoietic system, while cells in an equal volume of adult blood cannot.

### TABLE VII

SUCCESSFUL HEMATOPOIETIC RECONSTITUTION
WITH A DEFINED VOLUME OF NEAR-TERM
FETAL BLOOD BUT NOT WITH ADULT BLOOD

| Group | Day of Death | 30-day Survival Rate* |
|---|---|---|
| (1) Treated with fetal blood | 10, 12, 12, 14, 14 | 5/10** |
| (2) Treated with adult blood | 11, 11, 12, 12, 12, 13, 14, 14, 15, 15 | 0/10 |
| (2) Controls: no restorative treatment but conditions otherwise identical | 9, 10, 10, 11, 11, 12, 12, 12, 15, 23 | 0/10 |

*All 30-day survivors were normally healthy over prolonged periods of observation, displaying the typical post-irradiation graying of the coat, and would doubtless have experienced an approximately normal life-span, as is typical of reconstitution with syngeneic or near-syngeneic cell donors.
**Later typing for the Tla marker by cytotoxicity assay of thymocytes (Schlesinger, M., et al., 1965, Nature 206:1119–1121; Boyse, E. A., et al., 1964, Methods in Medical Research 10:39) established repopulation by donor cells of the injected blood.

6.11.3. Hematopoietic Reconstitution with Blood of Newborn Mice in Volumes as Low as Ten Microliters

The examples herein described demonstrate that the stem cells in a volume of neonatal blood as low as 10 microliters can reconstitute the hematopoietic system of lethally-irradiated mice.

The irradiated mice were 20 (B6×A-Tla$^b$)F$_1$ hybrid males aged 8–12 weeks. The mice were exposed to 862.8 rads at a radiation dose of 107.85 rad/min for 8 minutes with a $^{137}$Cs source (LD100/30 days).

Blood was collected by cervical section from eighteen (B6-Tla$^a$×A)F$_1$ hybrid neonates, less than 24 hours old. As a restorative treatment, 5 mice received 0.04 ml heparinized whole neonatal blood per mouse (made up to a total volume of approximately 0.2 ml by adding M199 medium with penicillin and streptomycin added), (Group 1); 5 mice each received 0.02 ml (Group 2); 5 mice each received 0.01 ml (Group 3); and 5 mice received no further treatment (Group 4, radiation control). Treatment was by intravascular injection into a peri-orbital vein of the eye.

The genetics of donor and recipient mice provides complete histocompatibility except for a segment of chromosome 17 bearing the Tla marker gene. All mice were maintained previously and throughout on acidified drinking water to eradicate pseudomonas and similar infective organisms.

The results in Table VIII show that stem cells in extremely small neonatal blood volumes (down to 10 ul) were able to reconstitute the hematopoietic system.

### TABLE VIII

SUCCESSFUL HEMATOPOIETIC RECONSTITUTION
WITH NEONATAL BLOOD VOLUMES
AS LOW AS TEN MICROLITERS

| Group | Day of Death | 30-day Survival Rate* |
|---|---|---|
| (1) Treated with 0.04 ml neonatal blood | 12 | 4/5** |
| (2) Treated with 0.02 ml neonatal blood | 14, 18 | 3/5 |
| (3) Treated with 0.01 ml neonatal blood | 12, 12, 14, 14 | 1/5 |
| (4) Controls: no restorative treatment but conditions otherwise identical | 5, 6, 9, 10, 11 | 0/5 |

*All 30-day survivors were normally healthy over prolonged periods of observation, displaying the typical post-irradiation graying of the coat, and would doubtless have experienced an approximately normal life-span, as is typical of reconstitution with syngeneic or near-syngeneic cell donors.
**Later typing for the Tla marker by cytotoxicity assay of thymocytes (Schlesinger, M., et al., 1965, Nature 206:1119–1121; Boyse, E. A., et al., 1964, Methods in Medical Research 10:39) established repopulation by donor cells of the injected blood.

6.11.4. Hematopoietic Reconstitution with Blood of Newborn Mice in Volumes of 10 or 15 Microliters

The examples herein described demonstrate that the stem cells in a volume of neonatal blood as low as 10 or 15 microliters can reconstitute the hematopoietic system of lethally-irradiated mice.

The irradiated mice were 15 male and 5 female (B6×A-Tla$^b$)F$_1$ hybrids aged 10–12 weeks. The mice were exposed to 862.8 rads at a radiation dose of 107.85 rad/min for 8 minutes with a $^{137}$Cs source (LD100/30 days).

