| Per Liter of Media | |
|---|---|
| 8 ml | MEM essential amino acids (Gibco #320-1130) |
| 4 ml | MEM non-essential amino acids (Gibco #32-1140) |
| 10 ml | MEM sodium pyruvate (Gibco #320-1360) |
| 4 ml | MEM Vitamins (Gibco #320-1120) |
| 10 ml | Penicillin-Streptomycin (Gibco #600-5140) |
| 15 ml | Serine/Asparagine/Glutamine mixture (see recipe infra) |

To prepare 2×McCoy's 5A medium (for plating), follow the same procedure as for 1×, except bring the volume only to 500 ml instead of 1 liter. Add the same volume of supplements.

The Serine/Asparagine/Glutamine mixture is prepared according to the following:

| | |
|---|---|
| L-asparagine (Sigma #A-0884) | 800 mg |
| L-serine (Sigma #S-4500) | 420 mg |
| L-glutamine (Gibco #320-5030) | 200 ml |

1. Dissolve serine and asparagine in 450 ml double-distilled $H_2O$), bring the volume to 500 ml and filter-sterilize through a 0.2 um filter
2. Add to this sterile mixture 200 ml of L-glutamine. Mix well and aliquot into 7.5 ml/tube. Store at $-20°$ C.

6.6.1.2. Preparation of Human 5637 Urinary Bladder Carcinoma Cell Line Conditioned Medium

The following procedure can be used to obtain medium conditioned by the human 5637 urinary bladder carcinoma cell line:

1. Thaw and start cells from frozen stocks, per "Quick Thaw" protocol of Section 6.5, supra. Grow 5637 cells to confluence in a 150 $cm^2$ flask containing 50 ml of the following medium:
   RPMI 1640
   glutamine (2 mM)
   penicillin-streptomycin (10 ml/liter at 1000 units/ml)
   10% fetal bovine serum (heat-inactivated)
2. Incubate in an atmosphere of 5% $CO_2$, with normal $O_2$, for 3–5 days; check daily.
3. Split the cells 1:20 into 20×150 $cm^2$ flasks with 50 ml RPMI 1640 media (as above).
4. Incubate for 7 days in 5% $CO_2$, normal $O_2$.
5. At 3–5 days, if desired, select 1 flask of cells to prepare for freezing as a stock supply of cells. Freeze $10^6$ cells/vial (1 ml) for liquid nitrogen storage, per the protocol described in Section 6.4, supra.
6. At 7 days, collect cell medium into 20×50 cc centrifuge tubes. Spin down cells and cell debris by centrifugation for 10 minutes at greater than or equal to 500×g.
7. Pool the medium, filter-sterilize it using a 0.2 um filter, and aliquot into 100 ml bottles. Store frozen at less than $0°$ C. (usually $-20°$ C. or $-80°$ C.).
8. Assay stimulation activity of the medium by the CFU-GM assay described in Section 6.6.1, e.g., using human marrow cells.

6.6.1.3. Preparation of Murine Pokeweed Mitogen Spleen Cell Conditioned Medium

The following procedure can be used to obtain murine pokeweed mitogen spleen cell conditioned medium (PWMSCM), a crude source of growth factors for use in hematopoietic colony stimulation for mouse cells.

1. Obtain a single cell suspension of CBA/J mouse spleen cells at a known cell concentration of greater than or equal to $20×10^6$ cells/ml. (Mice should be 5–7 weeks old).
2. Make a large volume of cell growth suspension as follows:

| | |
|---|---|
| CBA/J spleen cells | $2 × 10^6$ cells/ml |
| Heat-inactivated FCS | 10% |
| Pokeweed mitogen (Gibco #670-5360) | 0.333% (1:300) |
| Iscove's modified Dulbecco's media* + 3.024 gm $NaHCO_3$ (Gibco #78-5220) | Remainder |

*Preparation described infra in Section 6.6.2.3.

3. After mixing the above ingredients, place 50 ml of the mixture in a 50 $cm^2$ tissue culture flask, and incubate for 7 days at $37°$ C. in an atmosphere of 5% $CO_2$.
4. After seven days, collect the conditioned media and remove the cells by centrifugation at greater than or equal to 500×g at $4°$ C. for 10–15 minutes.
5. Carefully remove the conditioned media from the tubes, and filter-sterilize the media by passage through a 0.45 um filter. Store the conditioned media in 50 ml polyethylene tubes at $-20°$ C.

6.6.2. BFU-E-2 and BFU-E-1/CFU-GEMM Assay

The following assays have been used to quantify BFU-E-2 and BFU-E-1/CFU-GEMM. BFU-E-1 and BFU-E-2 are erythroid progenitor cells that are operationally defined, and are not proven to be physiologically distinct. The BFU-E-1 is operationally defined as an early erythroid progenitor cell capable of producing a colony of erythroid progeny cells in semi-solid medium, upon stiumlation by erythropoietin, hemin (optional), and a burst-promoting factor. The BFU-E-2 is operationally defined as a more mature erythroid progenitor cell, capable of producing a colony of erythroid progeny cells in semi-solid medium, upon stimulation by erythropoietin and by hemin (optional). BFU-E-1 colonies tend to be larger than BFU-E-2 colonies.

For the BFU-E/CFU-GEMM assay, Iscove's modified Dulbecco's medium (IMDM) was used, with methyl cellulose as the semi-solid support medium. (This was in contrast to the CFU-GM assay, where McCoy's medium was used, with bacto-agar as the semi-solid support medium.)

The procedure was the following:

1. Obtain a single cell suspension of known concentration of the appropriate type of cells.
2. Depending on the number of plates plated, the volume of the culture mixtures will vary. As an example, we will make a 3 ml mixture. In order to increase the mixture volume, simply increase component volumes proportionately. In a 17×100 mm tube, mix the following components:

| | 3 ml |
|---|---|
| Methyl cellulose (2.1%) | 1.4 ml |
| Glutamine (200 mM, Gibco) | 30 ul (2 mM) |
| 2-mercaptoethanol ($10^{-2}$ M) (7 ul into 10 ml McCoy's 5A) | 10 ul ($5 × 10^{-5}$ M) |
| *Hemin (4 mM) | 75 ul (0.1 mM) |
| **Erythropoietin (20 units/ml) | 0.15 ml (1 unit/ml) |
| FCS (not heat-inactivated) | 0.9 ml (30%) |
| Cells (at least 10 X desired) | 0.3 ml |

-continued

|  | 3 ml |
|---|---|
| ***Iscove's Modified Dulbecco's Medium (IMDM) | 0.135 ml |
| ***GM Stimulator (if desired) | 0.01 ml |

*Preparation described infra; Lu, L. and Broxmeyer, H. E., 1983, Exp. Hematol. 11(8):721–729.
**Note that there are different types of erythropoietin which can be used; as an example, Hyclone erythropoietin has been used in murine cell assays, and Toyobo erythropoietin has been used in human cell assays. Purified recombinant erythropoietin is commercially available (e.g., Amgen, Thousand Oaks, CA) and may be used.
***GM stimulators include but are not limited to various factors which can be tested for colony stimulation, as described for the CFU-GM assay. The volume of the GM stimulator, and thus of the IMDM, may vary with the type of stimulator used (e.g., mouse = PWMSCM; Human = 5637 CM or PHALCM). Also note that IMDM is strictly a compensation for the remaining volume of 3 ml.

