1  PAUL J. ANDRE, Bar No. 196585
   LISA KOBIALKA, Bar No. 191404
2  PERKINS COIE LLP
3  101 Jefferson Drive
   Menlo Park, CA 94025-1114
4  Telephone: (650) 838-4300
   Facsimile: (650) 838-4350
5
6  Attorneys for PharmaStem Therapeutics, Inc.

7

8           IN THE UNITED STATES DISTRICT COURT         **PVT**
            NORTHERN DISTRICT OF CALIFORNIA
9               SAN FRANCISCO DIVISION
10                                              **C 04 3072**

11  PHARMASTEM THERAPEUTICS, INC., a      Case No.:
    Delaware corporation,
12
                    Plaintiff,
13                                              NOTICE OF PENDENCY OF
                                                RELATED CASE PURSUANT TO
14        v.                                    CIVIL LOCAL RULE 3-12

15  CORD BLOOD REGISTRY, INC. dba CBR, a
    Delaware corporation, and SUTTER HEALTH,
16  INC., a California corporation,

17                  Defendants.

---

NOTICE OF PENDENCY OF RELATED CASE                              [40923-0005/BY042090.038]
PURSUANT TO CIVIL LOCAL RULE 3-12

Plaintiff PharmaStem Therapeutics, Inc. ("Plaintiff" or "PharmaStem") hereby submits this Notice of Related Case pursuant to Civil Local Rule 3-12. On February 10, 2004, PharmaStem filed a patent infringement lawsuit, entitled *PharmaStem Therapeutics, Inc. v. Alpha Cord, Inc. et al.*, Case No. C 04-0564 JSW, asserting U.S. Patent No. 6,461,645 B1 and 6,569,427 B1. PharmaStem is asserting infringement of these two patents against the two defendants in the above-captioned matter. Accordingly, the technology at issue in both of these cases involves umbilical cord blood stem cells cryopreserved for future therapeutic use.

The first action filed in February of 2004 was dismissed earlier this month because the five defendants, who are unrelated to the defendants in this action, entered into license agreements with PharmaStem for its patent portfolio. While the Court did not rule on any substantive issues in the first action, assignment of this case to the same judge (Honorable Jeffrey S. White) will likely result in the conserving judicial resources and promote an efficient determination of the action because it involves the same two patents, legal issues and technology.

DATED: July 28, 2004.

PERKINS COIE LLP

By _____
Paul J. Andre
Attorneys for Plaintiff
PharmaStem Therapeutics, Inc