AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>08-03-04 |
| NAME OF SERVER *(PRINT)*<br>Steven Stayton | TITLE<br>Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Johnnie W. Domingue, COO/CFO Director, on behalf of Cord Blood Registry, Inc. dba CBR, a Delaware Corporation at 1200 Bayhill Drive, Suite 301, San Bruno, CA 94066

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $ 82.02 |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08-03-04
              *Date*                              *Signature of Server*

Western Attorney Services
75 Columbia Square, San Francisco, CA 94103
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.