| Attorney or Party without Attorney: Paul J. Andre, Esq., Bar #196585<br>Perkins Coie, LLP<br>101 Jefferson Drive<br>Menlo Park, CA 94025 | | For Court Use Only |
|---|---|---|
| Telephone No: 650-838-4300   FAX No: 650-838-4350 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United Stated District Court - Northern District Of California | | |
| Plaintiff: Pharmastem Therapeutics, Inc. | | |
| Defendant: Cord Blood Registry, Inc., et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C043072PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Ecf Registration Information Handout; Notice Of Pendency Of Related Case Pursuant To Civil Local Rule 3-12; Notice Of Pendency Of Other Action Pursuant To Civil Local Rule 3-13; Order Setting Initial Case Management Conference; Adr Information Package; Joint Case Management Statement And Proposed Order; Standing Order Regarding Case Management In Civil Cases; Notice Of Assignment Of Case To United States Magistrate Judge For Trial; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Consent To Proceed Before A United State Magistrate Judge (blank); Declination To Proceed Before A Magistrate (blank); Stipulation And [proposed] Order Selecting Adr Process (blank); Notice Of Need For Adr Phone Conference (blank); Notice Of Lawsuit And Request For Waiver Of Service Of Summons (blank); Waiver Of Service Of Summons (blank); Joint Case Management Statement And Proposed Order

3. a. Party served:            Gary F. Loveridge
   b. Person served:          Debbie Pollard, Person Authorized to Accept

4. Address where the party was served:   Sutter Health Legal Counsel
                                          2200 River Plaza Drive
                                          Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Aug. 13, 2004 (2) at: 11:04AM

7. **Person Who Served Papers:**                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Mike Singh                                d. *The Fee for Service was:*



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814
**Voice: 916.449.8990**
**FAX: 916.449.8991**

   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.:      2000-02
      (iii) County:               Sacramento
      (iv) Expiration Date:       Wed, Jan. 04, 2006

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Aug. 13, 2004

                                                                                    (Mike Singh)

Judicial Council form POS-010                    PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev July 1, 2004                                                              paand.19453