1   PILLSBURY WINTHROP LLP
    William F. Abrams (State Bar No. 88805)
2   Thomas F. Chaffin (State Bar No. 112368)
    Chang H. Kim (State Bar No. 195554)
3   Peter H. Nohle (State Bar No. 209446)
    2475 Hanover Street
4   Palo Alto, CA 94304-1114
    Telephone: (650) 233-4500
5   Facsimile:  (650) 233-4545

6   Attorneys for Defendant and Counterclaimant
    CBR SYSTEMS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  ─────────────────────────────────    ) No. C 04 3072 PVT
    PHARMASTEM THERAPEUTICS, INC., a     )
12  Delaware corporation,                ) **DECLINATION TO PROCEED BEFORE**
                                         ) **A MAGISTRATE JUDGE AND**
13                      Plaintiff,       ) **REQUEST FOR REASSIGNMENT TO A**
                                         ) **UNITED STATES DISTRICT JUDGE**
14          vs.                          )
                                         )
15  CORD BLOOD REGISTRY, INC., dba       )
    CBR, a California corporation, and SUTTER )
16  HEALTH, INC., a California corporation. )
                                         )
17                      Defendants.      )
                                         )
18  ─────────────────────────────────    )

19       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

20  The undersigned party in the above-captioned civil matter hereby declines to consent to the

21  assignment of this case to a United States Magistrate Judge for trial and disposition and

22  /-/-/

23  /-/-/

24  /-/-/

25  /-/-/

26  /-/-/

27  /-/-/

28  /-/-/

1    hereby requests reassignment of this case to a United States District Judge.

2         Dated:  August 23, 2004.

3                                          PILLSBURY WINTHROP LLP
                                           William F. Abrams
4                                          Thomas F. Chaffin
                                           Chang H. Kim
5                                          Peter H. Nohle
                                           2475 Hanover Street
6                                          Palo Alto, CA 94304-1114

7
                                      By _____
8
                                      Attorneys for Defendant and Counterclaimant
9                                     CBR SYSTEMS, INC.[1]

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

_____

27   [1]  CBR SYSTEMS, INC. is erroneously referred to as "CORD BLOOD REGISTRY, INC."
     in the Complaint.
28

                                                    DECLINATION TO PROCEED BEFORE A
                                                    MAGISTRATE JUDGE AND REQUEST FOR
                                                    REASSIGNMENT TO A U.S. DISTRICT JUDGE
                                                    CASE NO. C 04 3072 PVT