PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for PharmaStem Therapeutics, Inc.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | Case No.: C 04-3072 JSW |
| Plaintiff, | **CERTIFICATION AS TO INTERESTED PARTIES** |
| v. | |
| CORD BLOOD REGISTRY, INC. dba CBR, a Delaware corporation, and SUTTER HEALTH, INC., a California corporation, | |
| Defendants. | |

1

## CERTIFICATION AS TO INTERESTED PARTIES

2

Pursuant to F.R.C.P. 7.1, the undersigned, counsel of record for plaintiff, PharmaStem

3

Therapeutics, Inc., a Delaware corporation, certifies that PharmaStem Therapeutics, Inc. does not

4

5

have a parent company and that there is no publicly held corporation that owns ten percent (10%)

6

or more of its stock.

7

8

DATED: September 8, 2004                     PERKINS COIE LLP

9

10

By: _____/s/_____

11

Paul Andre
Attorneys for Plaintiff

12

PharmaStem Therapeutics, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

CERTIFICATION AS TO INTERESTED PARTIES
CASE NO. C 04-3072 JSW

[BY042510.083] 40923-0005