PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for PharmaStem Therapeutics, Inc.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORD BLOOD REGISTRY, INC. dba CBR, a Delaware corporation, and SUTTER HEALTH, INC., a California corporation,<br><br>Defendants. | Case No.: C 04-3072 JSW<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO CIVIL LOCAL RULE 3-13** |

NOTICE OF PENDENCY OF OTHER ACTIONS
PURSUANT TO CIVIL LOCAL RULE 3-13
CASE NO. C 04-3072 JSW

Plaintiff PharmaStem Therapeutics, Inc. ("Plaintiff" or "PharmaStem") hereby submits this Notice of Pendency of Other Action pursuant to Civil Local Rule 3-13. PharmaStem has filed several different patent actions which involve U.S. Patent Nos. 6,461,645 ("the '645 Patent") and 6,569,427 ("the '427 Patent"), the same patents that are being asserted against the defendants in this case.

On July 28, 2004, PharmaStem filed four different patent actions, asserting the '645 and '427 Patents against a number of defendants. The case pending in the United States District Court for the District of Massachusetts is entitled *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., Obstetrical and Gynecological Associates, P.A., FemPartners, Inc. and St. Elizabeth's Medical Center*, Case No. 04 CV 11673 RWZ. The case pending in the United States District Court for the Eastern District of Pennsylvania is entitled *PharmaStem Therapeutics, Inc. v. CorCell, Inc., Molly McBride and Carlo M. Croce*, Case No. 2:04-CV-0351-RK. The case pending in the United States District Court for the Middle District of Florida is entitled *PharmaStem Therapeutics, Inc. v. Cryo-Cell International, Inc. and Bruce Zafran*, Case No. 8:04-CV-1740-T-30TGW.

On August 4, 2004, PharmaStem filed a patent action in the United States District Court for the Central District of California, asserting the '645 and '427 Patents and another related patent. This case is entitled *PharmaStem Therapeutics, Inc. v. CureSource, Inc., Monica Aszlerbaum, Andrew Cassidenti, Eunice U. Lee, Carla Wells, Anita York, Eliot Romero, Kathy Anderson, Nasrin Farbakhsh, Bruce A. Hagadorn, Rajasree T. Seshadri, Arthur Goldstein and Charles W. Moniak*, Case No. SACV-04-921 GLT (ANX).

PharmaStem is not aware of any grounds to support jurisdiction and venue over these various defendants in the Northern District of California. Furthermore, given the diversity of the defendants, including the individuals named in these various actions, transfer would not be convenient for the parties and witnesses. Furthermore, while some coordination may avoid conflicts, PharmaStem anticipates that each of the defendants will raise issues distinct to that party,

///

///

such that coordination will likely not conserve resources and promote an efficient determination of the action.

DATED: September 8, 2004.

**PERKINS COIE LLP**

By _____/s/_____
Paul J. Andre
Attorneys for Plaintiff
PharmaStem Therapeutics, Inc

3