516

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 02-148-GMS |
| VIACELL, INC., et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' JOINT MOTION
## FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF
## WHILE COURT'S RULING ON POST-TRIAL MOTIONS IS PENDING

Defendants ViaCell, Inc., Cryo-Cell International, Inc., CorCell, Inc., and CBR Systems, Inc. ("Defendants") collectively move the Court for immediate relief against Plaintiff PharmaStem Therapeutics, Inc. ("PharmaStem"), in the form of a temporary restraining order or injunction. As grounds therefor, Defendants rely upon a memorandum of points and authorities in support of this motion, and numerous declarations of company representatives demonstrating the harm Defendants face, all filed contemporaneously. The relief Defendants seek is described more particularly in their accompanying memorandum and in the attached proposed forms of order. Defendants are also filing a motion seeking expedited briefing and a prompt hearing on this motion.

EXHIBIT A