# U.S. District Court

## U. S. District Court of Delaware (Wilmington)

## CIVIL DOCKET FOR CASE #: 02-CV-148

### Pharmastem, et al v. Viacell Inc, et al

Filed: 02/22/02
Assigned to: Judge Gregory M. Sleet
Jury demand: Both
Demand: $0,000
Nature of Suit: 830
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 35:271 Patent Infringement

---

PHARMASTEM THERAPEUTICS INC.
   plaintiff

Philip A. Rovner
[COR LD NTC]
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules
Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000

  v.

VIACELL INC
   defendant

Jeffrey L. Moyer
[COR LD NTC]
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541

David Allan Felice
[term 07/29/04]
[COR LD NTC]
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market St., Suite
1400
Wilmington, DE 19801
(302) 295-2000

EXHIBIT D

```
CYRO-CELL INTERNATIONAL INC          Robert F. Stewart, Jr.
     defendant                       [COR LD NTC]
                                     Dilworth Paxson LLP
                                     First Federal Plaza
                                     Suite 500
                                     Wilmington, DE 19801
                                     (215) 575-7110
  □


CORCELL INC                          Robert F. Stewart, Jr.
     defendant                       (See above)
                                     [COR LD NTC]


STEMCYTE INC                         Robert F. Stewart, Jr.
     defendant                        [term 09/10/03]
  [term 09/10/03]                    (See above)
                                     [COR LD NTC]


CBR SYSTEMS INC                      Richard D. Kirk
fka                                  [COR LD NTC]
Cord Blood Registry Inc              Morris, James, Hitchens &
     defendant                       Williams
                                     222 Delaware Ave.
                                     P.O. Box 2306
                                     Wilmington, DE 19899
                                     (302) 888-6800


BIRTHCELLS TECHNOLOGY INC            Robert F. Stewart, Jr.
     defendant                       (See above)
                                     [COR LD NTC]


NUSTEM TECHNOLOGIES INC
     defendant
  [term 07/10/02]


BIO-CELL INC                         Robert F. Stewart, Jr.
     defendant                       (See above)
                                     [COR LD NTC]


=================================


VIACELL INC                          Jeffrey L. Moyer
     counter-claimant                [COR LD NTC]
                                     Richards, Layton & Finger
                                     One Rodney Square
                                     P.O. Box 551
                                     Wilmington, DE 19899
                                     (302) 658-6541


          v.


PHARMASTEM THERAPEUTICS INC.         Philip A. Rovner
  □

          counter-defendant          [COR LD NTC]
                                     Potter Anderson & Corroon, LLP
                                     1313 N. Market St., Hercules
                                     Plaza, 6th Flr.
                                     P.O. Box 951
                                     Wilmington, DE 19899-0951
```

                                        (302) 984-6000

===========================

STEMCYTE INC                            Robert F. Stewart, Jr.
      counter-claimant                   [term  09/10/03]
  [term  09/10/03]                      [COR LD NTC]
                                        Dilworth Paxson LLP
                                        First Federal Plaza
                                        Suite 500
                                        Wilmington, DE 19801
                                        (215) 575-7110


      v.


PHARMASTEM THERAPEUTICS INC.            Philip A. Rovner
      counter-defendant                 [COR LD NTC]
                                        Potter Anderson & Corroon, LLP
                                        1313 N. Market St., Hercules
                                        Plaza, 6th Flr.
                                        P.O. Box 951
                                        Wilmington, DE 19899-0951
                                        (302) 984-6000


===========================

BIRTHCELLS TECHNOLOGY INC               Robert F. Stewart, Jr.
      counter-claimant                  [COR LD NTC]
                                        Dilworth Paxson LLP
                                        First Federal Plaza
                                        Suite 500
                                        Wilmington, DE 19801
                                        (215) 575-7110


      v.


PHARMASTEM THERAPEUTICS INC.            Philip A. Rovner
      counter-defendant                 [COR LD NTC]
                                        Potter Anderson & Corroon, LLP
                                        1313 N. Market St., Hercules

  □
                                        Plaza, 6th Flr.
                                        P.O. Box 951
                                        Wilmington, DE 19899-0951
                                        (302) 984-6000


===========================

CORCELL INC                             Robert F. Stewart, Jr.
      counter-claimant                  [COR LD NTC]
                                        Dilworth Paxson LLP
                                        First Federal Plaza
                                        Suite 500
                                        Wilmington, DE 19801
                                        (215) 575-7110


      v.


PHARMASTEM THERAPEUTICS INC.            Philip A. Rovner

```
        counter-defendant           [COR LD NTC]
                                     Potter Anderson & Corroon, LLP
                                     1313 N. Market St., Hercules
                                     Plaza, 6th Flr.
                                     P.O. Box 951
                                     Wilmington, DE 19899-0951
                                     (302) 984-6000


======================================

CYRO-CELL INTERNATIONAL INC          Robert F. Stewart, Jr.
        counter-claimant             [COR LD NTC]
                                     Dilworth Paxson LLP
                                     First Federal Plaza
                                     Suite 500
                                     Wilmington, DE 19801
                                     (215) 575-7110


        v.


PHARMASTEM THERAPEUTICS INC.         Philip A. Rovner
        counter-defendant            [COR LD NTC]
                                     Potter Anderson & Corroon, LLP
                                     1313 N. Market St., Hercules
                                     Plaza, 6th Flr.
                                     P.O. Box 951
                                     Wilmington, DE 19899-0951
     []                              (302) 984-6000


======================================

VIACELL INC                          Jeffrey L. Moyer
        counter-claimant             [COR LD NTC]
                                     Richards, Layton & Finger
                                     One Rodney Square
                                     P.O. Box 551
                                     Wilmington, DE 19899
                                     (302) 658-6541

                                     David Allan Felice
                                      [term  07/29/04]
                                     [COR LD NTC]
                                     Cozen & O'Connor
                                     Chase Manhattan Centre
                                     1201 North Market St., Suite
                                     1400
                                     Wilmington, DE 19801
                                     (302) 295-2000


        v.


PHARMASTEM THERAPEUTICS INC.         Philip A. Rovner
        counter-defendant            [COR LD NTC]
                                     Potter Anderson & Corroon, LLP
                                     1313 N. Market St., Hercules
                                     Plaza, 6th Flr.
                                     P.O. Box 951
                                     Wilmington, DE 19899-0951
                                     (302) 984-6000
```

□

# DOCKET   PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|------|---|--------------|
| 2/22/02 | 1 | COMPLAINT filed; Mag consent notice to Pltf.    FILING FEE $ 150.00 RECEIPT # 131973 (mwm) |
| 2/22/02 | -- | DEMAND for jury trial by Pharmastem Inc (mwm) |
| 2/22/02 | -- | SUMMONS(ES) issued for Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech Inc, Nustem Tech Inc, Bio-cell Inc (mwm) |
| 2/22/02 | 2 | Report to Commissioner of Patents and Trademarks. Exit original.  Re: 5,004,681, 5,192,533 (mwm) |
| 2/25/02 | 3 | RETURN OF SERVICE executed as to Viacell Inc 2/22/02 Answer due on 3/14/02 for Viacell Inc (db) |
| 2/25/02 | 4 | RETURN OF SERVICE executed as to Cyro-Cell Inc 2/22/02 Answer due on 3/14/02 for Cyro-Cell Inc (db) |
| 2/25/02 | 5 | RETURN OF SERVICE executed as to Corcell Inc 2/22/02 Answer due on 3/14/02 for Corcell Inc (db) |
| 2/25/02 | 6 | RETURN OF SERVICE executed as to Stemcyte Inc 2/22/02 Answer due on 3/14/02 for Stemcyte Inc (db) |
| 2/25/02 | 7 | RETURN OF SERVICE executed as to CBR Systems Inc 2/22/02 Answer due on 3/14/02 for CBR Systems Inc (db) |
| 2/25/02 | 8 | RETURN OF SERVICE executed as to Birthcells Tech Inc 2/22/02 Answer due on 3/14/02 for Birthcells Tech Inc (db) |
| 2/25/02 | 9 | RETURN OF SERVICE executed as to Nustem Tech Inc 2/22/02 Answer due on 3/14/02 for Nustem Tech Inc (db) |
| 2/25/02 | 10 | RETURN OF SERVICE executed as to Bio-cell Inc 2/22/02 Answer due on 3/14/02 for Bio-cell Inc (db) |
| 2/28/02 | 11 | Praecipe filed by Pharmastem Inc to effectuate service upon defendant Bio-Cell, Inc., c/o Secretary of State for DE. (rc) |
| 2/28/02 | -- | ALIAS SUMMONS issued for Bio-cell Inc., c/o DE Secretary of State. (rc) |

| 3/1/02 | 12 | RETURN OF SERVICE executed as to Bio-cell Inc 2/28/02 Answer due on 3/20/02 for Bio-cell Inc (rc) |
|---|---|---|
| 3/6/02 | 13 | CASE assigned  to Judge Gregory M. Sleet .  Notice to all parties. (gp) |
| 3/8/02 | 14 | AFFIDAVIT of counsel for pltf. of service pursuant to 10 Dec.Sec.3104 on defts. CBR Systems and BirthCells return receipt on 03/02/02 and 02/28/02 (gp) [Entry date 03/11/02] |
| 3/14/02<br>☐ | 15 | STIPULATION extending time through and including 03/28/02 for deft. ViaCell to answer or respond to complaint (gp)<br><br>[Entry date 03/19/02] |
| 3/18/02 | 16 | STIPULATION extending time until 03/28/02 for deft. Cryo-Cell to answer or respond to complaint (gp) [Entry date 03/19/02] |
| 3/18/02 | 17 | Return of service unexecuted as to Bio-cell Inc (gp) [Entry date 03/19/02] |
| 3/19/02 | 18 | STIPULATION extending time to and inlcuding 03/28/02 for deft. Corcell to repsond to compliant (gp) [Entry date 03/26/02] |
| 3/20/02 | -- | So Ordered  granting [15-1] stipulation extending time through and including 03/28/02 for deft. ViaCell to answer or respond to complaint ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 3/20/02 | -- | So Ordered  granting [16-1] stipulation extending time until 03/28/02 for deft. Cryo-Cell to answer or respond to complaint ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 3/22/02 | 19 | MOTION by Corcell Inc for Lisa Burgin Conte to Appear Pro Hac Vice re: [19-1] motion (gp) [Entry date 03/26/02] |
| 3/25/02 | 20 | AMENDED COMPLAINT by Pharmastem Inc , (Answer due 4/4/02 for Bio-cell Inc, for Nustem Tech Inc, for Birthcells Tech Inc, for CBR Systems Inc, for Stemcyte Inc, for Corcell Inc, for Cyro-Cell Inc, for Viacell Inc )  amending [1-1] complaint (gp) [Entry date 03/26/02] |
| 3/26/02 | -- | So Ordered  granting [19-1] motion for Lisa Burgin Conte to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) [Entry date 03/27/02] |
| 3/26/02 | 23 | MOTION by Corcell Inc for Evelyn H. McConathy  to Appear Pro Hac Vice re: [21-1] motion for James J. Rodgers to Appear Pro Hac Vice (gp) [Entry date 04/01/02] |
| 3/27/02 | -- | So Ordered  granting [18-1] stipulation extending time to and including 03/28/02 for deft. Corcell to respond to complaint ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |

3/28/02  21    MOTION by Corcell Inc for James J. Rodgers to Appear Pro
               Hac Vice re: [21-1] motion (gp) [Entry date 04/01/02]

3/29/02  22    Affidavit of Return of service by registered mail
               unexecuted as to Nustem Tech Inc (gp) [Entry date 04/01/02]
☐

4/1/02   --    So Ordered  granting [21-1] motion for James J. Rodgers to
               Appear Pro Hac Vice granting [23-1] motion for Evelyn H.
               McConathy  to Appear Pro Hac Vice ( signed by Judge Gregory
               M. Sleet ) Notice to all parties. (gp)

4/3/02   24    MOTION by CBR Systems Inc for William F. Abrams and
               Kristine L. Ching of Pillsbury Winthrop LLP to Appear Pro
               Hac Vice re: [24-1] motion (gp) [Entry date 04/05/02]

4/8/02   --    So Ordered  granting [24-1] motion for William F. Abrams
               and Kristine L. Ching of Pillsbury Winthrop LLP to Appear
               Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to
               all parties. (gp)

4/8/02   25    MOTION by Pharmastem Inc for John B. Quinn, Paul J.
               Andrew, Lisa Kobialka, and Norbert Stahl to Appear Pro Hac
               Vice re: [25-1] motion (gp) [Entry date 04/10/02]

4/8/02   26    ANSWER to amended complaint and COUNTERCLAIM by Viacell Inc
               (Jeffrey Moyer David Felice ); jury demand against
               Pharmastem Inc (gp) [Entry date 04/10/02]

4/9/02   27    ANSWER by Cyro-Cell Inc  (Attorney Robert F. Stewart Jr.)
               to amended complaint (gp) [Entry date 04/10/02]

4/9/02   28    ANSWER by Corcell Inc  (Robert F. Stewart, Jr.) to amended
               complaint (gp) [Entry date 04/10/02]
               [Edit date 04/10/02]

4/9/02   29    ANSWER by Birthcells Tech Inc  (Attorney Robert F. Stewart
               Jr.} to amended complaint (gp) [Entry date 04/10/02]

4/9/02   30    ANSWER by Bio-cell Inc  (Attorney Robert F. Stewart Jr.} to
               amended complaint (gp) [Entry date 04/10/02]

4/10/02  31    ANSWER to Complaint by CBR Systems Inc  (Attorney Richard
               D. Kirk},; jury demand (gp) [Entry date 04/18/02]

4/10/02  32    MOTION by CBR Systems Inc for David A. Jakopin of
               Pillsbury Winthrop to Appear Pro Hac Vice re: [32-1]
               motion (gp) [Entry date 04/18/02]

4/11/02  33    ANSWER to Complaint by Stemcyte Inc  (Attorney Robert F.
               Stewart Jr.), (gp) [Entry date 04/18/02]

4/16/02  --    So Ordered  granting [25-1] motion for John B. Quinn, Paul
               J. Andrew, Lisa Kobialka, and Norbert Stahl to Appear Pro
               Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all
               parties. (gp) [Entry date 04/17/02]

4/16/02  34    Praecipe filed by Pharmastem Inc to issue alias summons
               upon deft. NuStem Technologies (gp) [Entry date 04/18/02]
☐

4/16/02    --     ALIAS SUMMONS(ES) issued for Nustem Tech Inc  copies to:
                  cnsl. (gp) [Entry date 04/18/02]

4/16/02    35     RETURN OF SERVICE executed on Secretary of State as to
                  Nustem Tech Inc 4/16/02 Answer due on 5/6/02 for Nustem
                  Tech Inc (gp) [Entry date 04/18/02]

4/19/02    --     So Ordered  granting [32-1] motion for David A. Jakopin of
                  Pillsbury Winthrop to Appear Pro Hac Vice ( signed by Judge
                  Gregory M. Sleet ) Notice to all parties. (gp)

4/26/02    36     MOTION by Viacell Inc for Paul F. Ware, Jr., John C.
                  Englander, James C. Rehnquist, James W. McGarry, Russell W.
                  Binns, Jr., and David O'Brien, Goodwin Procter to Appear
                  Pro Hac Vice re: [36-1] motion (gp) [Entry date 05/02/02]

4/26/02    37     AFFIDAVIT by counsel of mailing by registered mail return
                  receipt requested to deft. NuStem Technologies of service
                  of process (gp) [Entry date 05/02/02]

4/29/02    38     ANSWER (reply) by Pharmastem Inc  to [26-2] counter claim
                  of Viacell (gp) [Entry date 05/02/02]

4/29/02    39     MOTION by Pharmastem Inc to Strike deft. Stemcyte Inc's
                  6th Affirmative Defense Answer Brief due 5/13/02  re:
                  [39-1] motion (gp) [Entry date 05/02/02]

4/29/02    40     Opening Brief Filed by Pharmastem Inc [39-1] motion to
                  Strike deft. Stemcyte Inc's 6th Affirmative Defense (gp)
                  [Entry date 05/02/02]

4/29/02    41     MOTION by Pharmastem Inc to Strike deft. Viacell Inc's 5th
                  Affirmative Defense Answer Brief due 5/13/02  re: [41-1]
                  motion (gp) [Entry date 05/02/02]

4/29/02    42     Opening Brief Filed by Pharmastem Inc [41-1] motion to
                  Strike deft. Viacell Inc's 5th Affirmative Defense (gp)
                  [Entry date 05/02/02]

4/30/02    43     MOTION by Stemcyte Inc for Rick C. Chang, and Cristofer I.
                  Leffler, Townsend Townsend and Crew to Appear Pro Hac Vice
                  re: [43-1] motion (gp) [Entry date 05/02/02]

