1  PAUL J. ANDRE, Bar No. 196585
2  LISA KOBIALKA, Bar No. 191404
   PERKINS COIE LLP
3  101 Jefferson Drive
   Menlo Park, CA 94025-1114
4  Telephone: (650) 838-4300
5  Facsimile: (650) 838-4350

6  Attorneys for PharmaStem Therapeutics, Inc.

7

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORD BLOOD REGISTRY, INC. dba CBR, a Delaware corporation, and SUTTER HEALTH, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 04-3072 JSW<br><br>**[PROPOSED] ORDER GRANTING PHARMASTEM THERAPEUTICS, INC.'S MOTION TO DISMISS DEFENDANT CBR'S FIRST, SECOND, THIRD, FOURTH, FIFTH, SIXTH AND SEVENTH COUNTERCLAIMS**<br><br>Judge:    Jeffrey S. White<br>Location: Courtroom 2<br>Date:     December 10, 2004 at 9:00 a.m. |

1   Plaintiff PharmaStem Therapeutics, Inc.'s Motion to Dismiss Defendant CBR's First,
2  Second, Third Fourth, Fifth, Sixth and Seventh Counterclaims, having come before this Court
3  and good cause appearing,
4   IT IS HEREBY ORDERED that CBR's First Counterclaim, Second Counterclaim, Third
5  Counterclaim, Fourth Counterclaim, Fifth Counterclaim, Sixth Counterclaim and Seventh
6  Counterclaim be dismissed with prejudice.

8  DATED: _____

11                    By _____
                         **JEFFREY S. WHITE**
                         **UNITED STATES DISTRICT JUDGE**