PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for PharmaStem Therapeutics, Inc.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CORD BLOOD REGISTRY, INC. dba CBR, a Delaware corporation, and SUTTER HEALTH, INC., a California corporation,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 04-3072 JSW<br><br>**NOTICE OF ERRATA FOR PHARMASTEM THERAPEUTICS, INC.'S MOTION TO DISMISS DEFENDANT CBR'S FIRST, SECOND, THIRD, FOURTH, FIFTH AND SIXTH COUNTERCLAIMS**<br><br>Judge:    Jeffrey S. White<br>Location: Courtroom 2<br>Date:     December 10, 2004 at 9:00 a.m. |

## NOTICE OF ERRATA

PharmaStem Therapeutics, Inc. ("PharmaStem") files this Notice of Errata in connection with its Motion to Dismiss Defendant CBR's First, Second, Third, Fourth, Fifth, Sixth and Seventh Counterclaims ("Motion to Dismiss"), filed on September 13, 2004. The caption, as well as the accompanying papers, including the Declaration of Lisa Kobialka In Support of the Motion to Dismiss and Proposed Order inadvertently included reference to the seventh counterclaim. The Motion to Dismiss, however, is only directed toward Cord Blood Registry, Inc.'s first, second, third, fourth, fifth and sixth counterclaims, and does not address the seventh counterclaim. Consequently, PharmaStem is hereby submitting an Amended Motion to Dismiss with accompanying papers to reflect this change.

DATED: September 14, 2004               **PERKINS COIE LLP**

                                        By: _____/s/_____
                                            Paul J. Andre
                                            Attorneys for Plaintiff PharmaStem
                                            Therapeutics, Inc

---