1  PAUL J. ANDRE, Bar No. 196585
2  LISA KOBIALKA, Bar No. 191404
   PERKINS COIE LLP
3  101 Jefferson Drive
   Menlo Park, CA 94025-1114
4  Telephone: (650) 838-4300
   Facsimile: (650) 838-4350
5
6  Attorneys for PharmaStem Therapeutics, Inc.

7
8          IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
9              SAN FRANCISCO DIVISION

10
11 PHARMASTEM THERAPEUTICS, INC., a        Case No.: 04-3072 JSW
   Delaware corporation,

12                      Plaintiff,          **DECLARATION OF LISA KOBIALKA
13                                          IN SUPPORT OF PHARMASTEM
       v.                                   THERAPEUTICS, INC.'S MOTION TO
14                                          DISMISS DEFENDANT CBR'S FIRST,
   CORD BLOOD REGISTRY, INC. dba CBR, a     SECOND, THIRD, FOURTH, FIFTH
15 Delaware corporation, and SUTTER HEALTH, AND SIXTH COUNTERCLAIMS**
   INC., a California corporation,
16
                       Defendants.          **Judge:    Jeffrey S. White
17                                          Location: Courtroom 2
                                            Date:     December 10, 2004 at 9:00 a.m.**
18
19
   AND RELATED COUNTERCLAIMS
20
21
22
23
24
25
26
27
28
   ───────────────────────────────
   DECLARATION OF LISA KOBIALKA IN SUPPORT OF PHARMASTEM
   THERAPEUTICS, INC.'S MOTION TO DISMISS DEFENDANT CBR'S FIRST,
   SECOND, THIRD, FOURTH, FIFTH AND SIXTH COUNTERCLAIMS
   CASE NO. 04-3072 JSW                    -1-            [40923-0005/BY042580.064]

1

## DECLARATION OF LISA KOBIALKA

2

3      I, Lisa Kobialka, declare as follows:

4      1.      I am an attorney licensed to practice in the State of California and before this

5 Court. I am an associate with Perkins Coie LLP, counsel for plaintiff PharmaStem Therapeutics,

6 Inc. ("PharmaStem") in this action. I make this declaration in support of PharmaStem's Motion

7 to Dismiss Defendant CBR'S First, Second, Third, Fourth, Fifth and Sixth Counterclaims. I have

8 personal knowledge of the facts set forth herein except as otherwise stated, and if called upon I

9 could and would testify to the following facts:

10     2.      Attached hereto as Exhibit A is a true and correct copy of the Joint Motion for

11 Temporary Restraining Order and Injunctive Relief While Court's Ruling On Post-Trial Motions

12 Is Pending ("Joint Motion For TRO and Injunctive Relief"), filed by Cord Blood Registry, Inc.

13 ("CBR") and other defendants in the case entitled *PharmaStem Therapeutics, Inc. v. ViaCell, Inc.*

14 *et al.*, Civil Case No. 02-148-GMS ("Delaware Action").

15     3.      Attached hereto as Exhibit B is a true and correct copy of PharmaStem's July 2,

16 2004 submission to the Court in the Delaware Action in response to the Joint Motion and

17 PharmaStem's Opposition to the Joint Motion For TRO and Injunctive Relief and PharmaStem's

18 Opposition to the Joint Motion.

19     4.      Attached hereto as Exhibit C is a true and correct copy of the Joint Motion To

20 Hold PharmaStem In Contempt And For Appropriate Sanctions ("Joint Motion for Contempt")

21 and Memorandum of Points and Authorities In Support of the Joint Motion for Contempt filed in

22 the Delaware Action.

23     5.      Attached hereto as Exhibit D is a true and correct copy of the docket for the

24 Delaware Action as of September 13, 2004.

25

26

27

28

DECLARATION OF LISA KOBIALKA IN SUPPORT OF PHARMASTEM
THERAPEUTICS, INC.'S MOTION TO DISMISS DEFENDANT CBR'S FIRST,
SECOND, THIRD, FOURTH, FIFTH AND SIXTH COUNTERCLAIMS
CASE NO. 04-3072 JSW                    -2-                    [40923-0005/BY042580.064]

1

2       I declare under penalty of perjury that the foregoing is true and correct.

3

4   DATED:  September 14, 2004

5                                         **PERKINS COIE LLP**

6

7                                         By ___/s/_____
                                          Lisa Kobialka, Esq.
8                                         Attorneys for PharmaStem Therapeutics, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27