PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for PharmaStem Therapeutics, Inc.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORD BLOOD REGISTRY, INC. dba CBR, a Delaware corporation, and SUTTER HEALTH, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 04-3072 JSW<br><br>[PROPOSED] ORDER GRANTING PHARMASTEM THERAPEUTICS, INC.'S MOTION TO DISMISS DEFENDANT CBR'S FIRST, SECOND, THIRD, FOURTH, FIFTH AND SIXTH COUNTERCLAIMS<br><br>Judge: Jeffrey S. White<br>Location: Courtroom 2<br>Date: December 10, 2004 at 9:00 a.m. |

1      Plaintiff PharmaStem Therapeutics, Inc.'s Motion to Dismiss Defendant CBR's First, Second, Third Fourth, Fifth and Sixth Counterclaims, having come before this Court and good cause appearing,

    IT IS HEREBY ORDERED that CBR's First Counterclaim, Second Counterclaim, Third Counterclaim, Fourth Counterclaim, Fifth Counterclaim and Sixth Counterclaim be dismissed with prejudice.

DATED: _____

By _____
**JEFFREY S. WHITE**
**UNITED STATES DISTRICT JUDGE**

[PROPOSED] ORDER GRANTING PHARMASTEM THERAPEUTICS, INC.'S
MOTION TO DISMISS DEFENDANT CBR'S FIRST, SECOND, THIRD, FOURTH,
FIFTH AND SIXTH COUNTERCLAIMS
CASE NO. 04-3072 JSW      -2-      [40923-0005/BY042580.069]