1  PAUL J. ANDRE, Bar No. 196585
2  LISA KOBIALKA, Bar No. 191404
   PERKINS COIE LLP
3  101 Jefferson Drive
   Menlo Park, CA  94025-1114
4  Telephone:  (650) 838-4300
   Facsimile:  (650) 838-4350
5
6  Attorneys for PharmaStem Therapeutics, Inc.

7
8          IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
9               SAN FRANCISCO DIVISION

10
11 PHARMASTEM THERAPEUTICS, INC., a          Case No.: 04-3072 JSW
   Delaware corporation,
12
                   Plaintiff,
13
          v.                                  [PROPOSED] ORDER GRANTING
14                                            PHARMASTEM THERAPEUTICS,
   CORD BLOOD REGISTRY, INC. dba CBR, a       INC.'S MOTION TO SEVER
15 Delaware corporation, and SUTTER HEALTH,
   INC., a California corporation,            Judge:    Jeffrey S. White
16                                            Location: Courtroom 2
                   Defendants.                Date:     January 7, 2005 at 9:00 a.m.
17
18 CBR SYSTEMS, INC., dba CBR a California
   corporation
19
                   Counterclaimant
20        v.
21
   PHARMASTEM THERAPEUTICS, INC., a
22 Delaware corporation; STEMBANC, INC., a
   Ohio corporation; NICHOLAS DIDIER; and
23 ARCHIBALD A. GRABINSKI
24                 Counterdefendants
25
26
27
28

1    Plaintiff PharmaStem Therapeutics, Inc.'s Motion to Sever, having come before this

2  Court and good cause appearing,

3    IT IS HEREBY ORDERED that Cord Blood Registry, Inc.'s counterclaims against

4  PharmaStem Therapeutics, Inc. and Nicholas Didier are severed from Cord Blood Registry, Inc.'s

5  counterclaims against Stembanc, Inc. and Archibald A. Grabinski.

6

7  DATED:  _____

8

9

10                    By _____

11                    **JEFFREY S. WHITE**
                      **UNITED STATES DISTRICT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28