```
 1  PAUL J. ANDRE, Bar No. 196585
 2  LISA KOBIALKA, Bar No. 191404
    AMANDA M. FOX, Bar No. 212939
 3  PERKINS COIE LLP
    101 Jefferson Drive
 4  Menlo Park, CA  94025-1114
 5  Telephone:  (650) 838-4300
    Facsimile:  (650) 838-4350
 6
    Attorneys for Counterdefendant
 7  Nicholas Didier
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation.<br><br>Defendant. | CASE NO. 04-3072 JSW<br><br>DECLARATION OF AMANDA M. FOX IN SUPPORT OF COUNTERDEFENDANT NICHOLAS DIDIER'S MOTION TO DISMISS CBR SYSTEMS, INC.'S COUNTERCLAIMS<br><br>Date/Time:  January 7, 2005 at 9:00 a.m.<br>Courtroom:  2<br>Judge:  Hon. Jeffrey S. White |
| CBR SYSTEMS, INC., dba CBR a California corporation<br>            Counterclaimant<br>v.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI<br><br>Counterdefendants. | |

DECLARATION OF AMANDA M. FOX IN SUPPORT OF
NICHOLAS DIDIER'S MOTION TO DISMISS CBR'S
COUNTERCLAIMS
CASE NO. 04-3072 JSW                                   -1-                                    [40923-0005/BY042600.011]

## DECLARATION OF AMANDA M. FOX

I, Amanda M. Fox, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am an associate with Perkins Coie LLP, counsel for counterdefendant Nicholas Didier in this action. I make this declaration in support of Counterdefendant Nicholas Didier's Motion to Dismiss CBR Systems, Inc.'s Counterclaims. I have personal knowledge of the facts set forth herein except as otherwise stated, and if called upon I could and would testify to the following facts:

2. Attached hereto as Exhibit "1" is a true and correct copy of the transcript of the telephonic conference on August 6, 2004, before the Honorable Gregory M. Sleet in the United States District Court for the District of Delaware, Civil Action No. 02-148 (GMS).

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 20, 2004

PERKINS COIE LLP

By ___/s/_____
Amanda M. Fox, Esq.
Attorneys for Nicholas Didier

DECLARATION OF AMANDA M. FOX IN SUPPORT OF
NICHOLAS DIDIER'S MOTION TO DISMISS CBR'S
COUNTERCLAIMS
CASE NO. 04-3072 JSW                               -2-                          [40923-0005/BY042600.011]