PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
AMANDA M. FOX, Bar No. 212939
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for Counterdefendant
Nicholas Didier

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation.<br><br>Defendant. | CASE NO. 04-3072 JSW<br><br>[PROPOSED] ORDER GRANTING COUNTERDEFENDANT NICHOLAS DIDIER'S MOTION TO DISMISS CBR SYSTEMS, INC.'S COUNTERCLAIMS<br><br>Date/Time: January 7, 2005 at 9:00 a.m.<br>Courtroom: 2<br>Judge: Hon. Jeffrey S. White |
| CBR SYSTEMS, INC., dba CBR a California corporation<br><br>Counterclaimant<br><br>v.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI<br><br>Counterdefendants. | |

Plaintiff PharmaStem Therapeutics, Inc.'s Motion to Dismiss Defendant CBR's First, Second, Third Fourth, Fifth, Sixth and Seventh Counterclaims, having come before this Court and good cause appearing,

IT IS HEREBY ORDERED that CBR's First Counterclaim, Second Counterclaim, Third Counterclaim, Fourth Counterclaim, Fifth Counterclaim, Sixth Counterclaim and Seventh Counterclaim be dismissed with prejudice.

DATED: _____

By _____
**JEFFREY S. WHITE**
**UNITED STATES DISTRICT JUDGE**