IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS<br><br>    Plaintiff,<br>v.<br><br>CORD BLOOD REGISTRY INC.<br>    Defendant. | NO. CV 04-03072 JSW<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER** |

On 9/16/04 , counsel for Archibald Grabinski and Stembanc submitted a Stipulation manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been received. However, General Order 45 provides at Section III (B) that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Defendants' should e-file the above mentioned document in PDF format immediately.

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users must do so immediately.  Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: September 21, 2004

<u>Hilary D. Jackson</u>
Deputy Clerk

2