COPY

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | Samuel B. Shepherd (Bar No. 163564) |
| 2 | Matthew W. Meskell (Bar No. 208263) |
| | 555 Twin Dolphin Drive, Suite 560 |
| 3 | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| 4 | Facsimile: (650) 801-5100 |
| 5 | Attorneys for Counter-Defendants |
| | Stembanc, Inc. and Archibald A. Grabinski |
| 6 | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 9 | PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | ) Case No.: 04- 3072 JSW |
| 10 | | ) |
| 11 | Plaintiff, | ) STIPULATION EXTENDING TIME OF |
| | | ) STEMBANC, INC. AND ARCHIBALD A. |
| 12 | vs. | ) GRABINSKI TO RESPOND TO |
| | | ) COUNTERCLAIMS OF CBR SYSTEMS, |
| 13 | CORD BLOOD REGISTRY, INC. dba CBR, a Delaware corporation, and | ) INC. |
| 14 | SUTTER HEALTH, INC., a California corporation, | ) |
| 15 | Defendants. | ) |
| 16 | | ) |
| 17 | CBR SYSTEMS, INC., dba CBR, a California corporation, | ) |
| 18 | Counterclaimant, | ) |
| 19 | vs. | ) |
| 20 | PHARMASTEM THERAPEUTICS, INC. a Delaware corporation; STEMBANC, | ) |
| 21 | INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. | ) |
| 22 | GRABINSKI, | ) |
| 23 | Counterdefendants. | ) |

**STIPULATION EXTENDING TIME OF
STEMBANC, INC. AND ARCHIBALD A. GRABINSKI TO
RESPOND TO COUNTERCLAIMS OF CBR SYSTEMS, INC.**

Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the Northern District of California, defendant / counter-claimant CBR Systems, Inc. ("CBR") and

99999/23569.1

STIPULATION EXTENDING TIME OF STEMBANC, INC. AND ARCHIBALD A. GRABINSKI TO RESPOND
TO COUNTERCLAIMS OF CBR SYSTEMS, INC.
Case No.: 04- 3072 JSW

1 counter-defendants Stembanc, Inc. ("Stembanc") and Archibald A. Grabinski do HEREBY

2 STIPULATE that Stembanc and Mr. Grabinski shall have an extension of time until September

3 27, 2004, to answer or otherwise respond to CBR's counterclaims in the above-captioned matter.

4

5 DATED: September 16, 2004    QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP
6
7                               By: _____
                                   Samuel B. Shepherd
8                                  Matthew W. Meskell
                                   Attorneys for Counter-Defendants Stembanc, Inc.
9                                  and Archibald A. Grabinski

10

11

12 DATED: September 16, 2004    PILLSBURY WINTHROP LLP

13
14                              By: _____
                                   William F. Abrams
15                                 Thomas F. Chaffin
                                   Chang H. Kim
16                                 Attorneys for Defendant/Counterclaimant CBR
                                   Systems, Inc.
17

18

19

20

21

22

23

24

25

26

27

28

-2-

99999/23569.1 | STIPULATION EXTENDING TIME OF STEMBANC, INC. AND ARCHIBALD A. GRABINSKI TO
RESPOND TO COUNTERCLAIMS OF CBR SYSTEMS, INC.
Case No.: 04-3072 JSW

# CERTIFICATE OF SERVICE

I, M. Patricia Reilly, declare:

I am employed in San Mateo County, the county in which the mailing described below occurs. My business address in 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065.

I am readily familiar with Quinn Emanuel Urquhart Oliver & Hedges, LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On **September 16, 2004**, I served **STIPULATION EXTENDING TIME OF STEMBANC, INC. AND ARCHIBALD A. GRABINSKI TO RESPOND TO COUNTERCLAIMS OF CBR SYSTEMS, INC.** on each person listed below, by placing the document(s) described in an envelope addressed as indicated below, which I sealed. I placed the envelope(s) in the United States Postal Service by placing them for collection and mailing this day following ordinary business practices at Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065.

In addition, this office has also e-mailed, the above-mentioned document to the recipient designed on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Redwood Shores, California on **September 16, 2004.**

*/s/ M. Patricia Reilly*
M. PATRICIA REILLY

2

CERTIFICATE OF SERVICE
Case No. 04-3072 JSW

## SERVICE LIST

*Pharmastem Therapeutics, Inc. v. Cord Blood Registry, Inc, et al.*
*And*
*Related Cross-Claims*

Case No. 04-3072 JSW

| | |
|---|---|
| Paul Andre, Esq.<br>Perkins Coie, LLP<br>101 Jefferson Street<br>Menlo Park, CA 94025-1114<br>Telephone: 650-838-4300<br>Facsimile: 650-838-43501 | Attorney for Plaintiff<br>PHARMASTEM THERAPEUTICS |
| Chang H. Kim, Esq.<br>Pillsbury Winthrop, LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone: 650-233-4500<br>Facsimile: 650-233-4545 | Attorneys for Defendant<br>and Counter-claimant<br>CBR SYSTEMS, INC. |

3

**CERTIFICATE OF SERVICE**
Case No. 04-3072 JSW