PILLSBURY WINTHROP LLP
William F. Abrams (State Bar No. 88805)
Thomas F. Chaffin (State Bar No. 112368)
Chang H. Kim (State Bar No. 195554)
Peter H. Nohle (State Bar No. 209446)
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Defendant
Sutter Health

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation.<br><br>Defendants. | No. C 04 3072 JSW<br><br>**STIPULATION EXTENDING TIME OF SUTTER HEALTH TO RESPOND TO COMPLAINT** |

**STIPULATION EXTENDING TIME OF SUTTER HEALTH TO
RESPOND TO COMPLAINT**

Pursuant to Local Rule 6-1(a) for the Northern District of California, defendant Sutter Health ("Sutter Health") and plaintiff PharmaStem Therapeutics, Inc.'s ("Pharmastem") STIPULATE that Sutter Health shall have an extension of time until and including September 30, 2004, to answer or otherwise respond to the Complaint filed by PharmaStem in the above-captioned matter.

| | |
|---|---|
| 1 | Dated: September 27, 2004. |
| 2 | PILLSBURY WINTHROP LLP |
| 3 | William F. Abrams<br>Thomas F. Chaffin |
| 4 | Chang H. Kim<br>Peter H. Nohle |
| 5 | 2475 Hanover Street<br>Palo Alto, CA 94304-1114 |
| 6 | |
| 7 | By _____ |
| 8 | Attorneys for Defendant<br>Sutter Health |
| 9 | |
| 10 | Dated: September 27, 2004. |
| 11 | |
| 12 | PERKINS COIE LLP<br>Paul J. Andre |
| 13 | Lisa Kobialka<br>Amy Fox |
| 14 | 101 Jefferson Drive<br>Menlo Park, CA 94065 |
| 15 | By Paul Andre/tmf |
| 16 | Attorneys for Plaintiff<br>PharmaStem Therapeutics, Inc. |

60377031v1                                           - 1 -         STIPULATION TO EXTEND TIME TO RESPOND TO
                                                                               COMPLAINT
                                                                      CASE NO. C 04 3072 JSW