1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Samuel B. Shepherd (Bar No. 163564)
2  Matthew W. Meskell (Bar No. 208263)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, CA  94065
   (650) 801-5000 (Telephone)
4  (650) 801-5100 (Facsimile)

5  Attorneys for Counterclaim Defendant,
   ARCHIBALD A. GRABINSKI

6

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN FRANCISCO DIVISION
10

11

12 PHARMASTEM THERAPEUTICS, INC., a        )  Case No. C 04-3072 (JSW)
   Delaware corporation,                   )
13                                         )  **DECLARATION OF ARCHIBALD A.**
              Plaintiff,                   )  **GRABINSKI IN SUPPORT OF MOTION**
14                                         )  **TO DISMISS**
        vs.                                )
15                                         )
   CORD BLOOD REGISTRY, INC., dba CBR,    )  DATE:    January 14, 2005
16 a California corporation, and SUTTER    )  TIME:    9:00 a.m.
   HEALTH, INC., a California corporation, )  ROOM:    Courtroom 2
17                                         )  JUDGE:   Hon. Jeffrey S. White
              Defendants.                  )
18 _____ )
                                           )
19 CBR SYSTEMS, INC., dba CBR, a California)
   corporation,                            )
20                                         )
              Counterclaimant,             )
21                                         )
        vs.                                )
22                                         )
   PHARMASTEM THERAPEUTICS, INC., a        )
23 Delaware corporation; STEMBANC, INC., a )
   Ohio corporation; NICHOLAS DIDIER; and  )
24 ARCHIBALD A. GRABINSKI,                 )
                                           )
25            Counterdefendants.           )
                                           )
26 _____ )

27

28

50494/23868.2
            GRABINSKI DECLARATION
            Case No. C 04-3072 JSW

I, Archibald A. Grabinski, declare and state as follows:

1. I am the founder of Stembanc, Inc. ("Stembanc") and have served as its CEO since Stembanc's incorporation in 2002. I am a resident of Chesterland, Ohio, and have lived there for approximately two years. I have read the Answer and Counterclaims of CBR Systems, Inc. ("CBR") and I am familiar with the allegations contained therein. I have personal knowledge of the facts set forth below, and if called upon as a witness I could competently testify thereto.

2. I have never resided in California, nor do I recall visiting California in the last ten years.

3. I have never owned any real property located in California. I have never paid income taxes or maintained a bank account in California.

4. I do not recall contacting customers or potential customers in California to state that they should not bank with CBR because CBR was faced with the prospect of business cessation.

5. I do not recall contacting any obstetricians or gynecologists in California to state that they would be liable for patent infringement if they recommended banking with CBR to their patients.

6. Stembanc's website (www.stembanc.com) is hosted by Simply Connect, which is based in Chardon, Ohio.

7. Attached as Exhibits A and B hereto are true and correct copies of Stembanc advertisements published in <u>Pregnancy</u> magazine.

8. Attached as Exhibit C hereto is a true and correct copy of a graphical chart ("Graphical Chart") that appeared on Stembanc's website.

9. Attached as Exhibit D hereto is a true and correct copy of a press release, dated February 20, 2003, that a user would be directed to if he or she clicked on the word "licensed" or on footnote one of the Graphical Chart that appeared on Stembanc's website.

10. Attached as Exhibit E hereto is a true and correct copy of a press release issued by Stembanc dated August 2, 2004.

1        I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.

4        Executed this 27th day of September, 2004, at Chardon, Ohio.

                                          /s/
                               Archibald A. Grabinski

EXHIBIT A

# An Open Letter
## to Expectant Parents and their Physicians

Stembanc recently announced plans to expand its state of the art, FDA registered laboratory, following a successful lawsuit and finding of willful patent infringement against Stembanc's competitors.

Stembanc is a world class, scientifically expert company you can trust. Stembanc's FDA registered, state of the art laboratory facility is near the heart of the medical research region that includes the world renowned Cleveland Clinic and the new Center for Stem Cell and Regenerative Medicine.



You now know many of the reasons for preserving your newborn's unique birth stem cells for future use. We also know that you want to preserve your child's precious stem cells with a company that has rights to operate in the future.

Stembanc has these rights – the rights to the technologies needed for both technically sound and legally legitimate cord blood stem cell processing and cryopreservation. Recently our competitors (including Viacord, Cord Blood Registry (CBR), and Cryocell) were found guilty of willful patent infringement. Other companies, such as Securacell, lack the needed technology rights as well.

