IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHARMASTEM THERAPEUTICS, INC.

    Plaintiff,

  v.

CORD BLOOD REGISTRY INC.,

    Defendant.
_____/

No. C 04-03072 JSW

**ORDER REQUIRING JOINT STATUS REPORT ON MOTIONS AND NOTICES OF PENDENCY OF OTHER PROCEEDINGS**

This Court has received the following motions from the parties:

1. PharmaStem Therapeutics, Inc.'s ("PharmaStem") Motion to Dismiss Defendant Cord Blood Registry, Inc.'s ("CBR") First, Second, Third, Fourth, Fifth and Sixth Counterclaims;

2. PharmaStem's Motion to Sever;

3. Nicolas Didier's Motion to Dismiss CBR's Counterclaims;

4. Stembanc, Inc.'s Motion to Dismiss CBR's First, Second, Third, Fourth, Fifth and Sixth Counterclaims;

5. Archibald Grabinski's Motion to Dismiss CBR's First, Second, Third, Fourth, Fifth and Sixth Counterclaims; and

These motions are set for hearing on various dates commencing on December 10, 2004 through January 14, 2005. From a cursory review of the motions, it appears that they raise similar factual and legal issues. Accordingly, the Court ORDERS the parties to file a joint status report advising the Court of their respective positions as to whether these motions should be heard on the same hearing date. In the event the parties believe the motions should be heard on one date, the

parties shall meet and confer to find a mutually convenient date and so advise the Court. The Court will consider specially setting the hearing, if necessary.

The Court has also received Civil Local Rule 3-13 Notices of Pendency of Other Actions or Proceedings from CBR, Sutter Health and PharmaStem. The parties agree that the following other proceedings are pending: (1) *PharmaStem Therapuetics, Inc. v. Via Cell, Inc., et al.* (United States District Court for the District of Delaware Case No. 02-148 GMS), filed on February 22, 2002; (2) *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.* (United States District Court for the District of Massachusetts Case No. 04-CV-11673 RWZ), filed July 28, 2004, (3) *PharmaStem Therapeutics, Inc. v. Cyro-Cell International, Inc., et al.* (United States District Court for the Middle District of Florida Case No. 8:04-CV01740-T-30TGW), filed July 28, 2004; (4) *PharmaStem Therapeutics, Inc. v. Corcell, Inc., et al.* (United States District Court for the Eastern District of Pennsylvania Case no. 2:04–CV-03561-RK), filed July 28, 2004; and (5) *PharmaStem Therapeutics, Inc. v. Cure Sources, Inc., et al.* (United States District Court for the Central District of California Case No. SA-CV-04-921 GLT), filed August 4, 2004.

CBR and Sutter Health contend that these actions satisfy either the subject matter or party relatedness requirements (or both) of Local Rule 3-13 and that "transfer or other coordination might avoid conflicts, conserve resources and promote and efficient determination of the action." *See, e.g.*, CBR's Notice of Pendency of Other Actions at 2:4-7; Sutter Health's Notice of Pendency of Other Actions at 2:4-7.

PharmaStem asserts that "it is not aware of any grounds to support jurisdiction and venue over" the defendants in the other cases in this judicial district and does not believe that coordination would conserve resources and promote an efficient determination of the action. PharmStem's Notice of Pendency of Other Actions at 2:21-3:2.

The Court ORDERS that the parties file a joint status report outlining the current status of each of the five actions listed and a short and plain statement of what, if any relief, the parties seek from this Court in connection with the pendency of these other actions, with the caveat that of the various cases pending, the Delaware action is the first filed action.

1   These Joint Status Reports shall be filed by no later than October 29, 2004 and shall not
2   exceed five pages.
3   **IT IS SO ORDERED.**

5   Dated:  October 5, 2004                                              /s/ Jeffrey S. White
                                                                          JEFFREY S. WHITE
6                                                                         UNITED STATES DISTRICT JUDGE