```
 1  PILLSBURY WINTHROP LLP
    William F. Abrams (State Bar No. 88805)
 2  Thomas F. Chaffin (State Bar No. 112368)
    Chang H. Kim (State Bar No. 195554)
 3  Peter H. Nohle (State Bar No. 209446)
    2475 Hanover Street
 4  Palo Alto, CA 94304-1114
    Telephone: (650) 233-4500
 5  Facsimile:  (650) 233-4545

 6  Attorneys for Defendants and Counterclaimants
    CBR SYSTEMS, INC. and SUTTER HEALTH
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation,<br><br>　　　　　　　　Defendants.<br><br>CBR SYSTEMS, INC., dba CBR, a California corporation, and SUTTER HEALTH, a Not For-Profit Public Benefit corporation,<br><br>　　　　　　　　Counterclaimants,<br><br>　vs.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, STEMBANC, INC., a Ohio corporation, NICHOLAS DIDIER, and ARCHIBALD A. GRABINSKI,<br><br>　　　　　　　　Counterdefendants. | **No. C 04 3072 JSW**<br><br>**NOTICE OF MOTION TO TRANSFER ACTION PURSUANT TO 28 U.S.C.§ 1407**<br><br>[Rule 5.12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation] |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT, in accordance with Rule 5.12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants and Counterclaimants CBR Systems, Inc. and Sutter Health hereby submit copies of their Motion to Transfer the above-entitled action to the United States District Court for the District of Delaware for consolidation and coordination of pretrial proceedings pursuant to 28 U.S.C. § 1407, as well as copies of both their Memorandum of Points and Authorities in support thereof and the Certificate of Service relating thereto, indicating that all other parties in this action have been served with the foregoing. *See* Exhibits 1-3, attached hereto.

Dated: October 28, 2004.

PILLSBURY WINTHROP LLP
William F. Abrams
Thomas F. Chaffin
Chang H. Kim
Peter H. Nohle
2475 Hanover Street
Palo Alto, CA 94304-1114

By _____

Attorneys for Defendants and Counterclaimants
CBR SYSTEMS, INC. and SUTTER HEALTH

- 1 -

NOTICE OF MOTION TO TRANSFER ACTION
PURSUANT TO 28 U.S.C.§ 1407
CASE NO. C 04 3072 JSW