PILLSBURY WINTHROP LLP
William F. Abrams (State Bar No. 88805)
Thomas F. Chaffin (State Bar No. 112368)
Chang H. Kim (State Bar No. 195554)
Peter H. Nohle (State Bar No. 209446)
2475 Hanover Street
Palo Alto, CA 94304-1115
Telephone: (650) 233-4500
Facsimile:  (650) 233-4545

Attorneys for Defendants and Counterclaimants
CBR SYSTEMS, INC. and SUTTER HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation,<br><br>　　　　　　Defendants.<br><br>―――――――――――――――――<br><br>CBR SYSTEMS, INC., dba CBR, a California corporation, and SUTTER HEALTH, a Not For-Profit Public Benefit corporation,<br><br>　　　　　　Counterclaimants,<br><br>　vs.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, STEMBANC, INC., a Ohio corporation, NICHOLAS DIDIER, and ARCHIBALD A. GRABINSKI,<br><br>　　　　　　Counterdefendants. | **No. C 04 3072 JSW**<br><br>DECLARATION OF CHANG H. KIM IN SUPPORT OF CBR SYSTEMS, INC.'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDINGS IN A SINGLE FORUM<br><br>Date: February 2, 2005<br>Time: 9:00 a.m.<br>Location: Courtroom 2<br>Judge: Hon. Jeffrey S. White |

60380727v1

DECLARATION OF CHANG H. KIM ISO CBR'S
MOTION TO STAY
NO. C 04 3072 JSW

I, Chang H. Kim, hereby declare as follows:

1. I am an attorney with the law firm of Pillsbury Winthrop LLP, counsel for Defendants and Counterclaimants CBR Systems, Inc. ("CBR") and Sutter Health in the present Action. I am a member of the Bar of the state of California and of this Court. I have personal knowledge of the facts set forth in this Declaration, and if called upon to do so, could testify competently to them.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Amended Complaint in *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.*, filed on March 25, 2002, in the United States District Court for the District of Delaware as Civil Action No. 02-148 GMS, and assigned to the Honorable Gregory M. Sleet.

3. Attached hereto as Exhibit 2 is a true and correct copy of the September 15, 2004 Order entered by the Honorable Gregory M. Sleet on his ruling on post-trial motions in the Delaware Action finding, *inter alia*, that CBR and other defendants were entitled to judgment as a matter of law on non-infringement of the '553 patent and a new trial on infringement of the '681 patent.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Complaint in the *PharmaStem Therapeutics, Inc. v. CureSource, Inc., et al.,* filed on August 4, 2004, in the United States District Court for the Central District of California as Civil Action No. SA-CV-04-921 GLT, and assigned to the Honorable Gary L. Taylor.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Complaint in the *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.,* filed on July 28, 2004, in the United States District Court for the District of Massachusetts Civil Action No. 04-CV-11673 RWZ.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Complaint in the *PharmaStem Therapeutics, Inc. v. Cyro-Cell International, Inc., et al.,* filed on July 28, 2004, in the United States District Court for the Middle District of Florida Civil Action No. 8:04-CV-1740-T-30TGW.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Complaint in the *PharmaStem Therapeutics, Inc. v. Corcell, Inc., et al.,* filed on July 28, 2004, in the United States District Court for the Eastern District of Pennsylvania Civil Action No. 2:04-CV-03561-RK.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum filed by CBR, Sutter Health, and other defendants involved in the six lawsuits.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Memorandum in Support of Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum filed by CBR, Sutter Health, and other defendants involved in the six lawsuits.

10. Attached hereto as Exhibit 9 is a true and correct copy of an injunction order issued by the Honorable Gregory M. Sleet on July 2, 2004, against PharmaStem in the *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.*.

11. Attached hereto as Exhibit 10 is a true and correct copy of a recently retrieved (October 28, 2004) Docket in the *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.*, filed on February 22, 2002, in the United States District Court for the District of Delaware as Civil Action No. 02-148 GMS.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Transcript of October 5, 2004 Hearing in the Delaware District Court.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 28th day of October 2004, at Palo Alto, California.

/s/  
Chang H. Kim