IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VIACELL, INC., CRYO-CELL )<br>INTERNATIONAL, INC., CORCELL, )<br>INC., STEMCYTE, INC., )<br>CBR SYSTEMS, INC. f/k/a )<br>CORD BLOOD REGISTRY, INC., )<br>BIRTHCELLS TECHNOLOGY, INC., )<br>NUSTEM TECHNOLOGIES, INC., )<br>and BIO-CELL, INC., )<br>)<br>Defendants. ) | Civil Action No. 02-148-GMS<br><br>DEMAND FOR JURY TRIAL |

## AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff PharmaStem Therapeutics, Inc. (hereinafter "PharmaStem") alleges as follows:

## THE PARTIES

1. PharmaStem is a Delaware corporation with a principal place of business at 202 Stratford Park Circle, Del Mar, California.

2. On information and belief, Defendant ViaCell, Inc. ("ViaCell") is a Delaware corporation and has a principal place of business at 131 Clarendon Street, Boston, Massachusetts.

3. On information and belief, Defendant Cryo-Cell International, Inc. ("Cryo-Cell") is a Delaware corporation and has a principal place of business at 3165 N. McMullen Booth Road, Clearwater, Florida.

4. On information and belief, Defendant CorCell, Inc. ("CorCell") is a Delaware corporation and has a principal place of business at 1411 Walnut Street, Philadelphia, Pennsylvania.

5. On information and belief, Defendant StemCyte, Inc. ("StemCyte") is a Delaware corporation and has a principal place of business at 400 Rolyn Place, Arcadia, California.

6. On information and belief, Defendant CBR Systems, Inc. f/k/a Cord Blood Registry, Inc. ("CBR") is a California corporation and has a principal place of business at 1200 Bayhill Drive, Suite 301, San Bruno, CA 94066.

7. On information and belief, Defendant BirthCells Technology, Inc. ("Birthcells") is a New Jersey corporation and has a principal place of business at 615 Hope Road, Suite 3a, Eatontown, New Jersey 07724.

8. On information and belief, Defendant NuStem Technologies, Inc. ("NuStem") is a Nevada corporation and has a principal place of business at 5250 Neil Road, Suite 210, Reno, Nevada 89502-6555.

9. On information and belief, Defendant Bio-Cell, Inc. ("Bio-Cell") is a Florida corporation and has a principal place of business at 10100 W. Sample Road, Coral Springs, Florida 33065-3973.

## JURISDICTION AND VENUE

10. This action arises under the Patent Act, 35 U.S.C. § 271 *et seq.* This Court has original and exclusive jurisdiction over this controversy pursuant to 28 U.S.C. §§ 1331 and 1338(a).

11. Venue is this judicial district is proper under 28 U.S.C. §§ 1391 (a), (b), (c) and /or 1400(b). Personal jurisdiction over defendants comports with the United States Constitution and § 3104 of the Delaware Code because defendants have committed and continue to commit, and have induced and continue to induce others to commit, and have contributed to and continue to contribute to acts of patent infringement in this district as alleged in this complaint.

## INFRINGEMENT

12. On April 2, 1991, the United States Patent and Trademark Office ("PTO") duly and legally issued United States Letter Patent No. 5,004,681 and on April 11, 2000, the PTO issued Reexamination Certificate B1 5,004,681 ("the '681 Patent"), entitled PRESERVATION OF FETAL AND NEONATAL HEMATOPOIETIC STEM AND PROGENITOR CELLS OF THE BLOOD. The '681 Patent and Reexamination Certificate are attached hereto as Exhibit A, in accordance with D. Del. L.R. 3.2.

13. On March 9, 1993, the PTO issued United States Letter Patent No. 5,192,553 ("the '553 Patent"), entitled ISOLATION AND PRESERVATION OF FETAL AND NEONATAL HEMATOPOIETIC STEM AND PROGENITOR CELLS OF THE BLOOD AND METHODS OF THERAPEUTIC USE. The '553 Patent is attached hereto as Exhibit B, in accordance with D. Del. L.R. 3.2.

14. PharmaStem is the owner of the '681 Patent and the '553 Patent, and has the right to assert these patents in the United States against defendants.

15. The claims of the '681 Patent are directed to compositions of cryopreserved fetal or neonatal cells that were obtained from umbilical cord blood of a human,

and the claims of the '553 Patent are directed to methods of obtaining these cells and methods of using these cells in therapy of humans.

16. On information and belief, ViaCell makes, uses and sells compositions and methods protected by the '681 Patent and the '553 Patent.

17. On information and belief, Cryo-Cell makes, uses and sells compositions and methods protected by the '681 Patent and the '553 Patent.

18. On information and belief, CorCell makes, uses and sells compositions and methods protected by the '681 Patent and the '553 Patent.

