U.S. District Court Web PACER(v2.4) Docket Report
Case 1:05-cv-00153-GMS    Document 113-32    Filed 03/31/2005    Page 1 of 50
Docket as of October 27,2004 8:01 pm                              Web PACER (v2.4)
Page 1 of 50

# U.S. District Court

## U. S. District Court of Delaware (Wilmington)

## CIVIL DOCKET FOR CASE #: 02-CV-148

## Pharmastem, et al v. Viacell Inc, et al

Filed: 02/22/02
Assigned to: Judge Gregory M. Sleet
Jury demand: Both
Demand: $0,000
Nature of Suit: 830
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 35:271 Patent Infringement

---

PHARMASTEM THERAPEUTICS INC.          Philip A. Rovner
    plaintiff                    [COR LD NTC]
                                      Potter Anderson & Corroon, LLP
                                      1313 N. Market St., Hercules
                                      Plaza, 6th Flr.
                                      P.O. Box 951
                                      Wilmington, DE 19899-0951
                                      (302) 984-6000

  v.

VIACELL INC                           Jeffrey L. Moyer
    defendant                    [COR LD NTC]
                                      Richards, Layton & Finger
                                      One Rodney Square
                                      P.O. Box 551
                                      Wilmington, DE 19899
                                      (302) 658-6541

                                      David Allan Felice
                                       [term  07/29/04]
                                      [COR LD NTC]
                                      Cozen & O'Connor
                                      Chase Manhattan Centre
                                      1201 North Market St., Suite
                                      1400
                                      Wilmington, DE 19801
                                      (302) 295-2000

CYRO-CELL INTERNATIONAL INC           Robert F. Stewart, Jr.
    defendant                    [COR LD NTC]
                                      Dilworth Paxson LLP
                                      First Federal Plaza

                                    Suite 500
                                    Wilmington, DE 19801
                                    (215) 575-7110


CORCELL INC                         Robert F. Stewart, Jr.
     defendant                      (See above)
                                    [COR LD NTC]


STEMCYTE INC                        Robert F. Stewart, Jr.
     defendant                       [term  09/10/03]
  [term  09/10/03]                  (See above)
                                    [COR LD NTC]


CBR SYSTEMS INC                     Richard D. Kirk
fka                                 [COR LD NTC]
Cord Blood Registry Inc             Morris, James, Hitchens &
     defendant                      Williams
                                    222 Delaware Ave.
                                    P.O. Box 2306
                                    Wilmington, DE 19899
                                    (302) 888-6800


BIRTHCELLS TECHNOLOGY INC           Robert F. Stewart, Jr.
     defendant                      (See above)
                                    [COR LD NTC]


NUSTEM TECHNOLOGIES INC
     defendant
  [term  07/10/02]


BIO-CELL INC                        Robert F. Stewart, Jr.
     defendant                      (See above)
                                    [COR LD NTC]


========================

VIACELL INC                         Jeffrey L. Moyer
     counter-claimant               [COR LD NTC]
                                    Richards, Layton & Finger
                                    One Rodney Square
                                    P.O. Box 551
                                    Wilmington, DE 19899
                                    (302) 658-6541


     v.

PHARMASTEM THERAPEUTICS INC.        Philip A. Rovner
˅

     counter-defendant              [COR LD NTC]
                                    Potter Anderson & Corroon, LLP
                                    1313 N. Market St., Hercules
                                    Plaza, 6th Flr.
                                    P.O. Box 951
                                    Wilmington, DE 19899-0951
                                    (302) 984-6000


========================

STEMCYTE INC                        Robert F. Stewart, Jr.
     counter-claimant                [term  09/10/03]
  [term  09/10/03]                  [COR LD NTC]
                                    Dilworth Paxson LLP

```
                                First Federal Plaza
                                Suite 500
                                Wilmington, DE 19801
                                (215) 575-7110

     v.

PHARMASTEM THERAPEUTICS INC.     Philip A. Rovner
     counter-defendant           [COR LD NTC]
                                 Potter Anderson & Corroon, LLP
                                 1313 N. Market St., Hercules
                                 Plaza, 6th Flr.
                                 P.O. Box 951
                                 Wilmington, DE 19899-0951
                                 (302) 984-6000


========================

BIRTHCELLS TECHNOLOGY INC        Robert F. Stewart, Jr.
     counter-claimant            [COR LD NTC]
                                 Dilworth Paxson LLP
                                 First Federal Plaza
                                 Suite 500
                                 Wilmington, DE 19801
                                 (215) 575-7110

     v.

PHARMASTEM THERAPEUTICS INC.     Philip A. Rovner
     counter-defendant           [COR LD NTC]
                                 Potter Anderson & Corroon, LLP
                                 1313 N. Market St., Hercules


                                 Plaza, 6th Flr.
                                 P.O. Box 951
                                 Wilmington, DE 19899-0951
                                 (302) 984-6000


========================

CORCELL INC                      Robert F. Stewart, Jr
     counter-claimant            [COR LD NTC]
                                 Dilworth Paxson LLP
                                 First Federal Plaza
                                 Suite 500
                                 Wilmington, DE 19801
                                 (215) 575-7110

     v.

PHARMASTEM THERAPEUTICS INC.     Philip A. Rovner
     counter-defendant           [COR LD NTC]
                                 Potter Anderson & Corroon, LLP
                                 1313 N. Market St., Hercules
                                 Plaza, 6th Flr.
                                 P.O. Box 951
                                 Wilmington, DE 19899-0951
                                 (302) 984-6000


========================

CYRO-CELL INTERNATIONAL INC      Robert F. Stewart, Jr.
     counter-claimant            [COR LD NTC]
```

```
                              Dilworth Paxson LLP
                              First Federal Plaza
                              Suite 500
                              Wilmington, DE 19801
                              (215) 575-7110
```

     v.

```
PHARMASTEM THERAPEUTICS INC.      Philip A. Rovner
     counter-defendant           [COR LD NTC]
                                 Potter Anderson & Corroon, LLP
                                 1313 N. Market St., Hercules
                                 Plaza, 6th Flr.
                                 P.O. Box 951
                                 Wilmington, DE 19899-0951
                                 (302) 984-6000
```

========================

```
VIACELL INC                       Jeffrey L. Moyer
     counter-claimant            [COR LD NTC]
                                 Richards, Layton & Finger
                                 One Rodney Square
                                 P.O. Box 551
                                 Wilmington, DE 19899
                                 (302) 658-6541

                                 David Allan Felice
                                  [term  07/29/04]
                                 [COR LD NTC]
                                 Cozen & O'Connor
                                 Chase Manhattan Centre
                                 1201 North Market St., Suite
                                 1400
                                 Wilmington, DE 19801
                                 (302) 295-2000
```

     v.

```
PHARMASTEM THERAPEUTICS INC.      Philip A. Rovner
     counter-defendant           [COR LD NTC]
                                 Potter Anderson & Corroon, LLP
                                 1313 N. Market St., Hercules
                                 Plaza, 6th Flr.
                                 P.O. Box 951
                                 Wilmington, DE 19899-0951
                                 (302) 984-6000
```

---

# DOCKET   PROCEEDINGS

---

DATE   #          DOCKET   ENTRY

| | | |
|---|---|---|
| 2/22/02 | 1 | COMPLAINT filed; Mag consent notice to Pltf.    FILING FEE $ 150.00 RECEIPT # 131973 (mwm) |
| 2/22/02 | -- | DEMAND for jury trial by Pharmastem Inc (mwm) |
| 2/22/02 | -- | SUMMONS(ES) issued for Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech Inc, Nustem Tech Inc, Bio-cell Inc (mwm) |
| 2/22/02 | 2 | Report to Commissioner of Patents and Trademarks. Exit original. Re: 5,004,681,5,192,533 (mwm) |
| 2/25/02 | 3 | RETURN OF SERVICE executed as to Viacell Inc 2/22/02 Answer due on 3/14/02 for Viacell Inc (db) |
| 2/25/02 | 4 | RETURN OF SERVICE executed as to Cyro-Cell Inc 2/22/02 Answer due on 3/14/02 for Cyro-Cell Inc (db) |
| 2/25/02 | 5 | RETURN OF SERVICE executed as to Corcell Inc 2/22/02 Answer due on 3/14/02 for Corcell Inc (db) |
| 2/25/02 | 6 | RETURN OF SERVICE executed as to Stemcyte Inc 2/22/02 Answer due on 3/14/02 for Stemcyte Inc (db) |
| 2/25/02 | 7 | RETURN OF SERVICE executed as to CBR Systems Inc 2/22/02 Answer due on 3/14/02 for CBR Systems Inc (db) |
| 2/25/02 | 8 | RETURN OF SERVICE executed as to Birthcells Tech Inc 2/22/02 Answer due on 3/14/02 for Birthcells Tech Inc (db) |
| 2/25/02 | 9 | RETURN OF SERVICE executed as to Nustem Tech Inc 2/22/02 Answer due on 3/14/02 for Nustem Tech Inc (db) |
| 2/25/02 | 10 | RETURN OF SERVICE executed as to Bio-cell Inc 2/22/02 Answer due on 3/14/02 for Bio-cell Inc (db) |
| 2/28/02 | 11 | Praecipe filed by Pharmastem Inc to effectuate service upon defendant Bio-Cell, Inc., c/o Secretary of State for DE. (rc) |
| 2/28/02 | -- | ALIAS SUMMONS issued for Bio-cell Inc., c/o DE Secretary of State. (rc) |
| 3/1/02 | 12 | RETURN OF SERVICE executed as to Bio-cell Inc 2/28/02 Answer due on 3/20/02 for Bio-cell Inc (rc) |
| 3/6/02 | 13 | CASE assigned  to Judge Gregory M. Sleet .  Notice to all parties. (gp) |
| 3/8/02 | 14 | AFFIDAVIT of counsel for pltf. of service pursuant to 10 Dec.Sec.3104 on defts. CBR Systems and BirthCells return receipt on 03/02/02 and 02/28/02 (gp) [Entry date 03/11/02] |
| 3/14/02 | 15 | STIPULATION extending time through and including 03/28/02 for deft. ViaCell to answer or respond to complaint (gp)

[Entry date 03/19/02] |
| 3/18/02 | 16 | STIPULATION extending time until 03/28/02 for deft. Cryo-Cell to answer or respond to complaint (gp) [Entry date 03/19/02] |

| 3/18/02 | 17 | Return of service unexecuted as to Bio-cell Inc (gp)<br>[Entry date 03/19/02] |
|---|---|---|
| 3/19/02 | 18 | STIPULATION extending time to and inlcuding 03/28/02 for deft. Corcell to repsond to compliant (gp)<br>[Entry date 03/26/02] |
| 3/20/02 | -- | So Ordered granting [15-1] stipulation extending time through and including 03/28/02 for deft. ViaCell to answer or respond to complaint ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 3/20/02 | -- | So Ordered granting [16-1] stipulation extending time until 03/28/02 for deft. Cryo-Cell to answer or respond to complaint ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 3/22/02 | 19 | MOTION by Corcell Inc for Lisa Burgin Conte to Appear Pro Hac Vice re: [19-1] motion (gp) [Entry date 03/26/02] |
| 3/25/02 | 20 | AMENDED COMPLAINT by Pharmastem Inc , (Answer due 4/4/02 for Bio-cell Inc, for Nustem Tech Inc, for Birthcells Tech Inc, for CBR Systems Inc, for Stemcyte Inc, for Corcell Inc, for Cyro-Cell Inc, for Viacell Inc ) amending [1-1] complaint (gp) [Entry date 03/26/02] |
| 3/26/02 | -- | So Ordered granting [19-1] motion for Lisa Burgin Conte to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) [Entry date 03/27/02] |
| 3/26/02 | 23 | MOTION by Corcell Inc for Evelyn H. McConathy to Appear Pro Hac Vice re: [21-1] motion for James J. Rodgers to Appear Pro Hac Vice (gp) [Entry date 04/01/02] |
| 3/27/02 | -- | So Ordered granting [18-1] stipulation extending time to and including 03/28/02 for deft. Corcell to respond to complaint ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 3/28/02 | 21 | MOTION by Corcell Inc for James J. Rodgers to Appear Pro Hac Vice re: [21-1] motion (gp) [Entry date 04/01/02] |
| 3/29/02 | 22 | Affidavit of Return of service by registered mail unexecuted as to Nustem Tech Inc (gp) [Entry date 04/01/02] |
| 4/1/02 | -- | So Ordered granting [21-1] motion for James J. Rodgers to Appear Pro Hac Vice granting [23-1] motion for Evelyn H. McConathy to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 4/3/02 | 24 | MOTION by CBR Systems Inc for William F. Abrams and Kristine L. Ching of Pillsbury Winthrop LLP to Appear Pro Hac Vice re: [24-1] motion (gp) [Entry date 04/05/02] |
| 4/8/02 | -- | So Ordered granting [24-1] motion for William F. Abrams and Kristine L. Ching of Pillsbury Winthrop LLP to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 4/8/02 | 25 | MOTION by Pharmastem Inc for John B. Quinn, Paul J. Andrew, Lisa Kobialka, and Norbert Stahl to Appear Pro Hac Vice re: [25-1] motion (gp) [Entry date 04/10/02] |

4/8/02    26    ANSWER to amended complaint and COUNTERCLAIM by Viacell Inc
                (Jeffrey Moyer David Felice ); jury demand against
                Pharmastem Inc (gp) [Entry date 04/10/02]

4/9/02    27    ANSWER by Cyro-Cell Inc (Attorney Robert F. Stewart Jr.)
                to amended complaint (gp) [Entry date 04/10/02]

4/9/02    28    ANSWER by Corcell Inc (Robert F. Stewart, Jr.) to amended
                complaint (gp) [Entry date 04/10/02]
                [Edit date 04/10/02]

4/9/02    29    ANSWER by Birthcells Tech Inc (Attorney Robert F. Stewart
                Jr.) to amended complaint (gp) [Entry date 04/10/02]

4/9/02    30    ANSWER by Bio-cell Inc (Attorney Robert F. Stewart Jr.) to
                amended complaint (gp) [Entry date 04/10/02]

4/10/02   31    ANSWER to Complaint by CBR Systems Inc (Attorney Richard
                D. Kirk),; jury demand (gp) [Entry date 04/18/02]

4/10/02   32    MOTION by CBR Systems Inc for David A. Jakopin of
                Pillsbury Winthrop to Appear Pro Hac Vice re: [32-1]
                motion (gp) [Entry date 04/18/02]

4/11/02   33    ANSWER to Complaint by Stemcyte Inc (Attorney Robert F.
                Stewart Jr.), (gp) [Entry date 04/18/02]

4/16/02   --    So Ordered granting [25-1] motion for John B. Quinn, Paul
                J. Andrew, Lisa Kobialka, and Norbert Stahl to Appear Pro
                Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all
                parties. (gp) [Entry date 04/17/02]

4/16/02   34    Praecipe filed by Pharmastem Inc to issue alias summons
                upon deft. NuStem Technologies (gp) [Entry date 04/18/02]

4/16/02   --    ALIAS SUMMONS(ES) issued for Nustem Tech Inc copies to:
                cnsl. (gp) [Entry date 04/18/02]

4/16/02   35    RETURN OF SERVICE executed on Secretary of State as to
                Nustem Tech Inc 4/16/02 Answer due on 5/6/02 for Nustem
                Tech Inc (gp) [Entry date 04/18/02]

4/19/02   --    So Ordered granting [32-1] motion for David A. Jakopin of
                Pillsbury Winthrop to Appear Pro Hac Vice ( signed by Judge
                Gregory M. Sleet ) Notice to all parties. (gp)

4/26/02   36    MOTION by Viacell Inc for Paul F. Ware, Jr., John C.
                Englander, James C. Rehnquist, James W. McGarry, Russell W.
                Binns, Jr., and David O'Brien, Goodwin Procter to Appear
                Pro Hac Vice re: [36-1] motion (gp) [Entry date 05/02/02]

4/26/02   37    AFFIDAVIT by counsel of mailing by registered mail return
                receipt requested to deft. NuStem Technologies of service
                of process (gp) [Entry date 05/02/02]

4/29/02   38    ANSWER (reply) by Pharmastem Inc to [26-2] counter claim
                of Viacell (gp) [Entry date 05/02/02]

4/29/02   39    MOTION by Pharmastem Inc to Strike deft. Stemcyte Inc's
                6th Affirmative Defense Answer Brief due 5/13/02   re:
                [39-1] motion (gp) [Entry date 05/02/02]

4/29/02   40    Opening Brief Filed by Pharmastem Inc [39-1] motion to

              Strike deft. Stemcyte Inc's 6th Affirmative Defense (gp)
              [Entry date 05/02/02]

4/29/02  41   MOTION by Pharmastem Inc to Strike deft. Viacell Inc's 5th
              Affirmative Defense Answer Brief due 5/13/02  re: [41-1]
              motion (gp) [Entry date 05/02/02]

4/29/02  42   Opening Brief Filed by Pharmastem Inc [41-1] motion to
              Strike deft. Viacell Inc's 5th Affirmative Defense (gp)
              [Entry date 05/02/02]

4/30/02  43   MOTION by Stemcyte Inc for Rick C. Chang, and Cristofer I.
              Leffler, Townsend Townsend and Crew to Appear Pro Hac Vice
              re: [43-1] motion (gp) [Entry date 05/02/02]

4/30/02  44   MOTION by Stemcyte Inc for Duane H. Mathiowetz, K.T
              Cherian, and Igor Shoiket, Townsend Townsend and Crew to
              Appear Pro Hac Vice re: [44-1] motion (gp)
              [Entry date 05/02/02]

4/30/02  45   MOTION by CBR Systems Inc for John R. Wetherell of
              Pillsburg Winthrop to Appear Pro Hac Vice re: [45-1]
  ˅           motion (gp) [Entry date 05/03/02]

5/3/02   --   So Ordered  granting [36-1] motion for Paul F. Ware, Jr.,
              John C. Englander, James C. Rehnquist, James W. McGarry,
              Russell W. Binns, Jr., and David O'Brien, Goodwin Procter
              to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet )
              Notice to all parties. (gp)

5/3/02   --   So Ordered  granting [43-1] motion for Rick C. Chang, and
              Cristofer I. Leffler, Townsend Townsend and Crew to Appear
              Pro Hac Vice granting [44-1] motion for Duane H.
              Mathiowetz, K.T Cherian, and Igor Shoiket, Townsend
              Townsend and Crew to Appear Pro Hac Vice ( signed by Judge
              Gregory M. Sleet ) Notice to all parties. (gp)

