```
 1  PILLSBURY WINTHROP LLP
    William F. Abrams (State Bar No. 88805)
 2  Thomas F. Chaffin (State Bar No. 112368)
    Chang H. Kim (State Bar No. 195554)
 3  Peter H. Nohle (State Bar No. 209446)
    2475 Hanover Street
 4  Palo Alto, CA 94304-1115
    Telephone: (650) 233-4500
 5  Facsimile:  (650) 233-4545

 6  Attorneys for Defendants and Counterclaimants
    CBR SYSTEMS, INC. and SUTTER HEALTH
 7

 8                  UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION
```

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | **No. C 04 3072 JSW** |
| Plaintiff, | **[PROPOSED] ORDER GRANTING CBR SYSTEMS, INC.'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDINGS IN A SINGLE FORUM** |
| vs. | |
| CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation, | |
| Defendants. | Date: February 2, 2005<br>Time: 9:00 a.m.<br>Location: Courtroom 2<br>Judge: Hon. Jeffrey S. White |
| CBR SYSTEMS, INC., dba CBR, a California corporation, and SUTTER HEALTH, a Not-For-Profit Public Benefit corporation, | |
| Counterclaimants, | |
| vs. | |
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, STEMBANC, INC., a Ohio corporation, NICHOLAS DIDIER, and ARCHIBALD A. GRABINSKI, | |
| Counterdefendants. | |

60380783v1

PROPOSED ORDER
CASE NO. C 04 3072 JSW

**[PROPOSED] ORDER**

CBR SYSTEMS, INC's Motion to Stay Proceedings Pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum, having come before this Court and good cause shown,

IT IS HEREBY ORDERED that all proceeding in this Action No. C 04 3072 JSW is stayed pending the decision from the Multi-District Litigation Panel on the Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum.

Dated: _____.

_____
**JEFFREY S. WHITE**
**UNITED STATES DISTRICT JUDGE**