1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   Chang H. Kim (State Bar No. 195554)
3  Peter H. Nohle (State Bar No. 209446)
   2475 Hanover Street
4  Palo Alto, CA 94304-1115
   Telephone: (650) 233-4500
5  Facsimile:  (650) 233-4545

6  Attorneys for Defendants and Counterclaimants
   CBR SYSTEMS, INC. and SUTTER HEALTH
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 PHARMASTEM THERAPEUTICS, INC., a )   **No. C 04 3072 JSW**
   Delaware corporation,                )
13                                      )   CBR SYSTEMS, INC.'S NOTICE OF
                Plaintiff,              )   EXPEDITED MOTION AND EXPEDITED
14                                      )   MOTION TO ENLARGE
       vs.                              )   COUNTERDEFENDANTS' HEARING
15                                      )   DATES AND BRIEFING SCHEDULE
   CORD BLOOD REGISTRY, INC., dba       )   PENDING RESOLUTION OF CBR'S
16 CBR, a California corporation, and SUTTER ) MOTION TO STAY PROCEEDINGS, OR IN
   HEALTH, INC., a California corporation, ) THE ALTERNATIVE ,TO SHORTEN
17                                      )   HEARING DATE AND BRIEFING
                Defendants.             )   SCHEDULE FOR CBR SYSTEM, INC.'S
18                                      )   MOTION TO STAY PROCEEDINGS, AND
                                        )   SUPPORTING MEMORANDUM OF POINTS
19                                      )   AND AUTHORITIES IN SUPPORT
                                        )   THEREOF
20 CBR SYSTEMS, INC., dba CBR, a        )
   California corporation, and SUTTER   )
21 HEALTH, a Not For-Profit Public Benefit )
   corporation,                         )
22                                      )
                Counterclaimants,       )
23                                      )
       vs.                              )
24                                      )
   PHARMASTEM THERAPEUTICS, INC.,       )
25 a Delaware corporation, STEMBANC, INC., )
   a Ohio corporation, NICHOLAS DIDIER, )
26 and ARCHIBALD A. GRABINSKI,          )
                                        )
27              Counterdefendants.      )
                                        )
28

60380548v1                                      EXPEDITED MOTION RE HEARING DATES
                                                           NO. C 04 3072 JSW

**I.   NOTICE OF EXPEDITED MOTION**

To PharmaStem Therapeutics, Inc. ("PharmaStem"), Nicholas Didier ("Didier"), Stembanc, Inc. ("Stembanc"), and Archibald A. Grabinski ("Grabinski"), collectively and individually referred to herein as "Counterdefendants," and their attorneys, Defendant and Counterclaimant CBR Systems, Inc. ("CBR") hereby moves the Court on an expedited basis pursuant to Standing Order 5 and Civil L.R. 6-3 to enlarge Counterdefendants' hearing dates (and briefing schedule) on their respective motions to 45 days, or soon thereafter, from the Court's ruling on CBR's Motion to Stay Proceedings. CBR's Motion to Stay Proceedings is being filed in separate papers concurrently herewith. CBR requests that the hearing dates for Counterdefendants' respective motions be scheduled 45 days, or soon thereafter, in the event the Court denies CBR's Motion to Stay Proceedings. CBR further requests this Court to schedule the hearing for CBR's Motion to Stay Proceedings on December 10, 2004, January 7, 2005 or January 14, 2005, in an effort to expedite this matter.

In the alternative, CBR requests that this Court shorten the hearing date and briefing schedule for CBR's Motion to Stay Proceedings. This Expedited Motion is based on this Notice of Expedited Motion, the supporting Arguments, and such other material as may be presented to the Court before or at the hearing.

The parties met and conferred several times on this issue, but no agreement was reached. Further, other than the instant request, CBR has not requested any other time modifications in this case, whether by stipulation or Court Order.

**II.   ARGUMENTS**

On October 27, 2004, CBR, Sutter Health and numerous other parties moved the Multi-District Litigation Panel ("MDL Panel") on their Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum ("MDL Motion"). Exhibits 7 and 8 attached to Chang H. Kim Declaration in support of CBR's Motion to Stay Proceedings. On October 28, 2004, CBR moved this Court to stay all

proceedings pending a decision from the MDL Panel on its MDL Motion.  In this instant motion, CBR requests this Court to enlarge the hearing dates (along with briefing schedule) as to the Counterdefendants' Motions to Dismiss and PharmaStem's/Didier's Motion to Sever.[1]  Counterdefendants noticed three separate hearing dates as follows with respect to their motions: December 10, 2004, and January 7 and 14, 2005.

