1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   Chang H. Kim (State Bar No. 195554)
3  Peter H. Nohle (State Bar No. 209446)
   2475 Hanover Street
4  Palo Alto, CA 94304-1115
   Telephone: (650) 233-4500
5  Facsimile:  (650) 233-4545

6  Attorneys for Defendants and Counterclaimants
   CBR SYSTEMS, INC. and SUTTER HEALTH
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 PHARMASTEM THERAPEUTICS, INC., a )   **No. C 04 3072 JSW**
   Delaware corporation,            )
13                                  )   [PROPOSED] ORDER GRANTING CBR
                    Plaintiff,      )   SYSTEMS, INC.'S EXPEDITED MOTION TO
14                                  )   ENLARGE COUNTERDEFENDANTS'
         vs.                        )   HEARING DATES AND BRIEFING
15                                  )   SCHEDULE PENDING RESOLUTION OF
   CORD BLOOD REGISTRY, INC., dba   )   CBR'S MOTION TO STAY PROCEEDINGS,
16 CBR, a California corporation, and SUTTER ) OR IN THE ALTERNATIVE, TO SHORTEN
   HEALTH, INC., a California corporation, ) HEARING DATE AND BRIEFING
17                                  )   SCHEDULE FOR CBR SYSTEM, INC.'S
                    Defendants.     )   MOTION TO STAY PROCEEDINGS
18                                  )

19
   CBR SYSTEMS, INC., dba CBR, a
20 California corporation, and SUTTER
   HEALTH, a Not For-Profit Public Benefit
21 corporation,

22                 Counterclaimants,

23       vs.

24 PHARMASTEM THERAPEUTICS, INC.,
   a Delaware corporation, STEMBANC, INC.,
25 a Ohio corporation; NICHOLAS DIDIER,
   and ARCHIBALD A. GRABINSKI.
26
                   Counterdefendants.
27

28

60380785v1                                       PROPOSED ORDER RE HEARING DATES
                                                 CASE NO. C 04 3072 JSW

**[PROPOSED] ORDER**

CBR SYSTEMS, INC's Expedited Motion to Enlarge Counterdefendants' Hearing Dates and Briefing Schedule Pending Resolution of the CBR's Motion to Stay Proceedings, or in the Alternative, to Shorten Hearing Date and Briefing Schedule For CBR's Motion to Stay Proceedings, having come before this Court and good cause shown,

IT IS HEREBY ORDERED that the hearing date for CBR's Motion to Stay Proceedings is _____ [November 12, 2004, December 10, 2004, January 7, 2005, or January 14, 2005].

IT IS HEREBY ORDERED that Counterdefendants' hearing dates and briefing schedule on their respective motions are reset to 45 days, or soon thereafter, from the Court's ruling on CBR's Motion to Stay Proceedings in the event the Court denies CBR's Motion to Stay Proceedings.

Dated: _____.

_____
**JEFFREY S. WHITE**
**UNITED STATES DISTRICT JUDGE**