PILLSBURY WINTHROP LLP
William F. Abrams (State Bar No. 88805)
Thomas F. Chaffin (State Bar No. 112368)
Chang H. Kim (State Bar No. 195554)
Peter H. Nohle (State Bar No. 209446)
2475 Hanover Street
Palo Alto, CA 94304-1115
Telephone: (650) 233-4500
Facsimile:  (650) 233-4545

Attorneys for Defendants and Counterclaimants
CBR SYSTEMS, INC. and SUTTER HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation,<br><br>    Defendants.<br><br>CBR SYSTEMS, INC., dba CBR, a California corporation, and SUTTER HEALTH, a Not For-Profit Public Benefit corporation,<br><br>    Counterclaimants,<br><br>    vs.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, STEMBANC, INC., a Ohio corporation, NICHOLAS DIDIER, and ARCHIBALD A. GRABINSKI,<br><br>    Counterdefendants. | **No. C 04 3072 JSW**<br><br>DECLARATION OF CHANG H. KIM PURSUANT TO CIVIL L.R. 6-3 IN SUPPORT OF CBR SYSTEMS, INC.'S EXPEDITED MOTION TO ENLARGE COUNTERDEFENDANTS' HEARING DATES AND BRIEFING SCHEDULE PENDING RESOLUTION OF CBR'S MOTION TO STAY PROCEEDINGS, OR IN THE ALTERNATIVE ,TO SHORTEN HEARING DATE AND BRIEFING SCHEDULE FOR CBR SYSTEM, INC.'S MOTION TO STAY PROCEEDINGS |

I, Chang H. Kim, hereby declare as follows:

1. I am an attorney with the law firm of Pillsbury Winthrop LLP, counsel for Defendants and Counterclaimants CBR Systems, Inc. ("CBR") and Sutter Health in the present Action. I am a member of the Bar of the state of California and of this Court. I have personal knowledge of the facts set forth in this Declaration, and if called upon to do so, could testify competently to them.

2. CBR requests an enlargement of Counterdefendants' hearing dates for their Motions to Dismiss so that this Court can hear and rule on CBR's Motion to Stay Proceedings before hearing and ruling on Counterdefendants' Motions to Dismiss. Should the Court grant CBR's Motion to Stay Proceedings, this Court can wait for the MultiDistrict Litigation Panel ("MDL Panel") to decide whether the instant Action will be transferred and consolidated in another district court. This Court may prematurely rule on Counterdefendants' instant motions before the MDL Panel decides that this instant case must be transferred to another forum. CBR may be substantially harmed by a premature ruling on these motions since it believes that the Delaware District Court is the proper forum for addressing these issues.

3. CBR has met and conferred with counsel for Counterdefendants regarding CBR's instant motion. <u>See</u> Exhibit 1, Page 2, second full paragraph, which is a true and correct copy of the September 28, 2004 letter from counsel of Stembanc and Grabinski memorializing the parties "meet and confer" requirements on this issue.

4. CBR has not requested any other time modifications in this case, whether by stipulation or Court Order. Further, the requested time modifications would not have any significant effect on the schedule of the case. Discovery has not begun and the Court has scheduled the Case Management Conference until later this year, December 2004.

1 | I declare under penalty of perjury under the laws of the State of California and the
2 | United States of America that the foregoing is true and correct.

Executed this 29th day of October 2004, at Palo Alto, California.

/s/
Chang H. Kim