PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
AMANDA M. FOX, Bar No. 212939
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Ph: (650) 838-4300
Fx: (650) 838-4350

Attorneys for Counterdefendant
Nicholas Didier and Plaintiff and
Counterdefendant PharmaStem Therapeutics, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation.<br><br>Defendant. | CASE NO. 04-3072 JSW<br><br>DECLARATION OF ULYSSES S.T. HUI IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANT PHARMASTEM THERAPEUTICS, INC.'S AND COUNTERDEFENDANT NICHOLAS DIDIER'S OPPOSITION TO CBR'S MOTION TO CHANGE TIME<br><br>Date/Time:<br>Courtroom: 2<br>Judge: Hon. Jeffrey S. White |
| CBR SYSTEMS, INC., dba CBR a California corporation<br>　　　　　Counterclaimant<br>v.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI<br><br>　　　　　Counterdefendants. | |

I, Ulysses S.T. Hui, hereby declare as follows:

1. I am an attorney with the law firm of Perkins Coie LLP, counsel for Plaintiff and Counterdefendant PharmaStem Therapeutics, Inc. and Counterdefendant Nicholas Didier (collectively, "PharmaStem") in the above-captioned action. I am a member of the Bar of the State of California and this Court. I have personal knowledge of the facts set forth in this Declaration, and if called upon to do so, could testify competently thereto.

2. On or around October 26, 2004, counsel for PharmaStem, counterdefendants Stembanc, Inc. and Mr. Archibald A. Grabinski (collectively, "Stembanc"), and defendants and counterclaimants CBR Systems, Inc. and Sutter Health, Inc. (collectively, "CBR") met and conferred by teleconference regarding the Court's Order Requiring Joint Status Report on Motions and Notices of Pendency of Other Actions, dated October 5, 2004, ordering the parties to file a Joint Status Report by October 29, 2004 ("Joint Status Report")("October 26 Teleconference").

3. During the October 26 Teleconference, CBR informed PharmaStem and Stembanc that it would not stipulate to hearing dates on the parties' various motions, then-pending, because it would be seeking a stay of proceedings in connection with a petition for transfer or consolidation under MDL procedures, in which it would be joining. CBR asked if PharmaStem and Stembanc would stipulate to staying proceedings while waiting for the outcome of the MDL matters. Both PharmaStem and Stembanc indicated that they would not agree to a stay. At one point, Stembanc asked CBR whether it would be seeking to expedite any motion to stay, mentioning Civil L.R. 6-3. CBR answered "probably" or "possibly" under Civil L.R. 6-3. There was no further discussion of CBR's eventual Motion to Change Time, motion filed October 28, 2004, declaration filed October 29, 2004.

4. On or around October 29, 2004, PharmaStem, Stembanc, and CBR again met and conferred by teleconference in order to finalize their Joint Status Report, which was due that day ("October 29 Teleconference").

5. During the October 29 Teleconference, Stembanc complained to CBR that it did not file a declaration with its Motion to Change Time. CBR did not respond. Stembanc also

- 2 -

DECLARATION OF ULYSSES S.T. HUI
CASE NO. 04-3072 JSW

[40923-0005/BY043060.007]

1 pointed out the paragraph of Civil L.R. 6-3 governing the needed declaration. At that point,
2 PharmaStem and Stembanc complained that CBR had not met and conferred with them regarding
3 the Motion to Change Time. CBR responded that it had satisfied its meet-and-confer requirement
4 by representing that it would be filing a motion to stay and that it thought that its motion to stay
5 should be heard before PharmaStem's and Stembanc's motions to dismiss CBR's counterclaims.
6 PharmaStem and Stembanc asked CBR to take its Motion to Change Time "off calendar," in light
7 of the fact that CBR had not fulfilled its declaration and meet-and-confer requirements. CBR
8 refused.

9     6. During the parties meet-and-confers teleconferences, held prior to October 28,
10 2004, regarding the Joint Status Report, CBR agreed that, in the event its planned motion to stay
11 were denied, it would agree to have the counterdefendants' motions to dismiss heard together on
12 December 10, 2004, with oppositions due by November 19, 2004, and replies due by December 3,
13 2004, in consideration of the Thanksgiving holidays.

14     7. Between November 1, 2004 and November 5, 2004, PharmaStem is required to
15 attend numerous hearings in other actions around the country, including one in Boston,
16 Massachusetts, on November 1, 2004, and one in Wilmington, Delaware, on November 3, 2004.

DATED: November 1, 2004

By _____/s/_____
   Ulysses S.T. Hui, Esq.

- 3 -

DECLARATION OF ULYSSES S.T. HUI
CASE NO. 04-3072 JSW

[40923-0005/BY043060.007]