

ADRMOP, AO279, CLOSED, E-Filing, MEDIATION, RELATE, STAYED, TRANSF

**U.S. District Court**
**California Northern District (San Francisco)**
**CIVIL DOCKET FOR CASE #: 3:04-cv-03072-JSW**
**Internal Use Only**

05 - 153

PharmaStem Therapeutics, Inc. v. Cord Blood Registry, Inc. et al
Assigned to: Hon. Jeffrey S. White
Cause: 35:271 Patent Infringement

Date Filed: 07/28/2004
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

### Plaintiff

**PharmaStem Therapeutics, Inc.**
*a Delaware corporation*

represented by **Lisa Kobialka**
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025
650/838-4447
Fax: 650-838-4350
Email: lkobialka@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Andre**
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025
650/838-4370
Fax: 650/838-4350
Email: pandre@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Cord Blood Registry, Inc.**
*a Delaware corporation*
*doing business as*
CBR

represented by **Chang H. Kim**
Pillsbury Winthrop LLP
2475 Hanover Street
Palo Alto, CA 94304
650/233-4776
Email: invalidaddress@myrealbox.com
*ATTORNEY TO BE NOTICED*

**William F. Abrams**
Pillsbury Winthrop LLP
1475 Hanover Street
Palo Alto, CA 94304

|  |  |
|---|---|
|  | 650-233-4668<br>Fax: 650-233-4545<br>Email:<br>wabrams@pillsburywinthrop.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Sutter Health, Inc.**<br>*a California corporation* | represented by **Chang H. Kim**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**William F. Abrams**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Archibald A. Grabinski** | represented by **Samuel B. Shepherd**<br>Quinn Emanuel Urquhart Oliver & Hedges,<br>555 Twin Dolphin Drive, Suite 150<br>Redwood Shores, Ca 94065<br>650/620-4500<br>Email: sbs@quinnemanuel.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew William Meskell**<br>Quinn Emanuel Urquhart Oliver & Hedges<br>555 Twin Dolphin Drive, Suite 150<br>Redwood City, CA 94065<br>650-620-4500<br>Email: mwm@quinnemanuel.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Nicholas Didier** | represented by **Amanda Fox**<br>Perkins Coie LLP<br>101 Jefferson Drive<br>Menlo Park, CA 94025<br>650 838-4300<br>Email: afox@perkinscoie.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul J. Andre**<br>Perkins Coie LLp<br>101 Jefferson Drive<br>Menlo Park, CA 94025<br>650/838-4370<br>Fax: 650/838-4350 |

|   |   |
|---|---|
|   | Email: pandre@perkinscoie.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

Stembanc, Inc.     represented by     **Samuel B. Shepherd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew William Meskell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-defendant**

Stembanc, Inc.     represented by     **Philip J. Wang**
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Dr.
Suite 560
Redwood Shores, CA 94065
(650)801-5000
Fax: (650)801-5100
Email: philipwang@quinnemanuel.com

*ATTORNEY TO BE NOTICED*

**Samuel B. Shepherd**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-defendant**

Archibald A. Grabinski     represented by     **Philip J. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel B. Shepherd**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-defendant**

Nicholas Didier     represented by     **Paul J. Andre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

Cord Blood Registry, Inc.
*a Delaware corporation*     represented by     **Peter H. Nohle**
Pillsbury Winthrop LLP
2550 Hanover Street
Palo Alto, CA 94304-1115
650-233-4500

Fax: 650-233-4545
Email: pnohle@pillsburywinthrop.com
*ATTORNEY TO BE NOTICED*

**Chang H. Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William F. Abrams**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**PharmaStem Therapeutics, Inc.**
*a Delaware corporation*

represented by **Paul J. Andre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Sutter Health, Inc.**
*a California corporation*

represented by **Chang H. Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**PharmaStem Therapeutics, Inc.**
*a Delaware corporation*

represented by **Paul J. Andre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**PharmaStem Therapeutics, Inc.**
*a Delaware corporation*

represented by **Paul J. Andre**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Sutter Health, Inc.**
*a California corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2004 | 1 | COMPLAINT (Summons Issued);jury demand; against Cord Blood Registry, Inc., Sutter Health, Inc. ( Filing fee $ 150, receipt number 3362374.). Filed by PharmaStem Therapeutics, Inc.. (bw, COURT STAFF) (Filed on 7/28/2004) Additional attachment(s) added on |

| | | |
|---|---|---|
| | | 7/30/2004 (bw, COURT STAFF). Additional attachment(s) added on 7/30/2004 (bw, COURT STAFF). (Entered: 07/28/2004) |
| 07/28/2004 | 2 | NOTICE of Pendency of Other Action Pursuant to Civil Local Rule 3-13 by PharmaStem Therapeutics, Inc. (bw, COURT STAFF) (Filed on 7/28/2004) Additional attachment(s) added on 7/30/2004 (bw, COURT STAFF). (Entered: 07/28/2004) |
| 07/28/2004 | 3 | NOTICE of Pendency of Related Case Pursuant to Civil Local Rule 3-12 by PharmaStem Therapeutics, Inc. (bw, COURT STAFF) (Filed on 7/28/2004) Additional attachment(s) added on 7/30/2004 (bw, COURT STAFF). (Entered: 07/28/2004) |
| 07/28/2004 | 4 | ADR SCHEDULING ORDER: Case Management Statement due by 11/23/2004. Case Management Conference set for 11/30/2004 02:00 PM. (bw, COURT STAFF) (Filed on 7/28/2004) (Entered: 07/28/2004) |
| 07/28/2004 | | Summons Issued as to Cord Blood Registry, Inc., Sutter Health, Inc.. (bw, COURT STAFF) (Filed on 7/28/2004) (Entered: 07/28/2004) |
| 07/28/2004 | | CASE DESIGNATED for Electronic Filing. (bw, COURT STAFF) (Filed on 7/28/2004) (Entered: 07/28/2004) |
| 07/30/2004 | | REPORT on the filing or determination of an action regarding patent (cc: form mailed to register). (cv, COURT STAFF) (Filed on 7/30/2004) (Entered: 07/30/2004) |
| 08/05/2004 | 5 | ORDER RELATING CASE. Case reassigned to Judge Jeffrey S. White for all further proceedings. Judge Patricia V Trumbull no longer assigned to case. Signed by Judge Jeffrey S. White on 8/5/04. (jjo, COURT STAFF) (Filed on 8/5/2004) (Entered: 08/05/2004) |
| 08/06/2004 | 6 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 12/3/2004 01:30 PM. Signed by Judge Jeffrey S. White on 8/6/04. (jjo, COURT STAFF) (Filed on 8/6/2004) (Entered: 08/06/2004) |
| 08/06/2004 | 7 | SUMMONS Returned Executed by PharmaStem Therapeutics, Inc.. Cord Blood Registry, Inc. served on 8/3/2004, answer due 8/23/2004. *Return of Service* (Andre, Paul) (Filed on 8/6/2004) (Entered: 08/06/2004) |
| 08/19/2004 | 8 | CERTIFICATE OF SERVICE by PharmaStem Therapeutics, Inc. re 1 Complaint,, 2 Notice (Other), 3 Notice (Other), 4 ADR Scheduling Order, Summons Issued, Case Referred to ECF *Proof of Service on Sutter Health, Inc.* (Andre, Paul) (Filed on 8/19/2004) (Entered: 08/19/2004) |
| 08/23/2004 | 9 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against PharmaStem Therapeutics, Inc. by Cord Blood Registry, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Abrams, William) (Filed on 8/23/2004) (Entered: 08/23/2004) |
| 08/23/2004 | 10 | Declination to Proceed Before a U.S. Magistrate Judge by Cord Blood Registry, Inc. *and Request for Reassignment to a United States District* |

