1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Samuel B. Shepherd (Bar No. 163564)
2  Matthew W. Meskell (Bar No. 208263)
   Philip J. Wang (Bar No. 218349)
3  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, CA  94065
4  (650) 801-5000 (Telephone)
   (650) 801-5100 (Facsimile)
5
   Attorneys for Counterclaim Defendants,
6  STEMBANC, INC. and ARCHIBALD A. GRABINSKI
7
8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10               SAN FRANCISCO DIVISION
11
12 PHARMASTEM THERAPEUTICS, INC., a      )  Case No. C 04-3072 (JSW)
   Delaware corporation,                 )
13                                        )  **[PROPOSED] ORDER DENYING CBR's**
                  Plaintiff,              )  **EXPEDITED MOTION TO ENLARGE**
14                                        )  **COUNTERDEFENDANTS' HEARING**
              vs.                         )  **DATES AND BRIEFING SCHEDULE**
15                                        )  **PENDING RESOLUTION OF CBR'S**
   CORD BLOOD REGISTRY, INC., dba CBR,    )  **MOTION TO STAY PROCEEDINGS, OR**
16 a California corporation, and SUTTER   )  **IN THE ALTERNATIVE, TO SHORTEN**
   HEALTH, INC., a California corporation,)  **HEARING DATE AND BRIEFING**
17                                        )  **SCHEDULE FOR CBR SYSTEM, INC.'S**
              Defendants.                 )  **MOTION TO STAY**
18 _____  )
   CBR SYSTEMS, INC., dba CBR, a California )
19 corporation,                           )  **JUDGE:**    Hon. Jeffrey S. White
                                          )
20             Counterclaimant,           )
                                          )
21           vs.                          )
                                          )
22 PHARMASTEM THERAPEUTICS, INC., a       )
   Delaware corporation; STEMBANC, INC., a )
23 Ohio corporation; NICHOLAS DIDIER; and )
   ARCHIBALD A. GRABINSKI,                )
24                                        )
              Counterdefendants.          )
25 _____  )
26
27
28

50494/25034.2
   [PROPOSED] ORDER DENYING CBR'S DELAY MOTION
   Case No. C 04-3072 JSW

1    Having considered CBR Systems, Inc.'s ("CBR") Expedited Motion to Enlarge

2 Counterdefendants' Hearing Dates and Briefing Schedule Pending Resolution of CBR's Motion

3 to Stay Proceedings, or in the Alternative, to Shorten Hearing Date and Briefing Schedule for

4 CBR System, Inc.'s Motion to Stay Proceedings ("Delay Motion"), the parties' papers in support

5 and opposition, and all relevant pleadings and papers filed in this action, and NO GOOD CAUSE

6 APPEARING THEREFOR,

7    IT IS HEREBY ORDERED that the Delay Motion is DENIED because:  (1) the

8 Delay Motion does not comply with this Court's Standing Order, this Court's October 5th Order

9 Requiring Joint Status Report, or Civil Local Rule 7-10; (2) CBR has not demonstrated that the

10 changes to hearing dates and briefing schedules requested in the Delay Motion are supported by

11 good cause; and (3) CBR's request would, if granted, substantially prejudice Stembanc, Inc. and

12 Archibald A. Grabinski and lead to a proliferation of unnecessary litigation.

13

14

15 Dated: _____, 2004    _____

16                                         HONORABLE JEFFREY S. WHITE
                                          UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING CBR'S DELAY MOTION
Case No. C 04-3072 JSW