1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Samuel B. Shepherd (Bar No. 163564)
2  Matthew W. Meskell (Bar No. 208263)
   Philip J. Wang (Bar No. 218349)
3  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, CA  94065
4  (650) 801-5000 (Telephone)
   (650) 801-5100 (Facsimile)
5
   Attorneys for Counterclaim Defendants,
6  STEMBANC, INC. and ARCHIBALD A. GRABINSKI

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  PHARMASTEM THERAPEUTICS, INC., a  )  Case No. C 04-3072 (JSW)
    Delaware corporation,             )
13                                    )  **[PROPOSED] ORDER GRANTING**
                Plaintiff,            )  **MISCELLANEOUS ADMINISTRATIVE**
14                                    )  **REQUEST PURSUANT TO CIVIL**
         vs.                          )  **LOCAL RULE 7-10 TO SHORTEN THE**
15                                    )  **BRIEFING AND HEARING SCHEDULE**
    CORD BLOOD REGISTRY, INC., dba CBR, )  **FOR THE MOTIONS TO DISMISS OF**
16  a California corporation, and SUTTER )  **STEMBANC, INC. AND ARCHIBALD A.**
    HEALTH, INC., a California corporation, )  **GRABINSKI**
17                                    )
                Defendants.            )
18  _____   )  JUDGE:    Hon. Jeffrey S. White
    CBR SYSTEMS, INC., dba CBR, a California )
19  corporation,                      )
                                      )
20              Counterclaimant,       )
                                      )
21       vs.                          )
                                      )
22  PHARMASTEM THERAPEUTICS, INC., a  )
    Delaware corporation; STEMBANC, INC., a )
23  Ohio corporation; NICHOLAS DIDIER; and )
    ARCHIBALD A. GRABINSKI,           )
24                                    )
                Counterdefendants.     )
25  _____   )

26

27

28

50494/25053.1

[PROPOSED] ORDER
Case No. C 04-3072 JSW

1  Having considered counterclaim defendants Stembanc Inc. ("Stembanc") and
2  Archibald A. Grabinski's ("Grabinski") Miscellaneous Administrative Request Pursuant to <u>Civil</u>
3  <u>Local Rule</u> 7-10 to Shorten the Briefing and Hearing Schedule for the Motions to Dismiss of
4  Stembanc, Inc. and Archibald A. Grabinski ("Request"), the parties' papers in support and
5  opposition, all relevant pleadings and papers filed in this action, and GOOD CAUSE
6  APPEARING THEREFOR,
7  IT IS HEREBY ORDERED that the Request is GRANTED because (1) Stembanc
8  and Grabinski's requested relief will promote judicial economy by preventing unnecessary
9  litigation; (2) will afford CBR a full and fair opportunity to be heard, and (3) will prevent further
10 expense and prejudice to Stembanc and Grabinski.
11 Accordingly, the hearing and briefing schedule for Stembanc and Grabinski's
12 Motions to Dismiss will be as follows:

| | |
|---|---|
| Counterclaim plaintiff's opposition | November 5, 2004 |
| Counterclaim defendants' reply | November 9, 2004 |
| Hearing on counterclaim defendants' motions to dismiss | November 12, 2004 |

OR, IN THE ALTERNATIVE:

| | |
|---|---|
| Counterclaim plaintiff's opposition | November 19, 2004 |
| Counterclaim defendants' reply | December 3, 2004 |
| Hearing on counterclaim defendants' motions to dismiss | December 10, 2004 |

IT IS SO ORDERED.

Dated: _____, 2004

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

50494/25053.1

[PROPOSED] ORDER
Case No. C 04-3072 JSW