UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHARMASTEM THERAPEUTICS

       Plaintiff(s),                            No. C 04-03072 JSW

   v.                                    **CLERK'S NOTICE**

CORD BLOOD REGISTRY INC.

       Defendant(s).

_____/

     YOU ARE HEREBY NOTIFIED that on January 7, 2005, at 9:00 a.m., immediately following the hearing on motions, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** December 3, 2004, in this matter. A joint case management conference statement shall be due on or before December 30, 2004.

     YOU ARE FURTHER HEREBY NOTIFIED that the hearing on the Motion to Sever, previously noticed for January 7, 2005 is CONTINUED to March 4, 2005 at 9:00 a.m.

                                               Richard W. Wieking
                                               Clerk, United States District Court

                                               By: _____/s/_____
                                               Jennifer Ottolini, Deputy Clerk
                                               Honorable Jeffrey S. White
                                               (415) 522-4173

Dated: November 5, 2004