1

2                          **UNITED STATES DISTRICT COURT**

3                        **NORTHERN DISTRICT OF CALIFORNIA**

4                                  **SAN FRANCISCO**

| | |
|---|---|
| 5   PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | **CASE NO. 04-3072 JSW** |
| 6 | |
| 7          Plaintiff, | **STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]** |
| 8     v. | **ADR CERTIFICATION** |
| 9 | |
| 10   CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation, | |
| 11 | |
| 12          Defendants. | |
| 13   CBR SYSTEMS, INC., dba CBR, a California corporation, and Sutter Health, | |
| 14 | |
| 15          Counterclaimants, | |
| 16     v. | |
| 17   PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI, | |
| 18 | |
| 19 | |
| 20          Counterdefendants. | |

21

22

23

24

25

26

27

28

The parties stipulate to participate in the following ADR process:

**Court Processes:**

__ Arbitration          __ ENE          _X_ Mediation

*(Use space below to provide any information regarding timing of session, preferred subject matter expertise of neutral, or other issues.)*

**Private Process:**

__ Private ADR (*please identify process and provider*)

*(For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: <u>November 9, 2004</u>                    <u>        /s/        </u>
                                                   Attorney for Plaintiff PharmaStem Therapeutics, Inc.
                                                   and Counterdefendant Nicholas Didier

Dated: <u>November 9, 2004</u>                    <u>        /s/        </u>
                                                   Attorney for Counterdefendants Stembanc, Inc. and
                                                   Archibald A. Grabinski

Dated: <u>November 9, 2004</u>                    <u>        /s/        </u>
                                                   Attorney for Defendants and Counterclaimants
                                                   CBR Systems, Inc. and Sutter Health

**STIPULATION SELECTING ADR PROCESS/**
**ADR CERTIFICATION**                              [40923-0005/BY043130.070]

1

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

2

3

     Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that

4

he or she has read either the handbook entitled "Dispute Resolution Procedures in the

5

Northern District of California," or the specified portions of the ADR Unit's Internet site

6

<www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided

7

by the court and private entities, and considered whether this case might benefit from any

8

of them.

9

     (Note: This Certification must be signed by each party and its counsel. For e-filers,

10

please consult General Order No. 45, Section X regarding signatures.)

11

12

Dated: _Nov 9 04_       _____

13

                                 **PharmaStem Therapeutics, Inc.**

14

Dated: _Nov 9, 04_       _____

15

                                 **Nicholas Didier**

16

Dated: _Nov. 9, '04_       _____

17

18

                                 **Paul J. Andre, Esq.**

19

Dated: _____       _____

20

                                 **Stembanc, Inc.**

21

22

Dated: _____       _____

23

                                 **Archibald A. Grabinski**

24

Dated: _____       _____

25

                                 **Samuel B. Shepherd, Esq.**

26

Dated: _____       _____

27

                                 **CBR Systems, Inc.**

28

STIPULATION SELECTING ADR PROCESS/
ADR CERTIFICATION                                         [40923-0005/BY043 30.070]

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: _____    _____    _____

PharmaStem Therapeutics, Inc.

Dated: _____    _____

Nicholas Didier

Dated: _____    _____

Paul J. Andre, Esq.

Dated: 11/8/04    *Archld Grabski – President & CEo*

Stembanc, Inc.

Dated: 11/8/04    *Archld Grabski*

Archibald A. Grabinski

Dated: 9/9/04    *signature*

Samuel B. Shepherd, Esq.

Dated: _____    _____

CBR Systems, Inc.

STIPULATION SELECTING ADR PROCESS/
ADR CERTIFICATION

[40923-0005/ Y043t30.070]

# SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: _____        _____

                                PharmaStem Therapeutics, Inc.

Dated: _____        _____

                                Nicholas Didier

Dated: _____        _____

                                Paul J. Andre, Esq.

Dated: _____        _____

                                Stembanc, Inc.

Dated: _____        _____

                                Archibald A. Grabinski

Dated: _____        _____

                                Samuel B. Shepherd, Esq.

Dated: __11/8/04__              _____

                                CBR Systems, Inc.

STIPULATION SELECTING ADR PROCESS/
ADR CERTIFICATION                                [40923-0005/DY043130.070]

1

2   Dated: 11/8/04                    _Bnie George_

3                                      Sutter Health - Bonnie George

4   Dated: _____

5                                      William F. Abrams, Esq.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   **NOTE:** You also must concurrently submit a copy of any ADR Forms filed to the ADR

26   Unit by fax (415-522-4112), hand delivery (ADR Program, 450 Golden Gate Avenue, 16th Floor,

27   Room 16-6892, San Francisco, CA) or as a PDF attachment by email to adr@cand.uscourts.gov.

28

STIPULATION SELECTING ADR PROCESS/
ADR CERTIFICATION                                          [40423-0005/BY043130.070]

1

2    **Dated:** _____       _____

3                                                Sutter Health

4    **Dated:** _Nov. 9, 2004_       _William Abrams/_____

5                                                William F. Abrams, Esq.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24          **NOTE:** You also must concurrently submit a copy of any ADR Forms filed to the ADR

25    Unit by fax (415-522-4112), hand delivery (ADR Program, 450 Golden Gate Avenue, 16th Floor,

26    Room 16-6892, San Francisco, CA) or as a PDF attachment by email to adr@cand.uscourts.gov.

27

28

**STIPULATION SELECTING ADR PROCESS/**
**ADR CERTIFICATION**                                    [40923-0005-000000/BY043130.070]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation,<br><br>Defendants. | CASE NO. 04-3072 JSW<br><br>**[PROPOSED] ORDER SELECTING MEDIATION** |
| CBR SYSTEMS, INC., dba CBR, a California corporation, and Sutter Health,<br><br>Counterclaimants,<br><br>v.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI,<br><br>Counterdefendants. | |

Pursuant to the Stipulation Selecting ADR Process submitted by the parties, the captioned matter is hereby referred to court-sponsored mediation.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

ORDER SELECTING MEDIATION                                    [40923-0005/BY043130.166]