UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation,<br><br>Defendants. | CASE NO. 04-3072 JSW<br><br>[PROPOSED] ORDER SELECTING MEDIATION |
| CBR SYSTEMS, INC., dba CBR, a California corporation, and Sutter Health,<br><br>Counterclaimants,<br><br>v.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI,<br><br>Counterdefendants. | |

Pursuant to the Stipulation Selecting ADR Process submitted by the parties, the captioned matter is hereby referred to court-sponsored mediation.

IT IS SO ORDERED.

Dated: November 10, 2004        /s/ Jeffrey S. White
                                UNITED STATES DISTRICT JUDGE

ORDER SELECTING MEDIATION                                    [40923-0005/BY043130.166]