1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   Chang H. Kim (State Bar No. 195554)
3  Peter H. Nohle (State Bar No. 209446)
   2475 Hanover Street
4  Palo Alto, CA 94304-1115
   Telephone: (650) 233-4500
5  Facsimile:  (650) 233-4545

6  Attorneys for Defendants and Counterclaimants
   CBR SYSTEMS, INC. and SUTTER HEALTH
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12  PHARMASTEM THERAPEUTICS, INC., a )  **No. C 04 3072 JSW**
    Delaware corporation,            )
13                                   )  SUPPLEMENTAL STATUS REPORT ON
                    Plaintiff,       )  NOTICES OF PENDENCY OF OTHER
14                                   )  PROCEEDINGS
        vs.                          )
15                                   )
    CORD BLOOD REGISTRY, INC., dba   )
16  CBR, a California corporation, and SUTTER )
    HEALTH, INC., a California corporation, )
17                                   )
                    Defendants.      )
18                                   )
                                     )
19                                   )
                                     )
20                                   )
    CBR SYSTEMS, INC., dba CBR, a    )
21  California corporation, and SUTTER )
    HEALTH, a Not-For-Profit Public Benefit )
22  corporation,                     )
                                     )
23                  Counterclaimants,)
                                     )
24      vs.                          )
                                     )
25  PHARMASTEM THERAPEUTICS, INC.,   )
    a Delaware corporation, STEMBANC, INC., )
26  a Ohio corporation, NICHOLAS DIDIER, )
    and ARCHIBALD A. GRABINSKI,      )
27                                   )
                    Counterdefendants.)
28                                   )

60383032v1                                         Supplemental Joint Status Report
                                                   CASE NO. C 04 3072 JSW

1   CBR Systems, Inc., ("CBR") and Sutter Health jointly submit this Supplemental
2 Status Report ("Report") in view of a recent development subsequent to the filing of the
3 parties' Joint Status Report on October 29, 2004.  Although the Court's October 5 Order
4 (Docket #38) is silent on whether the parties are required to update the Joint Status Report
5 in view of recent developments (i.e., developments after October 29, 2004), CBR and Sutter
6 Health believe that they are obligated to update the Court of recent developments.  This
7 Report updates the status of one action, the "Florida Action."
8   Before filing this Report, a draft copy of a Supplemental Joint Status Report was
9 provided to counsel for Counterdefendants' PharmaStem Therapeutics, Inc., Nicholas
10 Didier, Stembanc, Inc., Archibald A. Grabinski, on Tuesday, November 16, 2004, with an
11 invitation for review and for the preparation of a joint statement, but they declined CBR's
12 and Sutter Health's invitation to submit a joint statement despite the parties meeting and
13 conferring on this issue.

14   **II. ACTIONS PENDING IN OTHER U.S. DISTRICT COURTS**

15   (3)   ***PharmaStem Therapeutics, Inc. v. Cryo-Cell International, Inc., and
16          Bruce Zafran***, **Civ. Case No. 04-01740 JSM TGW (M.D.Fla.), filed on
               July 28, 2004 ("Florida action").**

17   On November 10, 2004, the Honorable James S. Moody, Jr., stayed the Florida
18 action for a period of one-hundred twenty (120) days pending the Judicial Panel on
19 Multidistrict Litigation's decision on the Motion to Transfer for Consolidation.  The Court
20 Order staying the Florida Action is attached as an exhibit to Chang H. Kim's Supplemental
21 Declaration in support of CBR's Motion to Stay, filed concurrently herewith.

22

23 Dated: _____    **PILLSBURY WINTHROP, LLP**
                                     By: _____
24
                                     William F. Abrams
25                                   Attorneys for Defendants and
                                     Counterclaimants
26                                   CBR Systems, Inc. and Sutter Health.

27

28