1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   Chang H. Kim (State Bar No. 195554)
3  Peter H. Nohle (State Bar No. 209446)
   2475 Hanover Street
4  Palo Alto, CA 94304-1115
   Telephone: (650) 233-4500
5  Facsimile:  (650) 233-4545

6  Attorneys for Defendants and Counterclaimants
   CBR SYSTEMS, INC. and SUTTER HEALTH
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  PHARMASTEM THERAPEUTICS, INC., a     )   **No. C 04 3072 JSW**
    Delaware corporation,                )
13                                       )   SUPPLEMENTAL DECLARATION OF
                  Plaintiff,             )   CHANG H. KIM IN SUPPORT OF CBR
14                                       )   SYSTEMS, INC.'S MOTION TO STAY
          vs.                            )   PROCEEDINGS PENDING RESOLUTION
15                                       )   OF THE MULTIDISTRICT LITIGATION
    CORD BLOOD REGISTRY, INC., dba       )   MOTION TO TRANSFER FOR
16  CBR, a California corporation, and SUTTER )  CONSOLIDATION AND COORDINATION
    HEALTH, INC., a California corporation,   )  OF PRETRIAL PROCEEDINGS IN A SINGLE
17                                       )   FORUM
                  Defendants.            )
18                                       )   Date:  January 7, 2005
                                         )   Time:  9:00 a.m.
19                                       )   Location:  Courtroom 2
                                         )   Judge:  Hon. Jeffrey S. White
20  CBR SYSTEMS, INC., dba CBR, a        )
    California corporation, and SUTTER   )
21  HEALTH, a Not For-Profit Public Benefit )
    corporation,                         )
22                                       )
                  Counterclaimants,      )
23                                       )
          vs.                            )
24                                       )
    PHARMASTEM THERAPEUTICS, INC.,       )
25  a Delaware corporation, STEMBANC, INC., )
    a Ohio corporation, NICHOLAS DIDIER, )
26  and ARCHIBALD A. GRABINSKI,          )
                                         )
27                Counterdefendants.     )
                                         )
28

60383040v1                              SUPP. DECLARATION OF CHANG H. KIM ISO CBR'S
                                                                    MOTION TO STAY
                                                                  NO. C 04 3072 JSW

1    I, Chang H. Kim, hereby declare as follows:

2.   1.   I am an attorney with the law firm of Pillsbury Winthrop LLP, counsel for Defendants and Counterclaimants CBR Systems, Inc. ("CBR") and Sutter Health in the present Action. I am a member of the Bar of the state of California and of this Court. I have personal knowledge of the facts set forth in this Supplemental Declaration, and if called upon to do so, could testify competently to them.

2.   This Supplemental Declaration is being submitted in light of a recent development, a "Stay Order," from another other action ("Florida Action") in support of CBR's Motion to Stay Proceedings Pending Resolution of the MultiDistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum (Docket # 41). Counsel for Counterdefendants' PharmaStem Therapeutics, Inc., Nicholas Didier, Stembanc, Inc., Archibald A. Grabinski have represented to counsel for CBR and Sutter Health that they do not object to this Court receiving the notice of the Stay Order from the Florida Action. Exhibits 1 and 2 are true and correct copies of letters to counsel for Counterdefendants informing them that CBR would be filing a Supplemental Declaration to its Motion to Stay attaching the Stay Order.

3.   Attached as Exhibit 3 is true and correct copy of the November 10, 2004 Stay Order entered by the Honorable James S. Moody, Jr. in the *PharmaStem Therapeutics, Inc. v. Cyro-Cell International, Inc., et al.,* in the United States District Court for the Middle District of Florida Civil Action No. 8:04-CV-1740-T-30TGW. The Honorable James S. Moody, Jr., stayed the Florida action for a period of one-hundred twenty (120) days pending the Judicial Panel on Multidistrict Litigation's decision on the Motion to Transfer for Consolidation.

1     I declare under penalty of perjury under the laws of the State of California and the
2 United States of America that the foregoing is true and correct.

3     Executed this 18th day of November 2004, at Palo Alto, California.

                                          Chang H. Kim