

2475 HANOVER STREET PALO ALTO, CA 94304-1114  650.233.4500  F: 650.233.4545

November 17, 2004

Chang H. Kim
Phone: 650.233.4776
ckim@pillsburywinthrop.com

**VIA FACSIMILE AND VIA U.S. MAIL**

Samuel B. Shepherd, Esq.
Matthew Meskell, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065

      Re:    PharmaStem v. CBR et al.:  Case No. 04-3072 JSW

Dear Messrs. Shepherd and Meskell:

In response to your letter to us from last night, we disagree that the parties are not required to inform the Court through a Supplemental Joint Status Report of the status of other actions with respect to developments that occur after October 29, 2004 (filing date of the Joint Status Report).  The October 5 Order does not prohibit nor discourage the parties from filing a Supplemental Joint Status Report to inform the Court of recent developments.  Therefore, we disagree that the preamble "pursuant to the Court's Order (Docket #38)" is improper.  Nonetheless, if that is your only objection to joining the Supplemental Joint Status Report, we are willing to remove such language from the Report, although we believe it should be included, if you agree to join the Supplemental Joint Status Report.  Please let us know by **close of business 5:00 p.m. today, November 17**, whether you agree to our proposal.  Otherwise, we will file the Supplemental Joint Status Report stating that your clients have declined to join.

Next, we appreciate that you will not oppose CBR and Sutter Health from filing the Order granting a stay in the Florida Action.  We intend to file it through a Supplemental Declaration to CBR's Motion to Stay.

                Sincerely,
                PILLSBURY WINTHROP LLP

                Chang H. Kim

60382943v1