
PILLSBURY WINTHROP LLP
William F. Abrams (State Bar No. 88805)
Thomas F. Chaffin (State Bar No. 112368)
Chang H. Kim (State Bar No. 195554)
Peter H. Nohle (State Bar No. 209446)
2475 Hanover Street
Palo Alto, CA 94304-1115
Telephone: (650) 233-4561
Facsimile:  (650) 233-4545

Attorneys for Defendants and Counterclaimants
CBR SYSTEMS, INC. and SUTTER HEALTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation; and SUTTER HEALTH, INC., a California corporation,<br><br>            Defendants.<br><br>CBR SYSTEMS, INC., dba CBR, a California corporation; and SUTTER HEALTH, INC., a California corporation,<br><br>            Counterclaimants,<br><br>    vs.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI,<br><br>            Counterdefendants. | No. C 04 3072 JSW<br><br>**CBR SYSTEMS, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>Date:     **January 7, 2005**<br>Time:    **9:00 a.m.**<br>Room:   **Courtroom 2**<br>Judge:   **Hon. Jeffrey S. White** |

Defendant and Counterclaimant CBR Systems, Inc. ("CBR") respectfully requests that this Court take judicial notice pursuant to Federal Rule of Evidence 201[1] of the following facts:

1. Attached as Exhibit 1 is a true and correct copy of an Order dated September 15, 2004, signed by the Honorable Gregory M. Sleet and entered in *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.,* in the United States District Court for the District of Delaware, Civil Action No. 02-148 (GMS) (Docket No. 545).

2. Attached as Exhibit 2 is a true and correct copy of an Memorandum Opinion dated September 15, 2004, signed by the Honorable Gregory M. Sleet and entered in *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.,* in the United States District Court for the District of Delaware, Civil Action No. 02-148 (GMS) (Docket No. 544).

Dated: November 19, 2004.

PILLSBURY WINTHROP LLP

By_____/s/_____

Attorneys for Defendants and Counterclaimants
CBR SYSTEMS, INC. and SUTTER HEALTH, INC.

---

[1] This Court may take judicial notice of filings and orders in other judicial proceedings. *See, e.g., In re Stac Electronics Securities Litigation*, 89 F. 3d 1399, 1405 (9th Cir. 1996).