PILLSBURY WINTHROP LLP
William F. Abrams (State Bar No. 88805)
Thomas F. Chaffin (State Bar No. 112368)
Chang H. Kim (State Bar No. 195554)
Peter H. Nohle (State Bar No. 209446)
2475 Hanover Street
Palo Alto, CA 94304-1115
Telephone: (650) 233-4561
Facsimile:  (650) 233-4545

Attorneys for Defendants and Counterclaimants
CBR SYSTEMS, INC. and SUTTER HEALTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation; and SUTTER HEALTH, INC., a California corporation,<br><br>Defendants.<br><br>CBR SYSTEMS, INC., dba CBR, a California corporation; and SUTTER HEALTH, INC., a California corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI,<br><br>Counterdefendants. | **No. C 04 3072 JSW**<br><br>**DECLARATION OF PETER H. NOHLE IN SUPPORT OF CBR SYSTEMS, INC.'S OPPOSITION TO MOTION TO DISMISS**<br><br>**Date:** January 7, 2005<br>**Time:** 9:00 a.m.<br>**Room:** Courtroom 2<br>**Judge:** Hon. Jeffrey S. White |

1  I, Peter H. Nohle, hereby declare as follows:

2  1. I am an attorney with the law firm of Pillsbury Winthrop LLP, counsel for Defendants and Counterclaimants CBR Systems, Inc. ("CBR") and Sutter Health, Inc. in the present Action. I am an attorney duly licensed to practice before the courts of the State of California. I have personal knowledge of the facts set forth in this Declaration, and if called upon to do so, could testify competently to them.

3  2. Attached as Exhibit 1 is a true and correct copy of excerpts from the transcript of a hearing that was held on November 3, 2004, before the Honorable Gregory M. Sleet in the United States District Court for the District of Delaware, Civil Action Nos. 02-148 (GMS) and 04-1335 (GMS).

4  3. Attached as Exhibit 2 is a true and correct copy of excerpts from a printout of an electronic mailing list of persons to whom Nicholas A. Didier and PharmaStem Therapeutics, Inc. ("PharmaStem") sent their letter dated June 1, 2004. This list was produced by PharmaStem pursuant to an Order issued by the Honorable Gregory M. Sleet in the United States District Court for the District of Delaware, Civil Action No. 02-148 (GMS). The cover page of Exhibit 2 is referred to as "Exhibit 24" in the document attached hereto as Exhibit 1.

5  4. Attached as Exhibit 3 is a true and correct copy of a printout of a webpage that I downloaded from the Internet site "www.pharmastem.com/newsroom.htm" on September 20, 2004.

6  5. Attached as Exhibit 4 is a true and correct copy of a printout of a webpage that I downloaded from the Internet site "www.pharmastem.com/licensing-program.htm" on September 20, 2004.

7  6. Attached as Exhibit 5 is a true and correct copy of the Declaration of Terra Zarm in Support of Defendant's Motion for Contempt, that was executed and transmitted to me on September 16, 2004, in connection with *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.*, in the United States District Court for the District of Delaware, Civil Action No. 02-148 (GMS).

DECL. OF PETER H. NOHLE IN SUPPORT
OF CBR'S OPP. MOTION TO DISMISS
CASE NO. C 04 3072 JSW

1    I declare under penalty of perjury under the laws of the State of California and the United
2  States of America that the foregoing is true and correct.
3    Executed this 19th day of November 2004, at Palo Alto, California..

                    /s/
           Peter H. Nohle