| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Greg | Gerber | 146 E Geneva Sq | | Lake Geneva | WI | 53147 |
| Larry | Gibson | Po Box 40 | | Raleigh | MS | 39153 |
| Judy | Gilbreth | 2515 W Elk Ave | | Duncan | OK | 73533 |
| Gregory | Gill | 1205 O Day St | | Merrill | WI | 54452 |
| John | Gilliam II | 607 Welch St | | Silverton | OR | 97381 |
| Martin | Gilliland | 315 W Houston | | Jasper | TX | 75951 |
| Gary | Goforth | Po Box 307 | | Nashville | IL | 62263 |
| Adrian | Goss | 441 Highway 71 W | Ste C | Bastrop | TX | 78602 |
| E | Griffin III | Po Box 730 | | Orange Park | FL | 32067 |
| Mary | Groda Lewis | 390 E Cedar St | | Milwaukee | WI | 53217 |
| Veena | Gupta | Care First Med Ctr | 3307 Broadway Ste 140 | Mount Vernon | IL | 62864 |
| Joanne | Guttman | 11137 Us Highway 52 B | | Brookville | IN | 47012 |
| Margaret | Guyton | 110 Rehill Ave | | Somerville | NJ | 08876 |
| Michael | Hagaman | 630 Burnett Dr | | Mountain Home | AR | 72653 |
| Peter | Hansen | 805 Frontage Rd | Ste 123 | Kenai | AK | 99611 |
| Cynthia | Hart | 415 Ellis Ave | | Ashland | WI | 54806 |
| Michael | Hartsell | 314 Tusculum Blvd | | Greeneville | TN | 37745 |
| Tony | Hedges | 1600 S Sunset Ave | | Littlefield | TX | 79339 |
| Stephen | Henderson | 2308 Homer Clayton Dr | | Guntersville | AL | 35976 |
| Michael | Hendren | 101 Skyline Dr | | Russellville | AR | 72801 |
| Rebecca | Hoffman | 14508 Ne 20th Ave | Ste 102 | Vancouver | WA | 98686 |
| Robert | Hogue | 101 S Park Dr | Ste A | Brownwood | TX | 76801 |
| Timothy | Holder | 3330 W Okmulgee St | | Muskogee | OK | 74401 |
| Fernando | Irizarry | Broadway & 7th | | Rockford | IL | 61107 |
| Joseph | Irwin | Trout Run Family Practice | 561 W Trout Run Rd | Ephrata | PA | 17522 |
| Brian | Jack | 1 Boston Medical Ctr Pl | Ste 5S | Boston | MA | 02118 |
| Aaron | Jagelski | 1409 Howell Ave | | Worland | WY | 82401 |
| Narendra | James | PO Box 388 | | Stanford | KY | 40484 |
| Jerry | Jenkins | 303 N Brown St | | Hamilton | TX | 76531 |
| Rebecca | Jenkins | 621 S Illinois Ave | | Mason City | IA | 50401 |
| Philip | Johnson | 1285 Franciscan Dr | | Litchfield | IL | 62056 |
| Ronald | Johnson | 1073 W Washington St | | Pittsfield | IL | 62363 |
| John | Johnston | 107 Church St | | Walterboro | SC | 29488 |
| Laura | Kark | 5400 W Hillsdale Ave | | Visalia | CA | 93291 |
| Venus | Khalil | 3 Brunswick Woods Dr | | East Brunswick | NJ | 08816 |
| Susan | Kinast Porter | 515 22nd Ave | | Monroe | WI | 53566 |
| Prem | Kissoondial | 1202 State St | | Erie | PA | 16509 |
| Jeremy | Klein | 32 Professional Park Dr | | Louisa | KY | 41230 |
| Kim | Knight | 521 N Sandusky St | Ste A | Bellevue | OH | 44811 |
| Christopher | Knox | 306 N Chestnut St | | Harrison | AR | 72601 |
| Douglas | Koehn | 2303 S Highway 65 | | Marshall | MO | 65340 |
| John | Koning | 900 S Main St | Ste 209 | Corona | CA | 92882 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| David | Kosh | 8110 Timberlake Way | | Sacramento | CA | 95823 |
| Karen | Kustritz | 335 Se 8th Ave | | Hillsboro | OR | 97123 |
| Walter | Kyle | 5111 Rogers Ave | Ste 40M | Fort Smith | AR | 72903 |
| Steven | Latulippe | Po Box 309 | | Independence | OR | 97351 |
| Sa | Lee | 4482 Barranca Pkwy | Ste 1 | Irvine | CA | 92604 |
| Irena | Lesniak | 6415 W Archer Ave | | Chicago | IL | 60638 |
| Patrick | Leung | 2102 W Michigan Ave | | Midland | TX | 79701 |
| James | Lew Jr | 219 N Sanborn Rd | | Salinas | CA | 93908 |
| Philip | Linden | Brigham Young Womens Hosp | 75 Francis St | Boston | MA | 02115 |
| Kenneth | Lindsey | Cntrl Or Independent Hlth | 2650 Ne Courtney Dr | Bend | OR | 97701 |
| Leslie | Lisdell | 441 Highway 71 W | Ste D | Smithville | TX | 78957 |
| Nathan | Loewen | 433 Kansas Ave Se | Ste L | Huron | SD | 57350 |
| Alejandro | Lopez | 201 Mariposa | | Alice | TX | 78332 |
| Jose | Lopez | PO Box 270 | | Paoli | IN | 47454 |
| T | Lucietto Sieradzki | 1200 W State St | | Belvidere | IL | 61008 |
| David | Lush | Po Box 666 | | Raymond | WA | 98577 |
| Warren | Macy | Po Box 566 | | Greencastle | IN | 46135 |
| Deepa | Makhijani | Sun Coast Comm Health | 2814 14th Ave Se | Ruskin | FL | 33570 |
| Belinda | Maples | 108 Sanders St | | Athens | AL | 35611 |
| Frank | Marino Jr | 2600 Outer Dr. N. | Indian Hills Clinic | Sioux City | IA | 51104 |
| John | Marrella | 581 Gulf Rd | | Northbrook | IL | 60062 |
| Robert | Martin | 805 N Kentucky St | Ste 1 | Wichita | KS | 67220 |
| Maurice | Martin | 20 N Aster St | | Greenwood | AR | 72936 |
| Irene | Martin | 75 Claremont St | | Kalispell | MT | 59901 |
| Elizabeth | Mc Donald | Naval Hosp | | Camp Pendleton | CA | 92055 |
| Rosemary | Mc Grath | 11243 W La Porte Rd | | Mokena | IL | 60448 |
| Rosemary | Mc Hugh | 215 Hillcrest Ave | | Yorkville | IL | 60560 |
| Michael | Mc Leod | 2500 N Esplanade St | Ste 102 | Cuero | TX | 77954 |
| Manuel | Medina | 112 Saint Olaf Ave S | | Canby | MN | 56220 |
| George | Merkle | 1030 S Main St | | Bluffton | IN | 46714 |
| Deborah | Miller | Indian Ripple Fam Hlth Ctr | 4428 Indian Ripple Rd | Dayton | OH | 45440 |
| Robert | Miller | 3517 SW Wilshire Blvd | | Joshua | TX | 76058 |
| Mark | Milligan | 2075 N Angel St | | Layton | UT | 84041 |
| James | Moermond | 110 E 5th Ave | | Antigo | WI | 54409 |
| Glenn | Mortensen | 550 E 1400 N | Ste Y | Logan | UT | 84341 |
| Holli | Neiman Hart | 5300 Harroun Rd | Ste 304 | Toledo | OH | 43617 |
| Susan | Nelson | Island Pk Meritcare Clinic | 600 4th St S | Fargo | ND | 58103 |
| Lawrence | Nelson | 1860 Hamner Ave | | Norco | CA | 92860 |
| Susan | Nelson | Cypress Family Care & Obst | 6610 Kirby Center Cv | Memphis | TN | 38115 |
| Joseph | Neubauer | 2425 Fargo Blvd | | Saint Charles | IL | 60174 |
| Elizabeth | Neuhalfen | 19820 State Route 410 E | Ste 101 | Puyallup | WA | 98373 |
| Mica | Newman Koehn | Missouri Vly Physicians Pc | 2303 S Highway 65 | Marshall | MO | 65340 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Robert | Newton | 608 W Brown St | | Waupun | WI | 53963 |
| Evarista | Nnadi | 11558 State Route 111 | | Paulding | OH | 45879 |
| Thomas | O'Connor | 300 E Boyd Ave | Ste 100 | Greenfield | IN | 46140 |
| Jerry | Old | Univ Of Kansas Sch Of Med | 3901 Rainbow Blvd | Kansas City | KS | 66160 |
| Brian | Olofsson | 400 N Wall St | Ste 510 | Kankakee | IL | 60901 |
| Oladele | Olusanya | 2338 Texas St | Ste 2 | Pecos | TX | 79772 |
| Maria | Oneida | 3570 W 9000 S | Ste 200 | West Jordan | UT | 84088 |
