

**NEWS ROOM**
**PRESS RELEASES**

September 20, 2004
August 23, 2004
August 2, 2004
April 22, 2004
March 12, 2004
March 8, 2004
February 12, 2004
February 4, 2004
January 30, 2004
December 3, 2003
November 4, 2003
September 23, 2003
September 8, 2003
February 20, 2003
November 25, 2002
November 11, 2002
April 3, 2002
February 25, 2002

September 20, 2004

## COURT CONFIRMS VALIDITY AND ENFORCEABILITY OF PHARMASTEM'S PIONEERING CORD BLOOD PATENTS

Wayne, PA, September 20, 2004 - PharmaStem Therapeutics, Inc. announced today that a Federal District Court in the District of Delaware confirmed a Jury's previous findings regarding the validity and enforceability of two of its pioneering patents (U.S. Patent Nos. 5,004,681 and 5,192,553). On October 29, 2003, a Jury in Delaware found that PharmaStem's patents were valid, enforceable and willfully infringed by the defendants ViaCord, CBR (Cord Blood Registry), Cryo-Cell International and Corcell. Nicholas Didier, CEO of PharmaStem Therapeutics, stated, "I am very pleased that the Court has ruled that PharmaStem's patents are valid and enforceable. It is gratifying to know that the innovative advances made by our scientific founders have been recognized by the Court."

With respect to infringement, the Delaware jury found that 100% of the cord blood units collected and stored by defendants infringed the '681 Patent, because the Jury found that 100% of the cord blood units the defendants collected and stored for families had enough stem cells to be therapeutically useful for children and adults. The defendants argued at trial that not all of the cord blood units they stored for families contained enough stem cells for such use. The Court ruled that the evidence "suggests that at least some of the defendants' cord blood units infringe" the '681 Patent, but because of procedural rulings, a partial retrial was needed to determine the defendants' level of infringement and resulting damages. "PharmaStem expects to obtain an injunction prohibiting defendants from collecting and storing cord blood units that have enough stem cells to be therapeutically useful for children and adults," said Mr. Didier.

With respect to the '553 Patent, the defendants alleged at trial that they did not infringe this patent because they did not own the cord blood units, and that only the owner of the units (i.e., the families who bank with the defendants) could be liable for such infringement. The Delaware jury disagreed with the defendants and found that they infringed this patent. The court, however, apparently agreed with the defendants and set aside the jury's verdict based upon its interpretation of infringement as applied to the '553 Patent. PharmaStem believes that the court used an improper legal standard and is confident it will prevail on appeal and the jury's verdict will be reinstated.

PharmaStem's pioneering patents have been recognized by the vast majority of the private umbilical cord blood industry. At this time, 16 of the 20 private cord blood banks operating in the United States have taken a license to PharmaStem's patent portfolio. The only remaining unlicensed banks are the defendants ViaCord, CBR (Cord Blood Registry), Cryo-Cell International and Corcell. PharmaStem has additional patent lawsuits pending against

these unlicensed banks.

**Contact:**
Nicholas Didier
CEO & President
PharmaStem Therapeutics, Inc.
914-833-9227 (phone)
ndidier@pharmastem.com.

go top

August 23, 2004

## EIGHTY PERCENT OF THE PRIVATE UMBILICAL CORD BLOOD INDUSTRY NOW LICENSED UNDER PHARMASTEM'S PATENTS

Wayne PA, August 23, 2004 - PharmaStem Therapeutics, Inc. announced today that that 80% of the private umbilical cord blood companies in the United States are now operating under its licensed patents. The recent addition of CureSource brings the number of licensed cord blood banks to 16 out of 20 private companies.

LICENSED cord blood banks are:

California Cryobank Stem Cell Services
New England Cord Blood Bank
Stembanc
Cryobanks International
LifeBank USA
Cord Blood Family Trust
Cord Partners
Alpha Cord
GeneAngel
Newborn Blood Banking
Securacell
Norton Hospitals/ Family Link
HemaStem Therapeutics
Lifestor
CORD – Cryobank for Oncologic and Reproductive Donors
CureSource

PharmaStem is the pioneer in the development of umbilical cord blood preservation and its therapeutic use. Nicholas Didier, CEO and President of PharmaStem stated: "We are very pleased by the the overwhelming recognition of PharmaStem's innovative patented technology. These 16 companies provide expectant parents and obstetricians with a wide variety of choices when it comes to selecting a cord blood bank. "

On October 29, 2003, a Delaware jury unanimously found that two of PharmaStem's pioneering patents, US Patent Nos. 5,004,681 and 5,192,553 were valid and enforceable and that the four defendants **ViaCord, CBR (Cord Blood Registry), Cryo-Cell and Corcell** had willfully infringed these patents. These four companies are the only **UNLICENSED** cord blood banks still in operation.

To learn more about PharmaStem Therapeutics, its patent portfolio and licensed cord blood banks please visit www.pharmastem.com

**Contact:**
Nicholas Didier