1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   Chang H. Kim (State Bar No. 195554)
3  Peter H. Nohle (State Bar No. 209446)
   2475 Hanover Street
4  Palo Alto, CA 94304-1115
   Telephone: (650) 233-4500
5  Facsimile:  (650) 233-4545

6  Attorneys for Defendants and Counterclaimants
   CBR SYSTEMS, INC. and SUTTER HEALTH
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11 
   PHARMASTEM THERAPEUTICS, INC., a )   **No. C 04 3072 JSW**
12 Delaware corporation,             )
                                     )   JOINT REQUEST FOR LEAVE OF COURT
13            Plaintiff,             )   AND STIPULATION TO MODIFY BRIEFING
                                     )   SCHEDULE FOR STEMBANC, INC.'S AND
14     vs.                           )   ARCHIBALD A. GRABINSKI'S MOTIONS
                                     )   TO DISMISS
15 CORD BLOOD REGISTRY, INC., dba    )
   CBR, a California corporation, and SUTTER )
16 HEALTH, INC., a California corporation, ) Date: January 7, 2005
                                     )   Time: 9:00 a.m.
17            Defendants.            )   Location: Courtroom 2
                                     )   Judge:  Hon. Jeffrey S. White
18                                   )
                                     )
19                                   )
                                     )
20 CBR SYSTEMS, INC., dba CBR, a     )
   California corporation; and SUTTER )
21 HEALTH, a Not-For-Profit Public Benefit )
   corporation,                      )
22                                   )
              Counterclaimants,      )
23                                   )
       vs.                           )
24                                   )
   PHARMASTEM THERAPEUTICS, INC.,    )
25 a Delaware corporation; STEMBANC, INC., )
   an Ohio corporation; NICHOLAS DIDIER; )
26 and ARCHIBALD A. GRABINSKI,       )
                                     )
27            Counterdefendants.     )
                                     )
28

Pursuant to <u>Civil L.R</u>. 6-1(b), 6-2, and <u>Standing Orders</u> at ¶ 3, Defendant and Counterclaimant CBR Systems, Inc. ("CBR") and Counterdefendants Stembanc, Inc. ("Stembanc") and Archibald A. Grabinski ("Grabinski") hereby jointly request leave of court and stipulate as follows:

### JOINT REQUEST FOR LEAVE OF COURT AND STIPULATION TO MODIFY BRIEFING SCHEDULE FOR STEMBANC, INC.'S AND ARCHIBALD A. GRABINSKI'S MOTIONS TO DISMISS

WHEREAS, on August 23, 2004, CBR filed various counterclaims against Stembanc and Grabinski in the above-entitled action;

WHEREAS, on September 27, 2004, Stembanc and Grabinski filed their respective motions to dismiss CBR's counterclaims against them, noticing the hearing for such motions for January 14, 2005, with CBR's opposition briefs due on December 24, 2004;

WHEREAS, on November 3, 2004, the above-entitled Court entered an order (the "November 3, 2004 Order") providing that CBR's opposition briefs to Stembanc's and Grabinski's respective motions to dismiss shall be filed on Friday, November 19, 2004;

WHEREAS, the November 3, 2004 Order further provides that Stembanc's and Grabinski's respective reply briefs shall be filed on Friday, December 10, 2004;

WHEREAS, the November 3, 2004 Order further provides that Stembanc's and Grabinski's respective motions to dismiss shall be set for hearing on January 7, 2005;

WHEREAS, on Friday, November 19, 2004, CBR filed its Opposition to Grabinski's Motion to Dismiss (Docket No. 68), but erroneously filed a duplicate of its Opposition to Plaintiff and Counterdefendant PharmaStem Therapeutics, Inc.'s Motion to Dismiss (Docket No. 67), in the place of its opposition brief to Stembanc's Motion to Dismiss (*See* Docket No. 65);

WHEREAS, on Monday, November 22, 2004, Stembanc and Grabinski informed CBR of such error, and requested that CBR stipulate to extend their time for filing their respective reply briefs by three business days to December 15, 2004;

1  WHEREAS, on Monday, November 22, 2004, CBR corrected its error and filed its
2  Opposition Brief to Stembanc's Motion to Dismiss (Docket No. 71);
3  WHEREAS, CBR's Opposition to Grabinski's Motion to Dismiss incorporates by
4  reference arguments set forth in CBR's Opposition to Stembanc's Motion to Dismiss;
5  WHEREAS, due to the error in the service of the Opposition to Stembanc's Motion
6  to Dismiss, both Stembanc's and Grabinski's time to prepare their reply briefs was reduced;
7  THEREFORE, CBR, Stembanc and Grabinski, by and through their respective
8  counsel of record, respectfully request leave of court and stipulate to modify the briefing
9  schedule for Stembanc's and Grabinski's respective motions to dismiss as follows:
10  1) that Stembanc's time for filing its reply brief in support of its Motion to
11  Dismiss CBR's First through Sixth Counterclaims be extended to December 15, 2004; and
12  2) that Grabinski's time for filing his reply brief in support of his Motion to
13  Dismiss CBR's First through Sixth Counterclaims be extended to December 15, 2004.
14  /-/-/
15  /-/-/
16  /-/-/
17  /-/-/
18  /-/-/
19  /-/-/
20  /-/-/
21  /-/-/
22  /-/-/
23  /-/-/
24  /-/-/
25  /-/-/
26  /-/-/
27  /-/-/
28

