1   PILLSBURY WINTHROP LLP
    William F. Abrams (State Bar No. 88805)
2   Thomas F. Chaffin (State Bar No. 112368)
    Chang H. Kim (State Bar No. 195554)
3   Peter H. Nohle (State Bar No. 209446)
    2475 Hanover Street
4   Palo Alto, CA 94304-1115
    Telephone: (650) 233-4561
5   Facsimile:  (650) 233-4545

6   Attorneys for Defendants and Counterclaimants
    CBR SYSTEMS, INC. and SUTTER HEALTH, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11                                            )
                                              )
12   PHARMASTEM THERAPEUTICS, INC., a          )   **No. C 04 3072 JSW**
     Delaware corporation,                     )
13                                             )   **DECLARATION OF PETER H. NOHLE IN**
                      Plaintiff,               )   **SUPPORT OF JOINT REQUEST FOR**
14                                             )   **LEAVE OF COURT AND STIPULATION**
              vs.                              )   **TO MODIFY BRIEFING SCHEDULE FOR**
15                                             )   **STEMBANC, INC.'S AND**
     CORD BLOOD REGISTRY, INC., dba            )   **ARCHIBALD A. GRABINSKI'S**
     CBR, a California corporation; and SUTTER )   **MOTIONS TO DISMISS**
16   HEALTH, INC., a California corporation,   )
                                               )
17                    Defendants.              )   **Date:      January 7, 2005**
                                               )   **Time:      9:00 a.m.**
18                                             )   **Room:      Courtroom 2**
                                               )   **Judge:     Hon. Jeffrey S. White**
19                                             )
                                               )
20   _____      )
                                               )
21   CBR SYSTEMS, INC., dba CBR, a             )
     California corporation; and SUTTER        )
22   HEALTH, INC., a California corporation,   )
                                               )
23                    Counterclaimants,        )
                                               )
24            vs.                              )
                                               )
25   PHARMASTEM THERAPEUTICS, INC.,            )
     a Delaware corporation; STEMBANC, INC.,  )
26   a Ohio corporation; NICHOLAS DIDIER;     )
     and ARCHIBALD A. GRABINSKI,              )
27                                             )
                      Counterdefendants.       )
28   _____      )

I, Peter H. Nohle, hereby declare as follows:

1.   I am an attorney with the law firm of Pillsbury Winthrop LLP, counsel for Defendants and Counterclaimants CBR Systems, Inc. ("CBR") and Sutter Health, Inc. in the present Action.  I am an attorney duly licensed to practice before the courts of the State of California.  I have personal knowledge of the facts set forth in this Declaration, and if called upon to do so, could testify competently to them.

2.   Attached as Exhibit 1 is a true and correct copy of a printout of the Docket Report for the above-entitled action, *PharmaStem Therapeutics, Inc. v. Cord Blood Registry, Inc., et al.*, Case No. C-04-3072 (JSW), that I downloaded from the website "https://ecf.cand.uscourts.gov" on November 23, 2004.

3.   As provided in Exhibit 1, on August 23, 2004, CBR filed various counterclaims against Stembanc, Inc. ("Stembanc") and Archibald A. Grabinski ("Grabinski") in the above-entitled action (*see* Docket No. 9).

4.   As provided in Exhibit 1, on September 27, 2004, Stembanc and Grabinski filed their respective motions to dismiss CBR's counterclaims against them, noticing the hearing for such motions for January 14, 2005, with CBR's opposition briefs due on December 22, 2004 (*see* Docket Nos. 28 and 32).

5.   As provided in Exhibit 1, on November 3, 2004, the above-entitled Court entered an Order (the "November 3, 2004 Order") providing that: (a) CBR's opposition briefs to Stembanc's and Grabinski's respective motions to dismiss shall be filed on Friday, November 19, 2004; (b) Stembanc's and Grabinski's respective reply briefs shall be filed on Friday, December 10, 2004; and (c) the hearing on Grabinski's and Stembanc's respective motions to dismiss shall occur on January 7, 2005 (*See* Docket No. 57).

6.   On Friday, November 19, 2004, CBR filed its opposition brief to Grabinski's motion to dismiss (*see* Docket No. 68).

7.   On Friday, November 19, 2004, due to a clerical error, I caused a duplicate of CBR's opposition brief to Plaintiff and Counterdefendant PharmaStem Therapeutics, Inc.'s  motion to

1    dismiss to be filed in the place of CBR's opposition brief to Stembanc's motion to dismiss (*see*

2    Docket Nos. 65 and 67).

3          8.  On Monday, November 22, 2004, I received a facsimile from Samuel B. Shepherd of

4    Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel of record for Stembanc and Grabinski,

5    apprising me of the above error, and requesting that CBR stipulate to extend Stembanc's and

6    Grabinski's time for filing their respective Reply Briefs until December 15, 2004.  A true and

7    correct copy of Mr. Shepherd's facsimile dated November 22, 2004 is attached hereto as Exhibit 2.

8          9.  On Monday, November 22, 2004, I corrected to above-described error, and caused

9    CBR's opposition brief to Stembanc's motion to dismiss to be properly filed with this Court (*see*

10   Docket No. 71; *see also,* Docket No. 65).

11         I declare under penalty of perjury under the laws of the State of California and the United

12   States of America that the foregoing is true and correct.

13         Executed this 29th day of November 2004, at Palo Alto, California.

14

15                                     /s/

16                               Peter H. Nohle

17

18

19

20

21

22

23

24

25

26

27

28

NOHLE DECLARATION IN SUPP. OF STIP.
EXTENDING TIME FOR STEMBANC AND
GRABINSKI TO FILE REPLY BRIEFS
CASE NO. C 04 3072 JSW