Quinn Emanuel [letterhead]

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | PALM SPRINGS | SAN DIEGO

November 22, 2004

*VIA FACSIMILE AND U.S. MAIL*

William F. Abrams, Esq.
Thomas P. Chaffin, Esq.
Chang H. Kim, Esq.
Peter H. Nohle, Esq.
Pillsbury Winthrop, LLP
2475 Hanover Street
Palo Alto, CA 94304-1114

Re: <u>Pharmastem Therapeutics, Inc. v. Cord Blood Registry, Inc. et al.</u>, No. 04-3072

Dear Sirs:

I write in regard to Cord Blood Registry, Inc.'s ("CBR") failure to submit its opposition to Stembanc, Inc.'s ("Stembanc") Motion to Dismiss, which is also incorporated by reference in CBR's Opposition to Grabinski's Motion to Dismiss, in accordance with Judge White's Order dated November 3, 2004 ("November 3 Order"). Please note that the court need not consider oppositions that are untimely filed. See e.g. <u>Koel v. Ashcroft</u>, 2004 WL 2223069 (N.D. Cal.).

Moreover, any attempt now by CBR to serve a belated opposition would prejudice Stembanc and Grabinski as it would reduce their time to prepare replies. Indeed, this appears to be more evidence of CBR's desire to abuse the legal process at the expense of third-parties, especially considering that CBR has had Stembanc's Motion to Dismiss since September 27, 2004. In any event, please immediately serve us with a copy of CBR's Opposition to Stembanc's Motion to Dismiss and prepare a stipulation and proposed order explaining CBR's failure to serve in accordance with the November 3 Order and extending Stembanc's and Grabinski's time to serve and file their replies until December 15, 2004 ("Stipulation").

Neither this letter nor the Stipulation shall constitute a waiver of Stembanc's or Grabinski's right to object to any argument CBR may now attempt to raise on the grounds that it was not timely served.

Very truly yours,

*[signature]*

Samuel B. Shepherd

cc: Paul Andre, Esq.
Archibald Grabinski

GL580/25593.2

quinn emanuel urquhart oliver & hedges, llp

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-624-7707 FAX 213-624-0643
865 Third Avenue, 11th Floor, New York, New York 10022 | TEL 212-702-8100 FAX 212-702-8200
201 Sansome Street, 6th Floor, San Francisco, California 94104 | TEL 415-986-5700 FAX 415-986-5701
555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-620-4500 FAX 650-620-4555
45-025 Manitou Drive, Suite 8, Indian Wells, California 92210 | TEL 760-345-2757 FAX 760-345-2616

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

| SAN DIEGO | LOS ANGELES | SAN FRANCISCO |
|---|---|---|
| 4445 Eastgate Mall, Suite 200 | 865 So. Figueroa Street, 10th Floor | 50 California Street, 22nd Floor |
| San Diego, CA 92121 | Los Angeles, CA 90017 | San Francisco, CA 94111 |
| (858) 812-3107 | (213) 443-3000 | (415) 875-6600 |
| Facsimile: (858) 812-3338 | Facsimile: (213) 443-3100 | Facsimile: (415) 875-6700 |
| PALM SPRINGS | NEW YORK | SILICON VALLEY |
| 45-025 Manitou Drive, Suite 8 | 335 Madison Avenue, 17th Floor | 555 Twin Dolphin Drive, Suite 560 |
| Indian Wells, CA 92210 | New York, NY 10017-4611 | Redwood Shores, CA 94065 |
| (760) 345-4757 | (212) 702-8100 | (650) 801-5000 |
| Facsimile: (760) 345-2414 | Facsimile: (212) 702-8200 | Facsimile: (650) 801-5100 |

## SILICON VALLEY OFFICE

## FACSIMILE TRANSMISSION

**DATE:** November 22, 2004

**NUMBER OF PAGES, INCLUDING COVER:** 2

**TO/COMPANY:**

| NAME | PHONE NO. | FAX NO. |
|---|---|---|
| William F. Abrams, Esq. | 650-233-4500 | 650-233-4545 |
| Thomas F. Chaffin, Esq. | | |
| Chang H. Kim, Esq. | | |
| Peter H. Noble, Esq. | | |
| Pillsbury Winthrop, LLP | | |

**FROM:** Samuel B. Shepherd, Esq.

**RE:** Pharmastem v. CBR v. Stembanc

**MESSAGE:**

Please see attached.

| CLIENT #: 50853 | ROUTE/ RETURN TO: M. P. Reilly | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|
| OPERATOR: | CONFIRMED? ☐ No ☐ Yes | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (650) 801-5560 AS SOON AS POSSIBLE.