1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   Chang H. Kim (State Bar No. 195554)
3  Peter H. Nohle (State Bar No. 209446)
   2475 Hanover Street
4  Palo Alto, CA 94304-1115
   Telephone: (650) 233-4500
5  Facsimile:  (650) 233-4545

6  Attorneys for Defendants and Counterclaimants
   CBR SYSTEMS, INC. and SUTTER HEALTH
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  _____
                                     )
12  PHARMASTEM THERAPEUTICS, INC., a ) **No. C 04 3072 JSW**
    Delaware corporation,            )
13                                   ) [PROPOSED] ORDER GRANTING LEAVE
              Plaintiff,             ) OF COURT AND MODIFYING BRIEFING
14                                   ) SCHEDULE FOR STEMBANC, INC.'S AND
         vs.                         ) ARCHIBALD A. GRABINSKI'S MOTIONS
15                                   ) TO DISMISS
    CORD BLOOD REGISTRY, INC., dba   )
    CBR, a California corporation, and SUTTER )
16  HEALTH, INC., a California corporation, ) Date: January 7, 2005
                                     ) Time:  9:00 a.m.
17            Defendants.            ) Location:  Courtroom 2
                                     ) Judge:  Hon. Jeffrey S. White
18                                   )
                                     )
19  _____ )
                                     )
20  CBR SYSTEMS, INC., dba CBR, a    )
    California corporation; and SUTTER )
21  HEALTH, a Not-For-Profit Public Benefit )
    corporation,                     )
22                                   )
              Counterclaimants,      )
23                                   )
         vs.                         )
24                                   )
    PHARMASTEM THERAPEUTICS, INC.,   )
25  a Delaware corporation; STEMBANC, INC., )
    an Ohio corporation; NICHOLAS DIDIER; )
26  and ARCHIBALD A. GRABINSKI,      )
                                     )
27            Counterdefendants.     )
                                     )
28  _____ )

[PROPOSED] ORDER EXTENDING TIME FOR STEMBANC AND
GRABINSKI TO FILE REPLY BRIEFS
CASE NO. C 04 3072 JSW

**PURSUANT TO CBR SYSTEMS, INC.'S, STEMBANC, INC.'S, AND ARCHIBALD A. GRABINSKI'S JOINT REQUEST FOR LEAVE OF COURT AND STIPULATION TO MODIFY BRIEFING SCHEDULE FOR STEMBANC, INC.'S AND ARCHIBALD A. GRABINSKI'S MOTIONS TO DISMISS, IT IS HEREBY ORDERED THAT:**

1) Leave of court is granted to modify the briefing schedule for Stembanc, Inc.'s and Archibald A. Grabinski's motions to dismiss;

2) Stembanc, Inc.'s time for filing its reply brief in support of its Motion to Dismiss CBR System, Inc.'s First through Sixth Counterclaims shall be extended to December 15, 2004; and

3) Archibald A. Grabinski's time for filing his reply brief in support of his Motion to Dismiss CBR System, Inc.'s First through Sixth Counterclaims shall be extended to December 15, 2004.

**IT IS SO ORDERED.**

Dated: November 29, 2004

/s/ Jeffrey S. White

**JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE**

- 1 -   [PROPOSED] ORDER EXTENDING TIME FOR STEMBANC AND GRABINSKI TO FILE REPLY BRIEFS
CASE NO. C 04 3072 JSW