1  PAUL J. ANDRE, Bar No. 196585
   LISA KOBIALKA, Bar No. 191404
2  PERKINS COIE LLP
   101 Jefferson Drive
3  Menlo Park, CA  94025-1114
   Ph: (650) 838-4300
4  Fx: (650) 838-4350

5  Attorneys for PharmaStem Therapeutics, Inc.

6

7
                   UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                   SAN FRANCISCO DIVISION
10

| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation.<br><br>Defendant. | CASE NO. 04-3072 JSW<br><br>DECLARATION OF LISA KOBIALKA IN SUPPORT OF PHARMASTEM THERAPEUTICS, INC.'S OPPOSITION TO CBR'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDING IN A SINGLE FORUM |
|---|---|
| CBR SYSTEMS, INC., dba CBR a California corporation<br>            Counterclaimant<br>     v.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI<br><br>            Counterdefendants. |  |

DECLARATION OF LISA KOBIALKA IN SUPPORT OF
PHARMASTEM THERAPEUTICS, INC.'S OPPOSITION TO CBR'S
MOTION TO STAY PROCEEDINGS
CASE NO. 04-3072 JSW

1   I, Lisa Kobialka, hereby declare as follows:

2   1.  I am an attorney with the law firm of Perkins Coie LLP, counsel for Plaintiff and Counterdefendant PharmaStem Therapeutics, Inc. and Counterdefendant Nicholas Didier (collectively, "PharmaStem") in the above-captioned action. I am a member of the Bar of the State of California and this Court. I have personal knowledge of the facts set forth in this Declaration, and if called upon to do so, could testify competently thereto.

3   2.  Attached hereto as Exhibit 1 is a true and correct copy of PharmaStem's response to motion to transfer for consolidation and coordination of pretrial proceedings in a single forum.

4   3.  Attached hereto as Exhibit 2 is a true and correct copy of a transcript of hearing held November 15, 2004 in Civil Action Nos. 02-148-GMS and 04-1335-GMS (D. Del.).

DATED: December 3, 2004       By __/s/_____
                                 Lisa Kobialka

---

DECLARATION OF LISA KOBIALKA IN SUPPORT OF
PHARMASTEM THERAPEUTICS, INC.'S OPPOSITION TO CBR'S
MOTION TO STAY PROCEEDINGS
CASE NO. 04-3072 JSW

[40923-0005/BY043370.041]