1  PAUL J. ANDRE, Bar No. 196585
   LISA KOBIALKA, Bar No. 191404
2  PERKINS COIE LLP
   101 Jefferson Drive
3  Menlo Park, CA 94025-1114
   Ph: (650) 838-4300
4  Fx: (650) 838-4350

5  Attorneys for PharmaStem Therapeutics, Inc.

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN FRANCISCO DIVISION
10

| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | CASE NO. 04-3072 JSW |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF CASE IN SUPPORT OF PHARMASTEM THERAPEUTICS, INC.'S OPPOSITION TO CBR'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDING IN A SINGLE FORUM |
| v. | |
| CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation. | |
| Defendant. | |
| CBR SYSTEMS, INC., dba CBR a California corporation | |
| Counterclaimant | |
| v. | |
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI | |
| Counterdefendants. | |

NOTICE OF LODGING OF CASE IN SUPPORT OF PHARMASTEM
THERAPEUTICS, INC.'S OPPOSITION TO CBR'S MOTION TO STAY
PROCEEDINGS
CASE NO. 04-3072 JSW

1. PharmaStem Therapeutics, Inc. hereby lodges with the Court the following attached decision currently available on Westlaw that is cited in its Opposition to CBR's motion to stay proceedings pending resolution of the multidistrict litigation motion to transfer for consolidation and coordination of pretrial proceeding in a single forum.

    1. A true and correct copy of *Turrett v. JetBlue Airways,* 2003 WL 23171693, *1, *2 (C.D. Cal. 2003) is attached hereto as Exhibit A.

DATED: December 3, 2004    **PERKINS COIE LLP**

By   /s/
Paul J. Andre
Lisa Kobialka
Attorneys for PharmaStem Therapeutics, Inc.

NOTICE OF LODGING OF CASE IN SUPPORT OF PHARMASTEM
THERAPEUTICS, INC.'S OPPOSITION TO CBR'S MOTION TO STAY
PROCEEDINGS
CASE NO. 04-3072 JSW

[40923-0005/BY043360.158]