QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Samuel B. Shepherd (Bar No. 163564)
Matthew W. Meskell (Bar No. 208263)
Philip J. Wang (Bar No. 218349)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000 (Telephone)
(650) 801-5100 (Facsimile)

Attorneys for Counterclaim Defendants,
STEMBANC, INC. and ARCHIBALD A. GRABINSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation,<br><br>Defendants.<br><br>CBR SYSTEMS, INC., dba CBR, a California corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI,<br><br>Counterdefendants. | Case No. C 04-3072 (JSW)<br><br>**DECLARATION OF PHILIP J. WANG IN SUPPORT OF STEMBANC, INC.'S AND ARCHIBALD A. GRABINSKI'S OPPOSITION TO CBR'S MOTION TO STAY PROCEEDINGS**<br><br>**DATE:** January 7, 2005<br>**TIME:** 9:00 a.m.<br>**ROOM:** Courtroom 2<br>**JUDGE:** Hon. Jeffrey S. White |

50494/25738.1

WANG DECLARATION
Case No. C 04-3072 JSW

1   I, Philip J. Wang, declare as follows:

2   1.   I am an attorney admitted to practice in the State of California and am an
associate with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for third-party counterclaim defendants Stembanc, Inc. ("Stembanc") and Archibald A. Grabinski ("Grabinski").   The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could testify competently to those matters.

2.   On December 3, 2004, I logged onto the Massachusetts district court's pacer website (https://ecf.mad.uscourts.gov) to review the electronic docket sheet for PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al., Civ. Case No. 04-11673 RWZ (D. Mass.).  No Answer appeared on the electronic docket sheet.  A true and correct copy of the electronic docket sheet I printed is attached hereto as Exhibit A.

3.   On December 3, 2004, I logged onto the Middle District of Florida district court's pacer website (https://ecf.flmd.uscourts.gov) to retrieve the Clerk's Minutes from the November 9, 2004 Status Conference for PharmaStem Therapeutics, Inc. v. Cryo-Cell International, Inc., et al., Civ. Case No. 04-01740 JSM TGW (M.D. Fla.).  A true and correct copy of the Clerk's Minutes that I printed is attached hereto as Exhibit B.

4.   Attached hereto as Exhibit C is a true and correct copy of Answer of Defendants CorCell Inc. and Carlo M. Croce, M.D. to Plaintiff's Complaint and Counterclaim of CorCell, Inc. filed on September 20, 2004 in PharmaStem Therapeutics, Inc. v. CorCell, Inc., et al., Civil Action No. 04-03561 RK (E.D. Pa.).

5.   Attached hereto as Exhibit D is a true and correct copy of a letter sent by counsel for Stembanc and Grabinski to counsel for CBR Systems, Inc. ("CBR"), dated October 28, 2004.

4.   Attached hereto as Exhibit E is a true and correct copy of a letter sent by counsel for Stembanc and Grabinski to counsel for CBR, dated November 18, 2004.

5.   Attached hereto as Exhibit F is a true and correct copy of a letter sent by counsel for Stembanc and Grabinski to counsel for CBR, dated November 24, 2004.

6. Attached hereto as Exhibit G is a true and correct copy of Opposition of Stembanc, Inc. and Archibald A. Grabinski to Motion to Transfer for Consolidation and Coordination filed with the Judicial Panel of Multi-district Litigation on November 22, 2004.

7. Attached hereto as Exhibit H is a true and correct copy of Movants' Reply in Support of Motion to Transfer filed with the Judicial Panel of Multi-district Litigation on November 30, 2004.

8. Attached hereto as Exhibit I is a true and correct copy of the Amended Complaint filed in <u>ViaCell, Inc., et al. v. PharmaStem Therapeutics, Inc</u>., Civil Action No. 04-1335-GMS (D. Del.), filed October 5, 2004.

Executed on this 3rd day of December, 2004, at Redwood Shores, California.

/s/
Philip J. Wang