# EXHIBIT D

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

Writer's Direct Dial No.
650.801.5027
Writer's Internet Address
samshepherd@quinnemanuel.com

October 28, 2004

*VIA FACSIMILE AND U.S. MAIL*

William F. Abrams, Esq.
Chang H. Kim, Esq.
Pillsbury Winthrop, LLP
2475 Hanover Street
Palo Alto, CA 94304-1114

Re: **Pharmastem Therapeutics, Inc. v. Cord Blood Registry, Inc. et al.**, No. 04-3072

Dear Messrs. Abrams and Kim:

I write to follow up on the discussion that my colleague, Mr. Meskell, had on October 26, 2004 with Mr. Kim regarding my request that CBR Systems, Inc. ("CBR") voluntarily dismiss its counterclaims against Mr. Grabinski and Stembanc, Inc. ("Stembanc"). Mr. Kim acknowledged that CBR "owed a response" to Mr. Grabinski and Stembanc, stated that CBR had not decided against dismissal, and indicated that a definitive answer would be forthcoming shortly. In response to Mr. Meskell's suggestion that the parties agree to a definite date to meet regarding dismissal, however, Mr. Kim was again unwilling to commit to a specific time.

Although I can appreciate CBR's desire to investigate its position thoroughly, it has been approximately six weeks since Mr. Grabinski and Stembanc first requested a discussion regarding dismissal and still there has been no substantive response from CBR. Moreover, CBR has been in possession of the motions to dismiss filed by Stembanc and Mr. Grabinski since September 27, 2004 and has had ample time to investigate the objections raised therein.

I have made every attempt to resolve this dispute without unnecessary motion practice or expense. Nonetheless, CBR's refusal even to discuss amicable resolution of its dispute with Mr. Grabinski and Stembanc has forced them to incur significant outlays of time and money to defend charges that are plainly without merit. CBR has now announced its intention to bring a motion pursuant to the Multi-District Litigation procedures requesting the transfer of this action to Delaware ("MDL motion") and to bring concurrently a motion seeking a stay of this action ("Stay Motion") pending resolution of its transfer request. As you are quite obviously aware,

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-4747
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

until Mr. Grabinski and Stembanc are dismissed from this suit, they will be required to respond to the MDL Motion, the Stay Motion, and any related motions, thus forcing them to incur additional costs. I hope that CBR will seriously consider whether its conduct thus far in this action complies with the dictates of Federal Rule of Civil Procedure 11. In any event, I am still available to discuss how CBR, Stembanc, and Mr. Grabinski can resolve this dispute without further unnecessary litigation. Please contact me or Mr. Meskell with dates and times for a discussion of these issues.

I look forward to speaking with you soon.


Very truly yours,

Samuel B. Shepherd

SBS:mpr

cc:    Archibald Grabinski


GL580/24703.1