# EXHIBIT E

**quinn emanuel** trial lawyers | silicon valley
555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

November 18, 2004

*VIA FACSIMILE AND U.S. MAIL*

William F. Abrams, Esq.
Chang H. Kim, Esq.
Pillsbury Winthrop, LLP
2475 Hanover Street
Palo Alto, CA 94304-1114

    Re: **Pharmastem Therapeutics, Inc. v. Cord Blood Registry, Inc. et al.**, No. 04-3072

Dear Messrs. Abrams and Kim:

I write in regard to the order issued by Judge White on November 10, 2004, referring this action to "court-sponsored mediation." Order Selecting Mediation at 1. As my colleague Mr. Meskell stated during the parties' discussions regarding alternative dispute resolution, Stembanc, Inc. ("Stembanc") and Archibald Grabinski ("Grabinski") see no point in delaying the mediation process, especially in light of the continued refusal by CBR Systems, Inc. ("CBR") to discuss informally a resolution of its claims against them. Accordingly, I propose that mediation occur on a date between December 10 and December 20, 2004. Please respond by Tuesday, November 23, 2004, with dates during that time period that are acceptable.

Furthermore, CBR has still not explained what it is demanding of Stembanc and Grabinski. I remain hopeful that CBR will enter into a discussion aimed at resolving its dispute with Stembanc and Grabinski without forcing them to undergo additional unnecessary litigation. CBR's refusal to have such a discussion to date strongly suggests that CBR is more interested in abusing the legal process to harass Stembanc and Grabinski than it is in ending this dispute. Nonetheless, to facilitate resolution, I request that CBR state its settlement demands, in writing, by Tuesday, November 23, 2004.

Very truly yours,

*/s/ Sam Shepherd /pw*
Samuel B. Shepherd

SBS:mpr
cc: Archibald Grabinski
GL580/25452.1

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-4654
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-1107 FAX 858-812-1336