# EXHIBIT F

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

November 24, 2004

*VIA FACSIMILE AND U.S. MAIL*

William F. Abrams, Esq.
Chang H. Kim, Esq.
Pillsbury Winthrop, LLP
2475 Hanover Street
Palo Alto, CA 94304-1114

Re: **Pharmastem Therapeutics, Inc. v. Cord Blood Registry, Inc. et al.**, No. 04-3072

Dear Messrs. Abrams and Kim,

I write regarding my letter dated November 18, 2004 requesting mediation dates and Cord Blood Registry, Inc.'s ("CBR") settlement demands. In that letter, I requested that CBR respond to Stembanc, Inc.'s ("Stembanc") and Archibald A. Grabinski's ("Grabinski") proposed mediation dates pursuant to the Court's November 10, 2004 Order Selecting Mediation ("Mediation Order") and state its settlement demands in writing. The letter requested a response by November 23, 2004, but I have received no response from CBR to date. CBR's disregard for the Mediation Order and obstinate refusal to have settlement discussions demonstrates that CBR is more interested in abusing the legal process to harass Stembanc and Grabinski than it is in ending this dispute. We intend to raise this issue with the Court.

Accordingly, Stembanc and Grabinski demand an immediate response to our proposed mediation dates and CBR's settlement demands in writing.

Very truly yours,

Samuel B. Shepherd

SBS:mpr
cc: Archibald Grabinski

GL580/25668.1

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336