1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Samuel B. Shepherd (Bar No. 163564)
2  Matthew W. Meskell (Bar No. 208263)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, CA  94065
   (650) 801-5000 (Telephone)
4  (650) 801-5100 (Facsimile)

5  Attorneys for Counterclaim Defendants,
   STEMBANC, INC. and ARCHIBALD A. GRABINSKI
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO DIVISION

10

11
   PHARMASTEM THERAPEUTICS, INC., a    )  Case No. C 04-3072 (JSW)
12 Delaware corporation,               )
                                       )  **DECLARATION OF MATTHEW W.**
13             Plaintiff,              )  **MESKELL IN SUPPORT OF**
                                       )  **STEMBANC, INC.'S AND ARCHIBALD**
14        vs.                          )  **A. GRABINSKI'S MOTIONS TO**
                                       )  **DISMISS**
15 CORD BLOOD REGISTRY, INC., dba CBR, )
   a California corporation, and SUTTER)
16 HEALTH, INC., a California corporation, )
                                       )
17             Defendants.            )
   _____)  **DATE:**     January 7, 2005
18 CBR SYSTEMS, INC., dba CBR, a California )  **TIME:**     9:00 a.m.
   corporation,                        )  **ROOM:**     Courtroom 2
19                                     )  **JUDGE:**    Hon. Jeffrey S. White
              Counterclaimant,         )
20                                     )
        vs.                            )
21                                     )
   PHARMASTEM THERAPEUTICS, INC., a    )
22 Delaware corporation; STEMBANC, INC., a )
   Ohio corporation; NICHOLAS DIDIER; and )
23 ARCHIBALD A. GRABINSKI,             )
                                       )
24             Counterdefendants.      )
   _____)
25 _____

26

27

28

50494/26285.1

I, Matthew W. Meskell, declare as follows:

1.    I am an attorney admitted to practice in the State of California and am an associate with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for third-party counterclaim defendants Stembanc, Inc. ("Stembanc") and Archibald A. Grabinski ("Grabinski").   The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could testify competently to those matters.

2.    On December 15, 2004, I logged onto Cord Blood Registry, Inc.'s website (http://www.cordblood.com/index.asp).  A true and correct copy of web pages printed from the website are attached hereto as Exhibit A.


Executed on this 15th day of December, 2004, at Redwood Shores, California.


_____/s/_____

Matthew W. Meskell