# EXHIBIT A

Case 1:05-cv-00153-GMS    Document 115-24    Filed 03/31/2005    Page 1 of 4

Case 1:05-cv-00153-GMS    Document 115-24    Filed 03/31/2005    Page 2 of 4





**Call toll free**
**1-888-932-6568**
Mon-Fri 6am - 9pm PST

About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom

Home > About CBR > Our Laboratory > Laboratory Security                    Search | Site Map

- Overview of Our Laboratory
- Laboratory Personnel
- ▶ Laboratory Security
- Laboratory Accreditations
- Laboratory Photo Tour

**Laboratory Security**

Cord Blood Registry's state-of-the-art laboratory features backup generators, computer monitoring systems, and a paging and faxing system that maintains constant contact with our technicians while monitoring the laboratory and cryogenic vaults. Our storage facilities are under twenty-four-hour security and surveillance and the entire facility is alarmed and monitored.

Your baby's stem cells are stored in cryogenic vaults called dewars. The dewar vault (stem cell storage area) has additional security precautions. Entry to the vault requires two individuals with separate passcodes to access the storage area. The use of dewars, rather than more complex devices, releases our storage process from depending on electricity or moving mechanical parts that are susceptible to damage from the ultracold conditions of cord blood banking. Each dewar is monitored continuously for liquid nitrogen levels and dewar temperature. In addition to a surplus tank of liquid nitrogen on the premises, we also have immediate availability of spare dewars.

Lastly, our laboratory is located in Tucson, Arizona, a location that historically has not been subject to limiting weather conditions or major environmental disasters such as hurricanes, earthquakes, and tornadoes. In short, we have not only secured a safe location but also have rigorously designed our systems to ensure the security and safety of your baby's stem cells.

 e-mail page to a friend

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search
Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers
Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media

Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.

   

SECURE SITE
CLICK TO VERIFY


**THE NAME TO TRUST**℠

> Request Info Kit
> New

**Call toll free**
**1-888-932-6568**
Mon-Fri 6am - 9pm PST

| About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom |

Home > About CBR > Company Overview                                     Search : Site Map

"We are excited about the future. Cord Blood Registry maintains a leadership position in many of our markets. And our employees are the best to be found, anywhere in the world. We look forward to continuing to build on the successes of the past as we take advantage of the opportunities of the future."

Thomas E. Moore, CEO
Cord Blood Registry

## Company Overview

Cord Blood Registry is the world leader in cord blood stem cell banking. We set the gold standard for storing and processing cord blood stem cells.

More than 18,000 caregivers have collected cord blood for our clients at over 2,500 birthing centers throughout the United States and in more than 50 countries. Cord Blood Registry has provided extensive educational resources for obstetricians, midwives, and hospitals, and we are the largest contracted service provider to some of the nations leading HMOs and health insurance companies. We are headquartered in San Bruno, California. We own and operate our AABB-accredited laboratory and storage facility, located in Tucson, Arizona.

 American Association of Blood Banks

**Ask The CFO**
Have a question you would like to ask about our company? Click here.

---
**Our Track Record**
Cord Blood Registry is the Name to Trust(SM) based on our track record of unparalleled experience and proven success. We offer a premium service with superior processing, unique value-added features, and the highest level of client satisfaction.

Click here to down load CBR's Track Record and Transplant Summary

---

---
**Our Mission Statement**
Cord Blood Registry is the most experienced and trusted cord blood bank in the world. We believe in the value of cord blood stem cells and empower our customers by providing a once-in-a-lifetime opportunity to save them. We will continue to lead the industry through our superior quality, integrity, and dedication to our customers.

---

 e-mail page to a friend

---

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search
Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers
Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media

Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.

  

