1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Samuel B. Shepherd (Bar No. 163564)
2  Matthew W. Meskell (Bar No. 208263)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, CA 94065
   (650) 801-5000 (Telephone)
4  (650) 801-5100 (Facsimile)

5  Attorneys for Counterclaim Defendant,
   STEMBANC, INC.
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11

12  PHARMASTEM THERAPEUTICS, INC., a  )  Case No. C 04-3072 (JSW)
    Delaware corporation,             )
13                                    )  STEMBANC, INC.'S SUPPLEMENTAL
                  Plaintiff,          )  REQUEST FOR JUDICIAL NOTICE
                                      )
14      vs.                           )  DATE:   January 7, 2005
                                      )  TIME:   9:00 a.m.
15  CORD BLOOD REGISTRY, INC., dba CBR, )  ROOM:   Courtroom 2
    a California corporation, and SUTTER )  JUDGE:  Hon. Jeffrey S. White
16  HEALTH, INC., a California corporation, )
                                      )
17                Defendants.         )
    _____ )
18  CBR SYSTEMS, INC., dba CBR, a California )
    corporation,                      )
19                                    )
                  Counterclaimant,    )
20                                    )
        vs.                           )
21                                    )
    PHARMASTEM THERAPEUTICS, INC., a  )
22  Delaware corporation; STEMBANC, INC., a )
    Ohio corporation; NICHOLAS DIDIER; and )
23  ARCHIBALD A. GRABINSKI,           )
                                      )
24                Counterdefendants.  )
                                      )
25

26

27

28

50628/26284.1

STEMBANC, INC.'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE
Case No. C 04-3072 JSW

1       Third-party counterclaim defendant Stembanc, Inc., by and through its attorneys, hereby requests the Court take judicial notice pursuant to Federal Rule of Evidence 201[1] of the following facts:

      1.    Attached hereto as Exhibit A is a true and correct copy of the complaint in PharmaStem Therapeutics, Inc. v. CorCell, Inc., Molly McBride, M.D., and Carlo Croce, M.D., C.A. No. 04-CV-3561 RK (E.D. Pa.), filed on July 28, 2004 ("Pennsylvania Complaint").

      2.    Attached hereto as Exhibit B is a true and correct copy of the complaint in PharmaStem Therapeutics, Inc. v. ViaCell, Inc., Cryo-Cell International, Inc., CorCell, Inc. StemCyte, Inc., CBR Systems, Inc. f/k/a Cord Blood Registry, Inc., Birthcells Technology, Inc., NuStem Technologies, Inc., and Bio-Cell, Inc., C.A. No. 02-148 GMS (D.Del.), filed on February 22, 2002 ("Delaware Action Complaint").

      3.    Attached hereto as Exhibit C is a true and correct copy of the complaint in ViaCell, Inc., Cryo-Cell International, Inc., and CorCell, Inc. v. PharmaStem Therapeutics, Inc., C.A. No. 04-1335-GMS (D. Del.), filed on October 15, 2004 ("2004 Delaware Action Complaint").

      4.    Attached hereto as Exhibit D is a true and correct copy of the Notice of Dismissal of Counterclaims as to Stembanc, Inc., filed by CorCell, Inc. on December 14, 2004 and received by the court on December 15, 2004, in PharmaStem Therapeutics, Inc. v. CorCell, Inc., Molly McBride, M.D., and Carlo Croce, M.D., C.A. No. 04-CV-3561 RK (E.D. Pa.).

Dated: December 15, 2004      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By      /s/
    Samuel B. Shepherd (Bar No. 163564)
    Matthew W. Meskell (Bar No. 208263)
    555 Twin Dolphin Drive, Suite 560
    Redwood Shores, California 94065
    Attorneys for Stembanc, Inc.

---

[1] This Court may take judicial notice of filings and orders in other judicial proceedings. See In re Stac Electronics Securities Litigation, 89 F.3d 1399, 1405 (9th Cir. 1996) ("The district court properly took judicial notice of [a previous patent infringement] judgment in determining that the proprietary and patent information provided in the Prospectus was not misleading").