1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   Chang H. Kim (State Bar No. 195554)
3  Peter H. Nohle (State Bar No. 209446)
   2475 Hanover Street
4  Palo Alto, CA 94304-1115
   Telephone: (650) 233-4500
5  Facsimile:  (650) 233-4545

6  Attorneys for Defendants and Counterclaimants
   CBR SYSTEMS, INC. and SUTTER HEALTH

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  PHARMASTEM THERAPEUTICS, INC., a )   **No. C 04 3072 JSW**
    Delaware corporation,            )
13                                   )   DECLARATION OF CHANG H. KIM IN
           Plaintiff,                )   SUPPORT OF CBR'S REPLY TO
14                                   )   STEMBANC, INC'S AND ARCHIBALD A.
        vs.                          )   GRABINSKI'S OPPOSITION TO MOTION
15                                   )   TO STAY PROCEEDINGS PENDING
    CORD BLOOD REGISTRY, INC., dba   )   RESOLUTION OF THE MULTIDISTRICT
16  CBR, a California corporation, and SUTTER )  LITIGATION MOTION TO TRANSFER FOR
    HEALTH, INC., a California corporation, )   CONSOLIDATION AND COORDINATION
17                                   )   OF PRETRIAL PROCEEDINGS IN A SINGLE
           Defendants.               )   FORUM
18                                   )
                                     )   Date:  January 7, 2005
19                                   )   Time:  9:00 a.m.
                                     )   Location:  Courtroom 2
20                                   )   Judge:  Hon. Jeffrey S. White
                                     )
21  CBR SYSTEMS, INC., dba CBR, a    )
    California corporation, and SUTTER )
22  HEALTH, a Not For-Profit Public Benefit )
    corporation,                     )
23                                   )
           Counterclaimants,         )
24                                   )
        vs.                          )
25                                   )
    PHARMASTEM THERAPEUTICS, INC.,   )
26  a Delaware corporation, STEMBANC, INC., )
    a Ohio corporation, NICHOLAS DIDIER, )
27  and ARCHIBALD A. GRABINSKI,      )
                                     )
28         Counterdefendants.        )
                                     )

60386087v1

I, Chang H. Kim, hereby declare as follows:

1.    I am an attorney with the law firm of Pillsbury Winthrop LLP, counsel for Defendants and Counterclaimants CBR Systems, Inc. ("CBR") and Sutter Health in the present Action.  I am a member of the Bar of the state of California and of this Court.  I have personal knowledge of the facts set forth in this Declaration, and if called upon to do so, could testify competently to them.

2.    Attached hereto as Exhibit 1 is a true and correct copy of CBR's March 3, 2004, letter to Stembanc and Grabinski requesting that they cease engaging in false and misleading advertising campaign against CBR.

3.    Attached hereto as Exhibit 2 is a true and correct copy of CBR's May 28, 2004, letter to Stembanc and Grabinski requesting that they cease engaging in false and misleading advertising campaign against CBR.

4.    Attached hereto as Exhibit 3 is a true and correct copy of CBR's August 12, 2004, letter to Stembanc and Grabinski identifying their false and misleading statements about CBR.

5.    Attached hereto as Exhibits 4, 5, and 6 are true and correct copies of CBR's email and letters to Stembanc and Grabinski regarding CBR's diligent and good faith efforts to plan for mediation.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 17th day of December 2004, at Palo Alto, California.

 /s/ Chang H. Kim
Chang H. Kim

60386087v1                                      - 1 -                  DECLARATION OF CHANG KIM IN SUPPORT OF
                                                                      REPLY ISO MOTION TO STAY PENDING MDL MOTIONS
                                                                      CASE NO. C 04 3072 JSW