# EXHIBIT 1

TO DECLARATION OF CHANG H. KIM IN SUPPORT OF
CBR'S REPLY TO STEMBANC, INC'S AND ARCHIBALD A.
GRABINSKI'S OPPOSITION TO MOTION TO STAY
PROCEEDINGS PENDING RESOLUTION OF THE
MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR
CONSOLIDATION AND COORDINATION OF PRETRIAL
PROCEEDINGS IN A SINGLE FORUM



**PILLSBURY WINTHROP**LLP

2475 HANOVER STREET, PALO ALTO, CA 94304-1114 650.233.4500 F: 650.233.4545

March 3, 2004

Thomas F. Chaffin
Phone: 650.233.4554
tchaffin@pillsburywinthrop.com

<u>**VIA FACSIMILE AND
VIA FEDERAL EXPRESS**</u>

Mr. Archibald A. Grabinski
President and Chief Executive Officer
Stembanc, Inc.
11391 Sperry Road
Chesterland, OH 44026

    *Re:*    <u>*Stembanc, Inc.*</u>

Dear Mr. Grabinski:

This firm is counsel for Cbr Systems, Inc. ("CBR"), also known as Cord Blood Registry.

Stembanc, Inc. ("Stembanc") is engaged in an advertising campaign that contains false and misleading statements about CBR.

Stembanc maintains a website at http://www.stembanc.com/compare.html in which it purports to compare its services to CBR's as follows:

### Compare and Enroll with Stembanc

| | Licensed(1) | Guilty Of Patent Infringement | FDA Registered | Price (2) |
|---|---|---|---|---|
| Stembanc | YES | NEVER | YES | $1295 |
| Cord Blood Registry (CBR) | NO (1) | YES - NOW | YES | $1740 |
| Viacord | NO (1) | YES - NOW | YES | $1700 |

Footnotes: (1) Refer to Press Releases for More Information
(2) Pricing Including Shipping as of 12/03



March 3, 2004
Page 2

The statement that CBR is "guilty" of patent infringement creates a false implication to the public that CBR has engaged in criminal conduct and is no longer able to conduct business lawfully. Likewise, the statement that CBR is not licensed implies to the consuming public that CBR lacks the regulatory authority to conduct the business which CBR lawfully performs. These statements are false, misleading and deceptive, and must be immediately discontinued on the website, and on all other materials.

Additionally, CBR has learned of a full page advertisement in Pregnancy Magazine that contains similar false and misleading statements. CBR believes that those statements are designed to intentionally damage CBR's business and prospective economic advantage.

CBR demands that Stembanc immediately remove these statements from its website and from all advertising and marketing materials. CBR will hold Stembanc accountable for all resulting damages and will pursue its legal rights through all available means.

Please direct all communications to the undersigned.

Very truly yours,

PILLSBURY WINTHROP LLP

THOMAS F. CHAFFIN

60354383V1