# EXHIBIT 2

## TO DECLARATION OF CHANG H. KIM IN SUPPORT OF CBR'S REPLY TO STEMBANC, INC'S AND ARCHIBALD A. GRABINSKI'S OPPOSITION TO MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDINGS IN A SINGLE FORUM



# PILLSBURY WINTHROP LLP

2475 HANOVER STREET PALO ALTO, CA 94304-1114 650.233.4500 F: 650.233.4545

May 28, 2004

Thomas F. Chaffin
Phone: 650.233.4554
tchaffin@pillsburywinthrop.com

**VIA FACSIMILE AND VIA FEDERAL EXPRESS**

Mr. Archibald A. Grabinski
President and Chief Executive Officer
Stembanc, Inc.
11391 Sperry Road
Chesterland, OH 44026

Re:   **False Advertising by Stembanc, Inc.**

Dear Mr. Grabinski:

This firm is counsel for Cbr Systems, Inc. ("CBR"), also known as Cord Blood Registry.

This is the second time we have had to write to you regarding false and misleading advertising statements made by Stembanc in California.

The latest incidents involve Stembanc representatives contacting California-based Obstetricians and Gynecologists and telling them that the physicians would be liable for patent infringement if they recommended banking with CBR.

Additionally, we have been advised that Stembanc representatives have told prospective customers not to bank with CBR because CBR will be out of business soon due to the Pharmastem patent case.

Both statements are false and are apparently being made to mislead physicians and patients.



May 28, 2004
Page 2

You are on notice that if Stembanc does not immediately cease to engage in this false and misleading conduct, you will stand suit in California.

Sincerely,

PILLSBURY WINTHROP LLP

THOMAS F. CHAFFIN

TFC/tf
cc: Office of the Attorney General,
    State of California, Consumer Fraud Unit

cc: Cord Blood Registry

60364241V1

PILLSBURY WINTHROP LLP

May 28, 2004
Page 3

bcc:   Mr. Tom Moore

60364241V1