# EXHIBIT 3

TO DECLARATION OF CHANG H. KIM IN SUPPORT OF CBR'S REPLY TO STEMBANC, INC'S AND ARCHIBALD A. GRABINSKI'S OPPOSITION TO MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDINGS IN A SINGLE FORUM



**PILLSBURY WINTHROP**LLP

2475 HANOVER STREET  PALO ALTO, CA  94304-1114  650.233.4500  F: 650.233.4545

August 12, 2004

William F. Abrams
Phone: 650.233.4668
wabrams@pillsburywinthrop.com

<u>Via Facsimile & First Class Mail</u>

Archibald A. Grabinski
President and CEO
Stembanc, Inc.
11391 Sperry Road
Chesterland, Ohio 44026

Carol Beck, M.D.
Director of Physician Relations
Stembanc, Inc.
11391 Sperry Road
Chesterland, Ohio 44026

      Re:    False Advertising/Interference by Stembanc

Dear Mr. Grabinski and Dr. Beck:

This firm is counsel for Cbr Systems, Inc. ("CBR").

Stembanc issued a press release, posted on its website, dated August 2, 2004, that contains materially false statements and creates a false implication with the consuming public that CBR's customers are making demands for refunds and claiming that they were misled by CBR.

The release states that "[i]creasing numbers of expectant parents who have unwittingly enrolled for cord blood collection with patent infringers are demanding refunds from infringing companies," and then names CBR as one of the companies. The release then states that "[t]he parents claim that the infringing companies sold their services without revealing parents' risk," and that "following numerous inquiries by concerned physicians, a clarification was sent in June 2004 to U.S. obstetricians confirming the fact that obstetricians risk legal liability by collecting cord blood for infringing companies. Obstetricians are now refusing to collect the cord blood for the infringing companies, even in cases in which parents have already paid." Further statements attributed to Dr. Beck imply that Stembanc has worked with customers of CBR in this regard.

60372364v1



Archibald A. Grabinski
Carol Beck, M.D.
August 12, 2004
Page 2

These statements are utterly false and designed to damage CBR. As a licensee of PharmaStem, you undoubtedly know that the Court in Delaware issued an injunction against PharmaStem for making false statements in the letter referenced in your statement, and in particular for misstating to the public the liability of physicians involved in the collection process. A copy of the Court's Order is attached. The Court further prohibits PharmaStem from "making any further false or misleading communications to obstetricians." Stembanc, as PharmaStem's licensee, should heed this admonition.

Be advised that if you do not immediately remove these statements from your website, or provide the factual basis for your statements, CBR will take legal action against you to prevent the further interference with its customers and relationships, and recover all damages and attorneys fees to which it is entitled from your conduct.

Please respond by August 16, 2004 at 9:00 a.m. PDT.

Very truly yours,

William F. Abrams

Enclosure