# EXHIBIT 4

TO DECLARATION OF CHANG H. KIM IN SUPPORT OF
CBR'S REPLY TO STEMBANC, INC'S AND ARCHIBALD A.
GRABINSKI'S OPPOSITION TO MOTION TO STAY
PROCEEDINGS PENDING RESOLUTION OF THE
MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR
CONSOLIDATION AND COORDINATION OF PRETRIAL
PROCEEDINGS IN A SINGLE FORUM

4

**Kim, Chang H.**

From:         Abrams, William F.
Sent:         Sunday, October 31, 2004 10:55 AM
To:           'samshepherd@quinnemanuel.com'
Cc:           Chaffin, Thomas F.; Kim, Chang H.
Subject:      PharmaStem v. CBR

Dear Mr. Shepherd:

This responds to your fax to me dated October 28. I was out of town last week.

I did try to reach you in response to a call and letter you sent me in September. You and I exchanged several calls during that time. We did not connect, however.

I am happy to discuss with you any thoughts you have regarding resolution of the matters between our clients. I am traveling to the east coast later today for a hearing in DC on Tuesday and in the Delaware action between PharmaStem and CBR on Wednesday. If you would like to talk, please let me know convenient times and dates and I will try to do so. Otherwise, I will be back in the office on Thursday and will be available then.

Regards,

Bill

William F. Abrams | Pillsbury Winthrop LLP | 2475 Hanover Street | Palo Alto, California 94304-1114  | Voice: 650-233-4668 |
Fax: 650-233-4545 | Desktop Fax: (866) 741-0216 | wabrams@pillsburywinthrop.com | wabrams@stanford.edu
Stanford Campus Office: Inner Quad, Building 100, Room 102M