# EXHIBIT 5

TO DECLARATION OF CHANG H. KIM IN SUPPORT OF
CBR'S REPLY TO STEMBANC, INC'S AND ARCHIBALD A.
GRABINSKI'S OPPOSITION TO MOTION TO STAY
PROCEEDINGS PENDING RESOLUTION OF THE
MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR
CONSOLIDATION AND COORDINATION OF PRETRIAL
PROCEEDINGS IN A SINGLE FORUM

60386118v1



**PILLSBURY WINTHROP**ᴸᴸᴾ

2475 HANOVER STREET PALO ALTO, CA 94304-1114 650.233.4500 F: 650.233.4545

November 29, 2004

Chang H. Kim
Phone: 650.233.4776
ckim@pillsburywinthrop.com

### VIA FACSIMILE AND VIA U.S. MAIL

Samuel B. Shepherd, Esq.
Matthew Meskell, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065

   **Re: PharmaStem v. CBR et al.: Case No. 04-3072 JSW**

Dear Messrs. Shepherd and Meskell:

This letter responds to your letters dated November 18 and 24, 2004, regarding mediation.

First, on November 8, all parties met and conferred regarding ADR options. During that meeting, I stated that CBR and Sutter Health were interested in pursuing mediation before JAMS, and Mr. Meskell stated that Stembanc and Grabinski had not considered whether to conduct mediation before JAMS and would get back to us. The parties further acknowledged that there was ample time to select the appropriate mediator and date for the mediation and left those issues for discussions at a later time.

Then, without proposing a mediator, in a letter dated November 18, Mr. Shepherd demanded that CBR respond by November 23 (the Tuesday before Thanksgiving) with dates between December 10 and 20 that are acceptable for mediation. CBR, Stembanc, and Grabinski are not the only parties involved this litigation. Three other parties --Sutter Health, PharmaStem, and Didier-- are required to mediate this matter. CBR and Sutter Health desire to mediate this matter with all the parties during the same session, as there are many overlapping and common issues in this action. Moreover, we believe that PharmaStem and Stembanc should participate in the same mediation session because PharmaStem, among other things, has a substantial financial stake in Stembanc, and is the licensor of the patents under which Stembanc does business.

Next, you sent a letter with a fax transmission stamp of 2:46 p.m. on Wednesday, November 24, right before the Thanksgiving holiday, demanding an immediate response



**PILLSBURY WINTHROP**

Samuel B. Shepherd, Esq.
Matthew Meskell, Esq.
November 29, 2004
Page 2

and stating that "CBR's disregard for the Mediation Order and obstinate refusal to have settlement discussions demonstrates that CBR is more interested in abusing the legal process to harass Stembanc and Grabinski than it is in ending this dispute." You then threaten "to raise this issue with the Court" and "demand an immediate response . . . ."

We have no idea what transgression you would plan to raise with the Court. We are more than glad to have an orderly and full compliance, in good faith, with the Local Rules and our ADR obligations. We suggest that we keep our focus on compliance and getting a mediation organized, as outlined below, and set demands and threats aside.

On the issue of setting a date for mediation: the dates you proposed for mediation are unrealistic and impractical. First, the parties must agree on a mediator and contact the mediator for his/her availability. Second, the parties must prepare and submit mediation statements to the mediator and the opposing parties before such mediation pursuant to the ADR L.R. Next, the principles of each party must be present during the mediation. Your proposed dates are unworkable in view of the amount of preparation that is needed. Moreover, Bill Abrams is out of town the week of December 13 and unavailable.

Further, your demand that we provide you with dates and written settlement offer "immediate[ly]" are uncalled-for. We know of no authority in the rules, the November 10 Order, or the parties' stipulations requiring us to comply with this demand. Under ADR L.R., the ADR unit is to provide a notice of appointment of mediator to the parties. Thereafter, the mediator will consult with the parties regarding the scheduling of the mediation. Under ADR L.R. 6-4(b), the parties have until April 7, 2005 (i.e., 90 days following the Case Management Conference) to conduct mediation.

