| | |
|---|---|
| 1 | PILLSBURY WINTHROP LLP |
| | William F. Abrams (State Bar No. 88805) |
| 2 | Thomas F. Chaffin (State Bar No. 112368) |
| | Chang H. Kim (State Bar No. 195554) |
| 3 | Peter H. Nohle (State Bar No. 209446) |
| | 2475 Hanover Street |
| 4 | Palo Alto, CA 94304-1115 |
| | Telephone: (650) 233-4500 |
| 5 | Facsimile:  (650) 233-4545 |
| 6 | Attorneys for Defendants and Counterclaimants |
| | CBR SYSTEMS, INC. and SUTTER HEALTH |
| 7 | |

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10    SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | | |
| 12 | PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | **No. C 04 3072 JSW** |
| 13 | Plaintiff, | DECLARATION OF CHANG H. KIM IN SUPPORT OF CBR'S REPLY TO |
| 14 | vs. | PHARMASTEM THERAPEUTICS, INC.'S AND NICOLAS DIDIER'S OPPOSITION TO MOTION TO STAY PROCEEDINGS |
| 15 | CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER | PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO |
| 16 | HEALTH, INC., a California corporation, | TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL |
| 17 | Defendants. | PROCEEDINGS IN A SINGLE FORUM |
| 18 | | Date: January 7, 2005 |
| 19 | | Time: 9:00 a.m. Location: Courtroom 2 |
| 20 | | Judge: Hon. Jeffrey S. White |
| 21 | CBR SYSTEMS, INC., dba CBR, a California corporation, and SUTTER | |
| 22 | HEALTH, a Not For-Profit Public Benefit corporation, | |
| 23 | Counterclaimants, | |
| 24 | vs. | |
| 25 | PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, STEMBANC, INC., | |
| 26 | a Ohio corporation, NICHOLAS DIDIER, and ARCHIBALD A. GRABINSKI, | |
| 27 | Counterdefendants. | |
| 28 | | |

I, Chang H. Kim, hereby declare as follows:

1. I am an attorney with the law firm of Pillsbury Winthrop LLP, counsel for Defendants and Counterclaimants CBR Systems, Inc. ("CBR") and Sutter Health in the present Action. I am a member of the Bar of the state of California and of this Court. I have personal knowledge of the facts set forth in this Declaration, and if called upon to do so, could testify competently to them.

2. Attached hereto as Exhibit A is a true and correct copy of the Movants' Reply in Support of Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum.

3. Attached hereto as Exhibit B is a true and correct copy of the Judicial Panel on Multidistrict Litigation Notice of Hearing Session noticing the MDL Motion for January 27, 2005.

4. Attached hereto as Exhibit C is a true and correct copy of the November 10, 2004 Stay Order issued by Honorable James S. Moody, Jr. in the United States District Court for the Middle District of Florida Civil Action No. 8:04-CV-1740-T-30TGW.

5. Attached hereto as Exhibit D is a true and correct copy of the Transcript of the November 9, 2004 conference before the Honorable James S. Moody, Jr. in the United States District Court for the Middle District of Florida Civil Action No. 8:04-CV-1740-T-30TGW.

6. Attached hereto as Exhibit E is a true and correct copy of Defendants Motion to Stay Proceedings and Memorandum of Law in Support of Motion to Stay Proceedings filed on December 10, 2004, the United States District Court for the Central District of California as Civil Action No. SA-CV-04-921 GLT-(ANx).

7. Attached hereto as Exhibit F is a true and correct copy of Defendants' CorCell, Inc., Molly McBride, M.D., and Carlo M. Croce, M.D., Motion to Stay Proceedings and Memorandum of Law in Support of Motion to Stay Proceedings filed on November 23, 2004, in the United States District Court for the Eastern District of

1  Pennsylvania Civil Action No. 2:04-CV-03561-RK.

2      8.    Attached hereto as Exhibit G is a true and correct copy of PharmaStem's
3  Memorandum of Law in Support of its Motion to Dismiss Corcell, Inc's Counterclaims
4  pending in the United States District Court for the Eastern District of Pennsylvania as Civil
5  Action No. 2:04-CV-03561-RK.

6      9.    Attached hereto as Exhibit H is a true and correct copy of Nicolas Didier's
7  Memorandum of Law in Support of its Motion to Dismiss Corcell, Inc's Counterclaims
8  pending in the United States District Court for the Eastern District of Pennsylvania as Civil
9  Action No. 2:04-CV-03561-RK.

10      10.    Attached hereto as Exhibit I is a true and correct copy of PharmaStem's
11  Motion to Dismiss and Memorandum of Law pending in the United States District Court
12  for the Middle District of Florida as Civil Action No. 8:04-CV-1740-T-30TGW.

13      11.    Attached hereto as Exhibit J is a true and correct copy of a Judgment issued
14  by the Honorable Gregory M. Sleet on December 14, 2004, against PharmaStem on the
15  claim of infringement of U.S. Patent No. B1 5,004,681, in the United States District Court
16  for the District of Delaware as Civil Action No. 02-148 GMS.

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

    Executed this 17th day of December 2004, at Palo Alto, California.

                            /s/ Chang H. Kim
                            Chang H. Kim