# EXHIBIT B

DECLARATION OF CHANG H. KIM IN SUPPORT OF CBR'S
REPLY TO PHARMASTEM THERAPEUTICS, INC.'S AND
NICOLAS DIDIER'S OPPOSITION TO MOTION TO STAY
PROCEEDINGS PENDING RESOLUTION OF THE
MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR
CONSOLIDATION AND COORDINATION OF PRETRIAL
PROCEEDINGS IN A SINGLE FORUM

60386119v1

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

December 14, 2004

### NOTICE OF HEARING SESSION

Dear Counsel:

Pursuant to the order of the Judicial Panel on Multidistrict Litigation filed today, you are hereby notified that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:          January 27, 2005

LOCATION OF HEARING SESSION:    United States Courthouse and Federal Building
                                                      2110 First Street
                                                      Fort Myers, Florida  33901

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

Please direct your attention to the enclosed Hearing Session Order and Schedule of Matters for Hearing Session for a listing of the matters scheduled for consideration at this hearing session.

- Section A of this Schedule lists the matters designated for oral argument.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument,** pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

For those matters listed on Section A of the Schedule, the enclosed blue "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **January 10, 2005.**  Note the procedures governing Panel oral argument which are outlined on the enclosed "Procedures for Oral Argument before the Judicial Panel on Multidistrict Litigation."  These procedures are strictly adhered to and your cooperation is appreciated.

Very truly,

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

c:  Clerk, U.S. District Court for the Middle District of Florida

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

Dec. 14, 2004

MICHAEL J. BECK
CLERK OF THE PANEL

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### HEARING SESSION ORDER

IT IS ORDERED that on January 27, 2005, a hearing session will be held in Fort Myers, Florida, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

SCHEDULE OF MATTERS FOR HEARING SESSION
January 27, 2005 -- Fort Myers, Florida

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT

MDL-1654 -- In re Compression Labs, Inc., Patent Litigation

Motion of Sun Microsystems, Inc.; Yahoo! Inc.; and Google, Inc., for centralization of certain of the following actions in the United States District Court for the Northern District of California, or in the alternative, the United States District Court for the District of Delaware:

### Northern District of California

*Sun Microsystems, Inc. v. Compression Labs, Inc.*, C.A. No. 3:04-3124
*Google, Inc. v. Compression Labs, Inc., et al.*, C.A. No. 4:04-3934

### District of Delaware

*Agfa Corp., et al. v. Compression Labs, Inc., et al.*, C.A. No. 1:04-818
*Yahoo! Inc. v. Compression Labs, Inc., et al.*, C.A. No. 1:04-918
*Audiovox Corp., et al. v. Compression Labs, Inc., et al.*, C.A. No. 1:04-1293

### Eastern District of Texas

*Compression Labs, Inc. v. Adobe Systems Inc., et al.*, C.A. No. 2:04-158
*Compression Labs, Inc. v. Dell, Inc., et al.*, C.A. No. 2:04-159
*Compression Labs, Inc. v. Acer America Corp., et al.*, C.A. No. 2:04-294

Schedule of Matters for Hearing Session, Section A                    p. 2
Fort Myers, Florida


## MDL-1655 -- In re USF Red Star Inc. Worker Notification Litigation

Motion of defendants USF Corporation and USF Red Star Inc. for centralization of the following actions in the United States District Court for the Northern District of New York:

### District of Connecticut

*Shaun B. Cashman, et al. v. USF Corp.*, C.A. No. 3:04-1437

### Eastern District of Pennsylvania

*Paul Anderson, et al. v. USF Corp., et al.*, C.A. No. 2:04-3827
*Edwin Taylor, et al. v. USF Corp.*, C.A. No. 2:04-3971


## MDL-1656 -- In re CP Ships Ltd. Securities Litigation

Motion of defendants CP Ships Limited, Raymond R. Miles, Frank J. Halliwell, Ian J. Webber, and John D. McNeil for centralization of the following actions in the United States District Court for the Middle District of Florida:

### Central District of California

*Raymond Tyler v. CP Ships Ltd., et al.*, C.A. No. 2:04-6729

### Middle District of Florida

*Geoffrey Gottfried v. CP Ships Ltd., et al.*, C.A. No. 8:04-1895
*Billy R. Hood v. CP Ships Ltd., et al.*, C.A. No. 8:04-1949
*James W. Nelson v. CP Ships Ltd., et al.*, C.A. No. 8:04-2140

### Southern District of New York

*Kirvin Hendrix v. CP Ships Ltd., et al.*, C.A. No. 1:04-6592

## MDL-1657 -- In re Vioxx Products Liability Litigation

Motion of plaintiff Salvadore Christina, Sr., for centralization of certain of the following
actions in the United States District Court for the Eastern District of Louisiana; and motion, as
amended, of defendant Merck & Co., Inc., for centralization of the following actions in the United
States District Court for the District of Maryland, or in the alternative, the United States District
Court for the Southern District of Indiana or the United States District Court for the Northern
District of Illinois:

### Middle District of Alabama

*Paul Turner, Sr. v. Merck & Co., Inc.*, C.A. No. 1:04-999
*Danny M. Wilson v. Merck & Co., Inc.*, C.A. No. 2:03-844

### Northern District of Alabama

*Carolyn O. Hensley, etc. v. Merck & Co., Inc.*, C.A. No. 1:03-906
*William Cook v. Merck & Co., Inc., et al.*, C.A. No. 2:02-2710
*Sharon Scott Jones v. Merck & Co., Inc.*, C.A. No. 5:04-3079

### Southern District of Alabama

*Carolyn Younge, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:03-125

### Eastern District of Arkansas

*Linda Sue Otts v. Merck & Co., Inc.*, C.A. No. 5:04-57

### Western District of Arkansas

*Bobby Brown, et al. v. Merck & Co., et al.*, C.A. No. 4:04-4140
*Arthur Fulton, etc. v. Merck & Co., Inc.*, C.A. No. 6:03-6107

### Central District of California

*Charles Ashman v. Merck & Co., Inc.*, C.A. No. 2:04-8225
*Gohar Pargar v. Merck & Co., Inc.*, C.A. No. 2:04-9206
*Esther Bloom-Thomen v. Merck & Co., Inc.*, C.A. No. 2:04-9245
*Janet Briggs v. Merck & Co., Inc.*, C.A. No. 2:04-9275

Schedule of Matters for Hearing Session, Section A                              p. 4
Fort Myers, Florida

MDL-1657 (Continued)

### Northern District of California

*Kathy Tokes v. Merck & Co., Inc.*, C.A. No. 3:04-4435
*Patricia A. Taylor v. Merck & Co., Inc.*, C.A. No. 3:04-4510
*Jeffrey Brass v. Merck & Co., Inc.*, C.A. No. 3:04-4521

### Southern District of California

*Robert V. Purcell v. Merck & Co., Inc.*, C.A. No. 3:04-2089

### Middle District of Florida

*Frances Dunleavey, et al. v. Merck & Co., Inc.*, C.A. No. 2:04-539

### Northern District of Florida

*Benjamin Burt, et al. v. Merck & Co., Inc.*, C.A. No. 3:04-388

### Southern District of Florida

*Ellen B. Gerber, et al. v. Merck & Co., Inc.*, C.A. No. 0:04-61429
*Josefa Abraham, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-22631
*Sidney Schneider v. Merck & Co., Inc., et al.*, C.A. No. 1:04-22632
*Clara Fontanilles v. Merck & Co., Inc.*, C.A. No. 1:04-22799
*Stanley Silber, et al. v. Merck & Co., Inc.*, C.A. No. 9:04-80983

### Northern District of Georgia

*Richard Zellmer v. Merck & Co., Inc., et al.*, C.A. No. 1:03-2530
*Edna Strickland v. Merck & Co., Inc.*, C.A. No. 1:04-3231

### Northern District of Illinois

*Linda Grant, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-6407
*Constance Oswald v. Merck & Co., Inc.*, C.A. No. 1:04-6741
*Anita Ivory v. Merck & Co., Inc.*, C.A. No. 1:04-6762

Schedule of Matters for Hearing Session, Section A                    p. 5
Fort Myers, Florida

MDL-1657 (Continued)

### Southern District of Illinois

*Roberta Walson, etc. v. Merck & Co., Inc.*, C.A. No. 3:04-27
*Diana Caruso v. Merck & Co., Inc.*, C.A. No. 3:04-759
*John Ellis v. Merck & Co., Inc., et al.*, C.A. No. 3:04-792
*Doris Rensing v. Merck & Co., Inc., et al.*, C.A. No. 3:04-804
*Bilbrey v. Merck & Co., Inc.*, C.A. No. 3:04-836

### Southern District of Indiana

*Carla A. McCullough v. Merck & Co., Inc.*, C.A. No. 1:03-1523
*Estate of Lowell D. Morrison v. Merck & Co., Inc.*, C.A. No. 1:03-1535
*Kimberly Van Jelgerhuis, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-1651

### District of Kansas

*Vicky Hunter v. Merck & Co., Inc.*, C.A. No. 2:04-2518
*Betty S. Smith v. Merck & Co., Inc.*, C.A. No. 6:04-1355

### Eastern District of Kentucky

*Daniel K. Williams v. Merck & Co., Inc.*, C.A. No. 2:04-235
*Richard J. Getty, et al. v. Merck & Co., Inc.*, C.A. No. 5:04-452

### Eastern District of Louisiana

*Salvadore Christina, Sr. v. Merck & Co., Inc.*, C.A. No. 2:04-2726
*Angelis Alexander v. Merck & Co., Inc.*, C.A. No. 2:04-2845
*Leonce Davis v. Merck & Co., Inc.*, C.A. No. 2:04-2937
*Mary V. Gagola v. Merck & Co., Inc.*, C.A. No. 2:04-3053
*Christine L. Parr v. Merck & Co., Inc.*, C.A. No. 2:04-3054
*Clifton Adam Savage, Sr. v. Merck & Co., Inc.*, C.A. No. 2:04-3055
*Delores Thomas Robertson v. Merck & Co., Inc.*, C.A. No. 2:04-3056
*Howard Mark Falick v. Merck & Co., Inc.*, C.A. No. 2:04-3060
*Warren L. Gottsegen, M.D. v. Merck & Co., Inc.*, C.A. No. 2:04-3065

Schedule of Matters for Hearing Session, Section A                    p. 6
Fort Myers, Florida

MDL-1657 (Continued)

### Middle District of Louisiana

*Michael Wayne Russell v. Merck & Co., Inc.*, C.A. No. 3:04-712
*Linda Kay Hudson v. Merck & Co., Inc.*, C.A. No. 3:04-776
*Jesse Wilkinson v. Merck & Co., Inc.*, C.A. No. 3:04-800
*Wilson Brown v. Merck & Co., Inc.*, C.A. No. 3:04-801
*Dorothy Bracken v. Merck & Co., Inc.*, C.A. No. 3:04-802
*James Edward Benoit v. Merck & Co., Inc.*, C.A. No. 3:04-803
*Clarence Chiszle v. Merck & Co., Inc.*, C.A. No. 3:04-804

### Western District of Louisiana

*Anthony J. Mallet, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:02-2304
*Calvin Warren, et al. v. Merck & Co., Inc.*, C.A. No. 3:04-2110
*Vicki White v. Merck & Co., Inc.*, C.A. No. 3:04-2126
*Norma Merrit, et al. v. Merck & Co., Inc.*, C.A. No. 5:03-1401
*Herchial Wright, et al. v. Merck & Co., Inc.*, C.A. No. 5:04-2268
*Leroy Bates, et al. v. Merck & Co., Inc.*, C.A. No. 5:04-2269
*Vaughn McKnight v. Merck & Co., Inc.*, C.A. No. 5:04-2270
*Josephine Harper v. Merck & Co., Inc.*, C.A. No. 5:04-2271
*Lendell Burns, et al. v. Merck & Co., Inc.*, C.A. No. 5:04-2272
*Leona Sadler v. Merck & Co., Inc.*, C.A. No. 5:04-2273
*William Tice, et al. v. Merck & Co., Inc.*, C.A. No. 5:04-2274
*Maynard Butler, et al. v. Merck & Co., Inc.*, C.A. No. 5:04-2275
*Marion Evans, et al. v. Merck & Co., Inc.*, C.A. No. 5:04-2276
*Donna Lavergne v. Merck & Co., Inc.*, C.A. No. 6:04-2174

### District of Maryland

*Lindsey Edler, etc. v. Merck & Co., Inc.*, C.A. No. 1:03-3612
*Melvin Biles v. Merck & Co., Inc.*, C.A. No. 1:04-975
*David Morris, Jr. v. Merck & Co., Inc.*, C.A. No. 8:04-3024
*Daniel Martin Jeffers, et al. v. Merck & Co., Inc.*, C.A. No. 8:04-3604

Schedule of Matters for Hearing Session, Section A                              p. 7
Fort Myers, Florida


MDL-1657 (Continued)


### District of Massachusetts

*Frank R. Saia v. Merck & Co., Inc.*, C.A. No. 1:04-12166

### District of Minnesota

*Carolyn Y. Glover v. Merck & Co., Inc.*, C.A. No. 0:03-5166
*Lowell Burris, Jr. v. Merck & Co., Inc.*, C.A. No. 0:04-4375
*Shirley Homister v. Merck & Co., Inc.*, C.A. No. 0:04-4754

### Northern District of Mississippi

*Frances Shannon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:03-105

### Southern District of Mississippi

*Leona McFarland, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:03-247
*Bettye J. Magee, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:03-249
*Jerry Melton v. Merck & Co., Inc., et al.*, C.A. No. 2:04-372
*Janet Sue Morgan, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:03-435
*Brenda Price, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:04-866

### Eastern District of Missouri

*Deyonne E. Whitmore v. Merck & Co., Inc.*, C.A. No. 4:03-1354
*Janice Perkins v. Merck & Co., Inc.*, C.A. No. 4:04-1446
*Jurhee Bench v. Merck & Co., Inc.*, C.A. No. 4:04-1447

### Western District of Missouri

*Caroline Nevels v. Merck & Co., Inc., et al.*, C.A. No. 4:04-952
*Carol Green Richardson v. Merck & Co., Inc.*, C.A. No. 4:04-953
*Russell Young, etc. v. Merck & Co.*, C.A. No. 6:04-5117

Schedule of Matters for Hearing Session, Section A                    p. 8
Fort Myers, Florida

MDL-1657 (Continued)

### District of New Jersey

*Patrick Besaw v. Merck & Co., Inc.*, C.A. No. 3:04-5178
*Brenda Aguero, et al. v. Merck & Co., Inc.*, C.A. No. 3:04-5341

