1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   Chang H. Kim (State Bar No. 195554)
3  Peter H. Nohle (State Bar No. 209446)
   2475 Hanover Street
4  Palo Alto, CA 94304-1115
   Telephone: (650) 233-4561
5  Facsimile:  (650) 233-4545

6  Attorneys for Defendants and Counterclaimants
   CBR SYSTEMS, INC. and SUTTER HEALTH, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11
12  PHARMASTEM THERAPEUTICS, INC., a     ) **No. C 04 3072 JSW**
    Delaware corporation,                )
13                                       ) **CBR SYSTEMS, INC.'S REQUEST FOR**
                  Plaintiff,             ) **JUDICIAL NOTICE IN SUPPORT OF ITS**
14                                       ) **MOTION TO STAY**
         vs.                             )
15                                       ) Date:   January 7, 2005
    CORD BLOOD REGISTRY, INC., dba       ) Time:   9:00 a.m.
16  CBR, a California corporation; and SUTTER ) Room:   Courtroom 2
    HEALTH, INC., a California corporation, ) Judge:  Hon. Jeffrey S. White
17                                       )
                  Defendants.            )
18                                       )
19                                       )
20                                       )
21  CBR SYSTEMS, INC., dba CBR, a        )
    California corporation; and SUTTER   )
22  HEALTH, INC., a California corporation, )
23                                       )
                  Counterclaimants,      )
24                                       )
         vs.                             )
25                                       )
    PHARMASTEM THERAPEUTICS, INC.,       )
26  a Delaware corporation; STEMBANC, INC., )
    a Ohio corporation; NICHOLAS DIDIER; )
27  and ARCHIBALD A. GRABINSKI,          )
                                         )
28                Counterdefendants.     )

1  Defendant and Counterclaimant CBR Systems, Inc. ("CBR") respectfully requests that this Court take judicial notice pursuant to Federal Rule of Evidence 201[1] of the following facts:

2  1.  Attached as Exhibit 1 is a true and correct copy of an Order dated December 14, 2004, signed by the Honorable Gregory M. Sleet and entered in *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.,* in the United States District Court for the District of Delaware, Civil Action No. 02-148 (GMS).

3  2.  Attached as Exhibit 2 is a true and correct copy of an Order dated November 10, 2004, signed by Honorable James S. Moody, Jr. and entered in *PharmaStem Therapeutics, Inc. v. Cyro-Cell International, Inc., et al.,* in the United States District Court for the Middle District of Florida Civil Action No. 8:04-CV-1740-T-30TGW.

Dated: December 17, 2004.

PILLSBURY WINTHROP LLP
William F. Abrams
Thomas F. Chaffin
Chang H. Kim
Peter H. Nohle
2475 Hanover Street
Palo Alto, CA 94304-1115


By  Chang H. Kim
      Chang H. Kim
Attorneys for Defendants and Counterclaimants
CBR SYSTEMS, INC. and SUTTER HEALTH, INC.

---

[1] This Court may take judicial notice of filings and orders in other judicial proceedings. *See, e.g., In re Stac Electronics Securities Litigation*, 89 F. 3d 1399, 1405 (9th Cir. 1996).