# EXHIBIT 2

## CBR SYSTEMS, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO STAY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHARMASTEM THERAPEUTICS,
INC.,

    Plaintiff,

v.                                              Case No. 8:04-cv-1740-T-30TGW

CRYO-CELL INTERNATIONAL, INC.
and BRUCE ZAFRAN,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court for a status conference on November 9, 2004. The Court, having heard the arguments of counsel and being otherwise fully advised, finds that this matter should be stayed for a period of one-hundred-twenty (120) days pending the Judicial Panel on Multidistrict Litigation's ("JPML") decision on Cryo-Cell International, Inc.'s Motion to Transfer for Consolidation. At the conclusion of the one-hundred-twenty (120) day period, if the JPML has not made a decision on the motion to transfer, Plaintiff may file a request for a hearing on its motion for preliminary injunction.

It is therefore ORDERED AND ADJUDGED that:

1. This action is STAYED for a period of one-hundred-twenty (120) days from the date of this Order.

2. The parties are directed to file a status report at the end of the one-hundred-twenty (120) day period.

DONE and ORDERED in Tampa, Florida on November 10, 2004.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-1740.stay pending mdl.wpd