1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   Chang H. Kim (State Bar No. 195554)
3  Peter H. Nohle (State Bar No. 209446)
   2475 Hanover Street
4  Palo Alto, CA 94304-1115
   Telephone: (650) 233-4561
5  Facsimile:  (650) 233-4545

6  Attorneys for Defendants and Counterclaimants
   CBR SYSTEMS, INC. and SUTTER HEALTH, INC.
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | No. C 04 3072 JSW |
| Plaintiff, | **CBR SYSTEMS, INC.'S STATEMENT OF RECENT DECISION IN SUPPORT OF ITS MOTION TO STAY PURSUANT TO LOCAL RULE 7-3** |
| vs. | |
| CORD BLOOD REGISTRY, INC., dba CBR, a California corporation; and SUTTER HEALTH, INC., a California corporation, | **Date:** January 7, 2005<br>**Time:** 9:00 a.m.<br>**Room:** Courtroom 2<br>**Judge:** Hon. Jeffrey S. White |
| Defendants. | |
| CBR SYSTEMS, INC., dba CBR, a California corporation; and SUTTER HEALTH, INC., a California corporation, | |
| Counterclaimants, | |
| vs. | |
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI, | |
| Counterdefendants. | |

1  Pursuant to Local Rule 7-3, Defendant and Counterclaimant CBR Systems, Inc. ("CBR")
2  files this Statement of Recent Decision in support of its Motion to Stay:
3      1.    Attached as Exhibit 1 is a true and correct copy of a Stay Order entered on
4  December 17, 2004, in the United States District Court for the Eastern District of Pennsylvania in
5  *PharmaStem Therapeutics, Inc. v. Corcell, Inc., et al.,* Civil Action No. 2:04-CV-03561-RK. The
6  Stay Order stays the Pennsylvania action "pending action of the Judicial on Multidistrict Litigation
7  in the case PharmaStem Therapeutics, Inc. Patent Litigation, MDL Docket No. 1660."
8      2.    CBR filed its Motion to Stay and supporting memorandum on October 28, 2004.
9  Counterdefendants' PharmaStem, Didier, Stembanc, and Grabinski filed their Opposition papers on
10 December 3, 2004. CBR filed its Reply papers on December 17, 2004. CBR learned of the
11 attached Stay Order on December 20, 2004, and is filing the Stay Order pursuant to Local Rule 7-3.
12
13 Dated: December 20, 2004.
14
    PILLSBURY WINTHROP LLP
15     William F. Abrams
    Thomas F. Chaffin
    Chang H. Kim
16     Peter H. Nohle
    2475 Hanover Street
17     Palo Alto, CA 94304-1115
18     By  /s/ Chang H. Kim
          Chang H. Kim
19     Attorneys for Defendants and Counterclaimants
    CBR SYSTEMS, INC. and SUTTER HEALTH, INC.
20
21
22
23
24
25
26
27
28