# EXHIBIT 1

## CBR SYSTEMS, INC.'S STATEMENT OF RECENT DECISION IN SUPPORT OF ITS MOTION TO STAY PURSUANT TO LOCAL RULE 7-3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., | : CIVIL ACTION<br>:<br>: |
| Plaintiff, | : |
| | : No. 04-3561 |
| CORCELL, INC., et al. | : |
| Defendants. | : |

### ORDER

AND NOW, this 16th day of December, 2004, upon consideration of Defendant/Counterclaim Plaintiff Corcell, Inc., and Defendants Molly McBride and Carlo M. Croce's Motion to Stay Proceedings (Doc. No. 41), and the Responses in opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

Further proceedings in this case are stayed pending action of the Judicial Panel on Multidistrict Litigation in the case In re PharmaStem Therapeutics, Inc. Patent Litigation, MDL Docket No. 1660.

BY THE COURT:

ENTERED
DEC 1 7 2004
CLERK OF COURT

Robert F. Kelly, Sr.J.