IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, | |
| Plaintiff, | No. C 04-03072 JSW |
| v. | |
| CORD BLOOD REGISTRY INC., et al. | **ORDER RE: HEARING ON JANUARY 7, 2005** |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

This matter is set for hearing on various motions on January 7, 2005. Since the Court issued its Order setting that hearing date, the Judicial Panel on Multidistrict Litigation ("MDL") set CBR's motion to transfer for a hearing on January 27, 2005.

The Court hereby advises the parties that the hearing on January 7, 2005, shall be limited to oral argument on CBR's motion to stay and to the questions of personal jurisdiction raised in the motions to dismiss filed by Nicholas Didier and Archibald Grabinski. The Court will not hear argument from the parties on the substantive issues raised in the motions to dismiss filed by Stembanc, Inc. and Pharmastem Therapeutics, Inc. Tentative rulings on the motion to stay and the motions to dismiss for lack of personal jurisdiction, as well as questions to be addressed at the hearing will be available on the Court's website on January 6, 2005.

//

//

//

**IT IS SO ORDERED.**

Dated: December 22, 2004         /s/ Jeffrey S. White
                                 JEFFREY S. WHITE
                                 UNITED STATES DISTRICT JUDGE