```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Samuel B. Shepherd (Bar No. 163564)
 2  Matthew W. Meskell (Bar No. 208263)
    Philip J. Wang (Bar No. 218349)
 3  555 Twin Dolphin Drive, Suite 560
    Redwood Shores, CA. 94065
 4  (650) 801-5000 (Telephone)
    (650) 801-5100 (Facsimile)
 5
    Attorneys for Counterclaim Defendants,
 6  STEMBANC, INC. and ARCHIBALD A. GRABINSKI

 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9
                        SAN FRANCISCO DIVISION
10

11

12  PHARMASTEM THERAPEUTICS, INC., a    )  Case No. C 04-3072 (JSW)
    Delaware corporation,                )
13                                       )  STEMBANC, INC.'S AND ARCHIBALD
              Plaintiff,                 )  A. GRABINSKI'S MISCELLANEOUS
14                                       )  ADMINISTRATIVE REQUEST FOR
         vs.                             )  LEAVE TO FILE NOTICE OF
15                                       )  DISMISSAL IN A RELATED CASE
    CORD BLOOD REGISTRY, INC., dba CBR,  )
16  a California corporation, and SUTTER )  JUDGE:    Hon. Jeffrey S. White
    HEALTH, INC., a California corporation,)
17                                       )
              Defendants.                )
18  _____ )
    CBR SYSTEMS, INC., dba CBR, a California)
19  corporation,                         )
                                         )
20            Counterclaimant,           )
                                         )
21       vs.                             )
                                         )
22  PHARMASTEM THERAPEUTICS, INC., a     )
    Delaware corporation; STEMBANC, INC., a)
23  Ohio corporation; NICHOLAS DIDIER; and)
    ARCHIBALD A. GRABINSKI,              )
24                                       )
              Counterdefendants.         )
25  _____ )

26

27

28
```

## MISCELLANEOUS ADMINISTRATIVE REQUEST

Pursuant to Civil Local Rules 7-3(d) and 7-10, third-party Counterclaim-Defendants Stembanc, Inc. ("Stembanc") and Archibald A. Grabinski ("Grabinski") by and through its undersigned counsel, submit the following Miscellaneous Administrative Request for Leave to File Notice of Dismissal in a Related Case. After Stembanc and Grabinski filed their Opposition to Cord Blood Registry, Inc.'s ("CBR") and Sutter Health, Inc.'s ("Sutter") motion to stay proceedings ("Stay Motion"), CorCell, Inc. ("CorCell") voluntarily dismissed its counterclaims against Stembanc in PharmaStem Therapeutics, Inc. v. CorCell, Inc., et al., Civil Action No. 04-03561 RK (E.D. Pa.) ("Pennsylvania Action"). Accordingly, the Stay Order entered in the Pennsylvania Action does not apply to Stembanc. Moreover, the Court should be informed that Stembanc is now a party to only one action subject to CBR's and Sutter's motion to transfer before the Judicial Panel of Multi-district Litigation ("MDL Motion"). Accordingly, Stembanc and Grabinski respectfully request leave of court to file the notice of dismissal in the Pennsylvania Action in support of their opposition to the Stay Motion.

## BACKGROUND FACTS

On October 28, 2004, Counterclaim plaintiff/Defendant CBR and Defendant Sutter filed the Stay Motion, requesting a stay of all proceedings pending resolution of the MDL Motion. On December 5, 2004, Stembanc and Grabinski filed and served their Memorandum of Law in Opposition to CBR's and Sutter's Motion to Stay ("Opposition"), asserting that the proceedings of the counterclaims asserted against Stembanc and Grabinski should not be stayed because, among other reasons, the counterclaims against Stembanc and Grabinski involve distinct issues of law and fact and Stembanc is only a party in two of the actions subject to the MDL Motion. See Opposition at 10. Shortly after the Opposition was filed, CorCell, the counterclaim plaintiff in the Pennsylvania Action, voluntarily dismissed its counterclaims against Stembanc. See Declaration of Philip J. Wang in Support of Miscellaneous Administrative Request ("Wang Decl."), Ex. A (Notice of Dismissal of Counterclaim [sic] As To Stembanc, Inc. Only ("Notice of Dismissal")). Accordingly, Stembanc is no longer in party in the Pennsylvania Action as of December 14, 2004.

On December 20, 2004, CBR and Sutter filed a Notice of Recently Filed Decision, attaching the Eastern District of Pennsylvania District Court's Order dated December 17, 2004 staying all proceedings in the Pennsylvania Action. <u>See</u> Notice of Recently Filed Decision (filed on December 20, 2004). On December 29, 2004, counsel for Stembanc and Grabinski requested that CBR and Sutter stipulate to the filing of the Notice of Dismissal. <u>See</u> Wang Decl. at ¶ 2. Counsel for CBR and Sutter stated that CBR and Sutter do not object to the filing of the Notice of Dismissal, but reserved the right to state their position at the hearing scheduled for January 7, 2005.

## ARGUMENT

Stembanc and Grabinski hereby seek leave to file the Notice of Dismissal for two reasons. First, the Stay Order entered in the Pennsylvania Action does not apply to the counterclaims against Stembanc in the Pennsylvania Action as the claims against it were voluntarily dismissed before the entry of the stay. Accordingly, the stay in the Pennsylvania Action should not influence this Court's consideration of CBR's and Sutter's Stay Motion as it applies to the counterclaims against Stembanc and Grabinski. Moreover, Stembanc's and Grabinski's Opposition asserted that staying the counterclaims against Stembanc and Grabinski would not conserve judicial resources because Stembanc was only a party in two actions subject to the MDL Motion. The Court should be informed that Stembanc is now only a party to one action subject to the MDL Motion.

///
///
///
///
///
///
///
///
///

## CONCLUSION

For the foregoing reasons, this Court should grant leave for Stembanc and Grabinski to file the Notice of Dismissal in the Pennsylvania Action attached as Exhibit "A" to the Wang Declaration in support of their Opposition to the Stay Motion.

Dated: December 29, 2004

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____/s/_____
Samuel B. Shepherd (Bar No. 163564)
Matthew W. Meskell (Bar No. 208263)
Philip J. Wang (Bar No. 218349)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Attorneys for Stembanc, Inc. and Archibald A. Grabinski