1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Samuel B. Shepherd (Bar No. 163564)
2  Matthew W. Meskell (Bar No. 208263)
   Philip J. Wang (Bar No. 218349)
3  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, CA 94065
4  (650) 801-5000 (Telephone)
   (650) 801-5100 (Facsimile)
5
   Attorneys for Counterclaim Defendants,
6  STEMBANC, INC. and ARCHIBALD A. GRABINSKI

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | PHARMASTEM THERAPEUTICS, INC., a ) | Case No. C 04-3072 (JSW)
   | Delaware corporation,            )
13 |                                  ) | **DECLARATION OF PHILIP J. WANG IN**
   |            Plaintiff,            ) | **SUPPORT OF STEMBANC'S AND**
14 |                                  ) | **GRABINSKI'S MISCELLANEOUS**
   |     vs.                          ) | **ADMINISTRATIVE REQUEST**
15 |                                  )
   | CORD BLOOD REGISTRY, INC., dba CBR, ) | **JUDGE:**   Hon. Jeffrey S. White
16 | a California corporation, and SUTTER )
   | HEALTH, INC., a California corporation, )
17 |                                  )
   |            Defendants.           )
18 | _____)
   | CBR SYSTEMS, INC., dba CBR, a California )
19 | corporation,                      )
   |                                  )
20 |            Counterclaimant,      )
   |                                  )
21 |     vs.                          )
   |                                  )
22 | PHARMASTEM THERAPEUTICS, INC., a )
   | Delaware corporation; STEMBANC, INC., a )
23 | Ohio corporation; NICHOLAS DIDIER; and )
   | ARCHIBALD A. GRABINSKI,          )
24 |                                  )
   |            Counterdefendants.    )
25 | _____)

26

27

28

50494/26631.1

WANG DECLARATION
Case No. C 04-3072 JSW

I, Philip J. Wang, declare as follows:

1. I am an attorney admitted to practice in the State of California and am an associate with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for third-party counterclaim defendants Stembanc, Inc. ("Stembanc") and Archibald A. Grabinski ("Grabinski"). I make this declaration in support of Stembanc's and Grabinski's Miscellaneous Administrative Request for Leave to File Notice of Dismissal in a Related Case ("Request"). The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could testify competently to those matters.

2. On December 29, 2004, I spoke to William F. Abrams, counsel for Cord Blood Registry, Inc. ("CBR") and Sutter Health, Inc. ("Sutter"), to request a stipulation to Stembanc's and Grabinski's Request. Mr. Abrams stated that CBR and Sutter do not object to the filing of the notice of dismissal filed in PharmaStem Therapeutics, Inc. v. CorCell, Inc., et al., Civil Action No. 04-03561 RK (E.D. Pa.) ("Pennsylvania Action"), but stated that CBR and Sutter reserve the right to present their position at the January 7, 2005 hearing.

3. Attached hereto as Exhibit A is a true and correct copy of the Notice of Dismissal of Counterclaim [sic] As To Stembanc, Inc. Only filed in the Pennsylvania Action on December 14, 2004.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on this 29th day of December, 2004, at Redwood Shores, California.

/s/
Philip J. Wang