Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHARMASTEM THERAPEUTICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:04-CV-03561-RK |
| | ) | |
| CORCELL, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DISMISSAL OF COUNTERCLAIM AS TO STEMBANC, INC. ONLY

CorCell, Inc., defendant and counterclaim-plaintiff, hereby gives notice of dismissal of its

counterclaim as against Stembanc, Inc. only, without prejudice, pursuant to Federal Rule of Civil

Procedure 41(a)(1).

Respectfully submitted,

James J. Rodgers (PA ID No. 21635; JR797)
Darryl W. Shorter (PA ID No. 87554)
Dawn N. Zubrick (PA ID No. 90732)
DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
(215) 575-7000
Attorneys for Defendant and Counterclaim-
Plaintiff, CorCell, Inc.

Dated: December 14, 2004

566794_1

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2004, a true and correct copy of the foregoing Notice of Dismissal of Counterclaim as to Stembanc, Inc. Only was served by first class mail on the following counsel of record:

Michael D. LiPuma, Esq.
Two Penn Center
Suite 200
Philadelphia, PA 19103

Paul J. Andre, Esquire
Perkins Coie, LLP
101 Jefferson Drive
Menlo Park, CA 94025

Larry Wood, Esquire
Kathleen Mullen, Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

_____ JR797
James J. Rodgers (PA Id. No. 21635)

566794_1