1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Samuel B. Shepherd (Bar No. 163564)
2  Matthew W. Meskell (Bar No. 208263)
   Philip J. Wang (Bar No. 218349)
3  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, CA  94065
4  (650) 801-5000 (Telephone)
   (650) 801-5100 (Facsimile)
5
   Attorneys for Counterclaim Defendants,
6  STEMBANC, INC. and ARCHIBALD A. GRABINSKI

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 PHARMASTEM THERAPEUTICS, INC., a )   Case No. C 04-3072 (JSW)
   Delaware corporation,            )
13                                   )   [PROPOSED] ORDER GRANTING
              Plaintiff,             )   STEMBANC, INC.'S AND ARCHIBALD
14                                   )   A. GRABINSKI'S MISCELLANEOUS
        vs.                          )   ADMINISTRATIVE REQUEST FOR
15                                   )   LEAVE TO FILE NOTICE OF
   CORD BLOOD REGISTRY, INC., dba CBR, )   DISMISSAL IN A RELATED CASE
16 a California corporation, and SUTTER )
   HEALTH, INC., a California corporation, )
17                                   )   JUDGE:    Hon. Jeffrey S. White
              Defendants.            )
18 _____ )
   CBR SYSTEMS, INC., dba CBR, a California )
19 corporation,                      )
                                     )
20            Counterclaimant,       )
                                     )
21      vs.                          )
                                     )
22 PHARMASTEM THERAPEUTICS, INC., a  )
   Delaware corporation; STEMBANC, INC., a )
23 Ohio corporation; NICHOLAS DIDIER; and )
   ARCHIBALD A. GRABINSKI,           )
24                                   )
              Counterdefendants.     )
25 _____ )

26

27

28

1        Having considered third-party counterclaim defendants Stembanc, Inc.'s
2 ("Stembanc") and Archibald A. Grabinski's ("Grabinski") Miscellaneous Administrative Request
3 for Leave to File Notice of Dismissal in a Related Case ("Request"), the parties' papers in support
4 and opposition, and all relevant pleadings and papers filed in this action.
5        IT IS HEREBY ORDERED THAT Stembanc's and Grabinski's Request is
6 GRANTED.
7
8        IT IS SO ORDERED.
9
10
11 Dated: _____      _____
12                                                     HONORABLE JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT COURT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

50494/26529.1

[PROPOSED] ORDER
Case No. C 04-3072 JSW