IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CORD BLOOD REGISTRY INC., dba CBR, a California corporation, and SUTTER HEALTH INC., a California corporation,<br><br>  Defendants.<br>_____/<br>CBR SYSTEMS, INC. dba CBR, a California corporation,<br><br>  Counterclaimant,<br><br>  v.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, STEMBANC, INC., an Ohio corporation, NICHOLAS DIDIER, and ARCHIBALD GRABINSKI,<br><br>  Counterdefendants.<br>_____/ | No. C 04-03072 JSW<br><br>**ORDER GRANTING STEMBANC, INC.'S AND ARCHIBALD GRABINSKI'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE NOTICE OF DISMISSAL IN A RELATED CASE** |

The Court has received the Miscellaneous Administrative Request for Leave to File Notice of Dismissal in a Related Action filed by Stembanc, Inc. ("Stembanc") and Archibald Grabinski ("Grabinski").

Stembanc and Grabinski represent to the Court that CBR Systems, Inc. ("CBR") and Sutter Health, Inc. ("Sutter") do not oppose the filing of the notice of dismissal, but have reserved their rights to "state their position" at the motions hearing set for January 7, 2005.

The Court notes that the Notice of Dismissal at issue is submitted as an Exhibit to the Declaration of Philip J. Wang in support of the miscellaneous administrative request, and, thus, is now on file in this action. Further, because CBR and Sutter do not oppose the filing of the notice of dismissal, the Court will consider the fact that Stembanc and Grabinski are no longer parties in the Pennsylvania action in considering the motion to stay. The Court will hear from CBR and Sutter as to their position on this fact at the hearing.

Accordingly, Stembanc's and Grabinski's Miscellaneous Administrative Request is GRANTED. In the future, when a party does not oppose the filing of a particular document, but merely reserves its rights to present argument on how that document should be considered in connection with a motion or other pending mater, the parties are HEREBY ORDERED to submit a stipulation and proposed order to that effect.

**IT IS SO ORDERED.**

Dated: January 3, 2005                    /s/ Jeffrey S. White
                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE