# APPENDIX A

**Claim Charts:**

| Claim 17 of the '645 Patent | |
|---|---|
| Claim Language (Terms Potentially Requiring Construction in **Bold**) | PharmaStem's Proposed Construction and Evidence in Support |
| 17. A pharmaceutical composition comprising | The preamble requires no construction. |
| (a) viable human neonatal or fetal **hematopoietic stem cells** derived from the umbilical cord or placental blood of a single human collected at the birth of said human, | PROPOSED CONSTRUCTION: cells capable of effecting repopulation of blood and other hematopoietic organs.<br><br>DICTIONARY/TREATISE DEFINITIONS: Webster's Dictionary (hematopoiesis: the making of blood; blood formation); Stedman's Medical Dictionary (hemopoietic; hematopoietic; hematoplastic; hemogenic; hemoplastic; sanguiaficent; pertaining to or related to the formation of blood cells).<br><br>INTRINSIC EVIDENCE: '645 Patent at col. 1:30-63 (The morphologically recognizable and functionally capable cells circulating in blood . . . derive from and are replaced, on demand, by morphologically recognizable dividing precursor cells for the respective lineages . . . The precursor cells derive from more primitive cells that can simplistically be divided into two major subgroups: stem cells and progenitor cells []. The definitions of stem and progenitor cells are operational and depend on functional, rather than on morphological, criteria. Stem cells have extensive self-renewal or self-maintenance capacity [], a necessity since absence or depletion of these cells could result in the complete depletion of one or more cell lineages, events that would lead within a short time to disease and death. Some of the stem cells differentiate upon need, but some stem cells or their daughter cells produce other stem cells to maintain the precious pool of these cells. Thus, in addition to maintaining their own kind, pluripotential stem cells are capable of differentiation into several sublines of progenitor cells with more |

PHARMASTEM'S MOTION FOR A PRELIMINARY
INJUNCTION AGAINST CBR
CASE NO. 04-3072 JSW                    A-1

40923-0005/BY043560.059]

| | |
|---|---|
| | limited self-renewal capacity or no self-renewal capacity. These progenitor cells ultimately give rise to the morphologically recognizable precursor cells.).<br><br>EXTRINSIC EVIDENCE: Jury Instruction 3.2, in the litigation of the "grandfather" '681 Patent[45] ("hematopoietic stem cells" means "cells capable of effecting repopulation of blood and other hematopoietic organs"). |
| in which said cells are present **in an amount sufficient to effect hematopoietic reconstitution of a human adult,** | This claim term requires no construction. In Jury Instruction 3.2, in the litigation of the "grandfather" '681 Patent, the entire phrase "[hematopoietic stem cells] in an amount sufficient to effect hematopoietic reconstitution of a human adult" was construed to mean "present in an amount that is as much as is needed to effect hematopoietic reconstitution of a human adult."[46] As can be seen from the prior claim construction, the term "in an amount sufficient" was given its plain meaning, while the term "hematopoietic reconstitution" was not construed at all.<br><br>If the term "in an amount sufficient" or the term "hematopoietic reconstitution" requires construction, then PharmaStem proposes the following construction.<br><br>PROPOSED CONSTRUCTION: in an amount that is as much as is needed to effect repopulation of a human adult's blood and other hematopoietic organs.<br><br>DICTIONARY/TREATISE DEFINITIONS: Webster's Dictionary (sufficient: enough; equal to the end proposed; adequate to wants; as much as is needed); *Id.* (hematopoiesis: the making of blood; blood formation); *Id.* (reconstitution: the act of re-forming, or forming anew; a restoration); Stedman's |

---

[45] *See* Kobialka Decl., Exh. 4, at page 15.

[46] *See* Kobialka Decl., Exh. 4, at page 15.

40923-0005/BY043560.059]

Medical Dictionary (hemopoietic: hematopoietic; hematoplastic; hemogenic; hemoplastic; sanguifacient; pertaining to or related to the formation of blood cells).

INTRINSIC EVIDENCE: '645 Patent at col. 11:55 to col. 12:20 ("In a preferred embodiment, volumes of 50 ml or more of neonatal blood are obtained. . . . The [] information suggests that as little as 50 ml of cord blood contains enough of the appropriate cells to repopulate the hematopoietic system of an adult, and it is possible that even less cord blood would have the same effect."); '645 Patent at col. 2:65 to col. 3:16 (Reconstitution of the hematopoietic system has been accomplished by bone marrow transplantation. . . Thus, stem and progenitor cells in donated bone marrow can multiply and replace the blood cells responsible for protective immunity, tissue repair, clotting, and other function of the blood. In a successful bone marrow transplantation, the blood, bone marrow, spleen, thymus and other organs of immunity are repopulated with cells derived from the donor.); '645 Patent at col. 23:60 to col. 24:3 (The neonatal hematopoietic stem and progenitor cells of the present invention can be used therapeutically for hematopoietic reconstitution, with either syngeneic or allogeneic hosts. The neonatal cells can be introduced into a patient for repopulation of the blood and other hematopoietic organs in the treatment or prevention of various diseases or disorders . . .).

EXTRINSIC EVIDENCE: Jury Instruction 3.2, in the litigation of the "grandfather" '681 Patent[47] ("[hematopoietic stem cells] in an amount sufficient to effect hematopoietic reconstitution of a human adult" means "present in an amount that is as much as is needed to effect hematopoietic reconstitution

---

[47] See Kobialka Decl., Exh. 4, at page 15.

| | | |
|---|---|---|
| 1 | | of a human adult."). |
| 2 | which cells have been **cryopreserved**; and | This claim term requires no construction.  If the term "cryopreserved" requires construction, then PharmaStem offers the following construction. |
| 3 | | |
| 4 | | |
| 5 | | PROPOSED CONSTRUCTION:  stored at very low temperatures. |
| 6 | | |
| 7 | | DICTIONARY/TREATISE DEFINITIONS: Stedman's Medical Dictionary (cryopreservation: Maintenance of the viability of the excised tissues or organs at extremely low temperatures). |
| 8 | | |
| 9 | | |
| 10 | | INTRINSIC EVIDENCE:  '645 Patent at col. 20:10-22 (The freezing of cells is ordinarily destructive, on cooling, water within the cell freezes.  Injury then occurs by osmotic effects on the cell membrane, cell dehydration, solute concentration, and ice crystal formation. . . These injurious effects can be circumvented by (a) use of a cryoprotective agent, (b) control of the freezing rate, and (c) storage at a temperature sufficiently low to minimize degradative reactions.). |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | (b)  a **pharmaceutically acceptable carrier**. | This claim term requires no construction.  If the term "pharmaceutically acceptable carrier" requires construction, then PharmaStem offers the following construction. |
| 18 | | |
| 19 | | |
| 20 | | PROPOSED CONSTRUCTION:  any medically acceptable carrier, including but not limited to saline, buffered saline, dextrose and water. |
| 21 | | |
| 22 | | |
| 23 | | DICTIONARY/TREATISE DEFINITIONS: Webster's Dictionary (pharmaceutical: of pharmacy; pharmacy: the art or profession of preparing, preserving, and compounding medicines and drugs and of dispensing them according to the prescriptions of physicians). |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | INTRINSIC EVIDENCE:  '645 Patent at col. |
| 28 | | |

| | 24:14-19 (The present invention provides pharmaceutical compositions comprising the neonatal stem and progenitor cells of the invention, which have been cryopreserved, and a pharmaceutically acceptable carrier. Such carriers include any sterile biocompatible pharmaceutical carrier, including but not limited to saline, buffered saline, dextrose and water.). |
|---|---|

**Claim 46 of the '427 Patent**

| Claim Language (Terms Potentially Requiring Construction in **Bold**) | PharmaStem's Proposed Construction and Evidence in Support |
|---|---|
| 46.  A method for treating a human patient in need of hematopoietic reconstitution comprising | The preamble requires no construction or should be construed consistently with the terms below. |
| introducing into the human patient | This claim term requires no construction. |
| a composition comprising human neonatal or fetal **hematopoietic stem cells** derived from the umbilical cord blood or placental blood of a human collected at birth of said human, | PROPOSED CONSTRUCTION:  cells capable of effecting repopulation of blood and other hematopoietic organs.

DICTIONARY/TREATISE DEFINITIONS: Webster's Dictionary (hematopoiesis: the making of blood; blood formation); Stedman's Medical Dictionary (hemopoietic: hematopoietic; hematoplastic; hemogenic; hemoplastic; sanguifacient; pertaining to or related to the formation of blood cells).

