1  PAUL J. ANDRE, Bar No. 196585
   LISA KOBIALKA, Bar No. 191404
2  AMANDA M. FOX, Bar No. 212939
   PERKINS COIE LLP
3  101 Jefferson Drive
   Menlo Park, CA 94025-1114
4  Ph: (650) 838-4300
   Fx: (650) 838-4350
5
6  Attorneys for PharmaStem Therapeutics, Inc.

7               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
8                       SAN FRANCISCO

| | |
|---|---|
| 9  PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | CASE NO. 04-3072 JSW |
| 10 | |
| 11           Plaintiff, | DECLARATION OF LISA KOBIALKA IN SUPPORT OF PLAINTIFF PHARMASTEM THERAPEUTICS, INC'S MOTION FOR A PRELIMINARY INJUNCTION AGAINST DEFENDANT CBR SYSTEMS, INC.'S INFRINGEMENT OF THE PATENTS-IN-SUIT |
| 12     v. | |
| 13 CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation. | |
| 14 | |
| 15           Defendants. | Date/Time: April 22, 2005/9:00 AM |
| 16 | Courtroom: 2<br>Judge: Hon. Jeffrey S. White |
| 17 CBR SYSTEMS, INC., dba CBR a California corporation | |
| 18           Counterclaimant | |
| 19     v. | |
| 20 PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI | |
| 21 | |
| 22 | |
| 23           Counterdefendants. | |

I, Lisa Kobialka, hereby declare as follows:

1. I am an attorney with the law firm of Perkins Coie LLP, counsel for Plaintiff PharmaStem Therapeutics, Inc. in the above-captioned action. I am a member of the Bar of

DECLARATION OF LISA KOBIALKA IN SUPPORT OF
PHARMASTEM'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 04-3072 JSW

1  the State of California and this Court. I have personal knowledge of the facts set forth in
2  this Declaration, and if called upon to do so, could testify competently thereto.
3      2. Attached hereto as Exhibit 1 is a true and correct copy of United States
4  Patent No. 6,461,645 B1.
5      3. Attached hereto as Exhibit 2 is a true and correct copy of United States
6  Patent No. 6,569,427 B1.
7      4. Attached hereto as Exhibit 3 is a true and correct copy of a transcript of
8  "Life Blood," a BBC documentary originally aired on BBC Two at 9:00 PM, October 11,
9  2001, *available at* http://www.bbc.co.uk/science/horizon/2001/lifebloodtrans.shtml.
10     5. Attached hereto as Exhibit 4 is a true and correct copy of portions of the
11 Joint Final Jury Instructions submitted to the jury in *PharmaStem Therapeutics, Inc. v.*
12 *ViaCell, Inc., et al.*, Civ. Case No. 02-148-GMS (D. Del.), filed February 22, 2002.
13     6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from
14 CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.
15     7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from
16 CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.
17     8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from
18 CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.
19     9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from
20 CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.
21     10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from
22 CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.
23     11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from
24 CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.
25     12. Attached hereto as Exhibit 11 is a true and correct copy of *OB Spotlight*, vol.
26 1, issue 1, 2002 (published by CBR Systems, Inc.).
27
28

- 2 -
DECLARATION OF LISA KOBIALKA IN SUPPORT OF
PHARMASTEM'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 04-3072 JSW

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

15. Attached hereto as Exhibit 14 is a true and correct copy of a transcription of an interactive question and answer session with David Harris, Ph.D., available at http://www.cordbloodvideo.com/quesharris.html.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

17. Attached hereto as Exhibit 16 is a true and correct copy of a brochure published by CBR Systems, Inc.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

23. Attached hereto as Exhibit 22 is a true and correct copy of David T. Harris, *Cord Blood Transplantation: A Promising Alternative to Bone Marrow Transplantation, Clinical Research New for Arizona Physicians, available at* http://www.ahsc.arizona.edu/opa/crnap/dec95cnp.htm (last visited Oct. 1, 2004).

