Cord Blood Registry - Scientific and Medical Advisory Board

http://www.cordblood.com/aboutus_cord_blood_registry/cord_blood_scientific_medical_advisory.asp

# CBR cordblood registry®
THE NAME TO TRUST™

About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom

Home > About CBR > Scientific and Medical Advisory Board

▸ Request Info Kit

Call toll free
**1-888-932-6568**
▸ New    Mon-Fri 6am - 9pm PST

Search | Site Map

## Scientific and Medical Advisory Board

Cord Blood Registry's Scientific and Medical Advisory Board consists of professionals in the fields of obstetrics, blood and tissue banking, oncology, transplantation, and medical ethics.



### Richard H. Schwarz, M.D., F.A.C.O.G.

- Vice Chairman for Clinical Services, Department of Obstetrics and Gynecology, Maimonides Medical Center, Brooklyn, NY
- Professor of Obstetrics and Gynecology, Cornell University Medical College, New York, NY
- Past President, American College of Obstetricians and Gynecologists (ACOG)



### David B. Agus, M.D.

- Research Director, Louis Warschaw Prostate Cancer Center, Cedars-Sinai Medical Center, Los Angeles, CA



### Paul R. Billings, M.D., Ph.D., F.A.C.M.G.

- Vice President and National Director, Genetics and Genomics, Laboratory Corporation of America, Research Triangle Park, NC
- Medical Consultant, Cord Blood Registry and Cord Blood Donor Foundation

### David T. Harris, Ph.D.

12/21/2004

EXHIBIT 13

Cord Blood Registry - Scientific and Medical Advisory Board







- Professor, Department of Microbiology and Immunology, University of Arizona, Tucson, AZ
- Scientific Director, Cord Blood Registry

**Richard S. Kolecki, M.D.**

- Clinical Assistant Professor, Pathology, Jefferson Medical College, Philadelphia, PA
- Medical Director, Cord Blood Registry

e-mail page to a friend

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search

Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers

Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media











Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.

http://www.cordblood.com/aboutus_cord_blood_registry/cord_blood_scientific_medical_advisory.asp

http://www.cordbloodvideo.com/quesharris.html



## Q&A INTERACTIVE

David Harris, Ph.D. discusses current and emerging applications for cord blood stem cells

CLICK QUESTIONS TO PLAY RESPONSE

Why are cord blood stem cells unique?

Who in the family can use the newborn's stem cells?

What are some of the future uses for cord blood stem cells?

What makes CBR the #1 family cord blood bank?

**cbr** cord blood registry®

THE NAME TO TRUST™

EXHIBIT 14

# **TRANSCRIPT**

Q:  "Who in the family can use the newborn's stem cells?"

Dr. Harris:  "The potential uses of cord blood within the family are many.  Not only can the child from whom the cord blood was obtained use it, but there are also uses for the mother, and there's a fifty-fifty chance of use for the other brothers and sisters in the family.  And this is in contrast to using bone marrow, in which neither the mother, nor the other siblings, unless they are perfectly matched, which is rare, could use the stem cells.  So cord blood is advantageous in that there are many more uses within the family than you would find with other sources of stem cells, even from the same donor."

Cord Blood Registry - Frequently Asked Questions

http://www.cordblood.com/cord_blood_faqs/banking_cordblood.asp

**CBR** cordblood registry®
THE NAME TO TRUST℠

About CBR    Banking with CBR    FAQs    My Account    Caregivers    Newsroom

☞ Request Info Kit
☞ New

Call toll free
1-888-932-6568
Mon-Fri 6am - 9pm PST

Search ⋮ Site Map

Home > FAQs > Banking Cord Blood Stem Cells

Cord Blood Stem Cells

Banking Cord Blood Stem Cells

Collecting Cord Blood Stem Cells

Shipping and Handling Cord Blood

Processing and Banking of Cord Blood

About Cord Blood Registry

Enrolling with CBR

## Banking Cord Blood Stem Cells

- What are my options for saving my baby's cord blood?
- Who stores their baby's cord blood stem cells?
- Why do families choose to collect and store their baby's cord blood?
- Should I save cord blood for all of my children?
- How about donating my baby's cord blood to a public donor bank?
- Shouldn't I choose a cord blood bank that is close to my home?
- I'm planning to adopt. How does that change the process?
- What if there is someone in my family who is sick now and needs my child's cord blood?

### What are my options for saving my baby's cord blood?

There are two types of banks: family banks (for one's own family's use) and public donor banks (unrelated or non-family use i.e. "public"). Every parent has the option of saving cord blood for their baby and family, while only a small number of people may be able to donate their baby's cord blood stem cells.

Cord Blood Registry is the world's most experienced and trusted cord blood stem cell bank. We have established the gold standard in cord blood banking and have stored thousands of client samples.

Return to Top

### Who stores their baby's cord blood stem cells?

EXHIBIT 15

Tens of thousands of families have chosen to save their baby's cord blood stem cells with Cord Blood Registry. Of nearly 60,000 CBR clients, most have no family history of disease, but see the current and future potential of their newborn's cord blood stem cells as a biological resource.

Return to Top

**Why do families choose to collect and store their baby's cord blood?**

A Once-in-a-Lifetime Opportunity - Only at Birth

At an increasing rate, expectant parents are storing cord blood for their families, not only as a potential life-saving resource for current uses of stem cells, but also for their future potential. Some families have more defined risk factors, but most often, parents bank for the security in knowing the health benefits stem cells may someday offer their children, themselves, or other family members.

Recent clinical studies support the unique suitability of cord blood stem cells for a number of developing technologies. Doctors are especially enthusiastic about the potential use of cord blood stem cells in the emerging fields of gene therapy and cellular repair. When you bank your baby's cord blood stem cells, you are saving what may be a key component to potential future medical treatments and cures.

Additional considerations and unique birthing circumstances include:

**Family History**

Cord blood banking is a prudent choice if you or your spouse/partner have any family history of a disease that is treatable with stem cells, such as leukemia, lymphoma, or myeloma. It is important to remember, however, that for many cancers and diseases, the causes are unknown and they occur even when there is no family history of the disease.

**Ethnic or Mixed Ethnicity**

Ethnic minorities and families of mixed ethnicity have greater difficulty finding stem cell donors when needed. Many genetic diseases such as sickle cell anemia and thalassemia are more common in certain ethnic populations. Both of these diseases have been successfully treated with stem cells from cord blood.

**Newborn Adoption**

Families preparing to adopt a newborn choose cord blood banking because, if ever needed, the cord blood may be the only available genetic source of stem cells for the adopted baby. In addition, depending upon the terms of the adoption, complete family medical histories are not always available.