Blood was collected by cervical section from fourteen (B6×A-Tla$^b$)F$_1$ hybrid neonates, less than 24 hours old. As a restorative treatment, 10 mice received 0.015 ml heparinized whole neonatal blood per mouse (made up to a total volume of approximately 0.2 ml by adding M199 medium with penicillin and streptomycin added), (Group 1); 5 mice each received 0.01 ml (Group 2); and the 5 female mice received no further treatment (Group 3, radiation control). Treatment was by intravascular injection into a peri-orbital vein of the eye. The donor and recipient mice were genetically identical, and thus completely histocompatible. All mice were maintained previously and throughout on acidified drinking water to eradicate pseudomonas and similar infective organisms.

The results shown in Table IX reveal that stem and progenitor cells in neonatal blood volumes of 10 or 15 microliters were able to reconstitute the hematopoietic system.

### TABLE IX

SUCCESSFUL HEMATOPOIETIC RECONSTITUTION
WITH NEONATAL BLOOD VOLUMES
OF 10 OR 15 MICROLITERS

| Group | Day of Death | 30-day Survival Rate* |
|---|---|---|
| (1) Treated with 0.015 ml neonatal blood | 12, 12, 12, 13, 13, 13 | 4/10 |
| (2) Treated with 0.01 ml neonatal blood | 12, 16 | 3/5 |
| (4) Controls: no restorative treatment but conditions otherwise identical | 12, 13, 14, 17, 22 | 0/5 |

*All 30-day survivors were normally healthy over prolonged periods of observation, displaying the typical post-irradiation graying of the coat, and would doubtless have experienced an approximately normal life-span, as is typical of reconstitution with syngeneic or near-syngeneic cell donors.

### 6.12. Successful Hematopoietic Engraftment and Repopulation by Cryopreserved HLA-identical Umbilical Cord Blood from a Sibling in a Case of Fanconi Anemia

In the example herein, we describe a procedure which was carried out to effect the hematopoietic reconstitution of a patient by allogeneic peripheral blood stem cell infusion, for treatment of the genetic Fanconi anemia syndrome.

#### 6.12.1. Fanconi Anemia

Fanconi anemia (FA) is an autosomal recessive disorder that entails progressive pancytopenia and predisposition to malignancy together with non-hematopoietic developmental anomalies (Fanconi, G., 1967, Semin. Hematol. 233–240; Schroeder, T. M., 1976, Hum. Genet. 32:257–288; Swift, M., 1971, Nature 230:270–373). The FA phenotype is variable so that diagnosis by clinical manifestations alone is difficult, (Glanz, A. et al., 1982, J. Med. Genet. 19:412–416; Auerbach, A. D., 1989, Blood 73:391–396) but hypersensitivity to the clastogenic effect of DNA crosslinking agents such as diepoxybutane (DEB) or nitrogen mustard provides a diagnostic indicator of the FA genotype both prenatally and postnatally (Auerbach, A. D., 1989, Blood 73:391–396; Auerbach, A. D., 1976, Nature 261:494–496; Berger, R. et al., 1980, Cancer Genet. Cytogenet. 2:269–274; Auerbach, A. D. et al., 1981, Pediatrics 67:128–135; Auerbach, A. D. et al., 1985, Pediatrics 76:794–800; Auerbach, A. D. et al., 1986, Hum. Genet. 73:86–88).

Patients with FA often die young from complications of bone marrow aplasia such as hemorrhage or infection, or from leukemia. The present ability to perform HLA typing on fetal cells obtained during the first or second trimester of preganancy, (Calloway, et al., 1986, Human Immunol. 16:200–204) makes it possible to ascertain whether a fetus is HLA-identical to a sibling affected with FA (Auerbach, A. D., 1988, Blood 62(Suppl 1):53a).

The example herein describes the successful hematopoietic reconstitution of a boy with severe Fanconi anemia by means of cryopreserved umbilical cord blood of a sister shown by prenatal testing to be unaffected with Fanconi anemia, karyotypically normal, and HLA identical to the patient. The availability of cord blood in this case obviated the need for bone marrow aspiration from the infant sibling.

#### 6.12.2. Patient Characteristics

The patient, a five year-old male, was first noted to be pancytopenic at 24 months of age. Evaluation at Duke University Medical Center showed the following initial blood counts: hemoglobin 9.5 g per 100 ml, leucocytes $4.3 \times 10^9$ per liter with 22% granulocytes, 62% lymphocytes, 3% monocytes, 1% eosinophils, 8% basophils, platelets $62 \times 10^9$ per liter and 2.3% reticulocytes. The bone marrow was hypocellular. The patient had classical malformations of Fanconi anemia, with retarded growth of 5th to 10th percentile, a left extra rudimentary thumb, an absent left kidney and hypospadias. Testing of patient's cells with diepoxybutane (DEB) (DEB induced chromosomal breakage assay; Auerbach et al., 1979, Am. J. Hum. Genet. 31(1):77–81) performed at 24 months at the Rockefeller University, confirmed the diagnosis of Fanconi anemia. The parents were healthy and there was no consanguinity or past history of blood disorders in the family. The patient had been treated with Danazol 300 mg/day for 6 months with a progressive fall of blood counts. Before admission, he had received 3 units of filtered irradiated packed red blood cells.