3. Mix suspension thoroughly by vortexing and inversion of tubes.
4. After allowing bubbles to rise from the mixture, place 1 ml mixture in each of two 10×35 mm culture plates containing erythropoietin, hemin, and colony stimulating factors, if so desired. Rotate the plates so that the mixture coats the surface of the plates.
5. Place these 2 plates in a large 15×100 mm petri dish along with a 10×35 mm humidifying dish containing about 1 ml of $H_2O$. Replace the lid of the large dish.
6. Place the petri dish in an appropriate incubator for 14 days. Conditions of incubation are the same as described for the CFU-GM assay of Section 6.6.1.
7. Remove plates from the incubator and score by observation of colonies under an inverted or stereoscopic microscope.

In some cultures, the GM stimulator/burst-promoting activity (e.g., medium conditioned by 5637 cells or PHALCM) can be omitted; under these conditions, the assay detects a more mature population of BFU-E (BFU-E-2) cells and few or no CFU-GEMM cells.

6.6.2.1. Preparation of 2.1% Methyl Cellulose

The 2.1% methylcellulose, for use in the BFU-E/CFU-GEMM assay, was prepared as follows:

| Stock solution: | |
|---|---|
| 2.1% Methocel (Dow Chemical Co.) | 21 grams |
| Boiling water | 500 ml |
| 2x IMDM | 500 ml |

Procedure:

The gram weight of methyl cellulose is put into a sterile 3 liter Erlenmeyer flask (having a sterile stopper) containing a sterile magnetic flea on a large magnetic stirrer. To prevent as little frothing as possible, stirring is initiated while 500 ml of sterile boiling distilled $H_2O$ is gently poured down the sides of the flask. Stirring continues at room temperature until the flask gradually cools (this may take an hour). When the flask is no longer hot to the touch, 500 ml of 2×IMDM, which had been allowed to come to room temperature, is added to the flask without frothing. The flask is stoppered and transferred to the cold room (4° C.) where stirring continues for 48 hours. The solution is then sterilely aliquoted into sterile 100 ml bottles. The bottles are stored frozen for up to 6 months (protected from light).

6.6.2.2. Preparation of Hemin

The hemin, for use in the BFU-E/CFU-GEMM assay, was prepared as follows:

| 260 mg | Hemin (Eastman Kodak #2203) |
|---|---|
| 4 ml | 0.5 M NaOH |
| 5 ml | Tris buffer, 1 M, pH 7.8 (approximately 9.5 parts acid to 3 parts base) |

Bring to 100 ml with double-distilled $H_2O$.
1. Dissolve hemin in NaOH completely before adding Tris buffer and $H_2O$.
2. After adjusting the volume to 100 ml, filter-sterilize by passage through an 0.45 um filter, and store in 2–3 ml aliquots at −20° C.

6.6.2.3. Preparation of Iscove's Modified Dulbecco's Medium

1×Iscove's Modified Dulbecco's Medium (IMDM), for use in the BFU-E/CFU-GEMM assay, was prepared as follows:

1. Measure out 5% less water (deionized, distilled) than desired total volume of medium, using a mixing container that is as close to the final volume as possible.
2. Add powder medium (Gibco Laboratories, Formula No. 78-5220), to water with gentle stirring at room temperature (do not heat water).
3. Rinse out the inside of the package, to remove all traces of the powder.
4. Add 3.024 grams of $NaHCO_3$ per liter of medium.
5. Dilute to the desired volume with water. Stir until dissolved.
6. Do not adjust pH. Keep container closed until medium is filtered.
7. Sterilize immediately by Nalgene filtration.

To prepare 1 liter of 2× liquid medium, follow the above procedure, except use 2 envelopes of powder instead of one, and 6.048 gm $NaHCO_3$.

6.6.3. Stem Cell Colony Forming Unit Assay

The assay used for stem cell (S-cell) quantitation does not directly assay self-renewal, but instead assays for the ability to generate secondary multilineage colonies on replating. This assay is done essentially the same as the BFU-E/CFU-GEMM assays, except that cultures are scored after 21–28 days of incubation rather than after 14 days (for BFU-E and CFU-GEMM). The drug 4-hydroperoxycyclo-phosphamide (4HC) appears to spare immature progenitors at the expense of mature progenitors, and may be useful for pretreating cells before assay. Factors which can be tested for increasing the self-renewal ability of S-cells in vitro (thus increasing assay efficiency) include but are not limited to hemin, oxygen tension (Smith, S. and Broxmeyer, H. E., 1986, Brit. J. Haematol. 63:29–34), superoxide dismutase, glucose oxidase, IL-3, GM-CSF, G-CSF, M-CSF, erythropoietin, IL-1, IL-4, etc.

6.6.4. Assay of the Proliferative Status of Stem and Progenitor Cells

The proliferative status of stem and progenitor cells can be measured by a high specific activity tritiated thymidine ($^3$HTdr) kill (or suicide) technique, carried out as follows:
1. In two small 12×75 mm polystyrene tubes, place the appropriate volume of stock cell suspension containing 2–3 times the number of cells required for plating. (For bone marrow, 2–3×10$^6$ cells and for spleen, 15–20×10$^6$ cells. For cord blood: 2–3×10$^6$ (approx.) cells.) Label them a and b.
2. Pellet the cells by centrifugation at 200–400×g at 4° C. for 10 minutes.