4/30/02    44     MOTION by Stemcyte Inc for Duane H. Mathiowetz, K.T
                  Cherian, and Igor Shoiket, Townsend Townsend and Crew to
                  Appear Pro Hac Vice re: [44-1] motion (gp)
                  [Entry date 05/02/02]

4/30/02    45     MOTION by CBR Systems Inc for John R. Wetherell of
                  Pillsbury Winthrop to Appear Pro Hac Vice re: [45-1]
                  motion (gp) [Entry date 05/03/02]
□

5/3/02     --     So Ordered  granting [36-1] motion for Paul F. Ware, Jr.,
                  John C. Englander, James C. Rehnquist, James W. McGarry,
                  Russell W. Binns, Jr., and David O'Brien, Goodwin Procter
                  to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet )
                  Notice to all parties. (gp)

| 5/3/02 | -- | So Ordered  granting [43-1] motion for Rick C. Chang, and Cristofer I. Leffler, Townsend Townsend and Crew to Appear Pro Hac Vice granting [44-1] motion for Duane H. Mathiowetz, K.T Cherian, and Igor Shoiket, Townsend Townsend and Crew to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
|---|---|---|
| 5/3/02 | -- | So Ordered  granting [45-1] motion for John R. Wetherell of Pillsburg Winthrop to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 5/3/02 | 46 | NOTICE from Judge Sleet of initial 16.2a telephone conf. scheduled for 06/17/02 9:30 (gp) |
| 5/3/02 | -- | Deadline updated; set Telephone Conference for 9:30 6/17/02 (gp) |
| 5/10/02 | 47 | MOTION by Pharmastem Inc for Default Judgment against Nustem Tech Inc Answer Brief due 5/24/02  re: [47-1] motion (gp) [Entry date 05/17/02] [Edit date 05/17/02] |
| 5/10/02 | 48 | AFFIDAVIT by Pharmastem Inc  in support of Re: [47-1] motion for Default Judgment against Nustem Tech Inc (gp) [Entry date 05/17/02] |
| 5/13/02 | 49 | Answer Brief Filed by Viacell Inc [41-1] motion to Strike deft. Viacell Inc's 5th Affirmative Defense and Motion to Amend Answer - Reply Brief due 5/20/02 (gp) [Entry date 05/17/02] [Edit date 06/07/02] |
| 5/15/02 | 50 | AMENDED ANSWER to Amended Complaint by Stemcyte Inc : (gp) [Entry date 05/17/02] |
| 5/20/02 | 51 | Reply Brief Filed by Pharmastem Inc [41-1] motion to Strike deft. Viacell Inc's 5th Affirmative Defense (gp) [Entry date 05/29/02] |
| 5/20/02 | 52 | Reply Brief Filed by Pharmastem Inc [39-1] motion to Strike deft. Stemcyte Inc's 6th Affirmative Defense (gp) [Entry date 05/29/02] |
| 6/7/02 | 53 | ORDER  granting [49-1] Motion of Viacell to Amend its Answer and Dismissing as moot DI 41 pltf. motion to strike ( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp) |
| 6/7/02 | 54 | ORDER that pltfs. motion to strike DI 39 is dimissed as moot in light of Stemcyte's amending its answer ( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp) |
| 6/7/02 | 55 | ORDER in accordance with Rule 55(a) F.R.Civ.P., that a default is entered against deft. NuStem Technologies for failure to plead or otherwise defend, directing that pltf. submit w/in (10) days form the date of this order, a brief that fully explains why the pltf. is entitled to an entry of default judgment of liability in its favor ( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp) |

Case 1:05-cv-00153-GMS    Document 112-30    Filed 03/31/2005    Page 10 of 49

| 6/17/02 | -- | Tele-conference held (rpt. Maurer) amended answers to be filed, no opposition from pltf. summary judgment motion to be filed; 16 conf. scheduled for 07/17/02 at 11:00 (gp) |
|---|---|---|
| 6/17/02 | -- | Deadline updated; set Scheduling Conference for 11:00 7/17/02 (gp) |
| 6/18/02 | 56 | Answer Brief Filed by Pharmastem Inc [47-1] motion for Default Judgment against Nustem Tech Inc (gp) [Entry date 06/20/02] |
| 6/20/02 | 57 | NOTICE from Judge Sleet of 16 conf. scheduled for 07/17/02 at 11:00 (gp) [Entry date 06/21/02] |
| 6/25/02 | 58 | Steno Notes for 06/17/02 (rpt. Maurer) (gp) [Entry date 06/27/02] |
| 6/28/02 | 59 | TRANSCRIPT filed for dates of 06/17/02 (gp) |
| 7/5/02 | 62 | AMENDED ANSWER to Amended Complaint by Cyro-Cell Inc : amends (gp) [Entry date 07/12/02] |
| 7/5/02 | 63 | AMENDED ANSWER to Amended Complaint by Corcell Inc : amends (gp) [Entry date 07/12/02] |
| 7/5/02 | 64 | AMENDED ANSWER to Amended Complaint by Birthcells Tech Inc : amends (gp) [Entry date 07/12/02] |
| 7/10/02 | 60 | MEMORANDUM AND ORDER granting [47-1] motion for Default Judgment against Nustem Tech Inc; and judgment is hereby entered in favor of pltf.in the manner described in the pltfs. proposed order attached to DI 47 ( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp) |
| 7/10/02 | 61 | ORDER entering judgment of liability in favor of plaintiff and againt NuStem on all claims in plaintiff's complaint( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp) |
| 7/10/02 | -- | JUDGMENT registered against defendant Nustem Tech Inc (gp) |
| 7/10/02 | 65 | STATUS REPORT by Pharmastem Inc, Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc (gp) [Entry date 07/12/02] |
| 7/10/02 | 66 | Letter from counsel for CBR Systems, Inc., that outside counsel William Abrams of Pillsbury Winthrop will participate at 16 conf. by telephone (gp) [Entry date 07/12/02] |
| 7/11/02 | 67 | MOTION by Stemcyte Inc for Summary Judgment Answer Brief due 7/25/02 re: [67-1] motion (gp) [Entry date 07/12/02] |
| 7/11/02 | 68 | Opening Brief Filed by Stemcyte Inc [67-1] motion for Summary Judgment (gp) [Entry date 07/12/02] |
| 7/11/02 | 69 | Declaration of Robert Chow in support of Stemcyte's motion for summary judgment of non-infringement (gp) [Entry date 07/12/02] |

| | | |
|---|---|---|
| 7/11/02 | 70 | Statement of Uncontroverted Facts in support of Stemcyte's motion for summary judgment of non-infringement (gp) [Entry date 07/12/02] |
| 7/16/02 | 71 | NOTICE by Pharmastem Inc to take 30(b)(6) deposition of Stemcyte, Inc., on 07/22/02 (gp) |
| 7/16/02 | 72 | Letter from local for deft. ViaCell requesting that John Englander, Esq., Goodwin Proctor participate at 16 conf. by phone (gp) |
| 7/16/02 | 73 | CERTIFICATE OF SERVICE by Pharmastem Inc of 1st set of interrog., and 1st set of requests for production to defts. Viacell, Cryo-Cell, Corcell, CBR Systems, Birthcells, and Stemcyte (gp) [Entry date 07/18/02] |
| 7/17/02 | --- | Scheduling conference held (rpt. Maurer) Schedule Judge Sleet entered as follows: markman hrg. 01/10/03 10:00 final joint claim chart (1)wk before opn.brief on markman; briefing on markman complete by 12/20/02;discovery cutoff 02/28/02; cnsl. to request permission to file summary judgment motion by ltr. opn. ltr (5) pages due 03/07/03; ans. ltr. (5) pages 03/14/03; reply (3) pages 3/19/03; t/c to determine if summary judgment motions permited 3/24/03 at 9:00; if disp. mots. permitted deadline 4/7/03; cnsl. to confer on expert schedule; pto due 08/11/03; pretrial conf. 09/08/03 2:00 (10) day jury trial 10/6/03 9:00; matter referred to Mag.(cnsl. to submit stip. consistant w/above) (gp) [Edit date 07/17/02] |
| 7/17/02 | --- | Deadline updated; set Scheduling Order Deadlines: Discovery deadline on 2/28/03 Deadline for filing dispositive motions by 4/7/03 Pretrial conference by 2:00 9/8/03 Trial Date Deadline 9:00 10/6/03 Proposed Pretrial Order due on or before 8/11/03 (gp) |
| 7/17/02 | --- | Deadline updated; set Markman Hearing for 10:00 1/10/03, set Telephone Conference for 9:00 3/24/03 (gp) |
| 7/17/02 | 74 | CERTIFICATE OF SERVICE by Viacell Inc of 1st set of interrog. (gp) [Entry date 07/22/02] |
| 7/17/02 | 75 | CERTIFICATE OF SERVICE by Viacell Inc of 1st request for production (gp) [Entry date 07/22/02] |
| 7/18/02 | 76 | CERTIFICATE OF SERVICE by Viacell Inc of 1st request for production (gp) [Entry date 07/22/02] |
| 7/18/02 | 77 | CERTIFICATE OF SERVICE by Viacell Inc of 1st set of interrog. (gp) [Entry date 07/22/02] |
| 7/19/02 | 78 | TRANSCRIPT filed for dates of 07/17/02 (gp) [Entry date 07/22/02] |
| 7/22/02 | 79 | Steno Notes for 07/17/02 (rpt. Maurer) (gp) |
| 7/24/02 | 80 | STIPULATION extending deadline to and including 08/26/02 for Pharmastem to file its answering brief in opposition to deft. StemCyte's motion for summary judgment (gp) |

[Entry date 07/25/02]

7/26/02 --    So Ordered granting [80-1] stipulation extending time to
              and including 08/26/02 for PharmaStem to file ans.brief in
              opposition to motion for summary judgment ( signed by Judge
              Gregory M. Sleet ) Notice to all parties. (gp)

7/26/02 --    Deadline updated; reset Answer Brief Deadline to 8/26/02
              re: [67-1] motion for Summary Judgment (gp)

7/26/02 81    Proposed Scheduling Order filed by Pharmastem Inc, Viacell
              Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems
              Inc, Birthcells Tech Inc, Bio-cell Inc (gp)
              [Entry date 07/29/02]

7/30/02 --    So Ordered granting [81-1] proposed Scheduling Order as
              follows: initial discl.07/31/02; joinder/amend 01/24/03;
              joint claim chart 11/8/02; opn.brief on claim construction
              11/12/02; responsive brief 12/10/02; reply 12/20/02;
              markman hrg. 01/10/03 10:00; fact discovery 02/28/03;
              expert rpt.02/18/03; rebuttal rpt. 03/07/03; expert cutoff
              05/09/03;matter referred to mag.;pre-filing ltr.on summary
              judgment motions opn.ltr.03/07/03; opposition letter
              03/14/03; reply ltr. 03/19/02; t/c 03/24/03 9:00 for
              pre-filing conf.; disp.motions is permitted 04/07/03; pto
              due 08/11/03; pretrial conf. 09/03/03 2:00; (10) day jury
              trial 10/6/03 ( signed by Judge Gregory M. Sleet ) Notice
              to all parties. (gp)

7/31/02 82    Corcell's Rule 26 Disclosure Statement (gp)
              [Entry date 08/01/02]

7/31/02 83    Cryo-Cell's Rule 26 Disclosure Statement (gp)
              [Entry date 08/01/02]
[]

7/31/02 84    Birthcells's Rule 26 Disclosure Statement (gp)
              [Entry date 08/01/02]

7/31/02 85    CERTIFICATE OF SERVICE by Viacell Inc of initial diclosures
              (gp) [Entry date 08/02/02]

7/31/02 86    CERTIFICATE OF SERVICE by CBR Systems Inco of initial
              diclosures (gp) [Entry date 08/02/02]

8/1/02 87     CERTIFICATE OF SERVICE by Pharmastem Inc of initial
              disclosures (gp) [Entry date 08/02/02]

8/1/02 88     MOTION by CBR Systems Inc for Chang H. Kim of Pillsbury
              Winthrop to Appear Pro Hac Vice re: [88-1] motion (gp)
              [Entry date 08/02/02]

8/2/02 --     So Ordered granting [88-1] motion for Chang H. Kim of
              Pillsbury Winthrop to Appear Pro Hac Vice ( signed by Judge
              Gregory M. Sleet ) Notice to all parties. (gp)

8/8/02 89     Letter to Clerk dated 08/07/02 from Darryl W. Shorter re:
              Notices of Service re: Discovery Materials. (bkb)
              [Entry date 08/12/02]

| 8/8/02 | 90 | CERTIFICATE OF SERVICE by Corcell Inc re: 1st Set of Interrogatories. (bkb) [Entry date 08/12/02] |
| 8/8/02 | 91 | CERTIFICATE OF SERVICE by Cyro-Cell Inc re: 1st Set of Interrogatories. (bkb) [Entry date 08/12/02] |
| 8/8/02 | 92 | CERTIFICATE OF SERVICE by Birthcells Tech Inc re: 1st Set of Interrogatories. (bkb) [Entry date 08/12/02] |
| 8/13/02 | 93 | Letter to Judge Sleet from Philip A. Rovner re stipulated & proposed protective order. (bkb) [Entry date 08/15/02] |
| 8/13/02 | 94 | STIPULATION, with proposed order, re PROTECTIVE ORDER. (bkb) [Entry date 08/15/02] |
| 8/13/02 | 95 | Letter to Clerk from Lisa Burgin Conte re: Exhibits 5 and 6 to Robert Chow declaration (DI 69) (bkb) [Entry date 08/15/02] |
| 8/20/02 | -- | So Ordered  granting [94-1] stipulated Protective Order ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) [Entry date 08/22/02] |
| 8/21/02 | 96 | CERTIFICATE OF SERVICE by CBR Systems Inc of objections and responses to interrog. nos. 1-10 and response to request for production 1-129 (gp) [Entry date 08/26/02] |
| 8/23/02 | 97 | CERTIFICATE OF SERVICE by Viacell Inc of responses to 1st set of requests for production (gp) [Entry date 08/26/02] |
| 8/23/02 | 98 | CERTIFICATE OF SERVICE by Viacell Inc of response to 1st set of interrog. nos. 1-11 (gp) [Entry date 08/26/02] |
| 8/23/02 | 99 | CERTIFICATE OF SERVICE by Corcell Inc of objections and answers to pltf. 1st set of requests for production (gp) [Entry date 08/27/02] |
| 8/23/02 | 100 | CERTIFICATE OF SERVICE by Corcell Inc of responses and objections to interrog. nos. 1-6 and 8 (gp) [Entry date 08/27/02] |
| 8/23/02 | 101 | CERTIFICATE OF SERVICE by Corcell Inc of responses and objections to interrog. no. 7 (gp) [Entry date 08/27/02] |
| 8/23/02 | 102 | CERTIFICATE OF SERVICE by Birthcells Tech Inc of objections and answers to pltf. 1st set of requests for production (gp) [Entry date 08/27/02] |
| 8/23/02 | 103 | CERTIFICATE OF SERVICE by Birthcells Tech Inc of responses and objections to interrog. nos. 1-6 and 8 (gp) [Entry date 08/27/02] |
| 8/23/02 | 104 | CERTIFICATE OF SERVICE by Birthcells Tech Inc of responses and objections to interrog. no. 7 (gp) [Entry date 08/27/02] |
| 8/23/02 | 105 | CERTIFICATE OF SERVICE by Cyro-Cell Inc of objections and answers to 1st set of requests for production (gp) [Entry date 08/27/02] |

Case 1:05-cv-00152-GMS   Document 1-12-30   Filed 03/31/2005   Page 14 of 49

8/23/02   106   CERTIFICATE OF SERVICE by Cyro-Cell Inc of responses and
                objections to interrog. nos. 1-8 (gp) [Entry date 08/27/02]

8/23/02   107   CERTIFICATE OF SERVICE by CBR Systems Inc of 1st set of
                interrog. 1-28 (gp) [Entry date 08/27/02]

8/23/02   108   CERTIFICATE OF SERVICE by CBR Systems Inc of 1st requests
                for production nos. 1-39 (gp) [Entry date 08/27/02]

8/26/02   109   Answer Brief Filed by Pharmastem Inc [67-1] motion for
                Summary Judgment - Reply Brief due 9/3/02 [Sealed] (gp)
                [Entry date 08/27/02]

8/26/02   110   Pharmstem's separate statement of facts in dispute
                submitted in support of its answering brief in opposition
                to Stemcyte's motion for summary judmgent of
                non-infringement [Sealed] (gp) [Entry date 08/27/02]

8/26/02   111   Declaration of Philip A. Rovner in support of Pharmastem's
                answering brief in opposition to Stemcyte's motion for
                summary judgment of non-infringement [Sealed] (gp)
                [Entry date 08/27/02]