We feel it is important for you to know that this court verdict not only jeopardizes the infringers' ability to continue operations, but also establishes that physicians who knowingly work in concert with these companies may also be implicated in the process of patent infringement.

Obviously, parents choose Stembanc once they understand other companies face the prospect of business cessation.

Perhaps as significant, informed physicians recommend Stembanc to parents who want to preserve their child's unique stem cells for potential future life-saving family uses.

You now have an opportunity to save your child's precious stem cells with Stembanc. To enroll in our program, or for more information, call Stembanc today (toll free) 1-877-836-2262 (1-87-STEMBANC).

\* Licensed under U.S. Patents 5,004,681, 5,192,553, 6,461,645, 6,569,427, and 6,605,275

EXHIBIT B

# An Open Letter to Expectant Parents

Stembanc recently announced plans to expand its state of the art, FDA registered laboratory, following a successful lawsuit and finding of willful patent infringement against Stembanc's competitors.

Stembanc is a world class, scientifically expert company you can trust. Stembanc's FDA registered, state of the art laboratory facility is near the heart of the medical research region that includes the world renowned Cleveland Clinic and the new Center for Stem Cell and Regenerative Medicine.



You now know many of the reasons for preserving your newborn's unique birth stem cells for future use. We also know that you want to preserve your child's precious stem cells with a company that has rights to operate in the future.

Stembanc has these rights – the rights to the technologies needed for both technically sound and legally legitimate cord blood stem cell processing and cryopreservation. Recently our competitors (including Viacord, Cord Blood Registry (CBR), and Cryocell) were found guilty of willful patent infringement. Other companies lack the needed technology rights as well.

We feel it is important for you to know that this court verdict not only jeopardizes the infringers' ability to continue operations, but also establishes that physicians who knowingly work in concert with these companies may also be implicated in the process of patent infringement.

Obviously, parents choose Stembanc once they understand other companies face the prospect of business cessation.

Perhaps as significant, informed physicians recommend Stembanc to parents who want to preserve their child's unique stem cells for potential future life-saving family uses.

You now have an opportunity to save your child's precious stem cells with Stembanc. To enroll in our program, or for more information,

\* Licensed under U.S. Patents 5,004,681, 5,192,553, 6,461,645, 6,569,427, and 6,605,275

1 877 836 2262 (1 87STEMBANC)   www.stembanc.com



OSTEM

EXHIBIT C

## Compare and Enroll with Stembanc

|  | Licensed(1) | Guilty Of Patent Infringement | FDA Registered | Price (2) |
|---|---|---|---|---|
| Stembanc | YES | NEVER | YES | $1395 |
| Cord Blood Registry (CBR) | NO (1) | YES - NOW | YES | $1740 |
| Viacord | NO (1) | YES - NOW | YES | $1700 |

Footnotes: (1) Refer to Press Releases for More Information
(2) Pricing Including Shipping as of 12/00

Stembanc's comprehensive service covers all costs related to saving your newborn's unique stem cells - from your doctor's [...] collection, to shipping, testing, processing, and cryogenic storage in five separate vials. If you prefer, Stembanc offers a varie[...] financing options so that virtually anyone can afford to store these precious stem cells with Stembanc.

This is literally an opportunity of a lifetime. It this sounds like something you are interested in, call Stembanc now with your q[...] you can make this potentially lifesaving decision for your family.

1-877-836-2262


○ STEM




EXHIBIT D





Newborn Stem Cell Preservation

**FOR IMMEDIATE RELEASE**
**02/20/03**

For More Information Contact:
Archibald A. (Archie) Grabinski, President and CEO
1-87-STEMBANC (1-877-836-2262)
grabinski@stembanc.com

## PharmaStem Therapeutics Announces Patent License Agreement with Stembanc, Inc.

Wayne, PA, February 20, 2003 - PharmaStem Therapeutics, Inc. and Stembanc, Inc. today announced that they have entered into an agreement under which Stembanc has obtained a license to PharmaStem's patent portfolio. PharmaStem is the successor to Biocyte Corporation, the pioneer in the development of umbilical cord and placental blood preservation and its therapeutic use. In recognition of its leadership, PharmaStem has received three U.S. patents to date: No. 5,004,681, issued on April 2, 1991; No. 5,192,553, issued on March 9, 1993, and No. 6,461,645 issued on October 8, 2002. Other patent applications are pending.