19. On information and belief, StemCyte makes, uses and sells compositions and methods protected by the '681 Patent and the '553 Patent.

20. On information and belief, CBR makes, uses and sells compositions and methods protected by the '681 Patent and the '553 Patent.

21. On information and belief, BirthCells makes, uses and sells compositions and methods protected by the '681 Patent and the '553 Patent.

22. On information and belief, NuStem makes, uses and sells compositions and methods protected by the '681 Patent and the '553 Patent.

23. On information and belief, Bio-Cell makes, uses and sells compositions and methods protected by the '681 Patent and the '553 Patent.

## COUNT 1 - PATENT INFRINGEMENT

24. PharmaStem realleges each and every allegation set forth in Paragraphs 1 through 23, inclusive, and incorporates them herein by this reference.

25. ViaCell, Cryo-Cell, CorCell, StemCyte, CBR, BirthCells, NuStem and Bio-Cell have been and are still infringing, contributorily infringing and inducing the infringement of the '681 Patent by making, using, selling and/or offering for sale compositions claimed in the '681 Patent, and will continue to do so unless enjoined by this Court.

26. ViaCell's, Cryo-Cell's, CorCell's, StemCyte's, CBR's, BirthCells', NuStem's and Bio-Cell's infringement of the '681 Patent has injured and continues to injure PharmaStem in an amount to be proven at trial.

27. In addition, ViaCell's, Cryo-Cell's, CorCell's, StemCyte's, CBR's BirthCells', NuStem's and Bio-Cell's infringement of the '681 Patent has been and continues to be willful and deliberate. This infringement has injured and will continue to injure PharmaStem, unless enjoined by the Court.

## COUNT 2 - PATENT INFRINGEMENT

28. PharmaStem realleges each and every allegation set forth in Paragraphs 1 through 23, inclusive, and incorporates them herein by this reference.

29. ViaCell, Cryo-Cell, CorCell, StemCyte, CBR, BirthCells, NuStem and Bio-Cell have been and are still infringing, contributorily infringing and inducing the infringement of the '553 Patent by using the methods claimed in the '553 Patent, and/or by making, using, selling and/or offering for sale compositions made by using the methods claimed in the '553 Patent, and will continue to do so unless enjoined by this Court.

30. ViaCell's, Cryo-Cell's, CorCell's, StemCyte's, CBR's, BirthCells', NuStem's and Bio-Cell's infringement of the '553 Patent has injured and continues to injure PharmaStem in an amount to be proven at trial.

31.   In addition, ViaCell's, Cryo-Cell's, CorCell's, StemCyte's, CBR's, BirthCells', NuStem's and Bio-Cell's infringement of the '553 Patent has been and continues to be willful and deliberate. This infringement has injured and will continue to injure PharmaStem, unless enjoined by the Court.

## PRAYER FOR RELIEF

WHEREFORE, PharmaStem prays that the Court grant the following relief and judgment:

A.   A preliminary and permanent injunction against ViaCell, Cryo-Cell, CorCell, StemCyte, CBR, BirthCells, NuStem and Bio-Cell, their respective officers, agents, servants, employees and attorneys, and/or those in privity with ViaCell, Cryo-Cell, CorCell, StemCyte, CBR, BirthCells, NuStem and/or Bio-Cell from infringing, contributing to the infringement of, and inducing infringement of the '681 Patent and the '553 Patent, and for all further and proper injunctive relief pursuant to 35 U.S.C. § 283;

B.   An award to PharmaStem of such damages as it shall prove at trial against ViaCell, Cryo-Cell, CorCell, StemCyte, CBR, BirthCells, NuStem and Bio-Cell that are adequate to compensate it for ViaCell's, Cryo-Cell's, CorCell's, StemCyte's, CBR's, BirthCells', NuStem's and Bio-Cell's infringement of the '681 Patent and the '553 Patent, said damages to be no less then a reasonable royalty;

C.   An award to PharmaStem for willful infringement of three times the damages so determined, as provided for in 35 U.S.C. § 284, together with prejudgment interest from the date infringement of the '681 Patent and the '553 Patent began;

D.  A finding that this case is "exceptional" and an award to PharmaStem of its costs and reasonable attorneys' fees, as provided by 35 U.S.C. § 285; and,

E.  Such other and further relief as this Court and/or a jury may deem proper and just.

## DEMAND FOR JURY TRIAL

PharmaStem hereby demands a jury trial on all issues.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000

Paul J. André, Esq.
Quinn Emanuel Urquhart Oliver
  & Hedges LLP
555 Twin Dolphin Drive
Suite 150
Redwood Shores, CA 94065
(650) 620-4500

Attorneys for Plaintiff
PharmaStem Therapeutics, Inc.

Dated: March 25, 2002

515056