5/3/02   --   So Ordered  granting [45-1] motion for John R. Wetherell of
              Pillsburg Winthrop to Appear Pro Hac Vice ( signed by Judge
              Gregory M. Sleet ) Notice to all parties. (gp)

5/3/02   46   NOTICE from Judge Sleet of initial 16.2a telephone conf.
              scheduled for 06/17/02 9:30 (gp)

5/3/02   --   Deadline updated;  set Telephone Conference for 9:30
              6/17/02 (gp)

5/10/02  47   MOTION by Pharmastem Inc for Default Judgment against
              Nustem Tech Inc Answer Brief due 5/24/02  re: [47-1] motion
              (gp) [Entry date 05/17/02] [Edit date 05/17/02]

5/10/02  48   AFFIDAVIT by Pharmastem Inc  in support of Re: [47-1]
              motion for Default Judgment against Nustem Tech Inc (gp)
              [Entry date 05/17/02]

5/13/02  49   Answer Brief Filed by Viacell Inc [41-1] motion to Strike
              deft. Viacell Inc's 5th Affirmative Defense and Motion to
              Amend Answer - Reply Brief due 5/20/02 (gp)
              [Entry date 05/17/02] [Edit date 06/07/02]

5/15/02  50   AMENDED ANSWER to Amended Complaint by Stemcyte Inc : (gp)
              [Entry date 05/19/02]

| 5/20/02 | 51 | Reply Brief Filed by Pharmastem Inc [41-1] motion to Strike deft. Viacell Inc's 5th Affirmative Defense (gp) [Entry date 05/29/02] |
|---|---|---|
| 5/20/02 | 52 | Reply Brief Filed by Pharmastem Inc [39-1] motion to Strike deft. Stemcyte Inc's 6th Affirmative Defense (gp) [Entry date 05/29/02] |
| 6/7/02 | 53 | ORDER   granting [49-1] Motion of Viacell to Amend its Answer and Dismissing as moot DI 41 pltf. motion to strike ( signed by Judge Gregory M. Sleet )  copies to: cnsl. (gp) |
| 6/7/02 | 54 | ORDER that pltfs. motion to strike DI 39 is dimissed as moot in light of Stemcyte's amending its answer ( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp) |
| 6/7/02 | 55 | ORDER in accordance with Rule 55(a)F.R.Civ.P., that a default is entered against deft. NuStem Technologies for failure to plead or otherwise defend, directing that pltf. submit w/in (10) days form the date of this order, a brief that fully explains why the pltf. is entitled to an entry of default judgment of liability in its favor ( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp) |
| 6/17/02 | -- | Tele-conference  held (rpt. Maurer) amended answers to be filed, no opposition from pltf. summary judgment motion to be filed; 16 conf. scheduled for 07/17/02 at 11:00 (gp) |
| 6/17/02 | -- | Deadline updated; set Scheduling Conference for 11:00 7/17/02 (gp) |
| 6/18/02 | 56 | Answer Brief Filed by Pharmastem Inc [47-1] motion for Default Judgment against Nustem Tech Inc (gp) [Entry date 06/20/02] |
| 6/20/02 | 57 | NOTICE from Judge Sleet of 16 conf. scheduled for 07/17/02 at 11:00 (gp) [Entry date 06/21/02] |
| 6/25/02 | 58 | Steno Notes for 06/17/02 (rpt. Maurer) (gp) [Entry date 06/27/02] |
| 6/28/02 | 59 | TRANSCRIPT filed  for dates of 06/17/02 (gp) |
| 7/5/02 | 62 | AMENDED ANSWER to Amended Complaint by Cyro-Cell Inc : amends (gp) [Entry date 07/12/02] |
| 7/5/02 | 63 | AMENDED ANSWER to Amended Complaint by Corcell Inc : amends (gp) [Entry date 07/12/02] |
| 7/5/02 | 64 | AMENDED ANSWER to Amended Complaint by Birthcells Tech Inc : amends (gp) [Entry date 07/12/02] |
| 7/10/02 | 60 | MEMORANDUM AND ORDER granting [47-1] motion for Default Judgment against Nustem Tech Inc; and judgment is hereby entered in favor of pltf.in the manner described in the pltfs. proposed order attached to DI 47 ( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp) |
| 7/10/02 | 61 | ORDER entering judgment of liability in favor of plaintiff and againt NuStem on all claims in plaintiff's complaint( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp) |
| 7/10/02 | -- | JUDGMENT registered against defendant Nustem Tech Inc (gp) |

| | | |
|---|---|---|
| 7/10/02 | 65 | STATUS REPORT by Pharmastem Inc, **Viacell** Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc (**gp**) [Entry date 07/12/02] |
| 7/10/02 | 66 | Letter from counsel for CBR Systems, Inc., that outside counsel William Abrams of Pillsbury Winthrop will participate at 16 conf. by telephone (**gp**) [Entry date 07/12/02] |
| 7/11/02 | 67 | MOTION by Stemcyte Inc for Summary Judgment Answer Brief due 7/25/02  re: [67-1] motion (**gp**) [Entry date 07/12/02] |
| 7/11/02 | 68 | Opening Brief Filed by Stemcyte Inc [67-1] motion for Summary Judgment (**gp**) [Entry date 07/12/02] |
| 7/11/02 | 69 | Declaration of Robert Chow in support of **Stemcyte's** motion for summary judgment of non-infringement (**gp**) [Entry date 07/12/02] |
| 7/11/02 | 70 | Statement of Uncontroverted Facts in support of **Stemcyte's** motion for summary judgment of non-infringement (**gp**) [Entry date 07/12/02] |
| 7/16/02 | 71 | NOTICE by Pharmastem Inc  to take 30(b)(6) deposition of Stemcyte, Inc., on 07/22/02 (**gp**) |
| 7/16/02 | 72 | Letter from local for deft. ViaCell requesting that John Englander, Esq., Goodwin Proctor participate at 16 conf. by phone (**gp**) |
| 7/16/02 | 73 | CERTIFICATE OF SERVICE by Pharmastem Inc of 1st set of interrog., and 1st set of requests for production to defts. **Viacell**, Cryo-Cell, Corcell, CBR Systems, Birthcells, and Stemcyte (**gp**) [Entry date 07/18/02] |
| 7/17/02 | -- | Scheduling conference  held (rpt. **Maurer**) Schedule Judge Sleet entered as follows: **markman** hrg. 01/10/03 10:00 final joint claim chart (1)wk before opn.brief on **markman**; briefing on **markman** complete by 12/20/02;**discovery** cutoff 02/28/02; cnsl. to request permission to file summary judgment motion by ltr. opn. ltr (5) pages due 03/07/03; ans. ltr. (5) pages 03/14/03; reply (3) pages 3/19/03; t/c to determine if summary judgment motions permited 3/24/03 at 9:00; if disp. mots. permitted deadline 4/7/03; cnsl. to confer on expert schedule; pto due 08/11/03; pretrial conf. 09/08/03 2:00 (10) day jury trial 10/6/03 9:00; matter referred to Mag.(cnsl. to submit stip. consistant w/**above**) (**gp**) [Edit date 07/17/02] |
| 7/17/02 | -- | Deadline updated;  set Scheduling Order Deadlines: Discovery deadline on 2/28/03 Deadline for filing dispositive motions by 4/7/03 Pretrial conference by 2:00 9/8/03 Trial Date Deadline 9:00 10/6/03 Proposed Pretrial Order due on or before 8/11/03 (**gp**) |
| 7/17/02 | -- | Deadline updated;  set **Markman** Hearing for 10:00 1/10/03, set **Telephone** Conference for 9:00 3/24/03 (**gp**) |
| 7/17/02 | 74 | CERTIFICATE OF SERVICE by Viacell Inc of 1st set of interrog. (**gp**) [**Entry** date 07/22/02] |

7/17/02  75    CERTIFICATE OF SERVICE by Viacell Inc of 1st request for
               production (gp) [Entry date 07/22/02]

7/18/02  76    CERTIFICATE OF SERVICE by Viacell Inc of 1st request for
               production (gp) [Entry date 07/22/02]

7/18/02  77    CERTIFICATE OF SERVICE by Viacell Inc of 1st set of
               interrog. (gp) [Entry date 07/22/02]

7/19/02  78    TRANSCRIPT filed  for dates of 07/17/02 (gp)
               [Entry date 07/22/02]

7/22/02  79    Steno Notes for 07/17/02 (rpt. Maurer) (gp)

7/24/02  80    STIPULATION extending deadline to and including 08/26/02
               for Pharmastem to file its answering brief in opposition to
               deft. StemCyte's motion for summary judgment (gp)
               [Entry date 07/25/02]

7/26/02  --    So Ordered  granting [80-1] stipulation extending time to
               and including 08/26/02 for PharmaStem to file ans.brief in
               opposition to motion for summary judgment ( signed by Judge
               Gregory M. Sleet ) Notice to all parties. (gp)

7/26/02  --    Deadline updated;  reset Answer Brief Deadline to 8/26/02
               re: [67-1] motion for Summary Judgment (gp)

7/26/02  81    Proposed Scheduling Order filed by Pharmastem Inc, Viacell
               Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems
               Inc, Birthcells Tech Inc, Bio-cell Inc (gp)
               [Entry date 07/29/02]

7/30/02  --    So Ordered  granting [81-1] proposed Scheduling Order as
               follows: initial discl.07/31/02; joinder/amend 01/24/03;
               joint claim chart 11/8/02; opn.brief on claim construction
               11/12/02; responsive brief 12/10/02; reply 12/20/02;
               markman hrg. 01/10/03 10:00; fact discovery 02/28/03;
               expert rpt.02/18/03; rebuttal rpt. 03/07/03; expert cutoff
               05/09/03;matter referred to mag.;pre-filing ltr.on summary
               judgment motions opn.ltr.03/07/03; opposition letter
               03/14/03; reply ltr. 03/19/02; t/c 03/24/03 9:00 for
               pre-filing conf.; disp.motions is permitted 04/07/03; pto
               due 08/11/03; pretrial conf. 09/03/03 2:00; (10) day jury
               trial 10/6/03  ( signed by Judge Gregory M. Sleet ) Notice
               to all parties. (gp)

7/31/02  82    Corcell's Rule 26 Disclosure Statement (gp)
               [Entry date 08/01/02]

7/31/02  83    Cryo-Cell's Rule 26 Disclosure Statement (gp)
               [Entry date 08/01/02]

7/31/02  84    Birthcells's Rule 26 Disclosure Statement (gp)
               [Entry date 08/01/02]

7/31/02  85    CERTIFICATE OF SERVICE by Viacell Inc of initial diclosures
               (gp) [Entry date 08/02/02]

7/31/02  86    CERTIFICATE OF SERVICE by CBR Systems Inco of initial
               diclosures (gp) [Entry date 08/02/02]

| | | |
|---|---|---|
| 8/1/02 | 87 | CERTIFICATE OF SERVICE by Pharmastem Inc of initial disclosures (gp) [Entry date 08/02/02] |
| 8/1/02 | 88 | MOTION by CBR Systems Inc for Chang H. Kim of Pillsbury Winthrop to Appear Pro Hac Vice re: [88-1] motion (gp) [Entry date 08/02/02] |
| 8/2/02 | -- | So Ordered  granting [88-1] motion for Chang H. Kim of Pillsbury Winthrop to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 8/8/02 | 89 | Letter to Clerk dated 08/07/02 from Darryl W. Shorter re: Notices of Service re: Discovery Materials. (bkb) [Entry date 08/12/02] |
| 8/8/02 | 90 | CERTIFICATE OF SERVICE by Corcell Inc re: 1st Set of Interrogatories. (bkb) [Entry date 08/12/02] |
| 8/8/02 | 91 | CERTIFICATE OF SERVICE by Cyro-Cell Inc re: 1st Set of Interrogatories. (bkb) [Entry date 08/12/02] |
| 8/8/02 | 92 | CERTIFICATE OF SERVICE by Birthcells Tech Inc re: 1st Set of Interrogatories. (bkb) [Entry date 08/12/02] |
| 8/13/02 | 93 | Letter to Judge Sleet from Philip A. Rovner re stipulated & proposed protective order. (bkb) [Entry date 08/15/02] |
| 8/13/02 | 94 | STIPULATION, with proposed order, re PROTECTIVE ORDER. (bkb) [Entry date 08/15/02] |
| 8/13/02 | 95 | Letter to Clerk from Lisa Burgin Conte re: Exhibits 5 and 6 to Robert Chow declaration (DI 69) (bkb) [Entry date 08/15/02] |
| 8/20/02 | -- | So Ordered  granting [94-1] stipulated Protective Order ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) [Entry date 08/22/02] |
| 8/21/02 | 96 | CERTIFICATE OF SERVICE by CBR Systems Inc of objections and responses to interrog. nos. 1-10 and response to request for production 1-129 (gp) [Entry date 08/26/02] |
| 8/23/02 | 97 | CERTIFICATE OF SERVICE by Viacell Inc of responses to 1st set of requests for production (gp) [Entry date 08/26/02] |
| 8/23/02 | 98 | CERTIFICATE OF SERVICE by Viacell Inc of response to 1st set of interrog. nos. 1-11 (gp) [Entry date 08/26/02] |
| 8/23/02 | 99 | CERTIFICATE OF SERVICE by Corcell Inc of objections and answers to pltf. 1st set of requests for production (gp) [Entry date 08/27/02] |
| 8/23/02 | 100 | CERTIFICATE OF SERVICE by Corcell Inc of responses and objections to interrog. nos. 1-6 and 8 (gp) [Entry date 08/27/02] |
| 8/23/02 | 101 | CERTIFICATE OF SERVICE by Corcell Inc of responses and objections to interrog. no. 7 (gp) [Entry date 08/27/02] |
| 8/23/02 | 102 | CERTIFICATE OF SERVICE by Birthcells Tech Inc of objections and answers to pltf. 1st set of requests for production (gp) [Entry date 08/27/02] |

8/23/02  103   CERTIFICATE OF SERVICE by Birthcells Tech Inc of responses
               and objections to interrog. nos. 1-6 and 8 (gp)
               [Entry date 08/27/02]

8/23/02  104   CERTIFICATE OF SERVICE by Birthcells Tech Inc of responses
               and objections to interrog. no. 7 (gp) [Entry date 08/27/02]

8/23/02  105   CERTIFICATE OF SERVICE by Cyro-Cell Inc of objections and
               answers to 1st set of requests for production (gp)
               [Entry date 08/27/02]

8/23/02  106   CERTIFICATE OF SERVICE by Cyro-Cell Inc of responses and
               objections to interrog. nos. 1-8 (gp) [Entry date 08/27/02]

8/23/02  107   CERTIFICATE OF SERVICE by CBR Systems Inc of 1st set of
               interrog. 1-28 (gp) [Entry date 08/27/02]

8/23/02  108   CERTIFICATE OF SERVICE by CBR Systems Inc of 1st requests
               for production nos. 1-39 (gp) [Entry date 08/27/02]

8/26/02  109   Answer Brief Filed by Pharmastem Inc [67-1] motion for
               Summary Judgment  - Reply Brief due 9/3/02 [Sealed] (gp)
               [Entry date 08/27/02]

8/26/02  110   Pharmastem's separate statement of facts in dispute
               submitted in support of its answering brief in opposition
               to Stemcyte's motion for summary judmgent of
               non-infringement [Sealed] (gp) [Entry date 08/27/02]

8/26/02  111   Declaration of Philip A. Rovner in support of Pharmastem's
               answering brief in opposition to Stemcyte's motion for
               summary judgment of non-infringement [Sealed] (gp)
               [Entry date 08/27/02]

8/27/02  112   CERTIFICATE OF SERVICE by Pharmastem Inc of response to
               Viacell's 1st set of requests for productino and 1st set of
               interrog. (gp)

8/27/02  113   Declaration of Philip A. Rovner in support of Pharmastem's
               answering brief in opposition to Stemcyte's motion for
               summary judgment of non-infringement [Sealed] (gp)

8/28/02  114   NOTICE by Pharmastem Inc to take 30(b)(6) deposition of
               Viacell on 09/12/02 at 9:30 (gp) [Entry date 09/09/02]

8/28/02  115   NOTICE by Pharmastem Inc to take 30(b)(6) deposition of CBR
               Systems, Inc., on 09/13/02 at 9:30 (gp)
               [Entry date 09/09/02]

8/28/02  116   NOTICE by Pharmastem Inc to take 30(b)(6) deposition of
               Cryo-Cell, Inc., on 09/16/02 at 9:30 (gp)
               [Entry date 09/09/02]

8/28/02  117   NOTICE by Pharmastem Inc  to take 30(b)(6) deposition of
               Birthcell Technology on 09/17/02 at 9:30 (gp)
               [Entry date 09/09/02]

8/28/02  118   NOTICE by Pharmastem Inc to take 30(b)(6)deposition of
               Corcell, Inc. on 09/18/02 9:30 (gp) [Entry date 09/09/02]

8/28/02  119   NOTICE by Pharmastem Inc to take 30(b)(6) deposition of
               Bio-Cell Inc. on 09/19/02 at 9:30 (gp) [Entry date 09/09/02]

9/4/02    120    STIPULATION extending time to and including 09/06/02 for
                 deft. StemCyte to file its reply brief in support of its
                 motion for summary judgment (gp) [Entry date 09/09/02]

9/9/02    121    Reply Brief Filed by Stemcyte Inc [67-1] motion for Summary
                 Judgment (gp) [Entry date 09/10/02]

9/9/02    122    Declaration of Robert Chow in support of Stemcyte's reply
                 brief to motion for summary judgment (gp)
                 [Entry date 09/10/02]

9/9/02    123    Declaration of Robert F. Stewart Jr., in support of
                 Stemcyte's reply brief to motion for summary judgment (gp)
                 [Entry date 09/10/02]

9/9/02    124    CERTIFICATE OF SERVICE by Pharmastem Inc of response to
                 interrog., and request for production (gp)
                 [Entry date 09/10/02]

9/10/02   --     So Ordered  granting [120-1] stipulation extending time to
                 and including 09/06/02 for Stemcyte to file reply brief (
                 signed by Judge Gregory M. Sleet ) Notice to all parties.
                 (gp)

9/12/02   125    REQUEST by Pharmastem Inc  for oral argument on deft.
                 motion for summary judgment (gp) [Entry date 09/13/02]

9/24/02   126    CERTIFICATE OF SERVICE by Pharmastem Inc of response to
                 CBR's 1st set of interrog., and request for production (gp)
                 [Entry date 09/27/02]

10/25/02  127    NOTICE by Viacell Inc  to take deposition of
                 Representatives of PharmStem on 11/19/02  (gp)
                 [Entry date 10/29/02]