There is no reason why Counterdefendants' hearing dates should not be enlarged pending this Court's ruling on CBR's Motion to Stay Proceedings.  Should the Court grant CBR's Motion to Stay Proceedings, this Court can wait for the MDL Panel to decide whether the instant Action will be transferred and consolidated in another district court.  There is no reason for this Court to prematurely rule on Counterdefendants' instant motions since the MDL Panel may ultimately decide that this instant case must be transferred to another forum.  In particular, CBR may be substantially harm by a premature ruling on these motions since it believes that the Delaware District Court is the proper forum for addressing these issues.

In that regard, CBR requests this Court to schedule the hearing for CBR's Motion to Stay Proceedings on December 10, 2004, January 7 or 14, 2005, and enlarge Counterdefendants' hearing dates (and briefing schedule) on their respective motions to 45 days, or soon thereafter, from the Court's ruling on CBR's Motion to Stay Proceedings in the event the Court denies CBR's Motion to Stay Proceedings.  Accordingly, CBR proposes the following schedule:

| Motions | Proposed Hearing Date |
| --- | --- |
| CBR's Motion to Stay Proceedings | December 10, 2004, January 7, 2005 or January 14, 2005 |
| Counterdefendant's Motions to Dismiss and Motion to Sever | 45 days, or soon thereafter, from Court's ruling on CBR's Motion to Stay Proceedings in the event the Court denies CBR's Motion to Stay |

---

[1] The Parties have agreed in principle that PharmaStem's Motion to Sever (Docket #21) should be heard forty five (45) calendar days after the Court's rulings on the Motions to Dismiss, or soon thereafter as may be heard.

| | Proceedings |
|---|---|

This schedule assures that the Counterdefendants' motions will be heard (either by this Court or transferee's court) after this Court rules on CBR's Motion to Stay Proceedings. There is no prejudice to any of the Counterdefendants if the Court enlarges the hearing dates as proposed above. The practical effect of CBR's request is saving the Court valuable time and resources by waiting for the MDL Panel to decide on whether this case should be consolidated and transferred to the Delaware District Court. CBR has currently noticed the hearing date for CBR's Motion to Stay Preceedings on February 4, 2005, which is the first available hearing date. CBR is moving for an earlier hearing date of either December 10, 2004, January 7, 2005, or January 14, 2005.

In the alternative, CBR requests that this Court that this Court shorten the hearing date and briefing schedule for CBR's Motion to Stay Proceedings to resolve the Motion to Stay Proceedings before addressing Counterdefendants' pending motions. Accordingly, CBR proposes the following alternative schedule:

| Event | Proposed Date |
|---|---|
| Hearing for CBR's Motion to Stay Proceedings | November 12, 2004 |
| Oppositions to CBR's Motion to Stay Proceedings | November 5, 2004 |
| Replies to CBR's Motion to Stay Proceedings | November 9, 2004 |

### III.  CONCLUSION

CBR moves this Court on an expedited basis to enlarge Counterdefendants' hearing dates (and briefing schedule) on their respective motions to 45 days, or soon thereafter, from the Court's ruling on CBR's Motion to Stay Proceedings in the event the Court denies CBR's Motion to Stay Proceedings. CBR also moves this Court to schedule the hearing for CBR's Motion to Stay Proceedings on December 10, 2004, January 7, 2005, or January 14, 2005. In the alternative, CBR requests that this Court shorten the hearing date to November 12, 2004, and briefing schedule for CBR's Motion to Stay Proceedings as proposed above.

1  Dated: October 28, 2004.

2
3
4
5

        PILLSBURY WINTHROP LLP
        William F. Abrams
        Thomas F. Chaffin
        Chang H. Kim
        Peter H. Nohle
        2475 Hanover Street
        Palo Alto, CA 94304-1115

6
7  By _____

8  Attorneys for Defendants and Counterclaimants,
   CBR SYSTEMS, INC. and SUTTER HEALTH

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28