| | | |
|---|---|---|
| | | *Judge*. (Abrams, William) (Filed on 8/23/2004) (Entered: 08/23/2004) |
| 08/23/2004 | 11 | NOTICE by Cord Blood Registry, Inc. *of Pendency of Other Action of Proceeding* (Abrams, William) (Filed on 8/23/2004) (Entered: 08/23/2004) |
| 08/25/2004 | | Summons Issued on the Counter-Claim as to Archibald A. Grabinski, Nicholas Didier, Stembanc, Inc. (Entered: 08/25/2004) |
| 09/08/2004 | 12 | Certificate of Interested Entities re 1 *Complaint for Patent Infringement* (Andre, Paul) (Filed on 9/8/2004) (Entered: 09/08/2004) |
| 09/08/2004 | 13 | NOTICE by PharmaStem Therapeutics, Inc. *Notice of Pendency of Other Actions Pursuant to Civil Local Rule 3-13* (Andre, Paul) (Filed on 9/8/2004) (Entered: 09/08/2004) |
| 09/13/2004 | 14 | MOTION to Dismiss *Defendant CBR's First, Second, Third, Fourth, Fifth, Sixth and Seventh Counterclaims* filed by PharmaStem Therapeutics, Inc.. Motion Hearing set for 12/10/2004 09:00 AM. (Andre, Paul) (Filed on 9/13/2004) (Entered: 09/13/2004) |
| 09/13/2004 | 15 | Declaration of Lisa Kobialka in Support of 14 *PharmaStem Therapeutics, Inc.'s Motion to Dismiss Defendant CBR's First, Second, Third, Fourth, Fifth, Sixth and Seventh Counterclaims* filed by PharmaStem Therapeutics, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Related document(s)14) (Andre, Paul) (Filed on 9/13/2004) (Entered: 09/13/2004) |
| 09/13/2004 | 16 | Proposed Order re 14, 15 *[Proposed] Order Granting PharmaStem Therapeutics, Inc.'s Motion to Dismiss Defendant CBR's First Second, Third, Fourth, Fifth, Sixth and Seventh Counterclaims* by PharmaStem Therapeutics, Inc.. (Andre, Paul) (Filed on 9/13/2004) (Entered: 09/13/2004) |
| 09/14/2004 | 17 | ERRATA re 14, 15, 16 *Notice of Errata for PharmaStem Therapeutics, Inc.'s Motion to Dismiss Defendant CBR's First, Second, Third, Fourth, Fifth and Sixth Counterclaims* by PharmaStem Therapeutics, Inc.. (Andre, Paul) (Filed on 9/14/2004) (Entered: 09/14/2004) |
| 09/14/2004 | 18 | MOTION to Dismiss *PharmaStem Therapeutics, Inc.'s Motion to Dismiss Defendant CBR's First, Second, Third, Fourth, Fifth and Sixth Counterclaims* filed by PharmaStem Therapeutics, Inc.. Motion Hearing set for 12/10/2004 09:00 AM. (Andre, Paul) (Filed on 9/14/2004) (Entered: 09/14/2004) |
| 09/14/2004 | 19 | Declaration of Lisa Kobialka in Support of 17, 18 *PharmaStem Therapeutics, Inc.'s Motion to Dismiss Defendant CBR's First, Second, Third, Fourth, Fifth and Sixth Counterclaims* filed by PharmaStem Therapeutics, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Related document(s)17, 18) (Andre, Paul) (Filed on 9/14/2004) (Entered: 09/14/2004) |
| 09/14/2004 | 20 | Proposed Order *Granting PharmaStem Therapeutics, Inc.'s Motion to Dismiss Defendant CBR's First, Second, Third, Fourth, Fifth and Sixth* |