| Kate | Osterloh | 970 Joe Frank Hars Pkwy Se | Ste 100 | Cartersville | GA | 30120 |
| Keith | Papendick | Po Box 308 | | Galesburg | MI | 49053 |
| Reggie | Parlier | Po Box 551028 | | Gastonia | NC | 28055 |
| Michael | Parra | 8101 Parallel Pkwy | | Kansas City | KS | 66112 |
| Eric | Parsons | 403 E Meeker St | Ste 200 | Kent | WA | 98031 |
| John | Perkins | 601 W 3rd St | | Elk City | OK | 73648 |
| James | Peters | 30 W Rampart St | Ste 210 | Shelbyville | IN | 46176 |
| William | Phillips | 705 18th St E | | Glencoe | MN | 55336 |
| Martin | Pirnat | 375 E Park Ave | Ste 103 | Durango | CO | 81301 |
| Virginia | Preston | 1001 E 2nd St | | Coudersport | PA | 16915 |
| Matthew | Ptaszkiewicz | 21400 E 11 Mile Rd | | Saint Clair Shores | MI | 48081 |
| Galen | Reimer | 801 E Williams Ave 2201 | | Fallon | NV | 89406 |
| Kate | Reker | 970 Joe Frank Harris SE | Ste 100 | Cartersville | GA | 30120 |
| William | Renti Cruz | 3420-B Kuhio Hwy | | Lihue | HI | 96766 |
| Kathleen | Rheaume | 31225 23 Mile Rd | | New Baltimore | MI | 48047 |
| Edward | Richman | Brandywood Plz/Ste 110 | 2500 Grubb Rd | Wilmington | DE | 19810 |
| Robert | Ringler Jr | Family Medicine Residency | 100 Brewster Blvd | Camp Lejeune | NC | 28547 |
| Lonnie | Robinson | 630 Burnett Dr | | Mountain Home | AR | 72653 |
| Kenneth | Romney | 590 Bogachiel Way | | Forks | WA | 98331 |
| Barbara | Roth | 205 Seneca Ave | | Byesville | OH | 43723 |
| John | Rudis | 206 Gene Samford Dr | Ste A | Lufkin | TX | 75904 |
| Richard | Rutherford | 130 Lebanon Hwy | | Carthage | TN | 37030 |
| John | Rutt | 3413 Harvest Dr | | Gordonville | PA | 17529 |
| John | Schoonmaker | 31720 Us Highway 79 S | Ste 104 | Temecula | CA | 92592 |
| Bruce | Sharpnack | 4151 Henderson Rd | Ste 105 | Hickory | PA | 15340 |
| Todd | Shelby | 2075 N 1200 W | Ihc Health Ctr | Layton | UT | 84041 |
| Kathleen | Shine | Rush Medical Group Pa | 1800 12th St | Meridian | MS | 39301 |
| Zia | Siddiqui | 1400 N Acres Rd | Ste 30 | Prescott | WI | 54021 |
| Mario | Simeran | 3814 W 26th St | | Chicago | IL | 60623 |
| Thomas | Simpson | 239 N Broadway Ave | | Sterling | KS | 67579 |
| Domingo | Singson | 1021 Gilpin Ave | Ste 104 | Wilmington | DE | 19806 |
| David | Skelton | 1323 E Franklin St | Ste 105 | Hillsboro | TX | 76645 |
| Benjamin | Skinker III | 5215 Centre Ave | Ste 300 | Pittsburgh | PA | 15206 |
| Clark | Smith | Family Practice Ctr | 1301 Primacy Pkwy | Memphis | TN | 38119 |
| Lynn | Smith | 150 Mentor Ave | | Painesville | OH | 44077 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Michael | Stack | 121 N Pine River St | | Ithaca | MI | 48847 |
| Don | Stephens | 439 E Pleasant St | | Cynthiana | KY | 41031 |
| Richard | Stoldt | 3575 Portage Rd | | South Bend | IN | 46628 |
| Karen | Strack | 2601 W Main St | | Murphysboro | IL | 62966 |
| Aditya | Sukhwal | Doctors Park Physicians | 1165 N Elm St | Platteville | WI | 53818 |
| Michael | Swearingen | 209 W Spring St | Ste 303 | Sylacauga | AL | 35150 |
| Philip | Teague | Po Box 218 | | Sugarcreek | OH | 44681 |
| Matthew | Tiefenbrunn | 851 E 5th St | Ste 200 | Sullivan | MO | 63080 |
| Pamela | Tietze | 9920 E 21st St | | Tulsa | OK | 74129 |
| Teresita | Torres | 845 S 4th St | | Watseka | IL | 60970 |
| Sara | Tranchina | 5959 Harry Hines Blvd | Fam Prac Rm 200 | Dallas | TX | 75235 |
| Lois | Truh | 807 Dakota Ave S | | Huron | SD | 57350 |
| Craig | Tubbs | 1335 Pine Ave | | Alma | MI | 48801 |
| John | Upchurch | 9709 Parkway E | | Birmingham | AL | 35215 |
| Nema | Uwaydah | 125 W Park Ave | | Houston | TX | 77289 |
| Rand | Waddingham | 700 Hospital Dr | | Andrews | TX | 79714 |
| Richard | Waldrop | 2601 E Roosevelt St | Dfcm Mihs Psych Annex | Phoenix | AZ | 85008 |
| Benjamin | Walsh | 909 Unity Rd | | Crossett | AR | 71635 |
| Alan | Wasserman | 1512 Teasley Ln | | Dallas | TX | 75205 |
| Sherlyn | Webb | 1106 Big Horn Ave | | Worland | WY | 82401 |
| Sandford | Weiler | 121 E Central St | | Harlan | KY | 40831 |
| Christopher | White | Mercy Mayo Fam Prac | 250 Laurel St | Des Moines | IA | 50314 |
| Wayne | White | Family Practice | Ste A | Connersville | IN | 47331 |
| Glenn | Wiers | 1213 15th Ave W | | Williston | ND | 58801 |
| James | Wood Jr | Chisholm Trl Med Cinc | 303 N Highway 81 | Comanche | OK | 73529 |
| James | Woodmansee | 2230 N University Pkwy | Ste 1A | Provo | UT | 84604 |
| Ardy | Wright | PO Box 278 | | Cynthiana | KY | 41031 |
| Simon | Wu | 400 N Wall St | Ste 400 | Kankakee | IL | 60901 |
| Beth | Yegerlehner | Po Box 1271 | | Martinsville | IN | 46151 |
| Edward | Zimmerman | 510 W Radio Ln | | Arkansas City | KS | 67005 |
| Eddie | Apple | Po Box 405 | | Salem | IN | 47167 |
| Orion | Carr | 1210 S Old Dixie Hwy | Jupiter Medical Ctr | Jupiter | FL | 33458 |
| Marco | Celada | 620 4th St | | La Jara | CO | 81140 |
| Patrick | Doolan | 504 W Camp St | | Lebanon | IN | 46052 |
| Weldon | Flint | Po Box 966 | | Ferndale | WA | 98248 |
| Thomas | Geoghegan | 10 Columbus St | | Bedford | OH | 44146 |
| Ronald | Hill | Po Box F | Ste 204 | Carnegie | OK | 73015 |
| Victor | Hogen | 18433 Roscoe Blvd | | Northridge | CA | 91325 |
| Jake | Holcombe | 101 Pickens Dr | | Liberty | SC | 29657 |
| Brenna | Lee | 211 22nd Ave N | | Austin | TX | 78726 |
| Ronald | Martin | 118 Railroad St | Box 241 | Cambridge Springs | PA | 16403 |
| Carlton | Pittard | 1600 W College St | Ste 110 | Grapevine | TX | 76051 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Arvis | Porter | 163 E Main St | | Morehead | KY | 40351 |
| Michael | Reilly | 1001 Broad Ripple Ave | | Indianapolis | IN | 46220 |
| Tim | Smith | 100 Doctors Dr | | Panama City | FL | 32405 |
| Raymond | Snowden | PO Box 747 | | Hopkinsville | KY | 42241 |
| Maha | Sultan | Medical Clinic Box 177 | 319 E Josephine Ave | Frederick | OK | 73542 |
| Randall | Suslick | Po Box 579 | | Chase City | VA | 23924 |
| Oscar | Thomas | 525 Saint Mary St | | Thibodaux | LA | 70301 |
| George | Varga | 4920 Wareham Dr | | Arlington | TX | 76017 |
| Jeffrey | White | 950 S Main St | Ste 10 | Celina | OH | 45822 |
| Steven | Goldberg | 32 Broad Ave | | Binghamton | NY | 13905 |
| Aaron | Pile | 4411 N Newstead Ave | | Virginia Beach | VA | 23462 |
| Valerie | Pronio Stelluto | Mt Auburn Hosp Dept Med | 330 Mount Auburn St | Cambridge | MA | 02138 |
| Gabriel | Khodr | 7711 Louis Pasteur Dr-509 | | San Antonio | TX | 78229 |