- 2 -    JOINT REQUEST FOR LEAVE AND STIPULATION
TO MODIFY BRIEFING SCHEDULE
CASE NO. C 04 3072 JSW

1  IT IS RESPECTFULLY SUBMITTED AND SO STIPULATED.

2  Dated: November 29, 2004.

3  PILLSBURY WINTHROP LLP
   William F. Abrams
4  Thomas F. Chaffin
   Chang H. Kim
5  Peter H. Nohle
   2475 Hanover Street
6  Palo Alto, CA 94304-1114

7

   By _____/s/_____
8
   Attorneys for Defendants and Counterclaimants
9  CBR Systems, Inc. and Sutter Health, Inc.

10
   Dated: November 29, 2004.
11

   QUINN EMANUEL URQUHART
12 OLIVER & HEDGES, LLP
   Samuel B. Shepherd
13 Matthew W. Meskell
   Philip J. Wang
14 555 Twin Dolphin Drive, Suite 560
   Redwood Shores, CA 94065
15

16 By _____/s/_____

17 Attorneys for Counterdefendants
   Stembanc, Inc. and Archibald A. Grabinski
18

19

20

21

22

23

24

25

26

27

28

- 3 -  JOINT REQUEST FOR LEAVE AND STIPULATION
       TO MODIFY BRIEFING SCHEDULE
       CASE NO. C 04 3072 JSW

```
 1  PILLSBURY WINTHROP LLP
    William F. Abrams (State Bar No. 88805)
 2  Thomas F. Chaffin (State Bar No. 112368)
    Chang H. Kim (State Bar No. 195554)
 3  Peter H. Nohle (State Bar No. 209446)
    2475 Hanover Street
 4  Palo Alto, CA 94304-1115
    Telephone: (650) 233-4500
 5  Facsimile:  (650) 233-4545

 6  Attorneys for Defendants and Counterclaimants
    CBR SYSTEMS, INC. and SUTTER HEALTH
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>  vs.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation,<br><br>             Defendants.<br><br>CBR SYSTEMS, INC., dba CBR, a California corporation; and SUTTER HEALTH, a Not-For-Profit Public Benefit corporation,<br><br>             Counterclaimants,<br><br>  vs.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., an Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI,<br><br>             Counterdefendants. | **No. C 04 3072 JSW**<br><br>[PROPOSED] ORDER GRANTING LEAVE OF COURT AND MODIFYING BRIEFING SCHEDULE FOR STEMBANC, INC.'S AND ARCHIBALD A. GRABINSKI'S MOTIONS TO DISMISS<br><br>Date: January 7, 2005<br>Time:  9:00 a.m.<br>Location:  Courtroom 2<br>Judge:  Hon. Jeffrey S. White |

[PROPOSED] ORDER EXTENDING TIME FOR STEMBANC AND
GRABINSKI TO FILE REPLY BRIEFS
CASE NO. C 04 3072 JSW

1  **PURSUANT TO CBR SYSTEMS, INC.'S, STEMBANC, INC.'S, AND**
2  **ARCHIBALD A. GRABINSKI'S JOINT REQUEST FOR LEAVE OF COURT AND**
3  **STIPULATION TO MODIFY BRIEFING SCHEDULE FOR STEMBANC, INC.'S**
4  **AND ARCHIBALD A. GRABINSKI'S MOTIONS TO DISMISS, IT IS HEREBY**
5  **ORDERED THAT:**

6  1) Leave of court is granted to modify the briefing schedule for Stembanc,
7  Inc.'s and Archibald A. Grabinski's motions to dismiss;

8  2) Stembanc, Inc.'s time for filing its reply brief in support of its Motion to
9  Dismiss CBR System, Inc.'s First through Sixth Counterclaims shall be extended to
10 December 15, 2004; and

11 3) Archibald A. Grabinski's time for filing his reply brief in support of his
12 Motion to Dismiss CBR System, Inc.'s First through Sixth Counterclaims shall be extended
13 to December 15, 2004.

14 **IT IS SO ORDERED.**

16 Dated: _____.

19 **JEFFREY S. WHITE**
   **UNITED STATES DISTRICT JUDGE**

- 1 - [PROPOSED] ORDER EXTENDING TIME FOR STEMBANC AND GRABINSKI TO FILE REPLY BRIEFS
CASE NO. C 04 3072 JSW