CBR and Sutter Health look forward to mediating this matter quickly. We have full confidence that the ADR unit will take the necessary steps to ensure that the parties mediate this matter as quickly as possible. In the meantime, as you stated on November 8, please let us know if your clients are interested in mediating this matter before JAMS. If so, we need to get the other parties to agree and then we can select a neutral mediator and proceed accordingly.

Sincerely,
PILLSBURY WINTHROP LLP

Chang H. Kim



**PILLSBURY WINTHROP**LLP

2475 HANOVER STREET  PALO ALTO, CA  94304-1114  650.233.4500  F: 650.233.4545

## FACSIMILE

**Total Pages** (including cover):    3

CENTURY CITY

HOUSTON

LONDON

LOS ANGELES

NEW YORK

NORTHERN VIRGINIA

ORANGE COUNTY

SACRAMENTO

SAN DIEGO

SAN DIEGO-NORTH COUNTY

SAN FRANCISCO

SILICON VALLEY

STAMFORD

SYDNEY

TOKYO

WASHINGTON DC

| | | | |
|---|---|---|---|
| **Date:** | November 29, 2004 | **Must Be Sent By:** | |
| **To:** | Samuel B. Shepherd, Esq.<br>Matthew Meskell, Esq. | **Fax No:** | (650) 801-5100 |
| **Company:** | Quinn Emanuel Urquhart<br>Oliver & Hedges LLP | **Phone No:** | (650) 801-5000 |
| **From:** | Chang H. Kim | **Phone No:** | 650.233.4776 |
| **User No:** | 13747 | **C/M No:** | 013054-0000019 |

**Comments:**

See attached.

Confidentiality Note:
The documents accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us. Thank you.

If you have not properly received this fax, please call (650) 233-4500.  Thank you.

Operator: _____ Time Sent: _____ Batch ID: _____

# Confirmation Report — Memory Send

Page         : 001
Date & Time: Nov-29-04  05:05pm
Line 1     : 6502334545
Line 2     : +6502334545
Machine ID : PILLSBURY WINTHROP LLP SV V#1WB

| | | |
|---|---|---|
| Job number | : | 972 |
| Date | : | Nov-29 05:04pm |
| To | : | ☎98015100 |
| Number of pages | : | 003 |
| Start time | : | Nov-29 05:04pm |
| End time | : | Nov-29 05:05pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number      : 972              ∗∗∗ SEND SUCCESSFUL ∗∗∗

## PILLSBURY WINTHROP LLP

2475 HANOVER STREET  PALO ALTO, CA 94304-1114  650.233.4500  F: 650.233.4545

**FACSIMILE**

| | | | Total Pages (including cover): | 3 |
|---|---|---|---|---|
| CENTURY CITY | Date: | November 29, 2004 | Must Be Sent By: | |
| HOUSTON | | | | |
| LONDON | To: | Samuel B. Shepherd, Esq. | Fax No: | (650) 801-5100 |
| LOS ANGELES | | Matthew Meskell, Esq. | | |
| NEW YORK | Company: | Quinn Emanuel Urquhart | Phone No: | (650) 801-5000 |
| NORTHERN VIRGINIA | | Oliver & Hedges LLP | | |
| ORANGE COUNTY | From: | Chang H. Kim | Phone No: | 650.233.4776 |
| SACRAMENTO | | | | |
| SAN DIEGO | User No: | 13747 | C/M No: | 013054-0000019 |
| SAN DIEGO-NORTH COUNTY | Comments: | | | |
| SAN FRANCISCO | See attached. | | | |
| SILICON VALLEY | | | | |
| STAMFORD | | | | |
| SYDNEY | | | | |
| TOKYO | | | | |
| WASHINGTON DC | | | | |

Confidentiality Note:
The documents accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us. Thank you.

If you have not properly received this fax, please call (650) 233-4500.  Thank you.
Operator: _____  Time Sent: _____  Batch ID: _____