### Eastern District of New York

*Dominick Cain, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:01-3441
*William Hanson v. Merck & Co., Inc.*, C.A. No. 1:04-2949
*Jerome Covington v. Merck & Co., Inc.*, C.A. No. 1:04-4439
*Alan Mell v. Merck & Co., Inc.*, C.A. No. 1:04-4606
*Lorraine Fialo v. Merck & Co., Inc.*, C.A. No. 1:04-4686
*Lawrence Wright, et al. v. Merck & Co., Inc.*, C.A. No. 2:04-4485
*William Fontanetta, et al. v. Merck & Co., Inc.*, C.A. No. 2:04-4486

### Southern District of New York

*Laney C. Davis v. Merck & Co., Inc.*, C.A. No. 1:04-8082
*Elizabeth Aiken v. Merck & Co., Inc.*, C.A. No. 1:04-8085
*Walter McNaughton v. Merck & Co. Inc.*, C.A. No. 1:04-8297
*Carmen M. Pagan, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-8959
*Ellis Broadway, Jr. v. Westchester County Jail, et al.*, C.A. No. 7:02-2970
*Anna Quick v. Merck & Co., Inc.*, C.A. No. 7:04-8169

### Northern District of Ohio

*Marjory Knoll v. Merck & Co., Inc.*, C.A. No. 1:04-2209
*Danford K. Jones, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-2217
*Meadows, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-2229
*Wanda Moldovan, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-2245
*Janet Dauterman, et al. v. Merck & Co., Inc.*, C.A. No. 3:03-7623

### Western District of Oklahoma

*Paul E. House v. Merck & Co., Inc.*, C.A. No. 5:04-1235

Schedule of Matters for Hearing Session, Section A                    p. 9
Fort Myers, Florida

MDL-1657 (Continued)

### Eastern District of Pennsylvania

*Henry Smith, et al. v. Merck & Co., Inc.*, C.A. No. 2:04-4713
*Michelle Donovan v. Merck & Co., Inc.*, C.A. No. 2:04-4882
*Gwendolyn L. Carr v. Merck & Co., Inc.*, C.A. No. 2:04-4900
*Fred S. Engle v. Merck & Co., Inc.*, C.A. No. 2:04-5077
*Merrick Sirota, et al. v. Merck & Co., Inc.*, C.A. No. 2:04-5130

### District of Puerto Rico

*Rafael Gonzalez-Arias, et al. v. Merck & Co., Inc.*, C.A. No. 3:04-2263

### District of South Carolina

*Bridget Elaine Michaud, etc. v. Merck & Co., Inc.*, C.A. No. 4:03-3083

### Eastern District of Texas

*Arthur Clifford Hall, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-684
*Brenda Lewis, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-685
*Billie Painton, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-686
*Lovincy Richard, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:04-703
*Bill Jolley, et al. v. Merck & Co., Inc.*, C.A. No. 2:04-376
*Marian Williamson, etc. v. Merck & Co., Inc.*, C.A. No. 2:04-406
*Deborah Daley, etc. v. Merck & Co., Inc., et al.*, C.A. No. 6:03-509

### Northern District of Texas

*Dellas Staples, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:03-180
*Teresa Ward v. Merck & Co., Inc., et al.*, C.A. No. 3:04-616
*Michael R. Leonard v. Merck & Co., Inc.*, C.A. No. 3:04-2157
*Jack A. Register, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:04-2259

Schedule of Matters for Hearing Session, Section A                          p. 10
Fort Myers, Florida


MDL-1657 (Continued)


### Southern District of Texas

*Heirs of the Estate of Pablo Flores v. Merck & Co., Inc., et al.*, C.A. No. 2:03-362
*Audona Sandoval v. Merck & Co., Inc.*, C.A. No. 2:04-544
*Jeffrey L. Denny, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:04-526
*Kimberly D. Stubblefield, etc. v. Merck & Co., Inc., et al.*, C.A. No. 4:02-3139
*John P. Eberhardt v. Merck & Co., Inc.*, C.A. No. 4:03-1380
*Myrtle Louise Bell, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:03-3448
*Thomas Joseph Pikul, etc. v. Merck & Co., Inc., et al.*, C.A. No. 4:03-3656
*Opalene Stringer, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:03-3657
*Reginald K. Fears v. Merck & Co., Inc.*, C.A. No. 4:04-4187
*Peggy J. Balch v. Merck & Co., Inc.*, C.A. No. 4:04-4201
*John R. Stout v. Merck & Co., Inc.*, C.A. No. 4:04-4205
*Charles C. Gilmore v. Merck & Co., Inc.*, C.A. No. 4:04-4206
*Johnny White v. Merck & Co., Inc.*, C.A. No. 4:04-4207
*Donna Hale v. Merck & Co., Inc.*, C.A. No. 4:04-4208
*Bernadette Young v. Merck & Co., Inc.*, C.A. No. 4:04-4209
*William B. Gregory, Jr. v. Merck & Co., Inc.*, C.A. No. 4:04-4327
*Patricia Benavides, etc. v. Merck & Co., Inc., et al.*, C.A. No. 5:03-134
*Patricia Benavides, etc. v. Merck & Co., Inc., et al.*, C.A. No. 5:04-153
*Charles Zajicek, et al. v. Merck & Co., Inc.*, C.A. No. 6:04-95
*Carolyn Eller, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:04-96
*Olga Sanchez v. Merck & Co., Inc., et al.*, C.A. No. 7:04-352
*Maria Emma Hinojosa v. Merck & Co., Inc.*, C.A. No. 7:04-373


### Western District of Texas

*Joe Hopson, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:04-485
*Larry Lee Bauman, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-707
*Carolyn Reed, etc. v. Minor, et al.*, C.A. No. 1:04-731


### District of Utah

*Della Jo Salt, et al. v. Merck & Co., Inc.*, C.A. No. 2:01-794

Schedule of Matters for Hearing Session, Section A                    p. 11
Fort Myers, Florida


MDL-1657 (Continued)


### District of Vermont

*Sara Cheeseman v. Merck & Co., Inc.*, C.A. No. 1:04-261

### Western District of Virginia

*Catherine Wheatley, etc. v. Merck & Co., Inc., et al.*, C.A. No. 2:04-20


### MDL-1658 -- In re Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation


Motion of plaintiff Robert Mortensen for centralization of certain of the following actions in the United States District Court for the District of New Jersey and motion of defendant Merck & Co., Inc., for centralization of the following actions in the United States District Court for the Eastern District of Louisiana:


### Eastern District of Louisiana

*Frank Pringle, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:03-3125
*Ruth Ravnitsky, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:04-147
*Isaac Reiner, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:04-222
*Gail Lynn Stark, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:04-406
*Doris Staehr, etc. v. Raymond V. Gilmartin, et al.*, C.A. No. 2:04-721
*Halpert Enterprises, Inc., etc. v. Raymond V. Gilmartin, et al.*, C.A. No. 2:04-758
*Vincent P. Mullen, etc. v. Merck & Co., Inc., et al.*, C.A. No. 2:04-2716
*Denise Burtoft v. Merck & Co., Inc., et al.*, C.A. No. 2:04-2762


### District of New Jersey

*Loren Arnoff v. Merck & Co., Inc., et al.*, C.A. No. 3:04-4864
*Robert Mortensen v. Merck & Co., Inc., et al.*, C.A. No. 3:04-4951
*Robert Cimato, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:04-4987
*Henry Douglas Horne, Jr., etc. v. Merck Co., Inc., et al.*, C.A. No. 3:04-5156
*Rhoda Kanter v. Merck & Co., Inc., et al.*, C.A. No. 3:04-5259
*Darrell W. Nelson v. Merck & Co., Inc., et al.*, C.A. No. 3:04-5260

MDL-1658 (Continued)

### District of New Jersey (Continued)

*Zeph Ugwuneri v. Merck & Co., Inc., et al.*, C.A. No. 3:04-5397
*Andrew S. Zonay v. Merck & Co., Inc., et al.*, C.A. No. 3:04-5435
*Park East, Inc. v. Merck Co., Inc., et al.*, C.A. No. 3:04-5462

#### Eastern District of Pennsylvania

*David P. Berlien v. Merck & Co., Inc., et al.*, C.A. No. 2:04-4657

#### Western District of Pennsylvania

*Theodore Kalas, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:04-1509

### MDL-1659 -- In re Nortel Networks Corp. Securities Litigation

Motion of defendants Nortel Networks Corporation, Frank A. Dunn, and Michael J. Gollogly for centralization of the following actions in the United States District Court for the Southern District of New York:

#### Central District of California

*Michael F. Walsh v. Nortel Networks Corp., et al.*, C.A. No. 2:04-6216

#### Southern District of New York

*In re Nortel Networks Corporation Securities Litigation*, C.A. No. 1:04-2115
*Cary Savitz v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2164
*Mark D. Cornfield, et al. v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2189
*William Berger v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2190
*Milton Pfeiffer v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2233
*Indiana Electrical Workers Pension Trust Fund IBEW v. Nortel Networks Corp., et al.*,
  C.A. No. 1:04-2246
*Steel Workers' Pension Trust v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2249

Schedule of Matters for Hearing Session, Section A                    p. 13
Fort Myers, Florida


MDL-1659 (Continued)


### Southern District of New York (Continued)

*Thomas Rotchford v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2342
*Andrew Newman v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2360
*David George Parkinson v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2372
*Ilene Armour v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2503
*Julie Kapsch v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2507
*Leonard Semerad v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2532
*Douglas Powell v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2546
*Dennis E. Arneson v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2554
*Bernard Lubinsky v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2572
*Kent Wayne Smith v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2695
*Rolland Schach v. Nortel Networks Corp., et al.*, C.A. No. 1:04-2738
*Eric D. Bell v. Nortel Networks Corp., et al.*, C.A. No. 1:04-3056
*Peter Springer v. Nortel Networks Corp., et al.*, C.A. No. 1:04-3101
*Mary Urlrick v. Nortel Networks Corp., et al.*, C.A. No. 1:04-3158
*Bobby D. Torres v. Nortel Networks Corp., et al.*, C.A. No. 1:04-3570
*The Trustees of The Ontario Public Service Employees' Union Pension Plan Trust Fund
  v. Nortel Networks Corp., et al.*, C.A. No. 1:04-3572
*Jose I. Galindez v. Nortel Networks Corp., et al.*, C.A. No. 1:04-3597
*Kamran Mirza v. Nortel Networks Corp., et al.*, C.A. No. 1:04-3615
*Susan Daniels, et al. v. Nortel Networks Corp., et al.*, C.A. No. 1:04-3726
*Stichting Pensioenfonds ABP v. Nortel Networks Corp., et al.*, C.A. No. 1:04-3727
*Locals 302 and 612 of the International Union of Operating Engineers-Employers
  Construction Industry Retirement Trust, et al. v. James J. Blanchard, et al.*,
  C.A. No. 1:04-5954

Schedule of Matters for Hearing Session, Section A        p. 14
Fort Myers, Florida

MDL-1660 -- In re PharmaStem Therapeutics, Inc., Patent Litigation

    Motion of Cryo-Cell International, Inc.; CorCell, Inc.; ViaCell, Inc.; CBR Systems, Inc.; Bruce Zafran, M.D.; Molly McBride, M.D.; Carlo M. Croce, M.D.; Obstetrical and Gynecological Associates, P.A.; Fempartners, Inc.; Caritas St. Elizabeth's Medical Center of Boston, Inc.; Sutter Health; Monica Aszlerbaum, M.D.; Andrew Cassidenti, M.D.; Eunice U. Lee, M.D.; Carla Wells, M.D.; Anita York, M.D.; Bruce A. Hagadorn, M.D.; Rahasree T. Seshadri, M.D.; and Arthur Goldstein, M.D., for centralization of the following actions in the United States District Court for the District of Delaware:

### Central District of California

*PharmaStem Therapeutics v. CureSource, Inc., et al.*, C.A. No. 8:04-921

### Northern District of California

*PharmaStem Therapeutics, Inc. v. Cord Blood Registry, Inc., et al.*, C.A. No. 3:04-3072

### District of Delaware

*PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.*, C.A. No. 1:02-148
*ViaCell, Inc., et al. v. PharmaStem Therapeutics, Inc.*, C.A. No. 1:04-1335

### Middle District of Florida

*PharmaStem Therapeutics, Inc. v. Cryo-Cell International, Inc., et al.*,
  C.A. No. 8:04-1740

### District of Massachusetts

*PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.*, C.A. No. 1:04-11673

### Eastern District of Pennsylvania

*PharmaStem Therapeutics, Inc. v. CorCell, Inc., et al.*, C.A. No. 2:04-3561

Schedule of Matters for Hearing Session, Section A                    p. 15
Fort Myers, Florida

MDL-1663 -- In re Insurance Brokerage Antitrust Litigation

Motion of plaintiff Eagle Creek, Inc., for centralization of the following actions in the
United States District Court for the Eastern District of Pennsylvania:

District of New Jersey

*QLM Associates, Inc. v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 2:04-5184

Eastern District of New York

*Accent On Eyes Corp. v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 2:04-4535

Southern District of New York

*Opticare Health Systems, Inc. v. Marsh & McLennan Companies, Inc., et al.*,
C.A. No. 1:04-6954

Eastern District of Pennsylvania

*Eagle Creek, Inc. v. ACE INA Holdings, et al.*, C.A. No. 2:04-5255

MDL-1664 -- In re Ford Motor Co. Door Latch Products Liability Litigation

Motion of defendant Ford Motor Company for centralization of the following actions in
the United States District Court for the Middle District of North Carolina:

Northern District of Florida

*Thomas Hinote, et al. v. Ford Motor Co., et al.*, C.A. No. 3:04-338

Middle District of North Carolina

*Richard D. Day, et al. v. Ford Motor Co., et al.*, C.A. No. 1:04-990

Schedule of Matters for Hearing Session, Section A                    p. 16
Fort Myers, Florida

MDL-1665 -- In re Acacia Media Technologies Corp. Patent Litigation

     Motion of Acacia Media Technologies Corporation for transfer of the following District of Arizona, District of Minnesota and Northern District of Ohio actions to the United States District Court for the Northern District of California, or in the alternative, for centralization of all the following actions in that district:

     District of Arizona

*Acacia Media Technologies Corp. v. Cable America Corp., et al.*, C.A. No. 2:04-1891