INTRINSIC EVIDENCE:  '427 Patent at col. 3:15-48 (The morphologically recognizable and functionally capable cells circulating in blood . . . derive from and are replaced, on demand, by morphologically recognizable dividing precursor cells for the respective lineages . . . The precursor cells derive from more primitive cells that can simplistically be divided into two major subgroups: stem cells and progenitor cells [].  The definitions of stem and progenitor cells are operational and depend on functional, rather than on morphological, criteria.  Stem cells have extensive self-renewal or self-maintenance capacity [], a necessity since absence or depletion of these cells could result in the complete depletion of one or more cell |

| | |
|---|---|
| | lineages, events that would lead within a short time to disease and death. Some of the stem cells differentiate upon need, but some stem cells or their daughter cells produce other stem cells to maintain the precious pool of these cells. Thus, in addition to maintaining their own kind, pluripotential stem cells are capable of differentiation into several sublines of progenitor cells with more limited self-renewal capacity or no self-renewal capacity. These progenitor cells ultimately give rise to the morphologically recognizable precursor cells.). |
| | **EXTRINSIC EVIDENCE:** Jury Instruction 3.2, in the litigation of the "grandfather" '681 Patent[48] ("hematopoietic stem cells" means "cells capable of effecting repopulation of blood and other hematopoietic organs"). |
| in which the stem cells have been previously **cryopreserved**, | This claim term requires no construction. If the term "cryopreserved" requires construction, then PharmaStem offers the following construction. |
| | **PROPOSED CONSTRUCTION:** stored at very low temperatures. |
| | **DICTIONARY/TREATISE DEFINITIONS:** Stedman's Medical Dictionary (cryopreservation: Maintenance of the viability of the excised tissues or organs at extremely low temperatures). |
| | **INTRINSIC EVIDENCE:** '427 Patent at col. 21:63 to col. 22:8 (The freezing of cells is ordinarily destructive, on cooling, water within the cell freezes. Injury then occurs by osmotic effects on the cell membrane, cell dehydration, solute concentration, and ice crystal formation. . . These injurious effects can be circumvented by (a) use of a cryoprotective agent, (b) control of the freezing rate, and (c) storage at a temperature sufficiently low to minimize degradative |

[48] *See* Kobialka Decl., Exh. 4, at page 15.

PHARMASTEM'S MOTION FOR A PRELIMINARY
INJUNCTION AGAINST CBR
CASE NO. 04-3072 JSW                   A-6

40923-0005/BY043560.059]

| | |
|---|---|
| | reactions.). |
| so as to provide **hematopoietic reconstitution**. | This claim term requires no construction. If the term "hematopoietic reconstitution" requires construction, then PharmaStem proposes the following construction. |
| | PROPOSED CONSTRUCTION: repopulation of a human patient's blood and other hematopoietic organs. |
| | DICTIONARY/TREATISE DEFINITIONS: Webster's Dictionary (hematopoiesis: the making of blood; blood formation); Stedman's Medical Dictionary (hemopoietic; hematopoietic; hematoplastic; hemogenic; hemoplastic; sanguifacient; pertaining to or related to the formation of blood cells); Webster's Dictionary (reconstitution: the act of re-forming, or forming anew; a restoration). |
| | INTRINSIC EVIDENCE: '427 Patent at col. 4:52 to col. 5:2 (Reconstitution of the hematopoietic system has been accomplished by bone marrow transplantation. . . Thus, stem and progenitor cells in donated bone marrow can multiply and replace the blood cells responsible for protective immunity, tissue repair, clotting, and other function of the blood. In a successful bone marrow transplantation, the blood, bone marrow, spleen, thymus and other organs of immunity are repopulated with cells derived from the donor.); '427 Patent at col. 25:37-45 (The neonatal hematopoietic stem and progenitor cells of the present invention can be used therapeutically for hematopoietic reconstitution, with either syngeneic or allogeneic hosts. The neonatal cells can be introduced into a patient for repopulation of the blood and other hematopoietic organs in the treatment or prevention of various diseases or disorders . . .). |
| **Claim 49 of the '427 Patent** ||
| Claim Language (Terms Potentially | PharmaStem's Proposed Construction and |

| Requiring Construction in **Bold**) | Evidence in Support |
|---|---|
| A method for storing human neonatal or fetal hematopoietic stem cells derived from the blood, said method comprising | The preamble requires no construction or should be construed consistently with the terms below. |
| **cryopreserving** human neonatal or fetal blood components | This claim term requires no construction.  If the term "cryopreserving" requires construction, then PharmaStem offers the following construction.

PROPOSED CONSTRUCTION:  storing at very low temperatures.  (Same as Claim 46 of the '427 Patent.) |
| containing human neonatal or fetal **hematopoietic stem cells** from the umbilical cord blood or placental blood of a single human collected at the birth of said human, such that the cells remain viable, | PROPOSED CONSTRUCTION:  cells capable of effecting repopulation of blood and other hematopoietic organs.  (Same as Claim 46 of the '427 Patent.) |
| in which said cells are present **in an amount sufficient to effect hematopoietic reconstitution of a human adult**. | This claim term requires no construction.  In Jury Instruction 3.2, in the litigation of the "grandfather" '681 Patent, the entire phrase "[hematopoietic stem cells] in an amount sufficient to effect hematopoietic reconstitution of a human adult" was construed to mean "present in an amount that is as much as is needed to effect hematopoietic reconstitution of a human adult."[49]  As can be seen from the prior claim construction, the term "in an amount sufficient" was given its plain meaning, while the term "hematopoietic reconstitution" was not construed at all.

If the term "in an amount sufficient" or the term "hematopoietic reconstitution" requires construction, then PharmaStem proposes the following construction.

PROPOSED CONSTRUCTION:  in an amount that is as much as is needed to effect repopulation of a human adult's blood and other hematopoietic organs.

DICTIONARY/TREATISE DEFINITIONS:  Webster's Dictionary (sufficient: enough; |

---

[49] *See* Kobialka Decl., Exh. 4, at page 15.

PHARMASTEM'S MOTION FOR A PRELIMINARY
INJUNCTION AGAINST CBR
CASE NO. 04-3072 JSW                    A-8

40923-0005/BY043560.059]

equal to the end proposed; adequate to wants; as much as is needed); *Id.* (hematopoiesis: the making of blood; blood formation); *Id.* (reconstitution: the act of re-forming, or forming anew; a restoration); Stedman's Medical Dictionary (hemopoietic: hematopoietic; hematoplastic; hemogenic; hemoplastic; sanguifacient; pertaining to or related to the formation of blood cells).

INTRINSIC EVIDENCE: '427 Patent at col. 13:32-45 ("In a preferred embodiment, volumes of 50 ml or more of neonatal blood are obtained. . . . The [] information suggests that as little as 50 ml of cord blood contains enough of the appropriate cells to repopulate the hematopoietic system of an adult, and it is possible that even less cord blood would have the same effect."); '427 Patent at col. 4:52 to col. 5:2 (Reconstitution of the hematopoietic system has been accomplished by bone marrow transplantation. . . Thus, stem and progenitor cells in donated bone marrow can multiply and replace the blood cells responsible for protective immunity, tissue repair, clotting, and other function of the blood. In a successful bone marrow transplantation, the blood, bone marrow, spleen, thymus and other organs of immunity are repopulated with cells derived from the donor.); '427 Patent at col. 25:37-45 (The neonatal hematopoietic stem and progenitor cells of the present invention can be used therapeutically for hematopoietic reconstitution, with either syngeneic or allogeneic hosts. The neonatal cells can be introduced into a patient for repopulation of the blood and other hematopoietic organs in the treatment or prevention of various diseases or disorders . . .).