DECLARATION OF LISA KOBIALKA IN SUPPORT OF
PHARMASTEM'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 04-3072 JSW

24. Attached hereto as Exhibit 23 is a true and correct copy of Mary J. Laughlin et al., *Hematopoietic Engraftment And Survival In Adult Recipients Of Umbilical-Cord Blood From Unrelated Donors*, 344 N. Engl. J. Med. 1815 (2001).

25. Attached hereto as Exhibit 24 is a true and correct copy of *Umbilical Cord Stem Cell Transplants Should Not Be Limited By Age – Cmte.*, The Blue Sheet (Food and Drug Administration), Mar. 5, 2003.

26. Attached hereto as Exhibit 25 is a true and correct copy of Guillermo F. Sanz et al., *Standardized, Unrelated Donor Cord Blood Transplantation in Adults with Hematologic Malignancies*, 98 Blood 2332 (2001).

27. Attached hereto as Exhibit 26 is a true and correct copy of Eliane Gluckman, *Current Status of Umbilical Cord Blood Hematopoietic Stem Cell Transplantation*, 28 Experimental Hematology 1197 (2000).

28. Attached hereto as Exhibit 27 is a true and correct copy of Tohru Iseki et al., Abstract, *Unrelated Cord Blood Transplantation in Adult Patients with Hematological Malignancy: A Single Institution Experience*, 98 Blood 665a (suppl. 1)(2001).

29. Attached hereto as Exhibit 28 is a true and correct copy of Jun Ooi et al., *Unrelated Cord Blood Transplantation for Adults Patients with Advanced Myelodysplastic Syndrome*, 101 Blood 4711 (2003).

30. Attached hereto as Exhibit 29 is a true and correct copy of Jun Ooi et al., *Unrelated Cord Blood Transplantation for Adults Patients with De Novo Acute Myeloid Leukemia*, 103 Blood 489 (2004).

31. Attached hereto as Exhibit 30 is a true and correct copy of Gwynn D. Long et al., *Unrelated Cord Blood Transplantation in Adults Patients*, 9 Biology of Blood and Marrow Transplantation 772 (2003).

32. Attached hereto as Exhibit 31 is a true and correct copy of Liang-Piu Koh & Nelson J. Chao, *Umbilical Cord Blood Transplantation in Adults Using Myeloablative and*

DECLARATION OF LISA KOBIALKA IN SUPPORT OF
PHARMASTEM'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 04-3072 JSW

1  *Nonmyeloablative Preparative Regimens*, 10 Biology of Blood and Marrow
2  Transplantation 1 (2004).

3       33.    Attached hereto as Exhibit 32 is a true and correct copy of Federico
4  Moscardó et al., *Unrelated-Donor Cord Blood Transplantation for Adult Hematological*
5  *Malignancies*, 45 Leukemia & Lymphoma 11 (2004).

6       34.    Attached hereto as Exhibit 33 is a true and correct copy of Juliet N. Barker
7  et al., *Rapid and Complete Donor Chimerism in Adult Recipients of Unrelated Donor*
8  *Umbilical Cord Blood Transplantation After Reduced-Intensity Conditioning*, 102 Blood
9  1915 (2003).

10      35.    Attached hereto as Exhibit 34 is a true and correct copy of excerpts from
11 CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

12      36.    Attached hereto as Exhibit 35 is a true and correct copy of excerpts from
13 CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

14      37.    Attached hereto as Exhibit 36 is a true and correct copy of excerpts from
15 PharmaStem Therapeutics, Inc.'s website, *available at*
16 http://www.pharmastem.com/licensing-program.htm.

17      38.    Attached hereto as Exhibit 37 is a true and correct copy of excerpts from
18 CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

19
20 DATED:  January 5, 2005              By __/s/_____
                                          Lisa Kobialka, Esq.

- 5 -
DECLARATION OF LISA KOBIALKA IN SUPPORT OF
PHARMASTEM'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 04-3072 JSW