**In Vitro Pregnancies**

Couples using fertility treatments bank cord blood because they face the possibility of not having another opportunity to secure a genetically related sample of cord blood stem cells for their child.

Return to Top

**Should I save cord blood for all of my children?**

Just as each child is genetically unique, so is that child's cord blood stem cell sample. Parents save cord blood for each of their children to ensure that an exact genetic match is available. In addition, it increases the likelihood of a useful match between family members. The stem cells in a sibling's cord blood are up to twice as likely to be useful for transplant compared to stem cells from the same sibling's bone marrow. In the case of identical twins, it is still important to save as many stem cells as possible, and it is recommended that cord blood be collected for both babies. In general, the collection volume per baby in multiple births is smaller, so collecting for both babies helps ensure an adequate stem cell yield for transplantation if ever needed. Generally, each child's cord blood is banked separately even in the case of identical twins.

Return to Top

**How about donating my baby's cord blood to a public donor bank?**

Unfortunately, cord blood collection for public donation can only be accommodated at specified hospitals in limited regional locations. This is primarily due to funding constraints of many public banks. In addition, a lot of families are ineligible for donation for a variety of reasons including family health history, maternal exposure to viruses, and international travel. Hopefully in the future we will see funding sources step forward and help out with

significant funding required.

Return to Top

---

### Shouldn't I choose a cord blood bank that is close to my home?

It is not important for a cord blood bank to be close to your home. The safety and viability of your stem cells are far more important than the proximity of the storage location. The most important thing for your family is to make sure that your baby's cord blood collection yields the greatest number of stem cells possible and that the cells are viable and available if they are ever needed for transplant. It is also important for the bank's laboratory and storage facility to be in a location that is not subject to major environmental disasters such as hurricanes, earthquakes, and tornadoes.

Cord Blood Registry's collection and processing techniques have been published in leading medical journals and have been proven in over 30 transplants to date. Should they be needed, your stem cells can quickly be shipped to any medical center in the world.

Finally, since most families will require long-term storage, you will want to choose a cord blood bank that is financially stable and will be around in the future to ensure your baby's stem cells will be available if needed.

Return to Top

---

### I'm planning to adopt. How does that change the process?

Cord Blood Registry sends a contract to you as well as the birth mother. Both parties must authorize the contracts before a kit can be sent. Many times the privacy of both parties is a requirement. Cord Blood Registry has participated in hundreds of adoption collections for our clients and we are very experienced with confidentiality and other unique issues surrounding the adoption process as it relates to cord blood collection and storage.

Return to Top

---

Cord Blood Registry - Frequently Asked Questions

**What if there is someone in my family who is sick now and needs my child's cord blood?**

Our Designated Transplant Program(SM) (DTP) provides cord blood collection, processing, and storage at no cost to families with a medical need. Qualifying families may apply for the DTP with a letter from their hematologist or oncologist recommending cord blood banking as a treatment option for the family.

Return to Top



e-mail page to a friend

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search
Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers
Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media

Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.






# Banking Your Baby's

## Cord Blood Stem Cells

*A Once-in-a-Lifetime Opportunity for Your Family*



*What are you planning to do with your baby's umbilical cord?*



**EXHIBIT**
GRANT
2
12-20-02

**Cbr** cord blood registry®

THE NAME TO TRUST IN CORD BLOOD BANKING™

CBR 00016

EXHIBIT 16

# Stem Cells Are Changing the Face of Medicine

Throughout history, significant advances in the understanding of physiology have resulted in quantum changes for clinical treatments: the polio vaccine, the discovery of penicillin, and the mapping of the human genome, to name only a few. Rapid advancements in stem cell science and clinical applications have culminated into a strategic inflection point that fundamentally changes the future of medicine. Recent discoveries in regenerative medicine suggest that stem cells, like those found in newborn cord blood, can differentiate into heart, bone, brain, nerve, skin, or other cell types. While these areas of research are in their infancy, the value and power of stem cells and the potential they possess for medical treatment and cures is creating a new paradigm for the future.[1,2,3,4]



## Contents

Cord Blood—A Miracle of Birth ........................................1

Stem Cells—The Body's "Master" Cells ..............................1

Why You Should Bank Your Baby's Cord Blood Stem Cells .............2

About Cord Blood Registry: Protecting What Is Priceless ...............4

How is My Baby's Cord Blood Collected and Stored? ..................6

Cord Blood Registry Is The Name to Trust in Cord Blood Banking ........8

Diseases Treated With Stem Cells: Present and Future ................9

Common Misconceptions About Cord Blood Banking .................10

Frequently Asked Questions ..........................................12

How to Enroll ..........................................Pocket Insert

CBR 00017

# Cord Blood—A Miracle of Birth

Cord blood is the blood that remains in your baby's umbilical cord and placenta after delivery. Unfortunately, this unique blood, which can only be collected at birth, is routinely discarded at the hospital. Today, thousands of parents, a number of them doctors, nurses, and scientists, are collecting and freezing their newborns' cord blood as a type of safeguard because it is rich in stem cells that are genetically unique to their baby and family.[i] The process is called cord blood banking and is like freezing a "self-repair kit" for your baby (and other family members) because the stem cells from cord blood can restore a patient's blood and immune system after treatment for a variety of cancers and blood diseases and may someday be able to repair other types of damage from events like heart attacks and strokes (see list on p. 9).[i] Thousands of cord blood transplants have been performed worldwide for a variety of serious diseases in both adults and children. Recent discoveries suggest that stem cells from cord blood may also be used in a number of developing areas of medicine.

> "Autologous cord blood collections [collection for one's own use] could also be used as insurance against future illness requiring pluripotent stem cell support or as targets for gene therapy (the genetically altered stem cells could then be infused into the patient)."[i]
>
> — Jay Feingold, M.D., Ph.D.
> Director, Pediatric Bone Marrow
> Transplant Program
> University of Connecticut

# Stem Cells—The Body's "Master" Cells

Stem cells are "precursor" cells that are primarily found in three sources: bone marrow, peripheral (circulating) blood, and umbilical cord blood. In the late 1980s, doctors began using umbilical cord blood to treat diseases that previously had been treated with bone marrow transplantation. Like bone marrow, cord blood is enriched with stem cells, the building blocks of organ tissue, blood, and the immune system. Stem cells differentiate, or reproduce, into other cell types, including bone, heart, muscle, and nerve. In transplantation, stem cells differentiate into red blood cells, which carry oxygen throughout the body; white blood cells, which fight infections; and platelets, which are necessary for clotting (see illustration at right). These are the types of cells necessary for a healthy blood and immune system.