The mother became pregnant. Cytogenetic analysis of cultured amniotic fluid cells at the Rockefeller University showed that baseline and DEB-induced breakage were within the normal range (Auerbach, A. D., et al., 1985, Pediatrics 76:794–800). Chromosome breakage studies on cord blood indicated that the newborn was karyotypically normal and not affected with Fanconi anemia (Table X). HLA typing of amniotic fluid cells, by Dr. M. S. Pollack, the Methodist Hospital and Baylor Medical Center, Houston, TX, showed that the fetus was HLA-identical to the patient: first haplotype HLA-Al, -B8, -DR3; second haplotype HLA-A29, -B44, -DR3. Mixed lymphocyte cultures of patient cells with cord blood and donor peripheral blood lymphocytes were negative. The ABO blood group of the donor was O Rh+ and that of the recipient B Rh+.

At the time of admission in September 1988, the patient's blood showed hemoglobin 6.8 g per 100 ml, leucocytes $3.1 \times 10^9$ per liter, granulocytes 7%, lymphocytes 86%, monocytes 5% and platelets $18 \times 10^9$ per liter. The marrow was hypocellular with 10% of normal cellularity, 24% myeloid cells, 2% erythroblast cells, 67% lymphocytes and no megakaryocytes. There were no hemorrhaggic or infectious complications. Liver and kidney functions were normal, CMV serology was positive by ELISA. Serology for HIV, hepatitis B and toxoplasmosis was negative.

The patient was isolated in a landmark flow room and given oral broad spectrum non-absorbable antibiotics (Vancomycine, Tobramycine, and Colimycine) starting on day 8. Fluconazole (50 mg/day) was administered for prevention of fungal infection and oral acyclovir (100 mg/day) for prevention of herpes simplex virus infection. A pre-transplant conditioning procedure developed specifically for Fanconi anemia was used (Gluckman, E. et al., 1989, in Fanconi Anemia, Clinical Cytogenetic and Experimental Aspects, Auerbach and Obe, eds., Springer Verlag, Berlin, pp. 60–68) that accommodates the hypersensitivity of Fanconi cells to alkylating agents which crosslink DNA (Gluckman, E. et al., 1980, Brit. J. Haematol. 45:557–564; Berger, R. et al., 1980, Brit. J. Haematol. 45:564–568) and to irradiation (Gluckman, E., et al., 1983, Brit. J. Haematol. 54:431–440). The patient was conditioned with cyclophosphamide 5 mg/kg intravenous (i.v.) for four consecutive days from day –6 to day –3 (total dose received was 380 mg) with hyperhydration. On day –1, he received 5 Gy thoracoabdominal irradiation delivered by a linear accelerator, at a mean dose rate of 10.87 cGY/min. Total duration of irradiation was 46 minutes. The dose delivered to the abdomen was 500 cGy. The lungs and the right liver lobe were shielded and received 67 cGy.

On day 0, cryopreserved cord blood was thawed and infused without further processing according to predetermined optimal conditions (Broxmeyer, HE et al., 1989, Proc. Natl. Acad. Sci. USA 86:3828–3821) (surviving whole red cells not already hemolyzed being group 0). The patient received $0.4 \times 10^8$ nucleated cells/kg, of which a total of $4.37 \times 10^5$ were CFU-GM. Two hours after the infusion, the patient had chills, fever, and hypotension. These symptoms soon resolved, the patient receiving broad spectrum antibiotics Vancomycine and Ceftazidine i.v. For graft-versus-host disease prophylaxis, Cyclosporine A was administered i.v. from day –1 at a dose of 4.5 mg/kg/day according to a preliminary pharmacokinetic study. All blood products were irradiated at 25 Gy.