3. Carefully remove and discard the supernatant.
4. Add 0.5 ml of McCoy's 5A medium supplemented as prescribed in Section 6.6.1.1, supra, and with FCS at 10% v/v.
5. To tube b, add 50 uCi of $^3$HTdr (New England Nuclear, #NET-027X Thymidine, [methyl-$^3$H]-20.0 Ci/mmol; 5.0 mCi/5.0 ml H$_2$O). As a control, to tube a, add 50 ul of McCoy's 5A medium.
6. Place cap back on tubes and gently vortex in order to resuspend cells.

### 6.7. Recovery After Freeze-Thawing of Human Hematopoietic Progenitor Cells Derived from Cord Blood

The results of progenitor cell assays after freeze-thawing were compared to results of the same assays obtained before freeze-thawing, in order to assess the recovery of hematopoietic progenitor cells from human cord blood after the freeze-thawing process. Eight cord blood samples, obtained as described in Section 6.1, supra, and separated by use of Ficoll-Hypaque, were analyzed. The results are shown in Table V.

TABLE V

RECOVERY OF CORD BLOOD HEMATOPOIETIC PROGENITOR CELLS AFTER FREEZE-THAWING

| | | | | Total Number of Hematopoietic Progenitor Cells per $4 \times 10^6$ Frozen Cells | | | |
|---|---|---|---|---|---|---|---|
| Sample | Pre-/Post-Freeze-Storage | No. Viable Cells × 10$^{-6}$ | CFU-GM Day 7 | CFU-GM Day 14 | BFU-E-2 | BFU-E-1 | CFU-GEMM |
| CB-1 | Pre | 3.7 | 1332 | 5254 | 3848 | 2146 | 3108 |
| | Post | 2.5 | 284 | 2162 | 1680 | 1652 | 1205 |
| | % Survival after Thaw | 67.6 | 21.3 | 41.1 | 43.7 | 77.0 | 38.8 |
| CB-2 | Pre | 3.8 | 3268 | 6004 | 4028 | 4104 | 4864 |
| | Post | 1.4 | 1902 | 2688 | 2361 | 1911 | 990 |
| | % Survival after Thaw | 36.8 | 58.2 | 44.7 | 58.6 | 46.6 | 20.4 |
| CB-3 | Pre | 3.8 | 912 | 4408 | 2964 | 2356 | 2660 |
| | Post | 1.6 | 746 | 2782 | 1702 | 1826 | 742 |
| | % Survival after Thaw | 42.1 | 81.8 | 63.1 | 57.4 | 77.5 | 27.9 |
| CB-10 | Pre | 3.9 | 1014 | 7800 | 3354 | 3120 | 2964 |
| | Post | 1.2 | 1300 | 3175 | 1526 | 829 | 794 |
| | % Survival after Thaw | 30.8 | 128.2 | 40.7 | 45.4 | 26.6 | 26.8 |
| CB-14 | Pre | 3.8 | 1900 | 3724 | 4484 | 3952 | 3344 |
| | Post | 1.1 | 1034 | 2672 | 1194 | 1240 | 892 |
| | % Survival after Thaw | 28.9 | 54.4 | 71.8 | 26.6 | 31.4 | 26.7 |
| CB-15 | Pre | 3.6 | 720 | 2160 | 3096 | 2448 | 1512 |
| | Post | 1.7 | 426 | 2424 | 1170 | 1062 | 740 |
| | % Survival after Thaw | 47.2 | 59.2 | 112.2 | 37.8 | 43.4 | 48.9 |
| CB-16 | Pre | 3.7 | 518 | 1110 | 592 | 1036 | 740 |
| | Post | 0.8 | 112 | 548 | 190 | 280 | 143 |
| | % Survival after Thaw | 21.6 | 21.6 | 49.4 | 67.9 | 27.0 | 19.3 |
| CP-17 | Pre | 3.7 | 0 | 0 | 592 | 1332 | 592 |
| | Post | 0.5 | 190 | 550 | 170 | 360 | 210 |
| | % Survival after Thaw | 13.5 | 100 | 100 | 28.7 | 27.0 | 35.5 |
| Average % Survival after Thaw: | | 36.1 | 65.6 | 65.4 | 45.8 | 44.6 | 30.5 |
| Range ( ) | | (13.5–67.6) | (21.3–128.2) | (40.7–112.2) | (28.7–67.9) | (26.6–77.5) | (19.3–48.9) |

7. Place the tubes in a tray also containing H$_2$O, in an incubator with an atmosphere of 5% CO$_2$, and a temperature of 37° C., for 20 minutes.
8. Add 0.5 ml (2.5 mg) of ice cold (4° C.) Scolds (nonradioactive) thymidine (Sigma #T-9250) at 5 mg/ml to each tube, and vortex lightly. Add an additional 2 ml of ice cold McCoy's 5A medium to each tube.
9. Pellet cells by centrifugation at 200–400×g at 4° C. for 10 minutes.
10. Aspirate the supernatant into an appropriate container (one used for radioactive disposal), and resuspend the cells with 2 ml cold medium. Repeat step #10.
11. Aspirate the supernatant into an appropriate container. Resuspend with McCoy's 5A containing 10% FCS to a volume where the cell concentration is at least 10 fold greater than the plating concentration.
12. Keep cells on ice until ready to plate.
13. Plate and carry out colony forming assays as described supra in sections 6.6.1 through 6.6.3.

As shown in Table V, the average % survival after freeze-thawing was 36.1, 65.6, 65.4, 45.8, 44.6, and 30.5, respectively, for nucleated cells, day 7 CFU-GM, day 14 CFU-GM, BFU-E-2, BFU-E-1, and CFU-GEMM. There was a range of variability in recovery rates.

It should be noted that the data presented in Table V reflects cell losses incurred during Ficoll-Hypaque separations and procedures for DMSO removal, two steps which are omitted in a preferred embodiment of the invention (NB: DMSO should be removed before colony assays if such are desired to be carried out).

### 6.8. Calculations of the Reconstituting Potential of Cord Blood

The following discussion demonstrates that individual collections of cord blood (such as described in Section 6.1) contains sufficient hematopoietic stem and progenitor cells to repopulate the hematopoietic system of an individual.

A survey of published reports indicates that the number of CFU-GM infused for autologous bone marrow reconstitution in human patients, can be relied on as an indicator of the potential for successful hematopoietic reconstitution (Spitzer, G., et al., 1980, Blood 55(2): 317–323; Douay et al., 1986, Exp. Hematol. 14:358–365). By standardizing

published data by patient weight, and assuming a patient weight of 150 pounds (67.5 kilograms), the calculated number of CFU-GM needed for successful hematopoietic reconstitution using autologous bone marrow cells ranges from $2-425 \times 10^4$, with faster recovery noted using greater than $10 \times 10^4$ CFU-GM.