8/27/02   112   CERTIFICATE OF SERVICE by Pharmastem Inc of response to
                Viacell's 1st set of requests for productino and 1st set of
                interrog. (gp)

8/27/02   113   Declaration of Philip A. Rovner in support of Pharmastem's
                answering brief in opposition to Stemcyte's motion for
                summary judgment of non-infringement [Sealed] (gp)

8/28/02   114   NOTICE by Pharmastem Inc to take 30(b)(6) deposition of
                Viacell on 09/12/02 at 9:30 (gp) [Entry date 09/09/02]

8/28/02   115   NOTICE by Pharmastem Inc to take 30(b)(6) deposition of CBR
                Systems, Inc., on 09/13/02 at 9:30 (gp)
                [Entry date 09/09/02]

8/28/02   116   NOTICE by Pharmastem Inc to take 30(b)(6) deposition of
                Cryo-Cell, Inc., on 09/16/02 at 9:30 (gp)
                [Entry date 09/09/02]

8/28/02   117   NOTICE by Pharmastem Inc  to take 30(b)(6) deposition of
                Birthcell Technology on 09/17/02 at 9:30 (gp)
                [Entry date 09/09/02]

8/28/02   118   NOTICE by Pharmastem Inc to take 30(b)(6)deposition of
                Corcell, Inc. on 09/18/02 9:30 (gp) [Entry date 09/09/02]

8/28/02   119   NOTICE by Pharmastem Inc to take 30(b)(6) deposition of
                Bio-Cell Inc. on 09/19/02 at 9:30 (gp) [Entry date 09/09/02]

9/4/02    120   STIPULATION extending time to and including 09/06/02 for
                deft. StemCyte to file its reply brief in support of its
                motion for summary judgment (gp) [Entry date 09/09/02]

9/9/02    121   Reply Brief Filed by Stemcyte Inc [67-1] motion for Summary
                Judgment (gp) [Entry date 09/10/02]

| 9/9/02 | 122 | Declaration of Robert Chow in support of Stemcyte's reply brief to motion for summary judgment (gp) [Entry date 09/10/02] |
|---|---|---|
| 9/9/02 | 123 | Declaration of Robert F. Stewart Jr., in support of Stemcyte's reply brief to motion for summary judgment (gp) [Entry date 09/10/02] |
| 9/9/02 | 124 | CERTIFICATE OF SERVICE by Pharmastem Inc of response to interrog., and request for production (gp) [Entry date 09/10/02] |
| 9/10/02 | -- | So Ordered granting [120-1] stipulation extending time to and including 09/06/02 for Stemcyte to file reply brief ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 9/12/02 | 125 | REQUEST by Pharmastem Inc for oral argument on deft. motion for summary judgment (gp) [Entry date 09/13/02] |
| 9/24/02 | 126 | CERTIFICATE OF SERVICE by Pharmastem Inc of response to CBR's 1st set of interrog., and request for production (gp) [Entry date 09/27/02] |
| 10/25/02 | 127 | NOTICE by Viacell Inc to take deposition of Representatives of PharmStem on 11/19/02 (gp) [Entry date 10/29/02] |
| 10/28/02 | 128 | NOTICE by Cyro-Cell Inc, Corcell Inc, Birthcells Tech Inc to take deposition of Representatives of PharmaStem on 11/19/02 (gp) [Entry date 10/31/02] |
| 11/6/02 | 129 | CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd set of requests for production to deft. Birthcells and Corcell (gp) [Entry date 11/08/02] |
| 11/6/02 | 130 | NOTICE by Pharmastem Inc to take deposition of David T. Harris on 12/09/02 (gp) [Entry date 11/08/02] |
| 11/6/02 | 131 | NOTICE by Pharmastem Inc to take deposition of Jack Goldberg on 12/10/02 (gp) [Entry date 11/08/02] |
| 11/6/02 | 132 | NOTICE by Pharmastem Inc to take deposition of Thomas E. Moore on 12/10/02 (gp) [Entry date 11/08/02] |
| 11/6/02 | 133 | NOTICE by Pharmastem Inc to take deposition of Antonio Lafferty on 12/11/02 (gp) [Entry date 11/08/02] |
| 11/6/02 | 134 | NOTICE by Pharmastem Inc to take deposition of Thomas E. Deutsch on 12/11/02 (gp) [Entry date 11/08/02] |
| 11/6/02 | 135 | NOTICE by Pharmastem Inc to take deposition of Steven Grant on 12/11/02 (gp) [Entry date 11/08/02] |
| 11/6/02 | 136 | NOTICE by Pharmastem Inc to take deposition of Jill M. Taymans on 12/12/02 (gp) [Entry date 11/08/02] |
| 11/6/02 | 137 | NOTICE by Pharmastem Inc to take deposition of Harry Southron on 12/13/02 (gp) [Entry date 11/08/02] |

11/6/02   138    NOTICE by Pharmastem Inc  to take deposition of Daniel D. Richard on 12/13/02 (gp) [Entry date 11/08/02]

11/6/02   139    NOTICE by Pharmastem Inc  to take deposition of Morey R. Kraus on 12/17/02 (gp) [Entry date 11/08/02]

11/6/02   140    NOTICE by Pharmastem Inc  to take deposition of Mary Thistle on 12/18/02 (gp) [Entry date 11/08/02]

11/8/02   141    Parties Proposed Joint Claim Construction Statement (gp) [Entry date 11/13/02]

11/12/02  142    Opening Brief on Claim Construction Filed by Pharmastem Inc (gp) [Entry date 11/14/02]

11/12/02  143    Declaration Volume I of II (Exhs. A-M) of Philip A. Rovner in support of Opening Briefing on Claim Construction (gp) [Entry date 11/14/02]

11/12/02  144    Declaration Volume II of II (Exh. N-O) of Philip Rovner in support of Opening Brief on Claim Construction (gp) [Entry date 11/14/02]

11/13/02  145    CERTIFICATE OF SERVICE by Stemcyte Inc of notice of deposition (gp) [Entry date 11/15/02]

11/20/02  146    NOTICE of withdrawal of appearance of David D. O'Brien, Godwin Procter as cnsl. for Viacell Inc (gp) [Entry date 11/21/02]

11/21/02  147    NOTICE by Pharmastem Inc to take 30(b)(6) deposition of Stemcyte on 12/19/02 (gp) [Entry date 11/22/02]

11/22/02  148    CERTIFICATE OF SERVICE by Corcell Inc and Birthcells of objections and answers to pltfs. 2nd set of requests for production and (gp) [Entry date 11/25/02]

11/22/02  149    NOTICE of Subpoena on Pablo Rubinstein c/o New York Blood Center by Pharmastem Inc (gp) [Entry date 11/25/02]

11/22/02  150    NOTICE of Subpoena on Cynthia Fisher c/o BioMed 20/20 Technologies by Pharmastem Inc (gp) [Entry date 11/25/02]

11/22/02  151    NOTICE by Pharmastem Inc  to take 30(b)(6) deposition of Pablo Rubinstein on 12/20/02 (gp) [Entry date 11/25/02]

11/22/02  152    NOTICE by Pharmastem Inc to take 30(b)(6) deposition of Cynthia Fisher on 12/16/02 (gp) [Entry date 11/25/02]

12/4/02   153    ORDER,  set Telephone Conference for 1/3/03 at 11:30 ( signed by Judge Mary P. Thynge )  copies to: cnsl. (gp) [Entry date 12/10/02]

12/6/02   154    CERTIFICATE OF SERVICE by Stemcyte Inc of objections to notice of deposition pursuant to 30(b)(6) (gp) [Entry date 12/11/02]

12/6/02  155  NOTICE of Subpoena upon Wanda Dearth by Pharmastem Inc (gp)
              [Entry date 12/11/02]

12/6/02  156  NOTICE by Pharmastem Inc  to take 30(b)(6) deposition of
              Wanda Dearth on 01/09/03 (gp) [Entry date 12/11/02]
[]

12/10/02 157  Answer (Response) to Pharmasterm's Opn. Brief on Claim
              Construction Brief Filed by Viacell Inc, Cyro-Cell Inc,
              Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech
              Inc, Bio-cell Inc (gp) [Entry date 12/11/02]

12/10/02 158  Declaration of Jeffrey L. Moyer in support of defts.
              response to opening claim construction brief of Pharmastem
              (gp) [Entry date 12/11/02]

12/13/02 159  CERTIFICATE OF SERVICE by Stemcyte Inc of 1st set of
              interrog. (gp) [Entry date 12/16/02]

12/17/02 160  CERTIFICATE OF SERVICE by Cyro-Cell Inc, Corcell Inc,
              Birthcells Tech Inc of notice of deposition of Celgene
              Corp., John Haines and Anthrogenesis Corp (gp)
              [Entry date 12/18/02]

12/19/02 161  NOTICE by Viacell Inc  to take deposition of Stephen Reich
              on 1/21/03 (gp) [Entry date 12/20/02]

12/19/02 162  NOTICE by Viacell Inc  to take deposition of Judith Bard on
              1/7/03 (gp) [Entry date 12/20/02]

12/19/02 163  NOTICE by Viacell Inc  to take deposition of Kenneth I.
              Moch on 1/15/03 (gp) [Entry date 12/20/02]

12/19/02 164  NOTICE by Viacell Inc  to take deposition of Edward Boyse
              on 1/8/03 (gp) [Entry date 12/20/02]

12/19/02 165  NOTICE by Viacell Inc  to take deposition of Adriane Antler
              and Pennie & Edmonds on 1/16/03 (gp) [Entry date 12/20/02]

12/20/02 166  Reply Brief Filed by Pharmastem Inc to Claim Construction
              Brief (gp) [Entry date 12/23/02]

12/20/02 167  Declaration of Philip A. Rovner in support of pltf.
              Pharmastem's Reply brief to cliam construction (gp)
              [Entry date 12/23/02]

12/23/02 168  MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte
              Inc, CBR Systems Inc, Birthcells Tech Inc, Viacell Inc to
              Strike [166-1] portions of the Reply Brief or in the
              Alternative for Leave to File a Sur-Reply Answer Brief due
              1/6/03 re: [168-1] motion (gp) [Entry date 12/27/02]

1/2/03   169  Answer Brief Filed by Pharmastem Inc [168-1] motion to
              Strike [166-1] portions of the Reply Brief or in the
              Alternative for Leave to File a Sur-Reply - Reply Brief
              due 1/9/03 (gp) [Entry date 01/06/03]

1/6/03   170  Letter from cnsl. for defts. that they waive any reply on
              their motion to strike portion of pltfs. reply brief or in
              alternative for leave to file a surreply (gp)

☐                        [Entry date 01/08/03]

1/7/03   171   CERTIFICATE OF SERVICE by Pharmastem Inc of supplemental
               responses to Viacell's 1st set of interrog. (gp)
               [Entry date 01/09/03]

1/10/03  --    Markman Hearing  held {rpt. Gunning} reserved Judge Sleet
               (gp)

1/10/03  --    Markman Hearing Exhibits filed (gp)

1/13/03  172   ORDER ON CLAIM CONSTRUCTION ( signed by Judge Gregory M.
               Sleet ) copies to: cnsl (gp)

1/14/03  173   CERTIFICATE OF SERVICE by Pharmastem Inc of response to
               Syemcyte's 1st set of interrog., and 1st request for
               production (gp)

1/16/03  174   NOTICE by Pharmastem Inc  to take deposition of Marcia A.
               Laleman on 02/19/03 (gp)

1/16/03  175   NOTICE by Pharmastem Inc  to take deposition of Frank
               Giordano on 02/20/03 (gp)

1/16/03  176   NOTICE by Pharmastem Inc  to take deposition of Ed
               Carrington on 02/21/03 (gp)

1/16/03  177   NOTICE by Pharmastem Inc  to take deposition of Lawrence D.
               Petz on 02/24/03 (gp)

1/16/03  178   NOTICE by Pharmastem Inc  to take deposition of Jesse
               Kramer on 02/25/03 (gp)

1/17/03  179   ORDER,  set Settlement Conference for 9:30 4/7/03 {
               signed by Judge Mary P. Thynge }  copies to: cnsl. (gp)
               [Entry date 01/24/03]

1/21/03  180   CERTIFICATE OF SERVICE by Pharmastem Inc of supplemental
               response to CBR's 1st set of interrog., and Corcell's
               interrog. nos. 9-28 (gp) [Entry date 01/24/03]

1/21/03  181   CERTIFICATE OF SERVICE by Viacell Inc of supplemental
               answers and objections to Pharmasten's 1st set of interrog.
               nos. 1-11 (gp) [Entry date 01/24/03]

1/23/03  182   CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd set of
               interrog. to deft. Cryo-Cell nos. 9-34 (gp)
               [Entry date 01/27/03]

1/24/03  183   MOTION by Viacell Inc for Leave to File 2nd Amended Answer
               & Counterclaims Answer Brief due 2/7/03  re: [183-1]
               motion (gp) [Entry date 01/27/03]

1/24/03  184   Opening Brief Filed by Viacell Inc [183-1] motion for Leave
               to File 2nd Amended Answer & Counterclaims (gp)
☐
                        [Entry date 01/27/03]

1/24/03  185   MOTION by Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR

```
                    Systems Inc for Leave to File Amended Answers and Add/or
                    Amplify Affirmative Defenses and Counterclaims Answer
                    Brief due 2/7/03  re: [185-1] motion (gp)
                    [Entry date 01/27/03]

1/27/03   186       CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd set of
                    interrog. to deft. Viacell nos. 12-31, to deft. Stemcyte
                    nos. 11-28 and to deft. CBR nos. 11-20 (gp)
                    [Entry date 01/28/03]

1/28/03   187       TRANSCRIPT filed  for dates of 01/10/03 (gp)

1/28/03   188       Certification pursuant to Rule 7.1.1 for defts. BirthCells,
                    CorCell, Cryo-Cell, StemCyte and CBR's motion for leave to
                    file amended answers to amended complaint to add/or amplify
                    affirmative defenses and counterclaims (gp)
                    [Entry date 01/29/03] [Edit date 02/04/03]

1/28/03   189       NOTICE of Subpoena to Joseph R. Snyder by Pharmastem Inc (gp)
                    [Entry date 01/29/03]

1/28/03   190       NOTICE of Subpoena to Eugenia Garret-Wackowski by
                    Pharmastem Inc (gp) [Entry date 01/29/03]

1/28/03   191       NOTICE of Subpoena to Karl Bozicevic by Pharmastem Inc (gp)
                    [Entry date 01/29/03]

1/28/03   192       NOTICE of Subpoena to N. Scott Pierce by Pharmastem Inc (gp)
                    [Entry date 01/29/03]

1/28/03   193       NOTICE of Subpoena to Paul T. Clark by Pharmastem Inc (gp)
                    [Entry date 01/29/03]

1/28/03   194       NOTICE of Subpoena to David E. Brook by Pharmastem Inc (gp)
                    [Entry date 01/29/03]

1/28/03   195       RE-NOTICE of Subpoena to Henry Coleman by Pharmastem Inc (gp)
                    [Entry date 01/29/03]

1/28/03   196       NOTICE by Pharmastem Inc  to take deposition of Henry
                    Coleman on 02/24/03 (gp) [Entry date 01/29/03]

1/28/03   197       NOTICE by Pharmastem Inc  to take deposition of Marc Beer
                    on 02/24/03 (gp) [Entry date 01/29/03]

1/28/03   198       NOTICE by Pharmastem Inc  to take deposition of Christoph
                    M. Adams on 02/25/03 (gp) [Entry date 01/29/03]

1/28/03   199       NOTICE by Pharmastem Inc  to take deposition of Joseph R.
                    Snyder on 02/26/03 (gp) [Entry date 01/29/03]

1/28/03   200       NOTICE by Pharmastem Inc  to take deposition of Eugenia
                    Garret-Wackowski on 02/26/03 (gp) [Entry date 01/29/03]

1/29/03   201       CERTIFICATE OF SERVICE by CBR Systems Inc of 2nd set of
                    interrog. to pltf. (gp) [Entry date 02/03/03]

1/29/03   202       CERTIFICATE OF SERVICE by CBR Systems Inc of 2nd set of
                    requests for production to pltf. (gp) [Entry date 02/03/03]
```