Archibald A. (Archie) Grabinski, President and CEO of Stembanc stated: "This patent portfolio complements our existing patent pending intellectual property exceptionally well. Stembanc is now uniquely positioned to assume leadership in the newborn stem cell banking industry."

"While we believe that the patented PharmaStem processes are needed for the successful reanimation of cryopreserved newborn stem cells, it is noteworthy that virtually all prior companies in this industry are operating without a license to use these critical technologies. Parents who entrust Stembanc with their child's precious, irreplaceable stem cells may be comfortable knowing that Stembanc is the only company in the industry that has operated from its inception with a license to use this vital technology."

"Newborn stem cells have the proven potential for lifesaving family therapeutic uses. However, potentially more significant are exciting recent advances in the field of regenerative medicine that point to the use of these stem cells as the future seed material for perfectly matched replacement tissues and organs for that newborn donor – thereby offering the possibility of very significant life extension."

"These scientific and technological developments have leapt ahead of business attempts at widespread commercialization of newborn stem cell cryopreservation technology. This is due both to the rapidity of the scientific developments and to the limited success of unlicensed companies to effectively reach and educate most expectant parents. Consequently, to the detriment of parents and their newborn children, these stem cells are typically discarded."

Page 2                                                                 February 20, 2003

– more –

"Stembanc is uniquely positioned to remedy this situation, thereby bringing forth a positive to society as well as opportunity to its shareholders."

Stembanc, based in Cleveland, Ohio, is a pioneer in the widespread commercialization of technologically superior and ethically sound biological material cryopreservation.

The '681 and '553 patents have been asserted by PharmaStem in a lawsuit for patent infringement, filed on February 22, 2002, in the U.S. District Court for the District of Delaware. Named as defendants in the lawsuit are ViaCell, Inc., Cryo-Cell International, Inc. (NASDAQ-CCEL), CorCell, Inc., StemCyte, Inc., NuStem Technologies, Inc., CBR Systems, Inc. (also known as Cord Blood Registry, Inc.), Bio-Cell Inc., and Birthcells Technology, Inc.. Stembanc is not a defendant in the lawsuit.

EXHIBIT E

**FOR IMMEDIATE RELEASE**
**8/02/04**

### Expectant Parents Demand Refunds from Patent Infringers

Cleveland, OH, August 2, 2004 - Increasing numbers of expectant parents who have unwittingly enrolled for cord blood collection with patent infringers are demanding refunds from infringing companies.

In October 2003, a Federal jury in the United States Federal Court, District of Delaware unanimously found that **ViaCell / ViaCord, CBR Systems ("Cord Blood Registry"), Cryo-Cell International and CorCell** willfully infringe patents covering the collection, cryopreservation and storage for future therapeutic use of stem cells derived from umbilical cord blood. Following this verdict, the patent holder has asked the Court to grant a permanent injunction against these companies. An injunction would stop the cord blood storage operations of the infringers.

The parents claim infringing companies sold their services without revealing parents' risk, despite one of the infringing companies' written disclosure to the Securities and Exchange Commission that **"There is substantial doubt as to whether (ViaCell / ViaCord's) efforts to overturn the jury's verdict will be successful, as in general courts are reluctant to overturn jury verdicts. In addition, in a majority of cases where a jury finds patent infringement, the court issues a permanent injunction."** (ViaCell S-1 Filing with the U.S. Securities and Exchange Commission, April 5, 2004, page 9).

In addition, following numerous inquiries by concerned physicians, a clarification was sent in June 2004 to U.S. obstetricians confirming the fact that obstetricians risk legal liability by collecting cord blood for infringing companies. Obstetricians are now refusing to collect the cord blood for the infringing companies, even in cases in which parents have already paid.

Subsequently, Stembanc has reported a substantial increase in activity.

Carol Beck, M.D., Director of Physician Relations at Stembanc, stated: "We work with expectant parents who have already enrolled with one of the infringers on a case by case basis. If they are unable to get all of their money back from an infringing company, we try to help mitigate their financial loss."

Dr. Beck continued: "It's a good thing we anticipated this influx of activity last year when we began our laboratory expansion program. Upon completion of our next phase, Stembanc will have the capacity to process and cryopreserve over 180,000 cord blood units per year."

For more information call Stembanc toll free at 1-877-836-2262 (1-87-STEMBANC).