10/28/02  128    NOTICE by Cyro-Cell Inc, Corcell Inc, Birthcells Tech Inc
                 to take deposition of Representatives of PharmaStem on
                 11/19/02  (gp) [Entry date 10/31/02]

11/6/02   129    CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd set of
                 requests for production to deft. Birthcells and Corcell (gp)
                 [Entry date 11/08/02]

11/6/02   130    NOTICE by Pharmastem Inc  to take deposition of David T.
                 Harris on 12/09/02  (gp) [Entry date 11/08/02]

11/6/02   131    NOTICE by Pharmastem Inc  to take deposition of Jack
                 Goldberg on 12/10/02 (gp)  [Entry date 11/08/02]

11/6/02   132    NOTICE by Pharmastem Inc  to take deposition of Thomas E.
                 Moore on 12/10/02 (gp)  [Entry date 11/08/02]

11/6/02   133    NOTICE by Pharmastem Inc  to take deposition of Antonio
                 Lafferty on 12/11/02  (gp)  [Entry date 11/08/02]

11/6/02   134    NOTICE by Pharmastem Inc  to take deposition of Thomas E.
                 Deutsch on 12/11/02  (gp)  [Entry date 11/08/02]

11/6/02   135    NOTICE by Pharmastem Inc  to take deposition of Steven
                 Grant on 12/11/02  (gp) [Entry date 11/08/02]

11/6/02   136    NOTICE by Pharmastem Inc  to take deposition of Jill M.
                 Taymans on 12/12/02  (gp) [Entry date 11/08/02]

11/6/02  137    NOTICE by Pharmastem Inc  to take deposition of Harry
                Southron on 12/13/02 (gp) [Entry date 11/08/02]

11/6/02  138    NOTICE by Pharmastem Inc  to take deposition of Daniel D.
                Richard on 12/13/02 (gp) [Entry date 11/08/02]

11/6/02  139    NOTICE by Pharmastem Inc  to take deposition of Morey R.
                Kraus on 12/17/02 (gp) [Entry date 11/08/02]

11/6/02  140    NOTICE by Pharmastem Inc  to take deposition of Mary
                Thistle on 12/18/02 (gp) [Entry date 11/08/02]

11/8/02  141    Parties Proposed Joint Claim Construction Statement (gp)
                [Entry date 11/13/02]

11/12/02 142    Opening Brief on Claim Construction Filed by Pharmastem Inc
                (gp) [Entry date 11/14/02]

11/12/02 143    Declaration Volume I of II (Exhs. A-M) of Philip A. Rovner
                in support of Opening Briefing on Claim Construction (gp)
                [Entry date 11/14/02]

11/12/02 144    Declaration Volume II of II (Exh. N-0) of Philip Rovner in
                support of Opening Brief on Claim Construction (gp)
                [Entry date 11/14/02]

11/13/02 145    CERTIFICATE OF SERVICE by Stemcyte Inc of notice of
                deposition (gp) [Entry date 11/15/02]

11/20/02 146    NOTICE of withdrawal of appearance of David D. O'Brien,
                Godwin Procter as cnsl. for Viacell Inc (gp)
                [Entry date 11/21/02]

11/21/02 147    NOTICE by Pharmastem Inc to take 30(b)(6) deposition of
                Stemcyte on 12/19/02 (gp) [Entry date 11/22/02]

11/22/02 148    CERTIFICATE OF SERVICE by Corcell Inc and Birthcells of
                objections and answers to pltfs. 2nd set of requests for
                production and (gp) [Entry date 11/25/02]

11/22/02 149    NOTICE of Subpoena on Pablo Rubinstein c/o New York Blood
                Center by Pharmastem Inc (gp) [Entry date 11/25/02]

11/22/02 150    NOTICE of Subpoena on Cynthia Fisher c/o BioMed 20/20
                Technologies by Pharmastem Inc (gp) [Entry date 11/25/02]

11/22/02 151    NOTICE by Pharmastem Inc  to take 30(b)(6) deposition of
                Pablo Rubinstein on 12/20/02 (gp) [Entry date 11/25/02]

11/22/02 152    NOTICE by Pharmastem Inc to take 30(b)(6) deposition of
                Cynthia Fisher on 12/16/02 (gp) [Entry date 11/25/02]

12/4/02  153    ORDER,  set Telephone Conference for 1/3/03 at 11:30 (
                signed by Judge Mary P. Thynge )  copies to: cnsl. (gp)
                [Entry date 12/10/02]

12/6/02  154    CERTIFICATE OF SERVICE by Stemcyte Inc of objections to
                notice of deposition pursuant to 30(b)(6) (gp)
                [Entry date 12/11/02]

12/6/02  155    NOTICE of Subpoena upon Wanda Dearth by Pharmastem Inc (gp)

U.S. District Court Web PACER(v2.4) Docket Report                    Page 16 of 50
Case 1:05-cv-00153-GMS    Document 113-32    Filed 03/31/2005    Page 16 of 50
[Entry date 12/11/02]

12/6/02  156    NOTICE by Pharmastem Inc  to take 30(b)(6) deposition of
                Wanda Dearth on 01/09/03 (gp) [Entry date 12/11/02]

12/10/02 157    Answer (Response) to Pharmasterm's Opn. Brief on Claim
                Construction Brief Filed by Viacell Inc, Cyro-Cell Inc,
                Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech
                Inc, Bio-cell Inc (gp) [Entry date 12/11/02]

12/10/02 158    Declaration of Jeffrey L. Moyer in support of defts.
                response to opening claim construction brief of Pharmastem
                (gp) [Entry date 12/11/02]

12/13/02 159    CERTIFICATE OF SERVICE by Stemcyte Inc of 1st set of
                interrog. (gp) [Entry date 12/16/02]

12/17/02 160    CERTIFICATE OF SERVICE by Cyro-Cell Inc, Corcell Inc,
                Birthcells Tech Inc of notice of deposition of Celgene
                Corp., John Haines and Anthrogenesis Corp (gp)
                [Entry date 12/18/02]

12/19/02 161    NOTICE by Viacell Inc  to take deposition of Stephen Reich
                on 1/21/03 (gp) [Entry date 12/20/02]

12/19/02 162    NOTICE by Viacell Inc  to take deposition of Judith Bard on
                1/7/03 (gp) [Entry date 12/20/02]

12/19/02 163    NOTICE by Viacell Inc  to take deposition of Kenneth I.
                Moch on 1/15/03 (gp) [Entry date 12/20/02]

12/19/02 164    NOTICE by Viacell Inc  to take deposition of Edward Boyse
                on 1/8/03 (gp) [Entry date 12/20/02]

12/19/02 165    NOTICE by Viacell Inc  to take deposition of Adriane Antler
                and Pennie & Edmonds on 1/16/03 (gp) [Entry date 12/20/02]

12/20/02 166    Reply Brief Filed by Pharmastem Inc to Claim Construction
                Brief (gp) [Entry date 12/23/02]

12/20/02 167    Declaration of Philip A. Rovner in support of pltf.
                Pharmastem's Reply brief to cliam construction (gp)
                [Entry date 12/23/02]

12/23/02 168    MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte
                Inc, CBR Systems Inc, Birthcells Tech Inc, Viacell Inc to
                Strike [166-1] portions of the Reply Brief or in the
                Alternative for Leave to File a Sur-Reply Answer Brief due
                1/6/03 re: [168-1] motion (gp) [Entry date 12/27/02]

1/2/03   169    Answer Brief Filed by Pharmastem Inc [168-1] motion to
                Strike [166-1] portions of the Reply Brief or in the
                Alternative for Leave to File a Sur-Reply  - Reply Brief
                due 1/9/03 (gp) [Entry date 01/06/03]

1/6/03   170    Letter from cnsl. for defts. that they waive any reply on
                their motion to strike portion of pltfs. reply brief or in
                alternative for leave to file a surreply (gp)
                [Entry date 01/08/03]

1/7/03   171    CERTIFICATE OF SERVICE by Pharmastem Inc of supplemental
                responses to Viacell's 1st set of interrog. (gp)

U.3. District Court Web PACER(v2.4) Docket **Report** **Page 17** of *50*
Case 1:05-cv-00153-GMS   Document 113-32   Filed 03/31/2005   Page 17 of 50
[Entry date 01/09/03]

1/10/03   --    **Markman** Hearing  held (rpt. Gunning) reserved Judge Sleet
                (gp)

1/10/03   --    **Markman Hearing** Exhibits filed (gp)

1/13/03   172   ORDER ON CLAIM CONSTRUCTION ( signed by Judge Gregory M.
                Sleet ) copies to: cnsl (gp)

1/14/03   173   CERTIFICATE OF SERVICE by Pharmastem Inc of response to
                Syemcyte's 1st set of interrog., and 1st request for
                production (gp)

1/16/03   174   NOTICE by Pharmastem Inc  to take deposition of Marcia A.
                Laleman on 02/19/03 (gp)

1/16/03   175   NOTICE by Pharmastem Inc  to take deposition of Frank
                Giordano on 02/20/03 (gp)

1/16/03   176   NOTICE by Pharmastem Inc  to take deposition of Ed
                Carrington on 02/21/03 (gp)

1/16/03   177   NOTICE by Pharmastem Inc  to take deposition of Lawrence D.
                Petz on 02/24/03 (gp)

1/16/03   178   NOTICE by Pharmastem Inc  to take deposition of Jesse
                Kramer on 02/25/03 (gp)

1/17/03   179   ORDER,  set Settlement Conference for 9:30 4/7/03 (
                signed by Judge Mary P. Thynge )  copies to: cnsl. (gp)
                [Entry date 01/24/03]

1/21/03   180   CERTIFICATE OF SERVICE by Pharmastem Inc of supplemental
                response to CBR's 1st set of interrog., and Corcell's
                interrog. nos. 9-28 (gp) [Entry date 01/24/03]

1/21/03   181   CERTIFICATE OF SERVICE by Viacell Inc of supplemental
                answers and objections to Pharmasten's 1st set of interrog.
                nos. 1-11 (gp) [Entry date 01/24/03]

1/23/03   182   CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd set of
                interrog. to deft. Cryo-Cell nos. 9-34 (gp)
                [Entry date 01/27/03]

1/24/03   183   MOTION by Viacell Inc for Leave to File 2nd Amended Answer
                & Counterclaims Answer Brief due 2/7/03  re: [183-1]
                motion (gp) [Entry date 01/27/03]

1/24/03   184   Opening Brief Filed by Viacell Inc [183-1] motion for Leave
                to File 2nd Amended Answer & Counterclaims (gp)

                [Entry date 01/27/03]

1/24/03   185   MOTION by Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR
                Systems Inc for Leave to File Amended Answers and Add/or
                Amplify Affirmative Defenses and Counterclaims Answer
                Brief due 2/7/03  re: [185-1] motion (gp)
                [Entry date 01/27/03]

1/27/03   186   CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd set of
                interrog. to deft. Viacell nos. 12-31, to deft. Stemcyte
                nos. 11-28 and to deft. CBR nos. 11-20 (gp)
                [Entry date 01/28/03]

1/28/03   187   TRANSCRIPT filed  for dates of 01/10/03 (gp)

1/28/03   188   Certification pursuant to Rule 7.1.1 for defts. BirthCells,
                CorCell, Cryo-Cell, StemCyte and CBR's motion for leave to
                file amended answers to amended complaint to add/or amplify
                affirmative defenses and counterclaims (gp)
                [Entry date 01/29/03] [Edit date 02/04/03]

1/28/03   189   NOTICE of Subpoena to Joseph R. Snyder by Pharmastem Inc (gp)
                [Entry date 01/29/03]

1/28/03   190   NOTICE of Subpoena to Eugenia Garret-Wackowski by
                Pharmastem Inc (gp) [Entry date 01/29/03]

1/28/03   191   NOTICE of Subpoena to Karl Bozicevic by Pharmastem Inc (gp)
                [Entry date 01/29/03]

1/28/03   192   NOTICE of Subpoena to N. Scott Pierce by Pharmastem Inc (gp)
                [Entry date 01/29/03]

1/28/03   193   NOTICE of Subpoena to Paul T. Clark by Pharmastem Inc (gp)
                [Entry date 01/29/03]

1/28/03   194   NOTICE of Subpoena to David E. Brook by Pharmastem Inc (gp)
                [Entry date 01/29/03]

1/28/03   195   RE-NOTICE of Subpoena to Henry Coleman by Pharmastem Inc (gp)
                [Entry date 01/29/03]

1/28/03   196   NOTICE by Pharmastem Inc  to take deposition of Henry
                Coleman on 02/24/03 (gp) [Entry date 01/29/03]

1/28/03   197   NOTICE by Pharmastem Inc  to take deposition of Marc Beer
                on 02/24/03 (gp) [Entry date 01/29/03]

1/28/03   198   NOTICE by Pharmastem Inc  to take deposition of Christoph
                M. Adams on 02/25/03 (gp)  [Entry date 01/29/03]

1/28/03   199   NOTICE by Pharmastem Inc  to take deposition of Joseph R.
                Snyder on 02/26/03 (gp) [Entry date 01/29/03]

1/28/03   200   NOTICE by Pharmastem Inc  to take deposition of Eugenia
                Garret-Wackowski on 02/26/03 (gp) [Entry date 01/29/03]

1/29/03   201   CERTIFICATE OF SERVICE by CBR Systems Inc of 2nd set of
                interrog. to pltf. (gp) [Entry date 02/03/03]

1/29/03   202   CERTIFICATE OF SERVICE by CBR Systems Inc of 2nd set of
                requests for production to pltf. (gp) [Entry date 02/03/03]

1/31/03   203   CERTIFICATE OF SERVICE by CBR Systems Inc of supplemental
                responses to pltfs. interrog. (gp) [Entry date 02/04/03]

2/5/03    204   NOTICE of Subponea on Custodian of Records of Memorial
                Sloan-Kettering Cancer Center by Viacell Inc (gp)
                [Entry date 02/06/03]

2/5/03    205   NOTICE of Subpoena to produce documents to The Estate of
                Rodman C. Rockefeller c/o Mrs. Sascha Rockefeller by
                Viacell Inc (gp) [Entry date 02/06/03]

| 2/5/03 | 206 | NOTICE of Subpoena to produce documents to The Estate of Gordon W. Douglas c/o Executor Ms. Jody B. Douglas by Viacell Inc (gp) [Entry date 02/06/03] |
| 2/5/03 | 207 | NOTICE of Subpoena to produce documents to Custodian of Records, Pocantico Associated Inc., by Viacell Inc (gp) [Entry date 02/06/03] |
| 2/5/03 | 208 | NOTICE of Subpoena to produce documents to Custodian of Records, Industrial Review Board New York University School of Medicine by Viacell Inc (gp) [Entry date 02/06/03] |
| 2/5/03 | 209 | NOTICE of Subponea to produce documents to Custodian of Records of Indiana University School of Medicine by Viacell Inc (gp) [Entry date 02/06/03] |
| 2/5/03 | 210 | NOTICE by Viacell Inc to take deposition of Robert F. Johnston on 02/18/03 and Supboena to produce documents (gp) [Entry date 02/06/03] [Edit date 02/06/03] |
| 2/5/03 | 211 | NOTICE by Viacell Inc to take deposition of George H. Strong on 02/18/03 and Subpoena to produce documents (gp) [Entry date 02/06/03] |
| 2/5/03 | 212 | NOTICE by Viacell Inc  to take deposition of Harvey Cantor on 02/25/03 and Subpoena to produce documents (gp) [Entry date 02/06/03] |
| 2/5/03 | 213 | NOTICE by Viacell Inc  to take deposition of Hal E. Broxmeyer on 02/27/03 and Subponea to produce documents (gp) [Entry date 02/06/03] |
| 2/5/03 | 214 | NOTICE by Viacell Inc  to take deposition of David M. Gerstein on 02/27/03 and Subpoena to produce documents (gp)

[Entry date 02/06/03] |
| 2/5/03 | 215 | NOTICE by Viacell Inc  to take deposition of Bo duPont, c/o Memorial Sloan-Kettering Cancer Center on 02/27/03 and Subpoena to produce documents (gp) [Entry date 02/06/03] |
| 2/5/03 | 216 | NOTICE by Viacell Inc  to take deposition of IP Finance LLC on 02/28/03 and Subpoena to produce documents (gp) [Entry date 02/06/03] |
| 2/6/03 | 217 | STIPULATION supplementing the stip. and order dated 08/20/03 relating to confidentiality of discovery materials (gp) [Entry date 02/11/03] |
| 2/10/03 | 218 | Answer (Opposition) Brief Filed by Pharmastem Inc [183-1] motion for Leave to File 2nd Amended Answer & Counterclaims - Reply Brief due 2/18/03 (gp) [Entry date 02/11/03] |
| 2/10/03 | 219 | Answer (Opposition) Brief Filed by Pharmastem Inc [185-1] motion for Leave to File Amended Answers and Add/or Amplify Affirmative Defenses and Counterclaims  - Reply Brief due 2/18/03 (gp) [Entry date 02/11/03] |
| 2/10/03 | 220 | Declaration of Lisa Kobialka in support of Pharmastem's ans.brief in opposition to Viacell's motion for leave to file a 2nd amendced answer and counterclaims (gp) [Entry date 02/11/03] |
| 2/10/03 | 221 | Declaration of Lisa Kobialka in support of Pharmstem's |

ans.brief in opposition to Birthcells motion for leave to file amended answers to the amended complaint and to add/and or amplify affirmative defenses and counterclaims (gp) [Entry date 02/11/03]

2/10/03   222   NOTICE of change of addr. of Paul J. Andre cnsl for Pharmastem Inc from: Quinn Emanuel Urquhart Oliver & Hedges 555 Twin Dolphin Dr., Redwood Shores CA to: Paul J. Andre Perkins Coie 101 Jefferson Dr. Menlo Park CA 94025 (gp) [Entry date 02/19/03]

2/12/03   223   NOTICE of Objections by Joseph R. Snyder to Subpoena served upon him by Pharmastem Inc (gp) [Entry date 02/19/03]

2/12/03   224   NOTICE of Objections by Eugenia Garrett-Wackowski to Supoena served upon her by Pharmastem Inc (gp) [Entry date 02/19/03]

2/14/03   --   So Ordered  granting [217-1] stipulation supplementing stip. protective order of 08/20/03; see stip.for further details ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp)

2/14/03   225   NOTICE of Subpoena on TL Ventures for deposition by Birthcells Tech Inc, Cyro-Cell Inc, Corcell Inc (gp)

                 [Entry date 02/20/03]