| | | |
|---|---|---|
| | | *Counterclaims* by PharmaStem Therapeutics, Inc.. (Andre, Paul) (Filed on 9/14/2004) (Entered: 09/14/2004) |
| 09/15/2004 | 21 | MOTION to Sever *PharmaStem Therapeutics, Inc.'s Notice of Motion and Motion to Sever; Memorandum of Points and Authorities in Support Thereof* filed by PharmaStem Therapeutics, Inc.. Motion Hearing set for 1/7/2005 09:00 AM. (Andre, Paul) (Filed on 9/15/2004) (Entered: 09/15/2004) |
| 09/15/2004 | 22 | Proposed Order re 21 *[Proposed] Order Granting PharmaStem Therapeutics, Inc.'s Motion to Sever* by PharmaStem Therapeutics, Inc.. (Andre, Paul) (Filed on 9/15/2004) (Entered: 09/15/2004) |
| 09/16/2004 | | Received Document Stipulation Extending Time of Stembanc, Inc. and Archibald A. Grabinski to Respond to Counterclaims of CBR Systems, Inc. by Archibald A. Grabinski, Stembanc, Inc.. (hdj, COURT STAFF) (Filed on 9/16/2004) (Entered: 09/17/2004) |
| 09/16/2004 | | ***Attorney Samuel B. Shepherd for Archibald A. Grabinski and Stembanc, Inc., Matthew William Meskell for Archibald A. Grabinski and Stembanc, Inc. added. (hdj, COURT STAFF) (Filed on 9/16/2004) (Entered: 09/21/2004) |
| 09/20/2004 | 23 | MOTION to Dismiss *Counterdefendant Nicholas Didier's Notice of Motion and Motion to Dismiss CBR Systems, Inc.'s Counterclaims; Memorandum of Points and Authorities; [Proposed] Order* filed by Nicholas Didier. Motion Hearing set for 1/7/2005 09:00 AM. (Fox, Amanda) (Filed on 9/20/2004) (Entered: 09/20/2004) |
| 09/20/2004 | 24 | Declaration of Amanda M. Fox in Support of 23 *Counterdefendant Nicholas Didier's Motion to Dismiss CBR Systems, Inc.'s Counterclaims* filed by Nicholas Didier. (Attachments: # 1 Exhibit 1)(Related document(s)23) (Fox, Amanda) (Filed on 9/20/2004) (Entered: 09/20/2004) |
| 09/20/2004 | 25 | Proposed Order re 23, 24 *Granting Counterdefendant Nicholas Didier's Motion to Dismiss CBR Systems, Inc.'s Counterclaims* by Nicholas Didier. (Fox, Amanda) (Filed on 9/20/2004) (Entered: 09/20/2004) |
| 09/21/2004 | 26 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer (hdj, COURT STAFF) (Filed on 9/21/2004) (Entered: 09/21/2004) |
| 09/27/2004 | 27 | STIPULATION re 9 Answer to Complaint, Counterclaim *Extension of Time to Respond to Counterclaims* by Stembanc, Inc., Archibald A. Grabinski. (Shepherd, Samuel) (Filed on 9/27/2004) (Entered: 09/27/2004) |
| 09/27/2004 | 28 | First MOTION to Dismiss *CBR's 1st, 2nd, 3rd, 4th, 5th, & 6th Counterclaims* filed by Stembanc, Inc.. Motion Hearing set for 1/14/2005 09:00 AM. (Shepherd, Samuel) (Filed on 9/27/2004) (Entered: 09/27/2004) |
| 09/27/2004 | 29 | Request for Judicial Notice re 28 filed by Stembanc, Inc.. (Attachments: # 1 Exhibit A - C)(Related document(s)28) (Shepherd, Samuel) (Filed on |

| | | |
|---|---|---|
| | | 9/27/2004) (Entered: 09/27/2004) |
| 09/27/2004 | ●30 | STIPULATION *Extending Time of Sutter Health to Respond to Complaint* by Sutter Health, Inc.. (Abrams, William) (Filed on 9/27/2004) (Entered: 09/27/2004) |
| 09/27/2004 | ●31 | Proposed Order re 28 *Motion to Dismiss CBR's 1st, 2nd, 3rd, 4th, 5th & 6th Counterclaims* by Stembanc, Inc.. (Shepherd, Samuel) (Filed on 9/27/2004) (Entered: 09/27/2004) |
| 09/27/2004 | ●32 | First MOTION to Dismiss *CBR's 1st, 2nd, 3rd, 4th, 5th, & 6th Counterclaims* filed by Archibald A. Grabinski. Motion Hearing set for 1/14/2005 09:00 AM. (Shepherd, Samuel) (Filed on 9/27/2004) (Entered: 09/27/2004) |
| 09/27/2004 | ●33 | Declaration in Support of 32 *Motion to Dismiss* filed by Archibald A. Grabinski. (Attachments: # 1 Exhibit A - E)(Related document(s)32) (Shepherd, Samuel) (Filed on 9/27/2004) (Entered: 09/27/2004) |
| 09/27/2004 | ●34 | Proposed Order re 32 *A. Grabinski's Motion to Dismiss CBR's 1st, 2nd, 3rd 4th, 5th & 6th Counterclaims* by Archibald A. Grabinski. (Shepherd, Samuel) (Filed on 9/27/2004) (Entered: 09/27/2004) |
| 09/30/2004 | ●35 | *SUTTER HEALTH* ANSWER to Complaint with Jury Demand *SUTTER HEALTH*, COUNTERCLAIM against PharmaStem Therapeutics, Inc. by Sutter Health, Inc.. (Abrams, William) (Filed on 9/30/2004) (Entered: 09/30/2004) |
| 09/30/2004 | ●36 | NOTICE of Related Case *NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING* (Abrams, William) (Filed on 9/30/2004) (Entered: 09/30/2004) |
| 10/05/2004 | ●37 | **ERRONEOUS FILING - PLEASE DISREGARD - SEE DOCKET ENTRY NO. 38** ORDER REquiring Joint Status Report on Motions and Notices of Pendency of Other Proceedings. Signed by Judge Jeffrey S. White on October 5, 2004. (jswlc3, COURTSTAFF) (Filed on 10/5/2004) Modified on 10/5/2004 (jjo, COURT STAFF). (Entered: 10/05/2004) |
| 10/05/2004 | ●38 | ORDER Requiring Joint Status Report. Signed by Judge Jeffrey S. White on October 5, 2004. (jswlc3, COURTSTAFF) (Filed on 10/5/2004) (Entered: 10/05/2004) |
| 10/20/2004 | ●39 | *PharmaStem Therapeutics, Inc.'s Reply* ANSWER to Counterclaim, COUNTERCLAIM against Sutter Health, Inc. by PharmaStem Therapeutics, Inc.. (Andre, Paul) (Filed on 10/20/2004) (Entered: 10/20/2004) |
| 10/28/2004 | ●40 | Motion to Transfer Action Pursuant to 28 U.S.C. Cord Blood Registry, Inc.1407 (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Abrams, William) (Filed on 10/28/2004) Modified on 10/29/2004 (hdj, COURT STAFF). (Entered: 10/28/2004) |
| 10/28/2004 | ●41 | Motion and Motion to Stay Proceedings Pending Resolution of the |