| Joaquin | Santolaya Forgas | 1400 Wallace Blvd | | Amarillo | TX | 79106 |
| George | Abu Alfa | 9120 Connecticut Dr | Ste A | Munster | IN | 46321 |
| Tahmina | Aafreen | Center For Women Health | 128 Hospital Dr | Watertown | WI | 53098 |
| Robert | Aagard | 120 N 1220 E | Ste 7 | American Fork | UT | 84003 |
| Ingrid | Aalami | 751 S Bascom Ave | Santa Clara Vly Med Ctr | San Jose | CA | 95128 |
| Leonard | Aamodt | 119 University Blvd | Ste B | Harrisonburg | VA | 22801 |
| Glen | Aasheim | 1812 S J St | Ste 30 | Tacoma | WA | 98405 |
| Samir | Abadeer | 2727 Plaza Dr | | Wausau | WI | 54401 |
| Nagi | Abadier | 826 S Mayo Trl | | Paintsville | KY | 41240 |
| Mick | Abae | 3200 S University Dr | Ste 4372 | Fort Lauderdale | FL | 33328 |
| Monica | Abarca | 7720 S Broadway | Ste 440 | Littleton | CO | 80122 |
| Salvatore | Abate | 1520 S Dobson Rd | Ste 218 | Mesa | AZ | 85202 |
| Dennis | Abbas | 6300 Samuel Blvd | Ste 154 | Dallas | TX | 75228 |
| Rafat | Abbasi | 10215 Fernwood Rd | Ste 301A | Bethesda | MD | 20817 |
| Steven | Abbey | 3-3420B Kuhio Hwy | Ste B | Lihue | HI | 96766 |
| Samira | Abbo | 980 S Byrne Rd | Ste 101 | Toledo | OH | 43609 |
| Stewart | Abbott | 1275 58th Ave | Ste A | Greeley | CO | 80634 |
| Eddie | Abbott | 2121 S Columbia Ave | Ste 501 | Tulsa | OK | 74114 |
| David | Abbott | 1065 W Main St | | New Holland | PA | 17557 |
| Philip | Abbott | 3700 Rufe Snow Dr | | North Richland Hills | TX | 76180 |
| Tommy | Abbott | 3658 Rufe Snow Dr | | North Richland Hills | TX | 76180 |
| Edwin | Abbott | 1515 W Chester Pike | | West Chester | PA | 19382 |
| Lillian | Abbott | 17 Professional Park Dr | | Webster | TX | 77598 |
| Mushtak | Abbou | 23800 Orchard Lake Rd | Ste 20 | Farmington | MI | 48336 |
| Kristin | Abbruzzi | 685 Delaware Ave | | Bethlehem | PA | 18017 |
| Magdy | Abdel Nour | Siu School Of Medicine-De | Po Box 19640 | Springfield | IL | 62794 |
| Fouad | Abdel Sattar | 700 McClellan St | | Schenectady | NY | 12304 |
| Waleed | Abdelghani | 20 Prospect Ave | | Hackensack | NJ | 07601 |
| Yaakov | Abdelhak | Maternal Resources | 55 Old Nyack Tpke Ste 405 | Nanuet | NY | 10954 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Thomas | Abdella | 1707 W Charleston Blvd | Ste 110 | Las Vegas | NV | 89102 |
| Anan Adib | Abdelrahman | 6770 Dixie Hwy 311 | | Clarkston | MI | 48346 |
| Nermean | Abdelrazek | 2301 N Ocoee St | Ste A | Cleveland | TN | 37311 |
| Amine | Abdul Aal | 550 Trumbull Ave | | Cortland | OH | 44410 |
| Michael | Abdul Malak | Po Box 1318 | | Hermitage | PA | 16148 |
| Makunda | Abdul Mbacke | 3131 Princeton Pike | Ste 202 | Columbus | NJ | 08022 |
| Sharan | Abdul Rahman | 1163 Shady Ave | | Pittsburgh | PA | 15232 |
| Gazi | Abdulhay | 1611 Pond Rd | Ste 101 | Allentown | PA | 18104 |
| Sofia | Abdullah | 8955 Edmonston Rd | Ste F | Greenbelt | MD | 20770 |
| Geddis | Abel Bey | 4161 Kissena Blvd | Ste 20 | Flushing | NY | 11355 |
| James | Abel Jr | 2051 Hamill Rd | #B-110 | Hixson | TN | 37343 |
| Angelina | Abello Rivero | 874 W Highway 243 | Ste 115 | Kaufman | TX | 75142 |
| Lori | Abendroth | 19845 Lake Chabot Rd | Ste 302 | Castro Valley | CA | 94546 |
| Mary | Abernathy | 550 University Blvd | | Fishers | IN | 46038 |
| Johana | Abernathy | Po Box 3080 | | Cedar Rapids | IA | 52406 |
| Andrea | Abessinio | 20861 Mack Ave | | Grosse Pointe | MI | 48236 |
| Shreethar | Abhyankar | 81709 Doctor Carreon Blvd | Ste 3 | Indio | CA | 92201 |
| Shannon | Abikhaled | 502 N Weston Ln | Ste C1 | Austin | TX | 78733 |
| David | Abis | Palm Beach Pathology | 2013 Ponce De Leon Ave | West Palm Beach | FL | 33407 |
| Richard | Abisla | 210 Jones Rd | Ste 2-6 | Falmouth | MA | 02540 |
| Akinwunmi | Abisogun | 11730 Sudley Manor Dr | | Herndon | VA | 20171 |
| Leslie | Abitz | 2414 Kohler Memorial Dr | | Sheboygan | WI | 53081 |
| Tova | Ablove | 5 Palisades Dr | | Delmar | NY | 12054 |
| Carolyn | Abman | 7720 S Broadway | Ste 440 | Littleton | CO | 80122 |
| Nabil | Aboukhair | 11797 South Fwy | Ste 140 | Burleson | TX | 76028 |
| Akiva | Abraham | 950 Route 146 | | Clifton Park | NY | 12065 |
| Mariamma | Abraham | 405 Carriage Dr | | Beckley | WV | 25801 |
| Michael | Abrahams | Brooklyn Womens Services | 9201 4th Ave | Brooklyn | NY | 11209 |
| Ann | Abrameit | 910 E Houston | Ste 600 | Tyler | TX | 75702 |
| Dorel | Abramovici | 9970 Central Park Blvd N | Ste 101 | Boca Raton | FL | 33428 |
| Samuel | Abramovitz | 7100 W Camino Real | Ste 200 | Boca Raton | FL | 33433 |
| Fred | Abramovitz | 6100 E Main St | Ste 101 | Columbus | OH | 43209 |
| Jacques | Abramowicz | 5841 S Maryland Ave | Mail Code 2050 Dept Ob/Gyn | Chicago | IL | 60637 |
| Ira | Abramowitz | 442 Nashua St | | Butler | PA | 16001 |
| Robert | Abrams | 2600 W Division St | | Chicago | IL | 60614 |
| Francoise | Abrams | 6210 Georgetown Blvd | | Clarksville | MD | 21029 |
| Matthew | Abrams | Baton Rouge Ob/Gyn Assoc | 673 E Airport Ave | Baton Rouge | LA | 70806 |
| Bruce | Abrams | Rhinelander Reg Med Grp | 1020 Cable Ave | Rhinelander | WI | 54501 |
| Keevan | Abramson | 850 Sequoia Cir | | Fort Bragg | CA | 95437 |
| Austin | Abramson | 885 Park Ave | | Great Neck | NY | 11021 |
| Anthony | Abrantes | 3401 N Calais St | | Sherman | TX | 75090 |
| Jose | Abreu | 7150 W 20th Ave | Ste 202 | Hialeah | FL | 33016 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Nicholas | Abrudescu | 615 E Princeton St | Ste 101 | Orlando | FL | 32803 |
| Robert | Abt | 919 12th Pl | Ste 1 | Prescott | AZ | 86305 |
| Jalal | Abtahi | 17901 Governors Hwy | Ste 102 | South Holland | IL | 60473 |
| John | Abu | 1312 Manatee Ave E | | Bradenton | FL | 34204 |
| Salim | Abu Fadil | 9400 Rosecrans Ave E | Ste 4100 | Bellflower | CA | 90706 |
| Samir | Abu Ghazaleh | 1000 E 21st St | Ste 3000 | Sioux Falls | SD | 57105 |
| Alfred | Abu Hamad | 825 Fairfax Ave | Ste 310 | Virginia Beach | VA | 23452 |
| Nadeem | Abu Rustum | Dept Gynecology | 1275 York Ave | New York | NY | 10021 |
| Moeen | Abu Sitta | 755 Wehrle Dr | | Buffalo | NY | 14226 |
| Kamal | Abusief | 620 No Logan | | Danville | IL | 61832 |
| V | Abusleme Abedrapo | 14621 Nordhoff St | Ste 2A | Panorama City | CA | 91402 |
| Mostafa | Abuzied | Hurley Medical Ctr | Ste 101 | Flint | MI | 48503 |
| Ghazi | Accaoui | 209 Armistice Blvd | | Providence | RI | 02905 |
| Rebecca | Accardo | 2309 E Main St | Ste 500 | New Iberia | LA | 70560 |
| Jaime | Accinelli | 325 Hospital Dr | Ste 209 | Glen Burnie | MD | 21061 |