     Central District of California

*Acacia Media Technologies Corp. v. New Destiny Internet Group, LLC*,
   C.A. No. 8:02-1040
*Acacia Media Technologies Corp. v. Audio Communications, Inc.*, C.A. No. 8:02-1048
*Acacia Media Technologies Corp. v. VS Media, Inc., et al.*, C.A. No. 8:02-1063
*Acacia Media Technologies Corp. v. Ademia Multimedia, LLC*, C.A. No. 8:02-1165
*Acacia Media Technologies Corp. v. International Web Innovations, Inc., et al.*,
   C.A. No. 8:03-217
*Acacia Media Technologies Corp. v. Adult Entertainment Broadcast Network*,
   C.A. No. 8:03-218
*Acacia Media Technologies Corp. v. Cyber Trend, Inc.*, C.A. No. 8:03-219
*Acacia Media Technologies Corp. v. Lightspeedcash*, C.A. No. 8:03-259
*Acacia Media Technologies Corp. v. Innovative Ideas International, et al.*,
   C.A. No. 8:03-271
*Acacia Media Technologies Corp. v. Game Link, Inc.*, C.A. No. 8:03-308
*Acacia Media Technologies Corp. v. Club Jenna Inc., et al.*, C.A. No. 8:03-1801
*Acacia Media Technologies Corp. v. Cybernet Ventures, Inc., et al.*, C.A. No. 8:03-1803
*Acacia Media Technologies Corp. v. Global AVS, Inc.*, C.A. No. 8:03-1804
*Acacia Media Technologies Corp. v. ICS, Inc., et al.*, C.A. No. 8:03-1805
*Acacia Media Technologies Corp. v. National A-1 Advertising, Inc.*, C.A. No. 8:03-1807

     Northern District of California

*Acacia Media Technologies Corp. v. Comcast, Corp., et al.*, C.A. No. 3:04-2308
*Acacia Media Technologies Corp. v. Mediacom Communications Corp.*,
   C.A. No. 3:04-3789
*Coxcom, Inc., et al. v. Acacia Media Technologies Corp.*, C.A. No. 3:04-4703

Schedule of Matters for Hearing Session, Section A                    p. 17
Fort Myers, Florida


MDL-1665 (Continued)


### District of Minnesota

*Acacia Media Technologies Corp. v. Mid-Continent Media, Inc., et al.*,
   C.A. No. 0:04-4069

### Northern District of Ohio

*Acacia Media Technologies Corp. v. Armstrong Group, et al.*, C.A. No. 1:04-1847


### MDL-1666 -- In re RCN Corp. "ERISA" Litigation

Motion of defendant Merrill Lynch Trust Company FSB for centralization of the
following actions in the United States District Court for the District of New Jersey:


### District of New Jersey

*Stephanie Thomas v. David C. McCourt, et al.*, C.A. No. 3:04-5068
*Harold Hill v. David C. McCourt, et al.*, C.A. No. 3:04-5368

### Southern District of New York

*Debra K. Craig v. John D. Filipowicz, et al.*, C.A. No. 1:04-7875
*Robert M. Maguire v. John D. Filipowicz, et al.*, C.A. No. 1:04-8454

Schedule of Matters for Hearing Session, Section A                    p. 18
Fort Myers, Florida


MDL-1667 -- In re Bally Total Fitness Holding Corp. Securities Litigation

Motion of defendants Bally Total Fitness Holding Corporation, Lee S. Hillman, and John W. Dwyer for centralization of the following actions in the United States District Court for the Northern District of Illinois:

### Northern District of Illinois

*Gladys Petkun v. Bally Total Fitness Holding Corp., et al.*, C.A. No. 1:04-3530
*Carlos Marcano v. Bally Total Fitness Holding Corp., et al.*, C.A. No. 1:04-3634
*Garco Investments, LLP v. Bally Total Fitness Holding Corp., et al.*, C.A. No. 1:04-3713
*Jacob Salzmann v. Bally Total Fitness Holding Corp., et al.*, C.A. No. 1:04-3783
*Robert Rovner v. Bally Total Fitness Holding Corp., et al.*, C.A. No. 1:04-3844
*Robert Strougo v. Bally Total Fitness Holding Corp., et al.*, C.A. No. 1:04-3864
*William Koehler v. Bally Total Fitness Holding Corp., et al.*, C.A. No. 1:04-3936
*Leonard Ladenheim v. Bally Total Fitness Holding Corp., et al.*, C.A. No. 1:04-4125
*Jeffrey M. Rosenberg v. Bally Total Fitness Holding Corp., et al.*, C.A. No. 1:04-4342
*Catherine A. Eads v. Bally Total Fitness Holding Corp., et al.*, C.A. No. 1:04-4697

### District of Oregon

*Jack Garrison, et al. v. Bally Total Fitness Holding Corp., et al.*, C.A. No. 3:04-1331

Schedule of Matters for Hearing Session, Section B                          p. 19
Fort Myers, Florida

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs to transfer of their respective actions, listed on Attachment A, to the United States District Court for the Eastern District of Pennsylvania.

Motion of plaintiffs for remand, pursuant to 28 U.S.C. § 1407(a), of their respective following actions to the United States District Court for the Northern District of Illinois:

### Eastern District of Pennsylvania

*Carmen P. D'Amico v. ACandS, Inc., et al.* (N.D. Illinois, C.A. No. 1:97-2943)
*Doris Elaine Neu, etc. v. ACandS, Inc., et al.* (N.D. Illinois, C.A. No. 1:98-2734)
*Ruby L. Maddox, etc. v. Swindell-Dressler International Co., et al.* (N.D. Illinois, C.A. No. 1:99-1539)
*Frank Pauley v. ACandS, Inc., et al.* (N.D. Illinois, C.A. No. 1:99-5290)
*James Beverly v. ACandS, Inc., et al.* (N.D. Illinois, C.A. No. 1:99-5936)
*John J. Burnett v. ACandS, Inc., et al.* (N.D. Illinois, C.A. No. 1:99-6042)
*Samuel Williams v. ACandS, Inc., et al.* (N.D. Illinois, C.A. No. 1:99-8520)
*Peter A. Cacello v. ACandS, Inc., et al.* (N.D. Illinois, C.A. No. 1:00-1795)
*Eugene Youngblood v. ACandS, Inc., et al.* (N.D. Illinois, C.A. No. 1:00-8219)
*Jerome L. Riegler v. ACandS, et al.* (N.D. Illinois, C.A. No. 1:01-447)
*Deseree Williams v. ACandS, Inc., et al.* (N.D. Illinois, C.A. No. 1:01-2551)

Schedule of Matters for Hearing Session, Section B                    p. 20
Fort Myers, Florida


MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)
MDL-1535 -- In re Welding Rod Products Liability Litigation

Oppositions of plaintiffs Mardie McKeithen, etc., and Doug Benoit, et al., and third-party plaintiff/defendant J. Ray McDermott, Inc., to the Panel's conditional orders entered in their respective following action and pursuant to which i) each action was transferred to the United States District Court for the Eastern District of Pennsylvania; ii) the welding rod claims contained in each action were remanded to their respective transferor district; and iii) the welding rod claims were then transferred to the United States District Court for the Northern District of Ohio:


Middle District of Louisiana

*Mardie McKeithen, etc. v. Exxon Mobil Corp., et al.*, C.A. No. 3:04-365

Eastern District of Texas

*Doug Benoit, et al. v. J. Ray McDermott, Inc., et al.*, C.A. No. 1:04-597


MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
          Liability Litigation

Oppositions of plaintiffs to transfer of their respective actions, listed on Attachment B, to the United States District Court for the Eastern District of Pennsylvania.


Opposition of defendant Dr. Douglas Karpen to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:


Southern District of Texas

*Terri A. Thomson v. Wyeth, et al.*, C.A. No. 4:03-4831

MDL-1332 -- In re Microsoft Corp. Windows Operating Systems Antitrust Litigation

Opposition of plaintiffs Paul Peek, D.D.S., et al., to transfer of the following action to the United States District Court for the District of Maryland:

### Eastern District of Arkansas

*Paul Peek, D.D.S., et al. v. Microsoft Corp.*, C.A. No. 4:04-1211

MDL-1335 -- In re Tyco International, Ltd., Securities, Derivative & "ERISA" Litigation

Opposition of plaintiff Thomas P. Jasin to transfer of the following action to the United States District Court for the District of New Hampshire:

### Middle District of Pennsylvania

*Thomas P. Jasin v. Tyco International, Ltd., et al.*, C.A. No. 1:04-2188

MDL-1348 -- In re Rezulin Products Liability Litigation

Opposition of plaintiffs Barry Buchmiller, et al., and Ray Valdez, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Central District of California

*Barry Buchmiller, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-589
*Ray Valdez, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-1140

Schedule of Matters for Hearing Session, Section B                    p. 22
Fort Myers, Florida

## MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Oppositions of plaintiffs Charlene W. Banks, et al.; Martha Ella Bradley, et al.; Saddie Alexander, et al.; Emma Anderson, et al.; Lucy M. Anderson, et al.; and Trico Bell to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### Northern District of Mississippi

*Charlene W. Banks, et al. v. Life Insurance Co. of Georgia*, C.A. No. 1:04-305
*Martha Ella Bradley, et al. v. Life Insurance Co. of Georgia*, C.A. No. 2:04-288
*Saddie Alexander, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 3:04-179
*Emma Anderson, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 4:04-303

### Southern District of Mississippi

*Lucy M. Anderson, et al. v. Life Insurance Co. of Georgia, et al.*, C.A. No. 4:04-187
*Trico Bell v. Life Insurance Co. of Georgia*, C.A. No. 4:04-188

## MDL-1407-- In re Phenylpropanolamine (PPA) Products Liability Litigation

Oppositions of defendants Bayer Corporation and Wyeth to remand, under 28 U.S.C. § 1407(a), of their respective following actions to their respective transferor courts:

### Western District of Washington

*Cleotha Beasley v. American Home Products Corp., et al.*, C.A. No. 2:02-895
   (N.D. Alabama, C.A. No. 2:02-408)
*Phillip Wiggins, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-419
   (N.D. Alabama, C.A. No. 3:01-2303)
*William J. Burns, Jr. v. Wyeth, Inc., et al.*, C.A. No. 2:02-1511 (N.D. Alabama,
   C.A. No. 5:02-1287)
*Berneata T. Harris, etc. v. Bayer Corp.*, C.A. No. 2:02-1512 (S.D. Alabama,
   C.A. No. 2:02-317)
*Ramona Wallace v. Whitehall-Robins Healthcare, et al.*, C.A. No. 2:01-1642
   (C.D. California, C.A. No. 2:01-6835)

Schedule of Matters for Hearing Session, Section B                    p. 23
Fort Myers, Florida


MDL-1407 (Continued)


### Western District of Washington (Continued)

*Delores Hall v. Thompson Medical Co., Inc., et al.*, C.A. No. 2:01-2131 (C.D. California,
    C.A. No. 2:01-9389)
*Jasmine Bias, et al. v. Bayer Corp.*, C.A. No. 2:02-1010 (C.D. California,
    C.A. No. 2:01-10869)
*Theresa Letour, et al. v. Bayer Corp., et al.*, C.A. No. 2:02-764 (C.D. California,
    C.A. No. 2:02-992)
*Marsha Archer, et al. v. Whitehall-Robins, et al.*, C.A. No. 2:02-899 (C.D. California,
    C.A. No. 8:01-1050)
*Earl Sherwood v. American Home Products Corp.*, C.A. No. 2:02-338 (E.D. California,
    C.A. No. 1:01-6389)
*Robert Stotler, et al. v. Bayer Corp., et al.*, C.A. No. 2:02-339 (E.D. California,
    C.A. No. 1:01-6390)
*Alvin Carter, et al. v. Bayer Corp., et al.*, C.A. No. 2:02-526 (E.D. California,
    C.A. No. 1:02-5031)
*Sandra Espinoza v. Whitehall-Robins, et al.*, C.A. No. 2:02-771 (E.D. California,
    C.A. No. 2:01-2045)
*Susan Jennings, et al. v. Whitehall-Robins, et al.*, C.A. No. 2:02-902 (N.D. California,
    C.A. No. 5:01-21024)
*Karen Baranowski, et al. v. American Home Products Corp.*, C.A. No. 2:02-22
    (N.D. Indiana, C.A. No. 2:01-599)
*Shirley Figg v. American Home Products Corp., et al.*, C.A. No. 2:02-905
    (W.D. Kentucky, C.A. No. 3:01-707)
*Pamela Pollard, et al. v. Bayer Corp.*, C.A. No. 2:01-2146 (E.D. Louisiana,
    C.A. No. 2:01-3420)
*Richard Coleman v. Bayer Corp.*, C.A. No. 2:02-545 (M.D. Louisiana, C.A. No. 3:02-19)
*Alene Finnester v. Whitehall-Robins Healthcare, et al.*, C.A. No. 2:02-30
    (W.D. Louisiana, C.A. No. 1:01-2073)
*Gloria Jenkins v. Bayer Corp.*, C.A. No. 2:01-2095 (W.D. Louisiana,
    C.A. No. 1:01-2090)
*Preston Stemmann v. Bayer Corp.*, C.A. No. 2:01-2097 (W.D. Louisiana,
    C.A. No. 2:01-2093)
*Bobby Gray v. Bayer Corp., et al.*, C.A. No. 2:01-1796 (W.D. Louisiana,
    C.A. No. 3:01-1761)

Schedule of Matters for Hearing Session, Section B                          p. 24
Fort Myers, Florida


MDL-1407 (Continued)


Western District of Washington (Continued)

*Linda Spillers, et al. v. American Home Products Corp.*, C.A. No. 2:02-791
  (W.D. Louisiana, C.A. No. 3:01-2095)
*Sandra Young, etc. v. Bayer Corp.*, C.A. No. 2:01-2099 (W.D. Louisiana,
  C.A. No. 3:01-2097)
*R.L. George v. Bayer Corp., et al.*, C.A. No. 2:01-2016 (W.D. Louisiana,
  C.A. No. 5:01-1922)
*Byron D. Minor, et al. v. Bayer Corp., et al.*, C.A. No. 2:01-2173 (W.D. Louisiana,
  C.A. No. 6:01-2282)
*Emile Pitre v. Bayer Corp.*, C.A. No. 2:01-2174 (W.D. Louisiana, C.A. No. 6:01-2284)
*Patricia Ann Medina, etc. v. Bayer Corp., et al.*, C.A. No. 2:01-2093 (D. Minnesota,
  C.A. No. 0:01-1868)
*Inez Lyons v. Bayer Consumer Care*, C.A. No. 2:02-361 (S.D. Mississippi,
  C.A. No. 3:01-964)
*Donald Moulds, etc. v. Bayer Consumer Care*, C.A. No. 2:02-554 (S.D. Mississippi,
  C.A. No. 4:01-374)
*Maria T. Graziose, et al. v. American Home Products Corp., et al.*, C.A. No. 2:01-1653
  (D. Nevada, C.A. No. 2:01-581)
*Barbara B. Stevens, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-37
  (S.D. New York, C.A. No. 1:01-8840)
*Patricia Wood v. Whitehall-Robins*, C.A. No. 2:02-2616 (S.D. New York,
  C.A. No. 7:02-7979)
*Aaron Victor Martin Fryar, et al. v. Novartis Consumer Health, Inc., et al.*,
  C.A. No. 2:01-1875 (E.D. North Carolina, C.A. No. 7:01-110)
*Kathlyn Kopecky, etc. v. American Home Products Corp.*, C.A. No. 2:02-38 (N.D. Ohio,
  C.A. No. 1:01-2526)
*Katherine W. Grunwell, etc. v. Bayer Corp.*, C.A. No. 2:01-2813 (S.D. Ohio,
  C.A. No. 3:01-452)
*Sherri Scherf, etc. v. American Home Products Corp., et al.*, C.A. No. 2:02-1177
  (W.D. Oklahoma, C.A. No. 5:02-284)
*Vicki D. Vogt, et al. v. American Home Products Corp., et al.*, C.A. No. 2:01-1704
  (E.D. Pennsylvania, C.A. No. 2:01-2483)
*Kevin Walker v. American Home Products Corp., et al.*, C.A. No. 2:02-40
  (E.D. Tennessee, C.A. No. 1:01-329)