EXTRINSIC EVIDENCE: Jury Instruction 3.2, in the litigation of the "grandfather" '681 Patent[50] ("[hematopoietic stem cells] in an

---

[50] *See* Kobialka Decl., Exh. 4, at page 15.

| | amount sufficient to effect hematopoietic reconstitution of a human adult" means "present in an amount that is as much as is needed to effect hematopoietic reconstitution of a human adult."). |
|---|---|

**APPENDIX B**

**Infringement Charts:**

| Claim 17 of the '645 Patent | |
|---|---|
| Claim (Elements in **Bold**) | Infringement Evidence |
| 17.  A pharmaceutical composition comprising (a) **viable** | CBR Statements:<br>"**How do you process the cord blood?**  We use a proprietary density gradient separation method, the highest standard adapted for cord blood processing. Our expert laboratory technicians take the extra step of removing the red blood cells from your baby's cord blood sample. Our processing method is preferred by transplant physicians because:<br>■   It minimizes the risk of blood type (ABO) incompatibility if the cord blood is needed for someone other than the newborn.<br>■   It significantly reduces the use of DMSO, a protectant used in cryopreservation, which can cause problematic side effects when a sample is used.<br>■   It minimizes free hemoglobin which is released when red blood cells that remain in the sample burst during the thawing process. Free hemoglobin stresses the kidneys of the transplant recipient. Additionally, the bursting of the red blood cells reduces stem cell viability."[51]<br><br>"**How long can cord blood stem cells be stored in liquid nitrogen?** 'There is no evidence at present that [cord blood stem] cells stored at minus 196 degrees Celsius in an undisturbed manner lose either in vitro-determined viability or biological activity. Therefore, at the current time, no expiration date need be assigned to cord blood stored continuously under liquid nitrogen.'— Guidelines for Collection, Processing and Storage of Cord Blood Stem Cells; New York State Department of Health[.] Current data reflects that cord blood cells stored for fifteen years have the same composition as they did at the time of storage. All science involving cryogenic storage of cells also indicates that the cells should remain viable indefinitely."[52] |
| **human neonatal or fetal hematopoietic stem cells** | CBR Statements:<br>"Cord blood, which is also called 'placental blood,' is the blood that remains in the umbilical cord and placenta following birth and after the cord is cut. Cord blood is routinely discarded with the placenta and umbilical cord.  Your baby's umbilical cord blood is a valuable |

---

[51] *See* Kobialka Decl., Exh. 10, at page 2.

[52] *See* Kobialka Decl., Exh. 10, at page 4.

PHARMASTEM'S MOTION FOR A PRELIMINARY
INJUNCTION AGAINST CBR
CASE NO. 04-3072 JSW                                   B-1

40923-0005/BY043560.059]

| | |
|---|---|
| | source of stem cells, which are genetically unique to your baby and family."[53]<br><br>"The stem cells found in cord blood are the building blocks of your blood and immune system and most readily reproduce into:<br>▪ Red Blood Cells—which carry oxygen to all the cells in the body<br>▪ White Blood Cells—which fight infection<br>▪ Platelets—which aid in clotting in the event of injury"[54] |
| **derived from the umbilical cord or placental blood of a single human collected at the birth of said human,** | CBR Statements:<br>"Cord blood is collected from the umbilical cord immediately after the birth of the baby and after the cord has been cut. This blood is routinely discarded and collecting it does not alter normal birthing procedures. The collection can only take place at the time of delivery and is normally performed by your caregiver."[55]<br><br>"You will receive a collection kit for your baby's cord blood stem cells. Your kit contains all the items your caregiver will need to collect your baby's cord blood. However, you must remember to take the kit with you to the hospital when you deliver."[56]<br><br>"After the collection, the labor and delivery staff will return the collection kit to you or a designated family member. The collection kit is pre-labeled and is ready to be shipped 'as-is.' . . . CBR's automated tracking system will monitor your shipment until it is safely delivered to our lab."[57] |
| in which said cells are present **in an amount sufficient to effect hematopoietic reconstitution of a human adult,** | CBR Statements:<br>"Currently, stem cells are primarily used in transplant medicine to regenerate a patient's blood and immune system after they have been treated with chemotherapy and/or radiation to destroy cancer cells.  At the same time the chemotherapy and radiation destroys the cancer cells in a patient, they also destroy stem cells. Therefore, an infusion of stem cells or a stem cell transplant is performed after the chemotherapy and/or radiation treatment. The stem cells then migrate to the patient's bone marrow where they multiply and regenerate all of the cells to create a new blood and immune system for the patient."[58] |

---

[53] *See* Kobialka Decl., Exh. 7, at page 1.

[54] *See* Kobialka Decl., Exh. 7, at page 2.

[55] *See* Kobialka Decl., Exh. 8, at pages 1-2.

[56] *See* Kobialka Decl., Exh. 8, at page 3.

[57] *See* Kobialka Decl., Exh. 9, at page 1.

[58] *See* Kobialka Decl., Exh. 7, at page 2.

---

1

2    "Does blood from the umbilical cord contain a sufficient quantity
     of stem cells for use in an adult patient?  Yes. A recent article in
3    The New England Journal of Medicine (June 14, 2002) by M.J.
     Laughlin and other researchers established that umbilical cord
4    blood contains enough stem cells for use by an adult.  The article,
     "Hematopoietic engraftment and survival in adult recipients of
5    umbilical cord blood from unrelated donors," appears on the Cbr
     Web site, www.cordbood.com/science."[59]
6

7    "Who in the family can use the newborn's stem cells?  The
     potential uses of cord blood within the family are many.  Not only
8    can the child from whom the cord blood was obtained use it, but
     *there are also uses for the mother*, and there's a fifty-fifty chance
9    of use for the other brothers and sisters in the family."[60]

10

11   [59] *See* Kobialka Decl., Exh. 11, at page 5.

12   [60] *See* Kobialka Decl., Exh. 14, at accompanying Transcript.

     [61] *See* Kobialka Decl., Exh. 15, at page 2.

13   [62] *See* Kobialka Decl., Exh. 16, at page 2 (emphasis added).

14   [63] *See* Kobialka Decl., Exh. 17, at page 2.

15   [64] *See* Kobialka Decl., Exh. 18, at page 3.

     [65] *See* Kobialka Decl., Exh. 10, at pages 5-6.

16   [66] *See* Kobialka Decl., Exh. 10, at page 6 (emphasis added).

17   [67] *See* Kobialka Decl., Exh. 19.

18   [68] *See* Kobialka Decl., Exh. 20 (emphasis added).

19   [69] *See* Kobialka Decl., Exh. 21.

     [70] *See* Kobialka Decl., Exh. 22.

20   [71] *See* Kobialka Decl., Exh. 23.

21   [72] *See* Kobialka Decl., Exh. 24.

22   [73] *See* Kobialka Decl., Exh. 25.

     [74] *See* Kobialka Decl., Exh. 26.

23   [75] *See* Kobialka Decl., Exh. 27.

24   [76] *See* Kobialka Decl., Exh. 28.

25   [77] *See* Kobialka Decl., Exh. 29.

     [78] *See* Kobialka Decl., Exh. 30.

26   [79] *See* Kobialka Decl., Exh. 31.

27   [80] *See* Kobialka Decl., Exh. 32.

     [81] *See* Kobialka Decl., Exh. 33.

28

"**Why do families choose to collect and store their baby's cord blood?**  A Once-in-a-Lifetime Opportunity—Only at Birth[.] At an increasing rate, expectant parents are storing cord blood for their families, not only as a potential life-saving resource for current uses of stem cells, but also for their future potential. *Some families have more defined risk factors, but most often, parents bank for the security in knowing the health benefits stem cells may someday offer their children, themselves, or other family members.*"[61]

"**Family Use**  One of the unique characteristics about your baby's cord blood stem cells is that they can be used by siblings or other relatives in many circumstances where bone marrow stem cells cannot. . . *First- and second-degree relatives of the newborn, including siblings, parents, grandparents, cousins, aunts, and uncles, may be a sufficient match to use the stem cells.*"[62]

"**The Benefits of Family Cord Blood Banking**  Cord blood stem cells are not just for your baby.  It's really an investment for the whole family.  Virtually all mothers and about half siblings will be a suitable match for baby's stem cells."[63]

"**Here is what medical experts have to say:**
**CORD BLOOD AND ADULT USE**
'Umbilical-cord blood from unrelated donors can restore hematopoiesis in adults who receive myeloablative therapy and is associated with acceptable rates of severe acute and chronic GVHD.'
Mary J. Laughlin, M.D., Juliet Barker, M.D., Barbara Bambach, M.D., et. al. New England Journal of Medicine, June 14, 2001[.]"[64]

"**If my family ever needs the sample how do we retrieve it?**
Should the need arise, Cord Blood Registry's client services department and your physician would make arrangements for confirmatory testing, release, and transportation of your baby's stem cells to a designated hospital."[65]