Medical treatments for cancer, such as high-dose chemotherapy and radiation therapy, can destroy a patient's stem cells at the same time they destroy cancer cells. Afterwards, a doctor infuses stem cells that will multiply and regenerate a new blood and immune system. Your baby's stem cells may be used for this procedure if your baby or baby's siblings ever require treatment with stem cell transplantation.[1,3,6]

## Transplant Glossary

- **Autologous Transplant.** A stem cell transplant using the patient's own stem cells.
- **Allogeneic Transplant.** A stem cell transplant using donated stem cells from someone other than the patient. The cells can either be:
  - Related, meaning donated from a sibling or other family member, or
  - Unrelated, donated from a nonrelative
- **Graft vs. Host Disease.** A sometimes fatal incompatibility reaction in the recipient of a stem cell transplant. Cord blood transplants have a noticeable lack of serious GVHD.
- **HLA Type.** Used to determine the compatibility of donor to recipient. An exact match of six out of six HLA markers is ideal. Transplants are more successful with closer HLA matches and cells from related donors.

CBR 00018

# Why You Should Bank Your Baby's Cord Blood Stem Cells

At an increasing rate, expectant parents are storing cord blood for their families, not only for the current benefits of stem cells but also for their future potential. Some families have specific risk factors, but most often, families bank for the security of knowing the health benefits stem cells may offer their children, themselves, and other family members.

Cord blood banking is considered to be a form of protection because, by collecting and freezing your baby's cord blood stem cells, you are saving a biological resource that may conceivably save his or her life someday.[1,6] Here are some other reasons families choose cord blood banking:

> "First, infants themselves have some claim on their own placental blood for use in later life. After all, it is the infant's own blood that is being stored."
>
> — Jeremy Sugarman, M.D., et al.
> *Journal of the American Medical Association*
> Vol. 274, No. 22
> December 13, 1995

## Early Treatment

Banking cord blood ensures that these stem cells can be immediately available if they are needed for treatment. Early treatment of many illnesses can minimize disease progression.[7] According to researchers from Duke University, cord blood transplants could provide possible survival that is unlikely with the more time-consuming process of unrelated marrow donation."[1,8]

## Family Use

One of the unique characteristics about your baby's cord blood stem cells is that they can be used by siblings or other relatives in many circumstances where bone marrow stem cells cannot. Researchers believe that cells from cord blood are unique because they are



immunologically immature, or "naive," cells.[9] Therefore, cord blood can be used when there is only a half HLA match. With bone marrow, a perfect match is almost always required. First- and second-degree relatives of the newborn, including siblings, parents, grandparents, cousins, aunts, and uncles, may be a sufficient match to use the stem cells.[1,6] Banking these cells at birth essentially stops the clock and protects them from the exposures and damage that may occur to stem cells later in life.[5]

## Doubled Survival Rates With Related Stem Cells Versus Unrelated Donors

Clinical studies have shown that treatments using cord blood stem cells from a family member can result in double the survival rate for certain diseases when compared to treatments using cord blood stem cells from an unrelated donor.[10] As we discussed above, chances of finding a relative with a suitable HLA match are greater with cord blood stem cells, compared to bone marrow, which means that families with banked cord blood will be more likely to have access to a related stem cell sample if needed.

---

**"According to the National Institutes of Health, stem cells may one day be able to repair the body's tissue and muscle and cure everything from spinal cord injuries to Alzheimer's."**                    "60 Minutes II," November 27, 2001

## Potential Future Treatments

Although still in its early stages, research using cord blood stem cells is underway to assess their potential role in treating heart disease, diabetes, arthritis, and other immune system disorders. Recent discoveries in "tissue engineering" suggest that stem cells, like those found in bone marrow and cord blood, can be turned into heart, bone, brain, nerve, skin, or other cell types, possibly making way for new therapies. Recently, the National Institute on Aging awarded a $1.3 million grant to researchers at the University of South Florida to explore the potential of cord blood stem cells to treat Alzheimer's disease. This substantial investment demonstrates overwhelming support for the potential of cord blood stem cells.

While these areas of research are also in their infancy, they may one day provide hope for new treatments. When you bank your baby's cord blood stem cells, you are saving a key component to potential future medical treatments.[1,2,3,4]



> "It's not just pie-in-the-sky speculation. There are studies that would suggest that other organ dysfunction—nerve damage, heart damage, brain cell damage—might actually be fixed [by cord blood stem cells]."
>
> — Andrew Yeager, M.D
> Director of the Hematopoietic Stem Cell Transplantation Biology Program
> University of Pittsburgh Cancer Institute
> CBS, "60 Minutes II," November 27, 2001

### Tissue Regeneration

*Tissue regeneration* is an approach to disease and aging that is directed toward the regrowth of dead or damaged tissue. Regenerative medicine is the concept of repairing the body by developing new tissues and organs as the old ones "wear out." This type of approach began with growing new skin for burn victims and has acquired new potential with knowledge about stem cells and the understanding of the human genome. Recently, scientists have been able to induce cord blood stem cells to turn into neurons, suggesting these cells may be suitable for transplantation in neurodegenerative diseases like Alzheimer's and Parkinson's. Additional applications of this technology include gene delivery to the central nervous system and repair of brain and spinal cord injuries.[11] Data has also shown that cord blood stem cells may be able to repair brain damage resulting from stroke. In animal studies, treatment with cord blood stem cells twenty-four hours after stroke significantly improved functional recovery.[3]



> "Cells taken from the umbilical cords of newborns might work to help heart patients grow their own heart bypasses."[1]
>
> — "Japanese Study Hints of Home-Grown Heart Bypasses,"
> Reuters, November 7, 1999

### Angiogenesis

*Angiogenesis* refers to the formation of blood vessels. For certain diseases, vascular functionality is a key factor in disease progression or improvement. Scientists have been looking at therapeutic angiogenesis as a potential way to treat heart disease for some time. Cord blood stem cells contain abundant endothelial progenitor cells, which have been shown to proliferate blood vessel growth.[4] In the future, this could benefit treatments for heart disease, allowing the patient to essentially "grow their own bypass."

### Gene Therapy

*Gene therapy* refers to cellular-based approaches to treatment, whereby a gene is inserted into a stem cell, or population of cells with a "vector" (usually an inactivated virus) and those "corrected" or "modified" cells are reintroduced back into the patient. These cells then multiply and after a critical mass of cells has been generated, the therapeutic effect of the gene correction is realized.