TABLE X

CYTOGENETIC ANALYSIS

| Source of Cells | Days Post Transplant | % Female Cells[a] Baseline | % Female Cells[a] DEB-Treated[c] | Mean Chromosome Breaks/Cell[b] Baseline | Mean Chromosome Breaks/Cell[b] DEB-Treated[c] |
|---|---|---|---|---|---|
| Pre-Transplant Peripherial Blood | 0 | 0 | 0 | 0.18 | 10.6 |
| Donor Cord blood | 0 | 100 | 100 | 0.00 | 0.02 |
| Bone marrow | 120 | 100 | 100 | 0.04 | 0.30 |
| Peripheral blood | 50 | 30 | 52 | 0.7 | 4.0 |
| Peripheral blood | 64 | 8 | 32 | 1.3 | 5.0 |
| Peripheral blood | 120 | 12 | 32 | 1.9 | 6.4 |
| Peripheral blood | 204 | 64 | 86 | 0.30 | 0.49 |

[a]Analysis performed on quinicrine-stained metaphase preparations.
[b]Analysis performed on Giemsa-stained metaphase preparations.
[c]Final concentration of DEB in the medium was 0.1 mg/ml.

6.12.3. Ethical and Regulatory Considerations

Written informed consent was obtained from the patient's family for the collection of cord blood and for the transplantation procedure. The treatment plan was reviewed and approved by the Institutional Review Board for Clinical Investigation of the Duke University Medical Center and by the Ethical Committee of the Hopital Saint Louis. Approval for receipt, cryopreservation, storage and release of cord blood was received from the Institutional Review Board or the Indiana University School of Medicine. The U.S. Food and Drug Administration considered the procedure equivalent to bone marrow storage and transplantation, which are currently not subject to FDA regulation.

6.12.4. Methods

6.12.4.1. Cytogenetic Studies

Chromosome breakage studies were performed as described (Auerbach, A. D. and Wolman, S. R., 1976, Nature 261:494–496). DEB was added to bone marrow cultures at the time of initiation and cells harvested after 24 hours. Peripheral blood was cultured in the presence of phytohemagglutinin (PHA) for 72 hours, with DEB present in the medium for the last 48 hours of culture. The frequency of baseline and DEB-induced chromosomal breakage was analyzed using Giemsa-stained metaphase preparations; the ratio of male to female cells was also determined on quinicrine-stained slides to facilitate the identification of the Y chromosome.

6.12.4.2. DNA Studies:Restriction Fragment Length Polymorphism

DNA samples for Southern blotting were digested with TaqI (New England Biolabs), separated by gel electrophoresis, transferred to an Immobilon-N™ filter (Millipore Corporation, Bedord, Mass.), hybridized, and washed as described (Mann, W., et al., 1989, Nucleic Acids Res. 17:5410). The probe used was CRI-pS232 (DXS278), (Collaborative Research, Boston, Mass.), which hybridizes with sequences from the X and Y chromosomes.

6.12.4.3. Collection, Storage and Shipment of neonatal Blood

Immediately upon uncomplicated vaginal delivery of the sibling infant, blood was collected from the umbilical cord and from the placenta as described (Broxmeyer, H. E., et al., 1989, Proc. Natl. Acad. Sci. USA 86:3828–3832; see supra) and sent at ambient temperature by overnight express service to the Indiana University School of Medicine for cellular analysis, cryopreservation and storage. A sample of cord blood was also sent to the Rockefeller University for cytogenetic analysis. After removing a small sample (<2 ml) for laboratory tests, including determination of nucleated cellularity and enumeration of progenitor cells, the blood was frozen without further manipulation in a final concentration of 10% v/v dimethyl sulphoxide (DMSO) as described (Broxmeyer, H. E. et al., 1989, Proc. Natl. Acad. Sci. USA 86:3828–3832; see supra). Two bags of cord blood and 1 bag of placental blood were frozen. Sample volumes (1 ml each in Nunc tubes) were similarly frozen for tests of recovery after thawing and for confirmation of HLA type. The volume of blood and numbers of nucleated and progenitor cells collected are given in Table XI. These numbers are within the range associated with successful HLA-matched allogeneic bone marrow transplantation (Broxmeyer, H. E., et al., 1989, Proc. Natl. Acad. Sci. USA 86:3828–3832). Test thaws, including one tube sent from Indiana University to Duke University Medical Center (where HLA type was confirmed), yielded 79% to 90% recovery of nucleated cells with recoveries of 100% of day 14 CFU-GM, 63±18% of BFU-E and 79±15% of CFU-GEMM.

With airline approval, the 2 bags of cord blood and the 1 bag of placental blood were escorted by air to the Hopital Saint-Louis from Indiana University 2 weeks before the transplant. The frozen bags were sent in a Dry Shipper (CMC-3200 wide mouth with platform, Cryomed, New Baltimore, Mich.) that maintains temperature at −175° C., which is optimal for cryoprotection.