The data presented in Table III, supra, for 81 cord blood collections, analyzed for day 14 CFU-GM count, shows a range of $0-109 \times 10^4$ CFU-GM per Ficoll-Hypaque-separated individual blood collections. Seventy samples contained greater than or equal to $2 \times 10^4$ CFU-GM, while thirty samples contained greater than or equal to $10 \times 10^4$ CFU-GM. It should be emphasized that this data is derived from Ficoll-Hypaque-separated cells obtained by either gravity drainage from the cord or needle aspiration from the delivered placenta. In a preferred embodiment of the invention, where whole blood is both frozen and infused for therapeutic use, losses due to Ficoll-Hypaque separation can be avoided (see Table IV and Section 6.3.1 infra for data on cell losses incurred during Ficoll-Hypaque separations). In addition, as mentioned in Section 6.1, supra, in recent blood collections, we have been able to obtain volumes approximately twice as large as shown in FIG. 2 or described in Table III, by using needle aspirations from the delivered placenta at the root of the placenta and in the distended surface veins, in combination with cord drainage. Furthermore, an adjustment of the collection protocol to provide for immediate cord clamping upon delivery should result in receipt of greater blood collection volumes (See Yao, A. C., et al., Oct. 25, 1969, Lancet:871–873, wherein collected neonatal blood, obtained by drainage from the umbilical cord and from the delivered placenta, averaged 126.6 ml volume when the umbilical cord was clamped in less than 5 seconds after birth). Thus, although an analysis of the data of Table III should be adjusted for expected losses during freeze-thawing (which losses, however, should not exceed 35%), there should be sufficient cord stem and progenitor cells per collection sample to successfully effect hematopoietic reconstitution.

Furthermore, the reconstituting capacity of cord blood hematopoietic cells may be higher than that of an equal number of bone marrow cells. Colonies derived from cord blood cells are usually larger in size than those derived from adult bone marrow. 6.9. In Vitro Culture Conditions for Hematopoietic Stem and Progenitor Cells

Culture conditions for the growth in vitro of hematopoietic progenitor cells from human cord blood have been described in Smith, S. and Broxmeyer, H. E., 1986, British Journal of Hematology, Vol. 63, pp. 29–34, which is incorporated by reference herein in its entirety. Culture media was composed of the following ingredients:

RPMI 1640 media (Gibco Laboratories, Grand Island, N.Y.)

$10^{-6}$ M hydrocortisone (Sigma, St. Louis, Mo.)

5 ug/ml Vitamin $D_3$ (U.S. Biochemical Corp., Cleveland, Ohio)

20% fetal calf serum, heat-inactivated (Hyclone Laboratories, Logan, Utah)

2 gm/l $NaHCO_3$ (Fisher Scientific Co., Fair Lawn, N.J.)

100 U/ml Penicillin

100 ug/ml Streptomycin

0.25 ug/ml Fungizone

Various conditions and factors can be tested for any effect increasing the self-renewal ability of stem cells in vitro. These include but are not limited to oxygen tension (see Smith and Broxmeyer, 1986, Br. J. Hematol. 63:29–34, incorporated by reference herein), superoxide dismutase (Sigma Chemical Co., St. Louis, Mo.), glucose oxidase (Sigma Chemical Co.), and combinations of various colony stimulating factors, namely interleukin-3 (IL-3), granulocyte-macrophage (GM)-colony stimulating factor (CSF), granulocyte (G)-CSF, macrophage (M)-CSF (CSF-1), erythropoietin, IL-1, and IL-4 (B cell growth factor).

6.10. Mouse Dissection Protocols

Mouse bone marrow and spleen are valuable sources of murine hematopoietic stem and progenitor cells for model studies testing new and/or improved protocols for use with the human neonatal stem and progenitor cells of the present invention. Procedures for dissection of mouse bone marrow and spleen are described in Sections 6.10.1, and 6.10.2, respectively. 6.10.1. Bone Marrow Dissection

The following procedure can be used to obtain a murine bone marrow cell suspension:

1. Sacrifice mouse as prescribed by cervical-thoracic dislocation.
2. Inside a laboratory hood, soak the mouse with 70% ethanol (to avoid microbial contamination), completely wetting the fur.
3. Snip through the skin, and peel the skin down to the hip by holding the foot with either forceps that have been soaked in 70% ethanol, or with fingers, and pulling the skin with forceps.
4. With sterile (alcohol-treated) forceps and scissors, cut away as much muscle tissue as possible to expose the femur.
5. Remove the tibia from the femur by cutting through the knee cartilage/joint. Discard the tibia.
6. Remove the femur from the body by placing the sharp edge of a scissors on the anterior side of the hip joint, and pulling the femur in the opposite direction against the scissors, so that the scissors fits in the fold. Snip through the joint.
7. Remove the knee end of the femur first, by snipping just the end with a scissors. Remove the hip end from the femur by the same method.
8. With a 10 cc syringe containing 5 ml media (McCoys 5A 1x) and a 27 gauge needle, place the needle in the bone cavity via the hip end of the bone.
9. Flush the marrow from the bone by forcing media into the cavity with the syringe, while holding the bone and syringe over a 17×100 mm tube.
10. After both femurs have been evacuated, break up clumps with a 10 cc syringe and a 23 gauge needle.
11. Pellet the cells by centrifugation at 400×g (1500 rpm in a Beckman TJ-6R rotor) for 10 minutes at 4° C.
12. Aspirate the supernatant and discard it.
13. Resuspend the cells with 10 ml McCoys 5A media and a pipette, and repeat steps 11 and 12.
14. Resuspend the cells with 10 ml McCoy's 5A media with a pipette, and count the cells (with a hemocytometer).

6.10.2. Spleen Dissection

The following procedure can be used to obtain a murine spleen cell suspension:

1. Sacrifice mouse as prescribed by cervical-thoracic dislocation.
2. Inside a laboratory hood, soak the mouse with 70% ethanol (to avoid microbial contamination), completely wetting the fur.
3. Place the mouse on its abdomen and snip through its left side skin with a sterile scissors and forceps.
4. Lift the peritoneum with the forceps, and snip through to the abdominal cavity.