| 1/31/03 | 203 | CERTIFICATE OF SERVICE by CBR Systems Inc of supplemental responses to pltfs. interrog. (gp) [Entry date 02/04/03] |
|---|---|---|
| 2/5/03 | 204 | NOTICE of Subponea on Custodian of Records of Memorial Sloan-Kettering Cancer Center by Viacell Inc (gp) [Entry date 02/06/03] |
| 2/5/03 | 205 | NOTICE of Subpoena to produce documents to The Estate of Rodman C. Rockefeller c/o Mrs. Sascha Rockefeller by Viacell Inc (gp) [Entry date 02/06/03] |
| 2/5/03 | 206 | NOTICE of Subpoena to produce documents to The Estate of Gordon W. Douglas c/o Executor Ms. Jody B. Douglas by Viacell Inc (gp) [Entry date 02/06/03] |
| 2/5/03 | 207 | NOTICE of Subpoena to produce documents to Custodian of Records, Pocantico Associated Inc., by Viacell Inc (gp) [Entry date 02/06/03] |
| 2/5/03 | 208 | NOTICE of Subpoena to produce documents to Custodian of Records, Industrial Review Board New York University School of Medicine by Viacell Inc (gp) [Entry date 02/06/03] |
| 2/5/03 | 209 | NOTICE of Subponea to produce documents to Custodian of Records of Indiana University School of Medicine by Viacell Inc (gp) [Entry date 02/06/03] |
| 2/5/03 | 210 | NOTICE by Viacell Inc to take deposition of Robert F. Johnston on 02/18/03 and Supboena to produce documents (gp) [Entry date 02/06/03] [Edit date 02/06/03] |
| 2/5/03 | 211 | NOTICE by Viacell Inc to take deposition of George H. Strong on 02/18/03 and Subpoena to produce documents (gp) [Entry date 02/06/03] |
| 2/5/03 | 212 | NOTICE by Viacell Inc to take deposition of Harvey Cantor on 02/25/03 and Subpoena to produce documents (gp) [Entry date 02/06/03] |
| 2/5/03 | 213 | NOTICE by Viacell Inc to take deposition of Hal E. Broxmeyer on 02/27/03 and Subpoena to produce documents (gp) [Entry date 02/06/03] |
| 2/5/03 | 214 | NOTICE by Viacell Inc to take deposition of David M. Gerstein on 02/27/03 and Subpoena to produce documents (gp) [Entry date 02/06/03] |
| 2/5/03 | 215 | NOTICE by Viacell Inc to take deposition of Bo duPont, c/o Memorial Sloan-Kettering Cancer Center on 02/27/03 and Subpoena to produce documents (gp) [Entry date 02/06/03] |
| 2/5/03 | 216 | NOTICE by Viacell Inc to take deposition of IP Finance LLC on 02/28/03 and Subpoena to produce documents (gp) [Entry date 02/06/03] |
| 2/6/03 | 217 | STIPULATION supplementing the stip. and order dated 08/20/03 relating to confidentiality of discovery materials |

|          |     | (gp) [Entry date 02/11/03] |
|----------|-----|-----------------------------|
| 2/10/03  | 218 | Answer (Opposition) Brief Filed by Pharmastem Inc [183-1] motion for Leave to File 2nd Amended Answer & Counterclaims - Reply Brief due 2/18/03 (gp) [Entry date 02/11/03] |
| 2/10/03  | 219 | Answer (Opposition) Brief Filed by Pharmastem Inc [185-1] motion for Leave to File Amended Answers and Add/or Amplify Affirmative Defenses and Counterclaims - Reply Brief due 2/18/03 (gp) [Entry date 02/11/03] |
| 2/10/03  | 220 | Declaration of Lisa Kobialka in support of Pharmastem's ans.brief in opposition to Viacell's motion for leave to file a 2nd amendced answer and counterclaims (gp) [Entry date 02/11/03] |
| 2/10/03  | 221 | Declaration of Lisa Kobialka in support of Pharmstem's ans.brief in opposition to Birthcells motion for leave to file amended answers to the amended complaint and to add/and or amplify affirmative defenses and counterclaims (gp) [Entry date 02/11/03] |
| 2/10/03  | 222 | NOTICE of change of addr. of Paul J. Andre cnsl for Pharmastem Inc from: Quinn Emanuel Urquhart Oliver & Hedges 555 Twin Dolphin Dr., Redwood Shores CA to: Paul J. Andre Perkins Coie 101 Jefferson Dr. Menlo Park CA 94025 (gp) [Entry date 02/19/03] |
| 2/12/03  | 223 | NOTICE of Objections by Joseph R. Snyder to Subpoena served upon him by Pharmastem Inc (gp) [Entry date 02/19/03] |
| 2/12/03  | 224 | NOTICE of Objections by Eugenia Garrett-Wackowski to Supoena served upon her by Pharmastem Inc (gp) [Entry date 02/19/03] |
| 2/14/03  | --  | So Ordered  granting [217-1] stipulation supplementing stip. protective order of 08/20/03; see stip.for further details ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 2/14/03  | 225 | NOTICE of Subpoena on TL Ventures for deposition by Birthcells Tech Inc, Cyro-Cell Inc, Corcell Inc (gp) [Entry date 02/20/03] |
| 2/14/03  | 226 | Reply Brief Filed by Birthcells Tech Inc, Corcell Inc, Cyro-Cell Inc [185-1] motion for Leave to File Amended Answers and Add/or Amplify Affirmative Defenses and Counterclaims (gp) [Entry date 02/20/03] |
| 2/14/03  | 227 | Reply Brief Filed by Viacell Inc [183-1] motion for Leave to File 2nd Amended Answer & Counterclaims (gp) [Entry date 02/20/03] |
| 2/14/03  | 228 | Declaration of James W. McGarry in support of ViaCell's reply brief to pltfs. opposition to motion for leave to file a 2nd amended answer and counterclaim (gp) [Entry date 02/20/03] |
| 2/19/03  | --  | Deadline updated;  set Telephone Conference for 02/26/03 |

```
                          11:00 a.m. (gp)

2/19/03   229   CERTIFICATE OF SERVICE by Pharmastem Inc of Expert Damages
                Report of Russell L. Parr and disclosure of expert
                testimony for Mary J. Hendrix and Martin J. Adelman (gp)
                [Entry date 02/24/03]

2/20/03   230   CERTIFICATE OF SERVICE of obejections of Karl Bozicevic to
                Pharmastem's subpoena (gp) [Entry date 02/24/03]

2/20/03   231   SUPPLEMENTAL RESPONSE by Corcell Inc  to Discovery Re: to
                pltfs. 1st set of interrog. (gp) [Entry date 02/24/03]

2/20/03   232   SUPPLEMENTAL RESPONSE by Birthcells Tech Inc  to Discovery
                Re: to pltfs. 1st set of interrog. (gp)
                [Entry date 02/24/03]

2/20/03   233   SUPPLEMENTAL RESPONSE by Cyro-Cell Inc  to Discovery Re: to
                pltf. 1st set of interrog. (gp) [Entry date 02/24/03]

2/20/03   234   CERTIFICATE OF SERVICE by Viacell Inc of Expert Wit. Report
                of Larry S. Nixon, Stephen H. Kalos and initial Expert
                Report of Dr. John Edward Wagner, Jr., M.D. (gp)
                [Entry date 02/24/03]

2/24/03   235   Agenda from counsel for telecnf. scheduled for 02/26/03 re:
                discovery disputes (gp) [Entry date 02/25/03]

2/24/03   236   CERTIFICATE OF SERVICE by CBR Systems Inc of objections and
                responses to pltf. 2nd set of interrog. nos. 1-20 (gp)
                [Entry date 02/25/03]

2/24/03   237   CERTIFICATE OF SERVICE by Viacell Inc of answers and
                objections to pltf. Pharmastem's 2nd set of interrog. nos.
□               12-31 (gp) [Entry date 02/25/03]

2/24/03   238   RESPONSE by Cyro-Cell Inc  to Discovery Re: to Pharmastem's
                2nd set of interrog., nos., 9-34 (gp) [Entry date 02/25/03]
                [Edit date 02/25/03]

2/24/03   239   RESPONSE by Corcell Inc  to Discovery Re: to Pharmastem's
                2nd set of interrog., nos. 9-28 (gp) [Entry date 02/25/03]

2/24/03   240   RESPONSE by Birthcells Tech Inc  to Discovery Re: to
                Pharmastem's 2nd set of interrog., 9-31 (gp)
                [Entry date 02/25/03]

2/25/03   241   NOTICE by Cyro-Cell Inc, Corcell Inc, Birthcells Tech Inc
                to take deposition of Makio Ogawa M.D. on 02/28/03 (gp)
                [Entry date 02/26/03]

2/26/03   ---   Tele-conference  held (rpt. Gaffigan) arguments of cnsl. on
                motion of pltf. to compel production from deft. CBR granted
                Judge Sleet; arguments on mot.of deft. Viacell to compel
                production from pltfs. granted Judge Sleet discovery
                relating to this issue extended to 03/31/03; arguments on
                CBR's motion to compel responses to interrog., pltf. will
                supplement their interrog. responses (gp)
```

2/26/03    --      Deadline updated;  reset Scheduling Order Deadlines:
                   Discovery deadline on 3/31/03 (gp)

2/26/03   242      MEMORANDUM AND ORDER denying [67-1] motion of StemCyte for
                   Summary Judgment ( signed by Judge Gregory M. Sleet )
                   copies to: cnsl. (gp)

2/26/03   243      Steno Notes for 02/26/03 (rpt.Gaffigan) (gp)
                   [Entry date 02/27/03]

2/26/03   244      NOTICE by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte
                   Inc, CBR Systems Inc, Birthcells Tech Inc  to take
                   deposition of Joseph Day on 02/28/03 (gp)
                   [Entry date 02/27/03]

2/27/03   245      TRANSCRIPT filed  for dates of 02/26/03 (gp)

2/27/03   246      NOTICE of Subpoena upon Christopher Moller, Ph.D by Viacell
                   Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems
                   Inc, Birthcells Tech Inc, Bio-cell Inc (gp)
                   [Entry date 02/28/03]

2/27/03   247      NOTICE of Revised Supoena upon TL Ventures by Viacell Inc,
                   Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems Inc,
                   Birthcells Tech Inc, Bio-cell Inc (gp) [Entry date 02/28/03]

2/27/03   248      NOTICE by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte
                   Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc  to
                   take deposition of representatives of TL Ventures on
          □        03/11/03 (gp) [Entry date 02/28/03]

2/27/03   249      NOTICE by Viacell Inc of subpoena and  to take deposition
                   of representatives of Pennie & Edmonds on 03/13/03 (gp)
                   [Entry date 03/03/03]

2/27/03   250      RE-NOTICE by Viacell Inc of subpoena and  to take deposition
                   of Adriane Antler on 03/20/03 (gp) [Entry date 03/03/03]
                   [Edit date 03/03/03]

2/28/03   251      NOTICE by CBR Systems Inc of subpoena and  to take
                   deposition of representatives of Stembanc, Inc. on 03/24/03
                   (gp) [Entry date 03/03/03]

2/28/03   252      NOTICE by CBR Systems Inc of subpoena and  to take
                   deposition of Archibald A. Grabinski on 03/24/03 (gp)
                   [Entry date 03/03/03]

3/3/03    253      CERTIFICATE OF SERVICE by Pharmastem Inc of response to
                   CBR's 2nd request for production nos. 40-60, to CBR's 2nd
                   set of interrog. nos. 29-47 and supplemental response to
                   Stemcyte's 1st set of interrog. (gp) [Entry date 03/04/03]

3/4/03    254      CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd
                   supplemental response to Viacell's and CBR's 1st set of
                   interrog., and supplemental response to Corcell's and
                   Cryo-Cell's 1st set of interrog. (gp) [Entry date 03/07/03]

3/7/03    255      Letter (Request 1) from cnsl. for pltfs. for permission to
                   file a motion for summary judgment for infringement against

defts. ViaCell, CBR, BirthCells, Cryo-Cell, CorCell, an
dStemCyte regarding defts. allegations of inequitable
conduct (gp) [Entry date 03/12/03]

3/7/03    256    Letter (Request 1) from cnsl. for defts. ViaCell, CorCell,
BirthCells, Cryo-Cell, StemCyte and CBR for permission to
file motion for summary judgments of invalidity and
non-infringement on all asserted claims of the two
patents-in-suit which relate to the cryopreservation of
stem cells from umbilical cord blood (gp)
[Entry date 03/12/03]

3/11/03    257    NOTICE of Subponea upon non-parties Stembanc, Inc.,a nd
Archibald A. Grabinski by CBR Systems Inc (gp)
[Entry date 03/14/03]

3/14/03    258    ORDER    granting [183-1] motion of Viacell for Leave to
File 2nd Amended Answer & Counterclaims granting [185-1]
motion of Birthcells, Corcell, Cryo-Cell, StemCyte and CBR
for Leave to File Amended Answers and Add/or Amplify
Affirmative Defenses and Counterclaims; directing that
defts. file their amended pleadings w/in 10 days of date of
this order ( signed by Judge Gregory M. Sleet )   copies to:
cnsl. (gp) [Entry date 03/17/03]

☐

3/14/03    259    CERTIFICATE OF SERVICE by Stemcyte Inc of disclosure of
expert testimony for Dr. Larry C. Lasky (gp)
[Entry date 03/17/03]

3/14/03    260    CERTIFICATE OF SERVICE by Viacell Inc of expert report of
David E. Yurkerwich (gp) [Entry date 03/17/03]

3/14/03    261    CERTIFICATE OF SERVICE by Viacell Inc of expert report of
John Edward Wagner, Jr., M.D. (gp) [Entry date 03/17/03]

3/14/03    262    CERTIFICATE OF SERVICE by Pharmastem Inc of disclosure of
expert testimony for Gerald H. Bjorge and Malcolm Moore,
Ph.D. (gp) [Entry date 03/17/03]

3/14/03    263    Letter response from defts. collectively in opposition to
PharmaStem's request for permission to file a motion for
summary judgment on infringement and inequitable conduct (gp)
[Entry date 03/17/03]

3/14/03    264    Letter response from PharmaStem in opposition to defts.
reqeusts to file motions for summary judgment for
invalidity and non-infringement (gp) [Entry date 03/17/03]

3/18/03    265    2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
Stemcyte Inc (Robert F. Stewart, Jr. ) against Pharmastem
Inc (gp) [Entry date 03/19/03]

3/18/03    266    2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
Birthcells Tech Inc (Robert Stewart,Jr ) against Pharmastem
Inc (gp) [Entry date 03/19/03]

3/18/03    267    2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
Corcell Inc (Robert Stewart,Jr) against Pharmastem Inc (gp)
[Entry date 03/19/03]

3/18/03   268   2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
                Cyro-Cell Inc (Robert Stewart,Jr ) against Pharmastem Inc
                (gp) [Entry date 03/19/03]

3/18/03   269   NOTICE by Viacell Inc  to take deposition of William J.
                Thomann on 03/20/03 (gp) [Entry date 03/19/03]

3/19/03   270   2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
                Viacell Inc (Jeffrey Moyer David Felice ); jury demand
                against Pharmastem Inc (gp) [Entry date 03/20/03]

3/19/03   271   Letter reply from PharmaStem in further support of requests
                for leave to file summary judgment motions for infringement
                and no inequitable conduct also PharmaStem requests
                permission for leave to move for summaryjudgment on
                ViaCell's Walker Process claim, a claim that was added when
                ViaCell amended answer and counterclaim (gp)
                [Entry date 03/20/03]

□

3/19/03   272   Letter reply from defts. to PharmaStem's letter in
                opposition to defts. request to file summary judgment
                motions (gp) [Entry date 03/20/03]

3/20/03   273   ANSWER by CBR Systems Inc  (Richard Kirk) to amended
                complaint; jury demand and COUNTERCLAIMS to Amended
                Complaint for patent infringement (gp) [Entry date 03/21/03]

3/20/03   274   NOTICE by Viacell Inc of Subpoena and to take deposition of
                Dr. Mary Hendrix on 04/16/03 (gp) [Entry date 03/21/03]

3/20/03   275   NOTICE by Viacell Inc of Subponea and to take deposition of
                Russell L. Parr on 04/17/03 (gp) [Entry date 03/21/03]

3/21/03   276   CERTIFICATE OF SERVICE by Pharmastem Inc of 3rd
                supplemental response to CBR's 1st set of interrog. (gp)
                [Entry date 03/24/03]

3/25/03   277   CERTIFICATE OF SERVICE by CBR Systems Inc of rebuttal
                expert report of David T. Harris, Ph.D (gp)

3/25/03   278   ORDER,  reset Settlement Conference for 9:30 8/13/03 and
                8/14/03 ( signed by Judge Mary P. Thynge )  copies to:
                cnsl. (gp)

3/25/03   279   CERTIFICATE OF SERVICE by Viacell Inc of 2nd set of
                supplemental answers and objections to Pharmastem's 1st et
                of interrog. no. 3 (gp) [Entry date 03/26/03]

3/25/03   280   NOTICE by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte
                Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc  to
                take deposition and Subpoena to Martin J. Adelman on
                04/23/03 (gp) [Entry date 03/26/03]

3/28/03   281   NOTICE by Pharmastem Inc of Subpoena and to take deposition
                of Larry S. Nixon on 04/16/03 (gp) [Entry date 03/31/03]