2/14/03   226   Reply Brief Filed by Birthcells Tech Inc, Corcell Inc, Cyro-Cell Inc [185-1] motion for Leave to File Amended Answers and Add/or Amplify Affirmative Defenses and Counterclaims (gp) [Entry date 02/20/03]

2/14/03   227   Reply Brief Filed by Viacell Inc 1183-11 motion for Leave to File 2nd Amended Answer & Counterclaims (gp) [Entry date 02/20/03]

2/14/03   228   Declaration of James W. McGarry in support of ViaCell's reply brief to pltfs. opposition to motion for leave to file a 2nd amended answer and counterclaim (gp) [Entry date 02/20/03]

2/19/03   --   Deadline updated;  set Telephone Conference for 02/26/03 11:00 a.m. (gp)

2/19/03   229   CERTIFICATE OF SERVICE by Pharmastem Inc of Expert Damages Report of Russell L. Parr and disclosure of expert testimony for Mary J. Hendrix and Martin J. Adelman (gp) [Entry date 02/24/03]

2/20/03   230   CERTIFICATE OF SERVICE of obejections of Karl Bozicevic to Pharmastem's subpoena (gp) [Entry date 02/24/03]

2/20/03   231   SUPPLEMENTAL RESPONSE by Corcell Inc  to Discovery Re: to pltfs. 1st set of interrog. (gp) [Entry date 02/24/03]

2/20/03   232   SUPPLEMENTAL RESPONSE by Birthcells Tech Inc  to Discovery Re: to pltfs. 1st set of interrog. (gp) [Entry date 02/24/03]

2/20/03   233   SUPPLEMENTAL RESPONSE by Cyro-Cell Inc  to Discovery Re: to pltf. 1st set of interrog. (gp) [Entry date 02/24/03]

2/20/03   234   CERTIFICATE OF SERVICE by Viacell Inc of Expert Wit. Report

of Larry S. Nixon, Stephen H. Kalos and initial Expert Report of Dr. John Edward Wagner, Jr., M.D. (gp) [Entry date 02/24/03]

2/24/03  235  Agenda from counsel for telecnf. scheduled for 02/26/03 re: discovery disputes (gp) [Entry date 02/25/03]

2/24/03  236  CERTIFICATE OF SERVICE by CBR Systems Inc of objections and responses to pltf. 2nd set of interrog. nos. 1-20 (gp) [Entry date 02/25/03]

2/24/03  237  CERTIFICATE OF SERVICE by Viacell Inc of answers and objections to pltf. Pharmastem's 2nd set of interrog. nos. 12-31 (gp) [Entry date 02/25/03]

2/24/03  238  RESPONSE by Cyro-Cell Inc  to Discovery Re: to Pharmastem's 2nd set of interrog., nos., 9-34 (gp) [Entry date 02/25/03] [Edit date 02/25/03]

2/24/03  239  RESPONSE by Corcell Inc  to Discovery Re: to Pharmastem's 2nd set of interrog., nos. 9-28 (gp) [Entry date 02/25/03]

2/24/03  240  RESPONSE by Birthcells Tech Inc  to Discovery Re: to Pharmastem's 2nd set of interrog., 9-31 (gp) [Entry date 02/25/03]

2/25/03  241  NOTICE by Cyro-Cell Inc, Corcell Inc, Birthcells Tech Inc to take deposition of Makio Ogawa M.D. on 02/28/03 (gp) [Entry date 02/26/03]

2/26/03  --  Tele-conference held (rpt. Gaffigan) arguments of cnsl. on motion of pltf. to compel production from deft. CBR granted Judge Sleet; arguments on mot.of deft. Viacell to compel production from pltfs. granted Judge Sleet discovery relating to this issue extended to 03/31/03; arguments on CBR's motion to compel responses to interrog., pltf. will supplement their interrog. responses (gp)

2/26/03  --  Deadline updated;  reset Scheduling Order Deadlines: Discovery deadline on 3/31/03 (gp)

2/26/03  242  MEMORANDUM AND ORDER denying [67-1] motion of StemCyte for Summary Judgment ( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp)

2/26/03  243  Steno Notes for 02/26/03 (rpt.Gaffigan) (gp) [Entry date 02/27/03]

2/26/03  244  NOTICE by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech Inc  to take deposition of Joseph Day on 02/28/03 (gp) [Entry date 02/27/03]

2/27/03  245  TRANSCRIPT filed  for dates of 02/26/03 (gp)

2/27/03  246  NOTICE of Subpoena upon Christopher Moller, Ph.D by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc (gp) [Entry date 02/28/03]

2/27/03  247  NOTICE of Revised Supoena upon TL Ventures by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc (gp) [Entry date 02/28/03]

2/27/03   248   NOTICE by **Viacell** Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte
                Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc  to
                take deposition of representatives of TL Ventures on
                03/11/03 (gp) [Entry date 02/28/03]

2/27/03   249   NOTICE by **Viacell** Inc of subpoena and  to take deposition
                of representatives of **Pennie** & Edmonds on 03/13/03 (gp)
                [Entry date 03/03/03]

2/27/03   250   RE-NOTICE by **Viacell** Inc of subpoena and  to take deposition
                of Adriane Antler on 03/20/03 (gp) [Entry date 03/03/03]
                [Edit date 03/03/03]

2/28/03   251   NOTICE by CBR Systems Inc of subpoena and  to take
                deposition of representatives of Stembanc, Inc. on 03/24/03
                (gp) [Entry date 03/03/03]

2/28/03   252   NOTICE by CBR Systems Inc of subpoena and  to take
                deposition of Archibald A. Grabinski on 03/24/03 (gp)
                [Entry date 03/03/03]

3/3/03   253    CERTIFICATE OF SERVICE by Pharmastem Inc of response to
                **CBR's** 2nd request for production nos. 40-60, to **CBR's** 2nd
                set of interrog. nos. 29-47 and supplemental response to
                **Stemcyte's** 1st set of interrog. (gp) [Entry date 03/04/03]

3/4/03   254    CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd
                supplemental response to Viacell's and **CBR's** 1st set of
                interrog., and supplemental response to **Corcell's** and
                Cryo-Cell's 1st set of interrog. (gp) [Entry date 03/07/03]

3/7/03   255    Letter (Request 1) from cnsl. for pltfs. for permission to
                file a motion for summary judgment for infringement against
                defts. ViaCell, CBR, **BirthCells**, Cryo-Cell, CorCell, an
                dStemCyte regarding defts. allegations of inequitable
                conduct (gp) [Entry date 03/12/03]

3/7/03   256    Letter (Request 1) from cnsl. for defts. ViaCell, **CorCell**,
                **BirthCells**, Cryo-Cell, StemCyte and CBR for permission to
                file motion for summary judgments of invalidity and
                non-infringement on all asserted claims of the two
                patents-in-suit which relate to the cryopreservation of
                stem cells from umbilical cord blood (gp)
                [Entry date 03/12/03]

3/11/03   257   NOTICE of Subponea upon non-parties Stembanc, Inc.,a nd
                Archibald A. Grabinski by CBR Systems Inc (gp)
                [Entry date 03/14/03]

3/14/03   258   ORDER   granting [183-1] motion of **Viacell** for Leave to
                File 2nd Amended Answer & Counterclaims granting [185-1]
                motion of Birthcells, Corcell, Cryo-Cell, StemCyte and CBR
                for Leave to File Amended Answers and Add/or Amplify
                Affirmative Defenses and Counterclaims; directing that
                defts. file their amended pleadings w/in 10 days of date of
                this order ( signed by Judge Gregory M. Sleet )  copies to:
                cnsl. (gp) [Entry date 03/17/03]

3/14/03   259   CERTIFICATE OF SERVICE by Stemcyte Inc of disclosure of
                expert testimony for Dr. Larry C. **Lasky** (gp)

U.S. District Court Web PACER(v2.4) Docket Report                    Page 23 of 50
Case 1:05-cv-00153-GMS     Document 113-32     Filed 03/31/2005     Page 23 of 50
[Entry date 03/17/03]

3/14/03   260   CERTIFICATE OF SERVICE by Viacell Inc of expert report of
                David E. Yurkerwich (gp) [Entry date 03/17/03]

3/14/03   261   CERTIFICATE OF SERVICE by Viacell Inc of expert report of
                John Edward Wagner, Jr., M.D. (gp) [Entry date 03/17/03]

3/14/03   262   CERTIFICATE OF SERVICE by Pharmastem Inc of disclosure of
                expert testimony for Gerald H. Bjorge and Malcolm Moore,
                Ph.D. (gp) [Entry date 03/17/03]

3/14/03   263   Letter response from defts. collectively in opposition to
                PharmaStem's request for permission to file a motion for
                summary judgment on infringement and inequitable conduct (gp)
                [Entry date 03/17/03]

3/14/03   264   Letter response from PharmaStem in opposition to defts.
                reqeusts to file motions for summary judgment for
                invalidity and non-infringement (gp) [Entry date 03/17/03]

3/18/03   265   2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
                Stemcyte Inc (Robert F. Stewart, Jr. ) against Pharmastem
                Inc (gp) [Entry date 03/19/03]

3/18/03   266   2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
                Birthcells Tech Inc (Robert Stewart,Jr ) against Pharmastem
                Inc (gp) [Entry date 03/19/03]

3/18/03   267   2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
                Corcell Inc (Robert Stewart,Jr) against Pharmastem Inc (gp)
                [Entry date 03/19/03]

3/18/03   268   2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
                Cyro-Cell Inc (Robert Stewart,Jr ) against Pharmastem Inc
                (gp) [Entry date 03/19/03]

3/18/03   269   NOTICE by Viacell Inc  to take deposition of William J.
                Thomann on 03/20/03 (gp) [Entry date 03/19/03]

3/19/03   270   2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
                Viacell Inc (Jeffrey Moyer David Felice ); jury demand
                against Pharmastem Inc (gp) [Entry date 03/20/03]

3/19/03   271   Letter reply from PharmaStem in further support of requests
                for leave to file summary judgment motions for infringement
                and no inequitable conduct also PharmaStem requests
                permission for leave to move for summaryjudgment on
                ViaCell's Walker Process claim, a claim that was added when
                ViaCell amended answer and counterclaim (gp)
                [Entry date 03/20/03]

3/19/03   272   Letter reply from defts. to PharmaStem's letter in
                opposition to defts. request to file summary judgment
                motions (gp) [Entry date 03/20/03]

3/20/03   273   ANSWER by CBR Systems Inc  (Richard Kirk) to amended
                complaint; jury demand and COUNTERCLAIMS to Amended
                Complaint for patent infringement (gp) [Entry date 03/21/03]

3/20/03   274   NOTICE by Viacell Inc of Subpoena and to take deposition of
                Dr. Mary Hendrix on 04/16/03 (gp) [Entry date 03/21/03]

| 3/20/03 | 275 | NOTICE by Viacell Inc of Subponea and to take deposition of Russell L. Parr on 04/17/03 (gp) [Entry date 03/21/03] |
| 3/21/03 | 276 | CERTIFICATE OF SERVICE by Pharmastem Inc of 3rd supplemental response to CBR's 1st set of interrog. (gp) [Entry date 03/24/03] |
| 3/25/03 | 277 | CERTIFICATE OF SERVICE by CBR Systems Inc of rebuttal expert report of David T. Harris, Ph.D (gp) |
| 3/25/03 | 278 | ORDER,  reset Settlement Conference for 9:30 8/13/03  and 8/14/03 ( signed by Judge Mary P. Thynge )  copies to: cnsl. (gp) |
| 3/25/03 | 279 | CERTIFICATE OF SERVICE by Viacell Inc of 2nd set of supplemental answers and objections to Pharmastem's 1st et of interrog. no. 3 (gp) [Entry date 03/26/03] |
| 3/25/03 | 280 | NOTICE by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc  to take deposition and Subpoena to Martin J. Adelman on 04/23/03  (gp) [Entry date 03/26/03] |
| 3/28/03 | 281 | NOTICE by Pharmastem Inc of Subpoena and to take deposition of Larry S. Nixon on 04/16/03  (gp) [Entry date 03/31/03] |
| 3/28/03 | 282 | NOTICE by Pharmastem Inc of Subpoena and to take deposition of Larry Charles Lasky on 04/18/03  (gp) [Entry date 03/31/03] |
| 3/28/03 | 283 | NOTICE by Pharmastem Inc of Subpoena and to take deposition of David Yurkerwich on 04/22/03  (gp) [Entry date 03/31/03] |
| 3/28/03 | 284 | NOTICE by Pharmastem Inc of Subpoena and to take deposition of David T. Harris on 04/23/03  (gp) [Entry date 03/31/03] |
| 3/28/03 | 285 | NOTICE by Pharmastem Inc of Subpoena and to take deposition of Stephen H. Kalos on 04/23/03  (gp) [Entry date 03/31/03] |
| 3/28/03 | 286 | NOTICE by Pharmastem Inc of Subpoena and to take deposition of John Edward Wagner on 04/28/03  (gp) [Entry date 03/31/03] |
| 3/31/03 | 287 | Letter (Agenda) from cnsl. regarding t/c scheduled for 4/3/03 and requesting that the court address a discovery dispute re: subpoena (gp) [Entry date 04/01/03] |
| 4/1/03 | 288 | ANSWER (Reply) by Pharmastem Inc  to [270-2] counter claims of Viacell (gp) [Entry date 04/02/03] |
| 4/1/03 | 290 | ANSWER (Reply) by Pharmastem Inc  to [267-2] counter claims of Corcell (gp) [Entry date 04/02/03] |
| 4/1/03 | 292 | ANSWER (Reply) by Pharmastem Inc  to [265-2] counter claims of StemCyte (gp) [Entry date 04/02/03] |
| 4/1/03 | 293 | ANSWER (Reply) by Pharmastem Inc  to counter claims of CBR Systems (gp) [Entry date 04/02/03] |
| 4/2/03 | 289 | ANSWER (Reply) by Pharmastem Inc  to [268-2] counter claims of Cryo-Cell (gp) |
| 4/2/03 | 291 | ANSWER (Reply) by Pharmastem Inc  to [266-2] counter claims of Birthcells (gp) |

4/3/03    --    Tele-conference held (rpt. Gaffigan) arguments of cnsl. on
                request to file motions for summary judgment; request to
                file summary judgment motions denied Judge Sleet (gp)
                [Entry date 04/09/03]

4/4/03    294   Steno Notes for 04/03/03 (rpt. Gaffigan) (gp)
                [Entry date 04/07/03]

4/7/03    295   ORDER that the court willn not entertain motions for
                summary judgmetn on any issue ( signed by Judge Gregory M.
                Sleet ) copies to: cnsl. (gp) [Entry date 04/09/03]

4/10/03   296   NOTICE by Viacell Inc of Subpoena and to take deposition of
                Gerald H. Bjorge on 04/24/03 (gp) [Entry date 04/15/03]

4/10/03   297   NOTICE by Viacell Inc of Subpoena and to take deposition of
                Malcolm Moore, Ph.D on 05/08/03 (gp) [Entry date 04/15/03]

4/10/03   298   NOTICE by Viacell Inc of Subpoena and to take deposition of
                Irwin D. Bernstein, M.D. on 05/06/03 (gp)
                [Entry date 04/15/03]

4/17/03   299   TRANSCRIPT filed  for dates of 04/03/03 (gp)
                [Entry date 04/21/03]

4/21/03   300   CERTIFICATE OF SERVICE of StemCyte of Objections by Dr.
                Larry C. Lasky's to Supboena and Deposition by PharmaStem
                (gp) [Entry date 04/23/03]

4/29/03   301   CERTIFICATE OF SERVICE by Birthcells Tech Inc,  Corcell
                Inc, Cyro-Cell Inc of supplemental responses to pltf.
                interrog. nos. 14 and 15 (gp) [Entry date 05/06/03]

5/6/03    302   Agenda regarding a discovery dispute telecnf. scheduled for
                05/08/03 at 11:30 (gp) [Entry date 05/07/03]

5/7/03    --    Deadline updated;  set Telephone Conference for 11:30
                5/8/03 (gp)

5/8/03    --    Tele-conference held (rpt. J. Guy) arguments of cnsl. on
                motion of pltf. to compel deft. Stemcyte to respond to
                interrog. nos. 11-28; granted Judge Sleet deft. to
                supplement responses to interrog. nos. 11-28 w/in 10 days
                (gp)

5/22/03   303   CERTIFICATE OF SERVICE by Stemcyte Inc of responses to
                pltf.'s 2nd set of interrog., nos. 11-28 (gp)
                [Entry date 05/23/03]

5/28/03   304   TRANSCRIPT filed  for dates of 05/08/03 (gp)
                [Entry date 05/29/03]

6/26/03   305   ORDER,  set Telephone Conference for 5:00 7/29/03 (
                signed by Judge Mary P. Thynge )  copies to: cnsl. (gp)

7/10/03   306   NOTICE by CBR Systems Inc  to take deposition of Irwin D.
                Bernstein, M.D. on 08/07/03 (gp) [Entry date 07/11/03]

7/18/03   --    Deadline updated;  reset Scheduling Order Deadlines:
                Pretrial conference by 9:00 9/8/03 Trial Date Deadline 9:00
                Tue.10/14/03 (gp)

7/30/03  307   ORDER,  set Telephone Conference for 5:00 8/7/03 ( signed
               by Judge Mary P. Thynge )  copies to: cnsl. (gp)
               [Entry date 07/31/03]

7/30/03  308   STIPULATION extending time to file proposed pretrial order
               and motions in limine (gp) [Entry date 07/31/03]

8/1/03   309   CERTIFICATE OF SERVICE by Viacell Inc of 3rd supplemental
               answers and objections to Pharmastem's 1st set of interrog.
               nos. 1-11 (gp) [Entry date 08/04/03]

8/1/03   --    So Ordered  granting [308-1] stipulation extending deadline
               to 08/18/03 for the pto and motions in limine  ( signed by
               Judge Gregory M. Sleet ) Notice to all parties. (gp)
               [Entry date 08/04/03]

8/4/03   --    Deadline updated;  reset Scheduling Order Deadlines:
               Proposed Pretrial Order and Motions in Limine due on or
               before 8/18/03 (gp)

8/5/03   310   MOTION by Pharmastem Inc in Limine no.1 to Preclude
               Improper Expert Testimony from Larry S. Nixon re: [310-1]
               motion [Sealed] (gp) [Entry date 08/06/03]
               [Edit date 08/06/03]

8/5/03   311   MOTION by Pharmastem Inc in Limine no.2 to Prelcude
               Improper Expert Testimony from Stephen H. Kalos re:
               [311-1] motion [Sealed] (gp) [Entry date 08/06/03]