| | | |
|---|---|---|
| | | Multidistrict Litigation Motion to Transfer For Consolidation and Coordination of Pretrial Proceedings in a Single Forum and Supporting Memorandum of Points and Authorities ins Support Thereof by Cord Blood Registry, Inc. *of (Abrams, William) (Filed on 10/28/2004) Modified on 10/29/2004 (hdj, COURT STAFF). (Entered: 10/28/2004)* |
| 10/28/2004 | 42 | Declaration of Chang H. Kim in Support of 41 *CBR Systems, Inc.'s Motion to Stay Proceedings Pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum* filed by Cord Blood Registry, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Errata 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Errata 9# 10 Exhibit 10# 11 Exhibit 11)(Related document(s)41) (Abrams, William) (Filed on 10/28/2004) (Entered: 10/28/2004) |
| 10/28/2004 | 43 | Proposed Order re 41 *Granting CBR Systems, Inc.'s Motion to Stay Proceedings Pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum* by Cord Blood Registry, Inc.. (Abrams, William) (Filed on 10/28/2004) (Entered: 10/28/2004) |
| 10/28/2004 | 44 | Motion and Expedited Motion to Enlarge Counterdefendants' Hearing Dates and Briefing Schedule Pending Resolution of CBR's Motion to Stay Proceedings, Or In The Alternative, To Shorten Hearing Date and Briefing Schedule for CBR System, Inc.'s Motion To Stay Proceedings, and Supporting Memorandum of Points and Authorities in Support Thereofby Cord Blood Registry, Inc. (Abrams, William) (Filed on 10/28/2004) Modified on 10/29/2004 (hdj, COURT STAFF). (Entered: 10/28/2004) |
| 10/28/2004 | 45 | Proposed Order re 44 *Granting CBR Systems, Inc.'s Expedited Motion To Enlarge Counterdefendants' Hearing Dates And Briefing Schedule Pending Resolution of CBR'S Motion to stay Proceedings, Or In The Alternative, To Shorten Hearing Date And Briefing Schedule For CBR System, Inc.'s Motion To Stay Proceedings* by Cord Blood Registry, Inc.. (Abrams, William) (Filed on 10/28/2004) (Entered: 10/28/2004) |
| 10/28/2004 | 46 | NOTICE by Cord Blood Registry, Inc. *Supplemental Notice of Pendency of Other Action or Proceeding* (Abrams, William) (Filed on 10/28/2004) (Entered: 10/28/2004) |
| 10/29/2004 | 47 | STATUS REPORT *Joint Status Report on Motions and Notices of Pendency of Other Proceedings* by PharmaStem Therapeutics, Inc.. (Andre, Paul) (Filed on 10/29/2004) (Entered: 10/29/2004) |
| 10/29/2004 | 48 | Declaration of Chang H. Kim *Pursuant to Civil L.R. 6-3 in Support of CBR Systems, Inc.'s Expedited Motion to Enlarge Counterdefendants' Hearing Dates and Briefing Schedule Pending Resolution of CBR's Motion to Stay Proceedings, or In The Alternative, to Shorten Hearing Date and Briefing Schedule for CBR System, Inc.'s Motion to Stay Proceedings* filed by Cord Blood Registry, Inc., Sutter Health, Inc.. (Attachments: # 1 Exhibit 1)(Kim, Chang) (Filed on 10/29/2004) |

| | | |
|---|---|---|
| | | (Entered: 10/29/2004) |
| 11/01/2004 | ◓49 | Reply to Opposition *Plaintiff & Counterdefendant PharmaStem Therapeutics, Inc.'s & Counterdefendant Nicholas Didier Opposition to CBR's Motion to Change Time* filed by Nicholas Didier, PharmaStem Therapeutics, Inc.. (Andre, Paul) (Filed on 11/1/2004) (Entered: 11/01/2004) |
| 11/01/2004 | ◓50 | DECLARATION in Opposition to 49 *Ulysses S. T. Hui in Support of Plaintiff & Counterdefendant PharmaStem Therapeutics, Inc. & Counterdefendant Nicholas Didier's Opposition to CBR's Motion to Change Time* filed by Nicholas Didier, PharmaStem Therapeutics, Inc.. (Related document(s)49) (Andre, Paul) (Filed on 11/1/2004) (Entered: 11/01/2004) |
| 11/02/2004 | ◓51 | Memorandum in Opposition *to CBR's Delay Motion* filed by Archibald A. Grabinski, Stembanc, Inc.. (Wang, Philip) (Filed on 11/2/2004) (Entered: 11/02/2004) |
| 11/02/2004 | ◓52 | DECLARATION of Philip J. Wang *in Opposition to CBR's Delay Motion* filed by Archibald A. Grabinski, Stembanc, Inc.. (Wang, Philip) (Filed on 11/2/2004) (Entered: 11/02/2004) |
| 11/02/2004 | ◓53 | Proposed Order *Denying CBR's Delay Motion* by Archibald A. Grabinski, Stembanc, Inc.. (Wang, Philip) (Filed on 11/2/2004) (Entered: 11/02/2004) |
| 11/03/2004 | ◓54 | MOTION Shorten Hearing and Briefing Schedule *for the Motions to Dismiss of Stembanc and A. Grabinski* filed by Archibald A. Grabinski, Stembanc, Inc.. (Wang, Philip) (Filed on 11/3/2004) (Entered: 11/03/2004) |
| 11/03/2004 | ◓55 | Declaration of Philip J. Wang in Support of 54 *Miscellaneous Administrative Request* filed by Archibald A. Grabinski, Stembanc, Inc.. (Attachments: # 1 Exhibit A-G)(Related document(s)54) (Wang, Philip) (Filed on 11/3/2004) (Entered: 11/03/2004) |
| 11/03/2004 | ◓56 | Proposed Order re 54 *Miscellaneous Administrative Request* by Archibald A. Grabinski, Stembanc, Inc.. (Wang, Philip) (Filed on 11/3/2004) (Entered: 11/03/2004) |
| 11/03/2004 | ◓57 | ORDER GRANTING IN PART AND DENYING IN PART 54 Miscellaneous Administrative Request to Shorten Hearing and Briefing Schedule for the Motions to Dismiss of Stembanc and A. Grabinski and 44 Expedited Motion to Shorten Time. Signed by Judge Jeffrey S. White on November 3, 2004. (jswlc3, COURTSTAFF) (Filed on 11/3/2004) (Entered: 11/03/2004) |
| 11/05/2004 | ◓58 | CLERK'S NOTICE CONTINUING THE Case Management Conference to 1/7/2005 at 09:00 AM. Case Management Statement due by 12/30/2004. Hearing on Motion to Sever is continued to 3/4/2005 at 09:00 AM. (jjo, COURT STAFF) (Filed on 11/5/2004) (Entered: 11/05/2004) |