| Mary | Acevedo | Po Box 7904 | | San Diego | CA | 92167 |
| Adalid | Acha | 244 N Jackson Ave | Ste 209 | San Jose | CA | 95123 |
| Bhaskar | Achar | 2825 Niagara Falls Blvd | | Buffalo | NY | 14228 |
| V | Acharya | 610 S Maple Ave | Ste 3600 | Oak Park | IL | 60304 |
| Stephen | Achilles | 200 North St | Ste 101 | Geneva | NY | 14456 |
| Felix | Acholonu | 1820 Barrs St | Ste 415 | Jacksonville | FL | 32204 |
| Guillermo | Achong | 690 E 49th St | | Hialeah | FL | 33013 |
| Herbert | Acken | 220 Avenue O SE | | Winter Haven | FL | 33884 |
| Betty | Acker | 2700 E 29th St | Ste 330 | Bryan | TX | 77802 |
| Melissa | Ackerman | 2688 Route 27 | | North Brunswick | NJ | 08902 |
| Riddick | Ackerman | 400 Constance St | | Walterboro | SC | 29488 |
| Charles | Ackerman | 7 Medical Park Dr | Ste 7B | Monsey | NY | 10952 |
| Mark | Ackermann | 330 Loreto Rd | Ste 500 | Lebanon | KY | 40033 |
| Brian | Acord | 2020 W 16th St | | Safford | AZ | 85546 |
| Luis | Acosta | 1601 N Bishop Ave | | Rolla | MO | 65401 |
| Joseph | Acosta | 1430 20th Ave | | Meridian | MS | 39301 |
| Ernesto | Acosta | 1818 N Meade St-Mob West | | Appleton | WI | 54911 |
| Romeo | Acosta Jr | 6700 Crosswinds Dr N | Ste 200A | Saint Petersburg | FL | 33710 |
| Susan Jane | Acuna | 2310 Dean St Unit A | | Saint Charles | IL | 60175 |
| Taro | Adachi | 301 Saint Paul St | Ste 603 | Baltimore | MD | 21202 |
| Akinori | Adachi | 111 E 210th St | | Scarsdale | NY | 10583 |
| Charles | Adair | 979 E 3rd St | Ste C-825 | Chattanooga | TN | 37403 |
| Karolina | Adam | 7400 Fannin St | Ste 700 | Houston | TX | 77054 |
| George | Adam | 2115 N Kansas | | Hastings | NE | 68901 |
| Rony | Adam | 1365 Clifton Rd NE | | Atlanta | GA | 30342 |
| Diane | Adam | 1100 6th St | Ste 100 | Coralville | IA | 52241 |
| Charles | Adamczyk | 965 Lake St | | Lemont | IL | 60439 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bernard | Adami | 2225 Peggy Ln | | Garland | TX | 75042 |
| Robert | Adams | 3500 Camp Bowie Blvd | | Fort Worth | TX | 76107 |
| Carol | Adams | 979 E 3rd St | Ste 601 | Chattanooga | TN | 37403 |
| Wesley | Adams | 2901 W State St | | Bristol | TN | 37620 |
| Curtis | Adams | 1104 W 8th St | | Yankton | SD | 57078 |
| Robert | Adams | 901 E Cheves St | Ste 377 | Florence | SC | 29506 |
| Donald | Adams | 1 Lemoyne Sq | Ste 201 | Camp Hill | PA | 17011 |
| Kristan | Adams | 909 Sumneytown Pike | | Philadelphia | PA | 19123 |
| Karen | Adams | 3181 SW Sam Jackson Park Rd | | Lake Oswego | OR | 97034 |
| Harvey | Adams | 200 Lexington Rd | | Asheboro | NC | 27205 |
| Jason | Adams | 301 Fisher St | Ste 1A132 | Biloxi | MS | 39534 |
| Richard | Adams | 2420 W Pierce St | Ste 200 | Carlsbad | NM | 88220 |
| Judonn | Adams | 120 Carnegie Pl | | Fayetteville | GA | 30214 |
| Jerome | Adams | 101 W Kaley St | | Orlando | FL | 32806 |
| Ann | Adams | 619 Brighton Ave | | North Yarmouth | ME | 04097 |
| Kristin | Adams | 7250 Clearvista Dr | Ste 240 | Indianapolis | IN | 46256 |
| Peter | Adams | 3260 Providence Dr | Ste 425 | Anchorage | AK | 99508 |
| Diane | Adams | 306 Polk Ave | | Milford | DE | 19963 |
| Yarameekah | Adams | 1000 W Carson St | | Torrance | CA | 90502 |
| Lee | Adams | San Joaquin Gen | Po Box 1020 | Stockton | CA | 95201 |
| William | Adams | 1345 E 3900 S | Ste 104 | Salt Lake City | UT | 84124 |
| Anne | Adams | 6403 Coyle Ave | Ste 280 | Carmichael | CA | 95608 |
| Fred | Adams | 1524 McHenry Ave | Ste 305 | Modesto | CA | 95350 |
| Nelson | Adams | 9999 NE 2nd Ave | Ste 119 | Miami | FL | 33138 |
| Kathy | Adams | 6403 Coyle Ave | Ste 280 | Carmichael | CA | 95608 |
| Natasha | Adams Berry | 4503 Old Monroe Rd | | Waxhaw | NC | 28173 |
| Karen | Adams Denny | 4895 Monroe St 203 | | Toledo | OH | 43623 |
| Auther | Adams Ferguson | 27212 Calaroga Ave | | Manteca | CA | 95336 |
| Robert | Adams Jr | 966 Cass St | | Monterey | CA | 93940 |
| John | Adams Jr | 929 Spring Creek Rd | Ste 104 | Chattanooga | TN | 37421 |
| Susanne | Adams Sr | 10910 Little Patuxent Pkwy 100 | | Medford | NJ | 08055 |
| G | Adamson | 540 University Ave | Ste 200 | Palo Alto | CA | 94301 |
| Steven | Adamson | 9712 Belair Rd | Ste 100 | Nottingham | MD | 21236 |
| Joseph | Adashek | 400 Shadow Ln | Ste 206 | Las Vegas | NV | 89134 |
| Kenneth | Adashek | 11 Memorial Medical Dr | | Greenville | SC | 29605 |
| Jack | Adcock | PO Box 2929 | | Crossville | TN | 38557 |
| David | Adcock II | Po Box 2139 | | Moultrie | GA | 31776 |
| Alfred | Addington | 1222 W Poplar St | | Rogers | AR | 72756 |
| Karen | Addis | 5550 E Hampton St | | Tucson | AZ | 85712 |
| W | Addison | Baker House Bldg | 246 Trent Dr | Durham | NC | 27706 |
| William | Addison | 1414 W Fair Ave | | Marquette | MI | 49855 |
| Mercy | Addoyobo | 201 Lyons Ave | Ste 249 | Newark | NJ | 07112 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Joseph | Adducci | Po Box 2438 | | Williston | ND | 58802 |
| Douglas | Addy | PO Box 749 | | Pinehurst | NC | 28370 |
| John | Addy | 12805 Escanaba Dr | Ste 2 | Dewitt | MI | 48820 |
| Ghea | Adeboyejo | 4701 N Federal Hwy | | Fort Lauderdale | FL | 33308 |
| Wanda | Adefris | 1875 Woodwinds Dr Ste 110 | Womens Specialists Md Pc | Saint Paul | MN | 55125 |
| Donald | Adeli | 1121 Lake Cook Rd | Ste M | Deerfield | IL | 60015 |
| Richard | Adelman | 1891 Beach Blvd | Ste 200 | Jacksonville Beach | FL | 32250 |
| Brian | Adelman | 5777 W Maple Rd | Ste 200 | West Bloomfield | MI | 48322 |
| Marc | Adelman | 1777 W Big Beaver Rd | | Troy | MI | 48084 |
| Lawrence | Adelsohn | 140 Prospect Ave | | Hackensack | NJ | 07601 |
| David | Adelstein | Newbedford Med Assoc | 13 Sawyer St | Wareham | MA | 02571 |
| Adegoke | Adeniji | Visalia Health Clinic | 2611 N Dinuba Blvd | Visalia | CA | 93291 |
| O | Adesanya Famyiwa | 2730 University Blvd W | Ste 614 | Silver Spring | MD | 20902 |
| Jerry | Adesomo | 3101 Richmond Ave | Ste 250 | Houston | TX | 77098 |
| Anu | Adeyemi | 901 N Galloway Ave | Ste 107 | Mesquite | TX | 75149 |
| Fereydoon | Adibi | 750 S West End Blvd | Ste 101 | Quakertown | PA | 18951 |
| Richard | Adis | 750 Homewood Ave | Ste 240 | Highland Park | IL | 60035 |
| Frank | Adiutori II | 11181 Health Park Blvd | Ste 1165 | Naples | FL | 34110 |
| Geoffrey | Adkins | 1645 W Jackson Blvd | Ste 310 | River Forest | IL | 60305 |
| Royce | Adkins | 2201 Murphy Ave | | Nashville | TN | 37215 |
| William | Adkins | 244 Coatsland Dr | | Jackson | TN | 38301 |