Schedule of Matters for Hearing Session, Section B                    p. 25
Fort Myers, Florida


MDL-1407 (Continued)


### Western District of Washington (Continued)

*Mildred Jones, et al. v. American Home Products Corp., et al.*, C.A. No. 2:03-1384
    (W.D. Tennessee, C.A. No. 2:01-2921)
*Paul Kelley, et al. v. Bayer Corp., et al.*, C.A. No. 2:02-371 (E.D. Texas,
    C.A. No. 1:01-872)
*Trecina G. Washington v. American Home Products, Inc., et al.*, C.A. No. 2:01-1706
    (E.D. Texas, C.A. No. 9:01-157)
*Richard L. Powers v. Whitehall-Robins, et al.*, C.A. No. 2:02-1544 (E.D. Wisconsin,
    C.A. No. 2:02-227)
*Terry L. Boak v. Bayer Corp.*, C.A. No. 2:02-553 (W.D. Wisconsin, C.A. No. 3:02-66)


MDL-1422 -- In re Waste Management, Inc., Securities Litigation

Opposition of plaintiff Jeffrey Courtney to transfer of the following actions to the United States District Court for the Southern District of Texas:


### Middle District of Louisiana

*Jeffrey Courtney v. Waste Management, Inc., et al.*, C.A. No. 3:04-607

### Western District of Louisiana

*Jeffrey Courtney v. Waste Management, Inc., et al.*, C.A. No. 1:04-1781


MDL-1431 -- In re Baycol Products Liability Litigation

Opposition of plaintiff Larry Tuggle, Sr., to transfer of the following action to the United States District Court for the District of Minnesota:


### Southern District of Mississippi

*Larry Tuggle, Sr. v. Bayer AG, et al.*, C.A. No. 3:04-802

Schedule of Matters for Hearing Session, Section B                    p. 26
Fort Myers, Florida

MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

  Oppositions of plaintiffs Yosemite Securities Trust I, et al., and State of Arkansas Teacher Retirement System, et al., to transfer of their respective following actions to the United States District Court for the Southern District of Texas:

    Southern District of New York

  *Yosemite Securities Trust I, et al. v. Citibank, N.A., et al.*, C.A. No. 1:04-7301

    Northern District of Texas

  *State of Arkansas Teacher Retirement System, et al. v. Merrill Lynch & Co., Inc., et al.*, Bky. Advy. No. 3:04-3511

MDL-1507 -- In re Prempro Products Liability Litigation

  Oppositions of plaintiffs Sherron B. Christiansen, Judy Herring, and Gloria W. Harris and defendant Novo Nordisk Pharmaceuticals, Inc., to transfer of their respective following actions to the United States District Court for the Eastern District of Arkansas:

    Middle District of Alabama

  *Sherron B. Christiansen v. Wyeth, et al.*, C.A. No. 2:04-864

    District of Minnesota

  *Gayle Dargis, et al. v. Wyeth, et al.*, C.A. No. 0:04-3967

    Southern District of Mississippi

  *Judy Herring v. Wyeth, Inc., et al.*, C.A. No. 4:04-157
  *Gloria W. Harris v. Wyeth, Inc., et al.*, C.A. No. 5:04-230

MDL-1507 (Continued)


Motion of defendant Novo Nordisk Pharmaceuticals, Inc., for remand, pursuant to 28 U.S.C. § 1407(a), of the following actions to the United States District Court for the Northern District of Alabama:


### Eastern District of Arkansas

*Sheila Adams, et al. v. Wyeth Pharmaceuticals, Inc., et al.* (N.D. Alabama,
    C.A. No. 6:04-1509)
*Archye Cochran-Anderson v. Wyeth Pharmaceuticals, et al.* (N.D. Alabama,
    C.A. No. 6:04-1922)
*Shirley Ann Harrison v. Wyeth Pharmaceuticals, et al.* (N.D. Alabama,
    C.A. No. 6:04-1980)
*Rebecca Leps v. Wyeth Pharmaceuticals, et al.* (N.D. Alabama, C.A. No. 6:04-2020)
*Linda W. Love v. Wyeth Pharmaceuticals, et al.* (N.D. Alabama, C.A. No. 6:04-2027)
*Katherine H. Williams v. Wyeth Pharmaceuticals, et al.* (N.D. Alabama,
    C.A. No. 6:04-2142)
*Johnnie Ellin Wilson v. Wyeth Pharmaceuticals, et al.* (N.D. Alabama,
    C.A. No. 6:04-2148)


### MDL-1553 -- In re Silica Products Liability Litigation

Oppositions of plaintiffs Leon Hill, et al., and defendants Belleview Sand & Gravel, Inc.; Harwick Standard Distribution Corporation; Akrochem Corporation; Barbe America, Inc.; Liter's Quarry, Inc.; Cloverport Sand Company, Inc.; Old Hickory Clay Company; Southeastern Clay Company; Unimin Corporation; Yager Materials, LLC; Delphi Automotive Systems, LLC; Best Sand Corporation; Fairmount Minerals Ltd.; Raytheon Company; and Thermal Ceramics, Inc., to transfer of their respective following actions to the United States District Court for the Southern District of Texas:


### Western District of Kentucky

*Dennis R. Adams, et al. v. Pulmosan Safety Equipment Corp., et al.*, C.A. No. 5:04-123

Schedule of Matters for Hearing Session, Section B                    p. 28
Fort Myers, Florida

MDL-1553 (Continued)

### Southern District of Mississippi

*Leon Hill, et al. v. Southern Silica of Louisiana, Inc., et al.*, C.A. No. 2:04-209

### Northern District of Texas

*Sharon Kelley, etc. v. Delphi Automotive Services, LLC, et al.*, C.A. No. 7:03-189

## MDL-1566 -- In re Western States Wholesale Natural Gas Antitrust Litigation

Opposition of plaintiff Fairhaven Power Co. to transfer of the following action to the United States District Court for the District of Nevada:

### Eastern District of California

*Fairhaven Power Co. v. EnCana Corp., et al.*, C.A. No. 1:04-6256

## MDL-1574 -- In re Paxil Products Liability Litigation

Opposition of plaintiff Sherri Asbury-Casto to transfer of the following action to the United States District Court for the Central District of California:

### Northern District of West Virginia

*Sherri Asbury-Casto v. GlaxoSmithKline, Inc.*, C.A. No. 5:04-111

## MDL-1578 -- In re UICI "Association-Group" Insurance Litigation

Opposition of plaintiffs Robert Ross Goodman, et al., to transfer of the following action to the United States District Court for the Northern District of Texas:

### District of Colorado

*Robert Ross Goodman, et al. v. UICI, et al.*, C.A. No. 1:04-1879

## MDL-1598 -- In re Ephedra Products Liability Litigation

Oppositions of plaintiffs James A. Bogart and defendant Entrenet Nutritionals, Inc., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### District of Minnesota

*Lisa Wieler v. Entrenet Nutritionals, Inc.*, C.A. No. 0:04-3445

### Northern District of Oklahoma

*James A. Bogart v. Metabolife International, Inc., et al.*, C.A. No. 4:04-715

## MDL-1604 -- In re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Opposition of plaintiffs to transfer of their respective following actions to the United States District Court for the Northern District of Illinois:

### Middle District of Alabama

*Patricia R. Kelley v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 2:04-900
*Ethel Mae Davis v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 3:04-902

Schedule of Matters for Hearing Session, Section B                    p. 30
Fort Myers, Florida

MDL-1604 (Continued)

### Northern District of Alabama

*Sybile Lilly v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 2:04-2829
*Stephanie Hunter, et al. v. Ocwen Federal Bank, FSB*, C.A. No. 2:04-2864
*Maggie Williams, et al. v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 4:04-2869
*Mary Crosby v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 5:04-2828
*Deborah Bush v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 7:04-2827
*Billy M. Dockery, et al. v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 7:04-2830
*Lizzie Hannah, et al. v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 7:04-2833
*Marion Long v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 7:04-2852

### Southern District of Alabama

*Roy Capers v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 1:04-626
*Thomas Wright, et al. v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 1:04-638
*Stevie Cooper, et al. v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 1:04-639
*Willie Mae Washington v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 2:04-620
*Cheryle Williams v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 2:04-627

### Northern District of Mississippi

*Carolyn P. Calhoun v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 4:04-293
*Freddie Jones v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 4:04-294

## MDL-1606 -- In re Deep Vein Thrombosis Litigation

Opposition of defendants Delta Airlines, Inc., and Comair, Inc., to transfer of the following action to the United States District Court for the Northern District of California:

### Northern District of Ohio

*Amelia Ann Baxley, et al. v. Delta Airlines, Inc., et al.*, C.A. No. 4:04-1600

Schedule of Matters for Hearing Session, Section B                    p. 31
Fort Myers, Florida


MDL-1606 (Continued)


Motion of defendant Delta Air Lines, Inc., for remand, pursuant to 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Northern District of Georgia:


Northern District of California

*Mike Bianchetti, et al. v. Delta Airlines, Inc.*, C.A. No. 3:04-4860 (N.D. Georgia, C.A. No. 1:04-525)


MDL-1661 -- In re Rivastigmine Patent Litigation

Motion of plaintiffs Novartis Pharmaceuticals Corporation, et al., for centralization of the following actions in the United States District Court for the Southern District of New York, or in the alternative, the United States District Court for the Northern District of Illinois:


Central District of California

*Novartis Pharmaceuticals Corp., et al. v. Watson Pharmaceuticals, Inc., et al.*, C.A. No. 2:04-7594

Northern District of Illinois

*Novartis Pharmaceuticals Corp., et al. v. Sun Pharmaceutical Industries, Ltd.*, C.A. No. 1:04-5477

Southern District of New York

*Novartis Pharmaceuticals Corp., et al. v. Dr. Reddy's Laboratories, Ltd., et al.*, C.A. No. 1:04-6045

## ATTACHMENT A TO THE JANUARY 27, 2005
## SCHEDULE OF MATTERS FOR HEARING

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

### District of Idaho

*Jearold Buttars, et al. v. John Crane, Inc., et al.*, C.A. No. 1:04-206

### District of Maine

*Gail Boston, et al. v. Eastern Refractories Co., Inc., et al.*, C.A. No. 2:04-122

### District of Maryland

*Raymond T. Adamski, et al. v. Quigley Co., Inc., et al.*, C.A. No. 1:04-2965

### Southern District of Mississippi

*John Fisher v. American Optical Corp., et al.*, C.A. No. 1:04-666
*Karen Hammons, etc. v. Illinois Central Railroad*, C.A. No. 1:04-678
*Ronald Adams v. Alco Industries, Inc., et al.*, C.A. No. 1:04-730
*Faye E. Hamilton, etc. v. Allen-Bradley Co., LLC, et al.*, C.A. No. 1:04-732

### Southern District of New York

*Lea M. Marinopoulos, et al. v. General Electric Co.*, C.A. No. 1:04-5671
*Philomena Stortini, etc., et al. v. General Electric Co.*, C.A. No. 1:04-6055

### Western District of North Carolina

*Otis Delbert Baker, et al. v. International Paper Co., et al.*, C.A. No. 1:04-191

### Eastern District of Virginia

*Vincent C. Garrett, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8147
*Vernon T. Rice, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8148
*Sadie Harsley, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8149
*John M. Powell, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8150
*Zell Walker v. A.P. Green, et al.*, C.A. No. 2:04-8151
*Willie A. Cuffee, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8152
*William W. Watson, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8153
*Robert Wells v. A.P. Green, et al.*, C.A. No. 2:04-8154

- 2 -

**MDL-875 Attachment A (Continued)**

<u>Eastern District of Virginia</u> (Continued)

*Wayne D. Phillips v. A.P. Green, et al.*, C.A. No. 2:04-8155
*Warner D. Saunders v. A.P. Green, et al.*, C.A. No. 2:04-8156
*Thomas W. Sturgis v. A.P. Green, et al.*, C.A. No. 2:04-8157
*Soloman T. Palmer v. A.P. Green, et al.*, C.A. No. 2:04-8158
*Roger D. Creter v. A.P. Green, et al.*, C.A. No. 2:04-8159
*William H. Shine, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8160
*Sandra Wilburn, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8161
*Ralph E. Riddick v. A.P. Green, et al.*, C.A. No. 2:04-8162
*Sarah Waddler, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8163
*Matthew C. Garner v. A.P. Green, et al.*, C.A. No. 2:04-8164
*Marion West v. A.P. Green, et al.*, C.A. No. 2:04-8165
*Junious Epps v. A.P. Green, et al.*, C.A. No. 2:04-8166
*Kathleen Taylor, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8167
*Norma Greene, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8168
*Nancy Greenfield, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8169
*Emma Jackson, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8170
*Faye Hylton, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8171
*Eleanor Carraway, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8172
*June White, et al. v. A.P. Green, et al.*, C.A. No. 2:04-8173
*Albert M. Schatzhuber v. A.P. Green, et al.*, C.A. No. 2:04-8174
*Ernest Andrew Buchanan v. AC&S, Inc., et al.*, C.A. No. 4:04-2644
*Patrick Bryant, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2645
*Freddie U. Brown v. AC&S, Inc., et al.*, C.A. No. 4:04-2646
*Willie Brooks v. AC&S, Inc., et al.*, C.A. No. 4:04-2647
*Roland A. Brooks, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2648
*Sidney W. Brockwell v. AC&S, Inc., et al.*, C.A. No. 4:04-2649
*Stanley A. Brisendine v. AC&S, Inc., et al.*, C.A. No. 4:04-2650
*Maryland Branch v. AC&S, Inc., et al.*, C.A. No. 4:04-2651
*Leon Callis, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2652
*William Butler, Sr. v. AC&S, Inc., et al.*, C.A. No. 4:04-2653
*James Butler, Sr. v. AC&S, Inc., et al.*, C.A. No. 4:04-2654
*William Bradshaw v. AC&S, Inc., et al.*, C.A. No. 4:04-2655
*Jesse Black v. AC&S, Inc., et al.*, C.A. No. 4:04-2656
*Robert Birch v. AC&S, Inc., et al.*, C.A. No. 4:04-2657
*Albert Benson v. AC&S, Inc., et al.*, C.A. No. 4:04-2658
*James Artis v. AC&S, Inc., et al.*, C.A. No. 4:04-2659
*Robert Walter Armstrong v. AC&S, Inc., et al.*, C.A. No. 4:04-2660