"**Have any of your samples been requested for use in transplant?**  Yes. We have more experience providing samples for use in transplant than any other family bank. To date, Cord Blood Registry has provided thirty samples for use in transplantation. In all cases, the stem cells proved viable for transplant—the ultimate validation of our collection, processing, and storage procedures. While most samples have been used for siblings, our samples have been used in two other notable transplants:

- ■ *Newborn to Mom. A newborn's cord blood stem cells were transplanted to her mother to treat chronic myelogenous leukemia (CML)...."*[66]

"**Quality Service Guarantee:**  As a client of Cord Blood Registry, your baby's sample is backed by our unique quality service guarantee. If you need to use your child's cord blood stem cells for transplantation and the cells fail to engraft, you'll receive a refund of all fees paid to CBR and an additional $50,000."[67]

"**Disclaimer:**  "The cord blood stem cells from a newborn are an exact HLA match for the newborn from which they were obtained *and may also be a useful match for the mother, father, sibling, or cousin.*"[68]

CBR Actual Transplants:

The following chart summarizes the adult and/or near-adult use data provided on CBR's website.[69]

| Date of Tx | Recipient Sex/Age (years) | Engraftment/# of Days |
|---|---|---|
| 2/12/00 | F/16.7 | Engrafted/33 |
| 5/18/01 | F/43.6 | Engrafted |
| 6/14/01 | M/18.1 | Engrafted/16 |

Scientific Journal Articles/Studies:
(Internal citations omitted.  Full summaries provided at Appendix C.)

Harris, D. T., *Cord Blood Banking and Its Potential Clinical Applications.*[70]
"[Q]uestions have been raised as to whether cord blood transplantation would ever be suitable for adult use, or restricted to use in children.  To date, the smallest amount of cord blood ever used in a successful transplant has been 43 cc, and the largest patient ever successfully transplanted is now 85 kg.  *Thus, it appears that a typical cord blood collection is of sufficient size for use in almost all transplant conditions.*"

Laughlin, M. J., *et al.*, *Hematopoietic Engraftment And Survival In Adult Recipients Of Umbilical-Cord Blood From Unrelated Donors*, New England Journal of Medicine (2001)("Laughlin").[71]

*"In summary, the results of this study demonstrate that HLA-mismatched umbilical-cord blood from unrelated donors is a feasible alternative source of hematopoietic stem cells for transplantation in adults."*

*Umbilical Cord Stem Cell Transplants Should Not Be Limited By Age*, The Blue Sheet (Food and Drug Administration), March 5, 2003 ("FDA Blue Sheet").[72]
"Placental *cord blood transplant recipient age should not be a factor.*"

Sanz, G. F., *et al.*, *Standarized, Unrelated Donor Cord Blood Transplantation in Adults with Hematologic Malignancies*, Blood (2001)("Sanz").[73]
"[Cord blood transplantation], despite the low cellular dose infused, is capable of promoting sustained hematopoietic engraftment in most adult recipients."

Gluckman. E., *Current Status of Umbilical Cord Blood Hematopoietic Stem Cell Transplantation*, Experimental Hematology (2000)("Gluckman").[74]
"[R]esults show that [cord blood transplantation] can be a good option for adults."

Iseki, T., *et al.*, *Unrelated Cord Blood Transplantation in Adults with Hematological Malignancy: A Single Institution Experience*, Blood Abstract #2789 (2000)("Iseki").[75]
"[Cord blood transplantation in adults] was comparable to that of standard bone marrow transplantation."

Ooi, J., *et al.*, *Unrelated Cord Blood Transplantation for Adults Patients with Advanced Myelodysplastic Syndrome*, Blood (2003)("Ooi I").[76]
"[Adult patients] should be considered candidates for [cord blood transplants]."

Ooi, J., *et al.*, *Unrelated Cord Blood Transplantation for Adults Patients with De Novo Acute  Myeloid Leukemia*, Blood (2004)("Ooi II").[77]
(Same as Ooi I.)

Long, G. D., *et al.*, *Unrelated Cord Blood Transplantation in Adults Patients*, Biology of Blood and Marrow Transplantation (2003)("Long").[78]
"These results suggest that unrelated umbilical cord blood transplantation is a viable option for adult patients."

| | |
|---|---|
| | Koh, L-P, *et al., Umbilical Cord Blood Transplantation in Adults Using Myeloablative and Nonmyeloablative Preparative Regimens*, Biology of Blood and Marrow Transplantation (2004)("Koh").[79] "The concern of limited doses leading to a higher risk of primary graft failure in adults is related to the disproportionate difference between the number of nucleated cells in the [umbilical cord blood] graft and the adult body weight, giving rise to relative fewer infused cells per kilogram of the recipient body weight, especially in heavier patients.  However, the available data on adult recipients of unrelated [umbilical cord blood transplants] thus far have shown the [umbilical cord blood] contained sufficient numbers of hematopoietic stem cells to achieve engraftment." |
| | Moscardo, F., *et al., Unrelated-Donor Cord Blood Transplantation for Adult Hematological Malignancies*, Leukemia & Lymphoma (2004)("Moscardo").[80] "The reported data show that, contrary to initial concerns, [cord blood transplants] can promote engraftment in the majority of adult patients." |
| | Barker, J. N., *et al., Rapid and Complete Donor Chimerism in Adult Recipients of Unrelated Donor Umbilical Cord Blood Transplantation After Reduced-Intensity Conditioning*, Blood (2003)("Barker").[81] "[The] data demonstrates that 0-2 antigen mismatched [umbilical cord blood] is sufficient to engraft most adults after reduced-intensity conditioning." |
| which cells have been **cryopreserved**; and | CBR Statements: **"How do you process the cord blood?**  We use a proprietary density gradient separation method, the highest standard adapted for cord blood processing. Our expert laboratory technicians take the extra step of removing the red blood cells from your baby's cord blood sample. Our processing method is preferred by transplant physicians because: <ul><li>It minimizes the risk of blood type (ABO) incompatibility if the cord blood is needed for someone other than the newborn.</li><li>It significantly reduces the use of DMSO, a protectant used in cryopreservation, which can cause problematic side effects when a sample is used.</li><li>It minimizes free hemoglobin which is released when red blood cells that remain in the sample burst during the thawing process. Free hemoglobin stresses the kidneys of the transplant</li></ul> |

|  | recipient. Additionally, the bursting of the red blood cells reduces stem cell viability."[82] |
|---|---|
|  | **"How long can cord blood stem cells be stored in liquid nitrogen?** 'There is no evidence at present that [cord blood stem] cells stored at minus 196 degrees Celsius in an undisturbed manner lose either in vitro-determined viability or biological activity. Therefore, at the current time, no expiration date need be assigned to cord blood stored continuously under liquid nitrogen.'— Guidelines for Collection, Processing and Storage of Cord Blood Stem Cells; New York State Department of Health[.] Current data reflects that cord blood cells stored for fifteen years have the same composition as they did at the time of storage. All science involving cryogenic storage of cells also indicates that the cells should remain viable indefinitely."[83] |
| (b) a **pharmaceutically acceptable carrier**. | CBR uses anticoagulants during the collection of the cord blood.[84] CBR also uses the cryoprotectant DMSO in processing the CBU for cryogenic storage.[85] Furthermore, DMSO must be diluted, meaning CBR likely uses yet another pharmaceutically acceptable carrier in its CBUs. Additionally, CBR also separates out the red blood cells from its CBUs,[86] meaning that it most likely adjusts its CBU volumes with yet another pharmaceutically acceptable carrier for storage in its CBU "cryovials."[87] |

| Claim 46 of the '427 Patent | |
|---|---|
| Claim (Elements in **Bold**) | Infringement Evidence |
| 46. A method for treating a human patient in need of hematopoietic reconstitution comprising **introducing into the human patient** | CBR Statements: "Currently, stem cells are primarily used in transplant medicine to regenerate a patient's blood and immune system after they have been treated with chemotherapy and/or radiation to destroy cancer cells. At the same time the chemotherapy and radiation destroys the cancer cells in a patient, they also destroy stem cells. Therefore, an infusion of stem cells or a stem cell transplant is performed after the chemotherapy and/or radiation treatment. The stem cells then migrate to the patient's bone marrow where they multiply and |

---

[82] *See* Kobialka Decl., Exh. 10, at page 2.

[83] *See* Kobialka Decl., Exh. 10, at page 4.

[84] *See* Kobialka Decl., Exh. 34.

[85] *See* Kobialka Decl., Exh. 10, at page 2.