CBR 00020

# About Cord Blood Registry®: Protecting What Is Priceless

*If your doctor stored his or her baby's cord blood, there's a good chance it's at the Registry.*

## Cord Blood Registry— The "Gold Standard"

Cord Blood Registry's laboratory, in affiliation with the University of Arizona, Tucson, has been processing and storing cord blood since 1992 and was the first family cord blood stem cell bank in the world. Now owned and operated by Cbr, it was established by Dr. David T. Harris, professor of microbiology and immunology at the university, as a pilot program sponsored in part by the American Cancer Society. A recognized expert in stem cell processing and banking, Dr. Harris serves as Cord Blood Registry's scientific director and stem cell bank director.


Cord blood stem cells are stored in cryogenic vaults called dewars. More than 100,000 units are stored at our facility in Tucson.

> More than a third of the families who enroll with Cord Blood Registry have a parent who works in the health care field.
>
> —Based on customer response from more than 2,000 clients.

Nearly 40,000 babies have had their cord blood stem cells entrusted to the Registry, making Cord Blood Registry the largest accredited and most experienced family cord blood stem cell bank in the world.

It is very important for families to store their babies' cord blood with a bank that is financially secure—one that will be around in the future when the stem cells may be needed. Cord Blood Registry has been profitable since 1999 and owns the largest and most modern cord blood laboratory.

> Stem cell transplantation therapy now offers potentially curative treatment for cancer, inherited and acquired hematologic or metabolic diseases, and autoimmune disorders.
>
> — Kenneth Anderson, M.D.
> Associate Editor, *Transfusion*

More than 10,000 caregivers have collected cord blood for our clients at more than 2,000 birthing centers throughout the United States and in nearly fifty countries. Cord Blood Registry has provided extensive educational resources for obstetricians, midwives, and hospitals. Additionally, we pay very close attention to first-time collecting physicians to help ensure a simple and effective collection. Cord Blood Registry is the gold standard by virtue of our size and volume, and we are the largest contracted service provider to some of the nation's leading HMOs and health insurance companies. Cord Blood Registry has contributed to the largest published body of data on collection and processing methods to date.[14] Our stringent administrative and laboratory procedures are designed to satisfy applicable federal and state guidelines and regulations.

## AABB Accreditation


AABB Accredited Facility

Cord Blood Registry is accredited by the American Association of Blood Banks (AABB) for the specialized processing of stem cells. The AABB demands the highest-quality standards from accredited facilities. Our accreditation ensures that all samples are screened, processed, and stored following the strictest quality assurance guidelines. Cbr specializes only in the processing of stem cells; no other materials are handled within our facilities. It is costly and time intensive to maintain the level of quality assurance required to produce samples that are consistently viable and useful for transplant. AABB accreditation is an important example of our focus on quality and scientific methodology. This accreditation provides third-party validation and demonstrates our commitment to ensuring the best possible service to our customers.

CBR 00021

## Security Precautions

Cord Blood Registry's state-of-the-art laboratory features backup generators, computer monitoring systems, and a paging and faxing system that maintains constant contact with our technicians while monitoring the laboratory and cryogenic vaults. Cord Blood Registry's storage facilities are under twenty-four-hour security and surveillance. The entire facility is alarmed and monitored.



In addition to the secure laboratory, the stem cell storage area has a few additional security precautions. It requires two individuals with separate passcodes to access the storage area. Your baby's stem cells are stored in cryogenic vaults called dewars. The use of dewars, rather than more-complex devices, releases our storage process from depending on electricity or moving mechanical parts that are susceptible to damage from the ultracold conditions of cord blood banking. Each dewar is monitored continuously for liquid nitrogen levels and dewar temperature. In addition to a surplus tank of liquid nitrogen on the premises, we also have immediate availability of spare dewars.

Our lab features state-of-the-art equipment, backup systems, and computer monitoring systems.

Lastly, our laboratory is located in Tucson, Arizona, a location that historically has not been subject to major environmental disasters such as hurricanes, earthquakes, and tornadoes. In short, we have not only secured a safe location but also have rigorously designed our systems to ensure the security and safety of your baby's stem cells.

## Highest Ratings for our Customer Service

Our clients want a wonderful birthing experience, and we do everything we can to help. We have refined our process so it is simple and easy. The collection does not interfere with the birth of your baby, and caregivers are specifically instructed not to modify their normal birthing process to collect cord blood.

We have received high marks for customer satisfaction in the enrollment process, the processing and banking of samples, and the overall client experience. A large percentage of our clients are either doctors, nurses, scientists, or are employed in the health care field. We have client service representatives available twenty-four hours a day, seven days a week, so you can feel confident knowing that someone is ALWAYS there for you and your caregiver.

We are constantly looking for ways to improve. Providing you with high-quality service is our most important goal. Your feedback is always appreciated to ensure we are nothing less than the best.

---

### Help for Families in Need

As the leader in the cord blood banking industry, we are able to offer a subsidized banking program. Our Designated Transplant Program™ (DTP) provides cord blood storage to qualified families with a medical need—at no cost to the family. Any family may apply for the DTP with a letter of recommendation from their physician (hematologist or oncologist), indicating the transplant need.

---

**Cbr Scientific and Medical Advisory Board**

Richard H. Schwarz, M.D., F.A.C.O.G.
Chairman, Department of Obstetrics and Gynecology
New York Methodist Hospital
New York, NY

David B. Agus, M.D.
Research Director,
Prostate Cancer Institute
Cedars-Sinai Medical Center
Los Angeles, CA

Paul R. Billings, M.D., Ph.D.
Founder, GeneSage, Inc.
San Francisco, CA

David T. Harris, Ph.D.
Professor, Department of
M...  y and Immunology
of Arizona
...n, AZ

Richard S. Kolecki, M.D.
Clinical Assistant Professor
Jefferson Medical College
Philadelphia, PA

# How is My Baby's Cord Blood Collected and Stored?

As our client, you will receive a collection kit that contains the items your caregiver will need to collect your baby's cord blood. You will need to take the kit to the hospital when you deliver.

When you enroll with Cord Blood Registry your kit is assigned a unique identifier (bar code). This number remains with your cord blood sample throughout the banking process. The collection of cord blood is a simple process and is similar to drawing blood for a blood test. After your baby has been born and the cord has been clamped and cut, the blood will be drawn from the umbilical cord before the cord is discarded. The collection procedure usually takes about five minutes and can be performed in normal or cesarean deliveries and for multiple births.