82% of nucleated cells of the thawed blood transfused into the patient were viable. Progenitor cell assays in Paris (differing slightly in technique from assays in Indiana) indicated recovery equal to or greater than counts of progenitors before freezing.

TABLE XI

Numbers of Hematopoietic Progenitor Cells in Blood from Umbilical Cord and Placenta and In Recipient Bone Marrow Immediately Prior to Conditioning and 30 and 120 Days Post-Transplant[a]

| | Unseparated | Low Density (<1.077 gm/ml) |
|---|---|---|
| Total Hematopoietic Progenitor Cells in Cord Blood × 10⁻⁵[b] | | |
| a) Agar Culture | | |
| Day 14 CFU-GM (colonies) | 1.52 | ND |
| Day 14 CFU-GM (colonies & clusters) | 2.46 | ND |

TABLE XI-continued

Numbers of Hematopoietic Progenitor Cells in Blood from Umbilical Cord and Placenta and In Recipient Bone Marrow Immediately Prior to Conditioning and 30 and 120 Days Post-Transplant[a]

| | Unseparated | Low Density (<1.077 gm/ml) |
|---|---|---|
| b) Methyl Cellulose Culture (colonies) | | |
| Day 14 CFU-GM | 1.56 | ND |
| BFU-E-2 | 3.95 | ND |
| BFU-E-1 | 3.60 | ND |
| CFU-GEMM | 0.39 | ND |
| Progenitors in Recipient Bone Marrow per $10^5$ Cells Plated | | |
| 1) Pre-Transplant Methylcellulose Culture | | |
| Day 14 CFU-GM (colonies) | ND | 1 |
| Day 14 CFU-GM (colonies & clusters) | ND | 8[c] |
| BFU-E-1 | ND | 0 |
| CFU-GEMM | ND | 0 |
| 2) Day 30 Post-Transplant Methylcellulose culture | | |
| Day 14 CFU-GM (colonies) | ND | 9 |
| BFU-E-1 | ND | 0 |
| CFU-GEMM | ND | 0 |
| 3) Day 120 Post-Transplant | | |
| a) Agar Culture | | |
| Day 7 CFU-GM (colonies) | 22 ± 2 | 140 ± 12 |
| Day 7 CFU-GM (colonies & clusters) | 118 ± 16 | 416 ± 20 |
| Day 14 CFU-GM (colonies) | 36 ± 4 | 156 ± 8 |
| Day 14 CFU-GM (colonies & clusters) | 152 ± 4 | 228 ± 12 |
| b) Methyl Cellulose Culture (colonies) | | |
| Day 14 CFU-GM | 324 ± 16 | 416 ± 25 |
| BFU-E-2 | 77 ± 2 | 134 ± 6 |
| BFU-E-1 | 96 ± 16 | 132 ± 10 |
| CFU-GEMM | 4 ± 1 | 9 ± 1 |

a. Results are expressed as mean±1 S.E.M. Progenitor cell assays were set up as described in elsewhere (Broxmeyer, H. E. et al., 1989, Proc. Natl. Acad. Sci. USA 86:3828–3832). The cord blood and 120 post-transplant cultures were done in Indiana, while the pre-transplant and day 30 post-transplant studies were done in Paris. The frequency of hematopoietic progenitors per $10^3$ low density bone marrow cells plated from healthy normal donors ranges from 10 to 70 for CFU-GM and from 15 to 80 for BFU-E-2 and BFU-E-1 at the Lab in Indiana.
b. The total volume of cord and placental blood collected was 160 ml and contained $1.19 \times 10^9$ nucleated cells.
c. These were mainly microclusters, <20 cells/cluster.

ND, not done.

#### 6.12.4.4. Hematopoietic Progenitor Cells in Vivo

Assays were set up as described (Broxmeyer, H. E., et al., 1989, Proc. Natl. Acad. Sci. USA 86:3828–3832). For the CFU-GM assay, colonies (>40 cells/aggregate) and clusters (3–40 cells/aggregate) were scored after 7 days and 14 days of incubation in agar culture medium. Large-sized colonies formed (>1000 cells). Results are expressed also as colonies plus clusters, which more accurately reflects the total CFU-GM compartment. For the BFU-E, CFU-GEMM, and CFU-GM assays, colonies were scored after 14 days of incubation in methylcellulose culture medium. BFU-E-1, CFU-GEMM, and CFU-GM assays were scored from the same plates, which included erythropoietin (1 unit/ml), hemin (0.1 mM), and 5637 conditioned medium (DM) (10% v/v). BFU-E-2 were cultured as BFU-E-1 but without 5637CM. BFU-E-2 colonies contained at least 50 cells or comprised at least three subcolonies which contained at least 10 cells, but were usually much larger. Colonies derived from BFU-E-1 were much larger than those derived from BFU-E-2.