53

5. With the spleen in view, remove it and place it in a 60×100 mm dish containing 5–7 ml media.
6. Place the spleen in a sterile homogenizing screen, in the dish, and snip it into small pieces.
7. With the plunger of a 10 cc syringe, gently work the tissue through the screen into a dish containing media.
8. Transfer the cell suspension from the dish to a tube. Rinse the plate with 3 ml media and pool.
9. Resuspend small pieces by transferring the cell suspension from the tube to a 10 cc syringe, and passing it through a 23 gauge needle twice.
10. Pellet the cells by centrifugation at 400×g (1500 rpm) for 10 minutes at 4° C.
11. Aspirate the supernatant and discard it.
12. Resuspend the cells with 10 ml McCoy's 5A media and a pipette, and repeat steps 10 and 11.
13. Resuspend the cells with 10 ml McCoy's 5A media, and count the cells (with a hemocytometer).

### 6.11. Hematopoietic Reconstitution of Adult Mice with Sygeneic Fetal or Neonatal Stem Cells

The experiments described in the examples sections infra demonstrate the hematopoietic reconstitution of adult mice with syngeneic or Tla-congenic stem cells of fetal or neonatal blood.

A key reference and source of citations for use in animal model studies, which describes standards for experimental irradiation, of mice and other mammals, at the level causing 100% mortality from hematopoietic failure, and prevention of such mortality by hematopoietic reconstitution (with bone marrow cells), is: Balner, H. Bone Marrow Transplantation and Other Treatment after Radiation Injury, Martinus Nijhoff Medical Division, The Hague, 1977, which is incorporated by reference herein.

6.11.1. Hematopoietic Reconstitution of Lethally-Irradiated Mice With Stem Cells in Blood of the Near-Term Fetus

The examples herein described demonstrate that stem cells in blood of the near-term fetus are able to reconstitute the hematopoietic system of lethally-irradiated mice.

The irradiated mice were ten (B6 X A-Tla$^b$)F$_1$ hybrid males, aged seven weeks. The mice were exposed to 862.8 rads at a radiation dose of 107.85 rad/min for 8 minutes with a $^{137}$Cs source. This dose constitutes the LD100/30 days, i.e., the minimum or near-minimal Lethal Dosage causing 100% mortality within a 30-day post-irradiation period. Use of the 30-day survival endpoint is standard because hematopoietic reconstitution is deemed sufficient by that time, and any later mortality is therefore attributable to causes other than hematopoietic failure.

Blood was collected from five near-term (B6-Tla$^a$ X A)F$_1$ hybrid fetuses, delivered by Caesarian section from one mother. In this experiment, near-term fetuses were used instead of neonates in order to ensure microbial sterility. The genetics of donor and recipient mice provides complete histocompatibility except for a segment of chromosome 17 bearing the Tla marker gene. All mice were maintained previously and throughout on acidified drinking water to eradicate pseudomonas and similar infective organisms.

As a restorative treatment, three mice each received 0.17 ml heparinized whole fetal blood (made up to a total volume of approximately 0.2 ml by adding M199 medium with penicillin and streptomycin added) by intravascular injection into a peri-orbital vein of the eye, within two hours of irradiation. The results (Table VI) demonstrated the resultant survival of mice reconstituted with fetal blood stem cells, in contrast to the observed death of mice which had undergone no restorative treatment.

54

TABLE VI

HEMATOPOIETIC RECONSTITUTION OF LETHALLY-IRRADIATED ADULT MICE WITH STEM CELLS IN BLOOD OF THE NEAR-TERM FETUS

| Group | Day of Death | 30-day Survival Rate* |
|---|---|---|
| (1) Treated | 14 | 2/3** |
| (2) Controls: no restorative treatment but conditions otherwise identical | 11, 12, 12, 13, 13, 15, 15 | 0/7 |

*All 30-day survivors were normally healthy over prolonged periods of observation, displaying the typical post-irradiation graying of the coat, and would doubtless have experienced an approximately normal life-span, as is typical of reconstitution with syngeneic or near-syngeneic cell donors.
**Later typing for the Tla marker by cytotoxicity assay of thymocytes (Schlesinger, M., et al., 1965, Nature 206:1119–1121; Boyse, E. A., et al., 1964, Methods in Medical Research 10:39) established repopulation by donor cells of the injected blood.

6.11.2. Hematopoietic Reconstitution of Mice with a Lesser Volume of Near-Term Fetal Blood But not With Adult Blood

The examples herein described demonstrate that a defined volume of near-term fetal blood contains adequate hematopoietic stem cells to effectively reconstitute the hematopoietic system of lethally-irradiated mice, while the same volume of adult blood will not effect successful reconstitution.

The irradiated mice were 20 (B6 x A-Tla$^b$)F$_1$ hybrid males aged 7 weeks, and 10 (B6 x A-Tla$^b$)F$_1$ females aged 7 weeks. The mice were exposed to 862.8 rads at a radiation dose of 107.85 rad/min for 8 minutes with a $^{137}$Cs source (LD100/30 days).

Blood was collected from eight near-term (B6-Tla$^b$ x A)F$_1$ hybrid fetuses, delivered by Caesarian section from one mother. In this experiment, near-term fetuses were used instead of neonates in order to ensure microbial sterility. The genetics of donor and recipient mice provides complete histocompatibility except for a segment of chromosome 17 bearing the Tla marker gene. All mice were maintained previously and throughout on acidified drinking water to eradicate pseudomonas and similar infective organisms.

As a restorative treatment, 10 mice received 0.02 ml heparinized whole fetal blood per mouse (made up to a total volume of 0.22 ml by adding M199 medium with penicillin and streptomycin added), and 10 mice each received 0.02 ml adult whole blood identically treated, by intravascular injection into a peri-orbital vein of the eye, within 2 hours of irradiation. Control mice received no restorative treatment. The results (Table VII) demonstrated that stem cells in a defined volume of fetal blood can successfully reconstitute the hematopoietic system, while cells in an equal volume of adult blood cannot.