3/28/03   282   NOTICE by Pharmastem Inc of Subpoena and to take deposition

                        of Larry Charles Lasky on 04/18/03 (gp)
                        [Entry date 03/31/03]

3/28/03   283    NOTICE by Pharmastem Inc of Subpoena and to take deposition
                 of David Yurkerwich on 04/22/03 (gp) [Entry date 03/31/03]

3/28/03   284    NOTICE by Pharmastem Inc of Subpoena and to take deposition
                 of David T. Harris on 04/23/03 (gp) [Entry date 03/31/03]

3/28/03   285    NOTICE by Pharmastem Inc of Subpoena and to take deposition
                 of Stephen H. Kalos on 04/23/03 (gp) [Entry date 03/31/03]

3/28/03   286    NOTICE by Pharmastem Inc of Subpoena and to take deposition
                 of John Edward Wagner on 04/28/03 (gp) [Entry date 03/31/03]
[]

3/31/03   287    Letter (Agenda) from cnsl. regarding t/c scheduled for
                 4/3/03 and requesting that the court address a discovery
                 dispute re: subpoena (gp) [Entry date 04/01/03]

4/1/03    288    ANSWER (Reply) by Pharmastem Inc  to [270-2] counter claims
                 of Viacell (gp) [Entry date 04/02/03]

4/1/03    290    ANSWER (Reply) by Pharmastem Inc  to [267-2] counter claims
                 of Corcell (gp) [Entry date 04/02/03]

4/1/03    292    ANSWER (Reply) by Pharmastem Inc  to [265-2] counter claims
                 of StemCyte (gp) [Entry date 04/02/03]

4/1/03    293    ANSWER (Reply) by Pharmastem Inc  to counter claims of CBR
                 Systems (gp) [Entry date 04/02/03]

4/2/03    289    ANSWER (Reply) by Pharmastem Inc  to [268-2] counter claims
                 of Cryo-Cell (gp)

4/2/03    291    ANSWER (Reply) by Pharmastem Inc  to [266-2] counter claims
                 of Birthcells (gp)

4/3/03    --     Tele-conference  held (rpt. Gaffigan) arguments of cnsl. on
                 request to file motions for summary judgment; request to
                 file summary judgment motions denied Judge Sleet (gp)
                 [Entry date 04/09/03]

4/4/03    294    Steno Notes for 04/03/03 (rpt. Gaffigan) (gp)
                 [Entry date 04/07/03]

4/7/03    295    ORDER that the court willn not entertain motions for
                 summary judgmetn on any issue ( signed by Judge Gregory M.
                 Sleet ) copies to: cnsl. (gp) [Entry date 04/09/03]

4/10/03   296    NOTICE by Viacell Inc of Subpoena and to take deposition of
                 Gerald H. Bjorge on 04/24/03 (gp) [Entry date 04/15/03]

4/10/03   297    NOTICE by Viacell Inc of Subponea and to take deposition of
                 Malcolm Moore, Ph.D on 05/08/03 (gp) [Entry date 04/15/03]

4/10/03   298    NOTICE by Viacell Inc of Subpoena and to take deposition of
                 Irwin D. Bernstein, M.D. on 05/06/03 (gp)
                 [Entry date 04/15/03]

4/17/03    299    TRANSCRIPT filed for dates of 04/03/03 (gp)
                  [Entry date 04/21/03]

4/21/03    300    CERTIFICATE OF SERVICE of StemCyte of Objections by Dr.
                  Larry C. Lasky's to Supboena and Deposition by PharmaStem
                  (gp) [Entry date 04/23/03]

4/29/03    301    CERTIFICATE OF SERVICE by Birthcells Tech Inc, Corcell
                  Inc, Cyro-Cell Inc of supplemental responses to pltf.
                  interrog. nos. 14 and 15 (gp) [Entry date 05/06/03]

☐

5/6/03     302    Agenda regarding a discovery dispute telecnf. scheduled for
                  05/08/03 at 11:30 (gp) [Entry date 05/07/03]

5/7/03     ---    Deadline updated; set Telephone Conference for 11:30
                  5/8/03 (gp)

5/8/03     --     Tele-conference held (rpt. J. Guy) arguments of cnsl. on
                  motion of pltf. to compel deft. Stemcyte to respond to
                  interrog. nos. 11-28; granted Judge Sleet deft. to
                  supplement responses to interrog. nos. 11-28 w/in 10 days
                  (gp)

5/22/03    303    CERTIFICATE OF SERVICE by Stemcyte Inc of responses to
                  pltf.'s 2nd set of interrog., nos. 11-28 (gp)
                  [Entry date 05/23/03]

5/28/03    304    TRANSCRIPT filed for dates of 05/08/03 (gp)
                  [Entry date 05/29/03]

6/26/03    305    ORDER, set Telephone Conference for 5:00 7/29/03 (
                  signed by Judge Mary P. Thynge ) copies to: cnsl. (gp)

7/10/03    306    NOTICE by CBR Systems Inc to take deposition of Irwin D.
                  Bernstein, M.D. on 08/07/03 (gp) [Entry date 07/11/03]

7/18/03    ---    Deadline updated; reset Scheduling Order Deadlines:
                  Pretrial conference by 9:00 9/8/03 Trial Date Deadline 9:00
                  Tue.10/14/03 (gp)

7/30/03    307    ORDER, set Telephone Conference for 5:00 8/7/03 ( signed
                  by Judge Mary P. Thynge ) copies to: cnsl. (gp)
                  [Entry date 07/31/03]

7/30/03    308    STIPULATION extending time to file proposed pretrial order
                  and motions in limine (gp) [Entry date 07/31/03]

8/1/03     309    CERTIFICATE OF SERVICE by Viacell Inc of 3rd supplemental
                  answers and objections to Pharmastem's 1st set of interrog.
                  nos. 1-11 (gp) [Entry date 08/04/03]

8/1/03     ---    So Ordered granting [308-1] stipulation extending deadline
                  to 08/18/03 for the pto and motions in limine ( signed by
                  Judge Gregory M. Sleet ) Notice to all parties. (gp)
                  [Entry date 08/04/03]

8/4/03     ---    Deadline updated; reset Scheduling Order Deadlines:
                  Proposed Pretrial Order and Motions in Limine due on or
                  before 8/18/03 (gp)

| 8/5/03 | 310 | MOTION by Pharmastem Inc in Limine no.1 to Preclude Improper Expert Testimony from Larry S. Nixon re: [310-1] motion [Sealed] (gp) [Entry date 08/06/03] [Edit date 08/06/03] |
|--------|-----|---|
| 8/5/03 | 311 | MOTION by Pharmastem Inc in Limine no.2 to Preclude Improper Expert Testimony from Stephen H. Kalos re: [311-1] motion [Sealed] (gp) [Entry date 08/06/03] |
| 8/5/03 | 312 | MOTION by Pharmastem Inc in Limine no.3 to Preclude defts. from referring to injuctive relief that may be sought as a result of a finding of infringement re: [312-1] motion [Sealed] (gp) [Entry date 08/06/03] |
| 8/5/03 | 313 | MOTION by Pharmastem Inc in Limine no.4 to Exclude Decision of the European Patent Office from Evidence re: [313-1] motion [Sealed] (gp) [Entry date 08/06/03] |
| 8/5/03 | 314 | MOTION by Pharmastem Inc in Limine no.5 to Exclude All Discovery Relating to Settlement Negotiations regarding Patent License Agreements re: [314-1] motion [Sealed] (gp) [Entry date 08/06/03] |
| 8/5/03 | 315 | MOTION by Pharmastem Inc in Limine no. 6 to Preclude defts. from Referring to the Ownership or Assignment of the Patents-In-Suit re: [315-1] motion [Sealed] (gp) [Entry date 08/06/03] |
| 8/5/03 | --- | MOTION by Pharmastem Inc in Limine no. 4 to Exclude Decision of the European Patent Office from Evidence re: [0-1] motion (duplicate termed in error; Reserved) (gp) [Entry date 09/09/03] |
| 8/12/03 | 316 | MOTION by CBR Systems Inc  with Proposed Order for Thomas F. Chaffin, Nicole M. Townsend and Randal J. Ivor-Smith to Appear Pro Hac Vice (lg) [Entry date 08/13/03] |
| 8/12/03 | 317 | SEALED Dfts' Opposition to Pltf's  [310-1] Motion in Limine no.1 to Preclude Improper Expert Testimony from Larry S. Nixon  - Reply Brief due 8/19/03 (lg) [Entry date 08/13/03] |
| 8/12/03 | 318 | SEALED Viacell's Opposition to Pltf's [311-1] Motion in Limine no.2 to Preclude Improper Expert Testimony from Stephen H. Kalos  - Reply Brief due 8/19/03 (lg) [Entry date 08/13/03] |
| 8/12/03 | 319 | SEALED Dfts' Opposition to Pharmastem's [312-1] Motion in Limine no.3 to Preclude defts. from referring to injuctive relief that may be sought as a result of a finding of infringement  - Reply Brief due 8/19/03 (lg) [Entry date 08/13/03] |
| 8/12/03 | 320 | SEALED Dfts' Opposition to Pltf's [313-1] Motion in Limine no.4 to Exclude Decision of the European Patent Office from Evidence  - Reply Brief due 8/19/03 (lg) [Entry date 08/13/03] |

8/12/03   321      SEALED Dfts' Opposition to Pltf's [314-1] Motion in Limine
                   no.5 to Exclude All Discovery Relating to Settlement
                   Negotiations regarding Patent License Agreements  - Reply
                   Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03   322      SEALED MOTION by Dfts with Proposed Order in Limine to
                   Exclude Evidence Regarding Dr. John E. Wagner's Work With
                   Embryonic Stem Cells (MIL #1) Answer Brief due 8/26/03 re:
                   [322-1] motion (lg) [Entry date 08/13/03]
                   [Edit date 08/13/03]

8/12/03   323      SEALED Response Filed by Pharmastem Inc to [322-1] Motion
                   in Limine to Exclude Evidence Regarding Dr. John E.
                   Wagner's Work With Embryonic Stem Cells (MIL #1)  - Reply
                   Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03   324      SEALED MOTION by Dfts with Proposed Order in Limine to
                   Exclude and Limit the Testimony by malcolm Moore, PH.D. and
                   Irwin D. Bernstein, M.D. in Pltf's Case in Chief (MIL #2)
                   (lg) [Entry date 08/13/03] [Edit date 08/13/03]

8/12/03   325      SEALED Opposition by Pharmastem Inc [324-1] to Motion in
                   Limine to Exclude and Limit the Testimony by malcolm Moore,
                   PH.D. and Irwin D. Bernstein, M.D. in Pltf's Case in Chief
                   (MIL #2)  - Reply Brief due 8/19/03 (lg)
                   [Entry date 08/13/03]

8/12/03   326      SEALED MOTION by Dfts with Proposed Order in Limine to
                   Exclude Testimony of Gerald Bjorge as to Legal Standards
                   (MIL #3) (lg) [Entry date 08/13/03]

8/12/03   327      SEALED Stipulation in Part and Opposition in Part by by
                   Pharmastem Inc [326-1] to Motion in Limine to Exclude
                   Testimony of Gerald Bjorge as to Legal Standards (MIL #3)
                   - Reply Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03   328      SEALED MOTION by Dfts with Proposed Order in Limine to
                   Restrict Pltf's Evidence and Arguments on Proof of
                   Infringement Based on Pltf's Representations to the Patent
                   Office (MIL #4) (lg) [Entry date 08/13/03]
                   [Edit date 08/13/03]

8/12/03   329      SEALED Opposition by Pharmastem Inc [328-1] to Motion in
                   Limine to Restrict Pltf's Evidence and Arguments on Proof
                   of Infringement Based on Pltf's Representations to the
                   Patent Office (MIL #4)  - Reply Brief due 8/19/03 (lg)
                   [Entry date 08/13/03]

8/12/03   330      SEALED MOTION by Dfts with Proposed Order in Limine to
                   Exclude "Expert" Testimony of Mary J. Hendrix (MIL #5) (lg)
                   [Entry date 08/13/03]

8/12/03   331      SEALED Opposition by Pharmastem Inc [330-1] to Motion in
                   Limine to Exclude "Expert" Testimony of Mary J. Hendrix
                   (MIL #5)  - Reply Brief due 8/19/03 (lg)
                   [Entry date 08/13/03]

8/12/03   332    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude the Testimony of Dr. Edward Boyse (MIL #6) (lg)
                 [Entry date 08/13/03]

8/12/03   333    SEALED Opposition by Pharmastem Inc [332-1] to Motion in
                 Limine to Exclude the Testimony of Dr. Edward Boyse (MIL
                 #6) - Reply Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03   334    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude Evidence of Cryo-Cell International, Inc.'s
                 Agreements with Foreign Affiliates (MIL #7) (lg)
                 [Entry date 08/13/03]

8/12/03   335    SEALED Opposition by Pharmastem Inc [334-1] to Motion in
                 Limine to Exclude Evidence of Cryo-Cell International,
                 Inc.'s Agreements with Foreign Affiliates (MIL #7) - Reply
                 Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03   336    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude Denigrating Comments as to the Source of a Prior
                 Art Reference (MIL #8) (lg) [Entry date 08/13/03]

8/12/03   337    SEALED Opposition by Pharmastem Inc [336-1] to Motion in
                 Limine to Exclude Denigrating Comments as to the Source of
                 a Prior Art Reference (MIL #8) - Reply Brief due 8/19/03
                 (lg) [Entry date 08/13/03]

8/12/03   338    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude Evidence Regarding Prosecution of Purportedly
                 "Related" Patents (MIL #9) (lg) [Entry date 08/13/03]

8/12/03   339    SEALED Opposition by Pharmastem Inc [338-1] to Motion in
                 Limine to Exclude Evidence Regarding Prosecution of
                 Purportedly "Related" Patents (MIL #9) - Reply Brief due
                 8/19/03 (lg) [Entry date 08/13/03]

8/13/03   --     So Ordered  granting [316-1] motion for Thomas F. Chaffin,
                 Nicole M. Townsend and Randal J. Ivor-Smith to Appear Pro
                 Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all
                 parties. (lg)

8/13/03   340    Letter from the Dfts to Judge Sleet with a corrected page 1
                 of D.I. 317, Opposition to Pltf's Motion In Limine to
                 Preclude Improper Expert Testimony from Larry S. Nixon (the
                 page was substituted by the Court in both the original
                 sealed doc and the copy) (lg) [Entry date 08/14/03]

8/13/03   341    SEALED Opposition Filed by Dfts [315-1] to Pltf's Motion in
                 Limine no. 6 to Preclude defts. from Referring to the
                 Ownership or Assignment of the Patents-In-Suit - Reply
                 Brief due 8/20/03 (lg) [Entry date 08/14/03]

8/15/03   342    SEALED Reply in Support Filed by Pharmastem Inc [310-1] of
                 its motion in Limine no.1 to Preclude Improper Expert
                 Testimony from Larry S. Nixon (lg) [Entry date 08/18/03]
                 [Edit date 08/18/03]

8/15/03   343    SEALED Reply Brief in Support Filed by Pharmastem Inc
                 [311-1] of its motion in Limine no.2 to Preclude Improper

Expert Testimony from Stephen H. Kalos (lg)
[Entry date 08/18/03]

8/15/03   344   SEALED Reply in Further Support Filed by Pharmastem Inc
[312-1] of its motion in Limine no.3 to Preclude defts.
from referring to injuctive relief that may be sought as a
result of a finding of infringement (lg)
[Entry date 08/18/03]

8/15/03   345   SEALED Reply in Support Filed by Pharmastem Inc [313-1] of
its motion in Limine no.4 to Exclude Decision of the
European Patent Office from Evidence (lg)
[Entry date 08/18/03]

8/15/03   346   SEALED Reply in Further Support Filed by Pharmastem Inc
[314-1] of its motion in Limine no.5 to Exclude All
Discovery Relating to Settlement Negotiations regarding
Patent License Agreements (lg) [Entry date 08/18/03]

8/15/03   347   SEALED Reply in Further Support Filed by Pharmastem Inc
[315-1] of its motion in Limine no. 6 to Preclude defts.
from Referring to the Ownership or Assignment of the
Patents-In-Suit (lg) [Entry date 08/18/03]

8/15/03   348   Reply in Support Filed by the Dfts [324-1] of motion in
Limine to Exclude and Limit the Testimony by malcolm Moore,
PH.D. and Irwin D. Bernstein, M.D. in Pltf's Case in Chief
(MIL #2) (lg) [Entry date 08/18/03]

8/15/03   349   Dfts Reply to Pltf's Opposition to Their [328-1] motion in
Limine to Restrict Pltf's Evidence and Arguments on Proof
of Infringement Based on Pltf's Representations to the
Patent Office (MIL #4) (lg) [Entry date 08/18/03]