8/5/03   312   MOTION by Pharmastem Inc in Limine no.3 to Preclude defts.
               from referring to injuctive relief that may be sought as a
               result of a finding of infringement re: [312-1] motion
               [Sealed] (gp) [Entry date 08/06/03]

8/5/03   313   MOTION by Pharmastem Inc in Limine no.4 to Exclude
               Decision of the European Patent Office from Evidence re:
               [313-11 motion [Sealed] (gp) [Entry date 08/06/03]

8/5/03   314   MOTION by Pharmastem Inc in Limine no.5 to Exclude All
               Discovery Relating to Settlement Negotiations regarding
               Patent License Agreements re: [314-1] motion [Sealed] (gp)
               [Entry date 08/06/03]

8/5/03   315   MOTION by Pharmastem Inc in Limine no. 6 to Preclude
               defts. from Referring to the Ownership or Assignment of the
               Patents-In-Suit re: [315-1] motion [Sealed] (gp)
               [Entry date 08/06/03]

8/5/03   --    MOTION by Pharmastem Inc in Limine no. 4 to Exclude
               Decision of the European Patent Office from Evidence re:
               [0-1] motion (duplicate termed in error; Reserved) (gp)
               [Entry date 09/09/03]

8/12/03  316   MOTION by CBR Systems Inc  with Proposed Order for Thomas
               F. Chaffin, Nicole M. Townsend and Randal J. Ivor-Smith to
               Appear Pro Hac Vice (lg) [Entry date 08/13/03]

8/12/03  317   SEALED Dfts' Opposition to Pltf's  [310-1] Motion in Limine
               no.1 to Preclude Improper Expert Testimony from Larry S.
               Nixon  - Reply Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03  318    SEALED Viacell's Opposition to Pltf's [311-1] Motion in
                Limine no.2 to Prelcude Improper Expert Testimony from
                Stephen H. Kalos  - Reply Brief due 8/19/03 (lg)
                [Entry date 08/13/03]

8/12/03  319    SEALED Dfts' Opposition to Pharmastem's [312-1] Motion in
                Limine no.3 to Preclude defts. from referring to injuctive
                relief that may be sought as a result of a finding of
                infringement  - Reply Brief due 8/19/03 (lg)
                [Entry date 08/13/03]

8/12/03  320    SEALED Dfts' Opposition to Pltf's [313-1] Motion in Limine
                no.4 to Exclude Decision of the European Patent Office from
                Evidence  - Reply Brief due 8/19/03 (lg)
                [Entry date 08/13/03]

8/12/03  321    SEALED Dfts' Opposition to Pltf's [314-1] Motion in Limine
                no.5 to Exclude All Discovery Relating to Settlement
                Negotiations regarding Patent License Agreements  - Reply
                Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03  322    SEALED MOTION by Dfts with Proposed Order in Limine to
                Exclude Evidence Regarding Dr. John E. Wagner's Work With
                Embryonic Stem Cells (MIL #1) Answer Brief due 8/26/03 re:
                [322-1] motion (lg) [Entry date 08/13/03]
                [Edit date 08/13/03]

8/12/03  323    SEALED Response Filed by Pharmastem Inc to [322-1] Motion
                in Limine to Exclude Evidence Regarding Dr. John E.
                Wagner's Work With Embryonic Stem Cells (MIL #1)  - Reply
                Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03  324    SEALED MOTION by Dfts with Proposed Order in Limine to
                Exclude and Limit the Testimony by malcolm Moore, PH.D. and
                Irwin D. Bernstein, M.D. in Pltf's Case in Chief (MIL #2)
                (lg) [Entry date 08/13/03] [Edit date 08/13/03]

8/12/03  325    SEALED Opposition by Pharmastem Inc [324-1] to Motion in
                Limine to Exclude and Limit the Testimony by malcolm Moore,
                PH.D. and Irwin D. Bernstein, M.D. in Pltf's Case in Chief
                (MIL #2)  - Reply Brief due 8/19/03 (lg)
                [Entry date 08/13/03]

8/12/03  326    SEALED MOTION by Dfts with Proposed Order in Limine to
                Exclude Testimony of Gerald Bjorge as to Legal Standards
                (MIL #3) (lg) [Entry date 08/13/03]

8/12/03  327    SEALED Stipulation in Part and Opposition in Part by by
                Pharmastem Inc [326-1] to Motion in Limine to Exclude
                Testimony of Gerald Bjorge as to Legal Standards (MIL #3)
                - Reply Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03  328    SEALED MOTION by Dfts with Proposed Order in Limine to
                Restrict Pltf's Evidence and Arguments on Proof of
                Infringement Based on Pltf's Representations to the Patent
                Office (MIL #4) (lg) [Entry date 08/13/03]
                [Edit date 08/13/03]

8/12/03  329    SEALED Opposition by Pharmastem Inc [328-1] to Motion in
                Limine to Restrict Pltf's Evidence and Arguments on Proof
                of Infringement Based on Pltf's Representations to the
                Patent Office (MIL #4)  - Reply Brief due 8/19/03 (lg)
                [Entry date 08/13/03]

8/12/03   330    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude "Expert" Testimony of Mary J. Hendrix (MIL #5) (lg)
                 [Entry date 08/13/03]

8/12/03   331    SEALED Opposition by Pharmastem Inc [330-1] to Motion in
                 Limine to Exclude "Expert" Testimony of Mary J. Hendrix
                 (MIL #5)   - Reply Brief due 8/19/03 (lg)
                 [Entry date 08/13/03]

8/12/03   332    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude the Testimony of Dr. Edward Boyse (MIL #6) (lg)
                 [Entry date 08/13/03]

8/12/03   333    SEALED Opposition by Pharmastem Inc [332-1] to Motion in
                 Limine to Exclude the Testimony of Dr. Edward Boyse (MIL
                 #6)   - Reply Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03   334    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude Evidence of Cryo-Cell International, Inc.'s
                 Agreements with Foreign Affiliates (MIL #7) (lg)
                 [Entry date 08/13/03]

8/12/03   335    SEALED Opposition by Pharmastem Inc [334-1] to Motion in
                 Limine to Exclude Evidence of Cryo-Cell International,
                 Inc.'s Agreements with Foreign Affiliates (MIL #7)   - Reply
                 Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03   336    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude Denigrating Comments as to the Source of a Prior
                 Art Reference (MIL #8) (lg) [Entry date 08/13/03]

8/12/03   337    SEALED Opposition by Pharmastem Inc [336-1] to Motion in
                 Limine to Exclude Denigrating Comments as to the Source of
                 a Prior Art Reference (MIL #8)   - Reply Brief due 8/19/03
                 (lg) [Entry date 08/13/03]

8/12/03   338    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude Evidence Regarding Prosecution of Purportedly
                 "Related" Patents (MIL #9) (lg) [Entry date 08/13/03]

8/12/03   339    SEALED Opposition by Pharmastem Inc [338-1] to Motion in
                 Limine to Exclude Evidence Regarding Prosecution of
                 Purportedly "Related" Patents (MIL #9)   - Reply Brief due
                 8/19/03 (lg) [Entry date 08/13/03]

8/13/03   --     So Ordered  granting [316-1] motion for Thomas F. Chaffin,
                 Nicole M. Townsend and Randal J. Ivor-Smith to Appear Pro
                 Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all
                 parties. (lg)

8/13/03   340    Letter from the Dfts to Judge Sleet with a corrected page 1
                 of D.I. 317, Opposition to Pltf's Motion In Limine to
                 Preclude Improper Expert Testimony from Larry S. Nixon (the
                 page was substituted by the Court in both the original
                 sealed doc and the copy) (lg) [Entry date 08/14/03]

8/13/03   341    SEALED Opposition Filed by Dfts [315-1] to Pltf's Motion in
                 Limine no. 6 to Preclude defts. from Referring to the
                 Ownership or Assignment of the Patents-In-Suit  - Reply
                 Brief due 8/20/03 (lg) [Entry date 08/14/03]

8/15/03  342    SEALED Reply in Support Filed by Pharmastem Inc [310-1] of
                its motion in Limine no.1 to Preclude Improper Expert
                Testimony from Larry S. Nixon (lg) [Entry date 08/18/03]
                [Edit date 08/18/03]

8/15/03  343    SEALED Reply Brief in Support Filed by Pharmastem Inc
                [311-1] of its motion in Limine no.2 to Prelcude Improper
                Expert Testimony from Stephen H. Kalos (lg)
                [Entry date 08/18/03]

8/15/03  344    SEALED Reply in Further Support Filed by Pharmastem Inc
                [312-1] of its motion in Limine no.3 to Preclude defts.
                from referring to injuctive relief that may be sought as a
                result of a finding of infringement (lg)
                [Entry date 08/18/03]

8/15/03  345    SEALED Reply in Support Filed by Pharmastem Inc [313-1] of
                its motion in Limine no.4 to Exclude Decision of the
                European Patent Office from Evidence (lg)
                [Entry date 08/18/03]

8/15/03  346    SEALED Reply in Further Support Filed by Pharmastem Inc
                [314-1] of its motion in Limine no.5 to Exclude All
                Discovery Relating to Settlement Negotiations regarding
                Patent License Agreements (lg) [Entry date 08/18/03]

8/15/03  347    SEALED Reply in Further Support Filed by Pharmastem Inc
                [315-1] of its motion in Limine no. 6 to Preclude defts.
                from Referring to the Ownership or Assignment of the
                patents-In-Suit (lg) [Entry date 08/18/03]

8/15/03  348    Reply in Support Filed by the Dfts [324-1] of motion in
                Limine to Exclude and Limit the Testimony by malcolm Moore,
                PH.D. and Irwin D. Bernstein, M.D. in Pltf's Case in Chief
                (MIL #2) (lg) [Entry date 08/18/03]

8/15/03  349    Dfts Reply to Pltf's Opposition to Their [328-1] motion in
                Limine to Restrict Pltf's Evidence and Arguments on Proof
                of Infringement Based on Pltf's Representations to the
                Patent Office (MIL #4) (lg) [Entry date 08/18/03]

8/15/03  350    Reply in Support Filed by the Dfts [330-1] of motion in
                Limine to Exclude "Expert" Testimony of Mary J. Hendrix
                (MIL #5) (lg) [Entry date 08/18/03]

8/15/03  351    Dfts' Reply to Pltf's Opposition to Dfts' [332-1] motion in
                Limine to Exclude the Testimony of Dr. Edward Boyse (MIL
  ⌣             #6) (lg) [Entry date 08/18/03]

8/15/03  352    Reply in Support of the Dfts' [334-1] motion in Limine to
                Exclude Evidence of Cryo-Cell International, Inc.'s
                Agreements with Foreign Affiliates (MIL #7) (lg)
                [Entry date 08/18/03]

8/15/03  353    Reply in Support of Dfts' [336-1] motion in Limine to
                Exclude Denigrating Comments as to the Source of a Prior
                Art Reference (MIL #8) (lg) [Entry date 08/18/03]

8/15/03  354    Reply in Support of Dfts' [338-1] motion in Limine to
                Exclude Evidence Regarding Prosecution of Purportedly
                "Related" Patents (MIL #9) (lg) [Entry date 08/18/03]

8/18/03   355    SEALED Joint Proposed Pre-trial Order Volume **1** - Tabs A-K
                 (lg) [Entry date **08/19/03**]

8/18/03   356    SEALED Joint Proposed Pre-trial Order Volume **2** - Tabs L-X
                 (lg) [Entry date **08/19/03**]

8/18/03   357    Proposed Voir dire Questions by Pharmastem Inc (lg)
                 [Entry date **08/19/03**]

8/18/03   358    Proposed Voir Dire Questions by the Defendants (lg)
                 [Entry date **08/19/03**]

8/18/03   359    Proposed Special Verdict Form filed by Pharmastem Inc (lg)
                 [Entry date **08/19/03**]

8/18/03   360    Proposed Jury Verdict Form filed by the Defendants (lg)
                 [Entry date **08/19/03**]

8/19/03   361    [REVISED] Proposed Jury instructions by the parties (lg)
                 [Entry date 08/20/03]

8/27/03   362    Exhibit B video tapes **1** and **2** of Dr. Edward Boyse in
                 support of defts. motion in limine to exclude the testimony
                 of Dr. Edward Boyse (gp) [Entry date **08/28/03**]

8/28/03   363    Letter request from counsel for deft. CBR Systems,
                 requesting that pretrial conf. currently schduled for
                 **09/08/03** at 9:00 be moved to 10:00 a.m., no opposition (gp)
                 [Entry date **08/29/03**]

8/29/03   --     Deadline updated;  reset Scheduling Order Deadlines:
                 pretrial conference by 10:00 **9/8/03** (gp)

8/29/03   364    Letter from cnsl. confirming pretrial conf. time reset from
                 9:00 to 10:00 a.m. (gp) [Entry date **09/02/03**]

9/5/03    365    2ND PROPOSED REVISED JURY INSTRUCTIONS (gp)

9/5/03    366    Defendant's Revised Proposed Special verdict Form (gp)
                 [Entry date **09/08/03**]
ˇ

9/8/03    --     Pre-trial conference  held (rpt. Gunning) arguments of
                 cnsl. on motions in limine; oral order Judge Sleet denying
                 pltfs. motions in limine DI nos. **311, 312,** and **315** and
                 reserving as to DI nos. **310, 313** and **314;** oral Order Judge
                 Sleet granting defts. Motions in limine DI nos. **326, 336,**
                 and **338,** and denying **328, 330** and **334,** defts. DI no. **322**
                 moot; and as to defts. motion in limine DI **324** pltf. to
                 supplement report and expert deposed by defts.voir dire
                 conf, continued; cnsl. to confer on prelim. and final
                 instructions; court will impanel jury on Fri. 10/10/03 (ct.
                 will notify cnsl. of time); prelim.instructions and trial
                 to begin on Tue.10/14/03 at 8:30 court to sit until 5:00;
                 time allocated 50/50 (gp)

9/9/03    367    MOTION by Pharmastem Inc for Amanda M. Fox, and Radhika
                 TAndon of Perkins Coie to Appear Pro Hac Vice re: [367-1]
                 motion (gp) [Entry date 09/10/03]

9/10/03   368    STIPULATION of dismissal as to deft. StemCyte with
                 prejudice (gp) [Entry date **09/11/03**]

9/10/03  369   Defendants' Proposed Limiting Instruction re: the Relevance
               of the EPO Opinion (gp) [Entry date 09/11/03]

9/10/03  370   NOTICE of Pursuant to 35 USC Sec. 282 by Viacell Inc,
               Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells
               Tech Inc, Bio-cell Inc (gp) [Entry date 09/11/03]

9/11/03  --    So Ordered  granting [367-1] motion for Amanda M. Fox, and
               Radhika TAndon of Perkins Coie to Appear Pro Hac Vice (
               signed by Judge Gregory M. Sleet ) Notice to all parties.
               (gp)

9/11/03  371   Letter from counsel for Pharmastem in response to defts.
               submission of proposed jury in struction related to the EPO
               opinion (gp) [Entry date 09/15/03]

9/12/03  372   Letter from counsel for defts. in response to Pharmstem's
               letter of 09/11/03 re: proposed jury instruction (gp)
               [Entry date 09/15/03]

9/17/03  373   TRANSCRIPT filed  for dates of 09/08/03 (gp)

9/22/03  374   MOTION by Viacell Inc for Elaine Herrmann Blais and Teresa
               Dillingham of Goodwin Procter to Appear Pro Hac Vice re:
               [374-1] motion (gp) [Entry date 09/23/03]

9/22/03  375   NOTICE of Subpoena upon John Haines by Viacell Inc,
               Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells
               Tech Inc (gp) [Entry date 09/23/03]

9/22/03  376   CERTIFICATE OF SERVICE by Corcell Inc of supplemental
               responses to pltfs interrog. nos. 7 and 10-13 (gp)
               [Entry date 09/23/03]

9/23/03  --    So Ordered  granting [374-1] motion for Elaine Herrmann
               Blais and Teresa Dillingham of Goodwin Procter to Appear
               Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to
               all parties. (gp)

9/24/03  377   CERTIFICATE OF SERVICE by Birthcells Tech Inc supplemental
               responses to pltf. interrog. nos. 7 and 10-13 (gp)
               [Entry date 09/25/03]

9/25/03  378   CERTIFICATE OF SERVICE by Cyro-Cell Inc of supplemental
               responses to pltf. interrog. no. 7 and 10-13 (gp)
               [Entry date 09/26/03]

9/25/03  379   CERTIFICATE OF SERVICE by Viacell Inc of 4th supplemental
               answers and objections to pltf. interrog. nos. 1,10,13-16
               (gp) [Entry date 09/26/03]

9/30/03  380   MEMORANDUM AND ORDER granting PharmaStem's [313-1] motion in
               Limine no.4 to Exclude Decision of the European Patent
               Office from Evidence that ViaCell may not introduce the
               07/21/99 decision of the European Patent OFfice into
               evidence ( signed by Judge Gregory M. Sleet )  copies to:
               cnsl. [ORAL ORDER JUDGE SLEET 10/23/03 REVERSING DECISION TO
               EXCLUDE EVIDENCE RELATING TO 7/21/99 Decision of the EPO)
               (gp) [Edit date 10/27/03]

9/30/03  381   Stipulated Preliminary Jury instructions (gp)

| 10/2/03 | 382 | NOTICE by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells Tech Inc  to take deposition of Joseph J. Day, Jr. on 10/06/03 (gp) [Entry date 10/03/03] |
|---------|-----|---|

10/7/03   383   MEMORANDUM AND ORDER granting [314-1] motion in Limine no.5 to Exclude All Discovery Relating to Settlement Negotiations regarding Anthrogenesis and Stembanc licenses; granting Viacell's cross-motion in limine to exclude Anthrogenesis and Stemback license agreements and to prelcude Russell Parr from relying on those licenses as a factor in determing a reasonable royalty reate; that the parties experts may not rely on the Anthrogenesis and Stembanc licenses or any documents or evidence pertaining to negotiations of the those licenses to calculate a reasonable royalty rate or to challenge the opposing parties calculation of a reasonable royalty rate ( signed by Judge Gregory M. Sleet )  copies to: cnsl. (gp)

10/8/03   384   MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells Tech Inc in Limine to Exclude Testimony of Malcolm Moore, or in the Alternative to Limit him to the Four Corners of his Initial Report re: [384-1] motion [Sealed] (gp) [Entry date 10/09/03]

10/9/03   385   3RD PROPOSED REVISED Jury instructions (gp)