| | | |
|---|---|---|
| 11/05/2004 | | ***Motions terminated: 54 MOTION Shorten Hearing and Briefing Schedule *for the Motions to Dismiss of Stembanc and A. Grabinski* filed by Stembanc, Inc., Archibald A. Grabinski. (hdj, COURT STAFF) (Filed on 11/5/2004) (Entered: 11/08/2004) |
| 11/09/2004 | 59 | STIPULATION and Proposed Order selecting Mediation by Cord Blood Registry, Inc., Nicholas Didier, Archibald A. Grabinski, PharmaStem Therapeutics, Inc., Stembanc, Inc., Sutter Health, Inc. *ADR PROCESS [ADR L.R. 3-5] ADR CERTIFICAITON & [PROPOSED] ORDER SELECTING MEDIATION* (Andre, Paul) (Filed on 11/9/2004) (Entered: 11/09/2004) |
| 11/10/2004 | 60 | ORDER re 59 Stipulation selecting Mediation. Signed by Judge Jeffrey S. White on November 10, 2004. (jswlc3, COURTSTAFF) (Filed on 11/10/2004) (Entered: 11/10/2004) |
| 11/11/2004 | 61 | NOTICE by PharmaStem Therapeutics, Inc. re 46 Notice (Other) *Opposition to CBR's Supplemental Notice of Pendency of Other Action of Proceeding Pursuant to L.R. 3-13(c)* (Andre, Paul) (Filed on 11/11/2004) (Entered: 11/11/2004) |
| 11/12/2004 | 62 | NOTICE by Archibald A. Grabinski, Stembanc, Inc. re 46 Notice (Other) *Opposition to Supplemental Notice of Pendency of Other Action or Proceeding* (Wang, Philip) (Filed on 11/12/2004) (Entered: 11/12/2004) |
| 11/18/2004 | 63 | STATUS REPORT *Supplemental Status Report on Notices of Pendency of Other Proceedings* by Cord Blood Registry, Inc.. (Kim, Chang) (Filed on 11/18/2004) (Entered: 11/18/2004) |
| 11/18/2004 | 64 | Declaration of Chang H. Kim in Support of 63 Status Report *Supplemental Declaration of Chang H. Kim in Support of CBR Systems, Inc.'s Motion to Stay Proceedings Pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum* filed byCord Blood Registry, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Related document(s)63) (Kim, Chang) (Filed on 11/18/2004) (Entered: 11/18/2004) |
| 11/19/2004 | 65 | *** FILED IN ERROR. PLEASE SEE DOCKET #71. *** Memorandum in Opposition *CBR Systems, Inc.'s Oppositon to Stembanc, Inc.'s Motion to Dismiss CBR Systems, Inc.'s First, Second, Third, Fourth, Fifth and Sixth Counterclaims Pursuant to Fed.R.Civ.P.12(b)(6)* filed byCord Blood Registry, Inc.. (Abrams, William) (Filed on 11/19/2004) Modified on 11/22/2004 (br, COURT STAFF). (Entered: 11/19/2004) |
| 11/19/2004 | 66 | Memorandum in Opposition *CBR Systems, Inc.'s Opposition to Nicholas Didier's Motion to Dismiss CBR Systems, Inc.'s First, Second, Third, Fourth, Fifth, and Sixth Counterclaims Pursuant to Fed.R.Civ.P.12(b)(6)* filed byCord Blood Registry, Inc.. (Abrams, William) (Filed on 11/19/2004) (Entered: 11/19/2004) |
| 11/19/2004 | 67 | Memorandum in Opposition *CBR Systems, Inc.'s Opposition to* |