| Neal | Adlaka | 132 Foy Dr | | Rocky Mount | NC | 27804 |
| John | Adler | 1760 Nicholasville Rd | Ste 401 | Lexington | KY | 40503 |
| William | Adler | 2000 Meade Pkwy | | Suffolk | VA | 23434 |
| Rebecca | Adler | 919 Main St | | Munster | IN | 46321 |
| David | Adler | 12983 Southern Blvd | Ste 201 | Loxahatchee | FL | 33470 |
| George | Adler | 2909 N Orange Ave | | Orlando | FL | 32804 |
| Mitchell | Adler | 1414 S Miller St | | Santa Maria | CA | 93454 |
| Sidney | Adler | 7100 W Camino Real | Ste 200 | Boca Raton | FL | 33433 |
| Sharon | Adler | 25 Newell Rd | Ste E32 | Farmington | CT | 06032 |
| Alf | Adler | 2296 Opitz Blvd | Ste 350 | Woodbridge | VA | 22191 |
| Alan | Adler | 103 E 84th St | Ste 1C | New York | NY | 10028 |
| John | Adler | 2123 Auburn Ave | Ste 724 | Cincinnati | OH | 45219 |
| Donald | Adler | 450 N Roxbury Dr Fl 5 | | Beverly Hills | CA | 90210 |
| Michael | Adler | 12442 Sw Scholls Ferry Rd | Ste 200 | Portland | OR | 97223 |
| Grace | Adofo | 2701 Blair Mill Rd | Ste C | Dresher | PA | 19025 |
| Fe | Adolfo | 518 University Blvd W | | Bethesda | MD | 20817 |
| Robert | Aepli | 945 Bethesda Dr | Ste 130 | Zanesville | OH | 43701 |
| Jose | Afonso | 27400 Hesperian Blvd | | Hayward | CA | 94545 |
| Mona | Afrassiab | 1513 Union Ave | Ste 2200 | Moberly | MO | 65270 |
| Enrique | Africano | Caritas Woman Care | 1430 Valentine St | Melbourne | FL | 32901 |
| Asghar | Afsari | 7419 Middlebelt Rd | Ste 1 | West Bloomfield | MI | 48322 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Dara | Afshar | 7115 Arrowood Rd | | Bethesda | MD | 20817 |
| Jaafar | Afshar | Gottlieb Professional Bldg | 675 W North Ave Ste 101 | Melrose Park | IL | 60160 |
| Mohammad | Afsharimehr | 21604 Union Tpke | | Oakland Gardens | NY | 11364 |
| Farshad | Agahi | 515 W Buckeye Rd | Ste 201 | Phoenix | AZ | 85003 |
| Mridu | Agarwal | 408 N Main St | | Warsaw | NY | 14569 |
| Sanjay | Agarwal | Dept 633 | 9500 Gilman Dr | La Jolla | CA | 92093 |
| Neena | Agarwala | 104 Hillcrest Dr | | Roaring Spring | PA | 16673 |
| Gaudencio | Agasino | Po Box 280 | | Sullivan | MO | 63080 |
| Jonathan | Agbebiyi | 13- 0 Stone Circle Drive | | Rochester Hills | MI | 48240 |
| Jonathan | Agbebiyi | 13- 0 Stone Circle Drive | | Rochester Hills | MI | 48240 |
| Charlie | Agee | 5601 W Eugie Ave | Ste 100 | Glendale | AZ | 85304 |
| Robert | Agee IV | 800 Buffalo St | | Farmville | VA | 23901 |
| William | Agel | 34 Park St | | Hyannis | MA | 02601 |
| Madhu | Aggarwal | 3710 Pennsylvania Ave | Ste 2 | Weirton | WV | 26062 |
| Hamid | Agha Hosseini | 1224 Graham Rd | | Saint Louis | MO | 63131 |
| George | Aglialoro | 1534 Victory Blvd | | Staten Island | NY | 10314 |
| Guirlaine | Agnant | 100 Stevens Ave | Ste 601 | Mount Vernon | NY | 10550 |
| Dhruv | Agneshwar | 24 Madison Ave | | Vestal | NY | 13850 |
| Richard | Agnew | 351 Hospital Rd | Ste 306 | Newport Beach | CA | 92663 |
| Richard | Agress | 1145 Broadway | | Seattle | WA | 98122 |
| Anthony | Agrios | 6400 W Newberry Rd | Ste 101 | Gainesville | FL | 32605 |
| Philip | Agrusa | 520 S Eagle Rd | Ste 1221 | Caldwell | ID | 83605 |
| Eyra | Agudu | 2624 Lexington Ave | Ste 330 | Springfield | OH | 45506 |
| Chike | Aguh | 605 Franklin Blvd | Ste 3 | Somerset | NJ | 08873 |
| David | Aguiar | 2310 Dean St | Ste A | Saint Charles | IL | 60175 |
| Alejandro | Aguilar | 7501 Seville Ave | | Huntington Park | CA | 90255 |
| Raul | Aguilar | 2 Hudson Pl | Ste 1 | Hoboken | NJ | 07030 |
| Vivian | Aguiar | 375 Allens Ave | | Belle Mead | NJ | 08502 |
| Amelia | Aguiera | 609 Somerset Ave | | Windber | PA | 15963 |
| Lydia | Aguiera | 520 W Beverly Blvd | | Montebello | CA | 90640 |
| Oscar | Aguirre | 4600 Hale Pkwy | Ste 340 | Englewood | CO | 80111 |
| Francisco | Aguirre | 5990 Airline Dr | Ste 130 | Houston | TX | 77056 |
| Conrado | Agustin | 1126 S Clifton Ave | | Wichita | KS | 67218 |
| Ephraim | Ahanonu | 816 Professional Center Dr | | MacOn | GA | 31210 |
| Habibollah | Ahdoot | 4660 Kenmore Ave | Ste 113 | Alexandria | VA | 22304 |
| Morris | Ahdout | 16300 Sand Canyon Ave | Ste 201 | Irvine | CA | 92618 |
| Jane | Ahearn | 406 Se 131st Ave A | | Vancouver | WA | 98683 |
| James | Ahern | 999 S Fairmont Ave | Ste 200 | Lodi | CA | 95240 |
| Nargess | Ahgharian | 125 E 63rd St | | New York | NY | 10021 |
| Shahrokh | Ahkami | 110 Passaic Ave | | Passaic | NJ | 07055 |
| Jean | Ahlborg | 336 North Ave | | East Dorset | VT | 05253 |
| Christopher | Ahlering | 621 S New Ballas Rd | Ste 695A | Saint Louis | MO | 63141 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| George | Ahlering | 621 S New Ballas Rd | Ste 695A | Saint Louis | MO | 63141 |
| Peter | Ahlering | 621 S New Ballas Rd | Ste 695a | Saint Louis | MO | 63141 |
| Jon | Ahlstrom | 4650 Harrison Blvd | | Ogden | UT | 84403 |
| Sandra | Ahlum | 711 Grand Ave | Po Box 311 | Hannibal | MO | 63401 |
| Prabhat | Ahluwalia | 140 Burwell St | Ste 1 | Little Falls | NY | 13365 |
| Jasbir | Ahluwalia | 1191 W South Loop | | Stephenville | TX | 76401 |
| Mohammad | Ahmad | Univ Tx Hsc At Sa | 7703 Floyd Curl Dr | San Antonio | TX | 78284 |
| Nasha | Ahmad | 3730 N Josey Ln | Ste 100 | Carrollton | TX | 75007 |
| Mohammad | Ahmad | 1079 Calle Del Cielo | | Brawley | CA | 92227 |
| Mohammad | Ahmari | 15900 Carol Ave | | Harvey | IL | 60426 |
| Nafees | Ahmed | 4829 S Ashland Ave | | Lombard | IL | 60148 |
| Amina | Ahmed | 300 Federal Rd | Ste 108 | Brookfield | CT | 06804 |
| Mary | Ahmed | 2400 Ne Neff Rd | Ste A | Bend | OR | 97701 |
| Niaz | Ahmed | 1201 Troy Schenectady Rd | Ste 3 | Latham | NY | 12110 |
| Kamal | Ahmed | 463 77th St | | Brooklyn | NY | 11209 |
| Linda | Ahn | 776 Northfield Ave | | East Hanover | NJ | 07936 |
| Michael | Ahn | 50 Baldwin Ave | | Jersey City | NJ | 07304 |
| Joseph | Ahn | 1445 Harrison Ave Nw | Ste 101 | Canton | OH | 44708 |
| Steven | Ahn | Po Box 179 | | Tracy | CA | 95378 |
| Edward | Ahn | 4620 Beverly Blvd | | Los Angeles | CA | 90004 |
| Young | Ahn | Emory Clinic | 1365 Clifton Rd Ne | Atlanta | GA | 30322 |
| Tae | Ahn | 542 Washington Road-208 | | Westminster | MD | 21157 |
| Agnes | Ahnquist | 825 Washington St | Ste 120 | Dover | MA | 02030 |
| Gary | Ahram | 333 S 3rd St | | Danville | KY | 40422 |
| Joseph | Ahranjani | Wycoff Hts Med Ctr | 374 Stockholm St | Brooklyn | NY | 11237 |
| M | Ahrens Jr | 5600 W Addison St | Ste 503 | Chicago | IL | 60634 |