- 3 -

**MDL-875 Attachment A (Continued)**

Eastern District of Virginia (Continued)

*Larry Armstrong v. AC&S, Inc., et al.*, C.A. No. 4:04-2661
*George Anderson v. AC&S, Inc., et al.*, C.A. No. 4:04-2662
*Claude Allen v. AC&S, Inc., et al.*, C.A. No. 4:04-2663
*William Bailey v. AC&S, Inc., et al.*, C.A. No. 4:04-2664
*Joe Chadwell v. AC&S, Inc., et al.*, C.A. No. 4:04-2665
*Johnnie Burchett v. AC&S, Inc., et al.*, C.A. No. 4:04-2666
*Elton Wyatt v. AC&S, Inc., et al.*, C.A. No. 4:04-2667
*John Briggs v. AC&S, Inc., et al.*, C.A. No. 4:04-2668
*Kenneth Carpenter v. AC&S, Inc., et al.*, C.A. No. 4:04-2669
*Walter Harnly v. AC&S, Inc., et al.*, C.A. No. 4:04-2670
*Carl Harman v. AC&S, Inc., et al.*, C.A. No. 4:04-2671
*Jesse Lee Council v. AC&S, Inc., et al.*, C.A. No. 4:04-2672
*Antonio Luna Cuerpo v. AC&S, Inc., et al.*, C.A. No. 4:04-2673
*Sandra Custis, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2674
*Thurman Buford Dale v. AC&S, Inc., et al.*, C.A. No. 4:04-2675
*William Thomas Darden v. AC&S, Inc., et al.*, C.A. No. 4:04-2676
*Maynard L. Daulton v. AC&S, Inc., et al.*, C.A. No. 4:04-2677
*James Harvey Dennard v. AC&S, Inc., et al.*, C.A. No. 4:04-2678
*James Bert Denton v. AC&S, Inc., et al.*, C.A. No. 4:04-2679
*Ralph E. Croyle v. AC&S, Inc., et al.*, C.A. No. 4:04-2680
*Roger D. Crittenden, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2681
*Peter Thomas Corprew v. AC&S, Inc., et al.*, C.A. No. 4:04-2682
*Tyrone Copeland v. AC&S, Inc., et al.*, C.A. No. 4:04-2683
*Robert P. Cook, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2684
*John W. Collins v. AC&S, Inc., et al.*, C.A. No. 4:04-2685
*Royce R. Coles, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2686
*Jimmie H. Clark v. AC&S, Inc., et al.*, C.A. No. 4:04-2687
*Donald L. Carter v. AC&S, Inc., et al.*, C.A. No. 4:04-2688
*James Richard Carter v. AC&S, Inc., et al.*, C.A. No. 4:04-2689
*Ronald Lee Diggs v. AC&S, Inc., et al.*, C.A. No. 4:04-2690
*Colin Kelly v. AC&S, Inc., et al.*, C.A. No. 4:04-2691
*Gordon W. Brice v. AC&S, Inc., et al.*, C.A. No. 4:04-2692
*Ronald Lee Solomon v. AC&S, Inc., et al.*, C.A. No. 4:04-2693
*Clinton Capehart v. AC&S, Inc., et al.*, C.A. No. 4:04-2694
*Mary Jane Eubank, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2695

- 4 -

**MDL-875 Attachment A (Continued)**

Eastern District of Virginia (Continued)

*William E. Ellis v. AC&S, Inc., et al.*, C.A. No. 4:04-2696
*Willie L. Ducre v. AC&S, Inc., et al.*, C.A. No. 4:04-2697
*Cecil Ray Dodd v. AC&S, Inc., et al.*, C.A. No. 4:04-2698
*Nicholas Joseph Dimarino v. AC&S, Inc., et al.*, C.A. No. 4:04-2699
*Ellis Alford v. AC&S, Inc., et al.*, C.A. No. 4:04-2700
*Melvin Alexander v. AC&S, Inc., et al.*, C.A. No. 4:04-2701
*Debbie Adcock, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2702
*James Adams v. AC&S, Inc., et al.*, C.A. No. 4:04-2703
*George Adams v. AC&S, Inc., et al.*, C.A. No. 4:04-2704
*Richard Adams v. AC&S, Inc., et al.*, C.A. No. 4:04-2705
*Fred Bennett v. AC&S, Inc., et al.*, C.A. No. 4:04-2706
*Harold Beddingfield v. AC&S, Inc., et al.*, C.A. No. 4:04-2707
*Delmar Bateman v. AC&S, Inc., et al.*, C.A. No. 4:04-2708
*William Barrett v. AC&S, Inc., et al.*, C.A. No. 4:04-2709
*James L. Baker v. AC&S, Inc., et al.*, C.A. No. 4:04-2710
*Douglas Woolard v. AC&S, Inc., et al.*, C.A. No. 4:04-2711
*William Musick v. AC&S, Inc., et al.*, C.A. No. 4:04-2712
*Allen Mitchell v. AC&S, Inc., et al.*, C.A. No. 4:04-2713
*Charles McDonald, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2714
*George Maples, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2715
*Aubrey Green v. AC&S, Inc., et al.*, C.A. No. 4:04-2716
*Erma Freeman, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2717
*Herbert Allen Duke v. AC&S, Inc., et al.*, C.A. No. 4:04-2718
*William Dale v. AC&S, Inc., et al.*, C.A. No. 4:04-2719
*James Titus v. AC&S, Inc., et al.*, C.A. No. 4:04-2720
*John Stephen Tucker v. AC&S, Inc., et al.*, C.A. No. 4:04-2721
*William West, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2722
*William H. Weston v. AC&S, Inc., et al.*, C.A. No. 4:04-2723
*James L. Wheatley v. AC&S, Inc., et al.*, C.A. No. 4:04-2724
*William Morris Whitaker v. AC&S, Inc., et al.*, C.A. No. 4:04-2725
*Van Buren Williams, Jr. v. AC&S, Inc., et al.*, C.A. No. 4:04-2726
*Clifford F. Tyree v. AC&S, Inc., et al.*, C.A. No. 4:04-2727
*Helen M. Tyler v. AC&S, Inc., et al.*, C.A. No. 4:04-2728
*Francis Irvin Turner v. AC&S, Inc., et al.*, C.A. No. 4:04-2729
*Aplinario L. Cuerpo v. AC&S, Inc., et al.*, C.A. No. 4:04-2730
*Theodore Anderson v. AC&S, Inc., et al.*, C.A. No. 4:04-2731
*Donald R. Spikes v. AC&S, Inc., et al.*, C.A. No. 4:04-2732

- 5 -

**MDL-875 Attachment A (Continued)**

Eastern District of Virginia (Continued)

*Lester Ray Smith v. AC&S, Inc., et al.*, C.A. No. 4:04-2733
*James Thomas Smith v. AC&S, Inc., et al.*, C.A. No. 4:04-2734
*Charlie Riggs Sheely v. AC&S, Inc., et al.*, C.A. No. 4:04-2735
*Edison Woodrow Spruill v. AC&S, Inc., et al.*, C.A. No. 4:04-2736
*Ronald Stafford v. AC&S, Inc., et al.*, C.A. No. 4:04-2737
*John Compton v. AC&S, Inc., et al.*, C.A. No. 4:04-2738
*Joel Weisiger v. AC&S, Inc., et al.*, C.A. No. 4:04-2739
*William West v. AC&S, Inc., et al.*, C.A. No. 4:04-2740
*John Robinson v. AC&S, Inc., et al.*, C.A. No. 4:04-2741
*Isaac E. Robertson v. AC&S, Inc., et al.*, C.A. No. 4:04-2742
*Larry Gene Robertson v. AC&S, Inc., et al.*, C.A. No. 4:04-2743
*Marvin Roberts v. AC&S, Inc., et al.*, C.A. No. 4:04-2744
*Charles Zehmer v. AC&S, Inc., et al.*, C.A. No. 4:04-2745
*Herbert Wuska v. AC&S, Inc., et al.*, C.A. No. 4:04-2746
*Mack Wright v. AC&S, Inc., et al.*, C.A. No. 4:04-2747
*Emmerson Woolard v. AC&S, Inc., et al.*, C.A. No. 4:04-2748
*Thomas Walker v. AC&S, Inc., et al.*, C.A. No. 4:04-2749
*Margie Vaughan, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2750
*Scotty Williamson v. AC&S, Inc., et al.*, C.A. No. 4:04-2751
*Frankie Vann v. AC&S, Inc., et al.*, C.A. No. 4:04-2752
*Ralph Moyer Webb v. AC&S, Inc., et al.*, C.A. No. 4:04-2753
*Nelson Cornell Watkins v. AC&S, Inc., et al.*, C.A. No. 4:04-2754
*George T. Ward v. AC&S, Inc., et al.*, C.A. No. 4:04-2755
*Kenneth Graham Walters v. AC&S, Inc., et al.*, C.A. No. 4:04-2756
*Patricia Walters v. AC&S, Inc., et al.*, C.A. No. 4:04-2757
*Samuel White v. AC&S, Inc., et al.*, C.A. No. 4:04-2758
*Walter Washington v. AC&S, Inc., et al.*, C.A. No. 4:04-2759
*Haywood Thomas v. AC&S, Inc., et al.*, C.A. No. 4:04-2760
*Charles Smith v. AC&S, Inc., et al.*, C.A. No. 4:04-2761
*William Shaw v. AC&S, Inc., et al.*, C.A. No. 4:04-2762
*Linwood Sedgwick v. AC&S, Inc., et al.*, C.A. No. 4:04-2763
*Robert Roberson v. AC&S, Inc., et al.*, C.A. No. 4:04-2764
*James Stanley Perry v. AC&S, Inc., et al.*, C.A. No. 4:04-2765
*Lawrence G. Parham v. AC&S, Inc., et al.*, C.A. No. 4:04-2766
*Dallas Milton Neville v. AC&S, Inc., et al.*, C.A. No. 4:04-2767
*Robert Alfred v. AC&S, Inc., et al.*, C.A. No. 4:04-2768
*Charles Baynard v. AC&S, Inc., et al.*, C.A. No. 4:04-2769

- 6 -

**MDL-875 Attachment A (Continued)**

Eastern District of Virginia (Continued)

*Claude R. Perry, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2770
*Earlston V. Teal v. AC&S, Inc., et al.*, C.A. No. 4:04-2771
*Henry B. Robertson v. AC&S, Inc., et al.*, C.A. No. 4:04-2772
*Wilbert E. Tynes v. AC&S, Inc., et al.*, C.A. No. 4:04-2773
*Robert Boothe v. AC&S, Inc., et al.*, C.A. No. 4:04-2774
*Charles G. Andrews v. AC&S, Inc., et al.*, C.A. No. 4:04-2775
*Emery Sweeney v. AC&S, Inc., et al.*, C.A. No. 4:04-2776
*James Council Diggs v. AC&S, Inc., et al.*, C.A. No. 4:04-2777
*Dexter Cornelius Cutler v. AC&S, Inc., et al.*, C.A. No. 4:04-2778
*Leander Covington v. AC&S, Inc., et al.*, C.A. No. 4:04-2779
*James Edwin Thompson v. AC&S, Inc., et al.*, C.A. No. 4:04-2780
*Ronald Eldridge Williams v. AC&S, Inc., et al.*, C.A. No. 4:04-2781
*Richard Hewitt Williams v. AC&S, Inc., et al.*, C.A. No. 4:04-2782
*Brenda Whiteman, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2783
*Neal White, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2784
*Walter Wendell White v. AC&S, Inc., et al.*, C.A. No. 4:04-2785
*Thomas Salmon v. AC&S, Inc., et al.*, C.A. No. 4:04-2786
*Johnnie Russ v. AC&S, Inc., et al.*, C.A. No. 4:04-2787
*Russell Rozzell v. AC&S, Inc., et al.*, C.A. No. 4:04-2788
*John Rourke, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2789
*Thomas M. Sullivan v. AC&S, Inc., et al.*, C.A. No. 4:04-2790
*Michael J. Sullivan v. AC&S, Inc., et al.*, C.A. No. 4:04-2791
*Robert L. Stateman v. AC&S, Inc., et al.*, C.A. No. 4:04-2792
*Richard Allen Stalls v. AC&S, Inc., et al.*, C.A. No. 4:04-2793
*Walter Ben Stalling v. AC&S, Inc., et al.*, C.A. No. 4:04-2794
*I. Anthony Sansone v. AC&S, Inc., et al.*, C.A. No. 4:04-2795
*Leon A. Vreeland v. AC&S, Inc., et al.*, C.A. No. 4:04-2796
*Gary Delivan Shulenburg v. AC&S, Inc., et al.*, C.A. No. 4:04-2797
*Robert E. Carrier v. AC&S, Inc., et al.*, C.A. No. 4:04-2798
*Alfred Wallace Robbins v. AC&S, Inc., et al.*, C.A. No. 4:04-2799
*Hampton Vincent Snidow v. AC&S, Inc., et al.*, C.A. No. 4:04-2800
*Cleveland Taylor v. AC&S, Inc., et al.*, C.A. No. 4:04-2801
*Wayne Douglas Taylor v. AC&S, Inc., et al.*, C.A. No. 4:04-2802
*Meredith Hamilton Taylor v. AC&S, Inc., et al.*, C.A. No. 4:04-2803
*Herman A. Sykes v. AC&S, Inc., et al.*, C.A. No. 4:04-2804
*William Edward Ligon v. AC&S, Inc., et al.*, C.A. No. 4:04-2805
*Robert Wayne Riggs v. AC&S, Inc., et al.*, C.A. No. 4:04-2806

- 7 -

**MDL–875 Attachment A (Continued)**

<u>Eastern District of Virginia</u> (Continued)