[86] *See* Kobialka Decl., Exh. 10, at page 2.

[87] *See* Kobialka Decl., Exh. 35.

| | |
|---|---|
| | regenerate all of the cells to create a new blood and immune system for the patient."[88]<br><br>**"If my family ever needs the sample how do we retrieve it?** Should the need arise, Cord Blood Registry's client services department and your physician would make arrangements for confirmatory testing, release, and transportation of your baby's stem cells to a designated hospital."[89]<br><br>**"Have any of your samples been requested for use in transplant?** Yes. We have more experience providing samples for use in transplant than any other family bank. To date, Cord Blood Registry has provided thirty samples for use in transplantation. In all cases, the stem cells proved viable for transplant—the ultimate validation of our collection, processing, and storage procedures. While most samples have been used for siblings, our samples have been used in two other notable transplants:<br>■ *Newborn to Mom. A newborn's cord blood stem cells were transplanted to her mother to treat chronic myelogenous leukemia (CML)...."*[90]<br><br>**"Quality Service Guarantee:** As a client of Cord Blood Registry, your baby's sample is backed by our unique quality service guarantee. If you need to use your child's cord blood stem cells for transplantation and the cells fail to engraft, you'll receive a refund of all fees paid to CBR and an additional $50,000."[91]<br><br>CBR Actual Transplants:<br><br>"Cord Blood Registry's experience using stem cells in treatment for our clients in unparalleled. Since 1993, we have released thirty samples for use in stem cell transplants at some of the leading hospitals in the United States. All of CBR's client samples have proven viable when released for use in transplant and were chosen as the best course of treatment by the transplant physicians."[92] |
| a composition comprising **human neonatal or fetal hematopoietic stem** | CBR Statements:<br>"Cord blood, which is also called 'placental blood,' is the blood that remains in the umbilical cord and placenta following birth and after the cord is cut. Cord blood is routinely discarded with the placenta |

[88] *See* Kobialka Decl., Exh. 7, at page 2.

[89] *See* Kobialka Decl., Exh. 10, at pages 5-6.

[90] *See* Kobialka Decl., Exh. 10, at page 6 (emphasis added).

[91] *See* Kobialka Decl., Exh. 19.

[92] *See* Kobialka Decl., Exh. 21.

40923-0005/BY043560.059]

| | | |
|---|---|---|
| cells | | and umbilical cord. Your baby's umbilical cord blood is a valuable source of stem cells, which are genetically unique to your baby and family."[93]<br><br>"The stem cells found in cord blood are the building blocks of your blood and immune system and most readily reproduce into:<br>• Red Blood Cells—which carry oxygen to all the cells in the body<br>• White Blood Cells—which fight infection<br>• Platelets—which aid in clotting in the event of injury"[94] |
| derived from the umbilical cord blood or placental blood of a human collected at birth of said human, | | CBR Statements:<br>"Cord blood is collected from the umbilical cord immediately after the birth of the baby and after the cord has been cut. This blood is routinely discarded and collecting it does not alter normal birthing procedures. The collection can only take place at the time of delivery and is normally performed by your caregiver."[95]<br><br>"You will receive a collection kit for your baby's cord blood stem cells. Your kit contains all the items your caregiver will need to collect your baby's cord blood. However, you must remember to take the kit with you to the hospital when you deliver."[96]<br><br>"After the collection, the labor and delivery staff will return the collection kit to you or a designated family member. The collection kit is pre-labeled and is ready to be shipped 'as-is.' . . . CBR's automated tracking system will monitor your shipment until it is safely delivered to our lab."[97] |
| in which the stem cells have been **previously cryopreserved,** | | CBR Statements:<br>**"How do you process the cord blood?** We use a proprietary density gradient separation method, the highest standard adapted for cord blood processing. Our expert laboratory technicians take the extra step of removing the red blood cells from your baby's cord blood sample. Our processing method is preferred by transplant physicians because:<br>• It minimizes the risk of blood type (ABO) incompatibility if the cord blood is needed for someone other than the newborn.<br>• It significantly reduces the use of DMSO, a protectant used in cryopreservation, which can cause problematic side effects |

---

[93] *See* Kobialka Decl., Exh. 7, at page 1.

[94] *See* Kobialka Decl., Exh. 7, at page 2.

[95] *See* Kobialka Decl., Exh. 8, at pages 1-2.

[96] *See* Kobialka Decl., Exh. 8, at page 3.

[97] *See* Kobialka Decl., Exh. 9, at page 1.

| | | |
|---|---|---|
| | | when a sample is used. |
| | | ▪ It minimizes free hemoglobin which is released when red blood cells that remain in the sample burst during the thawing process. Free hemoglobin stresses the kidneys of the transplant recipient. Additionally, the bursting of the red blood cells reduces stem cell viability."[98] |
| | | **"How long can cord blood stem cells be stored in liquid nitrogen?** There is no evidence at present that [cord blood stem] cells stored at minus 196 degrees Celsius in an undisturbed manner lose either in vitro-determined viability or biological activity. Therefore, at the current time, no expiration date need be assigned to cord blood stored continuously under liquid nitrogen.'— Guidelines for Collection, Processing and Storage of Cord Blood Stem Cells; New York State Department of Health[.] Current data reflects that cord blood cells stored for fifteen years have the same composition as they did at the time of storage. All science involving cryogenic storage of cells also indicates that the cells should remain viable indefinitely."[99] |
| | **so as to provide hematopoietic reconstitution.** | CBR Statements: "Currently, stem cells are primarily used in transplant medicine to regenerate a patient's blood and immune system after they have been treated with chemotherapy and/or radiation to destroy cancer cells. At the same time the chemotherapy and radiation destroys the cancer cells in a patient, they also destroy stem cells. Therefore, an infusion of stem cells or a stem cell transplant is performed after the chemotherapy and/or radiation treatment. The stem cells then migrate to the patient's bone marrow where they multiply and regenerate all of the cells to create a new blood and immune system for the patient."[100] **"If my family ever needs the sample how do we retrieve it?** Should the need arise, Cord Blood Registry's client services department and your physician would make arrangements for confirmatory testing, release, and transportation of your baby's stem cells to a designated hospital."[101] **"Have any of your samples been requested for use in transplant?** Yes. We have more experience providing samples for use in transplant than any other family bank. To date, Cord Blood |

[98] *See* Kobialka Decl., Exh. 10, at page 2.

[99] *See* Kobialka Decl., Exh. 10, at page 4.

[100] *See* Kobialka Decl., Exh. 7, at page 2.

[101] *See* Kobialka Decl., Exh. 10, at pages 5-6.

Registry has provided thirty samples for use in transplantation. In all cases, the stem cells proved viable for transplant—the ultimate validation of our collection, processing, and storage procedures. While most samples have been used for siblings, our samples have been used in two other notable transplants:

- *Newborn to Mom. A newborn's cord blood stem cells were transplanted to her mother to treat chronic myelogenous leukemia (CML)....*"[102]

"**Quality Service Guarantee:** As a client of Cord Blood Registry, your baby's sample is backed by our unique quality service guarantee. If you need to use your child's cord blood stem cells for transplantation and the cells fail to engraft, you'll receive a refund of all fees paid to CBR and an additional $50,000."[103]

CBR Actual Transplants:

"Cord Blood Registry's experience using stem cells in treatment for our clients in unparalleled. Since 1993, we have released thirty samples for use in stem cell transplants at some of the leading hospitals in the United States. All of CBR's client samples have proven viable when released for use in transplant and were chosen as the best course of treatment by the transplant physicians."[104]

| Claim 49 of the '427 Patent | |
| --- | --- |
| **Claim (Elements in Bold)** | Infringement Evidence |
| A method for storing human neonatal or fetal hematopoietic stem cells derived from the blood, said method comprising **cryopreserving** human neonatal or fetal blood components | CBR Statements:<br>"**How do you process the cord blood?** We use a proprietary density gradient separation method, the highest standard adapted for cord blood processing. Our expert laboratory technicians take the extra step of removing the red blood cells from your baby's cord blood sample. Our processing method is preferred by transplant physicians because:<br>■ It minimizes the risk of blood type (ABO) incompatibility if the cord blood is needed for someone other than the newborn.<br>■ It significantly reduces the use of DMSO, a protectant used in cryopreservation, which can cause problematic side effects when a sample is used.<br>■ It minimizes free hemoglobin which is released when red blood cells that remain in the sample burst during the thawing |

---

[102] *See* Kobialka Decl., Exh. 10, at page 6 (emphasis added).