Cord Blood Registry's
Syringe Collection Kit

> Nearly 40,000 syringe cord blood collections since 1992 have refined and perfected our easy-to-use collection kit, which allows for the largest collection of stem cells—up to 165cc!

Cord Blood Registry gives your caregiver a choice between the syringe and blood bag collection methods. Our goal at the Registry is to help your doctor collect as much cord blood as possible for you and your family.

## Shipment of the Stem Cells

Once the blood is collected, the kit will then be shipped to the Cord Blood Registry laboratory and processing facility in Tucson. The kit contents are prelabeled with your assigned bar code—a system that maintains your privacy and eliminates risks of labeling errors that may occur in a busy delivery room. The return package is preaddressed and ready for shipment. Our kits are specially designed for express shipping and meet all regulatory requirements for shipping blood, including double containment and a crush-resistant container.

Our kits are insulated and padded for safety during transport and protect the sample from temperature extremes during shipment.

## Processing and Banking

The cord blood undergoes multiple processing steps to achieve maximum cell yield and a variety of different tests to measure sterility, viability, and cell count.[12] Other tests are also performed to ensure process integrity and quality control.

Cord Blood Registry specializes only in the collection and processing of stem cells in our dedicated facility. Our systems are unique and our collection and laboratory processes and protocols are designed to provide the highest volume collection and best stem cell yield, and we offer cryogenic storage that is designed to address safety and



The stem cell experts in our laboratory remove the red blood cells from cord blood samples before storage to improve transplant results.

security over the long term. Your baby's stem cells will be stored in cryovials that are specifically designed for storage in extremely low temperatures. The cryovials are then computer controlled-rate frozen and placed in liquid nitrogen for long-term storage. Should the stem cells ever be needed by your family, they are immediately available upon request.[1]

CBR 00023

### Separation of the Nucleated Cells for Best Transplant Results

Instead of freezing whole or partially separated blood, our lab takes the extra steps to remove the red blood cells from your family's cord blood sample because it minimizes the risk of blood type (ABO) incompatibility if the cord blood is needed for use in another family member other than the newborn.[13] Removing red blood cells also significantly reduces the use of dimethal sulfoxide (DMSO), a protectant used in cryopreservation that can cause problematic side effects when a sample is used.[13] Most importantly, Cbr's unique, proven process results in a greater yield of viable cells compared to other tested procedures.

### Storage in Cryovials Provides Long-Term Dependability

Regardless of how the sample was collected (syringe or bag), we preserve the sample in multiple cryovials. The Registry also offers the choice to store a sample in secondary units (additional cryovials), which provide more flexibility for future use. Because stem cell technology is evolving rapidly, we believe multiple vials provide a significant future benefit because the cells may be used for more than one treatment.[1,3,4]



Cryogenically freezing your baby's stem cells at birth "stops the clock," in a sense, and protects the cells from exposure to bacterial, viral, and other environmental factors that your child (and the stem cells in his or her body) may be exposed to later in life. Experts believe that some cancers and other diseases may be "triggered" by these environmental factors.



We store your baby's sample in a minimum of three cryovials, each of which is cryosheathed for double-containment. This system provides security and flexibility if needed for medical treatment and reduces the risk of cross-contamination.

**More than 10,000 OBs and midwives have collected cord blood for Cord Blood Registry. Has yours?**

### Unique Double-Containment System Protects Against Cross-Contamination

Only the Registry uses a unique double-containment system, which is designed to eliminate the risk of cross-contamination in the cryogenic vault. A hermetically sealed layer of special material envelopes each cryovial, providing a double-containment system specifically designed for long-term storage in liquid nitrogen. The cryovials are then computer controlled-rate frozen. This system is designed to provide the most secure cryogenic storage available today. The ability to cryosheath the vial is one of the main reasons we store the cells in cryovials instead of blood bags. Additionally, cryovials are more durable than bags during long-term liquid nitrogen storage. These cryovials are made of FDA-approved materials, are nonleaching, and pose no threat to the stored cells.

### Triple-Identification System Tracks Your Baby's Sample

Once your baby's sample is securely stored in liquid nitrogen, a triple-identification system ensures that the sample can be located and identified if it is ever needed for transplant. The first is the unique bar code, which can never detach from the sample because it is enclosed in the cryosheathing process. The second identifier is a hand-written I.D. on each vial. Third is the storage location of your baby's unique sample. This information is stored in a sophisticated computer system, which is backed up daily via optical disk and a hardcopy system.



**Visit us at www.cordblood.com[SM] and download our free Stem Cell Navigator™—your guide to the best stem cell information on the Web.**

CBR 00024

# Cord Blood Registry Is
## The Name to Trust in Cord Blood Banking

### Our Long-Term Stability

It is very important for our clients to store with a bank that is financially secure because most families will likely require long-term storage. Cord Blood Registry has been profitable since 1999 and owns the largest and most modern cord blood laboratory. Our long-term affiliation with the University of Arizona provides added security for our clients' cord blood stem cells.



© 2002 Cbr Systems, Inc.

### Published Data Confirms Our Processing Methods

Cord Blood Registry's collection method, processing procedure, banking results, and success rates have been published in the following journals and forums:

- Harris, D.T., Schumacher, M.J., Rychlik, S., et al., "Collection, Separation and Cryopreservation of Umbilical Cord Blood for Use in Transplantation," *Bone Marrow Transplantation,* 1994
- Harris, D.T., "Cord Blood Banking for Transplantation," *Canadian Journal of Clinical Medicine,* March 1997
- ACOG Abstracts 2002 Annual Clinical Meeting, Los Angeles

### Academic Affiliations and Research

Cord Blood Registry has a strong working partnership with the University of Arizona in areas of stem cell research and cord blood banking. The Registry is focused on stem cell processing and expansion technology. In addition, we have worked with Stanford University and the Susan G. Komen Breast Cancer Foundation in a study focused on discovering any inherent link between ethnicity and breast cancer. Cbr has also sponsored Continuing Medical Education (CME) programs presented in conjunction with professional organizations such as the American College of Obstetricians and Gynecologists.

### Accredited Laboratory—Cbr Owned and Managed

Cbr owns and controls the laboratory where the cord blood is processed and stored, and we take full responsibility to ensure that the processing, quality-control, and quality-assurance metrics are in accordance with FDA guidelines and American Association of Blood Banks (AABB) accreditation.