#### 6.12.5. Results

##### 6.12.5.1. Clinical

The clinical course was uneventful without complications. Conditioning was tolerated without evident toxicity. On day 15, a transient skin rash and fever resolved with 2 mg/kg methylprednisolone. Skin biopsy showed few vacuolar basal epidermal cells with mild lymphoid infiltrate defined as a grade I GVH according to Seattle classification (Sale, G. E., et al., 1977, Am. J. Pathol. 89:621–633). Liver function tests showed a rise of SGOT and SGPT (×2N) probably related to GVH, returning to normal on day 47. CMV was repeatedly isolated from the urine but the patient never had signs of active infection and all tests for viremias were negative. Five months after transplant the patient was discharged with normal clinical and biological findings. Cyclosporine A and corticosteroids were progressively reduced and discontinued at 6 months. At 9 months after transplantation, the patient has no chronic graft versus host disease and leads a normal life.

##### 6.12.5.2. Hematological

Recovery of blood counts is shown in Table XII. Reticulocytes and granulocytes began to rise by day 22 after cord blood transplantation. The patient received 8 transfusions of packed RBC (O Rh+) and 48 units of random platelets. RBC were last transfused on day 54 and platelets on day 43. Bone marrow aspirated on day 17 was aplastic and on day 28 showed 20% cellularity with 19% myeloid cells, 73% erythroid cells and few megakaryocytes. On day 120, the marrow showed normal cellularity with 40% myeloid cells, 44% erythroid cells and normal megakaryocytes.

TABLE XII

Blood Counts After Cord Blood Transplantation

| Days | Hemoglobin | Leucocytes | Granulocytes | Lymphocytes | Platelets | Reticulocyte |
|---|---|---|---|---|---|---|
| −20 | 6.8 | 3.1 | 0.25 | 2.8 | 18 | 10 |
| 0 | 9.7 | 0.8 | 0 | 0.8 | 120 | 0 |
| 8 | 10.9 | 0.4 | 0 | 0.4 | 80 | 0 |
| 15 | 11.6 | 0.4 | 0 | 0.4 | 39 | 0 |
| 22 | 7.8 | 0.9 | 0.3 | 0.6 | 50 | 5 |
| 29 | 8.5 | 1.0 | 0.3 | 0.5 | 105 | 17 |
| 36 | 9.4 | 1.7 | 0.6 | 0.5 | 55 | 36 |
| 43 | 11.3 | 5.1 | 2.4 | 1.9 | 31 | 90 |
| 50 | 8.9 | 3.4 | 1.5 | 0.7 | 62 | 162 |
| 57 | 8.9 | 5.6 | 3.2 | 1.0 | 174 | 63 |

US 6,461,645 B1

63

64

TABLE XII-continued

Blood Counts After Cord Blood Transplantation

| Days | Hemoglobin | Leucocytes | Granulocytes | Lymphocytes | Platelets | Reticulocyte |
|---|---|---|---|---|---|---|
| 90  | 11.3 | 5.1 | 4.0 | 1.1 | 296 | 50 |
| 120 | 13   | 3.9 | 2.3 | 1.1 | 265 | 40 |
| 160 | 12   | 3.7 | 1.4 | 1.6 | 293 | 45 |
| 240 | 12.3 | 5.2 | 2.7 | 1.6 | 354 | 50 |
| 282 | 12.2 | 4.8 | 2.3 | 1.2 | 315 | — |

Hemoglobin (Hb) is expressed in g per dl, leucocytes, granulocytes, lymphocytes, platelets, and reticulocytes are expressed as numbers in $10^9$ per liter.

6.12.5.3. Hematopoietic Progenitor Cells

Prior to the transplant, the marrow showed few or no detectable progenitor cells (Table XI). At 30 days post-transplant, CFU-GM, but not BFU-E or CFU-GEMM were detected; by 120 days post transplant, normal to supranormal frequencies (colonies/clusters per number of cells plated) of progenitors were apparent.

6.12.5.4. Reconstitution by Donor Cells

6.12.5.4.1. Blood Type Studies

The patient's B Rh+ red blood cells disappeared progressively and were undetectable on day 90 after transplant; 46 days after the last transfusion 100% of red cells were of donor type (O Rh+) and remain of donor type 240 days after transplant.