TABLE VII

SUCCESSFUL HEMATOPOIETIC RECONSTITUTION WITH A DEFINED VOLUME OF NEAR-TERM FETAL BLOOD BUT NOT WITH ADULT BLOOD

| Group | Day of Death | 30-day Survival Rate* |
|---|---|---|
| (1) Treated with fetal blood | 10, 12, 12, 14, 14 | 5/10** |
| (2) Treated with adult blood | 11, 11, 12, 12, 12, 13, 14, 14, 15, 15 | 0/10 |

TABLE VII-continued

SUCCESSFUL HEMATOPOIETIC RECONSTITUTION
WITH A DEFINED VOLUME OF NEAR-TERM
FETAL BLOOD BUT NOT WITH ADULT BLOOD

| Group | Day of Death | 30-day Survival Rate* |
|---|---|---|
| (2) Controls: no restorative treatment but conditions otherwise identical | 9, 10, 10, 11, 11, 12, 12, 12, 15, | 0/10 |

*All 30-day survivors were normally healthy over prolonged periods of observation, displaying the typical post-irradiation graying of the coat, and would doubtless have experienced an approximately normal life-span, as is typical of reconstitution with syngeneic or near-syngeneic cell donors.
**Later typing for the Tla marker by cytotoxicity assay of thymocytes (Schlesinger, M., et al., 1965, Nature 206:1119–1121; Boyse, E. A., et al., 1964, Methods in Medical Research 10:39) established repopulation by donor cells of the injected blood.

6.11.3. Hematopoietic Reconstitution With Blood of Newborn Mice in Volumes as Low as Ten Microliters

The examples herein described demonstrate that the stem cells in a volume of neonatal blood as low as 10 microliters can reconstitute the hematopoietic system of lethally-irradiated mice.

The irradiated mice were 20 (B6 x A-Tla$^b$)F$_1$ hybrid males aged 8–12 weeks. The mice were exposed to 862.8 rads at a radiation dose of 107.85 rad/min for 8 minutes with a $^{137}$Cs source (LD100/30 days).

Blood was collected by cervical section from eighteen (B6-Tla$^a$ x A)F$_1$ hybrid neonates, less than 24 hours old. As a restorative treatment, 5 mice received 0.04 ml heparinized whole neonatal blood per mouse (made up to a total volume of approximately 0.2 ml by adding M199 medium with penicillin and streptomycin added), (Group 1); 5 mice each received 0.02 ml (Group 2); 5 mice each received 0.01 ml (Group 3); and 5 mice received no further treatment (Group 4, radiation control). Treatment was by intravascular injection into a peri-orbital vein of the eye.

The genetics of donor and recipient mice provides complete histocompatibility except for a segment of chromosome 17 bearing the Tla marker gene. All mice were maintained previously and throughout on acidified drinking water to eradicate pseudomonas and similar infective organisms.

The results in Table VIII show that stem cells in extremely small neonatal blood volumes (down to 10 ul) were able to reconstitute the hematopoietic system.

TABLE VIII

SUCCESSFUL HEMATOPOIETIC RECONSTITUTION
WITH NEONATAL BLOOD VOLUMES
AS LOW AS TEN MICROLITERS

| Group | Day of Death | 30-day Survival Rate* |
|---|---|---|
| (1) Treated with 0.04 ml neonatal blood | 12 | 4/5** |
| (2) Treated with 0.02 ml neonatal blood | 14, 18 | 3/5 |
| (3) Treated with 0.01 ml neonatal blood | 12, 12, 14, 14 | 1/5 |
| (4) Controls: no restorative treatment but conditions otherwise identical | 5, 6, 9, 10, 11 | 0/5 |

TABLE VIII-continued

SUCCESSFUL HEMATOPOIETIC RECONSTITUTION
WITH NEONATAL BLOOD VOLUMES
AS LOW AS TEN MICROLITERS

| Group | Day of Death | 30-day Survival Rate* |
|---|---|---|

*All 30-day survivors were normally healthy over prolonged periods of observation, displaying the typical post-irradiation graying of the coat, and would doubtless have experienced an approximately normal life-span, as is typical of reconstitution with syngeneic or near-syngeneic cell donors.
**Later typing for the Tla marker by cytotoxicity assay of thymocytes (Schlesinger, M., et al., 1965, Nature 206:1119–1121; Boyse, E. A., et al., 1964, Methods in Medical Research 10:39) established repopulation by donor cells of the injected blood.

6.11.4. Hematopoietic Reconstitution With Blood of Newborn Mice in Volumes of 10 or 15 Microliters

The examples herein described demonstrate that the stem cells in a volume of neonatal blood as low as 10 or 15 microliters can reconstitute the hematopoietic system of lethally-irradiated mice.

The irradiated mice were 15 male and 5 female (B6 x A-Tla$^b$)F$_1$ hybrids aged 10–12 weeks. The mice were exposed to 862.8 rads at a radiation dose of 107.85 rad/min for 8 minutes with a $^{137}$Cs source (LD100/30 days).

Blood was collected by cervical section from fourteen (B6 x A-Tla$^b$)F$_1$ hybrid neonates, less than 24 hours old. As a restorative treatment, 10 mice received 0.015 ml heparinized whole neonatal blood per mouse (made up to a total volume of approximately 0.2 ml by adding M199 medium with penicillin and streptomycin added), (Group 1); 5 mice each received 0.01 ml (Group 2); and the 5 female mice received no further treatment (Group 3, radiation control). Treatment was by intravascular injection into a peri-orbital vein of the eye. The donor and recipient mice were genetically identical, and thus completely histocompatible. All mice were maintained previously and throughout on acidified drinking water to eradicate pseudomonas and similar infective organisms.

The results shown in Table IX reveal that stem and progenitor cells in neonatal blood volumes of 10 or 15 microliters were able to reconstitute the hematopoietic system.

TABLE IX

SUCCESSFUL HEMATOPOIETIC RECONSTITUTION
WITH NEONATAL BLOOD VOLUMES
OF 10 OR 15 MICROLITERS

| Group | Day of Death | 30-day Survival Rate* |
|---|---|---|
| (1) Treated with 0.15 ml neonatal blood | 12, 12, 12, 13, 13, 13 | 4/10 |
| (2) Treated with 0.01 ml neonatal blood | 12, 16 | 3/5 |
| (4) Controls: no restorative treatment but conditions otherwise identical | 12, 13, 14, 17, 22 | 0/5 |

*All 30-day survivors were normally healthy over prolonged periods of observation, displaying the typical post-irradiation graying of the coat, and would doubtless have experienced an approximately normal life-span, as is typical of reconstitution with syngeneic or near-syngeneic cell donors.

6.12. Hematopoetic Reconstitution for Treatment of Fanconi's Anemia

In the example herein, we describe a procedure which was carried out to effect the hematopoietic reconstitution of a

patient by allogeneic peripheral blood stem cell infusion, for treatment of the genetic anemia Fanconi's syndrome.

The patient was a 5 year old white male child with Fanconi's anemia. The patient was first noted to be pancytopenic at 24 months of age. He was subsequently confirmed to have Fanconi's anemia by diepoxybutane-induced chromosomal breakage assay (Auerbach, A. D., et al., 1979, Am. J. Hum. Genet. 31(1):77–81). The patient had undergone no interventional therapy other than Danazol administration. He had undergone transfusions on two occasions (once with red cells and once with platelets).