8/15/03   350   Reply in Support Filed by the Dfts [330-1] of motion in
Limine to Exclude "Expert" Testimony of Mary J. Hendrix
(MIL #5) (lg) [Entry date 08/18/03]

8/15/03   351   Dfts' Reply to Pltf's Opposition to Dfts' [332-1] motion in
Limine to Exclude the Testimony of Dr. Edward Boyse (MIL
#6) (lg) [Entry date 08/18/03]

8/15/03   352   Reply in Support of the Dfts' [334-1] motion in Limine to
Exclude Evidence of Cryo-Cell International, Inc.'s
Agreements with Foreign Affiliates (MIL #7) (lg)
[Entry date 08/18/03]

8/15/03   353   Reply in Support of Dfts' [336-1] motion in Limine to
Exclude Denigrating Comments as to the Source of a Prior
Art Reference (MIL #8) (lg) [Entry date 08/18/03]

8/15/03   354   Reply in Support of Dfts' [338-1] motion in Limine to
Exclude Evidence Regarding Prosecution of Purportedly
"Related" Patents (MIL #9) (lg) [Entry date 08/18/03]

8/18/03   355   SEALED Joint Proposed Pre-trial Order Volume 1 - Tabs A-K
(lg) [Entry date 08/19/03]

8/18/03   356   SEALED Joint Proposed Pre-trial Order Volume 2 - Tabs L-X

```
                          (lg) [Entry date 08/19/03]

8/18/03  357   Proposed Voir dire Questions by Pharmastem Inc (lg)
               [Entry date 08/19/03]

8/18/03  358   Proposed Voir Dire Questions by the Defendants (lg)
               [Entry date 08/19/03]

8/18/03  359   Proposed Special Verdict Form filed by Pharmastem Inc (lg)
               [Entry date 08/19/03]

8/18/03  360   Proposed Jury Verdict Form filed by the Defendants (lg)
               [Entry date 08/19/03]

8/19/03  361   [REVISED] Proposed Jury instructions by the parties (lg)
               [Entry date 08/20/03]

8/27/03  362   Exhibit B video tapes 1 and 2 of Dr. Edward Boyse in
               support of defts. motion in limine to exclude the testimony
               of Dr. Edward Boyse (gp) [Entry date 08/28/03]

8/28/03  363   Letter request from counsel for deft. CBR Systems,
               requesting that pretrial conf. currently schduled for
               09/08/03 at 9:00 be moved to 10:00 a.m., no opposition (gp)
               [Entry date 08/29/03]

8/29/03  --    Deadline updated; reset Scheduling Order Deadlines:
               Pretrial conference by 10:00 9/8/03 (gp)

8/29/03  364   Letter from cnsl. confirming pretrial conf. time reset from
               9:00 to 10:00 a.m. (gp) [Entry date 09/02/03]

9/5/03   365   2ND PROPOSED REVISED JURY INSTRUCTIONS (gp)

9/5/03   366   Defendant's Revised Proposed Special Verdict Form (gp)
               [Entry date 09/08/03]

9/8/03   --    Pre-trial conference held (rpt. Gunning) arguments of
               cnsl. on motions in limine; oral order Judge Sleet denying
               pltfs. motions in limine DI nos. 311, 312, and 315 and
               reserving as to DI nos. 310, 313 and 314; oral Order Judge
               Sleet granting defts. Motions in limine DI nos. 326, 336,
               and 338, and denying 328, 330 and 334, defts. DI no. 322
               moot; and as to defts. motion in limine DI 324 pltf. to
               supplement report and expert deposed by defts.voir dire
               conf. continued; cnsl. to confer on prelim. and final
               instructions; court will impanel jury on Fri. 10/10/03 (ct.
               will notify cnsl. of time); prelim.instructions and trial
               to begin on Tue.10/14/03 at 8:30 court to sit until 5:00;
               time allocated 50/50 (gp)

9/9/03   367   MOTION by Pharmastem Inc for Amanda M. Fox, and Radhika
               TAndon of Perkins Coie to Appear Pro Hac Vice re: [367-1]
               motion (gp) [Entry date 09/10/03]

9/10/03  368   STIPULATION of dismissal as to deft. StemCyte with
               prejudice (gp) [Entry date 09/11/03]

9/10/03  369   Defendants' Proposed Limiting Instruction re: the Relevance
```

of the EPO Opinion (gp) [Entry date 09/11/03]

9/10/03   370   NOTICE of Pursuant to 35 USC Sec. 282 by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc (gp) [Entry date 09/11/03]

9/11/03   --   So Ordered granting [367-1] motion for Amanda M. Fox, and Radhika TAndon of Perkins Coie to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp)

9/11/03   371   Letter from counsel for Pharmastem in response to defts. submission of proposed jury in struction related to the EPO opinion (gp) [Entry date 09/15/03]

9/12/03   372   Letter from counsel for defts. in response to Pharmstem's letter of 09/11/03 re: proposed jury instruction (gp) [Entry date 09/15/03]

9/17/03   373   TRANSCRIPT filed for dates of 09/08/03 (gp)

9/22/03   374   MOTION by Viacell Inc for Elaine Herrmann Blais and Teresa Dillingham of Goodwin Procter to Appear Pro Hac Vice re: [374-1] motion (gp) [Entry date 09/23/03]

9/22/03   375   NOTICE of Subpoena upon John Haines by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells Tech Inc (gp) [Entry date 09/23/03]

9/22/03   376   CERTIFICATE OF SERVICE by Corcell Inc of supplemental responses to pltfs interrog. nos. 7 and 10-13 (gp) [Entry date 09/23/03]

9/23/03   --   So Ordered granting [374-1] motion for Elaine Herrmann Blais and Teresa Dillingham of Goodwin Procter to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp)

9/24/03   377   CERTIFICATE OF SERVICE by Birthcells Tech Inc supplemental responses to pltf. interrog. nos. 7 and 10-13 (gp) [Entry date 09/25/03]

9/25/03   378   CERTIFICATE OF SERVICE by Cyro-Cell Inc of supplemental responses to pltf. interrog. no. 7 and 10-13 (gp) [Entry date 09/26/03]

9/25/03   379   CERTIFICATE OF SERVICE by Viacell Inc of 4th supplemental answers and objections to pltf. interrog. nos. 1,10,13-16 (gp) [Entry date 09/26/03]

9/30/03   380   MEMORANDUM AND ORDER granting PharmaStem's [313-1] motion in Limine no.4 to Exclude Decision of the European Patent Office from Evidence that ViaCell may not introduce the 07/21/99 decision of the European Patent OFfice into evidence ( signed by Judge Gregory M. Sleet ) copies to: cnsl. [ORAL ORDER JUDGE SLEET 10/23/03 REVERSING DECISION TO EXCLUDE EVIDENCE RELATING TO 7/21/99 Decision of the EPO) (gp) [Edit date 10/27/03]

9/30/03  381   Stipulated Preliminary Jury instructions (gp)
              [Entry date 10/01/03]

10/2/03  382   NOTICE by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
              Systems Inc, Birthcells Tech Inc  to take deposition of
              Joseph J. Day, Jr. on 10/06/03 (gp) [Entry date 10/03/03]

10/7/03  383   MEMORANDUM AND ORDER granting [314-1] motion in Limine no.5
              to Exclude All Discovery Relating to Settlement
              Negotiations regarding Anthrogenesis and Stembanc licenses;
              granting Viacell's cross-motion in limine to excude
              Anthrogenesis and Stemback license agreements and to
              prelcude Russell Parr from relying on those licenses as a
              factor in determing a reasonable royalty reate; that the
              parties experts may not rely on the Anthrogenesis and
              Stembanc licenses or any documents or evidence pertaining
              to negotiations of the those licenses to calculate a
              reasonable royalty rate or to challenge the opposing
              parties calculation of a reasonable royalty rate ( signed
              by Judge Gregory M. Sleet )  copies to: cnsl. (gp)

10/8/03  384   MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
              Systems Inc, Birthcells Tech Inc in Limine to Exclude
              Testimony of Malcolm Moore, or in the Alternative to Limit
              him to the Four Corners of his Initial Report re: [384-1]
☐             motion [Sealed] (gp) [Entry date 10/09/03]

10/9/03  385   3RD PROPOSED REVISED Jury instructions (gp)

10/9/03  386   3RD PROPOSED JURY VERDICT FORM by defts (gp)

10/9/03  387   Letter from counsel for defts. regarding their 3rd proposed
              verdict form (gp)

10/9/03  388   PROPOSED REVISED SPECIAL VERDICT FORM by PharmaStem (gp)
              [Entry date 10/10/03]

10/10/03 --    Jury trial held before Judge Sleet (rpt. Maurer) day 1;
              voir dire jury selection (gp)

10/10/03 389   Voir dire questions (gp)

10/10/03 --    Jury impaneled and sworn (gp)

10/10/03 390   Steno Notes for 10/10/03 (rpt.Gaffigan) (gp)
              [Entry date 10/14/03]

10/10/03 391   MEMORANDUM by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
              Systems Inc  re: the evidentiary use of proceedings in teh
              European Patent Office (gp) [Entry date 10/14/03]

10/14/03 392   MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
              Systems Inc in Limine to exclude pltf Demonstrative
              Exhibit A granted Judge Sleet (gp)

10/14/03 393   MEMORANDUM by Pharmastem Inc  in opposition to [391-1]
              memorandum by defts. regarding evidentiary use of
              proceedings in the European Patent Office (gp)

| | | |
|---|---|---|
| 10/14/03 -- | | Jury trial held Day 2 (rpt. Gunning) renewed motion by defts. to exclude testimony of expert wit. Dr. Boyse withdrawn; arguments of cnsl. on defts. motion to exclude pltf. demonstrative exh. A; granted Judge Sleet; arguments of cnsl. on defts. obj. to pltf. exh. nos. 20, 23,33,422 and 484; oral motion by defts. to sequester wit.; granted Judge Sleet; Court's Preliminary Instructions to the jury; pltf. opn. stmts. defts. opn. stmts. (gp) [Entry date 10/15/03] |
| 10/14/03 | 394 | Court's Preliminary Jury instructions (gp) [Entry date 10/15/03] |
| 10/14/03 | 395 | CERTIFICATE OF SERVICE by Pharmastem Inc of supplement to expert damages report of Russell L. Parr (gp) [Entry date 10/15/03] |
| 10/15/03 -- | | Jury trial Day 3 held (rpt. Maurer/Gaffigan) (gp) [Entry date 10/16/03] |
| 10/16/03 | 396 | Answer (Opposition) Brief Filed by Pharmastem Inc [384-1] motion in Limine to Exclude Testimony of Malcolm Moore, or in the Alternative to Limit him to the Four Corners of his Initial Report (gp) |
| 10/16/03 -- | | Jury trial Day 4 held (rpt. Gunning) (gp) |
| 10/17/03 | 397 | Steno Notes for 10/15/03 (rpt. Gaffigan) (gp) |
| 10/17/03 -- | | Jury trial held Day 5 (rpt. Gaffigan/Maurer) voir dire of ptlf. expert wit. Mary Hendrix; oral Order Judge Sleet denying mtoion of deft. to exclude expert testimony of Hendrix; oral motion by CBR and joined by ViaCell, Cryo-Cell and Corcell to strike testimony of Mary Hendrix; denied Judge Sleet; plaintiff's case-in-chief. (gp) |
| 10/17/03 | 398 | Steno Notes for 10/17/03 (rpt. Gaffigan) (gp) [Entry date 10/20/03] |
| 10/20/03 | 399 | MOTION by CBR Systems Inc for Judgment as a Matter of Law on the issue of Willful Infringement re: [399-1] motion (gp) |
| 10/20/03 -- | | Jury trial held Day 6 (rpt. Gunning) court directed parties to continue to work on jury instructions and verdict forms to resolve disputes; parties to submit letters. w/respect to their position on verdict form (gp) |
| 10/21/03 -- | | So Ordered granting [368-1] dismissal of between PharmaStem and StemCyte of all claims and counterclaims with prejudice each party to bear own atty.fees and costs( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 10/21/03 -- | | Jury trial held Day 7 (rpt. Gaffigan/Maurer) (gp) |
| 10/22/03 | 400 | Answer (Opposition) Brief Filed by Pharmastem Inc [399-1] motion for Judgment as a Matter of Law on the issue of Willful Infringement (gp) |

```
10/22/03 401    Steno Notes for 10/21/03  (rpt.Gaffigan) (gp)

10/22/03 --     Jury trial held Day 8 (rpt. Gunning) arguments of cnsl. on
                motion by deft. CBR for JMOL on issue of Willful
                Infringement; denied w/out prejudice Judge Sleet; oral
                motion by PharmaStem to strike testimony of Dr. John Wagner
                or in the alternative to give instruction; denied Judge
                Sleet (gp) [Entry date 10/23/03]

10/23/03 --     Jury trial held Day 9 (rpt. Gaffigan/Maurer) Oral Order
                Judge Sleet Reversing decision on its ruling on pltf motion
                in limine to exclude evidence of the 07/21/9 decision of
                the European Patent Ofifce (EPO); defts. will be permitted
                to use decision of EPO; defendants-case-in-chief
                w/exception of recalling Larry Nixon; pltf. permitted to
                reopen case to allow for testimony of Mr. Adelman; ptlfs.
                rebuttal case; oral motion of defts in limine to exclude
                certain testimony of rebuttal wit. Gerald Bjorge and
                Malcolm Moore; reserved parties to confer and attempt to
                resolve (gp) [Entry date 10/24/03]

10/24/03 402    The Court's Limiting Jury instructions regarding the timing
                of evidence and relevance of the EPO Opinion (gp)

10/24/03 403    Letter from cnsl. for defts. regarding remaining disputed
                jury instructions and issues relating to the verdict from
                (gp)

10/24/03 404    Letter from PharmaStem regarding issues relating to verdict
                form and jury instructions (gp)

10/24/03 405    Proposed 2ND Revised Verdict from filed by Pharmastem Inc
                (gp)

10/24/03 406    MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                Systems Inc for Judgment as a Matter of Law  re: [406-1]
                motion (gp)

10/24/03 407    MOTION by Viacell Inc for Judgment as a Matter of Law
                re: [407-1] motion (gp)

10/24/03 408    3RD PROPOSED JOINT FINAL JURY INSTRUCTIONS (gp)

10/24/03 409    MOTION by Cyro-Cell Inc, Corcell Inc for Judgment as a
                Matter of Law on the issues of Infringement, Laches and
                Willful Infringement re: [409-1] motion (gp)

10/24/03 410    Steno Notes for 10/23/03 (rpt. Gaffigan) (gp)

10/24/03 411    MOTION by CBR Systems Inc for Judgment as a Matter of Law
                re: [411-1] motion (gp)

10/24/03 412    MOTION by Pharmastem Inc for Judgment as a Matter of Law
                with respect to Viacell's Walker Process Antitrust
                Counterclaim re: [412-1] motion (gp)

10/24/03 --     Jury trial held Day 10 (rpt. Gunning) pltf rebuttal case
                concludes; all motion for JMOL reserved Judge Sleet; charge
                conference held (gp) [Entry date 10/27/03]
```

10/26/03 413    Letter from counsel for ViaCell regarding scope of
                plaintiff's rebutal closing argument (gp)
                [Entry date 10/27/03]

10/27/03 414    Proposed Verdict Sheet filed by Pharmastem Inc, Viacell
                Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc (gp)

10/27/03 415    Answer (Opposition) Brief Filed by Pharmastem Inc [406-1]
                Joint motion by defts. for Judgment as a Matter of Law (gp)

10/27/03 416    Answer (Opposition) Brief Filed by Pharmastem Inc [407-1]
                motion by ViaCell for Judgment as a Matter of Law on isse
                of infringement, laches intervening rights and willful
                infringement (gp)

10/27/03 417    Answer (Opposition) Brief Filed by Pharmastem Inc [409-1]
                motion by Corcella nd Cryo-Cell's for Judgment as a Matter
                of Law on the issues of Infringement, Laches and Willful
                Infringement (gp)

10/27/03 418    Answer (Opposition) Brief Filed by Pharmastem Inc [411-1]
                motion by CBR for Judgment as a Matter of Law (gp)

10/27/03 419    MOTION by Pharmastem Inc for Judgment as a Matter of Law
                with respect to defts claims of invalidity and inequitable
                conduct and the Fraud Element of ViaCell's Antitrust Claim
                re: [419-1] motion (gp)

10/27/03 420    MOTION by Pharmastem Inc for Judgment as a Matter of Law
                that defts Infringe the Patents-In-Suit re: [420-1] motion
                (gp)

10/27/03 421    The Court's Final Jury instructions (gp)