10/9/03   386   3RD PROPOSED JURY VERDICT FORM by defts (gp)

10/9/03   387   Letter from counsel for defts. regarding their 3rd proposed verdict form (gp)

10/9/03   388   PROPOSED REVISED SPECIAL VERDICT FORM by PharmaStem (gp) [Entry date 10/10/03]

10/10/03 --   Jury trial held before Judge Sleet (rpt. Maurer) day 1; voir dire jury selection (gp)

10/10/03 389   Voir dire questions (gp)

10/10/03 --   Jury impaneled and sworn (gp)

10/10/03 390   Steno Notes for 10/10/03 (rpt.Gaffigan) (gp) [Entry date 10/14/03]

10/10/03 391   MEMORANDUM by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc  re: the evidentiary use of proceedings in teh European Patent Office (gp) [Entry date 10/14/03]

10/14/03 392   MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc in Limine to exclude pltf Demonstrative Exhibit A granted Judge Sleet (gp)

10/14/03 393   MEMORANDUM by Pharmastem Inc  in opposition to [391-1] memorandum by defts. regarding evidentiary use of proceedings in the European Patent Office (gp)

10/14/03 --   Jury trial held Day 2 (rpt. Gunning) renewed motion by defts. to exclude testimony of expert wit. Dr. Boyse withdrawn; arguments of cnsl. on defts. motion to exclude pltf. demonstrative exh. A; granted Judge Sleet; arguments of cnsl. on defts. obj. to pltf. exh. nos. 20, 23,33,422

                        and 484; oral motion  by deft~.to sequester wit.; granted
                        Judge Sleet; Court's Preliminary Instructions to the jury;
                        pltf. opn. stmts. defts. opn. stmts. (gp)
                        [Entry date 10/15/03]

10/14/03 394    Court's Preliminary Jury instructions (gp)
                [Entry date 10/15/03]

10/14/03 395    CERTIFICATE OF SERVICE by Pharmastem Inc of supplement to
                expert damages report of Russell L. Parr (gp)
                [Entry date 10/15/03]

10/15/03 --     Jury trial Day 3 held (rpt. Maurer/Gaffigan) (gp)
                [Entry date 10/16/03]

10/16/03 396    Answer (Opposition) Brief Filed by Pharmastem Inc [384-1]
                motion in Limine to Exclude Testimony of Malcolm Moore, or
                in the Alternative to Limit him to the Four Corners of his
                Initial Report (gp)

10/16/03 --     Jury trial Day 4 held (rpt. Gunning) (gp)

10/17/03 397    Steno Notes for 10/15/03 (rpt. Gaffigan) (gp)

10/17/03 --     Jury trial held Day 5 (rpt. Gaffigan/Maurer) voir dire of
                ptlf. expert wit. Mary Hendrix; oral Order Judge Sleet
                denying mtoion of deft. to exclude expert testimony of
                Hendrix; oral motion by CBR and joined by ViaCell,
                Cryo-Cell and Corcell to strike testimony of Mary Hendrix;
                denied Judge Sleet; plaintiff's case-in-chief. (gp)

10/17/03 398    Steno Notes for 10/17/03 (rpt. Gaffigan) (gp)
                [Entry date 10/20/03]

10/20/03 399    MOTION by CBR Systems Inc for Judgment as a Matter of Law
                on the issue of Willful Infringement re: [399-1] motion (gp)

10/20/03 --     Jury trial held Day 6 (rpt. Gunning) court directed parties
                to continue to work on jury instructions and verdict forms
                to resolve disputes; parties to submit letters. w/respect
                to their position on verdict form (gp)

10/21/03 --     So Ordered  granting [368-1] dismissal of between
                PharmaStem and StemCyte of all claims and counterclaims
                with prejudice each party to bear own atty.fees and costs(
                signed by Judge Gregory M. Sleet ) Notice to all parties.
                (gp)

10/21/03 --     Jury trial held Day 7 (rpt. Gaffigan/Maurer) (gp)

10/22/03 400    Answer (Opposition) Brief Filed by Pharmastem Inc [399-1]
                motion for Judgment as a Matter of Law on the issue of
                Willful Infringement (gp)

10/22/03 401    Steno Notes for 10/21/03  (rpt.Gaffigan) (gp)

10/22/03 --     Jury trial held Day 8 (rpt. Gunning) arguments of cnsl. on
                motion by deft. CBR for JMOL on issue of Willful
                Infringement; denied w/out prejudice Judge Sleet; oral
                motion by Pharmastem to strike testimony of Dr. John Wagner
                or in the alternative to give instruction; denied Judge
                Sleet (gp) [Entry date 10/23/03]

10/23/03 --       Jury trial held Day 9 (rpt. Gaffigan/Maurer) Oral Order
                  Judge Sleet Reversing decision on its ruling on pltf motion
                  in limine to exclude evidence of the 07/21/53 decision of
                  the European Patent Ofifce (EPO); defts. will be permitted
                  to use decision of EPO; defendants-case-in-chief
                  w/exception of recalling Larry Nixon; pltf. permitted to
                  reopen case to allow for testimony of Mr. Adelman; ptlfs.
                  rebuttal case; oral motion of defts in limine to exclude
                  certain testimony of rebuttal wit. Gerald Bjorge and
                  Malcolm Moore; reserved parties to confer and attempt to
                  resolve (gp) [Entry date 10/24/03]

10/24/03 402      The Court's Limiting Jury instructions regarding the timing
                  of evidence and relevance of the EPO Opinion (gp)

10/24/03 403      Letter from cnsl. for defts. regarding remaining disputed
                  jury instructions and issues relating to the verdict from
                  (gp)

10/24/03 404      Letter from PharmaStem regarding issues relating to verdict
                  form and jury instructions (gp)

10/24/03 405      Proposed 2ND Revised Verdict from filed by Pharmastem Inc
                  (gp)

10/24/03 406      MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                  Systems Inc for Judgment as a Matter of Law re: [406-1]
                  motion (gp)

10/24/03 407      MOTION by Viacell Inc for Judgment as a Matter of Law
                  re: [407-1] motion (gp)

10/24/03 408      3RD PROPOSED JOINT FINAL JURY INSTRUCTIONS (gp)

10/24/03 409      MOTION by Cyro-Cell Inc, Corcell Inc for Judgment as a
                  Matter of Law on the issues of Infringement, Laches and
                  Willful Infringement re: [409-1] motion (gp)

10/24/03 410      Steno Notes for 10/23/03 (rpt. Gaffigan) (gp)

10/24/03 411      MOTION by CBR Systems Inc for Judgment as a Matter of Law
                  re: [411-1] motion (gp)

10/24/03 412      MOTION by Pharmastem Inc for Judgment as a Matter of Law
                  with respect to Viacell's Walker Process Antitrust
                  Counterclaim re: [412-1] motion (gp)

10/24/03 --       Jury trial held Day 10 (rpt. Gunning) pltf rebuttal case
                  concludes; all motion for JMOL reserved Judge Sleet; charge
                  conference held (gp) [Entry date 10/27/03]

10/26/03 413      Letter from counsel for ViaCell regarding scope of
                  plaintiff's rebutal closing argument (gp)
                  [Entry date 10/27/03]

10/27/03 414      Proposed Verdict Sheet filed by Pharmastem Inc, Viacell
                  Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc (gp)

10/27/03 415      Answer (Opposition) Brief Filed by Pharmastem Inc [406-1]
                  Joint motion by defts. for Judgment as a Matter of Law (gp)

10/27/03 416    Answer (Opposition) Brief Filed by Pharmastem Inc [407-1]
                motion by ViaCell for Judgment as a Matter of Law on isse
                of infringement, laches intervening rights and willful
                infringement (gp)

10/27/03 417    Answer (Opposition) Brief Filed by Pharmastem Inc [409-1]
                motion by Corcella nd Cryo-Cell's for Judgment as a Matter
                of Law on the issues of Infringement, Laches and Willful
                Infringement (gp)

10/27/03 418    Answer (Opposition) Brief Filed by Pharmastem Inc [411-1]
                motion by CBR for Judgment as a Matter of Law (gp)

10/27/03 419    MOTION by Pharmastem Inc for Judgment as a Matter of Law
                with respect to defts claims of invalidity and inequitable
                conduct and the Fraud Element of ViaCell's Antitrust Claim
                re: [419-1] motion (gp)

10/27/03 420    MOTION by Pharmastem Inc for Judgment as a Matter of Law
                that defts Infringe the Patents-In-Suit re: [420-1] motion
                (gp)

10/27/03 421    The Court's Final Jury instructions (gp)

10/28/03 --     Jury trial held Day 11 (rpt. Gaffigan/Maurer) Court's Final
                Instructions to the Jury; closing arguments of cnsl.;
                jurors excused until 8:30 10/28/03 to begin deliberations
                (gp)

10/28/03 --     Jury trial held Day 12 (rpt. Maurer) Bailiff Sworn: Jury
                Deliberations Begin; jurors excused from deliberations
                until 8:45 Wed. 10/29/03 (gp)

10/28/03 422    ORDER directing USM provide meals for the jury on 10/27/03
                and 10/28/03( signed by Judge Gregory M. Sleet ) copies to:
                Finance (gp)

10/28/03 423    Steno Notes for 10/27/03 (rpt. Gaffigan) (gp)

10/29/03 424    Letter brief from PharmaStem on issue of contributory
                infringement and jury instruction 4.4 which addresses
                contributory infringement (gp)

10/29/03 425    Letter brief from Defendants regarding issue of
                contributory infringement (gp)

10/29/03 426    ORDER directing that USM provide meal for jury( signed by
                Judge Gregory M. Sleet ) copies to: Finance (gp)
                [Edit date 10/29/03]

10/29/03 --     Jury trial held Day 13 (rpt. Gunning); jury deliberations
                resume; arguments of cnsl. on issue relating to instruction
                4.4 Contributory Infringement; the Court's amended
                instruction 4.4 on Contributory Infringement to the jury;
                3:01 VERDICT IN FAVOR OF PHARMASTEM AND AGAINST
                DEFENDANTS:VIACELL, INC., CRYO-CELL INTL., INC., CORCELL
                INC., AND CBR SYSTEMS; FINDING REASONABLE ROYALTY RATE OF
                6.125% AND FINDING IN FAVOR OF COUNTERCLAIM PLAINTIFF
                PHARMASTEM and AGAINST COUNTERCLAIM DEFT. VIACELL ON ITS
                ANTITRUST COUNTERCLAIM; JURY POLLED; VERDICT RECORDED;
                cnsl.to submit stip.brief scheduled JMOL motions (gp)

10/29/03 427    JURY VERDICT FORM FILED (gp)

10/29/03 428    Jury notes filed (gp)

10/30/03 429    JUDGMENT for Pharmastem Inc against Viacell Inc, Cyro-Cell
                Inc, Corcell Inc, CBR Systems Inc for $7,124,333.92; and
                entering judgment on Viacell's Antitrust counterclaim in
                favor of Pharmastem and against Viacell (signed by Judge
                Gregory M. Sleet )  copies to: cnsl. (gp)
                [Edit date 10/30/03]

10/30/03 --     JUDGMENT registered against defendant Viacell Inc,
                defendant Cyro-Cell Inc, defendant Corcell Inc, defendant
                CBR Systems Inc (gp)

10/30/03 --     Final Report to Commissioner of Patents and Trademarks.
                Exit original. (gp)

10/30/03 --      Case closed (gp)

10/31/03 430    TRANSCRIPT filed  for dates of 10/10/03 (gp)
                [Entry date 11/03/03]

10/31/03 431    TRANSCRIPT filed  for dates of 10/14/03 (gp)
                [Entry date 11/03/03]

10/31/03 432    TRANSCRIPT filed  for dates of 10/15/03 (gp)
                [Entry date 11/03/03]

10/31/03 433    TRANSCRIPT filed  for dates of 10/16/03 (gp)
                [Entry date 11/03/03]

10/31/03 434    TRANSCRIPT filed  for dates of 10/17/03 (gp)
                [Entry date 11/03/03]

10/31/03 435    TRANSCRIPT filed  for dates of 10/20/03 (gp)
                [Entry date 11/03/03]

10/31/03 436    TRANSCRIPT filed  for dates of 10/21/03 (gp)
                [Entry date 11/03/03]

10/31/03 437    TRANSCRIPT filed  for dates of 10/22/03 (gp)
                [Entry date 11/03/03]

10/31/03 438    TRANSCRIPT filed  for dates of 10/23/03 (gp)
                [Entry date 11/03/03]

10/31/03 439    TRANSCRIPT filed  for dates of 10/24/03 (gp)
                [Entry date 11/03/03]

10/31/03 440    TRANSCRIPT filed  for dates of 10/27/03 (gp)
                [Entry date 11/03/03]

10/31/03 441    TRANSCRIPT filed  for dates of 10/28/03 (gp)
                [Entry date 11/03/03]

10/31/03 442    TRANSCRIPT filed  for dates of 10/29/03 (gp)
                [Entry date 11/03/03]

11/5/03  443    Steno Notes for 10/10/03 - 10/29/03 (Maurer) (gp)

11/7/03  444    STIPULATION re: POST TRIAL BRIEFING (gp)
                [Entry date 11/12/03]

11/7/03   --    Case reopened (gp) [Entry date 11/12/03]

11/13/03  --    So Ordered  granting [444-1] stipulated post trial brief
                schedule as follows: opening brief in support due 12/15/03;
                answer brief due 1/20/04 and reply due 02/03/04 ( signed by
                Judge Gregory M. Sleet ) Notice to all parties. (gp)

11/13/03 445    STIPULATION staying execution of judgment pending
                resolution of post-trial motions (gp) [Entry date 11/17/03]

11/13/03 446    COMBINED POST-TRIAL MOTION by Pharmastem Inc for Enhanced
                Damages, Attorneys' Fees, Pre-Judgment Interest and Post
                Judgment Interestopn.brief in support due 12/15/03; Answer
                Brief due 1/20/04 re: [446-1] motion (gp)
                [Entry date 11/17/03]

11/13/03 447    MOTION by Pharmastem Inc for Permanent
                Injunctionopn.brief due 12/15/03; Answer Brief due 1/20/04
                 re: [447-1] motion (gp) [Entry date 11/17/03]

11/13/03 448    JOINT MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc,
                CBR Systems Inc for Judgment as a Matter of Law or in the
                alternative for New Trial, or for Remittitur and Motion for
                Findings by the Court and/or to Alter or Amend Judgment
                and/or the Court's Equitable Power opn.brief due 12/15/03;
                Answer Brief due 1/20/04  re: [448-1] motion (gp)
                [Entry date 11/17/03]


11/17/03  --    So Ordered  granting [445-1] stipulation staying execution
                of judgment pending until (30) days after the court's
                disposition of hte post-trial motions, or until a notice of
                appeal and supersedeas bond have been filed ( signed by
                Judge Gregory M. Sleet ) Notice to all parties. (gp)

12/5/03  449    AMENDMENT TO STIPULATION for Stay of Execution pending
                resolution of post-trial motions (gp) [Entry date 12/09/03]

12/10/03  --    So Ordered  granting [449-1] Amendment to Stipulation for
                Stay of Execution Pending resolution of post-trial motions
                see stip. for further details( signed by Judge Gregory M.
                Sleet ) Notice to all parties. (gp) [Entry date 12/11/03]

12/12/03 450    STIPULATION extending page limits for post-trial briefing
                common to all defts (gp) [Entry date 12/16/03]

12/12/03 451    STIPULATION approving deposit by deft. ViaCell in lieu of
                bond for stay of execution pending resolution of post-trial
                motions (gp) [Entry date 12/16/03]

12/12/03 452    STIPULATION approving deposit by deft CBR System in lieu of
                bond for stay of execution pending resolution of post-trial
                motions (gp) [Entry date 12/16/03]

12/12/03 453    STIPULATION approving deposit by deft. Cryo-Cell in lieu of
                bond for stay of execution pending resolution of post-trial
                motions (gp) [Entry date 12/16/03]

12/12/03 454    STIPULATION approving deposit by deft. CorCell in lieu of
                bond for stay of execution pending resolution of post-trial
                motions (gp) [Entry date 12/16/03]

12/15/03 455    Opening Brief Filed by Pharmastem Inc [447-1] motion for
                Permanent Injunction - Answer Brief due 1/20/04 (gp)
                [Entry date 12/16/03]

12/15/03 456    Declaration of Philip Rovner in support of Pharmastem's
                motion for entry of permanent injunction [Sealed] (gp)
                [Entry date 12/16/03]

12/15/03 457    proposed Order filed by Pharmastem Inc [447-1] motion for
                Permanent Injunction (gp) [Entry date 12/16/03]

12/15/03 458    Opening Brief Filed by Pharmastem Inc [446-1] motion for
                Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
                and Post Judgment Interest  - Answer Brief due 1/20/04 (gp)
                [Entry date 12/16/03]

12/15/03 459    Proposed Order filed by Pharmastem Inc [446-1] motion for
                Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
                and Post Judgment Interest (gp) [Entry date 12/16/03]

12/15/03 460    Declaration of Philip Rovner Volumes 1 of 3 in support of
                Pharmastem's motion for enhanced damages, attorneys' fees,
                pre-judgment interest and post judgment interest [Sealed]
                (gp) [Entry date 12/16/03]

12/15/03 461    Declaration of Philip Rovner Volume 2 of 3 in support of
                Pharmastem's motion for enhanced damages, attorneys' fees,
                pre-judgment interest and post judgment interest [Sealed]
                (gp) [Entry date 12/16/03]

12/15/03 462    Declaration of Philip Rovner Volume 3 of 3 in support of
                Pharmastem's motion for enhanced damages, attorneys' fees,
                pre-judmgent interest and post judgment interest [Sealed]
                (gp) [Entry date 12/16/03]

12/15/03 463    Opening Brief Filed by Viacell Inc [448-1] motion for
                Judgment as a Matter of Law or in the alternative for New
                Trial, or for Remittitur and Motion for Findings by the
                Court and/or to Alter or Amend Judgment and/or the Court's
                Equitable Power  - Answer Brief due 1/20/04 (gp)
                [Entry date 12/16/03]

12/15/03 464    Opening Brief Filed by Viacell Inc in support of motion for
                judgment as a matter of law or, in the alternative for
                findings by the court and/or to alter or amend judgment and
                /or the court's equitable power (gp) [Entry date 12/16/03]

12/15/03 465    AFFIDAVIT of Chris Adams by Viacell Inc  Re: [464-1] in
                support of opening brief for judgment as a matter or lr, in
                the altenative for findings by the court and/or to alter or
                amend judgment  and /or the courts equitable power (gp)
                [Entry date 12/16/03]