| | | |
|---|---|---|
| | | *Pharmastem Therapeutics, Inc.'s Motion to Dismiss CBR Systems, Inc.'s First, Second, Third, Fourth, Fifth, Sixth and Seventh Counterclaims Pursuant to Fed.R.Civ.P.12(b)(6)* filed byCord Blood Registry, Inc.. (Abrams, William) (Filed on 11/19/2004) (Entered: 11/19/2004) |
| 11/19/2004 | 68 | Memorandum in Opposition *CBR Systems, Inc.'s Opposition to Archibald A. Grabinski's Motion to Dismiss CBR Systems, Inc.'s First, Second, Third, Fourth, Fifth, and Sixth Counterclaims Pursuant to Fed.R.Civ.P.12(b)(2) & (b)(6)* filed byCord Blood Registry, Inc.. (Abrams, William) (Filed on 11/19/2004) (Entered: 11/19/2004) |
| 11/19/2004 | 69 | Request for Judicial Notice *CBR Systems, Inc.'s Request for Judicial Notice in Support of Opposition To Motion To Dismiss* filed byCord Blood Registry, Inc.. (Attachments: # 1 Exhibit One# 2 Exhibit Two) (Abrams, William) (Filed on 11/19/2004) (Entered: 11/19/2004) |
| 11/19/2004 | 70 | Declaration of Peter H. Nohle *In Support of CBR Systems, Inc.'s Opposition to Motion to Dismiss* filed byCord Blood Registry, Inc.. (Attachments: # 1 Exhibit One# 2 Exhibit Two# 3 Exhibit Three# 4 Exhibit Four# 5 Exhibit Five)(Abrams, William) (Filed on 11/19/2004) (Entered: 11/19/2004) |
| 11/22/2004 | 71 | Memorandum in Opposition *to Stembanc, Inc.'s Motion to Dismiss CBR Systems, Inc.'s First, Second, Third, Fourth, Fifth, Sixth and Seventh Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6) CORRECTION OF DOCKET #65* filed byCord Blood Registry, Inc.. (Nohle, Peter) (Filed on 11/22/2004) (Entered: 11/22/2004) |
| 11/29/2004 | 72 | First Ex Parte Application re 71 Memorandum in Opposition,, 68 Memorandum in Opposition, *(briefing schedule set by the Court's Order dated November 3, 2004 [Docket No. 57])* filed by Stembanc, Inc., Archibald A. Grabinski, Cord Blood Registry, Inc.. (Nohle, Peter) (Filed on 11/29/2004) (Entered: 11/29/2004) |
| 11/29/2004 | 73 | Declaration of Peter H. Nohle in Support of 72 First Ex Parte Application re 71 Memorandum in Opposition,, 68 Memorandum in Opposition, *(briefing schedule set by the Court's Order dated November 3, 2004 [Docket No. 57])* filed byCord Blood Registry, Inc.. (Attachments: # 1 Exhibit # 2 Exhibit)(Related document(s)72) (Nohle, Peter) (Filed on 11/29/2004) (Entered: 11/29/2004) |
| 11/29/2004 | 74 | ORDER GRANTING 72 Request to Modify Briefing Schedule. Signed by Judge Jeffrey S. White on November 29, 2004. (jswlc3, COURTSTAFF) (Filed on 11/29/2004) (Entered: 11/29/2004) |
| 11/29/2004 | | ***Motions terminated: 72 First Ex Parte Application re 71 Memorandum in Opposition,, 68 Memorandum in Opposition, *(briefing schedule set by the Court's Order dated November 3, 2004 [Docket No. 57])* filed by Cord Blood Registry, Inc.,, Stembanc, Inc.,, Archibald A. Grabinski,. (hdj, COURT STAFF) (Filed on 11/29/2004) (Entered: 11/30/2004) |
| 12/02/2004 | | Received Document Letter dated 11/17/04 by Philip J. Wang. (hdj, |

| | | |
|---|---|---|
| | | COURT STAFF) (Filed on 12/2/2004) (Entered: 12/06/2004) |
| 12/03/2004 | 75 | NOTICE by Nicholas Didier, PharmaStem Therapeutics, Inc., PharmaStem Therapeutics, Inc. re 41 Notice (Other), Notice (Other) *Opposition to CBR's Motion to Stay Proceedings Pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum* (Andre, Paul) (Filed on 12/3/2004) (Entered: 12/03/2004) |
| 12/03/2004 | 76 | DECLARATION of Lisa Kobialka in Opposition to 75 Notice (Other), Notice (Other) *Declaration of Lisa Kobialka in Opposition to CBR's Motion to Stay Proceedings Pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceeding in a Single Forum* filed byNicholas Didier, PharmaStem Therapeutics, Inc., PharmaStem Therapeutics, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Related document(s)75) (Andre, Paul) (Filed on 12/3/2004) (Entered: 12/03/2004) |
| 12/03/2004 | 77 | NOTICE by Nicholas Didier, PharmaStem Therapeutics, Inc., PharmaStem Therapeutics, Inc. re 75 Notice (Other), Notice (Other) *of Lodging of Case in Support of PharmaStem Therapeutics, Inc.'s Opposition to CBR's Motion to Stay Proceedings Pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceeding in a Single Forum* (Attachments: # 1 Exhibit A)(Andre, Paul) (Filed on 12/3/2004) (Entered: 12/03/2004) |
| 12/03/2004 | 78 | NOTICE by Stembanc, Inc., Archibald A. Grabinski re 41 Notice (Other), Notice (Other) *Stembanc, Inc. and Archibald A. Grabinski's Opposition to Motion to Stay Proceedings* (Wang, Philip) (Filed on 12/3/2004) (Entered: 12/03/2004) |
| 12/03/2004 | 79 | Declaration of Philip J. Wang in Support of 78 Notice (Other) *Opposition to Motion to Stay Proceedings* filed byStembanc, Inc., Archibald A. Grabinski. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I)(Related document(s)78) (Wang, Philip) (Filed on 12/3/2004) (Entered: 12/03/2004) |
| 12/03/2004 | 80 | Proposed Order re 78 Notice (Other) *Denying Motion to Stay Proceedings* by Stembanc, Inc., Archibald A. Grabinski. (Wang, Philip) (Filed on 12/3/2004) (Entered: 12/03/2004) |
| 12/10/2004 | 81 | Reply to Opposition re 14 MOTION to Dismiss *Defendant CBR's First, Second, Third, Fourth, Fifth, Sixth and Seventh Counterclaims PharmaStem Therapeutics, Inc.'s Reply to CBR System, Inc.'s Opposition to Motion to Dismiss First, Second, Third, Fourth, Fifth & Sixth Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6)* filed byPharmaStem Therapeutics, Inc., PharmaStem Therapeutics, Inc.. (Andre, Paul) (Filed on 12/10/2004) (Entered: 12/10/2004) |
| 12/10/2004 | 82 | Reply to Opposition re 23 MOTION to Dismiss *Counterdefendant Nicholas Didier's Notice of Motion and Motion to Dismiss CBR Systems, Inc.'s Counterclaims; Memorandum of Points and Authorities;* |