| Robert | Ahsan | 8600 Nicollet Ave S | | Chanhassen | MN | 55317 |
| Arzou | Ahuja | 505 Parnassus Ave | | San Francisco | CA | 94143 |
| Samir | Aichholz | 9485 Mentor Ave | Ste 202 | Mentor | OH | 44060 |
| David | Aiken II | Unit 202 | 7450 S Mason Montgomery Rd | Mason | OH | 45040 |
| John | Aikins Jr | 18400 Roscoe Blvd | | Northridge | CA | 91325 |
| James | Aikman | 3 Cooper Plz | Ste 221 | Camden | NJ | 08103 |
| Robert | Alman | 2325 S Harvard Ave | Ste 201 | Tulsa | OK | 74114 |
| Edward | Ainbinder | 8701 W Watertown Plank Rd | Dept Obg | Milwaukee | WI | 53226 |
| Steven | Ainslie Jr | 10624 S Eastern Ave | #A284 | Henderson | NV | 89052 |
| William | Ainsworth | 73 Amboy Ave | | Metuchen | NJ | 08840 |
| Kerry | Ainsworth | 7360 W Friendly Ave | Ste 102 | Asheboro | NC | 27205 |
| Diane | Ainsworth | 700 White Plains Rd | | Scarsdale | NY | 10583 |
| Ronald | Airoldi | 771 Buschmann Rd | Ste Aa | Paradise | CA | 95969 |
| James | Aizpurua | Dept Obgyn | 801 Ostrum St | Bethlehem | PA | 18015 |
| Ramon | Ajani | A Professional Med Corp | 761 Colonial Dr | Baton Rouge | LA | 70806 |
| Rashidi | | 7777 Milliken Ave | Ste 320B | Rancho Cucamonga | CA | 91730 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Felix | Ajayi | Kaiser Permanente Ob/Gyn | 7373 West Ln | Stockton | CA | 95210 |
| Ebenezer | Ajilore | 50 Alessandro Pl | Ste 310 | Pasadena | CA | 91105 |
| George | Ajan | 870 Palisade Ave | | Teaneck | NJ | 07666 |
| Shashi | Ajmani | 2773 Harris St | Ste A | Eureka | CA | 95503 |
| Richard | Akawie | 123 Dunhams Corner Rd | | East Brunswick | NJ | 08816 |
| Farooq | Akbar | 105 Loudoun St Sw | Ste 505 | Leesburg | VA | 20175 |
| Fernando | Akerman | 8950 N Kendall Dr | Ste 103 | Miami | FL | 33176 |
| Mohamed | Akhyat | 700 Zeagler Dr | Ste 10 | Palatka | FL | 32177 |
| Naheed | Akhter | 545 Plainfield Rd | Ste C | Downers Grove | IL | 60515 |
| Mark | Akin | 1301 W 38th St | Ste 109 Medical Pk Tower | Austin | TX | 78705 |
| James | Akin | 1760 Nicholasville Rd | Ste 501 | Lexington | KY | 40503 |
| Dale | Akkerman | 14000 Fairview Dr | | Burnsville | MN | 55306 |
| Mani | Akkineni | 3825 Highland Ave | Ste 2F | Downers Grove | IL | 60515 |
| Francis | Akorn | 1370 Remount Rd | Ste D | Charleston | SC | 29406 |
| Mike | Akrawi | Rm 220 | 27800 Medical Center Rd | Mission Viejo | CA | 92691 |
| Bruce | Akright | 8715 Village Dr | Ste 410 | San Antonio | TX | 78217 |
| Haifa | Al Azzawi | 5750 Downey Ave | Ste 202 | Lakewood | CA | 90712 |
| Eman | Al Janabi | 121 Dekalb Ave | | Brooklyn | NY | 11201 |
| Ahmad | Al Jerdi | 2275 W Jefferson Ave | | Trenton | MI | 48183 |
| Adnan | Al Khaleefa | 442 W High St | | Bryan | OH | 43506 |
| Ahmed | Al Malt | 615 E Princeton St | Ste 240 | Orlando | FL | 32803 |
| Laila | Al Marayati | 633 N Central Ave | Ste 103 | Glendale | CA | 91203 |
| Maysoon | Al Naqeeb | 1525 E 53rd St | Ste 716 | Chicago | IL | 60615 |
| Damian | Alagia III | 6845 Elm St | Ste 600 | Mc Lean | VA | 22101 |
| Aysun | Alagoz | 2258 Santa Clara Ave | | Seguin | TX | 78155 |
| Munther | Alalwat | 15675 Northline Rd | | Southgate | MI | 48195 |
| Vito | Alamia Jr | 595 Hampton Rd | | Southampton | NY | 11968 |
| Carol | Alan | 2 Medical Park Rd | Ste 208 | Columbia | SC | 29203 |
| Jose | Alanis Amezcua | 230 Prospect Pl | Ste 200 | Coronado | CA | 92118 |
| John | Alaniz | 17070 Red Oak Dr 305 | | Houston | TX | 77090 |
| Julio | Alarcon | 4909 V St Nw | | Washington | DC | 20007 |
| Raffaele | Albanese | 16 Pocono Rd | Ste 212 | Denville | NJ | 07834 |
| Jamal | Albdewi | 416 72nd St | | Brooklyn | NY | 11209 |
| Robert | Albee Jr | 1140 Hammond Dr Ne | Bldg F | Atlanta | GA | 30328 |
| Louis | Albelda | 4550 N 51st Ave | Ste 71 | Phoenix | AZ | 85031 |
| Russell | Albert | Roscoe Rockton Med Ctr | 5512 Elevator Rd | Roscoe | IL | 61073 |
| Alan | Albert | 116 Belmont St | | Worcester | MA | 01605 |
| Judith | Albert | Fl 2 | 665 Rodi Rd | Pittsburgh | PA | 15235 |
| Rafael | Alberti | PO Box 218 | | Defiance | OH | 43512 |
| Bennett | Alberts | 10373 Ne Hancock St | Ste 129 | Portland | OR | 97220 |
| Patti | Albertson | 260 International Cir | | San Jose | CA | 95119 |
| Joyce | Albi | 2 Saint Anthonys Way | Ste 103 | Alton | IL | 62002 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| James | Albin | 1410 N 13th St | | Norfolk | NE | 68701 |
| S | Albini | 133 Scovill St | Ste 303 | Waterbury | CT | 06706 |
| Timothy | Albion | 810 Biesterfield Rd | Ste 107 | Saint Charles | IL | 60174 |
| Christine | Albrecht | 855 Belanger St | Ste 209 | Thibodaux | LA | 70301 |
| Bruce | Albrecht | 217 W County Line Rd | | Littleton | CO | 80129 |
| John | Albritton | 7705 Poplar Ave | Bldg B | Germantown | TN | 38138 |
| La Mar | Albritton | 7922 Ewing Halsell Dr | Ste 430 | San Antonio | TX | 78248 |
| Cheryl | Albuquerque | 4860 Y St | Ste 2500 | Palo Alto | CA | 94303 |
| Patricia | Alcala | 125 W Hague Rd | Ste 260 | El Paso | TX | 79902 |
| Gil | Alderfer | Professional Arts Bldg | 100 E Chester Pike | Ridley Park | PA | 19078 |
| Lillian | Alderman | Westowne 6 | Ste 601 | Liberty | MO | 64068 |
| Ralph | Aldinger | Jc Blair Ob-Gyn Asc | 1227 Warm Springs Ave #302 | Huntingdon | PA | 16652 |
| Angela | Aldrich | 2212 Pierce St | | North Sioux City | SD | 57049 |
| Martha | Aldridge | Po Box 10000 | | Florence | AL | 35631 |
| Roxanna | Aldstadt | 1700 W Paradise Dr | | West Bend | WI | 53095 |
| Abraham | Alecozay | 7390 Barlite Blvd | Ste 320 | San Antonio | TX | 78224 |
| Melito | Alejos | 523 Locust St | | Columbia | PA | 17512 |
| Margie | Aleman Martin | 2989 Mowry Ave | Ste 3C | Fremont | CA | 94538 |
| Marc | Alembik | 2296 Opitz Blvd | Ste 440 | Alexandria | VA | 22315 |
| Steven | Alevizon | 1978 Industrial Blvd | | Houma | LA | 70363 |
| James | Alexander | 7635 W Jefferson Blvd | | Fort Wayne | IN | 46804 |
| Charles | Alexander | 21 N 12th St | | Kansas City | KS | 66110 |
| Harold | Alexander | Po Box 31605 | | Capitol Heights | MD | 20731 |
| Margaret | Alexander | 1150 Varnum St NE | | Bethesda | MD | 20827 |
| Jody | Alexander | 1890 Sw Health Pkwy | Ste 205 | Naples | FL | 34109 |
| Vicki Ann | Alexander | 2344 6th St | | Berkeley | CA | 94710 |
| Alan | Alexander | 6 Crescent Ave | | Kennebunkport | ME | 04046 |
| Richard | Alexander | 1011 Cass St | Ste 105 | Monterey | CA | 93940 |
| Daryl | Alexander | 18411 Clark St | Ste 307 | Tarzana | CA | 91356 |
| Fakhry | Alexander | 9719 Lefferts Blvd | | South Richmond Hill | NY | 11419 |