*William Riddick v. AC&S, Inc., et al.*, C.A. No. 4:04-2807
*Mickey Renfrow, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2808
*Rudolph Albert Reid v. AC&S, Inc., et al.*, C.A. No. 4:04-2809
*Ernest E. Reid v. AC&S, Inc., et al.*, C.A. No. 4:04-2810
*Louis Reed, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2811
*Thomas R. Quillian v. AC&S, Inc., et al.*, C.A. No. 4:04-2812
*Harry Lee Pruitt v. AC&S, Inc., et al.*, C.A. No. 4:04-2813
*Paul R. Pruitt v. AC&S, Inc., et al.*, C.A. No. 4:04-2814
*Mary Prevatte, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2815
*Shelton Ralph Porter v. AC&S, Inc., et al.*, C.A. No. 4:04-2816
*Clyde W. Pitts v. AC&S, Inc., et al.*, C.A. No. 4:04-2817
*Wendell G. Phillips v. AC&S, Inc., et al.*, C.A. No. 4:04-2818
*Eugene Ottaway Peters v. AC&S, Inc., et al.*, C.A. No. 4:04-2819
*Daniel E. Perryman v. AC&S, Inc., et al.*, C.A. No. 4:04-2820
*Whit Lee Parks v. AC&S, Inc., et al.*, C.A. No. 4:04-2821
*Harold Page v. AC&S, Inc., et al.*, C.A. No. 4:04-2822
*Gary Owens v. AC&S, Inc., et al.*, C.A. No. 4:04-2823
*Paul E. Newby, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2824
*Paulette Nash v. AC&S, Inc., et al.*, C.A. No. 4:04-2825
*Donald Mongold v. AC&S, Inc., et al.*, C.A. No. 4:04-2826
*Glenn Millier v. AC&S, Inc., et al.*, C.A. No. 4:04-2827
*Zemery Messer v. AC&S, Inc., et al.*, C.A. No. 4:04-2828
*Linwood Franklin McCoy v. AC&S, Inc., et al.*, C.A. No. 4:04-2829
*James Masters v. AC&S, Inc., et al.*, C.A. No. 4:04-2830
*Sue Massengill, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2831
*Charles Allan Marshall v. AC&S, Inc., et al.*, C.A. No. 4:04-2832
*Terry Alan Maratellos v. AC&S, Inc., et al.*, C.A. No. 4:04-2833
*James Lupton, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2834
*Donald J. Long v. AC&S, Inc., et al.*, C.A. No. 4:04-2835
*Phillip Lewis v. AC&S, Inc., et al.*, C.A. No. 4:04-2836
*Louis Leskovar v. AC&S, Inc., et al.*, C.A. No. 4:04-2837
*Jessie Leonard v. AC&S, Inc., et al.*, C.A. No. 4:04-2838
*David Ray LeDoyen v. AC&S, Inc., et al.*, C.A. No. 4:04-2839
*Lewis Nelson Lawrence v. AC&S, Inc., et al.*, C.A. No. 4:04-2840
*Gordon E. Lamkin v. AC&S, Inc., et al.*, C.A. No. 4:04-2841
*David R. Krauter v. AC&S, Inc., et al.*, C.A. No. 4:04-2842
*Jerry Nance v. AC&S, Inc., et al.*, C.A. No. 4:04-2843

- 8 -

**MDL-875 Attachment A (Continued)**

Eastern District of Virginia (Continued)

*Lawrence Keithley v. AC&S, Inc., et al.*, C.A. No. 4:04-2844
*John Jory v. AC&S, Inc., et al.*, C.A. No. 4:04-2845
*Charles H. Goens v. AC&S, Inc., et al.*, C.A. No. 4:04-2846
*Lawrence Tyrone Gibson v. AC&S, Inc., et al.*, C.A. No. 4:04-2847
*Vernon O. Gayle v. AC&S, Inc., et al.*, C.A. No. 4:04-2848
*Leroy H. Garrison v. AC&S, Inc., et al.*, C.A. No. 4:04-2849
*Rebecca Garrett, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2850
*Marion Gordon Garnett v. AC&S, Inc., et al.*, C.A. No. 4:04-2851
*Francis L. Foster v. AC&S, Inc., et al.*, C.A. No. 4:04-2852
*Tyrone Elvin Fontanilla v. AC&S, Inc., et al.*, C.A. No. 4:04-2853
*Charles E. Foley v. AC&S, Inc., et al.*, C.A. No. 4:04-2854
*Robert L. Fishel v. AC&S, Inc., et al.*, C.A. No. 4:04-2855
*William E. Morris, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2856
*Edgar L. Morgan v. AC&S, Inc., et al.*, C.A. No. 4:04-2857
*William Moore, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2858
*Oscar Glenn Jones v. AC&S, Inc., et al.*, C.A. No. 4:04-2859
*David Philip Johnson v. AC&S, Inc., et al.*, C.A. No. 4:04-2860
*Fuller Ashton Johnson v. AC&S, Inc., et al.*, C.A. No. 4:04-2861
*Sandra Hill, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2862
*Ronald Harrison v. AC&S, Inc., et al.*, C.A. No. 4:04-2863
*John A. Harris v. AC&S, Inc., et al.*, C.A. No. 4:04-2864
*Anthony Lane Hannah v. AC&S, Inc., et al.*, C.A. No. 4:04-2865
*Dorothy Jarrett, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2866
*William Henry Hunter v. AC&S, Inc., et al.*, C.A. No. 4:04-2867
*Mary Virginia Jones v. AC&S, Inc., et al.*, C.A. No. 4:04-2868
*Barry Lee Jones v. AC&S, Inc., et al.*, C.A. No. 4:04-2869
*Ronald D. Hunt v. AC&S, Inc., et al.*, C.A. No. 4:04-2870
*William H. Johnson v. AC&S, Inc., et al.*, C.A. No. 4:04-2871
*Valerie Hunt, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2872
*William Hudgins, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2873
*Jesse Sherwood Howell v. AC&S, Inc., et al.*, C.A. No. 4:04-2874
*Judith Hollowell, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2875
*James Thomas Holloway v. AC&S, Inc., et al.*, C.A. No. 4:04-2876
*Ruth Holland, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2877
*Leo Hogge v. AC&S, Inc., et al.*, C.A. No. 4:04-2878
*Roger Wayne Hobbs v. AC&S, Inc., et al.*, C.A. No. 4:04-2879
*Harold Hinkle v. AC&S, Inc., et al.*, C.A. No. 4:04-2880

- 9 -

**MDL-875 Attachment A (Continued)**

<u>Eastern District of Virginia</u> (Continued)

*Thomas Hill, et al. v. AC&S, Inc., et al.*, C.A. No. 4:04-2881
*Larry Lee Griffith v. AC&S, Inc., et al.*, C.A. No. 4:04-2882
*David Wayne Griffin v. AC&S, Inc., et al.*, C.A. No. 4:04-2883
*Preston Lee Gray v. AC&S, Inc., et al.*, C.A. No. 4:04-2884
*Kenneth J. Goodman v. AC&S, Inc., et al.*, C.A. No. 4:04-2885
*Jack Arnold Ferguson v. AC&S, Inc., et al.*, C.A. No. 4:04-2886
*Maurice Ferebee v. AC&S, Inc., et al.*, C.A. No. 4:04-2887
*William Bob Evans v. AC&S, Inc., et al.*, C.A. No. 4:04-2888

<u>Western District of Washington</u>

*Kenneth McEdwards, et al. v. Foster Wheeler Energy Corp., et al.*, C.A. No. 2:04-1601

## ATTACHMENT B TO THE JANUARY 27, 2005
## SCHEDULE OF MATTERS FOR HEARING

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability
Litigation

### Central District of California

*Lorie Duhe v. Wyeth, et al.*, C.A. No. 2:04-4893
*Linda Borland v. Wyeth, et al.*, C.A. No. 2:04-4897
*Walter McWilliams v. Wyeth, et al.*, C.A. No. 2:04-4903
*Frances Alexandre v. Wyeth, et al.*, C.A. No. 2:04-4905
*Genevieve Alossi v. Wyeth, et al.*, C.A. No. 2:04-4910
*William Bruce, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-4949
*Georgia Campos v. Wyeth, et al.*, C.A. No. 2:04-5050
*Norma Cease v. Wyeth, et al.*, C.A. No. 2:04-5051
*Natalie Balli v. Wyeth, et al.*, C.A. No. 2:04-5054
*Roberta Eckmann v. Wyeth, et al.*, C.A. No. 2:04-5055
*William Deem v. Wyeth, et al.*, C.A. No. 2:04-5057
*Jack Barnes v. Wyeth, et al.*, C.A. No. 2:04-5059
*Edith Amato v. Wyeth, et al.*, C.A. No. 2:04-5060
*Pam Buhoveckey v. Wyeth, et al.*, C.A. No. 2:04-5062
*Judy Barnes v. Wyeth, et al.*, C.A. No. 2:04-5063
*Don Arnold v. Wyeth, et al.*, C.A. No. 2:04-5065
*Blair Butterfield v. Wyeth, et al.*, C.A. No. 2:04-5089
*Margie Cloud v. Wyeth, et al.*, C.A. No. 2:04-5090
*Betty Brassfield v. Wyeth, et al.*, C.A. No. 2:04-5092
*Joseph Karpinski v. Wyeth, et al.*, C.A. No. 2:04-5095
*Marina Nikitas v. Wyeth, et al.*, C.A. No. 2:04-5096
*Linda Estes v. Wyeth, et al.*, C.A. No. 2:04-5097
*Rosie DiMeglio v. Wyeth, et al.*, C.A. No. 2:04-5101
*Peggy Wheeler v. Wyeth, et al.*, C.A. No. 2:04-5104
*Margaret Baxter v. Wyeth, et al.*, C.A. No. 2:04-5105
*Mary Snoberger v. Wyeth, et al.*, C.A. No. 2:04-5106
*Janetta Crenshaw v. Wyeth, et al.*, C.A. No. 2:04-5108
*Deborah Fangman v. Wyeth, et al.*, C.A. No. 2:04-5123
*Noreen Espinoza v. Wyeth, et al.*, C.A. No. 2:04-5124
*Jill Rowe v. Wyeth, et al.*, C.A. No. 2:04-5166
*Robbin Harris v. Wyeth, et al.*, C.A. No. 2:04-5167
*Audrey Childress v. Wyeth, et al.*, C.A. No. 2:04-5170
*Nancy Piper v. Wyeth, et al.*, C.A. No. 2:04-5171
*Barbara Byrne v. Wyeth, et al.*, C.A. No. 2:04-5174

- 2 -

**MDL-1203 Attachment B (Continued)**

Central District of California (Continued)

Sharon Brigham v. Wyeth, et al., C.A. No. 2:04-5176
Shirley Lamm v. Wyeth, et al., C.A. No. 2:04-5177
Charles Gross v. Wyeth, et al., C.A. No. 2:04-5178
Carol Wells v. Wyeth, et al., C.A. No. 2:04-5180
Susan O'Rear v. Wyeth, et al., C.A. No. 2:04-5181
Patricia Sellers v. Wyeth, et al., C.A. No. 2:04-5182
Stephanie Jones-Collard v. Wyeth, et al., C.A. No. 2:04-5183
Janice Hunt v. Wyeth, et al., C.A. No. 2:04-5184
Donna Wilson v. Wyeth, et al., C.A. No. 2:04-5185
Deborah Schaub v. Wyeth, et al., C.A. No. 2:04-5187
Beverly Teasdale v. Wyeth, et al., C.A. No. 2:04-5189
Kathleen Luke v. Wyeth, et al., C.A. No. 2:04-5191
Lorraine Almaraz v. Wyeth, et al., C.A. No. 2:04-5192
Shirley Zermeno v. Wyeth, et al., C.A. No. 2:04-5193
Barbara Breen v. Wyeth, et al., C.A. No. 2:04-5194
Susan Scott v. Wyeth, et al., C.A. No. 2:04-5195
Lisa Hoffman v. Wyeth, et al., C.A. No. 2:04-5199
Eva Brenner v. Wyeth, et al., C.A. No. 2:04-5200
Lucy Vinci v. Wyeth, et al., C.A. No. 2:04-5207
Vivian Tobias v. Wyeth, et al., C.A. No. 2:04-5208
Ramona Osorio v. Wyeth, et al., C.A. No. 2:04-5209
Jeanette Ryan v. Wyeth, et al., C.A. No. 2:04-5210
Deborah Avila v. Wyeth, et al., C.A. No. 2:04-5279
Cay Hodge v. Wyeth, et al., C.A. No. 2:04-5280
Jose Herrera v. Wyeth, et al., C.A. No. 2:04-5281
Lexie McKeough v. Wyeth, et al., C.A. No. 2:04-5282
Rita Gutierrez v. Wyeth, et al., C.A. No. 2:04-5283
Geoff McKeough v. Wyeth, et al., C.A. No. 2:04-5284
Eileen Shearer v. Wyeth, et al., C.A. No. 2:04-5285
Julia Loder v. Wyeth, et al., C.A. No. 2:04-5286
Marylou Gutierrez v. Wyeth, et al., C.A. No. 2:04-5287
Mary Maxwell v. Wyeth, et al., C.A. No. 2:04-5288
Tena Lopes v. Wyeth, et al., C.A. No. 2:04-5289
Marly Silberman v. Wyeth, et al., C.A. No. 2:04-5290
Lynn McKettrick v. Wyeth, et al., C.A. No. 2:04-5291
Charles Hurd v. Wyeth, et al., C.A. No. 2:04-5294

- 3 -

**MDL-1203 Attachment B (Continued)**

Central District of California (Continued)