[103] *See* Kobialka Decl., Exh. 19.

[104] *See* Kobialka Decl., Exh. 21.

| | |
|---|---|
| | process. Free hemoglobin stresses the kidneys of the transplant recipient. Additionally, the bursting of the red blood cells reduces stem cell viability."[105]<br><br>**"How long can cord blood stem cells be stored in liquid nitrogen?** 'There is no evidence at present that [cord blood stem] cells stored at minus 196 degrees Celsius in an undisturbed manner lose either in vitro-determined viability or biological activity. Therefore, at the current time, no expiration date need be assigned to cord blood stored continuously under liquid nitrogen.'— Guidelines for Collection, Processing and Storage of Cord Blood Stem Cells; New York State Department of Health[.] Current data reflects that cord blood cells stored for fifteen years have the same composition as they did at the time of storage. All science involving cryogenic storage of cells also indicates that the cells should remain viable indefinitely."[106] |
| containing **human neonatal or fetal hematopoietic stem cells** | CBR Statements:<br>"Cord blood, which is also called 'placental blood,' is the blood that remains in the umbilical cord and placenta following birth and after the cord is cut. Cord blood is routinely discarded with the placenta and umbilical cord.  Your baby's umbilical cord blood is a valuable source of stem cells, which are genetically unique to your baby and family."[107]<br><br>"The stem cells found in cord blood are the building blocks of your blood and immune system and most readily reproduce into:<br> ▪  Red Blood Cells—which carry oxygen to all the cells in the body<br> ▪  White Blood Cells—which fight infection<br> ▪  Platelets—which aid in clotting in the event of injury"[108] |
| **from the umbilical cord blood or placental blood of a single human collected at the birth of said human,** | CBR Statements:<br>"Cord blood is collected from the umbilical cord immediately after the birth of the baby and after the cord has been cut. This blood is routinely discarded and collecting it does not alter normal birthing procedures. The collection can only take place at the time of delivery and is normally performed by your caregiver."[109]<br><br>"You will receive a collection kit for your baby's cord blood stem |

---

[105] *See* Kobialka Decl., Exh. 10, at page 2.

[106] *See* Kobialka Decl., Exh. 10, at page 4.

[107] *See* Kobialka Decl., Exh. 7, at page 1.

[108] *See* Kobialka Decl., Exh. 7, at page 2.

[109] *See* Kobialka Decl., Exh. 8, at pages 1-2.

---

| | |
|---|---|
| | cells. Your kit contains all the items your caregiver will need to collect your baby's cord blood. However, you must remember to take the kit with you to the hospital when you deliver."[110] |
| | "After the collection, the labor and delivery staff will return the collection kit to you or a designated family member. The collection kit is pre-labeled and is ready to be shipped 'as-is.' . . . CBR's automated tracking system will monitor your shipment until it is safely delivered to our lab."[111] |
| such that the cells remain **viable**, | CBR Statements:<br>**"How do you process the cord blood?** We use a proprietary density gradient separation method, the highest standard adapted for cord blood processing. Our expert laboratory technicians take the extra step of removing the red blood cells from your baby's cord blood sample. Our processing method is preferred by transplant physicians because:<br>▪ It minimizes the risk of blood type (ABO) incompatibility if the cord blood is needed for someone other than the newborn.<br>▪ It significantly reduces the use of DMSO, a protectant used in cryopreservation, which can cause problematic side effects when a sample is used.<br>▪ It minimizes free hemoglobin which is released when red blood cells that remain in the sample burst during the thawing process. Free hemoglobin stresses the kidneys of the transplant recipient. Additionally, the bursting of the red blood cells reduces stem cell viability."[112]<br><br>**"How long can cord blood stem cells be stored in liquid nitrogen?** There is no evidence at present that [cord blood stem] cells stored at minus 196 degrees Celsius in an undisturbed manner lose either in vitro-determined viability or biological activity. Therefore, at the current time, no expiration date need be assigned to cord blood stored continuously under liquid nitrogen.'— Guidelines for Collection, Processing and Storage of Cord Blood Stem Cells; New York State Department of Health[.] Current data reflects that cord blood cells stored for fifteen years have the same composition as they did at the time of storage. All science involving cryogenic storage of cells also indicates that the cells should remain viable indefinitely."[113] |
| in which said cells are | CBR Statements: |

[110] *See* Kobialka Decl., Exh. 8, at page 3.

[111] *See* Kobialka Decl., Exh. 9, at page 1.

[112] *See* Kobialka Decl., Exh. 10, at page 2.

[113] *See* Kobialka Decl., Exh. 10, at page 4.

| | |
|---|---|
| present **in an amount sufficient to effect hematopoietic reconstitution of a human adult**. | "Currently, stem cells are primarily used in transplant medicine to regenerate a patient's blood and immune system after they have been treated with chemotherapy and/or radiation to destroy cancer cells.  At the same time the chemotherapy and radiation destroys the cancer cells in a patient, they also destroy stem cells. Therefore, an infusion of stem cells or a stem cell transplant is performed after the chemotherapy and/or radiation treatment. The stem cells then migrate to the patient's bone marrow where they multiply and regenerate all of the cells to create a new blood and immune system for the patient."[114]

"Does blood from the umbilical cord contain a sufficient quantity of stem cells for use in an adult patient?  Yes. A recent article in The New England Journal of Medicine (June 14, 2002) by M.J. |

[114] *See* Kobialka Decl., Exh. 7, at page 2.

[115] *See* Kobialka Decl., Exh. 11, at page 5.

[116] *See* Kobialka Decl., Exh. 14, at accompanying Transcript.

[117] *See* Kobialka Decl., Exh. 15, at page 2.

[118] *See* Kobialka Decl., Exh. 16, at page 2 (emphasis added).

[119] *See* Kobialka Decl., Exh. 17, at page 2.

[120] *See* Kobialka Decl., Exh. 18, at page 3.

[121] *See* Kobialka Decl., Exh. 10, at pages 5-6.

[122] *See* Kobialka Decl., Exh. 10, at page 6 (emphasis added).

[123] *See* Kobialka Decl., Exh. 19.

[124] *See* Kobialka Decl., Exh. 20 (emphasis added).

[125] *See* Kobialka Decl., Exh. 21.

[126] *See* Kobialka Decl., Exh. 22.

[127] *See* Kobialka Decl., Exh. 23.

[128] *See* Kobialka Decl., Exh. 24.

[129] *See* Kobialka Decl., Exh. 25.

[130] *See* Kobialka Decl., Exh. 26.

[131] *See* Kobialka Decl., Exh. 27.

[132] *See* Kobialka Decl., Exh. 28.

[133] *See* Kobialka Decl., Exh. 29.

[134] *See* Kobialka Decl., Exh. 30.

[135] *See* Kobialka Decl., Exh. 31.

[136] *See* Kobialka Decl., Exh. 32.

[137] *See* Kobialka Decl., Exh. 33.

Laughlin and other researchers established that umbilical cord blood contains enough stem cells for use by an adult. The article, "Hematopoietic engraftment and survival in adult recipients of umbilical cord blood from unrelated donors," appears on the Cbr Web site, www.cordblood.com/science."[115]

"Who in the family can use the newborn's stem cells? The potential uses of cord blood within the family are many. Not only can the child from whom the cord blood was obtained use it, but *there are also uses for the mother*, and there's a fifty-fifty chance of use for the other brothers and sisters in the family."[116]

**"Why do families choose to collect and store their baby's cord blood?** A Once-in-a-Lifetime Opportunity—Only at Birth[.] At an increasing rate, expectant parents are storing cord blood for their families, not only as a potential life-saving resource for current uses of stem cells, but also for their future potential. *Some families have more defined risk factors, but most often, parents bank for the security in knowing the health benefits stem cells may someday offer their children, themselves, or other family members.*"[117]

**"Family Use** One of the unique characteristics about your baby's cord blood stem cells is that they can be used by siblings or other relatives in many circumstances where bone marrow stem cells cannot. . . *First- and second-degree relatives of the newborn, including siblings, parents, grandparents, cousins, aunts, and uncles, may be a sufficient match to use the stem cells.*"[118]

**"The Benefits of Family Cord Blood Banking** Cord blood stem cells are not just for your baby. It's really an investment for the whole family. Virtually all mothers and about half siblings will be a suitable match for baby's stem cells."[119]