### Proof of Process: 100 Percent of Our Transplanted Samples—Viable

One reason we are considered the most trusted cord blood bank is because of our experience in processing and storing samples that have been used in transplantation. Cord Blood Registry has retrieved cord blood samples for nearly two dozen client families who needed the cells for medical treatment. In all cases, the stem cells proved viable for transplant—the ultimate validation of our collection, processing, and storage procedures. Most of our samples have been used in the newborn's sibling; however, the Registry's samples have been used in two unique situations:

- **Newborn to Mom.** A newborn's cord blood stem cells were transplanted to her mother to treat chronic myelogenous leukemia (CML).
- **Newborn's Own Use.** Cord Blood Registry facilitated an autologous (using your own stem cells) transplant for a client family whose child was diagnosed with aplastic anemia at age two.

CBR 00025

# Diseases Treated With Stem Cells: Present and Future

Although not all diseases treated with stem cells have been treated specifically with cord blood stem cells, doctors have been using cord blood in lifesaving treatments for more than fourteen years. And recently, scientists have discovered promising therapeutic possibilities for treating diseases and injuries in the future.

## Current Stem Cell Applications

**Acute Leukemias**
Acute Biphenotypic Leukemia
Acute Lymphocytic Leukemia (ALL)
Acute Myelogenous Leukemia (AML)
Acute Undifferentiated Leukemia

**Chronic Leukemias**
Chronic Lymphocytic Leukemia (CLL)
Chronic Myelogenous Leukemia (CML)
Juvenile Chronic Myelogenous Leukemia (JCML)
Juvenile Myelomonocytic Leukemia (JMML)

**Myelodysplastic Syndromes**
Amyloidosis
Chronic Myelomonocytic Leukemia (CMML)
Refractory Anemia (RA)
Refractory Anemia with Excess Blasts (RAEB)
Refractory Anemia with Excess Blasts in Transformation (RAEB-T)
Refractory Anemia with Ringed Sideroblasts (RARS)

**Stem Cell Disorders**
Aplastic Anemia (Severe)
Congenital Cytopenia
Dyskeratosis Congenita
Fanconi Anemia
Paroxysmal Nocturnal Hemoglobinuria (PNH)

**Myeloproliferative Disorders**
Acute Myelofibrosis
Agnogenic Myeloid Metaplasia (Myelofibrosis)
Essential Thrombocythemia
Polycythemia Vera

**Lymphoproliferative Disorders**
Hodgkin's Disease
Non-Hodgkin's Lymphoma
Prolymphocytic Leukemia

**Phagocyte Disorders**
Chediak-Higashi Syndrome
Chronic Granulomatous Disease
Neutrophil Actin Deficiency
Reticular Dysgenesis

**Lysosomal Storage Diseases**
Adrenoleukodystrophy
Gaucher's Disease
Hunter's Syndrome (MPS-II)
Hurler's Syndrome (MPS-IH)
Krabbe Disease
Maroteaux-Lamy Syndrome (MPS-VI)
Metachromatic Leukodystrophy
Morquio Syndrome (MPS-IV)
Mucolipidosis II (I-cell Disease)
Mucopolysaccharidoses (MPS)
Niemann-Pick Disease
Sanfilippo Syndrome (MPS-III)
Scheie Syndrome (MPS-IS)
Sly Syndrome, Beta-Glucuronidase Deficiency (MPS-VII)
Wolman Disease

**Histiocytic Disorders**
Familial Erythrophagocytic Lymphohistiocytosis
Hemophagocytosis
Histiocytosis-X
Langerhans' Cell Histiocytosis

**Inherited Erythrocyte Abnormalities**
Beta Thalassemia Major
Blackfan-Diamond Anemia
Pure Red Cell Aplasia
Sickle Cell Disease

**Congenital (Inherited) Immune System Disorders**
Absence of T & B Cells SCID
Absence of T Cells, Normal B Cell SCID
Ataxia-Telangiectasia
Bare Lymphocyte Syndrome
Common Variable Immunodeficiency
DiGeorge Syndrome
Kostmann Syndrome
Leukocyte Adhesion Deficiency
Omenns Syndrome
Severe Combined Immunodeficiency (SCID)
SCID with Adenosine Deaminase Deficiency
Wiskott-Aldrich Syndrome
X-Linked Lymphoproliferative Disorder

**Other Inherited Disorders**
Cartilage-Hair Hypoplasia
Ceroid Lipofuscinosis
Congenital Erythropoietic Porphyria
Glanzmann Thrombasthenia
Lesch-Nyhan Syndrome
Osteopetrosis
Tay Sachs Disease

**Inherited Platelet Abnormalities**
Amegakaryocytosis / Congenital Thrombocytopenia

**Plasma Cell Disorders**
Multiple Myeloma
Plasma Cell Leukemia
Waldenstrom's Macroglobulinemia

**Other Malignancies**
Brain Tumors
Breast Cancer
Ewing Sarcoma
Neuroblastoma
Ovarian Cancer
Renal Cell Carcinoma
Small-Cell Lung Cancer
Testicular Cancer

**Autoimmune Diseases**
Evan Syndrome
Multiple Sclerosis (experimental)
Rheumatoid Arthritis (experimental)
Systemic Lupus Erythematosus (experimental)

### Potential Future Stem Cell Applications[2, 3, 4, 11]
Alzheimer's Disease
Diabetes
Heart Disease
Liver Disease
Muscular Dystrophy
Parkinson's Disease
Spinal Cord Injury
Stroke

CBR 00026

# Common Misconceptions About Cord Blood Banking

**Misconception:** "Doctors would never treat the child with his or her own cord blood because it would contain the disease."

**Fact:** Thousands of autologous stem cell transplants (using one's own cells) are performed every year for diseases such as leukemia, lymphoma, myeloma, and many solid tumors. Research from the *Journal of Clinical Oncology* reports that even with early-onset disease (within twelve months of birth), the child's stem cells are still recommended for use in transplantation. In the study, autologous stem cell treatment of infants with acute leukemia was just as successful as allogeneic sibling transplants. Autologous cord blood stem cells have many advantages as a transplant source, including no risk of graft vs. host disease (GVHD—a leading cause of death for transplant patients), immediate availability, and low risk of the cells being contaminated with disease. Recently, a ten-month-old baby in Canada received the first-ever autologous cord blood transplant to treat retinoblastoma (eye cancer) that had spread to his spinal cord. His parent's foresight to preserve his cord blood provided him with his best chance for survival.

> "... stem cells in cord blood should be normal and free of malignancy, giving them a potential advantage over autologous cells collected during hematologic remission from a patient with malignancy."
>
> — J. M. Wiley, M.D., and J. A. Kuller, M.D
> "Storage of Newborn Stem Cells for Future Use"
> *Obstetrics and Gynecology*
> Vol. 89, No. 2, February 1997

**Misconception:** "Odds that a family will ever need their banked cord blood are so low that people shouldn't bother doing it."