6.12.5.4.2. Cytogenetics

Table X shows the results of cytogenetic studies of bone marrow aspirated on day 120 and peripheral blood drawn on days 50, 64, 120, and 204 after transplant. The chromosomal complement of the bone marrow was 46, XX. No male metaphases were seen in 50 quinicrine-stained or 100 Giemsa-stained cells analyzed. Chromosome breakage frequencies were 0.04 and 0.30 breaks per cell in baseline and DEB-treated cultures respectively.

Through day 120 post-transplant, more than 50% of the metaphases seen in cytogenetic preparations from PHA-stimulated peripheral blood cultures were of host origin, as demonstrated by the presence of a Y chromosome. These cells, of lymphoid origin, exhibited highly elevated baseline chromosomal breakage, and severe radiation damage in the form of multiple dicentrics, rings, and chromosomal fragments. These male cells were also hypersensitive to the clastogenic effect of DEB, showing multiple chromatid breaks and exchanges typical of Fanconi anemia. Female cells did not exhibit elevated levels of chromosomal breakage. By day 204 (6 ½ months) post-transplant, the majority of peripheral blood lumphocytes were of donor origin.

These findings signify engraftment of the male recipient with female donor cells, with a minor population of radiation-damaged host cells surviving in the blood. This situation is similar to that reported by others in bone marrow transplantation (Butturini, A., et al., 1986, Blood, 68:954–956).

6.12.5.4.3. DNA Studies

The CRI-pS232 probe recognizes a complex set of fragments at a highly polymorphic locus on the X chromosome as well as a polymorhic locus on the Y chromosome (Knowlton, R. G., et al., 1989, Nucleic Acids Res, 17:423–437). All of the variable bands present in the donor DNA were seen in the DNA extracted from post-transplant peripheral blood samples from the recipient (FIG. 5). In addition, the X and Y alleles of the recipient were seen as faint bands, indicating some chimerism in the peripheral blood with primarily donor cells present.

6.12.6. Discussion

The clinical and biological data presented here signify that surplus cord blood of a single individual is sufficient for hematopoietic reconstitution. Virtually complete occupation of the male patient's myeloid system by female sibling donor cells is indicated by cytogenetics, lack of undue chromosomal fragility, ABO typing and studies of DNA polymorphisms. At 1.5 years post-transplant, greater than 98% of the circulating lymphoid cells are of donor origin.

Subsequent to the experiments presented above, two other HLA-identical sibling cord blood transplants have been successfully carried out for treatment of Fanconi's anemia.

The present success with allogeneic cord blood is particularly significant because animal studies have shown that hematopoietic restoration requires fewer reconstituting cells when these are syngeneic rather than allogeneic (Balner, H., Bone Marrow Transplantation and Other Treatment After Radiation Injury. Martinus Nijhoff Medical Division—the Hague 1977:29–31).

Thus, human cord blood is an efficacious source of sufficient cells for clinical hematopoietic reconstitution.

6.13. Flowchart: Description of a Service

In a particular embodiment of the invention, the isolation and preservation of neonatal hematopoietic stem and progenitor cells is envisioned as a service offered to each prospective cell donor, which can comprise the steps listed below. The description is meant for illustrative purposes only, in no way limiting the scope of the invention.

1. Contact

Initial contact is made between an expectant mother (client) and the obstetrician, who arranges the service.

2. Blood Collection

In the obstetrical ward, after the infant has been delivered and separated from the cord in the usual way, blood is drawn from the cord into a specially designed receptacle, which is sealed and placed in a customized shipping container, together with a data-form, completed by a member of the obstetrical team, giving details of the birth.

3. Transport

Once daily, an overnight freight carrier collects the shipping containers from the obstetrical wards, and transports them to processing headquarters by 10:30 A.M. the following day.

4. Registration

Upon receipt at headquarters, each container is catalogued. The blood enters the laboratory for processing (optional).

5. Blood Processing (optional)

The cells are separated, and the white cells, which include the stem and progenitor cells, are retained for storage.

65

6. Testing

The separated cells undergo routine testing (see Section 5.1.2, supra). In exceptional cases, special testing may be indicated to determine whether the sample is contaminated, e.g., by maternal blood. Samples may be rejected for reason of contamination or other causes.

7. Packaging and Labeling

Cells from each accepted sample are dispensed into standard freezing vials (cryules) and labeled in conventional and computer-generated characters.

The cells of each individual are allocated to four cryules, two of which are assigned for storage to one freezer and two to another, independently-serviced, freezer. A fifth cryule contains cells set aside for testing of identity, viability, and function, when withdrawal of cells is required for therapy.

Labels are printed by computer, using a special printer, on silk, which withstands immersion in liquid nitrogen. The label data include the registration number, in machine readable and human readable characters, date of freezing, cryule number (1–4, 5) and freezer assignment (A and B).