The source of neonatal blood for the hematopoietic reconstitution was a female sibling, who was compatible with the patient for HLA and red cell antigens. By study of the in utero sibling's fibroblasts obtained at amniocentesis, the sibling was found to be a four antigen match. The chromosome breakage test (Auerback, A. D., et al, 1979, Am. J. Hum. Genet. 31(1):77–81) demonstrated that the female sibling did not suffer from Fanconi's anemia.

Approximately 150 ml neonatal blood was collected from the umbilical cord and placenta of the sibling at birth, and was diluted 1:1 in sterile pyrogen-free saline containing DMSO to a final concentration of 10% DMSO. The blood was then shipped under sterile conditions by overnight mail to a processing site, where it was frozen slowly, in transplantation bags, in a time-freezing apparatus, and was stored in liquid nitrogen.

Prior to freezing, a sample of the diluted blood was assayed to determine hematopoietic progenitor cell counts as described in Section 6.6, supra. The results are shown in Table X.

TABLE X

| Before Freezing | HEMATOPOIETIC PROGENITOR CELLS IN DONOR NEONATAL BLOOD | | |
|---|---|---|---|
| | Cord Blood | Placental Blood | Total |
| Total Nucleated Cells | $1.05 \times 10^9$ | $1.42 \times 10^8$ | $1.2 \times 10^9$ |
| Granulocyte-Macrophage Progenitors (CFU-GM) | $2.23 \times 10^5$ | $0.13 \times 10^5$ | $2.46 \times 10^5$ |
| Erythroid Progenitors (BFU-E) | $3.72 \times 10^5$ | $0.25 \times 10^5$ | $3.97 \times 10^5$ |
| Multipotential Progenitors (CFU-GEMM) | $3.57 \times 10^4$ | $0.28 \times 10^4$ | $0.39 \times 10^4$ |

After a test freeze-thaw on a sample of the neonatal blood (1 month frozen), recovery of viable hematopoietic progenitor cells was as follows (as assessed by in vitro hematopoietic progenitor cell colony assays as described in Section 6.6): 100% of CFU-GM, 45% of BFU-E, and 75% of CFU-GEMM.

The patient was conditioned for hematopoietic reconstitution by methods similar to those which have been used for conditioning nonconstitutional aplastic anemia (Gluckman, E., et al., 1984, in Aplastic Anaemia; Stem Cell Biology and Advances in Treatment, Young, N. S., et al., eds., Alan R. Liss, Inc., New York, pp. 325–333; incorporated by reference herein) except that dosages of chemoradiotherapy were decreased. The patient was administered cytoxin® (cyclophosphamide) intravenously at a dosage of 5 mg/kg/day at six, five, four, and three days prior to neonatal blood infusion, for a total of 20 mg/kg. One day prior to infusion, the patient was subjected to thoraco-abdominal irradiation with 500 rads and administered Cyclosporin A.

The frozen blood sample was shipped, under liquid nitrogen, to the site of patient treatment, where it was thawed in a water bath. Approximately 300 ml of the thawed blood sample was infused intravenously into the patient for treatment of the Fanconi's anemia.

6.13. Flowchart: Description of a Service

In a particular embodiment of the invention, the isolation and preservation of neonatal hematopoietic stem and progenitor cells is envisioned as a service offered to each prospective cell donor, which can comprise the steps listed below. The description is meant for illustrative purposes only, in no way limiting the scope of the invention.

1. Contact

Initial contact is made between an expectant mother (client) and the obstetrician, who arranges the service.

2. Blood Collection

In the obstetrical ward, after the infant has been delivered and separated from the cord in the usual way, blood is drawn from the cord into a specially designed receptacle, which is sealed and placed in a customized shipping container, together with a data-form, completed by a member of the obstetrical team, giving details of the birth.

3. Transport

Once daily, an overnight freight carrier collects the shipping containers from the obstetrical wards, and transports them to processing headquarters by 10:30 A.M. the following day.

4. Registration

Upon receipt at headquarters, each container is catalogued. The blood enters the laboratory for processing (optional).

5. Blood Processing (optional)

The cells are separated, and the white cells, which include the stem and progenitor cells, are retained for storage.

6. Testing

The separated cells undergo routine testing (see Section 5.1.2, supra). In exceptional cases, special testing may be indicated to determine whether the sample is contaminated, e.g., by maternal blood. Samples may be rejected for reason of contamination or other causes.

7. Packaging and Labeling

Cells from each accepted sample are dispensed into standard freezing vials (cryules) and labeled in conventional and computer-generated characters.

The cells of each individual are allocated to four cryules, two of which are assigned for storage to one freezer and two to another, independently-serviced, freezer. A fifth cryule contains cells set aside for testing of identity, viability, and function, when withdrawal of cells is required for therapy.

Labels are printed by computer, using a special printer, on silk, which withstands immersion in liquid nitrogen. The label data include the registration number, in machine readable and human readable characters, date of freezing, cryule number (1–4, 5) and freezer assignment (A and B).

8. Freezing and Storage

The cryules are subjected to slow freezing, and assigned to two separately maintained liquid nitrogen refrigerators.

9. Permanent Records

The entire preparative history is entered into the permanent records, including location within cryostorage modules.

59

For example, data input for each donor for maintenance in the computer records can comprise:
  Registration number
  Name
  Sex
  Date of birth
  Place of birth (hospital identification)
  Birth certificate number
  Name of mother
  Date of receipt of cells
  Date of freezing
  Freezer positions
  Obstetrical data
    (a) special circumstances of birth
    (b) if twin, registration number of co-twin
    (c) any health disorder of the mother
  Test results
    (a) differential cell counts
    (b) bacterial cultures
    (c) other tests performed
10. Notification to Client

The client is notified of the registration number, for preservation with child's documents, and is asked for information not available at the time of birth (given name, birth number), for inclusion in permanent records.

11. Withdrawal of Cells for Clinical Use

Requests for cells for treatment of the donor are made on behalf of the donor by a suitably accredited physician affiliated with an appropriate hospital unit. Cells are withdrawn from the cell bank and matched for identity with the recipient. The cells are also tested for viability and microbial contamination, and quantified in terms of stem cell, progenitor cell, and other categories. Further tests are conducted as required. Cells and an accompanying report are delivered to the medical institution designated by the physician. An appropriate notation is entered in the permanent records.