10/28/03 --     Jury trial held Day 11 (rpt. Gaffigan/Maurer) Court's Final
                Instructions to the Jury; closing arguments of cnsl.;
                jurors excused until 8:30 10/28/03 to begin deliberations
                (gp)

10/28/03 --     Jury trial held Day 12 (rpt. Maurer) Bailiff Sworn: Jury
                Deliberations Begin; jurors excused from deliberations
                until 8:45 Wed. 10/29/03 (gp)

10/28/03 422    ORDER directing USM provide meals for the jury on 10/27/03
                and 10/28/03( signed by Judge Gregory M. Sleet ) copies to:
                Finance (gp)

10/28/03 423    Steno Notes for 10/27/03 (rpt. Gaffigan) (gp)

10/29/03 424    Letter brief from PharmaStem on issue of contributory
                infringement and jury instruction 4.4 which addresses
                contributory infringement (gp)

10/29/03 425    Letter brief from Defendants regarding issue of
                contributory infringement (gp)

10/29/03 426   ORDER directing that USM provide meal for jury{ signed by
               Judge Gregory M. Sleet } copies to: Finance (gp)
               [Edit date 10/29/03]

10/29/03 --    Jury trial held Day 13 (rpt. Gunning); jury deliberations
               resume; arguments of cnsl. on issue relating to instruction
               4.4 Contributory Infringement; the Court's amended
               instruction 4.4 on Contributory Infringement to the jury;
               3:01 VERDICT IN FAVOR OF PHARMASTEM AND AGAINST
               DEFENDANTS:VIACELL, INC., CRYO-CELL INTL., INC., CORCELL
               INC., AND CBR SYSTEMS; FINDING REASONABLE ROYALTY RATE OF
               6.125% AND FINDING IN FAVOR OF COUNTERCLAIM PLAINTIFF
               PHARMASTEM and AGAINST COUNTERCLAIM DEFT. VIACELL ON ITS
               ANTITRUST COUNTERCLAIM; JURY POLLED; VERDICT RECORDED;
               cnsl.to submit stip.brief scheduled JMOL motions (gp)

10/29/03 427   JURY VERDICT FORM FILED (gp)

10/29/03 428   Jury notes filed (gp)

10/30/03 429   JUDGMENT for Pharmastem Inc against Viacell Inc, Cyro-Cell
               Inc, Corcell Inc, CBR Systems Inc for $7,124,333.92; and
               entering judgment on Viacell's Antitrust counterclaim in
               favor of Pharmastem and against Viacell (signed by Judge
               Gregory M. Sleet )  copies to: cnsl. (gp)
               [Edit date 10/30/03]

10/30/03 --    JUDGMENT registered against defendant Viacell Inc,
               defendant Cyro-Cell Inc, defendant Corcell Inc, defendant
               CBR Systems Inc (gp)

10/30/03 --    Final Report to Commissioner of Patents and Trademarks.
               Exit original. (gp)

10/30/03 --     Case closed (gp)

10/31/03 430   TRANSCRIPT filed  for dates of 10/10/03 (gp)
               [Entry date 11/03/03]

10/31/03 431   TRANSCRIPT filed  for dates of 10/14/03 (gp)
               [Entry date 11/03/03]

10/31/03 432   TRANSCRIPT filed  for dates of 10/15/03 (gp)
               [Entry date 11/03/03]

10/31/03 433   TRANSCRIPT filed  for dates of 10/16/03 (gp)
               [Entry date 11/03/03]

10/31/03 434   TRANSCRIPT filed  for dates of 10/17/03 (gp)
               [Entry date 11/03/03]

10/31/03 435   TRANSCRIPT filed  for dates of 10/20/03 (gp)
               [Entry date 11/03/03]

10/31/03 436   TRANSCRIPT filed  for dates of 10/21/03 (gp)
               [Entry date 11/03/03]

10/31/03 437   TRANSCRIPT filed  for dates of 10/22/03 (gp)
               [Entry date 11/03/03]

```
10/31/03 438     TRANSCRIPT filed  for dates of 10/23/03 (gp)
                 [Entry date 11/03/03]

10/31/03 439     TRANSCRIPT filed  for dates of 10/24/03 (gp)
                 [Entry date 11/03/03]

10/31/03 440     TRANSCRIPT filed  for dates of 10/27/03 (gp)
                 [Entry date 11/03/03]

10/31/03 441     TRANSCRIPT filed  for dates of 10/28/03 (gp)
                 [Entry date 11/03/03]

10/31/03 442     TRANSCRIPT filed  for dates of 10/29/03 (gp)
                 [Entry date 11/03/03]

11/5/03  443     Steno Notes for 10/10/03 - 10/29/03 (Maurer) (gp)

11/7/03  444     STIPULATION re: POST TRIAL BRIEFING (gp)
                 [Entry date 11/12/03]

11/7/03  --      Case reopened (gp) [Entry date 11/12/03]

11/13/03 --      So Ordered  granting [444-1] stipulated post trial brief
                 schedule as follows: opening brief in support due 12/15/03;
                 answer brief due 1/20/04 and reply due 02/03/04 ( signed by
                 Judge Gregory M. Sleet ) Notice to all parties. (gp)

11/13/03 445     STIPULATION staying execution of judgment pending
                 resolution of post-trial motions (gp) [Entry date 11/17/03]

11/13/03 446     COMBINED POST-TRIAL MOTION by Pharmastem Inc for Enhanced
                 Damages, Attorneys' Fees, Pre-Judgment Interest and Post
                 Judgment Interestopn.brief in support due 12/15/03; Answer
                 Brief due 1/20/04 re: [446-1] motion (gp)
                 [Entry date 11/17/03]

11/13/03 447     MOTION by Pharmastem Inc for Permanent
                 Injunctionopn.brief due 12/15/03; Answer Brief due 1/20/04
                 re: [447-1] motion (gp) [Entry date 11/17/03]

11/13/03 448     JOINT MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc,
                 CBR Systems Inc for Judgment as a Matter of Law or in the
                 alternative for New Trial, or for Remittitur and Motion for
                 Findings by the Court and/or to Alter or Amend Judgment
                 and/or the Court's Equitable Power opn.brief due 12/15/03;
                 Answer Brief due 1/20/04  re: [448-1] motion (gp)
                 [Entry date 11/17/03]

11/17/03 --      So Ordered  granting [445-1] stipulation staying execution
                 of judgment pending until (30) days after the court's
                 disposition of hte post-trial motions, or until a notice of
                 appeal and supersedeas bond have been filed ( signed by
                 Judge Gregory M. Sleet ) Notice to all parties. (gp)

12/5/03  449     AMENDMENT TO STIPULATION for Stay of Execution pending
                 resolution of post-trial motions (gp) [Entry date 12/09/03]
```

12/10/03 --    So Ordered granting [449-1] Amendment to Stipulation for
               Stay of Execution Pending resolution of post-trial motions
               see stip. for further details( signed by Judge Gregory M.
               Sleet ) Notice to all parties. (gp) [Entry date 12/11/03]

12/12/03 450   STIPULATION extending page limits for post-trial briefing
               common to all defts (gp) [Entry date 12/16/03]

12/12/03 451   STIPULATION approving deposit by deft. ViaCell in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/12/03 452   STIPULATION approving deposit by deft CBR System in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/12/03 453   STIPULATION approving deposit by deft. Cryo-Cell in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/12/03 454   STIPULATION approving deposit by deft. CorCell in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/15/03 455   Opening Brief Filed by Pharmastem Inc [447-1] motion for
               Permanent Injunction  - Answer Brief due 1/20/04 (gp)
               [Entry date 12/16/03]

12/15/03 456   Declaration of Philip Rovner in support of Pharmastem's
               motion for entry of permanent injunction [Sealed] (gp)
               [Entry date 12/16/03]

12/15/03 457   Proposed Order filed by Pharmastem Inc [447-1] motion for
               Permanent Injunction (gp) [Entry date 12/16/03]

12/15/03 458   Opening Brief Filed by Pharmastem Inc [446-1] motion for
               Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
               and Post Judgment Interest  - Answer Brief due 1/20/04 (gp)
               [Entry date 12/16/03]

12/15/03 459   Proposed Order filed by Pharmastem Inc [446-1] motion for
               Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
               and Post Judgment Interest (gp) [Entry date 12/16/03]

12/15/03 460   Declaration of Philip Rovner Volumes 1 of 3 in support of
               Pharmastem's motion for enhanced damages, attorneys' fees,
               pre-judgment interest and post judgment interest [Sealed]
               (gp) [Entry date 12/16/03]

12/15/03 461   Declaration of Philip Rovner Volume 2 of 3 in support of
               Pharmastem's motion for enhanced damages, attorneys' fees,
               pre-judgment interest and post judgment interest [Sealed]
               (gp) [Entry date 12/16/03]

12/15/03 462   Declaration of Philip Rovner Volume 3 of 3 in support of
               Pharmastem's motion for enhanced damages, attorneys' fees,
               pre-judmgent interest and post judgment interest [Sealed]
               (gp) [Entry date 12/16/03]

12/15/03 463    Opening Brief Filed by Viacell Inc [448-1] motion for
                Judgment as a Matter of Law or in the alternative for New
                Trial, or for Remittitur and Motion for Findings by the
                Court and/or to Alter or Amend Judgment and/or the Court's
                Equitable Power  - Answer Brief due 1/20/04 (gp)
                [Entry date 12/16/03]

12/15/03 464    Opening Brief Filed by Viacell Inc in support of motion for
                judgment as a matter of law or, in the alternative for
                findings by the court and/or to alter or amend judgment and
                /or the court's equitable power (gp) [Entry date 12/16/03]

12/15/03 465    AFFIDAVIT of Chris Adams by Viacell Inc Re: [464-1] in
                support of opening brief for judgment as a matter or lr, in
                the alternative for findings by the court and/or to alter or
                amend judgment  and /or the courts equitable power (gp)
                [Entry date 12/16/03]

12/15/03 466    CBR's Joinder in deft. Viacell's Memorandum in support of
                Joint Renewed Motions for Judgment as a matter of law or in
                the alternative for a new trial or for remittitur and
                Joinder in defts. Viacell's memorandum in support of motion
                for judgment as a matter of law, in the alternative for
                findings by the court and/or to alter or amend judmgent and
                /or the courts equitable power (gp) [Entry date 12/16/03]

12/15/03 467    MEMORANDUM by CBR Systems Inc  in support of its motion for
                judgment as a matter of law or, in the alternative, for a
                new trial or for remittitur on issues pertaining to
                infringement, damages, willfulness and intervening rights
                (gp) [Entry date 12/16/03]

12/15/03 468    Appendix to Brief Filed by CBR Systems Inc  Appending in
                support of [464-1] memorandum of motion for judgment as a
                matter of law (gp) [Entry date 12/16/03]

12/15/03 469    MEMORANDUM by Cyro-Cell Inc, Corcell Inc  in support of
                [448-1] motion for Judgment as a Matter of Law or in the
                alternative for New Trial, or for other post-trial relief

                (gp) [Entry date 12/16/03]

12/15/03 470    Appendix to Brief Filed by Viacell Inc  Appending [464-1]
                Post Trial Motions [463-1] opening brief (gp)
                [Entry date 12/16/03]

12/18/03 --     So Ordered  granting [450-1] stipulation extending page
                limits for post-trial briefs ( signed by Judge Gregory M.
                Sleet ) Notice to all parties. (gp)

12/18/03 --     So Ordered  granting [451-1] stipulation approving deposit
                of $2,901,674.01 w/Wilmington Trust Co., by deft. ViaCell
                granting [452-1] stipulation approving deposit of
                $2,913,969.75 w/Wilmington Trust Co. by deft. CBR;
                granting [453-1] stipulation approving deposit of
                $957,722.82 w/Wilmington Trust Co., by deft. Cryo-Cell;
                granting [454-1] stipulation approving deposit of
                $357,677.64 by deft. CorCell; in Lieu of Bond for Stay of
                Execution Pending Resolution of Post-Trial Motions; SEE
                STIP. FOR FURTHER DETAILS ( signed by Judge Gregory M.

Sleet ) Notice to all parties. (gp)

1/20/04   471   MEMORANDUM by Cyro-Cell Inc, Corcell Inc  in opposition to
                [446-1] motion for Enhanced Damages, Attorneys' Fees,
                Pre-Judgment Interest and Post Judgment Interest (gp)

1/20/04   472   Answer Brief Filed by Viacell Inc [446-1] motion for
                Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
                and Post Judgment Interest  - Reply Brief due 1/27/04 (gp)
                [Entry date 01/22/04]

1/20/04   473   Defendant CBR's Joinder in Viacell's Opposition to
                Pharmastem's Combined Motion for Enhanced Damages, Attorney
                Fees, Pre-Judgment Interest and Post Judgment Interest and
                in Viacell's Opposition to Pharmastem's motion for entry of
                permanent injunction (gp) [Entry date 01/22/04]

1/20/04   474   Answer Brief Filed by CBR Systems Inc [447-1] motion for
                Permanent Injunction  - Reply Brief due 1/27/04, [446-1]
                motion for Enhanced Damages, Attorneys' Fees, Pre-Judgment
                Interest and Post Judgment Interest  - Reply Brief due
                1/27/04 (gp) [Entry date 01/22/04]

1/20/04   475   Declaration of of Randal Ivor-Smith in support of CBR's
                opposition to Pharmastem's Combined motion for enhanced
                damages, attorneys fees and pre-judgment interest and post
                judgment interest, and Pharmastem's motion for entry of
                permanent injunction (gp) [Entry date 01/22/04]

1/20/04   476   Appendix to Answer Brief in Opposition    Filed by CBR
                Systems Inc Appending [474-1] answer brief [Sealed] (gp)
                [Entry date 01/22/04]
☐

1/20/04   477   Answer Brief Filed by Viacell Inc [447-1] motion for
                Permanent Injunction  - Reply Brief due 1/27/04 [Sealed] (gp)
                [Entry date 01/22/04]

1/20/04   478   Answer Brief Filed by Pharmastem Inc [448-1] motion for
                Judgment as a Matter of Law or in the alternative for New
                Trial, or for Remittitur and Motion for Findings by the
                Court and/or to Alter or Amend Judgment and/or the Court's
                Equitable Power  - Reply Brief due 1/27/04 (gp)
                [Entry date 01/22/04]

1/20/04   479   Declaration of Philip A. Rovner Volume 1 of 2 Exhs. A-M in
                support of Pharmastem's Opposition to Viacell's Join
                Renewed motions for judgment as a matter of law or in the
                alternative for a new trial or for remittitur (gp)
                [Entry date 01/22/04]

1/20/04   480   Declaration of Philip A. Rovner Volume 2 of 2 Exhs. N-MM in
                support of Pharmastem's Opposition to Viacell's Joint
                renewed motions for judgment as a matter of law or in the
                alternative for a new trial or remittitur (gp)
                [Entry date 01/22/04]

1/20/04   481   Answer (Opposition) Brief Filed by Pharmastem Inc to CBR's
                motion for judgment as a matter of law or in the
                alternative for a new trial or for remittitur on issues

pertainining to infringement damages willfulness and intervening rights (gp) [Entry date 01/22/04]

1/20/04  482    Declaration of Philip A. Rovner Volume 1 of 2 Exhs A-G in support of Pharmastem's Opposition to CBR's motion for judgment as a matter of law or in the alternative for a new tiral or for remittitur on issues pertaining to infringement, damages willfulness and intervening rights (gp) [Entry date 01/22/04]

1/20/04  483    Declaration of Philip A. Rovner Volume 2 of 2 Exhs. H-T in support of Pharmastem's Opposition to CBR's motion for judgment as a matter of law or in the alternative for a new trial or for remittitur on issues pertaining to infringement, damages, willfulness and intervening rights (gp) [Entry date 01/22/04]

1/20/04  484    Answer (Oppositino) Brief Filed by Pharmastem Inc to Corcell's and Cryo-Cell's Joint renewed motions for judgment as a matter of law or int he alternative for a new trial or for other post-trial relief (gp) [Entry date 01/22/04]

1/20/04  485    Declaration of Philip A. Rovner Volume 1 of 2 Exhs. A-J in support of Pharmastem's Opposition to Corcell's and Cryo-Cell's joint renewed motions for judgment as a matter of law or in the alternative for new trial or for other post trial relief (gp) [Entry date 01/22/04]

☐

1/20/04  486    Declaration of Philip A. Rovner Volume 2 of 2 Exhs K-BB in support of Pharmastem's Opposition to Corcell's and Cryo-Cell's joint renewed motions for judgment as a matter of law or in the alternative for a new trial or for other post trial relief (gp) [Entry date 01/22/04]

1/20/04  487    MOTION by Pharmastem Inc to Strike the Affidavit of Chris Adams Answer Brief due 2/3/04  re: [487-1] motion (gp) [Entry date 01/22/04]