12/15/03 466    CBR's Joinder in deft. Viacell's Memorandum in support of
                Joint Renewed Motions for Judgment as a matter of law or in
                the alternative for a new trial or for remittitur and
                Joinder in defts. Viacell's memorandum in support of motion
                for judgment as a matter of law, in the alternative for
                findings by the court and/or to alter or amend judmgent and
                /or the courts equitable power (gp) [Entry date 12/16/03]

12/15/03 467    MEMORANDUM by CBR Systems Inc  in support of its motion for
                judgment as a matter of law or, in the alternative, for a

                        new trial or for remittitur on issues pertaining to
                        infringement, damages, willfulness and intervening rights
                        (gp) [Entry date 12/16/03]

12/15/03  468           Appendix to Brief Filed by CBR Systems Inc  Appending in
                        support of [464-1] memorandum of motion for judgment as a
                        matter of law (gp) [Entry date 12/16/03]

12/15/03  469           MEMORANDUM by Cyro-Cell Inc, Corcell Inc  in support of
                        [448-1] motion for Judgment as a Matter of Law or in the
                        alternative for New Trial, or for other post-trial relief

                        (gp) [Entry date 12/16/03]

12/15/03  470           Appendix to Brief Filed by Viacell Inc  Appending [464-1]
                        Post Trial Motions [463-1] opening brief (gp)
                        [Entry date 12/16/03]

12/18/03  --            So Ordered  granting [450-1] stipulation extending page
                        limits for post-trial briefs ( signed by Judge Gregory M.
                        Sleet ) Notice to all parties. (gp)

12/18/03  --            So Ordered  granting [451-1] stipulation approving deposit
                        of $2,901,674.01 w/Wilmington Trust Co., by deft. ViaCell
                        granting 1452-11 stipulation approving deposit of
                        $2,913,969.75 w/Wilmington Trust Co. by deft. CBR;
                        granting [453-1] stipulation approving deposit of
                        $957,722.82 w/Wilmington Trust Co., by deft. Cryo-Cell;
                        granting [454-1] stipulation approving deposit of
                        $357,677.64 by deft. CorCell; in Lieu of Bond for Stay of
                        Execution Pending Resolution of Post-Trial Motions; SEE
                        STIP. FOR FURTHER DETAILS ( signed by Judge Gregory M.
                        Sleet ) Notice to all parties. (gp)

1/20/04   471           MEMORANDUM by Cyro-Cell Inc, Corcell Inc  in opposition to
                        [446-1] motion for Enhanced Damages, Attorneys' Fees,
                        Pre-Judgment Interest and Post Judgment Interest (gp)

1/20/04   472           Answer Brief Filed by Viacell Inc [446-1] motion for
                        Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
                        and Post Judgment Interest  - Reply Brief due 1/27/04 (gp)
                        [Entry date 01/22/04]

1/20/04   473           Defendant CBR's Joinder in Viacell's Opposition to
                        Pharmastem's Combined Motion for Enhanced Damages, Attorney
                        Fees, Pre-Judgment Interest and Post Judgment Interest and
                        in Viacell's Opposition to Pharmastem's motion for entry of
                        permanent injunction (gp) [Entry date 01/22/04]

1/20/04   474           Answer Brief Filed by CBR Systems Inc [447-1] motion for
                        Permanent Injunction  - Reply Brief due 1/27/04, [446-1]
                        motion for Enhanced Damages, Attorneys' Fees, Pre-Judgment
                        Interest and Post Judgment Interest  - Reply Brief due
                        1/27/04 (gp) [Entry date 01/22/04]

1/20/04   475           Declaration of of Randal Ivor-Smith in support of CBR's
                        opposition to Pharmastem's Combined motion for enhanced
                        damages, attorneys fees and pre-judgment interest and post
                        judgment interest, and Pharmastem's motion for entry of
                        permanent injunction (gp) [Entry date 01/22/04]

1/20/04   476           Appendix to Answer Brief in Opposition    Filed by CBR
                        Systems Inc Appending [474-1] answer brief [Sealed] (gp)
                        [Entry date 01/22/04]

1/20/04  477    Answer Brief Filed by Viacell Inc [447-1] motion for
                Permanent Injunction - Reply Brief due 1/27/04 [Sealed] (gp)
                [Entry date 01/22/04]

1/20/04  478    Answer Brief Filed by Pharmastem Inc [448-1] motion for
                Judgment as a Matter of Law or in the alternative for New
                Trial, or for Remittitur and Motion for Findings by the
                Court and/or to Alter or Amend Judgment and/or the Court's
                Equitable Power - Reply Brief due 1/27/04 (gp)
                [Entry date 01/22/04]

1/20/04  479    Declaration of Philip A. Rovner Volume 1 of 2 Exhs. A-M in
                support of Pharmastem's Opposition to Viacell's Join
                Renewed motions for judgment as a matter of law or in the
                alternative for a new trial or for remittitur (gp)
                [Entry date 01/22/04]

1/20/04  480    Declaration of Philip A. Rovner Volume 2 of 2 Exhs. N-MM in
                support of Pharmastem's Opposition to Viacell's Joint
                renewed motions for judgment as a matter of law or in the
                alternative for a new trial or remittitur (gp)
                [Entry date 01/22/04]

1/20/04  481    Answer (Opposition) Brief Filed by Pharmastem Inc to CBR's
                motion for judgment as a matter of law or in the
                alternative for a new trial or for remittitur on issues
                pertainining to infringement damages willfulness and
                intervening rights (gp) [Entry date 01/22/04]

1/20/04  482    Declaration of Philip A. Rovner Volume 1 of 2 Exhs A-G in
                support of Pharmastem's Opposition to CBR's motion for
                judgment as a matter of law or in the alternative for a new
                tiral or for remittitur on issues pertaining to
                infringement, damages willfulness and intervening rights (gp)
                [Entry date 01/22/04]

1/20/04  483    Declaration of Philip A. Rovner Volume 2 of 2 Exhs. H-T in
                support of Pharmastem's Opposition to CBR's motion for
                judgment as a matter of law or in the alternative for a new
                trial or for remittitur on issues pertaining to
                infringement, damages, willfulness and intervening rights
                (gp) [Entry date 01/22/04]

1/20/04  484    Answer (Oppositino) Brief Filed by Pharmastem Inc to
                Corcell's and Cryo-Cell's Joint renewed motions for
                judgment as a matter of law or int he alternative for a new
                trial or for other post-trial relief (gp)
                [Entry date 01/22/04]

1/20/04  485    Declaration of Philip A. Rovner Volume 1 of 2 Exhs. A-J in
                support of Pharmastem's Opposition to Corcell's and
                Cryo-Cell's joint renewed motions for judgment as a matter
                of law or in the alternative for new trial or for other
                post trial relief (gp) [Entry date 01/22/04]

1/20/04  486    Declaration of Philip A. Rovner Volume 2 of 2 Exhs K-BB in
                support of Pharmastem's Opposition to Corcell's and
                Cryo-Cell's joint renewed motions for judgment as a matter
                of law or in the alternative for a new trial or for other
                post trial relief (gp) [Entry date 01/22/04]

1/20/04  487    MOTION by Pharmastem Inc to Strike the Affidavit of Chris
                Adams Answer Brief due 2/3/04  re: [487-1] motion (gp)
                [Entry date 01/22/04]

1/20/04  488     Opening Brief Filed by Pharmastem Inc [487-1] motion to
                Strike the Affidavit of Chris Adams (gp)
                [Entry date 01/22/04]

1/20/04  --     Answer (Opposition) Brief Filed by Pharmastem Inc to
                Viacell's motion for judgment as a matter of law or, in the
                alternative for findings by the Court and/or to alter or
                amend judgment and/or the court's equitable power [FOR
                ANS.BRIEF SEE DI 488] (gp) [Entry date 01/22/04]

1/20/04  489    Declaration of Philip A. Rovner Volume 1 of 2 Exhs A-D in
                support of Pharmastem's Opposition to Viacell's motion for
                judgment as a matter of law or in the alternative for
                findings by the court and/or to alter or amend judgment
                and/or the court's equitable power and in support of its
                Motion to Strike the affidavit of Chris Adams (gp)
                [Entry date 01/22/04]

1/20/04  490    Declaration of Philip A. Rovner Volume 2 of 2 Exhs. E-K in
                support of Pharmastem's Oppositition to Viacell's motion
                for judgment as a matter of law or in the alternative for
                findings by the court and or to alter or amend judgment
                and/or the court's equitable power and in support of its
                Motion to Stirke the affidavit of Chris Adams (gp)
                [Entry date 01/22/04]

2/3/04   491    Reply Brief Filed by Pharmastem Inc [446-1] motion for
                Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
                and Post Judgment Interest (gp) [Entry date 02/04/04]

2/3/04   492    Declaration of Philip A. Rovner in support of Pharmastem's
                reply brief to ViaCell's Opposition to Pharmastem's
                Combined Motion for Enhanced Damages, Attorney's Fees,
                Pre-Judgment Interest and Post Judgment-Interest (gp)
                [Entry date 02/04/04]

2/3/04   493    Reply Brief Filed by Pharmastem Inc [447-1] motion for
                Permanent Injunction [Sealed] (gp) [Entry date 02/04/04]

2/3/04   494    Declaration of Nicholas Didier in support of Pharmastem's
                reply brief to ViaCell's opposition to Pharmastem's motion
                for entry of permanent injunction [Sealed] (gp)
                [Entry date 02/04/04]

2/3/04   495    Declaration of Philip Rovner in support of Pharmastem's
                reply brief to Viacell's opposition to motion for entry of
                permanent injunction (gp) [Entry date 02/04/04]

2/3/04   496    Answer (Opposition) Brief Filed by Viacell Inc [487-1]
                motion to Strike the Affidavit of Chris Adams  - Reply
                Brief due 2/10/04 (gp) [Entry date 02/04/04]

2/3/04   497    Reply Brief Filed by Viacell Inc [448-1] motion for
                Judgment as a Matter of Law or in the alternative for New
                Trial, or for Remittitur and Motion for Findings by the
                Court and/or to Alter or Amend Judgment and/or the Court's
                Equitable Power (gp) [Entry date 02/04/04]

2/3/04   498    Reply Brief Filed by Viacell Inc in support of Joint

Renewed Motions for Judgment as a Matter of Law Under FRCP 50 or in the Alternative for a New Trial under FRCP 59 (or for remittitur) (gp) [Entry date 02/04/04]

2/3/04    499    CBR's Joinder in deft. ViaCell's Reply brief in support of Joint Renewed motions for Judgment as a Matter of Law under FRCP 50 or in the Alternative for a New Trial under FRCP 59 (or for remittitur) and in Defendant's Reply brief in support of motion for judgment as matter of law or in the alternative for findings by the court and/or to alter or amend judgment and/or for court's equitable power (gp) [Entry date 02/04/04]

2/3/04    500    Reply Brief Filed by CBR Systems Inc [448-1] motion for Judgment as a Matter of Law or in the alternative for New Trial, or for Remittitur on issues pertaining to infringement damages willfulness and intervening rights (gp) [Entry date 02/04/04]

2/3/04    501    Appendix to Brief Filed by CBR Systems Inc  Appending [500-1] reply brief [Sealed] (gp) [Entry date 02/04/04]

2/3/04    502    Reply Brief Filed by Pharmastem Inc to CBR's opposition to Pharmastem's combined motion for enhanced damages, attorney's fees, pre-judgment interest and post-judgment interest and Pharmastem's motion for entry of permanent injunction (gp) [Entry date 02/04/04]

2/3/04    503    Declaration of Philip A. Rovner in support of Pharmastem's reply to CBR's opposition to Pharmastem's combined motion for enhanced damages, attys. fees, pre-judgment int., and post-judgment int., and Pharmastem's motion for entry of permanent injunction (gp) [Entry date 02/04/04]

2/3/04    504    Reply Brief Filed by Pharmastem Inc to CorCell's and Cryo-Cell's opposition to Pharmastem's combined motion for enhanced damages, atty.fees, pre-judgment int., and post-judgment int., and Pharmastem's motion for entry of permanent injunction (gp) [Entry date 02/04/04]

2/3/04    505    Declaration of Philip A. Rovner in support of Pharmastem's reply brief to CorCell's and Cryo-Cell's opposition to Pharmastem's combined motion for enhanced damages, atty.fees., pre-judgment int., and post-judgment int., and Pharmastem's motion for entry of permanent injunction (gp) [Entry date 02/04/04] [Edit date 02/05/04]

2/3/04    506    UNOPPOSED MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc to Extend Page Limit for Post-Trial Briefs Common to all defts. re: [22-1] motion (gp) [Entry date 02/04/04] [Edit date 02/05/04]

2/3/04    507    Reply Brief Filed by Cyro-Cell Inc, Corcell Inc in support of defts. joint renewed motions for judgment as a matter of law under FRCP 50 or in the alternative for a new trial or for other post trial relief (gp) [Entry date 02/04/04] [Edit date 02/05/04]

2/5/04    --    So Ordered  granting [22-1] motion to Extend Page Limit for Post-Trial Briefs Common to all defts. ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp)

2/10/04    508    Reply Brief Filed by Pharmastem Inc [487-1] motion to Strike

                    the Affidavit of Chris Adams [Sealed] (gp)
                    [Entry date 82/13/04] [Edit date 02/13/04]

2/10/04    509     Declaration of Philip Rovner in further support of
                   Pharmastem's motion to strike the affidavit of Chris Adams
                   (gp) [Entry date 02/13/04]

2/20/04    510     MOTION by Viacell Inc to Strike New Arguments and Evidence
                   submitted in Pharmastem's reply briefs or in the Alernative
                   for Leave to Take Discovery Regarding and Respond to New
                   Arguments and Evidence Answer Brief due 3/5/04 re: [510-1]
                   motion (gp) [Entry date 02/23/04]

3/5/04     511     Answer Brief Filed by Pharmastem Inc [510-1] motion to
                   Strike New Arguments and Evidence submitted in Pharmastem's
                   reply briefs or in the Alernative for Leave to Take
                   Discovery Regarding and Respond to New Arguments and
                   Evidence  - Reply Brief due 3/12/04 (Or in the alternative,
                   for leave to take discovery regarding and respond to new
                   arguments and evidence) (aw) [Entry date 03/08/04]

3/5/04     511     MOTION by Pharmastem Inc For Leave to Take Discovery
                   Regarding and Respond to new Arguments and Evidence Answer
                   Brief due 3/19/04 re: [511-1] motion (aw)
                   [Entry date 03/08/04]

3/5/04     512     Declaration of Nicholas Didier in Support Of Pharmastem
                   Therapeutic, Inc.'s Opposition to Defendant Viacell, Inc.'s
                   Motion to Strike New Arguments and Evidence submitted in
                   Pharmastem's Reply Briefs, or in the Alternative, For Leave
                   to Take Discovery Regarding and Respond to New Arguments
                   and Evidence (Deficiency issued for Lack of Original
                   Signature) (aw) [Entry date 03/08/04]

3/8/04     513     Original Declaration of Nicholas Didier in support of
                   Pltf's Opposition to Dft ViaCell's Motion to Strike New
                   Arugments and Evidence Submitted in Pltf's Reply Briefs (lg)
                   [Entry date 03/09/04]

3/12/04    514     Reply Brief Filed by Viacell Inc [510-1] motion to Strike
                   New Arguments and Evidence submitted in Pharmastem's reply
                   briefs or in the Alernative for Leave to Take Discovery
                   Regarding and Respond to New Arguments and Evidence (aw)
                   [Entry date 03/15/04]

3/12/04    515     Letter from counsel to the defendant to Judge Sleet RE:
                   Possible Oral Argument on the Motion to Strike (aw)
                   [Entry date 03/15/04]

6/30/04    516     MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                   Systems Inc, Birthcells Tech Inc, Bio-cell Inc  with
                   Proposed Order For Temporary Restraining Order and
                   Injunctive Relief While Court's Ruling on Post-Trial
                   Motions is Pending Answer Brief due 7/14/04 re: [516-1]
                   motion (aw) [Entry date 07/01/04]

6/30/04    517     SEALED Declaration of Philip M. Howard (aw)
                   [Entry date 07/01/04]

6/30/04    518     SEALED Declaration of Helen Rene Stutzman in Support of
                   Defendant's Motion for Injunctive Relief Pending the
                   Court's Ruling on Post-Trial Motions (aw)
                   [Entry date 07/01/04]

6/30/04   519    SEALED Declaration of Corinne Paquin in Support of
                 Defendants' Motion for Injunctive Relief Pending the
                 Court's Ruling on Post-Trial Motions (aw)
                 [Entry date 07/01/04]

6/30/04   520    SEALED Declaration of Gerald Maass (aw)
                 [Entry date 07/01/04]

6/30/04   521    MEMORANDUM OF POINTS AND AUTHORITIES Filed by Viacell Inc,
                 Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells
                 Tech Inc, Bio-cell Inc in Support of [516-1] motion For
                 Temporary Restraining Order and Injunctive Relief While
                 Court's Ruling on Post-Trial Motions is Pending  - Answer
                 Brief due 7/14/04 (aw) [Entry date 07/01/04]

6/30/04   522    SEALED Declaration of Marcia A. Laleman (aw)
                 [Entry date 07/01/04]

6/30/04   523    SEALED Declaration of Matthew Hethcoat in Support of
                 Defendants' Motion for Injunctive Relief Pending the
                 Court's Ruling on Post-Trial Motions (aw)
                 [Entry date 07/01/04]

6/30/04   524    SEALED Declaration of H. Gustaf Trapp in Support of
                 Defendant's Motion for Injunctive Relief Pending the
                 Court's Ruling on Post-Trial Motions (aw)
                 [Entry date 07/01/04]

6/30/04   525    JOINT MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc,
                 CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc  with
                 Proposed Order For an Expedited Briefing Schedule and
                 Prompt Hearing Answer Brief due 7/14/04 re: [525-1] motion
                 (aw) [Entry date 07/01/04]

7/1/04    526    Letter to Judge Sleet from Richard D. Kirk, Esq. enclosing
                 a courtesy copy of the Joint Motion for Expedited Briefing
                 Schedule and Prompt Hearing; Counsel requests prompt
                 consideration of their emergency motion (aw)

7/2/04    --     So Ordered granting [516-1] motion For Temporary
                 Restraining Order and Injunctive Relief While Court's
                 Ruling on Post-Trial Motions is Pending ( signed by Judge
                 Gregory M. Sleet ) Notice to all parties. (aw)