| | | |
|---|---|---|
| | | *[Proposed] Order Counterdefendant Nicholas Didier's Reply in Support of Motion to Dismiss CBR Systems, Inc.'s Counterclaims; Memorandum of Points & Authorities* filed byNicholas Didier. (Andre, Paul) (Filed on 12/10/2004) (Entered: 12/10/2004) |
| 12/15/2004 | 83 | Reply Memorandum re 28 First MOTION to Dismiss *CBR's 1st, 2nd, 3rd, 4th, 5th, & 6th Counterclaims Pursuant to Fed.R.Civ.P. 12(b)(6)* filed byStembanc, Inc.. (Shepherd, Samuel) (Filed on 12/15/2004) (Entered: 12/15/2004) |
| 12/15/2004 | 84 | Reply Memorandum re 32 First MOTION to Dismiss *CBR's 1st, 2nd, 3rd, 4th, 5th, & 6th Counterclaims Pursuant to Fed.R.Civ.P. 12(b)(2) & (b)(6)* filed byArchibald A. Grabinski. (Shepherd, Samuel) (Filed on 12/15/2004) (Entered: 12/15/2004) |
| 12/15/2004 | 85 | Declaration of Matthew W. Meskell in Support of 84 Reply Memorandum *in Support of Motions to Dismiss* filed byStembanc, Inc., Archibald A. Grabinski. (Attachments: # 1 Exhibit A)(Related document (s)84) (Shepherd, Samuel) (Filed on 12/15/2004) (Entered: 12/15/2004) |
| 12/15/2004 | 86 | Request for Judicial Notice *Supplemental* filed byStembanc, Inc.. (Attachments: # 1 Exhibit A-D)(Shepherd, Samuel) (Filed on 12/15/2004) (Entered: 12/15/2004) |
| 12/17/2004 | 87 | Reply to Opposition *REPLY TO STEMBANC, INC.'S AND ARCHIBALD A. GRABINSKI'S OPPOSITION TO MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDINGS IN A SINGLE FORUM* filed byCord Blood Registry, Inc.. (Kim, Chang) (Filed on 12/17/2004) (Entered: 12/17/2004) |
| 12/17/2004 | 88 | Declaration of Chang H. Kim in Support of 87 Reply to Opposition, *CBR'S REPLY TO STEMBANC, INC.'S AND ARCHIBALD A. GRABINSKI'S OPPOSITION TO MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDINGS IN A SINGLE FORUM* filed byCord Blood Registry, Inc., Sutter Health, Inc.. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6)(Related document(s)87) (Kim, Chang) (Filed on 12/17/2004) (Entered: 12/17/2004) |
| 12/17/2004 | 89 | Reply to Opposition *CBR SYSTEMS, INC.'S REPLY TO PHARMASTEM THERAPEUTICS, INC.'S AND NICOLAS DIDIER'S OPPOSITION TO MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDINGS IN A SINGLE FORUM* filed byCord Blood Registry, Inc., Sutter Health, Inc.. (Kim, Chang) (Filed on 12/17/2004) (Entered: 12/17/2004) |
| 12/17/2004 | 90 | Declaration in Support of 89 Reply to Opposition, *DECLARATION OF CHANG H. KIM IN SUPPORT OF CBR SYSTEMS, INC.'S REPLY TO* |

| | | |
|---|---|---|
| | | *PHARMASTEM THERAPEUTICS, INC.'S AND NICOLAS DIDIER'S OPPOSITION TO MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDINGS IN A SINGLE FORUM* filed byCord Blood Registry, Inc., Sutter Health, Inc.. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10)(Related document(s)89) (Kim, Chang) (Filed on 12/17/2004) (Entered: 12/17/2004) |
| 12/17/2004 | 91 | Request for Judicial Notice re 89 Reply to Opposition, *CBR SYSTEMS, INC.'S REQUEST FOR JUDICIAL* filed byCord Blood Registry, Inc., Sutter Health, Inc.. (Attachments: # 1 # 2)(Related document(s)89) (Kim, Chang) (Filed on 12/17/2004) (Entered: 12/17/2004) |
| 12/20/2004 | 92 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d *CBR SYSTEMS, INC.'S STATEMENT OF RECENT DECISION IN SUPPORT OF ITS MOTION TO STAY PURSUANT TO LOCAL RULE 7-3* filed byCord Blood Registry, Inc., Sutter Health, Inc.. (Attachments: # 1 Exhibit 1)(Kim, Chang) (Filed on 12/20/2004) (Entered: 12/20/2004) |
| 12/22/2004 | 93 | ORDER Re: Hearing on January 7, 2005. Signed by Judge Jeffrey S. White on December 22, 2004. (jswlc3, COURTSTAFF) (Filed on 12/22/2004) (Entered: 12/22/2004) |
| 12/29/2004 | 94 | MOTION Leave to File Notice of Dismissal in a Related Case re 78 Notice (Other) *Miscellaneous Administrative Request* filed by Stembanc, Inc., Archibald A. Grabinski. (Wang, Philip) (Filed on 12/29/2004) (Entered: 12/29/2004) |
| 12/29/2004 | 95 | Declaration of Philip J. Wang in Support of 94 MOTION Leave to File Notice of Dismissal in a Related Case re 78 Notice (Other) *Miscellaneous Administrative Request* filed byStembanc, Inc., Archibald A. Grabinski. (Attachments: # 1 Exhibit Notice of Dismissal)(Related document(s)94) (Wang, Philip) (Filed on 12/29/2004) (Entered: 12/29/2004) |
| 12/29/2004 | 96 | Proposed Order re 94 MOTION Leave to File Notice of Dismissal in a Related Case re 78 Notice (Other) *Miscellaneous Administrative Request* by Stembanc, Inc., Archibald A. Grabinski. (Wang, Philip) (Filed on 12/29/2004) (Entered: 12/29/2004) |
| 12/30/2004 | 97 | JOINT CASE MANAGEMENT STATEMENT *AND PROPOSED ORDER* filed by Nicholas Didier, PharmaStem Therapeutics, Inc.. (Andre, Paul) (Filed on 12/30/2004) (Entered: 12/30/2004) |
| 01/03/2005 | 98 | ORDER GRANTING 94 Miscellaneous Administrative Request. Signed by Judge Jeffrey S. White on January 3, 2005. (jswlc3, COURTSTAFF) (Filed on 1/3/2005) (Entered: 01/03/2005) |
| 01/03/2005 | | ***Motions terminated: 94 MOTION Leave to File Notice of Dismissal in a Related Case re 78 Notice (Other) *Miscellaneous Administrative Request* filed by Stembanc, Inc.,, Archibald A. Grabinski,. (hdj, COURT STAFF) (Filed on 1/3/2005) (Entered: 01/05/2005) |