| Preston | Alexander | Health Central Women'S Car | 1701 N Collins Blvd #327 | Richardson | TX | 75080 |
| Robert | Alexander | 820 N Chelan Ave | | Wenatchee | WA | 98801 |
| Janice | Alexander | W62N225 Washington Ave | | Cedarburg | WI | 53012 |
| A | Alexander | All Saints Hlth Care | 3821 Spring St | Racine | WI | 53405 |
| James | Alexander | 333 S 3rd St | | Danville | KY | 40422 |
| Susan | Alexander | PO Box 497 | | Commerce | GA | 30529 |
| Joseph | Alexander | 549 E Brambleton Ave | Ste 4 | Norfolk | VA | 23510 |
| Albert | Alexander Isaac | 951 Court Ave | | Memphis | TN | 38120 |
| Irl | Alexander Jr | 2010 Shiloh Rd | | Corinth | MS | 38834 |
| James | Alexander Jr | 2508 Bert Kouns Loop 105 | | Shreveport | LA | 71118 |
| Jean | Alexandre | 1419 W Lake St | Ste B | Melrose Park | IL | 60160 |
| Althea | Alexis | 6100 Harris Pkwy | Ste 200 | Fort Worth | TX | 76132 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Winston | Alexis | 4101 Nw 4th St | Ste 404 | Fort Lauderdale | FL | 33317 |
| Charles | Alfano | 500 W Thomas Rd | Ste 850 | Phoenix | AZ | 85013 |
| Carmen | Alfonso | 1500 E Cedar Ave | Ste 80 | Flagstaff | AZ | 86001 |
| William | Alford | 1600 Lakeland Hills Blvd | | Lakeland | FL | 33805 |
| Monique | Alford | 17850 Kedzie Ave | Ste 2600 | Homewood | IL | 60430 |
| William | Alford | 5000 Higbee Ave Nw | | Canton | OH | 44718 |
| James | Alford | 770 Balgreen Dr | Ste 207 | Mansfield | OH | 44906 |
| James | Alford Jr | 2055 E South Blvd | Ste 209 | Montgomery | AL | 36116 |
| Holly | Alfrey Van Dyk | 167 N Main St | | Tuba City | AZ | 86045 |
| Lindsay | Alger | Dept Ob/Gyn | 22 S Greene St | Baltimore | MD | 21201 |
| Nissim | Alhadeff | 18135 Midland Pkwy | | Jamaica | NY | 11432 |
| Rashad | Ali | 1420 Jefferson St | | Laurel | MS | 39440 |
| Moustafa | Ali | 235 Hanover St | | Fall River | MA | 02720 |
| Maqbool | Ali | 4930 N Executive Dr | Ste 305 | Peoria | IL | 61614 |
| Mohsin | Ali | 5451 La Palma Ave | Ste 16 | Cerritos | CA | 90703 |
| Suneetha | Ali | 1135 S Sunset Ave | | West Covina | CA | 91790 |
| Vaseem | Ali | 6431 Fannin Ste 3204 | Dept Ob-Gyn | Houston | TX | 77030 |
| Juliana | Alindada | 602 Hurst St | Ste 1686 | Center | TX | 75935 |
| Red | Alinsod | 18460 Roscoe Blvd | | Northridge | CA | 91325 |
| Mark | Alkass | 2221 North Blvd W | | Davenport | FL | 33837 |
| Heather | Alker | 1493 Cambridge St | | Newton | MA | 02458 |
| Thomas | Alian | 345 N Main St | Ste 201 | West Hartford | CT | 06117 |
| Christian | Allan | 211 S Crapo St | Ste L | Mount Pleasant | MI | 48858 |
| John | Albert | Dept Obg/Yn | Po Box 32861 | Charlotte | NC | 28232 |
| Carrie | Allemand | 2401 S 31st St | | Rochester | MN | 55901 |
| Tempest | Allen | 3300 W Centre Ave | | Portage | MI | 49024 |
| Todd | Allen | 18101 Oakwood Blvd | Ste 200 | Canton | MI | 48187 |
| James | Allen | 209 E Carver St | | Durham | NC | 27704 |
| Martin | Allen | 108 W Medical Park Dr | | Lexington | NC | 27292 |
| Andrew | Allen | 1264 Kensington Dr | | Biloxi | MS | 39531 |
| Paul | Allen | Po Box 545 | | Biloxi | MS | 39533 |
| Machelle | Allen | 530 1st Ave | Ste 7n | New York | NY | 10012 |
| Carl | Allen | Po Box 15645 | | Las Vegas | NV | 89114 |
| Stanton | Allen | Po Box 12040 | | Reno | NV | 89510 |
| Katrina | Allen | 5323 Harry Hines Blvd | | Dallas | TX | 75390 |
| Vicki | Allen | 500 W Main St | Ste 310 | Flower Mound | TX | 75028 |
| Jennifer | Allen | 5201 Harry Hines Blvd | | Mc Kinney | TX | 75070 |
| Patrick | Allen | 4351 Booth Calloway Rd | Ste 301 | North Richland Hills | TX | 76180 |
| Bruce | Allen | 2752 Erie Ave | | Cincinnati | OH | 45208 |
| Richard | Allen | 3181 SW Sam Jackson Pk | Ste 4100 | Portland | OR | 97266 |
| Earl | Allen | Po Box 681540 | | Miami | FL | 33168 |
| Neji | Allen | 2410 E 16th St | | Greeley | CO | 80631 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Edward | Allen | 3807 Union Ave | Ste A | Bakersfield | CA | 93306 |
| Stephen | Allen | 2750 Hospital Dr | | Northport | AL | 35476 |
| Charles | Allen | 8091 Township Line Rd | Ste 203 | Indianapolis | IN | 46260 |
| Richard | Allen | 890 Garfield Ave | Ste 200 | Libertyville | IL | 60048 |
| David | Allen | 630 Addison Ave W | Ste 210 | Twin Falls | ID | 83301 |
| Stephanie | Allen | 2047 Prince Ave | | Athens | GA | 30606 |
| Durward | Allen | 500 S University Ave | Ste 414 | Little Rock | AR | 72205 |
| Steven | Allen | 2401 S 31st St | | Temple | TX | 76508 |
| Jane | Allen | 116 Edwards Ferry Rd NE | Ste C | Leesburg | VA | 20176 |
| Terry | Allen | 3905 Railroad Ave | Ste 100 | Fairfax | VA | 22030 |
| Nathan | Allen | 7237 E Southgate Dr | Ste C | Sacramento | CA | 95823 |
| George | Allen | 301 Professional Park Dr | | Glasgow | KY | 42141 |
| Oscar | Allen German | 2508 Bert Kouns | Ste 101 | Shreveport | LA | 71118 |
| Charles | Allen Jr | Georgia Ob/Gyn | Ste 320 | Atlanta | GA | 30342 |
| James | Alleyn | 3661 S Miami Ave | Ste G09 | Miami | FL | 33133 |
| Grant | Alleyne | 317 Owen Dr | | Fayetteville | NC | 28304 |
| Erskine | Alleyne | 200 Brooklyn Ave | | Brooklyn | NY | 11213 |
| Joe | Allison | 3443 Dickerson Pike | Ste 3 | Nashville | TN | 37207 |
| James | Allman | 934 Center St | | Ashland | OH | 44805 |
| Michael | Allon | 9055 Katy Fwy | Ste 413 | Houston | TX | 77024 |
| Matthew | Allswede | 1200 E Michigan Ave | Ste 445 | Lansing | MI | 48912 |
| Rayman | Ally | 2300 Garrison Blvd | Ste 240 | Catonsville | MD | 21228 |
| Peter | Allyn | 3000 College Dr | | Rock Springs | WY | 82901 |
| Oscar | Almeida Jr | 6701 Airport Blvd | Ste B127 | Mobile | AL | 36695 |
| Valentin | Almendarez Jr | 7940 Floyd Curl Dr | Ste 900 | San Antonio | TX | 78258 |
| Nemesio | Almirola Fuentes | 1830 NW 7th St | Ste 1004 | Miami | FL | 33145 |
| Rodolfo | Almonte | 1515 S Clifton Ave | Ste 340 | Wichita | KS | 67218 |
| Bunan | Alnaif | 3806 Poplar Hill Rd | Ste B | Chesapeake | VA | 23321 |
| Ruby | Alonzo | 120 Hospital Rd | Ste 211 | Prince Frederick | MD | 20678 |
| Michele | Alotta | 303 North St | | White Plains | NY | 10605 |
| Vance | Aloupis | 792 State St | | Bangor | ME | 04401 |
| Michael | Alper | 1 Brookline Pl | Ste 602 | Chestnut Hill | MA | 02467 |
| Mona | Alquiali | 2635 Lincoln Way | | Clinton | IA | 52732 |
| Charles | Alston | 2017 W 95th St | | Chicago | IL | 60643 |
| Phillip | Alston | 3343 Springhill Dr | Ste 1005 | North Little Rock | AR | 72117 |
| Cynthia | Alsup | 2801 Saratoga St | | Shawnee | OK | 74804 |