*Thomas Mayfield v. Wyeth, et al.*, C.A. No. 2:04-5295
*Georgia Abert v. Wyeth, et al.*, C.A. No. 2:04-5296
*Susan Eastman v. Wyeth, et al.*, C.A. No. 2:04-5297
*Bonnie Davis v. Wyeth, et al.*, C.A. No. 2:04-5298
*Alexis Corey v. Wyeth, et al.*, C.A. No. 2:04-5299
*Christina Gomez v. Wyeth, et al.*, C.A. No. 2:04-5300
*Anna Arreguin v. Wyeth, et al.*, C.A. No. 2:04-5301
*Dianne Forger v. Wyeth, et al.*, C.A. No. 2:04-5302
*Kristie Kanner v. Wyeth, et al.*, C.A. No. 2:04-5306
*Carolyn Hall v. Wyeth, et al.*, C.A. No. 2:04-5307
*Tomer Stinson v. Wyeth, et al.*, C.A. No. 2:04-5308
*Alicia Garcia v. Wyeth, et al.*, C.A. No. 2:04-5309
*Paulette Slominski v. Wyeth, et al.*, C.A. No. 2:04-5310
*Diane Williams v. Wyeth, et al.*, C.A. No. 2:04-5312
*Myrna Reynolds v. Wyeth, et al.*, C.A. No. 2:04-5426
*Maureen Hillhouse v. Wyeth, et al.*, C.A. No. 2:04-5427
*Judith Danna v. Wyeth, et al.*, C.A. No. 2:04-5428
*Susan Thibodeaux v. Wyeth, et al.*, C.A. No. 2:04-5432
*Robert Stewart v. Wyeth, et al.*, C.A. No. 2:04-5433
*Ali Ramsey v. Wyeth, et al.*, C.A. No. 2:04-5434
*Shirley Barnett v. Wyeth, et al.*, C.A. No. 2:04-5438
*Bobbie Ayala v. Wyeth, et al.*, C.A. No. 2:04-5439
*Gayle Reif v. Wyeth, et al.*, C.A. No. 2:04-5440
*Carol Paradiso v. Wyeth, et al.*, C.A. No. 2:04-5441
*Lori Kaio v. Wyeth, et al.*, C.A. No. 2:04-5445
*Joan Jurina v. Wyeth, et al.*, C.A. No. 2:04-5446
*Gwendolyn Henry v. Wyeth, et al.*, C.A. No. 2:04-5447
*Melva McCarthy v. Wyeth, et al.*, C.A. No. 2:04-5452
*Dana Warren v. Wyeth, et al.*, C.A. No. 2:04-5454
*Linda Ribas v. Wyeth, et al.*, C.A. No. 2:04-5455
*Aletha Pefferly v. Wyeth, et al.*, C.A. No. 2:04-5456
*Anita Ortiz v. Wyeth, et al.*, C.A. No. 2:04-5457
*Kriss Wright v. Wyeth, et al.*, C.A. No. 2:04-5458
*Marianne Brown v. Wyeth, et al.*, C.A. No. 2:04-5459
*Joy Flint v. Wyeth, et al.*, C.A. No. 2:04-5460
*George Gallenberger v. Wyeth, et al.*, C.A. No. 2:04-5461

- 4 -

**MDL-1203 Attachment B (Continued)**

Central District of California (Continued)

*Henrietta Palma v. Wyeth, et al.*, C.A. No. 2:04-5462
*Joy Chadney v. Wyeth, et al.*, C.A. No. 2:04-5463
*Lorna Hoffs v. Wyeth, et al.*, C.A. No. 2:04-5464
*Kimberly Behrman v. Wyeth, et al.*, C.A. No. 2:04-5465
*Marlene Francis v. Wyeth, et al.*, C.A. No. 2:04-5466
*Dolores Smith v. Wyeth, et al.*, C.A. No. 2:04-5467
*LaJean Boynton v. Wyeth, et al.*, C.A. No. 2:04-5468
*Randy Fohner v. Wyeth, et al.*, C.A. No. 2:04-5469
*James Avery v. Wyeth, et al.*, C.A. No. 2:04-5470
*Maria Hopper v. Wyeth, et al.*, C.A. No. 2:04-5471
*Eduardo Cesena v. Wyeth, et al.*, C.A. No. 2:04-5472
*Patsy Haller v. Wyeth, et al.*, C.A. No. 2:04-5473
*Angela Ross v. Wyeth, et al.*, C.A. No. 2:04-5474
*Susie Harper v. Wyeth, et al.*, C.A. No. 2:04-5475
*Stephanie Gates v. Wyeth, et al.*, C.A. No. 2:04-5476
*Francine Fodrey v. Wyeth, et al.*, C.A. No. 2:04-5477
*Cornellious Florence v. Wyeth, et al.*, C.A. No. 2:04-5478
*Carol Woods v. Wyeth, et al.*, C.A. No. 2:04-5479
*Barbara Dewoody v. Wyeth, et al.*, C.A. No. 2:04-5480
*Denise Negrete v. Wyeth, et al.*, C.A. No. 2:04-5482
*Darlene Tate v. Wyeth, et al.*, C.A. No. 2:04-5483
*Christine Weigand v. Wyeth, et al.*, C.A. No. 2:04-5484
*Edward Thompson, Jr. v. Wyeth, et al.*, C.A. No. 2:04-5485
*Traci Beaty v. Wyeth, et al.*, C.A. No. 2:04-5486
*Linda Galvez v. Wyeth, et al.*, C.A. No. 2:04-5487
*Mary Chavez v. Wyeth, et al.*, C.A. No. 2:04-5488
*Donna Borrell v. Wyeth*, C.A. No. 2:04-5489
*Cheryl Smith v. Wyeth, et al.*, C.A. No. 2:04-5490
*Sandra Thompson v. Wyeth, et al.*, C.A. No. 2:04-5492
*Candace Chalmers v. Wyeth, et al.*, C.A. No. 2:04-5493
*Martha Ashcraft v. Wyeth, et al.*, C.A. No. 2:04-5494
*Margarita Vargas v. Wyeth, et al.*, C.A. No. 2:04-5495
*Bryan Ballinger v. Wyeth, et al.*, C.A. No. 2:04-5496
*Vonda Emmert v. Wyeth, et al.*, C.A. No. 2:04-5497
*Alice Gorham v. Wyeth, et al.*, C.A. No. 2:04-5498
*Samuel Romeo v. Wyeth, et al.*, C.A. No. 2:04-5499
*Judy Cuddigan v. Wyeth, et al.*, C.A. No. 2:04-5500

- 5 -

**MDL-1203 Attachment B (Continued)**

<u>Central District of California</u> (Continued)

*Gloria Schiff v. Wyeth, et al.*, C.A. No. 2:04-5501
*Katherine Lanning v. Wyeth, et al.*, C.A. No. 2:04-5502
*Cassel Henry v. Wyeth, et al.*, C.A. No. 2:04-5503
*William Zabel v. Wyeth, et al.*, C.A. No. 2:04-5504
*Willie Strong v. Wyeth, et al.*, C.A. No. 2:04-5505
*Sharon Warren v. Wyeth, et al.*, C.A. No. 2:04-5506
*Belinda Winfield v. Wyeth, et al.*, C.A. No. 2:04-5507
*Lori Seely v. Wyeth, et al.*, C.A. No. 2:04-5508
*Jody Glazier v. Wyeth, et al.*, C.A. No. 2:04-5509
*Lupe Castro v. Wyeth, et al.*, C.A. No. 2:04-5601
*Laurie Boyle v. Wyeth, et al.*, C.A. No. 2:04-5603
*Piper Johnston v. Wyeth, et al.*, C.A. No. 2:04-5647
*Tracee Hancock v. Wyeth, et al.*, C.A. No. 2:04-5648
*Theresa Knight v. Wyeth, et al.*, C.A. No. 2:04-5649
*Letitia Antone v. Wyeth, et al.*, C.A. No. 2:04-5650
*Rachel Shapiro v. Wyeth, et al.*, C.A. No. 2:04-5651
*Rochelle Zicke v. Wyeth, et al.*, C.A. No. 2:04-5652
*Evelyn Valverde v. Wyeth, et al.*, C.A. No. 2:04-5653
*Marian Annear v. Wyeth, et al.*, C.A. No. 2:04-5654
*Alexandria Ortega v. Wyeth, et al.*, C.A. No. 2:04-5655
*Catherine Hurst v. Wyeth, et al.*, C.A. No. 2:04-5656
*Sharon Ortiz v. Wyeth, et al.*, C.A. No. 2:04-5657
*Pan Hallberg v. Wyeth, et al.*, C.A. No. 2:04-5663
*Victoria McKelvy v. Wyeth, et al.*, C.A. No. 2:04-5664
*Nanci Roberts v. Wyeth, et al.*, C.A. No. 2:04-5665
*Walter Brown v. Wyeth, et al.*, C.A. No. 2:04-5666
*Natalie Nicol v. Wyeth, et al.*, C.A. No. 2:04-5668
*Pam McKnight v. Wyeth, et al.*, C.A. No. 2:04-5669
*Lori Osborne v. Wyeth, et al.*, C.A. No. 2:04-5670
*Pernelle McCalip v. Wyeth, et al.*, C.A. No. 2:04-5671
*Dara Kennedy v. Wyeth, et al.*, C.A. No. 2:04-5672
*Sue Richmond v. Wyeth, et al.*, C.A. No. 2:04-5673
*Cora Smith v. Wyeth, et al.*, C.A. No. 2:04-5674
*Georgia Irons v. Wyeth, et al.*, C.A. No. 2:04-5676
*Cynthia Morgan v. Wyeth, et al.*, C.A. No. 2:04-5679

- 6 -

**MDL-1203 Attachment B (Continued)**

<u>Central District of California</u> (Continued)

*Betty Pellow v. Wyeth, et al.*, C.A. No. 2:04-5680
*Kelly Hill v. Wyeth, et al.*, C.A. No. 2:04-5681
*Barbara Collins v. Wyeth*, C.A. No. 2:04-5682
*Francesca Soto-White v. Wyeth, et al.*, C.A. No. 2:04-5684
*Elke Schnur v. Wyeth, et al.*, C.A. No. 2:04-5685
*Lisa Rosas v. Wyeth, et al.*, C.A. No. 2:04-5686
*Dulce Powers v. Wyeth, et al.*, C.A. No. 2:04-5687
*Barbara Branam v. Wyeth, et al.*, C.A. No. 2:04-5689
*Laura Brown v. Wyeth, et al.*, C.A. No. 2:04-5690
*Candace Diehl v. Wyeth, et al.*, C.A. No. 2:04-5691
*Vickie James v. Wyeth, et al.*, C.A. No. 2:04-5692
*Lydia St. Clair v. Wyeth, et al.*, C.A. No. 2:04-5693
*Mary Kay Sovacool v. Wyeth, et al.*, C.A. No. 2:04-5695
*Robert Depweg v. Wyeth, et al.*, C.A. No. 2:04-5696
*Gina Hillary v. Wyeth, et al.*, C.A. No. 2:04-5697
*Diane Nowak v. Wyeth, et al.*, C.A. No. 2:04-5807
*Debbie A. Silva v. American Home Products Corp., et al.*, C.A. No. 2:04-5892
*Sandra K. Wright, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-5893
*Darlene Walsh v. American Home Products Corp., et al.*, C.A. No. 2:04-5898
*Vicki E. Starke, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-5899
*David Park v. American Home Products Corp., et al.*, C.A. No. 2:04-5900
*Donna Moore v. Wyeth, et al.*, C.A. No. 2:04-5918
*Julie Cahoon, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-5924
*Dawn Dawes, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-5926
*Karen J. Mendoza, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-5927
*Linda Nosik v. Wyeth, et al.*, C.A. No. 2:04-6024
*Bruce Tabor v. Wyeth, et al.*, C.A. No. 2:04-6025
*Barrie Petersen v. Wyeth, et al.*, C.A. No. 2:04-6169
*Henry Marrujo v. Wyeth, et al.*, C.A. No. 2:04-6170
*Catherine Kleinhans v. Wyeth, et al.*, C.A. No. 2:04-6171
*Patsy Marshall v. Wyeth, et al.*, C.A. No. 2:04-6173
*Miki Haugland v. Wyeth, et al.*, C.A. No. 2:04-6175
*Rosalinda Hernandez v. Wyeth, et al.*, C.A. No. 2:04-6176
*Edna Dooley v. Wyeth*, C.A. No. 2:04-6177
*Mary Dolby v. Wyeth, et al.*, C.A. No. 2:04-6178
*Gene Langenberg v. Wyeth, et al.*, C.A. No. 2:04-6179

- 7 -

**MDL-1203 Attachment B (Continued)**

Central District of California (Continued)

*Caryl Garda v. Wyeth, et al.*, C.A. No. 2:04-6181
*Yvonne Strong v. Wyeth, et al.*, C.A. No. 2:04-6184
*Norma Langevin v. Wyeth, et al.*, C.A. No. 2:04-6185
*Jody Ford v. Wyeth, et al.*, C.A. No. 2:04-6186
*Mildred Jelks-Lewis v. Wyeth, et al.*, C.A. No. 2:04-6187
*Dora Lara v. Wyeth, et al.*, C.A. No. 2:04-6188
*Laura Rodriguez v. Wyeth, et al.*, C.A. No. 2:04-6189
*Jack Billyard v. Wyeth, et al.*, C.A. No. 2:04-6190
*Roberta Prevost v. Wyeth, et al.*, C.A. No. 2:04-6191
*Virginia Aggas v. Wyeth*, C.A. No. 2:04-6194
*Juanita Greer v. Wyeth*, C.A. No. 2:04-6195
*Natividad Gutierrez v. Wyeth, et al.*, C.A. No. 2:04-6196
*Rene Davis v. Wyeth, et al.*, C.A. No. 2:04-6197
*Sherry McNey v. Wyeth, et al.*, C.A. No. 2:04-6198
*Elsa Bugarini v. Wyeth, et al.*, C.A. No. 2:04-6199
*Marlene Jack v. Wyeth*, C.A. No. 2:04-6200
*Carol Harmatz v. Wyeth, et al.*, C.A. No. 2:04-6201
*Sue McElvogue v. Wyeth, et al.*, C.A. No. 2:04-6202
*Nancy English v. Wyeth, et al.*, C.A. No. 2:04-6203
*Linda Cantrell v. Wyeth, et al.*, C.A. No. 2:04-6204
*Sherril Bowers v. Wyeth, et al.*, C.A. No. 2:04-6205
*Karen Mackey v. Wyeth*, C.A. No. 2:04-6207
*Maria Gutana v. Wyeth, et al.*, C.A. No. 2:04-6208
*Alice Pursley v. Wyeth*, C.A. No. 2:04-6209
*Margaret Garza v. Wyeth, et al.*, C.A. No. 2:04-6210
*Chareou Condelee v. Wyeth, et al.*, C.A. No. 2:04-6217
*Ellouise Cowboy v. Wyeth, et al.*, C.A. No. 2:04-6218
*Bobbi Greenbaum v. Wyeth, et al.*, C.A. No. 2:04-6219
*Yvette Davis v. Wyeth*, C.A. No. 2:04-6220
*Loree Lee v. Wyeth, et al.*, C.A. No. 2:04-6221
*Delia Garcia v. Wyeth, et al.*, C.A. No. 2:04-6226
*Kim Harrison v. Wyeth, et al.*, C.A. No. 2:04-6227
*Debbie Ornelas v. Wyeth, et al.*, C.A. No. 2:04-6228
*Renee Gleason v. Wyeth, et al.*, C.A. No. 2:04-6229
*Gloria Kozak v. Wyeth, et al.*, C.A. No. 2:04-6255
*Sno Sneddon v. Wyeth, et al.*, C.A. No. 2:04-6256
*Peter Avalos v. Wyeth*, C.A. No. 2:04-6257