**"Here is what medical experts have to say:**
**CORD BLOOD AND ADULT USE**
'Umbilical-cord blood from unrelated donors can restore hematopoiesis in adults who receive myeloablative therapy and is associated with acceptable rates of severe acute and chronic GVHD.'
Mary J. Laughlin, M.D., Juliet Barker, M.D., Barbara Bambach, M.D., et. al. New England Journal of Medicine, June 14, 2001[.]"[120]

**"If my family ever needs the sample how do we retrieve it?**
Should the need arise, Cord Blood Registry's client services

department and your physician would make arrangements for confirmatory testing, release, and transportation of your baby's stem cells to a designated hospital."[121]

**"Have any of your samples been requested for use in transplant?** Yes. We have more experience providing samples for use in transplant than any other family bank. To date, Cord Blood Registry has provided thirty samples for use in transplantation. In all cases, the stem cells proved viable for transplant—the ultimate validation of our collection, processing, and storage procedures. While most samples have been used for siblings, our samples have been used in two other notable transplants:

- *Newborn to Mom. A newborn's cord blood stem cells were transplanted to her mother to treat chronic myelogenous leukemia (CML)....*"[122]

**"Quality Service Guarantee:** As a client of Cord Blood Registry, your baby's sample is backed by our unique quality service guarantee. If you need to use your child's cord blood stem cells for transplantation and the cells fail to engraft, you'll receive a refund of all fees paid to CBR and an additional $50,000."[123]

**"Disclaimer:** "The cord blood stem cells from a newborn are an exact HLA match for the newborn from which they were obtained *and may also be a useful match for the mother, father, sibling, or cousin*."[124]

CBR Actual Transplants:

The following chart summarizes the adult and/or near-adult use data provided on CBR's website.[125]

| Date of Tx | Recipient Sex/Age (years) | Engraftment/# of Days |
|---|---|---|
| 2/12/00 | F/16.7 | Engrafted/33 |
| 5/18/01 | F/43.6 | Engrafted |
| 6/14/01 | M/18.1 | Engrafted/16 |

Scientific Journal Articles/Studies:
(Internal citations omitted.  Full summaries provided at Appendix C.)

Harris, D. T., *Cord Blood Banking and Its Potential Clinical*

1

*Applications.*[126]

2

"[Q]uestions have been raised as to whether cord blood transplantation would ever be suitable for adult use, or restricted to use in children. To date, the smallest amount of cord blood ever used in a successful transplant has been 43 cc, and the largest patient ever successfully transplanted is now 85 kg. *Thus, it appears that a typical cord blood collection is of sufficient size for use in almost all transplant conditions.*"

3

4

5

6

Laughlin, M. J., *et al.*, *Hematopoietic Engraftment And Survival In Adult Recipients Of Umbilical-Cord Blood From Unrelated Donors*, New England Journal of Medicine (2001)("Laughlin").[127]

7

"*In summary, the results of this study demonstrate that HLA-mismatched umbilical-cord blood from unrelated donors is a feasible alternative source of hematopoietic stem cells for transplantation in adults.*"

8

9

10

11

*Umbilical Cord Stem Cell Transplants Should Not Be Limited By Age*, The Blue Sheet (Food and Drug Administration), March 5, 2003 ("FDA Blue Sheet").[128]

12

"Placental *cord blood transplant recipient age should not be a factor.*"

13

14

Sanz, G. F., *et al.*, *Standarized, Unrelated Donor Cord Blood Transplantation in Adults with Hematologic Malignancies*, Blood (2001)("Sanz").[129]

15

"[Cord blood transplantation], despite the low cellular dose infused, is capable of promoting sustained hematopoietic engraftment in most adult recipients."

16

17

18

Gluckman. E., *Current Status of Umbilical Cord Blood Hematopoietic Stem Cell Transplantation*, Experimental Hematology (2000)("Gluckman").[130]

19

"[R]esults show that [cord blood transplantation] can be a good option for adults."

20

21

22

Iseki, T., *et al.*, *Unrelated Cord Blood Transplantation in Adults with Hematological Malignancy: A Single Institution Experience*, Blood Abstract #2789 (2000)("Iseki").[131]

23

"[Cord blood transplantation in adults] was comparable to that of standard bone marrow transplantation."

24

25

Ooi, J., *et al.*, *Unrelated Cord Blood Transplantation for Adults Patients with Advanced Myelodysplastic Syndrome*, Blood (2003)("Ooi I").[132]

26

27

"[Adult patients] should be considered candidates for [cord blood

28

transplants]."

Ooi, J., *et al.*, *Unrelated Cord Blood Transplantation for Adults Patients with De Novo Acute Myeloid Leukemia*, Blood (2004)("Ooi II").[133]
(Same as Ooi I.)

Long, G. D., *et al.*, *Unrelated Cord Blood Transplantation in Adults Patients*, Biology of Blood and Marrow Transplantation (2003)("Long").[134]
"These results suggest that unrelated umbilical cord blood transplantation is a viable option for adult patients."

Koh, L-P, *et al.*, *Umbilical Cord Blood Transplantation in Adults Using Myeloablative and Nonmyeloablative Preparative Regimens*, Biology of Blood and Marrow Transplantation (2004)("Koh").[135]
"The concern of limited doses leading to a higher risk of primary graft failure in adults is related to the disproportionate difference between the number of nucleated cells in the [umbilical cord blood] graft and the adult body weight, giving rise to relative fewer infused cells per kilogram of the recipient body weight, especially in heavier patients. However, the available data on adult recipients of unrelated [umbilical cord blood transplants] thus far have shown the [umbilical cord blood] contained sufficient numbers of hematopoietic stem cells to achieve engraftment."

Moscardo, F., *et al.*, *Unrelated-Donor Cord Blood Transplantation for Adult Hematological Malignancies*, Leukemia & Lymphoma (2004)("Moscardo").[136]
"The reported data show that, contrary to initial concerns, [cord blood transplants] can promote engraftment in the majority of adult patients."

Barker, J. N., *et al.*, *Rapid and Complete Donor Chimerism in Adult Recipients of Unrelated Donor Umbilical Cord Blood Transplantation After Reduced-Intensity Conditioning*, Blood (2003)("Barker").[137]
"[The] data demonstrates that 0-2 antigen mismatched [umbilical cord blood] is sufficient to engraft most adults after reduced-intensity conditioning."

1

### APPENDIX C

2

**Summary of Scientific Evidence of Adult Use for Cord Blood:**

| | |
|---|---|
| 3 · 4 · 5 · 6 · 7 — Harris, D. T., *Cord Blood Banking and Its Potential Clinical Applications*.[138] | As early as 1995, Dr. David T. Harris, CBR's own Laboratory Director and member of its Medical and Scientific Advisory Board, already observed that "questions have been raised as to whether cord blood transplantation would ever be suitable for adult use, or restricted to use in children.  To date, the smallest amount of cord blood ever used in a successful transplant has been 43 cc, and the largest patient ever successfully transplanted is now 85 kg.  ***Thus, it appears that a typical cord blood collection is of sufficient size for use in almost all transplant conditions.***"  At page 3 (emphasis added). |
| 8 · 9 · 10 · 11 · 12 — Laughlin, M. J., *et al.*, *Hematopoietic Engraftment And Survival In Adult Recipients Of Umbilical-Cord Blood From Unrelated Donors*, New England Journal of Medicine (2001)("Laughlin").[139] | The Laughlin study, published in 2001, was one of the first large-scale, multi-center studies to conclude that cord blood contains a sufficient number of stem cells to reconstitute an adult.  In brief, the Laughlin study spanned five years, from 1995 to 2000, and tracked the health of 68 adult patients with life-threatening blood disorders who received transplants of cord blood from unrelated donors.  At 1815-16.  The subject patients ranged from 17 to 58 years of age, and ranged in weight from 40.9 kg to 115.5 kg, at the time of transplantation.  At 1817.

The purpose of this study was to determine whether cord blood contained stem cells in an amount sufficient to reconstitute an adult.  The results demonstrated that approximately 90% of the subject patients achieved hematopoietic recovery.  At 1817.  Furthermore, the study found no correlation between cell dose and speed of hematopoietic recovery, where the cell doses ranged from 10 million to 63 million nucleated cells per kilogram of the recipient's body weight.  At 1816-18.