**Fact:** Considering that the cause of most cancers is unknown and that the science of stem cell therapy is expanding rapidly, it is impossible to accurately calculate the odds that a family will use the cord blood or benefit from new treatments. According to research in the *Journal of Pediatric Hematology Oncology* (1997, 19:3, 183-187), the odds that a child will need to use his or her own stem cells by age twenty-one for current treatments are about 1:2,700, and the odds that a family member would need to use those cells are about 1:1,400. These estimates, however, do not include developing therapies and new data such as treatment for autoimmune diseases and the recent validation that cord blood contains enough stem cells to treat adults, which was reported in *The New England Journal of Medicine* (June 14, 2001, 344:24, 1815-1822).

> "What was a discard has become valuable—indeed priceless to many children with leukemia, and perhaps in the future to children with AIDS and autoimmune diseases, such as diabetes and rheumatoid arthritis.'"
>
> — *Science*, Vol. 268, May 12, 1995

**Misconception:** "The baby or siblings will never need the stem cells if my family doesn't have a history of cancer."

**Fact:** People choose to bank their babies' cord blood in order to provide themselves and their families with an additional safeguard—just in case. The causes for most cancers and diseases are unknown, and in some cases, certain types of cancers are growing at alarming rates.[14] Recent reports indicate that one in 630 children will get cancer by age fifteen.[15] Additionally, treatments for cancer only reflect current uses and do not consider the increasing applications and promising therapies that are in development.

**Misconception:** "If I bank my baby's stem cells, I will be taking it away from the public donor banks."

**Fact:** Currently, only a small percentage of the 3.8 million births every year in the U.S. result in family-banked cord blood, and even if that percentage increases, there will always be a generous cord blood supply for the public banks—if funding is available. More than 90 percent of families do not have access to a public cord blood bank that accepts donations. Other factors also significantly limit cord blood donation eligibility, such as maternal exposure to viruses, tattoos, and international travel. In fact, recent reports from public banks convey that only 30 percent of donated cord blood ends up being banked. The limited cord blood supply in public banks is 100 percent due to lack of funding—not private banks.

CBR 00027

**Misconception:** "There is no reason for me to bank my baby's own stem cells when public banks can provide donated samples."

**Fact:** If autologous cells are not available, or cannot be used, stem cells from a relative (preferably a sibling) are usually the best treatment option. In fact, according to a study in the *New England Journal of Medicine*, the one-year survival rate for patients treated with a sibling's cord blood stem cells is approximately 63 percent. With unrelated cord blood (that is, from public banks), the survival rate drops to 29 percent. Cord blood from an unrelated donor also puts the patient at a much greater risk for developing potentially fatal GVHD (5 percent vs. 20 percent). Related cord blood also reduces the risk that the transplant sample may harbor genetic problems that could cause disease in the recipient because the family will know the genetic history. More importantly, because cord blood cells are less mature than adult stem cells, they have a 50 percent likelihood of being a suitable HLA match between siblings, compared to only 25 percent for bone marrow. Public banks can help ensure an adequate sample for transplant but not the best or most preferable sample. When the issue is survival, this is significant. The families who bank cord blood stem cells want to help ensure the BEST chance of survival if the cells are needed, not just A chance.

**Misconception:** "I can donate to a public bank and retrieve the cells later if needed."

**Fact:** Multiple studies have shown that more than half of potential cord blood donors are not eligible for donation. As many as 71 percent of donations may be rejected by public banks based on family medical history, maternal medical history, collection volume, and examination of the maternal blood sample (*Transfusion*, January 2000, Vol. 40, No. 1, 124). Donated samples that are banked could be used for research or by other families.

**Misconception:** "Cord blood collection takes important blood away from my baby."

**Fact:** Cord blood is normally discarded with the umbilical cord after it is clamped and cut. When you ask to have your baby's cord blood collected, the one and only change from the normal procedure is that after birth—after the cord is cut—the baby's cord blood is collected rather than thrown away. Collections can take place even after the placenta has delivered.

**Misconception:** "The cells may not remain viable after long-term storage."

**Fact:** The New York State Health Department Guidelines for cord blood banking state that umbilical stem cells can be stored indefinitely under liquid nitrogen. The policy states, "There is no evidence at present that cells stored at -196°C in an undisturbed manner lose either in-vitro determined viability or biologic activity. Therefore, at the current time, no expiration date need be assigned to cord blood stored continuously under liquid nitrogen." Current data reflects that cord blood cells that have been stored for fifteen years have the same composition as they did at the time of storage. All science involving cryogenic storage of cells also indicates that the cells should remain viable indefinitely. Although cord blood cells have not been stored for more than fifteen years as of yet, other types of cells (sperm cells, white cells, for example) have been stored for decades, and the stem cell is the heartiest type of cell.

**Misconception:** "Future uses for cord blood are limited."

**Fact:** Many experts describe the current time as an "inflection point" in science and medicine and believe that individuals who bank their cord blood stem cells will be in a position to take advantage of the many developing technologies involving stem cells. New approaches to treating and curing disease may be borne from the genome project and the infrastructure that is being built. An exciting area of stem cell research is that surrounding tissue regeneration. Cord blood has already been demonstrated to contain cells that may promote blood vessel growth ("Japanese Study Hints of Home-Grown Heart Bypasses," Reuters, November 7, 1999) and contains stem cells that can be redirected to grow into neural tissue, which was demonstrated at the University of South Florida. Recently, umbilical cord blood helped repair brain damage from stroke in rats.

CBR 00028

# Frequently Asked Questions

**Why do families bank cord blood?**

Most families bank their babies' cord blood for peace of mind, knowing that the current and future uses for stem cells may be valuable to their family. Banking cord blood increases the chance that if someone in your family needs a stem cell transplant, they can use stem cells from a relative. This is important because overall, some studies have shown that stem cell transplants from a matched relative have more than double the survival rates compared to unrelated donors. Some families have specific reasons for banking cord blood:

- Adoption. The baby may not have genetic relatives to donate stem cells if needed.
- Mixed Ethnicity. Mixed ethnicities and minorities are underrepresented in the donor registries and may have difficulty finding a stem cell match if needed.[19]
- IVF Conception. Parents who have difficulty conceiving may not have future children who might be a stem cell match for the baby.

**If siblings can have up to a 50 percent chance of useful matching, couldn't we just use bone marrow if it's needed?**

Siblings only have up to a 50 percent chance of a useful match with cord blood stem cells. This is not the case with bone marrow or peripheral blood stem cells, which have significantly less chance of being useful between siblings.