8. Freezing and Storage

The cryules are subjected to slow freezing, and assigned to two separately maintained liquid nitrogen refrigerators.

9. Permanent Records

The entire preparative history is entered into the permanent records, including location within cryostorage modules. For example, data input for each donor for maintenance in the computer records can comprise:

Registration number
Name
Sex
Date of birth
Place of birth (hospital identification)
Birth certificate number
Name of mother
Date of receipt of cells
Date of freezing
Freezer positions
Obstetrical data
  (a) special circumstances of birth
  (b) if twin, registration number of co-twin
  (c) any health disorder of the mother
Test results
  (a) differential cell counts
  (b) bacterial cultures
  (c) other tests performed

10. Notification to Client

The client is notified of the registration number, for preservation with child's documents, and is asked for information not available at the time of birth (given name, birth number), for inclusion in permanent records.

11. Withdrawal of Cells for Clinical Use Requests for cells for treatment of the donor are made on behalf of the donor by a suitably accredited physician affiliated with an appropriate hospital unit. Cells are withdrawn from the cell bank and matched for identity with the recipient. The cells are also tested for viability and microbial contamination, and quantified in terms of stem cell, progenitor cell, and other categories. Further tests are conducted as required. Cells and an accompanying report are delivered to the medical institution designated by the physician. An appropriate notation is entered in the permanent records.

It is apparent that many modifications and variations of this invention as hereinabove set forth may be made without departing from the spirit and scope thereof. The specific

66

embodiments described are given by way of example only and the invention is limited only by the terms of the appended claims.

Various references are cited herein, the disclosures of which are incorporated by reference in their entireties.

What is claimed is:

1. A cryopreserved pharmaceutical composition comprising:

(a) viable human neonatal or fetal hematopoietic stem cells derived from the umbilical cord blood or placental blood of a single human collected at the birth of said human, in which said cells are present in an amount sufficient to effect hematopoietic reconstitution of a human adult;

(b) an amount of cryopreservative sufficient for cryopreservation of said cells; and

(c) a pharmaceutically acceptable carrier.

2. The composition of claim 1 which further comprises a viable human neonatal or fetal hematopoietic progenitor cell.

3. The composition of claim 1 which comprises whole neonatal or fetal blood.

4. The composition of claim 1 which further comprises an anticoagulent.

5. The composition of claim 1, 2, 3 or 4 in which the cryopreservative comprises dimethyl sulfoxide.

6. A pharmaceutical composition comprising a pharmaceutically acceptable carrier; and human neonatal or fetal hematopoietic stem cells obtained by a method comprising the following steps in the stated order:

(a) isolating human neonatal or fetal blood components containing hematopoietic stem cells derived from the umbilical cord blood or placental blood of a single human at the birth of said human, in which said cells are present in an amount sufficient to effect hematopoietic reconstitution of a human adult;

(b) cryopreserving the blood components in the presence of a cryopreservative with an amount of a cryopreservative sufficient for cryopreservation; and

(c) thawing the blood components, such that the stem cells are viable.

7. The composition of claim 6 which further comprises a human neonatal or fetal hematopoietic progenitor cell.

8. The composition of claim 6 in which the method of obtaining the cells further comprises the step after step (c) of removing a cryopreservative.

9. The composition of claim 6 in which the method of obtaining the cells further comprises the step after step (a) or step (c) of growing the stem cells in vitro.

10. The composition of claim 6 in which the method of obtaining the cells further comprises the step of enriching for stem and progenitor cells by a cell separation procedure.

11. The composition of claim 6 in which the blood components comprise whole neonatal or fetal blood.

12. The composition of claim 6 in which the blood components are isolated by collection from an umbilical cord.

13. The composition of claim 6 in which the blood components are isolated by collection from a placenta.

US 6,461,645 B1

67

14. The composition of claim 6 in which the cryopreserving is by use of a cryopreservative.

15. The composition of claim 6 in which the cryopreservative is dimethyl sulfoxide.

16. The composition of claim 6 in which the cryopreserving is by use of liquid nitrogen.

17. A pharmaceutical composition comprising

(a) viable human neonatal or fetal hematopoietic stem cells derived from the umbilical cord blood or placental blood of a single human collected at the birth of said human, in which said cells are present in an amount

68

sufficient to effect hematopoietic reconstitution of a human adult, which cells have been cryopreserved; and

(b) a pharmaceutically acceptable carrier.

18. The composition of claim 17 which further comprises a viable human neonatal or fetal hematopoietic progenitor cell.

19. The composition of claim 17 which comprises whole neonatal or fetal blood.

\* \* \* \* \*