It is apparent that many modifications and variations of this invention as hereinabove set forth may be made without departing from the spirit and scope thereof. The specific embodiments described are given by way of example only and the invention is limited only by the terms of the appended claims.

What is claimed is:

1. A method for treating a human patient in need of hematopoietic reconstitution comprising introducing into the human patient a composition comprising a cryoprotective agent and human neonatal or fetal hematopoietic stem cells derived from the umbilical cord blood or placental blood of a human collected at birth of said human so as to provide hematopoietic reconstitution.

2. The method according to claim 1 in which the composition further comprises human neonatal or fetal hematopoietic progenitor cells derived from the blood.

3. The method according to claim 1 in which the composition comprises whole neonatal or fetal blood.

4. The method according to claim 1 in which the patient has a failure or dysfunction of normal blood cell production and maturation.

5. The method according to claim 4 in which the patient has anemia.

6. The method according to claim 1 in which the patient has a hematopoietic malignancy.

7. The method according to claim 6 in which the hematopoietic malignancy is a leukemia.

8. The method according to claim 6 in which the hematopoietic malignancy is a lymphoma.

60

9. The method according to claim 1 in which the patient has an autoimmune disease.

10. The method according to claim 1 in which the patient has a genetic disorder.

11. The method according to claim 1 in which the patient is immunodeficient.

12. The method according to claim 11 in which the immunodeficiency is by reason of irradiation.

13. The method according to claim 11 in which the immunodeficiency is by reason of chemotherapy.

14. The method according to claim 11 in which the immunodeficiency is by reason of infection by a pathogenic microorganism.

15. The method according to claim 11 in which the patient has a malignant solid tumor.

16. The method according to claim 1 in which the patient has Fanconi's anemia.

17. The method according to claim 1 in which the patient has a hypoproliferative stem cell disorder.

18. The method according to claim 1 in which the patient is infected by a pathogen.

19. A method for treating a human patient in need of hematopoietic reconstitution comprising:
  (a) obtaining human neonatal or fetal blood components comprising hematopoietic stem cells derived from the umbilical cord blood or placental blood of a human collected at birth of said human;
  (b) cryopreserving the blood components;
  (c) thawing the blood components; and
  (d) introducing the blood components into the human patient so as to provide hematopoietic reconstitution.

20. The method according to claim 19 in which the stem cells are autologous to the patient.

21. The method according to claim 19 in which the stem cells are syngeneic to the patient.

22. The method according to claim 19 in which the stem cells are allogeneic to the patient.

23. The method according to claim 19 in which the blood components comprise whole blood.

24. The method according to claim 19 in which the blood components are isolated by collection from an umbilical cord.

25. The method according to claim 19 in which the blood components are isolated by collection from a placenta.

26. The method according to claim 19 in which the patient is immunodeficient.

27. The method according to claim 19 in which the immunodeficiency is by reason of irradiation.

28. The method according to claim 19 in which the immunodeficiency is by reason of chemotherapy.

29. The method according to claim 19 in which the immunodeficiency is by reason of infection by a pathogen.

30. The method according to claim 26 in which the patient has a malignant solid tumor.

31. The method according to claim 19 in which the patient has anemia.

32. The method according to claim 31 in which the patient has Fanconi's anemia.

33. The method according to claim 19 in which the patient has a hypoproliferative stem cell disorder.

34. The method according to claim 19 in which the patient has a hematopoietic malignancy.

35. The method according to claim 34 in which the hematopoietic malignancy is a leukemia.

36. The method according to claim 34 in which the hematopoietic malignancy is a lymphoma.

37. The method according to claim 19 in which the patient has an autoimmune disease.

US 6,569,427 B1

61

38. The method according to claim 19 in which the patient has a hemolytic disorder.

39. The method according to claim 19 in which the patient has a genetic disorder.

40. A method for treating a human patient in need of hematopoietic reconstitution comprising:
  (a) obtaining human neonatal or fetal blood components comprising hematopoietic stem and progenitor cells derived from the umbilical cord blood or placental blood of a human collected at birth of said human;
  (b) cryopreserving the blood components;
  (c) thawing the blood components; and
  (d) introducing the blood components into the human patient so as to provide hematopoietic reconstitution.

41. The method according to claim 40 in which the stem and progenitor cells are autologous to the host.

42. The method according to claim 40 in which the stem and progenitor cells are syngeneic to the host.

43. The method according to claim 40 in which the stem and progenitor cells are allogeneic to the host.

44. The method according to claim 40 in which the host has Fanconi's anemia.

45. The method according to claim 40 in which the blood components are isolated by collection from an umbilical cord.

46. A method for treating a human patient in need of hematopoietic reconstitution comprising introducing into the human patient a composition comprising human neonatal or fetal hematopoietic stem cells derived from the umbilical cord blood or placental blood of a human collected at birth of said human, in which the stem cells have been previously cryopreserved, so as to provide hematopoietic reconstitution.

47. The method according to claim 1 in which the stem cells are from the umbilical cord blood or placental blood of a single human collected at the birth of said human.

62

48. A method for treating a human patient in need of hematopoietic reconstitution comprising (a) thawing cryopreserved blood components comprising human neonatal or fetal hematopoietic stem cells derived from the umbilical cord blood or placental blood of a human collected at birth of said human; (b) and introducing the thawed blood components into the human patient so as to provide hematopoietic reconstitution.

49. A method for storing human neonatal or fetal hematopoietic stem cells derived from the blood, said method comprising cryopreserving human neonatal or fetal blood components containing human neonatal or fetal hematopoietic stem cells from the umbilical cord blood or placental blood of a single human collected at the birth of said human, such that the cells remain viable, in which said cells are present in an amount sufficient to effect hematopoietic reconstitution of a human adult.

50. The method of claim 49, wherein said blood components comprise whole blood.

51. The method of claim 49, wherein said cryopreserving comprises adding a cryoprotective agent to said cells.

52. The method of claim 51, wherein said cryoprotective agent is dimethyl sulfoxide.

53. The method of claim 49, 50, 51 or 52, wherein said cryopreserving comprises storing said cells in liquid nitrogen or its vapor.

54. The method of claim 49, 50, 51 or 52, further comprising adding an anticoagulant to said cells.

55. The method of claim 49, 50, 51 or 52, further comprising enriching the cells by a cell separation procedure.

56. The method of claim 49, 50, 51 or 52, further comprising growing the cells *in vitro*.

* * * * *