1/20/04  488    Opening Brief Filed by Pharmastem Inc [487-1] motion to Strike the Affidavit of Chris Adams (gp) [Entry date 01/22/04]

1/20/04  --     Answer (Opposition) Brief Filed by Pharmastem Inc to Viacell's motion for judgment as a matter of law or, in the alternative for findings by the Court and/or to alter or amend judgment and/or the court's equitable power [FOR ANS.BRIEF SEE DI 488] (gp) [Entry date 01/22/04]

1/20/04  489    Declaration of Philip A. Rovner Volume 1 of 2 Exhs A-D in support of Pharmastem's Opposition to Viacell's motion for judgment as a matter of law or in the alternative for findings by the court and/or to alter or amend judgment and/or the court's equitable power and in support of its Motion to Strike the affidavit of Chris Adams (gp) [Entry date 01/22/04]

1/20/04  490    Declaration of Philip A. Rovner Volume 2 of 2 Exhs. E-K in support of Pharmastem's Oppositition to Viacell's motion

                for judgment as a matter of law or in the alternative for
                findings by the court and or to alter or amend judgment
                and/or the court's equitable power and in support of its
                Motion to Stirke the affidavit of Chris Adams (gp)
                [Entry date 01/22/04]

2/3/04    491     Reply Brief Filed by Pharmastem Inc [446-1] motion for
                Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
                and Post Judgment Interest (gp) [Entry date 02/04/04]

2/3/04    492     Declaration of Philip A. Rovner in support of Pharmastem's
                reply brief to ViaCell's Opposition to Pharmastem's
                Combined Motion for Enhanced Damages, Attorney's Fees,
                Pre-Judgment Interest and Post Judgment-Interest (gp)
                [Entry date 02/04/04]

2/3/04    493     Reply Brief Filed by Pharmastem Inc [447-1] motion for
                Permanent Injunction [Sealed] (gp) [Entry date 02/04/04]

2/3/04    494     Declaration of Nicholas Didier in support of Pharmastem's
                reply brief to ViaCell's opposition to Pharmastem's motion
                for entry of permanent injunction [Sealed] (gp)
                [Entry date 02/04/04]

☐

2/3/04    495     Declaration of Philip Rovner in support of Pharmastem's
                reply brief to Viacell's opposition to motion for entry of
                permanent injunction (gp) [Entry date 02/04/04]

2/3/04    496     Answer (Opposition) Brief Filed by Viacell Inc [487-1]
                motion to Strike the Affidavit of Chris Adams  – Reply
                Brief due 2/10/04 (gp) [Entry date 02/04/04]

2/3/04    497     Reply Brief Filed by Viacell Inc [448-1] motion for
                Judgment as a Matter of Law or in the alternative for New
                Trial, or for Remittitur and Motion for Findings by the
                Court and/or to Alter or Amend Judgment and/or the Court's
                Equitable Power (gp) [Entry date 02/04/04]

2/3/04    498     Reply Brief Filed by Viacell Inc in support of Joint
                Renewed Motions for Judgment as a Matter of Law Under FRCP
                50 or in the Alternative for a New Trial under FRCP 59 (or
                for remittitur) (gp) [Entry date 02/04/04]

2/3/04    499     CBR's Joinder in deft. ViaCell's Reply brief in support of
                Joint Renewed motions for Judgment as a Matter of Law under
                FRCP 50 or in the Alternative for a New Trial under FRCP 59
                (or for remittitur) and in Defendant's Reply brief in
                support of motion for judgment as matter of law or in the
                alternative for findings by the court and/or to alter or
                amend judgment and/or for court's equitable power (gp)
                [Entry date 02/04/04]

2/3/04    500     Reply Brief Filed by CBR Systems Inc [448-1] motion for
                Judgment as a Matter of Law or in the alternative for New
                Trial, or for Remittitur on issues pertaining to
                infringement damages willfulness and intervening rights (gp)
                [Entry date 02/04/04]

2/3/04    501     Appendix to Brief Filed by CBR Systems Inc  Appending

          [500-1] reply brief [Sealed] (gp) [Entry date 02/04/04]

2/3/04   502   Reply Brief Filed by Pharmastem Inc to CBR's opposition to
                Pharmastem's combined motion for enhanced damages,
                attorney's fees, pre-judgment interest and post-judgment
                interest and Pharmastem's motion for entry of permanent
                injunction (gp) [Entry date 02/04/04]

2/3/04   503   Declaration of Philip A. Rovner in support of Pharmastem's
                reply to CBR's opposition to Pharmastem's combined motion
                for enhanced damages, attys. fees, pre-judgment int., and
                post-judgment int., and Pharmastem's motion for entry of
                permanent injunction (gp) [Entry date 02/04/04]

☐

2/3/04   504   Reply Brief Filed by Pharmastem Inc to CorCell's and
                Cryo-Cell's opposition to Pharmastem's combined motion for
                enhanced damages, atty.fees, pre-judgment int., and
                post-judgment int., and Pharmastem's motion for entry of
                permanent injunction (gp) [Entry date 02/04/04]

2/3/04   505   Declaration of Philip A. Rovner in support of Pharmastem's
                reply brief to CorCell's and Cryo-Cell's opposition to
                Pharmastem's combined motion for enhanced damages,
                atty.fees., pre-judgment int., and post-judgment int., and
                Pharmastem's motion for entry of permanent injunction (gp)
                [Entry date 02/04/04] [Edit date 02/05/04]

2/3/04   506   UNOPPOSED MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc,
                CBR Systems Inc to Extend Page Limit for Post-Trial Briefs
                Common to all defts. re: [22-1] motion (gp)
                [Entry date 02/04/04] [Edit date 02/05/04]

2/3/04   507   Reply Brief Filed by Cyro-Cell Inc, Corcell Inc in support
                of defts. joint renewed motions for judgment as a matter of
                law under FRCP 50 or in the alternative for a new trial or
                for other post trial relief (gp) [Entry date 02/04/04]
                [Edit date 02/05/04]

2/5/04   --   So Ordered  granting [22-1] motion to Extend Page Limit for
                Post-Trial Briefs Common to all defts. ( signed by Judge
                Gregory M. Sleet ) Notice to all parties. (gp)

2/10/04  508   Reply Brief Filed by Pharmastem Inc [487-1] motion to Strike
                the Affidavit of Chris Adams [Sealed] (gp)
                [Entry date 02/13/04] [Edit date 02/13/04]

2/10/04  509   Declaration of Philip Rovner in further support of
                Pharmastem's motion to strike the affidavit of Chris Adams
                (gp) [Entry date 02/13/04]

2/20/04  510   MOTION by Viacell Inc to Strike New Arguments and Evidence
                submitted in Pharmastem's reply briefs or in the Alternative
                for Leave to Take Discovery Regarding and Respond to New
                Arguments and Evidence Answer Brief due 3/5/04 re: [510-1]
                motion (gp) [Entry date 02/23/04]

3/5/04   511   Answer Brief Filed by Pharmastem Inc [510-1] motion to
                Strike New Arguments and Evidence submitted in Pharmastem's
                reply briefs or in the Alernative for Leave to Take

Discovery Regarding and Respond to New Arguments and
Evidence - Reply Brief due 3/12/04 (Or in the alternative,
for leave to take discovery regarding and respond to new
arguments and evidence) (aw) [Entry date 03/08/04]

3/5/04   511   MOTION by Pharmastem Inc For Leave to Take Discovery
Regarding and Respond to new Arguments and Evidence Answer
Brief due 3/19/04 re: [511-1] motion (aw)
[Entry date 03/08/04]

☐

3/5/04   512   Declaration of Nicholas Didier in Support Of Pharmastem
Therapeutic, Inc.'s Opposition to Defendant Viacell, Inc.'s
Motion to Strike New Arguments and Evidence submitted in
Pharmastem's Reply Briefs, or in the Alternative, For Leave
to Take Discovery Regarding and Respond to New Arguments
and Evidence (Deficiency issued for Lack of Original
Signature) (aw) [Entry date 03/08/04]

3/8/04   513   Original Declaration of Nicholas Didier in support of
Pltf's Opposition to Dft ViaCell's Motion to Strike New
Arugments and Evidence Submitted in Pltf's Reply Briefs (lg)
[Entry date 03/09/04]

3/12/04   514   Reply Brief Filed by Viacell Inc [510-1] motion to Strike
New Arguments and Evidence submitted in Pharmastem's reply
briefs or in the Alernative for Leave to Take Discovery
Regarding and Respond to New Arguments and Evidence (aw)
[Entry date 03/15/04]

3/12/04   515   Letter from counsel to the defendant to Judge Sleet RE:
Possible Oral Argument on the Motion to Strike (aw)
[Entry date 03/15/04]

6/30/04   516   MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
Systems Inc, Birthcells Tech Inc, Bio-cell Inc  with
Proposed Order For Temporary Restraining Order and
Injunctive Relief While Court's Ruling on Post-Trial
Motions is Pending Answer Brief due 7/14/04 re: [516-1]
motion (aw) [Entry date 07/01/04]

6/30/04   517   SEALED Declaration of Philip M. Howard (aw)
[Entry date 07/01/04]

6/30/04   518   SEALED Declaration of Helen Rene Stutzman in Support of
Defendant's Motion for Injunctive Relief Pending the
Court's Ruling on Post-Trial Motions (aw)
[Entry date 07/01/04]

6/30/04   519   SEALED Declaration of Corinne Paquin in Support of
Defendants' Motion for Injunctive Relief Pending the
Court's Ruling on Post-Trial Motions (aw)
[Entry date 07/01/04]

6/30/04   520   SEALED Declaration of Gerald Maass (aw)
[Entry date 07/01/04]

6/30/04   521   MEMORANDUM OF POINTS AND AUTHORITIES Filed by Viacell Inc,
Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells
Tech Inc, Bio-cell Inc in Support of [516-1] motion For

Temporary Restraining Order and Injunctive Relief While
Court's Ruling on Post-Trial Motions is Pending  -- Answer
Brief due 7/14/04 (aw) [Entry date 07/01/04]

☐

6/30/04   522   SEALED Declaration of Marcia A. Laleman (aw)
                [Entry date 07/01/04]

6/30/04   523   SEALED Declaration of Matthew Hethcoat in Support of
                Defendants' Motion for Injunctive Relief Pending the
                Court's Ruling on Post-Trial Motions (aw)
                [Entry date 07/01/04]

6/30/04   524   SEALED Declaration of H. Gustaf Trapp in Support of
                Defendant's Motion for Injunctive Relief Pending the
                Court's Ruling on Post-Trial Motions (aw)
                [Entry date 07/01/04]

6/30/04   525   JOINT MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc,
                CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc  with
                Proposed Order For an Expedited Briefing Schedule and
                Prompt Hearing Answer Brief due 7/14/04 re: [525-1] motion
                (aw) [Entry date 07/01/04]

7/1/04    526   Letter to Judge Sleet from Richard D. Kirk, Esq. enclosing
                a courtesy copy of the Joint Motion for Expedited Briefing
                Schedule and Prompt Hearing; Counsel requests prompt
                consideration of their emergency motion (aw)

7/2/04    --    So Ordered granting [516-1] motion For Temporary
                Restraining Order and Injunctive Relief While Court's
                Ruling on Post-Trial Motions is Pending ( signed by Judge
                Gregory M. Sleet ) Notice to all parties. (aw)

7/2/04    --    So Ordered granting [525-1] motion For an Expedited
                Briefing Schedule and Prompt Hearing ( signed by Judge
                Gregory M. Sleet ) Notice to all parties. (aw)

7/2/04    --    Deadline updated; reset Answer Brief Deadline to 7/7/04
                for the Plaintiff to respond to Defendants' Motion for
                Injunctive Relief While Court's Ruling on Post-Trial
                Motions is Pending, and  reset Reply Brief Deadline to
                7/9/04 (aw)

7/2/04    527   Letter to Judge Sleet from Philip Rovner, Esq. in response
                to the Defendants' joint motion for a temporary restraining
                order and injunctive relief, and the accompanying motion
                for expedited briefing schedule (aw) [Entry date 07/06/04]

7/7/04    528   OPPOSITION by Pharmastem Inc to Viacell's, Cryo-Cell
                Intl's, Corcell's & CBR Systems' Joint [516-1] Motion For
                Temporary Restraining Order and Injunctive Relief While
                Court's Ruling on Post-Trial Motions is Pending and Motion
                to Dissolve This Court's Order of the Prelim Inj (lg)
                [Entry date 07/08/04]

☐

7/7/04    529   Declaration of Amanda M. Fox in Support of Pharmastem's
                Opposition to Viacell's, Cryo-Cell Intl's, Corcell's & CBR
                Systems' Joint Motion for TRO and Injunctive Relief and

|         |     | Motion to Dissolve This Court's Order of the Prelim Inj (lg) [Entry date 07/08/04] |
|---------|-----|-----------------------------------------------------------------------------------|
| 7/8/04  | 530 | Letter from cnsl for the Pltf with the Original Declaration of Amanda M. Fox (lg) [Entry date 07/09/04] |
| 7/8/04  | 531 | Letter from cnsl for the Pltf to Judge Sleet RE: an issue that came to cnsl's attention after the Pltf had filed its Opposition to ViaCell's, Cryo-Cell's, CorCell's & CBR's Joint Motion for TRO and Inj Relief and Motion to Dissolve this Court's Order of the Prelim Inj (lg) [Entry date 07/09/04] |
| 7/9/04  | 532 | Letter from James J. Rodgers, Esq. to Judge Sleet RE: D.I. 531 (lg) |
| 7/9/04  | 533 | SEALED Reply Memorandum in Support of Their Joint Motion For Temporary Restraining Order And Injunctive Relief While Court's Ruling on Post-Trial Motions is Pending - Filed by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc (aw) [Entry date 07/12/04] [Edit date 07/12/04] |
| 7/29/04 | 534 | **Terminated attorney David Allan Felice for Viacell Inc Notice of attorney appearance for Viacell Inc by Jeffrey Moyer, Esq. (aw) [Entry date 08/02/04] |
| 8/4/04  | 535 | MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, et al with Proposed Order To Hold Pharmastem in Contempt and for Appropriate Sanctions Answer Brief due 8/18/04  re: [535-1] motion (aw) [Entry date 08/05/04] |
| 8/4/04  | 536 | MEMORANDUM OF POINTS AND AUTHORITIES Filed by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc in support of it Joint [535-1] motion To Hold Pharmastem in Contempt and for Appropriate Sanctions  - Answer Brief due 8/18/04 (aw) [Entry date 08/05/04] |
| 8/4/04  | 537 | MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc  with Proposed Order For an Expedited Briefing Schedule and Prompt Hearing Answer Brief due 8/18/04  re: [537-1] motion (aw) [Entry date 08/05/04] |
| 8/5/04  | 538 | Letter to Judge Sleet from Philip A. Rovner, Esq. regarding defendants' joint motion to hold PharmaStem in contempt and for appropriate sanctions (aw) [Entry date 08/06/04] |
| 8/5/04  | 539 | Letter to Judge Sleet from Richard D. Kirk, Esq. requesting a teleconference re: Joint Motion to Hold Plaintiff in Contempt and for Appropriate Sanctions to be scheduled by the court (aw) [Entry date 08/09/04] |
| 8/6/04  | --  | Telephone conference held; Judge Sleet presiding; Crt. Rptr. V. Gunning; Court will give counsel an opportunity to agree upon a solution and/or change the language in the press release to provide at the very least, a temporary remedy to this situation; Opposition briefing is STAYED; Counsel will report back to the court on their progress; Counsel will need to contact chambers to setup another |

telephone conference (aw) [Entry date 08/11/04]

8/6/04    540    Letter to Judge Sleet from Richard D. Kirk, Esq. submitting
                 a modified proposed order (as Exhibit B) to modify the
                 court's 7/2/04 Order (aw) [Entry date 08/11/04]

8/6/04    541    Proposed Modified Order (to modify 7/2/04 Order) filed by
                 Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc,
                 Birthcells Tech Inc, Bio-cell Inc (aw) [Entry date 08/11/04]

8/20/04   542    Letter to Judge Sleet from Richard D. Kirk, Esq. requesting
                 that the court enter the proposed order (D.I. 541) filed on
                 8/6/04 by the Defendants (aw) [Entry date 08/23/04]

8/23/04   543    Letter to Judge Sleet from Philip Rovner, Esq. in response
                 to defendants' letters of August 6 and 20, 2004 requesting
                 that the court deny defendants' request for an amended
                 order (aw)

## END OF DOCKET: 1:02cv148

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/13/2004 12:03:40 | | | |
| **PACER Login:** | pc0208 | **Client Code:** | 40923-0001 |
| **Description:** | docket report | **Search Criteria:** | 1:02cv00148 |
| **Billable Pages:** | 54 | **Cost:** | 3.78 |