7/2/04    --     So Ordered granting [525-1] motion For an Expedited
                 Briefing Schedule and Prompt Hearing ( signed by Judge
                 Gregory M. Sleet ) Notice to all parties. (aw)

7/2/04    --     Deadline updated; reset Answer Brief Deadline to 7/7/04
                 for the Plaintiff to respond to Defendants' Motion for
                 Injunctive Relief While Court's Ruling on Post-Trial
                 Motions is Pending, and  reset Reply Brief Deadline to
                 7/9/04 (aw)

7/2/04    527    Letter to Judge Sleet from Philip Rovner, Esq. in response
                 to the Defendants' joint motion for a temporary restraining
                 order and injunctive relief, and the accompanying motion
                 for expedited briefing schedule (aw) [Entry date 07/06/04]

7/2/04    554    ORDER granting [516-1] motion For Temporary Restraining
                 Order ( signed by Judge Gregory M. Sleet )  copies to:

Counsel (aw) [Entry date 10/01/04]

7/2/04    555    ORDER granting [516-1] motion For Injunctive Relief While
                 Court's Ruling on Post-Trial Motions is Pending ( signed by
                 Judge Gregory M. Sleet )  copies to: Counse; (aw)
                 [Entry date 10/01/04]

7/7/04    528    OPPOSITION by Pharmastem Inc to Viacell's, Cryo-Cell
                 Intl's, Corcell's & CBR Systems' Joint [516-1] Motion For
                 Temporary Restraining Order and Injunctive Relief While
                 Court's Ruling on Post-Trial Motions is Pending and Motion
                 to Dissolve This Court's Order of the Prelim Inj (lg)
                 [Entry date 07/08/04]

7/7/04    529    Declaration of Amanda M. Fox in Support of Pharmastem's
                 Opposition to Viacell's, Cryo-Cell Intl's, Corcell's & CBR
                 Systems' Joint Motion for TRO and Injunctive Relief and
                 Motion to Dissolve This Court's Order of the Prelim Inj (lg)
                 [Entry date 07/08/04]

7/8/04    530    Letter from cnsl for the Pltf with the Original Declaration
                 of Amanda M. Fox (lg) [Entry date 07/09/04]

7/8/04    531    Letter from cnsl for the Pltf to Judge Sleet RE: an issue
                 that came to cnsl's attention after the Pltf had filed its
                 Opposition to ViaCell's, Cryo-Cell's, CorCell's & CBR's
                 Joint Motion for TRO and Inj Relief and Motion to Dissolve
                 this Court's Order of the Prelim Inj (lg)
                 [Entry date 07/09/04]

7/9/04    532    Letter from James J. Rodgers, Esq. to Judge Sleet RE: D.I.
                 531 (lg)

7/9/04    533    SEALED Reply Memorandum in Support of Their Joint Motion For
                 Temporary Restraining Order And Injunctive Relief While
                 Court's Ruling on Post-Trial Motions is Pending - Filed by
                 Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc,
                 Birthcells Tech Inc, Bio-cell Inc (aw) [Entry date 07/12/04]
                 [Edit date 07/12/04]

7/29/04   534    **Terminated attorney David Allan Felice for Viacell Inc
                 Notice of attorney appearance for Viacell Inc by Jeffrey
                 Moyer, Esq. (aw) [Entry date 08/02/04]

8/4/04    535    MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                 Systems Inc, et al with Proposed Order To Hold Pharmastem
                 in Contempt and for Appropriate Sanctions Answer Brief due
                 8/18/04  re: [535-1] motion (aw) [Entry date 08/05/04]

8/4/04    536    MEMORANDUM OF POINTS AND AUTHORITIES Filed by Viacell Inc,
                 Cyro-Cell Inc, Corcell Inc, CBR Systems Inc in support of
                 it Joint [535-1] motion To Hold Pharmastem in Contempt and
                 for Appropriate Sanctions  - Answer Brief due 8/18/04 (aw)
                 [Entry date 08/05/04]

8/4/04    537    MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                 Systems Inc  with Proposed Order For an Expedited Briefing
                 Schedule and Prompt Hearing Answer Brief due 8/18/04  re:
                 [537-1] motion (aw) [Entry date 08/05/04]

8/5/04    538    Letter to Judge Sleet from Philip A. Rovner, Esq. regarding
                 defendants' joint motion to hold PharmaStem in contempt and

for appropriate sanctions (aw) [Entry date 08/06/04]

8/5/04  539  Letter to Judge Sleet from Richard D. Kirk, Esq. requesting
             a teleconference re: Joint Motion to Hold Plaintiff in
             Contempt and for Appropriate Sanctions to be scheduled by
             the court (aw) [Entry date 08/09/04]

8/6/04  --   Telephone conference held; Judge Sleet presiding; Crt.
             Rptr. V. Gunning; Court will give counsel an opportunity to
             agree upon a solution and/or change the language in the
             press release to provide at the very least, a temporary
             remedy to this situation; Opposition briefing is STAYED;
             Counsel will report back to the court on their progress;
             Counsel will need to contact chambers to setup another
             telephone conference (aw) [Entry date 08/11/04]

8/6/04  540  Letter to Judge Sleet from Richard D. Kirk, Esq. submitting
             a modified proposed order (as Exhibit B) to modify the
             court's 7/2/04 Order (aw) [Entry date 08/11/04]

8/6/04  541  Proposed Modified Order (to modify 7/2/04 Order) filed by
             Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc,
             Birthcells Tech Inc, Bio-cell Inc (aw) [Entry date 08/11/04]

8/20/04 542  Letter .toJudge Sleet from Richard D. Kirk, Esq. requesting
             that the court enter the proposed order (D.I. 541) filed on
             8/6/04 by the Defendants (aw) [Entry date 08/23/04]

8/23/04 543  Letter to Judge Sleet from Philip Rovner, Esq. in response
             to defendants· letters of August 6 and 20, 2004 requesting
             that the court deny defendants' request for an amended
             order (aw)

9/15/04 544  MEMORANDUM OPINION ( signed by Judge Gregory M. Sleet )
             copies to: Counsel (aw) [Entry date 09/16/04]

9/15/04 545  ORDER granting in part [448-1] motion for Judgment as a
             Matter of Law or in the alternative for New Trial, or for
             Remittitur and Motion for Findings by the Court and/or to
             Alter or Amend Judgment and/or the Court's Equitable Power;
             denying [446-1] motion for Enhanced Damages, Attorneys'
             Fees, Pre-Judgment Interest and Post Judgment Interest;
             denying [447-1] motion for Permanent Injunction; denying as
             moot [487-1] motion to Strike the Affidavit of Chris Adams;
             the Clerk shall enter judgment in favor of the defendants
             and against the plaintiff on the claim of infringement of
             U.S. Patent No. 5,192,553; a new trial shall be held on the
             issue of infringement and damages with respect to U.S.
             Patent No. 5,004,681 ( signed by Judge Gregory M. Sleet )
             copies to: Counsel (aw) [Entry date 09/16/04]

9/15/04 546  JUDGMENT for Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
             Systems Inc, Birthcells Tech Inc, Bio-cell Inc against
             Pharmastem Inc on the claim of infringement of U.S. Patent
             No. 5,192,553 ( Entered by the Clerk )  copies to: Counsel
             (aw) [Entry date 09/16/04]

9/15/04 --   JUDGMENT registered against plaintiff Pharmastem Inc (aw)
             [Entry date 09/16/04]

9/29/04 547  MOTION by Cyro-Cell Inc, Corcell Inc with Proposed Order
             for Partial Reconsideration of Post-Trial Rulings [546-1]
             judgment order, [545-1] memorandum and order, [544-1]

order Answer Brief due 10/13/04  re: [547-1] motion (aw)
[Entry date 10/01/04]

9/29/04  548    MOTION by Viacell Inc  with Proposed Order For Entry of
Separate and Final Judgment Pursuant to FRCvP 54(b) Answer
Brief due 10/13/04  re: [548-1] motion (aw)
[Entry date 10/01/04]

9/29/04  549    MOTION by Viacell Inc  with Proposed Order For
Certification For Interlocutory Appeal Pursuant to 28
U.S.C. & 1291(b) Answer Brief due 10/13/04  re: [549-1]
motion (aw) [Entry date 10/01/04]

9/29/04  551    MOTION by Viacell Inc  with Proposed Order for Partial
Reconsideration of the court's Post-Trial Rulings [546-1]
judgment order, [545-11 Memorandum and order, [544-1]
order Answer Brief due 10/13/04  re: [551-1] motion (aw)
[Entry date 10/01/04]

9/29/04  550    Opening Brief Filed by Viacell Inc [549-1] motion For
Certification For Interlocutory Appeal Pursuant to 28   .
U.S.C. & 1291(b)  - Answer Brief due 10/13/04, AND [548-1]
motion For Entry of Separate and Final Judgment Pursuant to
FRCvP 54(b)  - Answer Brief due 10/13/04 (aw)
[Entry date 10/01/04]

9/29/04  552    MOTION by CBR Systems Inc  with Proposed Order for Partial
Reconsideration of Post-trial Rulings [545-1] order, [544-1]
order AND Joinger in (1) Cryo-Cell International, Inc.'s and
Corcell, Inc.'s Motion for Partial Reconsideration of
Post-trial Rulings and (2) Viacell, Inc.'s Motion to Enter
Judgment under FRCvP 54(b) and Certification for Appeal
Under 28 U.S.C. & 1292(b) Answer Brief due 10/13/04  re:
[552-1] motion (aw) [Entry date 10/01/04]
[Edit date 10/01/04]

9/29/04  553    Memorandum in Support Filed by CBR Systems Inc [552-1] of
its motion for Partial Reconsideration of Post-trial
Rulings 1545-11 order, [544-1] order AND Joinger in (1)
Cryo-Cell International, Inc.'s and Corcell, Inc.'s Motion
for Partial Reconsideration of Post-trial Rulings and (2)
Viacell, Inc.'s Motion to Enter Judgment under FRCvP 54(b)
and Certification for Appeal Under 28 U.S.C. & 1292(b)   -
Answer Brief due 10/13/04 (aw) [Entry date 10/01/04]

10/4/04  556    Letter to Judge Sleet from Phiip Rovner, Esq. confirming
that a teleconference has been scheduled with the court for
10/5/04 at 3:00 p.m. (aw)

10/4/04  557    Letter to Judge Sleet from Jeffrey L. Moyer, Esq. listing
outstanding issues to be addressed at the status conference
on 10/5/04 at 3:00 p.m. (aw) [Entry date 10/05/04]

10/4/04  558    MOTION by Pharmastem Inc with Proposed Order for
Preliminary Injunction Answer Brief due 10/18/04  re:
[558-1] motion (aw) [Entry date 10/05/04]

10/4/04  559    SEALED (Pursuant to Protective Order) Opening Brief Filed
by Pharmastem Inc [558-1] motion for Preliminary Injunction
 - Answer Brief due 10/18/04 (aw) [Entry date 10/05/04]

10/4/04  560    SEALED (Pursuant to Protective Order) Declaration of Philip
A. Rovner in Support of Pharmastem Therapeutics, Inc.'s

                    Motion for Preliminary Injunction (Volume 1 TABS 1-25) (aw)
                    [Entry date 10/05/04]

10/4/04  561    SEALED (Pursuant to Protective Order) Declaration of Philip
                A. Rovner in Support of Pharmastem Therapeutics, Inc.'s
                Motion for Preliminary Injunction (Volume 2 - TABS 26-33)
                (aw) [Entry date 10/05/04]

10/4/04  562    SEALED (Pursuant to Protective Order) Declaration of Philip
                A. Rovner in Support of Pharmastem Therapeutics, Inc.'s
                Motion for Preliminary Injunction (Volume 3 - TABS 34-56)
                (aw) [Entry date 10/05/04]

10/4/04  563    MOTION by Pharmastem Inc with Proposed Order for Final
                Judgment Pursuant to FRCvP 54(b) Answer Brief due 10/18/04
                 re: [563-1] motion (aw) [Entry date 10/05/04]

10/4/04  564    Opening Brief Filed by Pharmastem Inc in support of [563-1]
                motion for Final Judgment Pursuant to FRCvP 54(b)  - Answer
                Brief due 10/18/04 (aw) [Entry date 10/05/04]

10/5/04  --     Telephone conference re: Status held; Judge Sleet presiding;
                 Crt. Rptr., B. Gaffigan; Discussion on counsel's 10/4/04
                letter; court suggested that counsel meet and confer,
                prepare a stipulated agreement re: briefing schedule within
                the timeline discussed in today's hearing - tentatively
                11/1/04 hearing and submit the agreed schedule by 10/12/04;
                Counsel should contact chambers to setup a teleconference
                re: status and pending motions (if necessary) (aw)

10/6/04  565    Steno Notes for 9/5/04.  Telephone conference held before
                Judge Gregory M. Sleet.  Court Reporter:  Brian Gaffigan
                (mmm)

10/6/04  566    TRANSCRIPT filed for telephone conference re: Status
                10/5/04 at 3:00 p.m.; Crt. Rptr., B. Gaffigan (aw)
                [Entry date 10/07/04]

10/6/04  567    Letter to Judge Sleet from Richard D. Kirk, Esq. in
                response and challenging Mr. Andre's statements re:
                PharmaStem's website postings made at the teleconference
                held on 10/5/04 (aw) [Entry date 10/07/04]

10/8/04  568    Letter to Judge Sleet from Paul Andre, Esq. in response to
                the 10/6/04 letter from the defendants regarding the
                statement made in the teleconference on 10/5/04 re: Jury's
                verdict of 10/29/03 (aw) [Entry date 10/12/04]

10/12/04 569    Letter to Judge Sleet from Jeffrey L. Moyer, Esq. informing
                the court that counsel has come to an agreement re: a
                schedule; Counsel requests that the court schedule a
                hearing on 11/9/04 (aw)

10/13/04 570    Letter to Judge Sleet from Alyssa M. Schwartz, Esq.
                confirming that the hearing on the parties' respective
                motions for Preliminary Injunction (and any renewed motion
                by defendants for injunction or contempt) is scheduled for
                11/3/04 at 10:00 a.m. (aw)

10/14/04 571    Answer Brief Filed by Pharmastem Inc in Opposition [547-1]
                motion for Partial Reconsideration of Post-Trial Rulings
                [546-1] judgment order, [545-1] memorandum and order,
                [544-1] order - Reply Brief due 10/21/04 (aw)

[Entry date 10/15/04]

10/14/04 572    Answer Brief Filed by Pharmastem Inc in Opposition [548-1]
                motion For Entry of Separate and Final Judgment Pursuant to
                FRCvP 54(b)  - Reply Brief due 10/21/04 (aw)
                [Entry date 10/15/04]

10/14/04 573    MOTION by Pharmastem Inc with Proposed Order In the
                Alternative, For Certification For Interlocutory Appeal
                Pursuant to 28 U.S.C. & 1292(b) Answer Brief due 10/28/04
                re: [573-1] motion (aw) [Entry date 10/15/04]

10/14/04 574    Answer Brief Filed by Pharmastem Inc in Opposition [549-1]
                motion For certification For Interlocutory Appeal Pursuant
                to 28 U.S.C. & 1291(b)  - Reply Brief due 10/21/04; this
                filing also includes Plaintiff's opening brief in support
                of its motion, in the Alternative, for Certification for
                Interlocutory Appeal (aw) [Entry date 10/15/04]

10/14/04 574    Opening Brief Filed by Pharmastem Inc [573-1] motion In the
                Alternative, For Certification For Interlocutory Appeal
                Pursuant to 28 U.S.C. & 1292(b)  - Answer Brief due
                10/28/04; (this filing also includes Plaintiff's answering
                brief in opposition to the Defendant's motion for
                Certificiation for Interlocutory Appeal) (aw)
                [Entry date 10/15/04]

10/15/04 575    MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                Systems Inc, Birthcells Tech Inc  with Proposed Order For
                Contempt, and For Injunctive Relief Answer Brief due
                10/29/04  re: [575-1] motion, Answer Brief due 10/29/04
                re: [575-2] motion (aw)

10/15/04 576    Proposed Order filed in Support of Defendants¹ [575-1]
                motion For Contempt, and [575-2] motion For Injunctive
                Relief (aw)

10/15/04 577    SEALED Appendix to Brief Filed Appending re: Motion for
                Contempt and For Injunctive Relief (aw)

10/19/04 578    MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                Systems Inc  with Proposed Order For Extension of Briefing
                Schedule from 10/21/04 to 10/26/04 Answer Brief due
                11/2/04  re: [578-1] (aw) [Entry date 10/20/04]

10/19/04 579    OPPOSITION Filed by Viacell Inc, Cyro-Cell Inc, Corcell
                Inc, CBR Systems Inc [563-1] motion for Final Judgment
                Pursuant to FRCvP 54(b)  - Reply Brief due 10/26/04 (aw)
                [Entry date 10/20/04]

10/21/04 580    RESPONSE by Pharmastem Inc  in opposition to [578-1] motion
                For Extension of Briefing Schedule from 10/21/04 to
                10/26/04. (mmm)

10/21/04 581    ORDER granting [578-1] motion For Extension of Briefing
                Schedule from 10/21/04 to 10/26/04, and GRANTING
                Plaintiff's request for an additional three (3) business
                days to respond to subpoenas. ( signed by Judge Gregory M.
                Sleet ) copies to: counsel (mmm)

10/21/04 582    MEMORANDUM in OPPOSITION Filed by Cyro-Cell Inc, Corcell
                Inc [558-1] motion for Preliminary Injunction  - Reply
                Brief due 10/28/04 (aw) [Entry date 10/22/04]

10/21/04 583    MEMORANDUM OF POINTS AND AUTHORITIES Filed by CBR Systems
                Inc in opposition [558-1] motion for Preliminary Injunction
                - Reply Brief due 10/28/04 (aw) [Entry date 10/25/04]

10/21/04 584    [SEALED] OPPOSITION Filed by Viacell Inc [558-1] motion for
                Preliminary Injunction - Reply Brief due 10/28/04 (aw)
                [Entry date 10/25/04] [Edit date 10/25/04]

10/26/04 585    Reply Brief Filed by Cyro-Cell Inc, Corcell Inc [547-1]
                motion for Partial Reconsideration of Post-Trial Rulings
                [546-1] judgment order, [545-1] memorandum and order,
                [544-1] order (aw) [Entry date 10/27/04]

## END OF DOCKET: 1:02cv148

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 10/28/2004 13:20:13 | | |
| **PACER Login:** pw0185 | **Client Code:** | 013054.0000008 |
| **Description:** | docket report | **Search Criteria:** 1:02cv00148 |
| **Billable Pages:** 59 | **Cost:** | 4.13 |