| | | |
|---|---|---|
| 01/05/2005 | 99 | MOTION for Preliminary Injunction *Against Defendant CBR Systems, Inc.'s Infringement of the Patent-in-Suit; Memorandum of Points & Authorties* filed by PharmaStem Therapeutics, Inc.. Motion Hearing set for 4/22/2005 09:00 AM. (Attachments: # 1 Appendix Appendix)(Andre, Paul) (Filed on 1/5/2005) (Entered: 01/05/2005) |
| 01/05/2005 | 100 | Declaration of Lisa Kobialka in Support of 99 MOTION for Preliminary Injunction *Against Defendant CBR Systems, Inc.'s Infringement of the Patent-in-Suit; Memorandum of Points & Authorties* filed byPharmaStem Therapeutics, Inc.. (Attachments: # 1 Exhibit 1 through 3# 2 Exhibit 4 through 7# 3 Exhibit 8 through 12# 4 Exhibit 13 through 16# 5 Exhibit 17 through 21# 6 Exhibit 22 through 25# 7 Exhibit 26 through 30# 8 Exhibit 31# 9 Exhibit 32 through 37)(Related document(s)99) (Andre, Paul) (Filed on 1/5/2005) (Entered: 01/05/2005) |
| 01/05/2005 | 101 | Proposed Order re 99 MOTION for Preliminary Injunction *Against Defendant CBR Systems, Inc.'s Infringement of the Patent-in-Suit; Memorandum of Points & Authorties* by PharmaStem Therapeutics, Inc.. (Andre, Paul) (Filed on 1/5/2005) (Entered: 01/05/2005) |
| 01/06/2005 | 102 | CERTIFICATE OF SERVICE by PharmaStem Therapeutics, Inc. *Proof of Service re Manual Filing Notification* (Andre, Paul) (Filed on 1/6/2005) (Entered: 01/06/2005) |
| 01/06/2005 | 103 | ****INCORRECT ENTRY - PLEASE SEE DOCKET ENTRY 104 (AMENDED NOTICE OF TENTATIVE RULING AND QUESTIONS) ****NOTICE OF TENTATIVE RULING AND QUESTIONS FOR HEARING. Signed by Judge Jeffrey S. White on January 6, 2005. (jswlc3, COURTSTAFF) (Filed on 1/6/2005) Modified on 1/6/2005 (jjo, COURT STAFF). (Entered: 01/06/2005) |
| 01/06/2005 | 104 | AMENDED NOTICE of Tentative Ruling and Questions for Hearing. Signed by Judge Jeffrey S. White on January 6, 2005. (jswlc3, COURTSTAFF) (Filed on 1/6/2005) (Entered: 01/06/2005) |
| 01/06/2005 | | ***Set/Clear Flags (hdj, COURT STAFF) (Filed on 1/6/2005) (Entered: 01/10/2005) |
| 01/06/2005 | 107 | EXHIBITS 1 99 MOTION for Preliminary Injunction *Against Defendant CBR Systems, Inc.'s Infringement of the Patent-in-Suit; Memorandum of Points & Authorties* filed byPharmaStem Therapeutics, Inc.. (Related document(s)99) (hdj, COURT STAFF) (Filed on 1/6/2005) (Entered: 01/10/2005) |
| 01/06/2005 | 108 | EXHIBITS 2 99 MOTION for Preliminary Injunction *Against Defendant CBR Systems, Inc.'s Infringement of the Patent-in-Suit; Memorandum of Points & Authorties* filed byPharmaStem Therapeutics, Inc. (Related document(s)99) (hdj, COURT STAFF) (Filed on 1/6/2005) (Entered: 01/10/2005) |
| 01/07/2005 | 105 | ORDER GRANTING IN PART AND DENYING IN PART Motion to Stay Proceedings Pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial |

| | | |
|---|---|---|
| | | Proceedings in a Single Forum. Signed by Judge Jeffrey S. White on January 7, 2005. (jswlc3, COURTSTAFF) (Filed on 1/7/2005) (Entered: 01/07/2005) |
| 01/10/2005 | 🔴106 | Minute Entry: Motion Hearing held on 1/7/2005 before Judge Jeffrey S. White (Date Filed: 1/10/2005). (Court Reporter Jim Yeomans.) (jjo, COURT STAFF) (Date Filed: 1/10/2005) (Entered: 01/10/2005) |
| 01/14/2005 | 🔴109 | ORDER DENYING 23 Nicholas Didier's Motion to Dismiss CBR Systems, Inc.'s Counterclaims; and ORDER GRANTING 32 Archiblad Grabinski's Motion to Dismiss. Signed by Judge Jeffrey S. White on January 14, 2005. (jswlc3, COURTSTAFF) (Filed on 1/14/2005) (Entered: 01/14/2005) |
| 01/14/2005 | | ***Motions terminated: 23 MOTION to Dismiss *Counterdefendant Nicholas Didier's Notice of Motion and Motion to Dismiss CBR Systems, Inc.'s Counterclaims; Memorandum of Points and Authorities; [Proposed] Order* filed by Nicholas Didier,, 32 First MOTION to Dismiss *CBR's 1st, 2nd, 3rd, 4th, 5th, & 6th Counterclaims* filed by Archibald A. Grabinski,. (hdj, COURT STAFF) (Filed on 1/14/2005) (Entered: 01/18/2005) |
| 01/18/2005 | 🔴110 | ADR Clerks Notice dated 1/18/2005 appointing M. Scott Donahey as Mediator. (cmf, COURT STAFF) (Filed on 1/18/2005) (Entered: 01/18/2005) |
| 01/24/2005 | 🔴111 | Disclosure Letter dated 1/20/2005 from Mediator, M. Scott Donahey. (cmf, COURT STAFF) (Filed on 1/24/2005) (Entered: 01/24/2005) |
| 03/24/2005 | 🔴112 | MDL ORDER TRANSFERRING CASE to the District of Delaware (MDL 1660). Signed by MDL Panel on 3/24/05. (hdj, COURT STAFF) (Filed on 3/24/2005) Additional attachment(s) added on 3/30/2005 (hdj, COURT STAFF). (Entered: 03/28/2005) |