| Edward | Alt | 1500 Associates Dr | | Dubuque | IA | 52002 |
| Kenneth | Altabef | 371 Merrick Rd | | Rockville Centre | NY | 11570 |
| Albert | Altchek | 1 E 89th St | | New York | NY | 10128 |
| Kevin | Alten | 1210 Clark St | | Cambridge | OH | 43725 |
| Beverly | Alten | STE 110 | 909 Frostwood Dr | Houston | TX | 77024 |
| Darrington | Altenbern | 300 20th Ave N | Ste 607 | Nashville | TN | 37203 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Dean | Altenhofen | 6110 N Davis Hwy | | Pensacola | FL | 32504 |
| Israel | Alter | 10215 Fernwood Rd | Ste 101 | Bethesda | MD | 20817 |
| Milton | Alter | 9700 Kenton Ave | | Skokie | IL | 60076 |
| Kristina | Altman | Dept Ob-Gyn | 4940 Eastern Ave | Baltimore | MD | 21224 |
| Carol | Altman | Generations | 619 Brighton Ave | Portland | ME | 04102 |
| Alan | Altman | 55 Pond Ave | | Brookline | MA | 02445 |
| Robert | Altman | 600 Coffee Rd | | Modesto | CA | 95355 |
| Sondra | Altman | 120 La Casa Via | Ste 104 | Walnut Creek | CA | 94598 |
| Alan | Altman | 440 Ray Norrish Dr | | Loveland | OH | 45140 |
| Arthur | Altman | 3533 Southern Blvd | Ste 4600 | Dayton | OH | 45459 |
| Jeffrey | Altman | 66 Hackett Blvd | | Albany | NY | 12209 |
| Corrado | Altomare | 121 State Route 31 | | Flemington | NJ | 08822 |
| John | Alton | 7255 Old Oak Blvd | Ste C202 | Strongsville | OH | 44149 |
| Aaron | Altura | 48 Lono Ave | | Kahului | HI | 96732 |
| Federico | Alva | 18433 Roscoe Blvd | Ste 203 | Northridge | CA | 91325 |
| Teresa | Alvarado | 219 Station St | | Jacksonville | NC | 28546 |
| Manuel | Alvarado Berrios | 1414 E Main St | | Leesburg | FL | 34748 |
| Julio | Alvarado Diaz | 8619 Nw 68th St | | Miami | FL | 33166 |
| Fernando | Alvarez | 3661 S Miami Ave-106 | | Miami | FL | 33133 |
| Victor | Alvarez | 2290 W Eau Gallie Blvd | Ste 205 | Melbourne | FL | 32935 |
| Pedro | Alvarez | 1733 Lakeland Hills Blvd | | Lakeland | FL | 33805 |
| Jorge | Alvarez | 300 Riverside Dr E | Ste 1700 | Bradenton | FL | 34208 |
| Wilfredo | Alvarez | 7775 Sw 87th Ave | Ste 120 | Miami | FL | 33173 |
| Manuel | Alvarez | 228 Park Ave | | Hoboken | NJ | 07030 |
| Elsie | Alvarez | 345 Schermerhorn St | | Malverne | NY | 11565 |
| Elenita | Alvarez | 321 N Kuakini St 510 | | Honolulu | HI | 96817 |
| Orestes | Alvarez Jacinto | 11040 Sw 88th St | #C-100 | Miami | FL | 33176 |
| Steven | Alvarez Mott | 315 E Alsota Ave | Ste 101 | Glendora | CA | 91740 |
| Joseph | Alvaro | 13 Clyde Rd-101 | | Somerset | NJ | 08873 |
| Zorayda | Alviar | 2031 W Alameda Ave | Ste 220 | Burbank | CA | 91506 |
| Kofi | Amankwah | Rm 6W162 | 415 N 9th St | Springfield | IL | 62702 |
| Michael | Ambe Crain | 1111 Highway 6 | Ste 200 | Sugar Land | TX | 77478 |
| Jack | Amaro | 16687 St Clair Ave | | East Liverpool | OH | 43920 |
| Joseph | Amato | 495 Cooper Rd | | Columbus | OH | 43235 |
| Fons | Amaye Obu | 412 Linden Blvd | | Brooklyn | NY | 11238 |
| Neeta | Ambe Crain | 1250 La Venta Rd | Ste 112 | Westlake Village | CA | 91361 |
| Wendy | Amblo | 35 Nod Rd | | West Hartford | CT | 06117 |
| Thomas | Ambro | 6308 8th Ave | | Kenosha | WI | 53143 |
| Anthony | Ambrose | 18350 Roscoe Blvd | Ste 504 | Northridge | CA | 91325 |
| Frederick | Ambrose | 1106 W Ironwood Dr | | Coeur D Alene | ID | 83814 |
| Laureen | Ambrose | 15300 West Ave | Ste 205 | Palos Heights | IL | 60463 |
| Anthony | Ambrose | 670 Cherry Dr | | Hershey | PA | 17033 |

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Henry | Amdur | 425 Montauk Ave | | New London | CT | 06320 |
| Chikwendu | Amechi | 800 Broadway | Ste 315 | Fort Wayne | IN | 46802 |
| John | Ameen | 304 Church St | | Sweetwater | TN | 37874 |
| Douglas | Amend | 1127 Chestnut St | Ste 300 | Emporia | KS | 66801 |
| Yousef | Amer | 450 76th St | | Brooklyn | NY | 11209 |
| Faye | Ameredes | 2460 Nw Stewart Pkwy | Ste 230 | Roseburg | OR | 97470 |
| Afriye | Amerson | 120 Prospect Ave | | Edgewater | NJ | 07020 |
| Bruce | Ames | 2440 M St Nw | Ste 503 | Washington | DC | 20037 |
| Lawrence | Amesse | 1 Wyoming St | Ste 4130 | Dayton | OH | 45419 |
| Anita | Amidon | 107 E Chestnut St | | Rome | NY | 13440 |
| Anthony | Amiewalan | 1079 Fairington Dr | | Sidney | OH | 45365 |
| Achala | Amin | 42 Riverside Dr | | Binghamton | NY | 13905 |
| Neha | Amin | 747 N Rutledge St | | Springfield | IL | 62702 |
| Soheil | Amin Hanjani | 830 Oak St | Ste 201W | Brockton | MA | 02301 |
| Wagih | Amin Hanna | 2213 Mendon Rd | | Woonsocket | RI | 02895 |
| Michal | Amir | 8631 W 3rd St | Ste 1040E | Los Angeles | CA | 90048 |
| Hooshang | Amiri | 7700 Old Branch Ave | Ste A104 | Clinton | MD | 20735 |
| Hassan | Amirikia | 4727 St Antoine St | Ste 408 | Detroit | MI | 48201 |
| Karen | Ammerman | 630 Plantation St | | Worcester | MA | 01605 |
| Jacqueline | Ammirata | South Bay Ob & Gyn | 320 Montauk Hwy | West Islip | NY | 11795 |
| Gregory | Amo | 621 Amboy St | Ste 2 | Brooklyn | NY | 11236 |
| Michele | Amoroso | 4202 N Habana Ave | | Valrico | FL | 33594 |
| Donald | Amsler | Womens Hlth Care Hinsdale | 908 N Elm St | Hinsdale | IL | 60521 |
| Marvin | Amstey | 995 Senator Keating Blvd | Ste 340 | Rochester | NY | 14618 |
| Kenneth | Amu Korsah | 1919 North Loop W | Ste 115 | Houston | TX | 77008 |
| Jewel | Amul | 9003 Lincoln Dr W | Ste 80002 | Oaklyn | NJ | 08107 |
| Betty | Amuzu | 945 N 12th St | | Milwaukee | WI | 53233 |
| Taki | Anagnoston | 700 W 6th St | Ste R | Gilroy | CA | 95020 |
| Indu | Anand | 909 Ridgeway Loop Rd | | Atlanta | GA | 30328 |
| Uma | Ananth | 3545 Olentangy River Rd | Ste 411 | Columbus | OH | 43214 |
| Bindiya | Ananthakrishnan | 330 Mount Auburn St | | Boston | MA | 02116 |
| Anthony | Anastasi | 21 Woodland St | Ste 123 | Hartford | CT | 06105 |
| Salvatore | Ancona | 56-16 Seabury St | | Elmhurst | NY | 11373 |
| Arthur | Anctil | 1565 N Main St | | Fall River | MA | 02720 |
| Evangeline | Andarsio | 1 Wyoming St | Ste 3120 | Dayton | OH | 45409 |
| Felix | Andarsio Jr | Bldg 36000 Darnall Loop | | West Palm Beach | FL | 33414 |
| Lawrence | Andele | 1900 23rd St | | Massillon | OH | 44646 |
| Ronald | Anders | 1200 S Farmerville St | | Ruston | LA | 71270 |
| Suphithay | Anders | 5770 S 250 E | Ste 405 | Sandy | UT | 84092 |
| Glenna | Andersen | 8501 Arlington Blvd | Ste 300 | Fairfax | VA | 22031 |
| Harold | Andersen | 3600 Gaston Ave | | Dallas | TX | 75248 |
| Pamela | Anderson | 8230 Walnut Hill Ln | Ste 406 | Dallas | TX | 75231 |