- 8 -

**MDL-1203 Attachment B (Continued)**

Central District of California (Continued)

*Linda Harris v. Wyeth, et al.*, C.A. No. 2:04-6258
*Sara Hilt v. Wyeth, et al.*, C.A. No. 2:04-6259
*Cynthia Koegel v. Wyeth, et al.*, C.A. No. 2:04-6260
*Deborah Ball v. Wyeth, et al.*, C.A. No. 2:04-6261
*Bridget Poulin v. Wyeth, et al.*, C.A. No. 2:04-6262
*Kennith Baker v. Wyeth, et al.*, C.A. No. 2:04-6263
*Marilynn Dahl v. Wyeth, et al.*, C.A. No. 2:04-6265
*Carolyn Guenther v. Wyeth, et al.*, C.A. No. 2:04-6266
*Rosemarie Poyatos v. Wyeth, et al.*, C.A. No. 2:04-6267
*Lily Ching v. Wyeth, et al.*, C.A. No. 2:04-6269
*Dolores Gonzalez v. Wyeth, et al.*, C.A. No. 2:04-6270
*Lynne Saunders v. Wyeth*, C.A. No. 2:04-6271
*Nancy Delmonico v. Wyeth, et al.*, C.A. No. 2:04-6273
*Carmen Rocha v. Wyeth, et al.*, C.A. No. 2:04-6274
*Yolanda Rodriguez-Bedley v. Wyeth, et al.*, C.A. No. 2:04-6275
*Mark Block v. Wyeth, et al.*, C.A. No. 2:04-6276
*Gwenneth Mosdale v. Wyeth, et al.*, C.A. No. 2:04-6277
*Ricki Loseff v. Wyeth, et al.*, C.A. No. 2:04-6278
*Phyllis Marshall v. Wyeth, et al.*, C.A. No. 2:04-6279
*Vickie Bowker v. Wyeth, et al.*, C.A. No. 2:04-6281
*Gayla Huber v. Wyeth, et al.*, C.A. No. 2:04-6282
*Carla Scherr v. Wyeth, et al.*, C.A. No. 2:04-6283
*Carol Chatmon v. Wyeth, et al.*, C.A. No. 2:04-6329
*Michael Ban, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7371
*Edward Bloomquist, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7373
*Margo Autobee-Blinzler, et al. v. American Home Products Corp., et al.*,
    C.A. No. 2:04-7374
*Carol L. Albertson, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7397
*Kathryn L. Altenhofel, et al. v. American Home Products Corp., et al.*,
    C.A. No. 2:04-7398
*Pamela L. Alexander, et al. v. American Home Products Corp., et al.*,
    C.A. No. 2:04-7399
*Yvonne Daizadeh v. American Home Products Corp., et al.*, C.A. No. 2:04-7437
*Patricia K. Carter v. American Home Products Corp., et al.*, C.A. No. 2:04-7441
*Donna S. Crawford, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7442
*Linda Carroll, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7443

- 9 -

**MDL-1203 Attachment B (Continued)**

#### Central District of California (Continued)

*Virginia J. Macias v. American Home Products Corp., et al.*, C.A. No. 2:04-7444
*Ruth M. Campbell, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7445
*Richard D. Campanaro, et al. v. American Home Products Corp., et al.*,
    C.A. No. 2:04-7446
*Monica Kortmann v. American Home Products Corp., et al.*, C.A. No. 2:04-7647
*Helen S. Kolodny v. American Home Products Corp., et al.*, C.A. No. 2:04-7648
*James Kordos, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7649
*Tamar Huffman v. American Home Products Corp., et al.*, C.A. No. 2:04-7674
*Alexander T. Iorio, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7677
*Joann Huss v. American Home Products Corp., et al.*, C.A. No. 2:04-7678
*Kathryn Hornbeak, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7679
*Cheryl C. Noll, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7738
*Jon D. Peterson v. American Home Products Corp., et al.*, C.A. No. 2:04-7739
*Lonnie Painter, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7740
*Sally L. Newell v. American Home Products Corp., et al.*, C.A. No. 2:04-7741

#### Middle District of Florida

*Janice M. Streetman v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 3:04-405
*Michael S. Ludwick v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 6:04-778

#### Northern District of Florida

*Kathleen Barrett, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:04-62
*Sherrie Veasey, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-229

#### Southern District of Florida

*Dorothy Krinsky v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 0:04-60704
*Aurora Gonzalez, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-21261
*Miriam M. Saivay v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:04-21262
*Annette Berc, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:04-21644
*Lillian Longley, et al. v. Wyeth, Inc., et al.*, C.A. No. 1:04-21859
*Terri Tines, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-14129
*Charlotte Barkett, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-14168

- 10 -

**MDL-1203 Attachment B (Continued)**

### Middle District of Georgia

*Lisa Angel, et al v. Wyeth, Inc., et al.*, C.A. No. 4:04-60

### Eastern District of Kentucky

*Darlene Adams, et al. v. W. Rex Duff, et al.*, C.A. No. 5:04-303

### Eastern District of Louisiana

*Betty Bishop, et al. v. Wyeth, et al.*, C.A. No. 2:04-2041
*Lorraine Martin, et al. v. Wyeth, et al.*, C.A. No. 2:04-2079
*Cynthia Matherne, et al. v. Wyeth, et al.*, C.A. No. 2:04-2116

### Middle District of Louisiana

*Anika Bell, et al. v. Wyeth, et al.*, C.A. No. 3:04-513
*Thane Battiste, et al. v. Wyeth, et al.*, C.A. No. 3:04-531

### Western District of Louisiana

*Mia Guin v. Wyeth, et al.*, C.A. No. 1:04-1558
*Marjorie Phillips, et al. v. Wyeth, et al.*, C.A. No. 1:04-1570
*Judy Ducote, et al. v. Wyeth, et al.*, C.A. No. 1:04-1571
*Patricia Baggett, et al. v. Wyeth, et al.*, C.A. No. 2:04-1485
*Patsy Redding, et al. v. Wyeth, et al.*, C.A. No. 3:04-1104
*Traci Cleveland, et al. v. Wyeth, et al.*, C.A. No. 3:04-1105
*Diane Pardon v. Wyeth, et al.*, C.A. No. 3:04-1559
*Bradford Buchanan, et al. v. Wyeth, et al.*, C.A. No. 3:04-1610
*Sandra Davis v. Wyeth, et al.*, C.A. No. 5:04-1546
*Jane Atkins v. Wyeth, et al.*, C.A. No. 5:04-1585
*Marilyn Lee, et al. v. Wyeth, et al.*, C.A. No. 6:04-1103
*Eileen Guillory, et al. v. Wyeth, et al.*, C.A. No. 6:04-1538
*Laura Launey, et al. v. Wyeth, et al.*, C.A. No. 6:04-1555

### Northern District of Mississippi

*Sherry Mamon, et al. v. Wyeth, et al.*, C.A. No. 2:04-193
*Linda Kay Waldrup Phillips, et al. v. Wyeth, et al.*, C.A. No. 4:04-212

- 11 -

**MDL-1203 Attachment B (Continued)**

### Southern District of Mississippi

*Susan Sparkman, et al. v. Wyeth, et al.*, C.A. No. 3:04-502
*Wanda Anderson, et al. v. Wyeth, et al.*, C.A. No. 5:04-222

### Eastern District of Missouri

*Dorothy Rooks, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:04-529
*Susan Fortune, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:04-675
*Jon Lambi, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:04-676
*Karyn St. Pierre, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:04-677
*Margaret Victory, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:04-678
*Barbara Mulligan, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:04-980

### District of Nevada

*Allura Smith, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-353
*Annabelle Nitti, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-673
*Marilyn Nail, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-674
*Ena Figueredo, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-677
*Colleen Hoyle, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-678
*Leonard Holdren, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-680
*Nancy Wilson Bartlett, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-687
*Lisa O'Keefe, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-690
*Richard Overton, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-691
*Alyce Simpson, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-695
*Anna Smith, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-697
*Lee Taylor, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-698
*Saundra Torres, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-699
*Charlea Burek, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-700
*Karen Edmundson, et al. v. Wyeth, Inc., et al.*, C.A. No. 2:04-704
*Lori Cherry, et al. v. Wyeth, et al.*, C.A. No. 2:04-808
*Nina Tiep, et al. v. Wyeth, et al.*, C.A. No. 2:04-810
*Frank Foggarty, et al. v. Wyeth, et al.*, C.A. No. 2:04-811
*Linda Clayton, et al. v. Wyeth, et al.*, C.A. No. 2:04-812
*Dianne Snyder, et al. v. Wyeth, et al.*, C.A. No. 2:04-813
*Shelly Lyons, et al. v. Wyeth, et al.*, C.A. No. 2:04-814
*Tiffany Miller, et al. v. Wyeth, et al.*, C.A. No. 2:04-818
*Tama Kimbrough, et al. v. Wyeth, et al.*, C.A. No. 2:04-819
*Janice Nicholas, et al. v. Wyeth, et al.*, C.A. No. 2:04-820

- 12 -

**MDL-1203 Attachment B (Continued)**

Southern District of New York

*David Meyers, et al. v. American Home Products Corp., et al.*, C.A. No. 1:04-6734

Western District of New York

*Geraldine B. Swaney v. American Home Products Corp., et al.*, C.A. No. 1:04-715
*Joyce M. Licata, et al. v. American Home Products Corp., et al.*, C.A. No. 1:04-716
*Colleen Harvey, et al. v. American Home Products Corp., et al.*, C.A. No. 1:04-717
*Sandra J. Sterner, et al. v. American Home Products Corp., et al.*, C.A. No. 1:04-718
*Donna Eichenseer, et al. v. American Home Products Corp., et al.*, C.A. No. 1:04-719
*Marcia A. Sciolino v. American Home Products Corp., et al.*, C.A. No. 1:04-720
*Sarah C. Moore, et al. v. American Home Products Corp., et al.*, C.A. No. 1:04-721
*Don E. Dorso v. American Home Products Corp., et al.*, C.A. No. 1:04-722
*Anita M. Leo, et al. v. American Home Products Corp., et al.*, C.A. No. 1:04-723
*Edward L. Valentine, III v. American Home Products Corp., et al.*, C.A. No. 1:04-724
*Corliss M. Thomas v. American Home Products Corp., et al.*, C.A. No. 1:04-725
*Sherry A. James v. American Home Products Corp., et al.*, C.A. No. 1:04-726
*Charlotte M. Syroczynski, et al. v. American Home Products Corp., et al.*,
    C.A. No. 1:04-727
*Mary I. Morris, etc. v. American Home Products Corp., et al.*, C.A. No. 1:04-777
*Alison L. Lewis, etc. v. American Home Products Corp., et al.*, C.A. No. 1:04-781
*Krystyna Bobak v. American Home Products Corp., et al.*, C.A. No. 1:04-782

District of North Dakota

*Mardell Aabrekke, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-61

Eastern District of Oklahoma

*Brenda Basden, et al. v. American Home Products Corp., et al.*, C.A. No. 6:04-257
*Susan Rose, et al. v. Wyeth, et al.*, C.A. No. 6:04-327
*Velma L. Patrick, et al. v. Wyeth, et al.*, C.A. No. 6:04-328
*Roger Humphreys, et al. v. Wyeth, et al.*, C.A. No. 6:04-329
*Peggy Shelton, et al. v. Wyeth, et al.*, C.A. No. 6:04-330
*Melinda Savage, et al. v. Wyeth, et al.*, C.A. No. 6:04-331

- 13 -

**MDL-1203 Attachment B (Continued)**

<u>Western District of Oklahoma</u>

*Sherrie Anderson, et al. v. Wyeth, et al.*, C.A. No. 5:04-716
*Hilda Abello, et al. v. Wyeth, et al.*, C.A. No. 5:04-717
*Vicki Anthony, et al. v. Wyeth, Inc., et al.*, C.A. No. 5:04-718

<u>District of South Carolina</u>

*Frances Lineberry v. Wyeth, Inc., et al.*, C.A. No. 9:04-21968

<u>Eastern District of Texas</u>

*Royce Smith, et al. v. Wyeth, et al.*, C.A. No. 2:04-241
*Julie Freeman, et al. v. Wyeth, et al.*, C.A. No. 2:04-252
*Cathy Pavlisin-Everett, et al. v. Wyeth, et al.*, C.A. No. 2:04-253
*Pam Deblanc, et al. v. Wyeth, et al.*, C.A. No. 2:04-255
*Mary Goodman, et al. v. Wyeth-Ayerst International, Inc., et al.*, C.A. No. 2:04-256
*Florence Anderson, et al. v. Wyeth, et al.*, C.A. No. 2:04-257
*LaLeesa Comer-West, et al. v. Wyeth, et al.*, C.A. No. 2:04-258
*Joyce Kitts, et al. v. Wyeth, et al.*, C.A. No. 2:04-259
*Jo Hughes, et al. v. Wyeth, et al.*, C.A. No. 2:04-260
*Janis Bayer, et al. v. Wyeth, et al.*, C.A. No. 5:04-162
*Ennis Dyess, et al. v. Wyeth Ayerst International, Inc., et al.*, C.A. No. 6:04-290

<u>Northern District of Texas</u>

*Vicki Lynn Anderson v. American Home Products Corp., et al.*, C.A. No. 3:04-92
*Martha Lou Glenn, et al. v. Wyeth, et al.*, C.A. No. 3:04-1145
*Mark A. Harden, et al. v. Wyeth, et al.*, C.A. No. 3:04-1258
*Mary Francis Berry-Nabors, et al. v. Wyeth, et al.*, C.A. No. 4:04-401
*Lana Kraeszig v. Wyeth, et al.*, C.A. No. 4:04-402

<u>Southern District of Texas</u>

*Sheila M. Stokes v. Wyeth, et al.*, C.A. No. 4:03-4545
*Robert A. Gulley v. Wyeth, et al.*, C.A. No. 4:03-4906
*Diane Leimone v. Wyeth, et al.*, C.A. No. 4:04-1142

- 14 -

**MDL-1203 Attachment B (Continued)**

<u>Western District of Texas</u>

*Frankie L. Robinson v. Wyeth, et al.*, C.A. No. 5:03-915
*Janet A. Allen-Shapiro, et al. v. Wyeth, et al.*, C.A. No. 5:03-929
*Estella Pena, et al. v. Wyeth, et al.*, C.A. No. 5:04-607

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION


All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. <u>See generally In re "East of the Rockies" Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:    HEARING SESSIONS AND ORAL ARGUMENT

(a)    Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)    Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)    No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

    (i)    the dispositive issue(s) have been authoritatively decided; or

    (ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)    In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)    Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)    Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)    Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)    So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)    After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.