Accordingly, the Laughlin study concluded:
"***In summary, the results of this study demonstrate that HLA-mismatched umbilical-cord blood from unrelated donors is a feasible alternative source of hematopoietic stem cells for transplantation in adults.***  Hematopoietic reconstitution occurred in 90 percent of our patients, and the incidence and severity of GVHD were low despite HLA mismatching."  At 1821 (emphasis added).

The Laughlin study is a powerful testament to the capability of the cord blood from a single newborn donor to repopulate the entire hematopoietic system of a needy adult patient.  At 1818.  Whereas "[r]apid engraftment of marrow from siblings and unrelated donors is related to the dose of cells, the number of CD34+ cells, and the degree of HLA matching," the Laughlin study found that the same correlations did not hold true with |

---

26

[138] *See* Kobialka Decl., Exh. 22.

27

[139] *See* Kobialka Decl., Exh. 23.

28

PHARMASTEM'S MOTION FOR A PRELIMINARY
INJUNCTION AGAINST CBR
CASE NO. 04-3072 JSW                                C-1

40923-0005/BY043560.059]

| | |
|---|---|
| | respect to cord blood stem cell transplantation. At 1819-20. Thus, even relatively small cord blood units are highly likely to contain stem cells in an amount sufficient to effect hematopoietic reconstitution. |
| *Umbilical Cord Stem Cell Transplants Should Not Be Limited By Age*, The Blue Sheet (Food and Drug Administration), March 5, 2003 ("FDA Blue Sheet").[140] | In 2003, the FDA's Biological Response Modifiers Advisory Committee ("Advisory Committee") agreed that "[p]lacental **cord blood transplant recipient age should not be a factor**." At 21 (emphasis added). Notably, "the committee did not want to put a firm figure on minimum or maximum cell doses…" *Id.* The Advisory Committee's determination, not only sets forth the most reliable indicator of the current state of the art, but also underscores the importance of the Laughlin study's finding that there was no correlation between cell dose, once a threshold amount is present, and the speed of hematopoietic recovery. |
| Sanz, G. F., *et al.*, *Standarized, Unrelated Donor Cord Blood Transplantation in Adults with Hematologic Malignancies*, Blood (2001)("Sanz").[141] | Sanz reported the results of cord blood transplantation in 22 adult patients, ranging in age from 18 to 46 years, and weight from 41 to 85 kilograms. This study also concluded that there are sufficient amounts of stem cells in cord blood, as over 90% of the adult patients experienced engraftment. Sanz determined that cord blood transplantation, "despite the low cellular dose infused, is capable of promoting sustained hematopoietic engraftment in most adult recipients." At 2337. |
| Gluckman. E., *Current Status of Umbilical Cord Blood Hematopoietic Stem Cell Transplantation*, Experimental Hematology (2000)("Gluckman").[142] | Gluckman reported the outcomes of 108 adult patients who received cord blood transplants in Europe. The adult patients ranged in age from 15 to 53, and weighed in the range of 35 to 110 kilograms. This report demonstrated that over 80% of the adult patients attained engraftment from the cord blood stem cells. The "results show that [cord blood transplantation] can be a good option for adults." At 1202. |
| Iseki, T., *et al.*, *Unrelated Cord Blood Transplantation in Adults with Hematological Malignancy: A Single Institution Experience*, Blood Abstract #2789 (2000)("Iseki").[143] | Iseki reported the results of cord blood transplantation in adults from one of the largest transplant centers outside of North America and Europe. The adults in this Japanese study had a median age and weight of 38 years and 52 kilograms, respectively. The results reported indicated that cord blood transplantation in adults "was comparable to that of standard bone marrow transplantation." At 665a. |
| Ooi, J., *et al.*, *Unrelated Cord Blood Transplantation for Adults Patients with Advanced Myelodysplastic Syndrome*, Blood (2003)("Ooi I").[144] | The Ooi I study reported the outcome of 13 adult patients, ranging in age from 21 to 50 years and weight from 43 to 68 kilograms, that were transplanted with cord blood stem cells. The results, *i.e.*, greater than 90% engraftment, support the finding that adult patients "should be considered candidates for [cord blood transplants]." At 4713. |
| Ooi, J., *et al.*, *Unrelated Cord* | Another article from Ooi *et al.*, the Ooi II study, published a |

[140] *See* Kobialka Decl., Exh. 24.

[141] *See* Kobialka Decl., Exh. 25.

[142] *See* Kobialka Decl., Exh. 26.

[143] *See* Kobialka Decl., Exh. 27.

[144] *See* Kobialka Decl., Exh. 28.

| *Blood Transplantation for Adults Patients with De Novo Acute Myeloid Leukemia*, Blood (2004)("Ooi II").[145] | year after the Ooi I study, reported the outcome of cord blood transplantation in 18 adult patients. The adult patients ranged in age from 21 to 52 years, and in weight from 36.2 to 76.2 kilograms. The results from the study, *i.e.*, approximately 90% engraftment, were consistent with the previous report from Ooi *et al.*, and further support the use of cord blood stem cells in adult transplantation. |
|---|---|
| Long, G. D., *et al.*, *Unrelated Cord Blood Transplantation in Adults Patients*, Biology of Blood and Marrow Transplantation (2003)("Long").[146] | Long reported the results of cord blood transplantation in 57 adult patients ranging in age from 18 to 58, and in weight from 46 to 110 kilograms. The number of successful transplantations "demonstrated that rescue with unrelated mismatched umbilical cord blood after myeloablative therapy in adults is feasible and results in long-term engraftment." At 779. "These results suggest that unrelated umbilical cord blood transplantation is a viable option for adult patients." At 772. |
| Koh, L-P, *et al.*, *Umbilical Cord Blood Transplantation in Adults Using Myeloablative and Nonmyeloablative Preparative Regimens*, Biology of Blood and Marrow Transplantation (2004)("Koh").[147] | Koh, *et al.*, surveyed and reviewed several studies that have been conducted with cord blood transplantations in adult patients. As stated in Koh: "The concern of limited doses leading to a higher risk of primary graft failure in adults is related to the disproportionate difference between the number of nucleated cells in the [umbilical cord blood] graft and the adult body weight, giving rise to relative fewer infused cells per kilogram of the recipient body weight, especially in heavier patients. However, the available data on adult recipients of unrelated [umbilical cord blood transplants] thus far have shown the [umbilical cord blood] contained sufficient numbers of hematopoietic stem cells to achieve engraftment." At 6. Thus, Koh concluded that "[umbilical cord blood] contained a *sufficient number* of hematopoietic stem cells" to achieve engraftment in adult patients. At 9 (emphasis added). |
| Moscardo, F., *et al.*, *Unrelated-Donor Cord Blood Transplantation for Adult Hematological Malignancies*, Leukemia & Lymphoma (2004)("Moscardo").[148] | Moscardo reported that "the low number of hematopoietic progenitor cells present in a [umbilical cord blood] unit compared to bone marrow and peripheral blood has clearly limited the use of [cord blood transplant] in adult patients, primarily due to significant concerns about engraftment." At 11. However, since the first adult transplant in 1996, almost 30% of unrelated-donor cord blood transplants have been performed in adult patients. *Id.* Moreover, "[t]he reported data show that, contrary to initial concerns, [cord blood transplants] can promote engraftment in the majority of adult patients." At 16. |
| Barker, J. N., *et al.*, *Rapid and Complete Donor Chimerism in Adult Recipients of Unrelated Donor Umbilical Cord Blood* | The Barker study involved 43 adults (median age 49.5 years) transplanted with cord blood stem cells after a reduced-intensity conditioning regimen. The "data demonstrates that 0-2 antigen mismatched [umbilical cord blood] is sufficient to |

---

[145] *See* Kobialka Decl., Exh. 29.

[146] *See* Kobialka Decl., Exh. 30.

[147] *See* Kobialka Decl., Exh. 31.

[148] *See* Kobialka Decl., Exh. 32.

---

PHARMASTEM'S MOTION FOR A PRELIMINARY
INJUNCTION AGAINST CBR
CASE NO. 04-3072 JSW                              C-3

40923-0005[BY043560.059]

| | |
|---|---|
| *Transplantation After Reduced-Intensity Conditioning*, Blood (2003)("Barker").[149] | engraft most adults after reduced-intensity conditioning." At 1915. |

[149] *See* Kobialka Decl., Exh. 33.

PHARMASTEM'S MOTION FOR A PRELIMINARY
INJUNCTION AGAINST CBR
CASE NO. 04-3072 JSW                          C-4