**Why are cord blood stem cells unique?**

The first reason is because there is a higher likelihood of finding a useful match between siblings (siblings are twice as likely to have a useful cord blood match compared to bone marrow).

The second reason is because if the cells are used, patients who receive cord blood transplants from a relative are more likely to have higher rates of survival and significantly less GVHD, which is a leading cause of death in stem cell transplants.

Additional reasons include the following:

- Cord blood stem cells can be quicker to obtain than adult stem cells.
- Storing the newborn's cord blood offers the advantage of a known family history.
- Cord blood stem cells are eight to ten times more prolific than adult stem cells from bone marrow.
- Cord blood cells are immunologically immature as compared to adult stem cells.
- Cord blood stem cells contain longer telomeres than adult stem cells. Telomeres are the natural ends of chromosomes and are believed to be responsible for cell aging and eventual cell death.
- Unlike adult stem cells, cryopreservation of cord blood stem cells "stops the clock," in a sense, and protects them from damage due to environmental exposures, age, and viruses.
- Cord blood stem cells have potential for regenerative medicine, angiogenesis, and gene therapy.

**Should I save cord blood for all of my children?**

Each child is genetically unique. Saving cord blood from all children in a family provides related sources of stem cells for potential use and increases the likelihood of a useful match. A sibling's cord blood is twice as likely to be a useful match for transplant compared to bone marrow. In the case of identical twins, it is still important to save as many stem cells as possible, and it is recommended that cord blood be collected for both babies. In general, the collection volume per baby in multiple births is smaller, so collecting for both babies helps ensure an adequate stem cell yield for transplantation. Each child's cord blood is banked separately even in the case of identical twins.

**Is cord blood banking worthwhile?**

Only you can decide what is right for your family. Some families feel that cord blood banking is too speculative or cost prohibitive, while others see it as a nominal cost for the peace of mind and future potential benefits that may be realized. Cord blood stem cells may literally be lifesaving to your child or family member. Conversely, there is no guarantee that the cells will ever be used.

**Who can use the cord blood?**

The newborn is a perfect genetic match and may be able to use the cord blood. Cord blood transplants have occurred for the newborn's siblings (most common), mother, father, and cousins.

**Have any families needed to retrieve samples?**

We have released client samples for nearly two dozen transplants. In all cases, the stem cells were viable and chosen for use by the transplant physician. The use of our samples in transplantation is the ultimate validation of our processing and storage methods.

CBR 00029

# References

1. Although medical experience and understanding of cord blood stem cells continue to evolve rapidly, potential benefits of cord blood storage have uncertain applicability within the family. The chances that members of families without a defined risk will need a stem cell transplant are low and may be affected by history, disease status, environmental factors, and random occurrence. Banking cord blood does not guarantee that the cells will be useful for every situation. Ultimate use will depend on the physician's determination of disease type and HLA matching for donor and recipient.

2. "Impact of Bone Marrow Transplantation on Type 1 Diabetes," *World Journal of Surgery,* Vol. 25, No. 4, April 2001; "Dystrophin Expression in the mdx Mouse Restored by Stem Cell Transplantation," *Nature,* Vol. 401, September 23, 1999; "Intensive Immunosuppression and Autologous Stem Cell Transplantation for Patients with Severe Rheumatoid Arthritis: The Leiden Experience," *Journal of Rheumatology,* Supplement, Vol. 64, October 2001; "Stem Cells Could Remove Need for Liver Transplants," *Chicago Tribune,* July 25, 2000; "Japanese Study Hints of Home-Grown Heart Bypasses," Reuters, November 7, 1999.

3. Chen, Jieli, et al., *Stroke* 32:2682-2688 (2001).

4. Murohara, Toyoaki, *Trends in Cardiovascular Medicine.* 2001; 11(8) 303-307.

5. Scientists have demonstrated the long-term cryopreservation of cord blood samples stored up to fifteen years (Kobylka, P., Preservation of Immunological and Colony-Forming Capacities of Long-Term (15 years) Cryopreserved Cord Blood Stem Cells. *Transplantation.* 1998;65(9):1275-1278). Cbr undertakes regular quality control tests to evaluate its cryopreservation procedures. Thus far, the longest that a cord blood unit has been stored prior to successful transplantation (engraftment) is five years.

6. The cord blood from a newborn is an exact match for the newborn from which it was obtained and may also be a useful match for the mother, father, sibling, or cousin. Banking cord blood does not guarantee that the cells will be useful for every situation. Ultimate use will depend on the physician's determination of disease type and HLA matching for donor and recipient.

7. *Cancer Management: A Multidisciplinary Approach,* Second Edition, Pazdur, R., M.D., et al., 1998.

8. "Umbilical Cord Blood Uses Expanding," Duke University news backgrounder, May 1998.

9. Cord blood stem cells are unique in that they are eight to ten times more prolific than stem cells from bone marrow and are immunologically immature. Cryopreservation of cord blood stem cells "stops the clock," in a sense, and protects them from damage due to environmental exposures, age, and viruses, for example. Cord blood stem cells also contain longer telomeres than adult stem cells. Telomeres are the natural ends of chromosomes and are believed to be responsible for cell aging and eventual cell death.

10. Gluckman, E., et al., "Outcome of Cord-Blood Transplantation from Related and Unrelated Donors," *The New England Journal of Medicine,* August 7, 1997.

11. Sanchez-Ramos, et al., *Experimental Neurology* 171, 109-115 (2001).

12. Harris, D.T., "Cord Blood Banking for Transplantation," *Canadian Journal of Clinical Medicine,* Vol. 4, No. 3, March 1997.

13. Kletzel, M., et al., *Journal of Hematotherapy,* 6:269-272, 1997.

14. Lichtenstein, P., et al., "Environmental and Heritable Factors in the Causation of Cancer," The New England Journal of Medicine, July 13, 2000.

15. Freedberg, L., "Cancer Rates for Children Worry Experts," *San Francisco Chronicle,* September 17, 1997.

16. The National Marrow Donor Program, http://www.marrow.org/NMDP/minority_facts_figures.html.

This guide serves as an overview of the most current information on science and medicine involving cord blood stem cells. If you have any questions about cord blood banking, contact a new account representative:

Cord Blood Registry
1200 Bayhill Drive, Suite 301
San Bruno, California 94066
1-800-588-6377
Fax: 1-800-844-2202

MBK-PRO-0602.09                                                                                     © 2002 Cbr Systems, Inc.

CBR 00030