

ELSEVIER



Experimental Hematology 28 (2000) 1197–1205

# Current status of umbilical cord blood hematopoietic stem cell transplantation

Eliane Gluckman

*Bone Marrow Transplant Hematology Department, Hospital Saint Louis, Paris, France, for the Eurocord Netcord Registry*

(Received 9 March 2000; revised 30 May 2000; accepted 8 June 2000)

***Objective.*** **The number of umbilical cord blood transplants is increasing worldwide. At this time, it is important to evaluate their results and to compare the outcome of umbilical cord blood transplants with allogeneic bone marrow transplants.**

***Data Sources.*** **Data have been reported to the Eurocord Registry by multiple transplant centers. Close links have been established with the cord blood banks through Netcord. Bone marrow transplant data have been provided by transplant centers and through the European Blood and Marrow Transplant (EBMT) and International Bone Marrow Transplant Registries (IBMTR).**

***Results.*** **Eurocord has analyzed the outcomes of 527 umbilical cord blood transplants from 121 transplant centers and 29 countries. The donor was related in 138 cases and unrelated in 399 cases. The results showed that survival with umbilical cord blood transplants was comparable to that with related or unrelated bone marrow transplants. Engraftment with cord blood was delayed resulting in an increased incidence of early transplant complications. The incidence of acute and chronic graft-vs-host disease was reduced with cord blood grafts even in HLA-mismatched transplants and in adults. In patients with leukemia, the rate of relapse was similar to the rate of relapse after bone marrow transplant. The overall event-free survival with umbilical cord blood transplantation was not statistically different compared to bone marrow transplants.**

***Conclusions.*** **This large registry study confirms the potential benefit of using umbilical cord blood hematopoietic stem cells for allogeneic transplants.** **© 2000 International Society for Experimental Hematology. Published by Elsevier Science Inc.**

***Keywords:*** **Umbilical cord blood allogeneic transplant**

## Introduction

The first allogeneic umbilical cord blood transplant (UCBT) was performed successfully in 1988 to treat a child with Fanconi's anemia; the umbilical cord blood donor was his HLA-identical sister [1]. Twelve years later, this patient is doing well, with full donor hematopoietic and lymphoid reconstitution. This first success opened the way to an entire new field in the domain of allogeneic hematopoietic stem cell transplant, as it showed that a single umbilical cord blood unit contained sufficient numbers of hematopoietic stem cells to reconstitute definitively the host lymphohematopoietic compartment, that an umbilical cord blood unit could be collected at birth without any harm to the newborn infant, and that an umbilical cord blood hematopoietic stem cell graft could be cryopreserved and transplanted to a myeloablated host after thawing without losing its repopulating ability. Since then, our knowledge of the biologic characteristics of umbilical cord blood cells has increased, and the advantages of using umbilical cord blood stem cells for transplantation have become apparent. Simultaneously, umbilical cord blood banks have been established for related or unrelated UCBTs, with >30,000 units currently available and >1,500 UCBTs having been performed in children and increasing numbers in adults with malignant and nonmalignant diseases [2–7].

The principal limitations of allogeneic bone marrow transplantation (BMT) are the lack of suitable HLA-matched donors and complications due to graft-vs-host disease (GVHD) that are more severe with increasing HLA

Offprint requests to: Eliane Gluckman, M.D., Hospital Saint Louis, 1 Ave Claude Vellefaux, 75475 Paris Cedex 10, France; E-mail: eliane.gluckman@sls.ap-hop-paris.fr

0301-472X/00 $–see front matter. Copyright © 2000 International Society for Experimental Hematology. Published by Elsevier Science Inc.
PII S0301-472X(00)00540-3

EXHIBIT 26

disparities [8]. In the absence of a suitable HLA-identical sibling donor, alternative donors, such as mismatched related or matched unrelated donors, are sought. Past results have been disappointing, because major and minor histocompatibility differences often were not detected due to the inadequacy of standard typing techniques, explaining the relatively high frequency of posttransplant complications, graft failure, GVHD, and delayed immune reconstitution [9]. More recently, molecular techniques have improved the sensitivity of HLA typing and, therefore, the quality of donor selection, which has resulted not only in decreasing complications but also the probability of finding a fully matched donor for class I and class II HLA antigens [10–13]. Despite the increasing number of bone marrow donor registries, which now contain >5 million bone marrow donors worldwide, some patients cannot be transplanted because of the lack of an HLA-identical donor. In these cases, alternative approaches have been used with T-cell depletion in unrelated matched or partially matched donors [14–17] or related haploidentical donors [18–20].

Umbilical cord blood cells have many theoretical advantages as grafts for stem cell transplantation because of the immaturity of newborn cells. Hematopoietic progenitors from umbilical cord blood are enriched for in vivo long-term repopulating stem cells. Compared to adult cells, umbilical cord blood hematopoietic stem cells produce larger hematopoietic colonies in vitro, have different growth factors requirements, are able to expand in long-term culture in vitro, engraft SCID-human mice in the absence of additional human growth factors, and have longer telomeres [21]. These properties theoretically should compensate for the relatively low number of cells contained in a single umbilical cord blood donation and, through rapid expansion, reconstitute myeloablated patients. The second advantage of umbilical cord blood grafts relates to the immaturity of the immune system at birth. This property should decrease the alloreactive potential of the lymphocytes within a cord blood graft and consequently should reduce the incidence and severity of GVHD after HLA-matched or HLA-mismatched transplants. Cord blood lymphocytes are naive and immature, are enriched in double-negative $CD3^+$ cells, and produce fewer cytokines. Cord blood cells express mRNA transcripts for interferon-γ, interleukin-4 (IL-4), and IL-10, but very little IL-2; they have a fully constituted polyclonal T-cell repertoire; and they can be protected from apoptosis because of low levels of CD95 [22–25]. Most of these functions are inducible through in vitro or in vivo activation; as a consequence, early NK and T-cell cytotoxicity is impaired but secondary activation can occur. One can speculate that despite the reduction of GVHD, a graft-vs-leukemia (GVL) effect can still be observed with umbilical cord blood cells [26–29]. But because acute GVHD is an early event after allogeneic BMT and because it is in part triggered by the release of cytokines, it is reasonable to postulate that umbilical cord blood grafts might induce less frequent and less severe acute and chronic GVHD than adult hematopoietic stem cell transplants that contain a greater number of activated T cells. These properties should lead to less stringent criteria for HLA donor recipient selection.

**Netcord experience in cord blood banking**

The increasing success of reported UCBTs resulted in establishment of cord blood banks [2,3]. Their number has been increasing, with >30,000 units collected and available for unrelated donor hematopoietic stem cell transplant searches. The main practical advantages of using umbilical cord blood as an alternative source of stem cells are the relative ease of procurement, absence of risk to donors, reduced risk of transmitting infection, and prompt availability of cryopreserved samples to transplant centers. These advantages were first recognized in UCBT using related donors. Secondarily, large unrelated umbilical cord blood banks established criteria for standardization of umbilical cord blood collection, banking, processing, and cryopreservation for unrelated UCBTs for treatment of various hematologic malignant and nonmalignant diseases. The other advantages of UCBT are the large donor pool, faster allocation process (the units are readily available, having been previously tested and cryopreserved), decreased risk of viral transmission, and low incidence of GVHD due to the immaturity of the newborn's immune system. Compared to unrelated BMTs where complete HLA identity for class I and class II antigens is required, most UCBTs have been performed with donors having one, two, or three HLA antigen mismatches. Clinical analyses have shown that the most important factor in predicting a positive outcome for transplant is that the number of nucleated cells infused be $>3 \times 10^7$/kg [4].

Because umbilical cord blood banking for unrelated transplantation is a relatively new field, it was important to set up minimum standards and to reach an international agreement on aspects that protect the infant donor and the mother and that optimize the chances of finding a suitable donor for the recipient. For this purpose, Netcord was founded in 1998. This cooperative network of large experienced umbilical cord blood banks includes cord blood banks in the United States, Europe, Japan, and Australia. The joint inventory available on a single research file contained 28,650 validated units in October 1999. Over the last decade, 1,017 units have been transplanted to pediatric patients and 272 to adult patients. Netcord's board of directors has developed a detailed set of standards for umbilical cord blood banking, which take into account respective national and international regulations and have submitted documents to the Foundation for the Accreditation of Hematopoietic Cell Therapy (FACHT, Omaha, NE, USA) for accreditation. Furthermore, a joint allocation system using the most recent Internet technology has been implemented to facilitate rapid allocation (within an average time of 48 hours) of




**Figure 1.** Number of related and unrelated cord blood transplants performed per year and reported to Eurocord.

umbilical cord blood units according to the histocompatibility status and the number of nucleated cells contained within the graft.

**Results of cord blood transplantation from the Eurocord registry**

Eurocord is an international registry operating on behalf of the European Blood and Marrow Transplant (EBMT) group. Participation is open to European and non-European centers conducting UCBT. Eurocord works in close collaboration with Netcord banks. Centers carrying out transplants with umbilical cord blood units from Netcord banks were invited to report their cases to Eurocord. From October 1988 to March 2000, 700 UCBTs were reported to Eurocord from 121 transplant centers in 29 countries in and outside Europe. The donors were related in 150 cases (145 children and 5 adults) and unrelated in 534 cases (378 children and 156 adults) (Fig. 1). Sixteen patients were transplanted with cord blood cells in other situations (8 patients received cord blood in addition to bone marrow cells from the same donor, 1 patient received autologous cells for gene therapy, 1 an autologous transplant, 4 received ex vivo expanded cells from a part of the cord blood graft, and 2 patients received simultaneously 2 cord blood units). The number of cells collected and infused is shown in Table 1.

*Results in children transplanted with a related donor umbilical cord blood*

The diagnoses of the recipients of the reported cord blood transplants are shown in Table 2. The donor was HLA-identical in 114 cases and was mismatched for one, two, or three HLA antigens in 24 cases. The conditioning varied according to age and diagnosis. Most often, GVHD prophylaxis consisted of only cyclosporin A. Median follow-up time was 41 months, and median age was 5 years (range 0–14).

As of January 2000, the 2-year probability of survival was 46% in patients with malignancies, 76% in patients with aplastic anemia, 100% in hemoglobinopathies of whom 35% underwent autologous reconstitution, and 79% in patients with inborn errors of metabolism (Fig. 2). The probability of neutrophil engraftment was 83% ± 4%, with a median time of 26 days (range 8–60) to reach >500/μL neutrophils. The probability of developing acute GVHD ≥II was 20%, and the probability of developing chronic GVHD was 6%. The major cause of death was relapse in patients with leukemia who received the transplant in an advanced stage of the disease [4,30].

We then performed a study in collaboration with the International Bone Marrow Transplant Registry (IBMTR) where we compared the outcome of HLA-identical sibling transplants using either an umbilical cord blood or a bone marrow graft as a source of hematopoietic stem cells. The primary endpoint was to compare the incidence of acute and chronic GVHD; the secondary endpoints were to compare engraftment and survival. We studied 113 children receiving an HLA-identical UCBT and 2,052 children receiving an HLA-identical sibling BMT from 1990–1997. We used the Cox proportional regression hazard model to adjust for other factors that potentially could influence GVHD risk. Time to neutrophil and platelet recovery and overall survival also were compared.

Compared with BMT recipients, recipients of UCBTs were younger (median 5 vs 8 years, $p < 0.001$), weighed less (median 17 vs 26 kg, $p < 0.001$), more frequently had major ABO incompatibility with their donor (25% vs 15%, $p < 0.001$), and less frequently received methotrexate for GVHD prophylaxis (28% vs 65%, $p < 0.001$) than BMT recipients. The interval from diagnosis to transplant was

**Table 1.** Median number of nucleated and progenitor cord blood cells collected and infused per recipient's weight (kg) in related and unrelated cord blood transplants (CBT)

| | Related CBT in children [N = 138] | Unrelated CBT in children [N = 291] | Unrelated CBT in adults [N = 108] |
|---|---|---|---|
| Median no. of NC collected/kg ($10^7$) | 5.4 (0.4–67) [n = 131] | 5.6 (0.8–60) [n = 272] | 2.2 (1.2–7.3) [n = 105] |
| Median no. of NC infused/kg ($10^7$) | 4.0 (0.7–62) [n = 128] | 4.5 (0.6–36) [n = 261] | 1.7 (0.2–6.0) [n = 102] |
| Median no. of CFU-GM infused/kg ($10^4$)* | 2.0 (0–56) [n = 79] | 2.2 (0–222) [n = 145] | 0.74 (0–25) [n = 66] |
| Median no. of $CD34^+$ cells infused/kg ($10^5$)* | 1.75 (0.6–63) [n = 66] | 1.9 (0.6–78) [n = 190] | 0.8 (0.01–8.9) [n = 68] |

*Techniques of numeration for colony-forming unit granulocyte-macrophage (CFU-GM) and $CD34^+$ cells not specified by transplant centers.
NC = nucleated cells.

**Table 2.** Diagnosis of children receiving a related or an unrelated cord blood transplant (CBT)

| Diagnosis | Related CBT in children [N = 138] | Unrelated CBT in children [N = 291] |
|---|---|---|
| Malignancies | 74 | 202 |
| Acute leukemia | | |
| Myeloid | 18 | 50 |
| Lymphoid | 39 | 107 |
| MDS | 6 | 25 |
| CML | 6 | 14 |
| NHL | 2 | 5 |
| Neuroblastoma | 3 | 1 |
| Bone marrow failure syndromes | 25 | 28 |
| SAA | 8 | 4 |
| Fanconi's anemia | 11 | 18 |
| Blackfan Diamond anemia | 2 | 1 |
| Dyskeratosis congenita | 2 | 1 |
| Amegakaryocytic thrombocytopenia | 1 | 2 |
| Kostmann's syndrome | 1 | 2 |
| Hemoglobinopathies | 24 | — |
| Sickle cell disease | 3 | |
| Thalassemia | 21 | |
| Inborn errors of metabolism | 15 | 61 |
| Immunodeficiencies | 7 | 25 |
| Metabolic disorders | 8 | 23 |
| Histiocytic disorders | | 13 |

CML = chronic myeloid leukemia; MDS = myelodysplastic syndrome; NHL = non-Hodgkin's lymphoma; SAA = severe aplastic anemia.

shorter for BMT recipients (median 10 vs 25 months, $p < 0.001$). The median number of nucleated umbilical cord blood cells infused was $0.47 \times 10^8$/kg as compared with $3.5 \times 10^8$/kg nucleated bone marrow cells ($p < 0.001$). Multivariate analysis demonstrated lower risks of grade II–IV acute GVHD (relative risk [RR] 0.40; 95% confidence interval [CI] 0.24–0.70; $p = 0.001$) and chronic GVHD (RR 0.35; 95% CI 0.14–0.85; $p = 0.02$) in UCBT recipients. Neutrophil recovery was significantly delayed after UCBT (RR 0.40; 95% CI 0.32–0.51; $p < 0.001$), as was platelet recovery in the first month after transplant (RR 0.20; 95% CI 0.13–0.29; $p < 0.001$). Survival was similar in the two groups (RR 1.15; 95% CI 0.81–1.65; $p = 0.43$). This study demonstrated that recipients of HLA-identical sibling UCBTs have less acute and chronic GVHD than recipients of HLA-identical sibling BMTs. Survival following cord blood and BMT was similar, suggesting that umbilical cord blood was an acceptable source of hematopoietic stem cells for transplantation [31].

*Results in children transplanted with unrelated donor umbilical cord blood*

The diagnosis of this group of patients is shown in Table 2. In patients with malignancies, 15 patients had previously received an autologous and 7 an allogeneic BMT. Most of the donors (83%) had 1–4 HLA mismatches and 50 only were matched by serology and low-resolution DRB1 typing. Median follow-up time was 21 months (range 1–64), median age was 5 years (0.2–15), median weight was 19 kg (range 4–83), and median number of nucleated cell dose infused was $4.5 \times 10^7$/kg (range 0.6–36).

The 2-year event-free survival (EFS) was 36% in patients with malignant diseases, 21% in patients with aplastic anemia, and 51% in patients with inborn errors of metabolism (Fig. 3). The probability of granulocyte engraftment by day 60 was 82%, with a median time of 29 days (range 10–60) to reach >500/μL granulocytes. The rate of engraftment was reduced to only 50% in aplastic anemia. The incidence of acute GVHD ≥II was 39%.

We performed a more detailed study in children with acute leukemia [27]. Children given UCBT during first or second complete remission were considered as belonging to the good-risk group, whereas those transplanted in more advanced stages of the disease were assigned to the poor-risk group (Fig. 4). Kaplan-Meier estimates for neutrophil recovery at day 60 were 79% ± 6% following UCBT. In multivariate analyses, the most important factor influencing neutrophil engraftment was a nucleated cell dose infused




**Figure 2.** Related cord blood transplant in children: overall survival according to diagnosis. BMFS = bone marrow failure syndromes; Hbpathies = hemoglobinopathies.




**Figure 3.** Unrelated cord blood transplant in children: event-free survival according to diagnosis. BMFS = bone marrow failure syndromes.

$>3.7 \times 10^7$/kg (RR 1.85; 95% CI 0.98–3.4; $p = 0.05$). The incidence of grade II–IV GVHD was 37% ± 6%. Kaplan-Meier estimate of 2-year EFS was 30% ± 7%. In multivariate analyses, the most important factor influencing EFS was disease status at time of transplantation: good-risk patients had a 2-year EFS of 49% ± 7% compared to 8% ± 5% in patients with chemotherapy-resistant or more advanced disease (RR 0.40; 95% CI 0.24–0.65; $p = 0.0003$). This was a consequence of both an increased 1-year transplant-related mortality and a higher 2-year relapse rate in the poor-risk group (65% ± 9% and 77% ± 14%, respectively) compared to good-risk patients (34% ± 6% and 31% ± 9%, respectively). Notably, there were no major differences in outcomes between related and unrelated UCBT. These data confirm that allogeneic UCBT from an unrelated donor is a feasible procedure able to cure a significant proportion of children with acute leukemia, especially if they undergo transplantation while they are in a favorable phase of disease.

We then performed a multicenter analysis comparing the outcome of unrelated cord blood transplant to unrelated BMTs in children with acute leukemia. We analyzed 515 UCBTs in children with acute leukemia transplanted either with an unrelated UCBT (n = 99) or an unrelated BMT (UBMT) (n = 416) between January 1994 and May 1998. The median number of nucleated cells infused was $4 \times 10^8$/kg in patients receiving UBMT and $0.38 \times 10^8$/kg in patients receiving UCBT. In unrelated BMT, 262 children received an unmanipulated BMT and 180 children received a T-cell–depleted BMT (T-UBMT) with Campath-1M being the most frequent means of T-cell depletion. On January 1, 1999, median follow-up was 29 months (range 7–60); it was significantly shorter in the UCBT group ($p < 0.001$) because most of UCBTs (90%) were performed after January 1996.

The major differences among the three groups were the higher number of HLA mismatches (defined by serology for class I and molecular typing for DRB1) in the UCBT group. The donor was HLA-mismatched in 92% of UCBT, 18% of UBMT, and 43% of T-UBMT ($p < 0.001$). Other significant differences were observed in pretransplant disease characteristics, preparative regimens, GVHD prophylaxis, and number of cells infused. Table 3 lists the probability of neutrophil and platelet recovery, acute and chronic GVHD, early transplant-related mortality, relapse, and overall survival by transplant type without adjustment for differences in prognostic variables. A significant delay in neutrophil and platelet recovery was observed in the UCBT group compared to the UBMT and the T-UBMT groups ($p = 0.001$). A significant reduction of acute GVHD >II and of chronic GVHD was observed in T-UBMT and UCBT compared to UBMT ($p = 0.001$). Early transplant-related mortality was higher in the UCBT group compared to the other groups ($p = 0.01$). Two-year overall survival and EFS were better in the UBMT and similar in the T-UBMT and the UCBT groups.




**Figure 4.** Cord blood transplant in children with acute leukemia: event-free survival according to leukemia status at transplant.

After adjustment for prognostic variables, differences in outcomes appeared during the first 100 days after transplant. Compared to UBMT, UCBT recipients had delayed hematopoietic recovery (hazard rate [HR] 0.37; 95% CI 0.27–0.52; $p < 0.001$), increased 100-day transplant-related mortality (HR 2.13; 95% CI 1.20–3.76; $p < 0.01$), and decreased acute GVHD (HR 0.50; 95% CI 0.34–0.73; $p < 0.001$). T-UBMT recipients had decreased acute GVHD (HR 0.25; 95% CI 0.17–0.36; $p < 0.0001$) and increased rate of relapse (HR 1.96; 95% CI 1.11–3.45; $p = 0.02$). After day 100 posttransplant, the three groups achieved similar results in terms of relapse. Chronic GVHD was decreased after T-UBMT (HR 0.21; 95% CI 0.11–0.37; $p$ 0.0001) and UCBT (HR 0.24; 95% CI 0.01–0.66; $p = 0.002$), and overall mortality was higher in T-UBMT recipients (HR 1.39; 95% CI 0.97–1.99; $p < 0.07$).

The main findings that emerged from these adjusted comparisons were the poor results associated with UCBT concerning neutrophil and platelet recovery and early transplant-related mortality. In contrast, UCBT and T-cell depleted BMT resulted in less acute GVHD than the unmanipulated BMT group. Finally, the unmanipulated BMT and the UCBT groups had a lower incidence of leukemic relapse than the T-cell–depleted group. Considering the long-term outcome, the unmanipulated BMT group had more chronic GVHD than the T-cell–depleted BMT and the UCBT groups. Furthermore, although the outcomes of the three groups were comparable for long-term relapse, mortality after day 100 was increased in the T-cell–depleted BMT group mostly because of the occurrence during the first 100 days after BMT of early relapse, GVHD, and lack of engraftment.

In summary, the main differences in adjusted outcomes among the three transplant groups occurred during the first 100 days after transplant, but no group had any advantage. The delay of engraftment and increased treatment-related mortality observed after UCBT must be balanced with the higher risk of acute GVHD after unmanipulated BMT and the higher risk of relapse after T-cell–depleted BMT. In contrast, after day 100 posttransplant, the three groups

**Table 3.** Univariate analysis of outcomes (95% confidence interval) by transplant group unadjusted for differences in prognostic factors

| Outcome | UBMT [n = 262] | T-UBMT [n = 180] | UCBT [n = 99] |
|---|---|---|---|
| Neutrophil recovery at day 60 | 96% (95–97) | 90% (84–96) | 80% (70–90) |
| Median days (95CI) | 18 (10–40) | 16 (9–40) | 32 (11–56) |
| Platelet recovery at day 180 | 85% (79–91) | 85% (77–93) | 90% (80–100) |
| Median days (95CI) | 29 (8–141) | 29 (8–165) | 81 (16–159) |
| Early TRM at day 100 | 19% (14–24) | 14% (9–20) | 39% (29–48) |
| Acute GVHD (II–IV) at day 100 | 58% (51–63) | 20% (15–25) | 35% (24–45) |
| Acute GVHD (III–IV) | 30% (24–36) | 8% (0–16) | 22% (14–30) |
| Chronic GVHD at 2 years* | 46% (37–53) | 12% (6–17) | 25% (1–17) |
| Relapse at 2 years | 39% (32–46) | 47% (39–55) | 38% (25–53) |
| Survival at 2 years | 49% (43–55) | 41% (33–49) | 35% (25–45) |
| EFS at 2 years | 43% (37–49) | 37% (30–44) | 31% (21–41) |

*Patients at risk: Survivors after day 100 with sustained engraftment

EFS = event-free survival; GVHD = graft-versus-host disease; TRM = transplant-related mortality; T-UBMT = T-cell–depleted unrelated bone marrow transplant; UBMT = unrelated bone marrow transplant; UCBT = umbilical cord blood transplant.

achieved similar results in terms of relapse, yet chronic GVHD occurred more frequently with unmanipulated BMT and death with T-cell–depleted BMT.

We conclude that use of UCBT, as a source of hematopoietic stem cells, is a reasonable option for children with acute leukemia lacking an acceptably matched unrelated donor.

*Results in adults transplanted with unrelated donor umbilical cord blood*

In 108 adults who received an unrelated UCBT for malignant disorders, median follow-up was 20 months (range 0.6–60), median age was 26 years (range 15–53), median weight was 60 kg (range 35–110), and median number of nucleated cells infused was $1.7 \times 10^7$/kg (range 0.2–6). The diagnosis was 32 cases of acute lymphoblastic leukemia (ALL), 23 acute myeloid leukemia (AML), 37 chronic myeloid leukemia (CML), 12 myelodysplastic syndrome, and 4 non-Hodgkin's lymphoma. Prior to UCBT, an autologous BMT had failed in 20 patients. The donor was mismatched for 1–3 HLA antigens in 102 cases, only 6 donors were considered as matched (A and B by serology and DRB1 allelic typing). The overall 1-year survival was 27%, being 39% in patients transplanted for CML in chronic phase or acute leukemia in first or second complete remission and 17% in patients transplanted in more advanced stage of the disease. The 60-day probability of neutrophil engraftment was 81% at a median time of 32 days (range 13–60). Neutrophil recovery was improved in patients with other diseases than CML ($p = 0.08$) and in patients who received $>1.7 \times 10^7$ nucleated cells/kg ($p = 0.01$). The incidence of acute GVHD ≥II was 38%. The number of relapses was low, but the follow-up was too short and most of the deaths were related to infection or GVHD. Factors associated with decreased 100-day transplant-related mortality were disease in chronic phase or remission ($p = 0.016$), number of nucleated cells infused/kg $\geq 2.0 \times 10^7$ ($p = 0.004$) (Fig. 5), and transplant performed after January 1998.

These results show that UCBT can be a good option for adults who lack an unrelated matched donor, indicating that this approach should be further investigated.




**Figure 5.** Unrelated cord blood transplant in adults with malignancies: 100-day transplant-related mortality according to nucleated cells infused per kilogram.

**Discussion and conclusion**

This registry-based analysis confirms other reported results and supports the concept of establishing cryopreserved cord blood banks for clinical use. Several questions have been answered by these analyses, but others remain to be investigated.

Engraftment has been, and remains, the major concern, as all studies showed that the time to neutrophil and platelet recovery was delayed whereas long-term engraftment was similar after UCBT and BMT. This result was expected, as it has been shown that the number of infused cells predicted the outcome after BMT [32] and UCBT [4,6,7]. We had shown that a cord-blood nucleated cell dose $>0.37 \times 10^8$/kg increased the speed of and probability of engraftment [3]. In patients with acute leukemia receiving UBMT, a

marrow cell dose $>3.65 \times 10^8$/kg was an important factor favoring engraftment [27]. In our study, we found a correlation between the time to hematopoietic recovery and the infusion of $>3.7 \times 10^8$ marrow nucleated cells per recipient's weight (one log higher than cord blood cells). Our results confirm our previous recommendation that units should be selected on the basis of a number of nucleated cells collected $>4 \times 10^7$/kg recipient body weight before thawing. The cause for delayed recovery after UCBT might be due to the low number of cells infused or to other factors such as the immaturity of stem cells that might require more cell divisions before differentiation to myeloid progenitors or the lack of subpopulations facilitating engraftment. We also can speculate that other confounding factors increase the incidence of TRM after UCBT, such as toxicity of intensive preparative regimens and delayed immune reconstitution. Whether current approaches being explored to speed hematopoietic recovery after cord blood transplantation, such as ex vivo expansion, will result in decreased TRM is unknown. It is interesting to note that the number of cells infused is one log less than a standard allogeneic BMT and 10 times less than a standard peripheral blood stem cell transplantation. The observation that the number of cells infused is far below the recommended dose of bone marrow cells is in favor of the hypothesis that cord blood cells have a selective qualitative advantage over adult bone marrow cells. We also have shown that other factors interfere with engraftment, such as patient diagnosis and HLA incompatibility. Patients with severe aplastic anemia or with hemoglobinopathies had a higher incidence of graft failure than patients with leukemia or inborn errors of metabolism. Similarly with allogeneic BMT, this failure is due to the addition of several factors, including alloimmunization and reduction of the conditioning myeloablative regimens used for transplantation in nonmalignant disorders. The role of HLA disparities still is unclear in related and unrelated situations. Our analyses as well as the New York cord blood bank analysis [7] have documented a relation between the speed of neutrophil and platelet recovery and the degree of HLA mismatch. However, we could not find any correlation between the degree of HA mismatch and the severity of GVHD or survival in UCBT. More patients and better typing technology are needed for definitive conclusions.

To improve the speed of engraftment, the use of hematopoietic growth factors, including granulocyte colony-stimulating factor, stem cell factor, or thrombopoietin, after transplant has been investigated. At this stage, the usefulness of these factors has not been demonstrated and deserves further investigation. Another approach being explored is the expansion of cord blood progenitors in vitro to improve short-term engraftment. This area of investigation seems particularly interesting, as in vitro studies have shown that the stem cell yield was increased by ex vivo expansion with cord blood compared to bone marrow cells. The use of cytokine cocktails, including thrombopoietin and FLT3, are particularly effective, and preliminary clinical observations are encouraging [33]. Another avenue of research is the possibility of infusing several cord blood units to increase stem cell yield. From a practical point of view, these findings form the basis of recommendations to umbilical cord blood banks to collect as many cells as possible and to improve the technique of processing and volume reduction to produce units with high cellular counts.

One of the first concerns raised by the use of umbilical cord blood for allogeneic transplant was the possibility of inadvertently transplanting cells of maternal origin. We and other authors have shown that maternal cells were always present in cord blood, but that their number was insufficient to induce GVHD [34]. Their presence in large numbers can be detected in cord blood by high-molecular-resolution HLA typing that can detect additional lymphocyte populations of maternal origin. As in previously published UCBT series, we observed GVHD, but it usually was not severe and the incidence of chronic GVHD was low. This is remarkable in highly mismatched transplants without T-cell depletion. In recent analyses of unrelated BMT, incompatibilities detected by high-resolution HLA typing for class I and class II were predictive of GVHD and survival [12,13]. In one study, the overall incidence of grade II–IV GVHD was 73%, and grade III–IV GVHD was estimated at 21% in patients receiving a high-resolution HLA-matched unmanipulated unrelated BMT and 47% in patients receiving a mismatched unrelated BMT. This must be compared to the incidence of 21% grade III–IV acute GVHD in unrelated mismatched CBT.

The incidence of acute and chronic GVHD was lower after related HLA-identical UCBT than after related HLA-identical BMT. In unrelated transplants for acute leukemia in children, the difference was even more striking, as the incidence of acute GVHD ≥II was lower after HLA-mismatched UCBT compared to unmanipulated unrelated BMT and intermediate with T-cell depleted UBMT. Chronic GVHD was identical for both UCBT and T-cell depleted unrelated BMT and significantly lower than in unmanipulated, unrelated BMT. This trend toward decrease of the incidence and severity of both acute and chronic GVHD also was found in the group of adults transplanted with a mismatched, unrelated cord blood donor. This study shows that the decreased incidence of acute and chronic GVHD after UCBT still is observed in the presence of major class I and class II HLA mismatches. This observation lends support to the hypothesis that umbilical cord blood differs from bone marrow in its alloreactive potential. Studies directly comparing graft composition of umbilical cord blood and BMTs for lymphoid numbers and proportion of different subsets of T, B, and NK cells are available, but these cell types are expected to be present in lower absolute numbers due to the low total cell dose of cord blood grafts. The hypothesis that reduced GVHD results from fewer T cells infused is plausible, because T-cell depletion of BMTs leads to a lower

GVHD risk. However, the number of T cells infused with UCBTs is on the order of $8 \times 10^6$/kg, and it is known that GVHD can be induced by as few as $1 \times 10^6$ $CD3^+$ cells/kg and even fewer in HLA-mismatched situations. Because acute GVHD results from activation, clonal expansion, and proliferation of donor-derived T lymphocytes that recognize alloantigens presented by either host or donor antigen-presenting cells, the lower GVHD risk after UCBT might be due to impairment of these functions in umbilical cord blood cells. Therefore, looking for complete HLA identity does not seem to be an absolute prerequisite for a successful UCBT, as we did not find any correlation between the number of HLA mismatches and survival after UCBT. HLA compatibility has been difficult to evaluate, and discrepant results have been obtained from different analyses. The methods of HLA typing have changed over time and new polymorphisms have been described, including minor histocompatibility antigens and cytokines polymorphisms. Among other confounding factors, the age of donor and recipient, cytomegalovirus serology of the recipient, sex of the donor, and number of pregnancies for female donors must be included in any multivariate analysis. This complexity emphasizes the need for large multi-institutional studies through the Registry. At this stage, we can provisionally conclude that HLA compatibility is not the major factor for selecting a donor and that the primary criteria of choice should be based on the number of cells infused.

As the interaction between lower risk of GVHD and higher risk of leukemic relapse is known, we expected a higher risk of relapse in UCBT compared to unmanipulated BMT, but we did not find any difference between the adjusted risk of relapse in the unmanipulated BMT and the UCBT. The number of patients with early relapse was higher in the T-cell–depleted BMT. If confirmed with more patients and more follow-up, this observation could indicate that NK or other cells present in cord blood have an antileukemic potential despite the immaturity of the immune system at birth [26].

In conclusion, the accumulation of clinical data indicates that UCBT is a good option for patients who require allogeneic hematopoietic stem cell transplant. Search for an unrelated umbilical cord blood donor should be used routinely at the same time as a bone marrow donor search. The future objectives of Eurocord are to compare the results of UCBT to BMT in each indication including unrelated BMT and haplo-identical related BMT in order to analyze prognostic factors associated with each transplant source and to publish recommendations for each of the following treatment strategies. These studies will be performed with Netcord, EBMT, and IBMTR. In addition, we plan to perform prospective studies analyzing the different factors associated with outcome, including the role of major and minor histocompatibility antigens, the methods of conditioning and GVHD prevention, and the study of immune reconstitution after UCBT.


## Acknowledgments

This work was supported by an EEC grant Eurocord BIOMED II BMH-CT96-0833, by Etablissement français des greffes and PHRC 96, French Ministry of Health. The author thanks members of Eurocord and Netcord for providing their data to the Registry as well as the following staff members of Eurocord for their assistance: Vanderson Rocha, M.D., medical coordinator; Sylvie Chevret, biostatistician; and Federico Garnier and Irina Ionescu, data managers.


## References


1. Gluckman E, Broxmeyer HE, Auerbach AD, et al. (1989) Hematopoietic reconstitution in a patient with Fanconi's anemia by means of umbilical cord blood from an HLA-identical sibling. N Engl J Med 321:1174
2. Rubinstein P, Dobrila L, Rosenfield RE, et al. (1995) Processing and cryopreservation of placental/umbilical cord blood for unrelated bone marrow reconstitution. Proc Natl Acad Sci USA 92:10119
3. Rubinstein P, Rosenfield RD, Adamson JW, Stevens CE (1993) Stored placental blood for unrelated bone marrow reconstitution. Blood 81:1679
4. Gluckman E, Rocha V, Boyer Chammard A, et al. (1997) Outcome of cord blood transplantation from related and unrelated donors. N Engl J Med 337:373
5. Kurtzberg J, Laughlin M, Graham L, et al. (1996) Placental blood as a source of hematopoietic stem cells for transplantation into unrelated recipients. N Engl J Med 335:157
6. Wagner JE, Rosenthal J, Sweetman R, et al. (1996) Successful transplantation of HLA matched and HLA mismatched umbilical cord blood from unrelated donors: analysis of engraftment and acute graft versus host disease. Blood 88:795
7. Rubinstein P, Carrier C, Scaradavou A, et al. (1998) Outcomes among 562 recipients of placental blood transplants from unrelated donor. N Engl J Med 339:1565
8. Szydlo R, Goldman JM, Klein JP, et al. (1997) Results of allogeneic bone marrow transplants for leukemia using donors other than HLA-identical siblings. J Clin Oncol 15: 1767
9. Madrigal JA, Scott I, Arguello R, et al. (1997) Factors influencing the outcome of bone marrow transplants using unrelated donors. Immunol Rev 157:153
10. Speiser DE, Tiercy JM, Rufer N, et al. (1996) High resolution HLA matching associated with decreased mortality after unrelated bone marrow transplantation. Blood 10:4455
11. Hansen JA, Gooley TA, Martin PJ, et al. (1998) Bone marrow transplants from unrelated donors for patients with chronic myeloid leukemia. N Engl J Med 338:962
12. Petersdorf EW, Gooley TA, Anasetti C, et al. (1998) Optimizing outcome after unrelated marrow transplantation by comprehensive matching of HLA Class I and II alleles in the donor and the recipient. Blood 92:3515
13. Sasazuki T, Juji T, Morishima Y, et al. (1998) Effect of matching of class I HLA alleles on clinical outcome after transplantation of hematopoietic stem cells from an unrelated donor. N Engl J Med 339:1177
14. Hongeng S, Krance RA, Bowman LC, et al. (1997) Outcomes of transplantation with matched-sibling and unrelated donor bone marrow in children with leukemia. Lancet 350:767
15. Martin PJ, Rowley SD, Anasetti C, et al. (1999) A phase I-II clinical trial to evaluate removal of CD4 cells and partial depletion of CD8 cells from donor marrow for HLA-mismatched unrelated recipients. Blood 94:2192
16. Green A, Clarke E, Hunt L, et al. (1999) Children with acute lymphoblastic leukemia who receive T-cell depleted HLA mismatched mar-

row allografts from unrelated donors have an increased incidence of primary graft failure but a similar overall transplant outcome. Blood 94:2236

17. Oakhill A, DH Pamphilon, MN Potter, et al. (1996) Unrelated donor bone marrow transplantation for children with relapsed acute lymphoblastic leukaemia in second complete remission. Br J Haematol 94:574
18. Aversa F, Tabilio A, Terenzi A, et al. (1994) Successful engraftment of T-cell depleted haploidentical three loci incompatible transplants in leukemia patients by addition of recombinant human granulocyte colony stimulating factor mobilized peripheral blood progenitor cells to bone marrow inoculum. Blood 84:3948
19. Aversa F, Tabilio A, Velardi A, et al. (1998) Treatment of high risk acute leukemia with T cell depleted stem cells from related donors with one fully mismatched HLA haplotype. N Engl J Med 339:1186
20. Henslee-Donney PJ, Gluckman E (1999) Allogeneic transplantation from donors other than HLA identical siblings. Hematol Oncol Clin North Am 13:1017
21. Noort WA, Falkenburg JHF (2000) Hematopoietic content of cord blood. In: Cohen SBA, Gluckman E, Madrigal A, et al. (eds.) Cord blood characteristics: Role in stem cell transplantation. London: Martin Dunitz, pp. 13–37
22. Madrigal JA, Cohen SBA, Gluckman E, et al. (1997) Does cord blood transplantation result in lower graft versus host disease? It takes more than two to Tango. Hum Immunol 56:1
23. Garderet L, Dulphy N, Douay C, et al. (1998) The umbilical cord blood αβ T cell repertoire: characteristics of a polyclonal and naive but completely formed repertoire. Blood 91:340
24. Fallen PR, Cohen SBA (2000) Cord blood T cell immunology. In: Cohen SBA, Gluckman E, Madrigal A, et al. (eds.) Cord blood characteristics: Role in stem cell transplantation. London: Martin Dunitz, pp. 39–59
25. Cairo MS, Wagner JE (1997) Placental and/or umbilical cord blood an alternative source of haemopoietic stem cells for transplantation. Blood 90:4665
26. Gardiner CM, Meara AO, Reen DJ (1998) Differential cytotoxicity of cord blood and bone marrow-derived natural killer cells. Blood 91:207
27. De La Selle V, Gluckman E, Bruley-Rosset M (1996) Newborn blood can engraft adult mice without inducing graft versus host disease across non H-2 antigens. Blood 87:3977
28. De La Selle V, Gluckman E, Bruley-Rosset M (1998) Graft versus host disease and graft versus leukemia effect in mice grafted with newborn blood. Blood 92:3968
29. Cavet J, Middleton PG, Segall M, et al. (1999) Recipient tumor necrosis factor-alfa and interleukin-10 gene polymorphisms associate with early mortality and acute graft versus host disease severity in HLA-matched sibling bone marrow transplants. Blood 94:3941
30. Rocha V, Wagner JE, Sobocinski K, et al. (2000) Comparison of graft-versus-host disease in children transplanted with HLA identical sibling umbilical cord blood versus HLA identical sibling bone marrow transplant. N Engl J Med 342:1846
31. Locatelli F, Rocha V, Chastang C, et al. (1999) Factors associated with outcome after cord blood transplantation in children with acute leukemia. Blood 93:3662
32. Sierra J, Storer B, Hansen AJ, et al. (1997) Transplantation of marrow cells from unrelated donors for treatment of high-risk acute leukemia: the effect of leukemic burden, donor HLA-matching, and marrow cell dose. Blood 89:4226
33. Koegler G, Nurnberger J, Fisher J, et al. (1999) Simultaneous cord blood transplantation of ex-vivo expanded together with non-expanded cells for high-risk leukemia. Bone Marrow Transplant 24:397
34. Petit T, Dommergues M, Socié G, et al. (1997) Detection of maternal cells in human fetal blood during the third trimester of pregnancy using allele specific PCR amplification. Br J Haematol 98:767

Case 1:05-cv-00153-GMS Document 116-35 Filed 03/31/2005 Page 10 of 25



mucositis, whereas 7 patients of the MTX group developed grade 2 to 4 mucositis. Four patients of the MTX and 13 patients of the MMF group (p=0.024) are still alive despite more advanced disease patients in the MMF group. From these preliminary date we conclude that MMF seems to be an effective tool in GvHD prophylaxis. The optimal MMF dose needs further pharmakokinetic data and will be presented at the meeting.

## CLINICAL BMT: CORD BLOOD AND ALTERNATIVE DONOR STEM CELL

**Abstract# 2787** **Poster Board #-Session: 772-III**

**Risk Factors for Relapse after Unrelated Cord Blood Transplants in Children with Acute Lymphoblastic Leukemia. Eurocord Analysis.** Vanderson Rocha, G. Michel*, W. Arcese*, F. Locatelli*, Ka Wah Chan, J.J. Ortega*, T. Takahashi*, F. Garnier*, I. Ionescu*, S. Chevret*, Eliane Gluckman. *Eurocord Registry, Hopital Saint Louis, Paris, France, Metropolitan.*

We have shown that graft versus host disease (GvHD) is reduced after unrelated CBT. Whether this fact increases relapse is unknown. In order to study risk factors for relapse, we analyzed 165 children given a unrelated CBT for Acute lymphoblastic leukemia (ALL) from 94 to 2001 and reported to Eurocord. At diagnosis the median number of white blood cell counts (WBC) was 28x109/l (7-10000), karyotype was normal in 59 (36%), not available in 35 (21%) and abnormal in 71 (43%) patients (49% high, 30% intermediate and 21% standard risk). Twenty four patients had T ALL. At transplant, the median age was 6.5 years (range:0.4-16) and median weight 24 kg (5-83). One hundred patients had a good prognostic status for transplant [first complete remission (CR1) (n=27) or CR2 (n=73)] and 65 children were transplanted in more advanced phase. Eleven patients were previously given either autologous or allogeneic BMT. The median follow-up time was 28 months (0.4-69). Conditioning regimen varied according to disease status, recipients age and centers protocols. As GvHD prophylaxis, 14 patients received CsA alone, 34 MTX containing regimen and 116 patients received CsA and steroids. The median number of nucleated cells infused (NCI) was 3.8 x107/kg (0.6-21.3). Cord blood donor was HLA matched in 18 patients and mismatched in the others (5/6 n=67; 4/6 n=66 and 3 or 2/6;n=7). Results: Probability of neutrophil recovery at day 60 was 84% and the median time was 30 days (95CI:21-50). Patients receiving more than 3.7x107/kg NC had 93% of probability of neutrophil recovery compared to 75% in those patients receiving less NC (p<0.001). Platelet recovery at day 180 was 86% and also influenced by NCI. At day 100 transplant related mortality was 34%. Estimate probability of acute GvHD ( grade 2 or more) was 38% (24 grade II, 19 grade III and 17 grade IV). Chronic GVHD was observed in 11 out of 89 patients at risk. Estimate 2 year event-free survival was 33%. It was 40% for patients transplanted in CR1, 34% for CR2 and 29% for patients transplanted in more advanced phase (p=0.41). Strikingly, the relapse incidence (RI) was 43% in CR1, 35% in CR2 and 32% in advanced phase (p=0.69). Abnormalities in the karyotype at diagnosis increased RI. In fact, estimate RI at 2 years was 47% in patients with any karyotype abnormalities, 25% in patients with normal and 35% in patients with unknown karyotype (p=0.02). There was a trend of increased risk of RI: i) in T-ALL (p=0.09), ii) presence of MTX in the GvHD prophylaxis (p=0.06), iii) shorter time from diagnosis to CBT (p=0.09) and absence of aGVHD (as a time dependent covariate) [Hazard Ratio (HR): 2.1; p=0.09]. Relapse on therapy before transplant was an important factor increasing RI in the group of patients transplanted in CR2 or more (p=0.02). In summary, in a multivariate analysis for all patients, the most important factors increasing RI were: i) karyotype abnormalities at diagnosis (HR= 1.65; p=0.03), ii) presence of MTX in GvHD prophylaxis (HR=3.02; p=0.007); iii) time from diagnosis to CBT (<25 months, HR=2.27; p=0.05) and the absence of aGVHD (HR=3.1,p=0.01). We confirm our previous findings that CBT can cure a proportion of patients with ALL. Since aGVHD influences the RI after CBT, prospective studies should address the question of GvHD prophylaxis in CBT for ALL, in other to enhance the graft vs leukemia effect.

**Abstract# 2788** **Poster Board #-Session: 773-III**

**Unrelated Donor Umbilical Cord Blood Transplantation (UD-UCBT) in 92 Patients at the University of Minnesota: Analysis of Risk Factors.** John E. Wagner, Stella M. Davies, Todd E. DeFor*, Juliet N. Barker, Margaret L. MacMillan, Daniel J. Weisdorf, Norma K.C. Ramsay. *Pediatrics and Medicine, Blood and Marrow Transplantation Program, University of Minnesota, Minneapolis, MN, USA.*

Allogeneic hematopoietic cell transplantation (HSC) is limited by severe graft-versus-host disease(GVHD), prolonged immuno-incompetence with high risk of opportunistic infection and shortage of suitable donors, particularly for racial/ethnic minority patients. Therefore, we initiated a phase I-II clinical trial to determine the limitations and potential benefits of UD-UCBT. Between July 1994 and May 2001, 127 patients underwent UD-UCBT at the University of Minnesota. Patients were eligible for analysis if the UD-UCBT was the first allogeneic transplant, was preceded by a myeloablative cytoreductive regimen, involved the infusion of a single UCB graft with <3 antigen donor-recipient HLA-disparity and occurred prior to February 1, 2001 to allow adequate follow-up. Of 92 eligible patients, the median patient age was 7.8 (0.2-56.9) yrs and median weight was 27.5 (5.0-102.8) kg; 60% male. Indications were malignancy (n=59; 63% high risk with 6 failing prior autologous HSC transplant), marrow failure (n=10), immune deficiency (n=5), and metabolic disease (n=18). Donor/recipient HLA disparity (HLA A and B at serologic level and DRB1 at high resolution) was 0 (n=13); 1 (n=41); or 2 (n=36). 90% received TBI; 98% received cyclosporin A (days -3-180) and short course methylprednisolone (2 mg/kg/d, days 5-19); and 76% received G-CSF (5 ug/kg/d, days 0 to the time the ANC ≥2500/uL). Median cell doses were 3.0 x 10⁷ nucleated cells/kg (0.7-57.9) and 2.5 x 10⁵ CD34 cells/kg (0.4-23.3). Incidence of donor-derived neutrophil recovery (≥500/uL) by day 45 was 85% (79-94) at a median of 24 days (9-54). In univariate analysis, use of G-CSF shortened time to neutrophil recovery (22 vs 31 days, p=0.06) but ultimate engraftment was unchanged (86% vs 85%). In multivariate analysis, only cell dose was associated with engraftment. Incidence of platelet recovery (≥50,000/uL) by 6 months was 64% at a median of 86 days (29-276). In multivariate analysis, increased HLA disparity and lower cell dose were associated with slower platelet recovery. Incidences of grade II-IV and grade III-IV acute GVHD were 36% (26-46) and 6% (1-11), respectively, by day 100. In univariate analysis, no factor was associated with risk of acute GVHD, including CD3 cell dose or HLA disparity. Incidence of extensive chronic GVHD was 8% (2-14). For the entire group, the probability of survival was 59% (49-70) at 1 year and 47% (36-58) at 2 years with a median follow-up of 2.2 years (0.5-6.7). Patients with nonmalignant disease had superior survival as compared to those with malignant disease (69% versus 54% at 1 year, p=0.04). In multivariate analysis, younger age (p<0.05), cell dose >1.5 x 10⁵ CD34 cells/kg (p<0.01), and absence of grade 3-4 acute GVHD (p<0.01) were factors associated with improved survival. Notably, HLA disparity continues to have no demonstrable effect on any outcome other than platelet recovery, thus far. In summary, we observe high rates of engraftment in recipients of UD-UCB grafts containing >1.5 x 10⁵ CD34 cells/kg, low rates of acute and chronic GVHD, and survival rates that are comparable to those reported after HLA matched UD-BMT. We conclude that the transplantation of HLA 0-2 antigen mismatched UD-UCB with an adequate cell dose is an acceptable alternative to HLA matched UD-BMT and may be the treatment of choice for selected patients with high risk disease who could benefit from immediate HSC transplantation.

**Abstract# 2789** **Poster Board #-Session: 774-III**

**Unrelated Cord Blood Transplantation in Adult Patients with Hematological Malignancy: A Single Institution Experience.** Tohru Iseki*, Jun Ooi*, Akira Tomonari*, Tsutomu Takahashi*, Koji Ishii*, Kaoru Uchimaru*, Reiko Sekine*, Kumiko Ishikawa*, Yasuhiro Ebihara*, Toshihisa Tsuruta*, Atsushi Manabe*, Arinobu Tojo, Kouichiro Tsuji*, Kenzaburo Tani, Shigetaka Asano. *Advanced Clinical Research Center, Research Hospital, The Institute of Medical Science, The University of Tokyo, Tokyo, Japan.*

Although the number of Cord Blood Transplantation (CBT) has been rapidly increasing, the indication to adults is restricted because of relatively lower number of infused cell, which had been defined as an unfavorable factor in previous reports. The outcome is also reported as unfavorable because of high risk of various infections and graft failure. However, the important issues such as the eligibility of patient and cord blood unit and the proper regimen of CBT for adult patients have not been defined yet. Between August 1998 and July 2001, 30 adult patients with hematological malignancy including AML(n=17), ALL(n=6), MDS(n=4),CML(n=1) and NHL(n=2) underwent unrelated HLA-mismatched CBT at our hospital. Median age and weight of patients and infused nucleated cell number were 38 years, 52kg and 2.39~10⁷/kg. All patients received our standard conditioning regimen according to the disease and the disease status. All patients received cyclosporin A and 26 patients received methotrexate for GVHD prophylaxis. All patients received G-CSF and 14 patients received EPO after CBT. Three patients died shortly after CBT, because of RRT (n=2) and infection (n=1). One patient failed to achieve remission and one patient developed autologous reconstitution, despite the myeloablative conditioning regimen inclding 12Gy of TBI. Among evaluable patients, median time to neutrophil(ANC≥500) and platelet(≥50.000) recovery was 22(n=26) and 38 days (n=22), respectively, which appeared to be faster than the previous reports, however all but one of those evaluable patients received MTX. Eight patients developed Grade II and one patient developed Grade III acute GVHD. Four patients died of relapse at 107, 202, 260 and 307 days after CBT. Overall survival rate at 36 months was 76±9% for all patients and all of 15 patients with standard risk are alive 1 to 23 months(median, 12 months) after CBT. Although the number of patients and the periods of observation are insufficient, the current result comparable to that of standard bone marrow transplantation was promising.

**Abstract# 2790** **Poster Board #-Session: 775-III**

**Searching for Unrelated Donor Hematopoietic Stem Cell Grafts: Availability and Speed of Umbilical Cord Blood Versus Bone Marrow.** Juliet N. Barker, Timothy P. Krepski*, Todd E. DeFor*, John E. Wagner, Daniel J. Weidorf. *Blood and Marrow Transplant Program, University of Minnesota, Minneapolis, MN, USA.*

Unrelated donor (URD) umbilical cord blood (UCB) has the potential advantages over URD bone marrow (BM) of extending the donor pool and being able to obtain grafts quickly. To investigate the access to URD hematopoietic stem cells (HSC), we reviewed the experience in terms of success and speed of obtaining URD UCB and BM grafts for pediatric and adult patients in the year 2000 at the University of Minnesota. Patients were eligible for URD transplant if a 5-6/6 related donor was not available. Acceptable URD BM grafts were at least 5/6 HLA-A,B,DRB1 matched, unless the recipient was over 35 years in which a 6/6 match was required. Patients were eligible for UCB transplant if no appropriately matched URD BM donor were available or the transplant was deemed urgent. Acceptable UCB grafts were at least 4/6 HLA-antigen matched with a minimum cryopreserved cell dose of 1.5 x 10⁷ NC/kg. Of 171 consecutive referrals for URD transplantation, 108 patients proceeded to a formal URD search with selection of at least one donor. Significantly more patients required urgent transplantation who underwent formal UCB searches (54%) as opposed to BM searches (21%) (p < 0.01). Twenty-one of the 108 patients (19%) found no appropriately HLA-matched BM graft but had at least one 4-6/6 matched UCB graft of adequate size. The median number of days required to obtain an URD BM graft (formal search to BM donor cleared) was 49 days (range: 32-293) as compared to only 13.5 days (range: 2-387) for UCB search time (formal search to donor unit chosen). For patients undergoing both BM and UCB searches, a mean of 29 (95% CI: 21-37) additional days were required to identify and clear an URD BM donor as opposed to UCB (p < 0.01). For the 76 patients who were transplanted, patients receiving UCB proceeded to transplant a median of 25 days more rapidly than those receiving BM (60 versus 85 days, respectively) (p < 0.01). This analysis demonstrates that: 1) a significant minority of patients have URD UCB when no appropriately matched URD BM donor is available, 2) URD BMT can occur more rapidly than previously reported by

EXHIBIT 27

Brief report

# Unrelated cord blood transplantation for adult patients with advanced myelodysplastic syndrome

Jun Ooi, Tohru Iseki, Satoshi Takahashi, Akira Tomonari, Koji Ishii, Kashiya Takasugi, Yoko Shimohakamada, Nobuhiro Ohno, Kaoru Uchimaru, Fumitaka Nagamura, Arinobu Tojo, and Shigetaka Asano

**We report the results of unrelated cord blood transplantation (CBT) for 13 adult patients with advanced myelodysplastic syndrome (MDS). The median age was 40 years, the median weight was 51 kg, and the median number of infused nucleated cells was 2.43 × $10^7$/kg. Twelve patients had myeloid reconstitution, and the median time to more than 0.5 × $10^9$/L (5 × $10^8$/L) absolute neutrophil count was 22.5 days. A self-sustained platelet count more than 50 × $10^9$/L was achieved in 11 patients at a median time of 49 days. Acute graft versus host disease (GVHD) occurred in 9 of 12 evaluable patients and chronic GVHD in 8 of 11 evaluable patients. Ten patients are alive and free of disease at between 171 and 1558 days after transplantation. The probability of disease-free survival at 2 years was 76.2%. These results suggest that adult advanced MDS patients without suitable related or unrelated bone marrow donors should be considered as candidates for CBT. (Blood. 2003;101:4711-4713)**

© 2003 by The American Society of Hematology

## Introduction

The prognosis of advanced myelodysplastic syndrome (MDS) is poor. Although some patients with advanced MDS achieve remission with standard intensive chemotherapy, the duration is usually limited.[1] Therefore, allogeneic stem cell transplantation is considered to be the only curative therapy for advanced MDS patients. Recently, alternative donor sources other than human leukocyte antigen (HLA)–identical siblings have been used as allogeneic stem cell sources.[2-4] We have previously reported the results of a group of 7 adult patients with MDS-related secondary acute myeloid leukemia (AML) who underwent unrelated cord blood transplantation (CBT).[5] Here, we report our clinical results for a larger group of 13 adult patients with advanced MDS treated with unrelated CBT.

## Study design

Between August 1998 and June 2002, 13 adult patients with advanced MDS were treated with unrelated CBT at The Institute of Medical Science, University of Tokyo. MDS was defined by the French-American-British (FAB) Cooperative Group criteria.[6] MDS-related secondary AML was defined as AML that developed during the follow-up period of MDS. Analyses of data were performed on December 1, 2002. All patients received 3 to 4 fractionated 12 Gy total body irradiation (TBI) on days −9, −8, and −7 or days −9 and −8. Cytosine arabinoside (Ara-C) was administered intravenously over 2 hours at a dose of 3 g/m$^2$ every 12 hours on days −6 and −5 or days −5 and −4 (total dose, 12 g/m$^2$). Recombinant human granulocyte colony-stimulating factor (G-CSF) was administered by continuous infusion at a dose of 5 μg/kg/d. Infusion of G-CSF was started 12 hours before the first dose of Ara-C and stopped at the completion of the last dose. Cyclophosphamide (CY) was administered intravenously over 2 hours at a dose of 60 mg/kg once daily on days −4 and −3 or days −3 and −2 (total dose, 120 mg/kg). Two days or 3 days after the completion of conditioning, patients received a cord blood transplant. All patients received standard cyclosporine (CyA) and methotrexate (MTX) as a graft-versus-host disease (GVHD) prophylaxis. CyA was given every day starting on day −1 at a dose of 3 mg/kg/d. MTX (15 mg/m$^2$ intravenously) was given on day 1, and 10 mg/m$^2$ MTX was given on days 3 and 6. Both acute and chronic GVHD were graded according to the previously published criteria.[7-9] All patients received G-CSF (5 μg/kg/d) by intravenous infusion starting on day 1 until durable granulocyte recovery was achieved. Cord blood unit was selected according to the number of nucleated cells per recipient's weight and HLA compatibility (HLA-A and B by serology and HLA-DRB1 by high-resolution DNA typing). The chimerism status after CBT was determined either by fluorescence in situ hybridization with a Y chromosome probe for sex-mismatched CBT or by polymerase chain reaction DNA typing of HLA antigen for HLA-mismatched CBT. Seven patients with MDS-related secondary AML include in our previous study were also included (cases 1 to 7).[5] No patient had a related or unrelated bone marrow donor available at the time of transplantation. Approval was obtained from the institutional review board at the Institute of Medical Science, University of Tokyo, for this study. Informed consent was provided according to the Declaration of Helsinki. Written informed consent for treatment was obtained from all patients. The probability of disease-free survival (DFS) was estimated by the Kaplan-Meier method.

## Results and discussion

The characteristics of the 13 patients and cord blood units are shown in Table 1. Among the 13 patients, 8 did not receive any induction therapy before transplantation. Among the other 5 patients who received induction therapy, 4 could not achieve complete remission. Therefore, all but 1 received CBT as an

From the Department of Hematology and Oncology, Institute of Medical Science, University of Tokyo, Japan.

Submitted December 26, 2002; accepted February 1, 2003. Prepublished online as *Blood* First Edition Paper, February 13, 2003; DOI 10.1182/blood-2002-12-3917.

**Reprints:** Jun Ooi, Department of Hematology and Oncology, Institute of Medical Science, University of Tokyo, 4-6-1, Shirokanedai, Minato-ku, Tokyo 108-8639, Japan; e-mail: jun-ooi@ims.u-tokyo.ac.jp.

The publication costs of this article were defrayed in part by page charge payment. Therefore, and solely to indicate this fact, this article is hereby marked "advertisement" in accordance with 18 U.S.C. section 1734.

© 2003 by The American Society of Hematology



EXHIBIT 28

**Table 1. Characteristics of patients and cord blood units**

| Case | Stage | Age, y/sex | Body weight, kg | No. of HLA-A, B, DRB1 mismatches | Cord blood cell dose, $\times 10^7$/kg | Recipient CMV status | Mo. from diagnosis to transplantation | Blasts in bone marrow before transplantation, % | Cytogenetics* |
|---|---|---|---|---|---|---|---|---|---|
| 1 | sAML | 27/F | 43 | 2 (B, DRB1) | 4.06 | Positive | 101 | 69.8 | Poor |
| 2 | sAML | 37/F | 51 | 2 (DRB1, DRB1) | 2.3 | Positive | 7 | 78.8 | Good |
| 3 | sAML | 49/F | 53 | 1 (A) | 2.13 | Negative | 4 | 34.2 | Good |
| 4 | sAML | 47/F | 44 | 1 (B) | 2.09 | Positive | 37 | 61.6 | Intermediate |
| 5 | sAML | 50/M | 63 | 1 (A) | 2.5 | Positive | 9 | 41 | Intermediate |
| 6 | sAML | 38/F | 45 | 1 (DRB1) | 2.09 | Negative | 5 | 86 | Good |
| 7 | sAML | 20/M | 57 | 2 (B, DRB1) | 2.18 | Positive | 38 | 34 | Poor |
| 8 | RAEB | 41/F | 44 | 2 (B, DRB1) | 3.1 | Positive | 60 | 12 | Intermediate |
| 9 | sAML | 51/M | 59 | 2 (A, B) | 2.43 | Positive | 28 | 11.5 | Poor |
| 10 | RAEB | 36/F | 45 | 2 (A, B) | 2.54 | Positive | 15 | 8.7 | Intermediate |
| 11 | sAML | 34/M | 56 | 3 (A, DRB1, DRB1) | 2.59 | Positive | 6 | 18 | Good |
| 12 | sAML | 43/M | 48 | 3 (A, B, DRB1) | 2.54 | Negative | 24 | 3.3 | Good |
| 13 | sAML | 40/M | 68 | 2 (A, DRB1) | 2.37 | Positive | 7 | 50.7 | Poor |

CMV indicates cytomegalovirus; sAML, MDS-related secondary acute myeloid leukemia; RAEB, refractory anemia with excess blasts.
*Cytogenetic analyses were performed immediately before transplantation and according to the International Prognostic Scoring System (IPSS) classification.[10]

up-front treatment—not a postremission consolidation. Among the patients, the median age was 40 years (range, 20-51 years), the median weight was 51 kg (range, 43-68 kg), and the median number of infused nucleated cells, measured before freezing, was $2.43 \times 10^7$/kg (range, $2.09 \times 10^7$ to $4.06 \times 10^7$/kg). All but 1 patient had myeloid reconstitution, and median time to more than $0.5 \times 10^9$/L ($5 \times 10^8$/L) absolute neutrophil count was 22.5 days (range, 19-35 days). A self-sustained hemoglobin more than 85 g/L (8.5 g/dL) was achieved in 11 patients at a median time of 54 days (range, 34-224 days). A self-sustained platelet count more than $50 \times 10^9$/L was achieved in 11 patients at a median time of 49 days (range, 30-164 days). All but 1 patient with myeloid reconstitution showed full donor chimerism at the time of first bone marrow examination after CBT. Although 1 patient showed a mixed chimera, the patient had a full donor chimera at the time of writing. Acute GVHD occurred in 9 of 12 evaluable patients and chronic GVHD in 8 of 11 evaluable patients. Three patients died of relapse on days 107, 307, and 368, respectively. Ten patients are alive and free of disease at between 171 and 1558 days after transplantation (Table 2). The probability of DFS 2 years was 76.2% (Figure 1). Among the 10 patients who are alive and free of disease, 8 had not received any induction therapy before transplantation.

Although allogeneic stem cell transplantation from an HLA-identical related donor offers a potential cure for advanced MDS patients, a suitably matched related donor is unavailable for approximately two thirds of patients. Recently, results of

**Table 2. Outcome**

| Case | Neutrophils more than $5 \times 10^8$/L, d | Reticulocytes more than 1%, d | Hemoglobin level more than 8.5 g/dL, d | Platelets more than 50 $\times 10^9$/L, d | Acute GVHD grade (organ involvement and stage) | Chronic GVHD (organ involvement and type) | Hospitalization, d | Survival, d* | Cause of death |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 19 | 25 | 46 | 50 | II (skin 1, liver 0, gut 1) | Limited (skin, quiescent) | 89 | 1558+ | — |
| 2 | 35 | 50 | 224 | 164 | III (skin 3, liver 2, gut 2) | Limited (skin, liver, progressive) | 472 | 307 | Relapse |
| 3 | 26 | 35 | 54 | 49 | 0 | None | 96 | 1312+ | — |
| 4 | 24 | NE | NE | NE | 0 | NE | 169 | 107 | Relapse |
| 5 | 25 | 33 | 88 | 88 | I (skin 1, liver 0, gut 0) | Extensive (skin, lung, progressive) | 243 | 990+ | — |
| 6 | 19 | 28 | 91 | 35 | I (skin 2, liver 0, gut 0) | None | 234 | 928+ | — |
| 7 | 22 | 32 | 46 | 40 | I (skin 1, liver 0, gut 0) | Limited (skin, liver, progressive) | 131 | 828+ | — |
| 8 | 23 | 26 | 46 | 52 | I (skin 1, liver 0, gut 0) | Limited (skin, liver, quiescent) | 172 | 849+ | — |
| 9 | NE | NE | NE | NE | NE | NE | 533 | 368 | Relapse |
| 10 | 26 | 36 | 160 | 85 | I (skin 1, liver 0, gut 0) | None | 240 | 500+ | — |
| 11 | 20 | 26 | 34 | 30 | IV (skin 4, liver 0, gut 2) | Extensive (skin, eye, lung, progressive) | 267 | 437+ | — |
| 12 | 21 | 28 | 34 | 37 | 0 | Limited (skin, liver, de novo) | 124 | 266+ | — |
| 13 | 21 | 28 | 62 | 33 | I (skin 2, liver 0, gut 0) | Extensive (skin, progressive) | 199 | 171+ | — |

GVHD indicates graft-versus-host disease; NE, not evaluable; —, not applicable.
*Ten patients are alive in complete remission at the time of writing. Cases 2, 4, and 9 relapsed on day 266, day 33, and day 53, respectively.




**Figure 1. Probability of disease-free survival after cord blood transplantation.**

transplantation from alternative donors other than HLA-identical siblings have been reported.[2,4,11] Because nonrelapse mortality was higher in patients who received transplants from HLA-identical unrelated bone marrow donors and HLA-nonidentical related donors than from HLA-identical related donors, Anderson et al[12] suggested that the outcome after transplantation for advanced MDS may be improved by transplanting as soon as possible after the diagnosis of advanced MDS in an attempt to reduce transplantation-related toxicity. Although the patients required early transplantation, none of our patients had any related or unrelated bone marrow donors. Therefore, unrelated cord blood, which has the advantage of rapid availability, was used as an alternative stem cell source. The long-term DFS rate for advanced MDS patients receiving allogeneic stem cell transplantation is approximately 30%,[3,12,13] and high relapse rates may result in an unfavorable rate of DFS. The relatively higher incidence of chronic GVHD and the use of G-CSF–combined preparative regimen, which was capable of reducing the posttransplantation relapse rate in refractory myeloid malignancies,[14,15] may be associated with a high DFS rate (76.2% at 2 years) in our study. Also, all patients in our study received more than $2 \times 10^7$ nucleated cells per weight, perhaps due to the smaller size of our patients. This may be one of the possible reasons for our favorable result. Although several studies have suggested the promising results of unrelated CBT for adult patients,[16-18] the role of unrelated cord blood as an alternative stem cell source is not well defined in adult MDS patients. Therefore, we updated the results of unrelated CBT for adult MDS patients. These results suggest that adult advanced MDS patients without suitable related or unrelated bone marrow donors should be considered as candidates for CBT and provide the rationale for a larger clinical study of CBT.

## References


1. De Witte T, Suciu S, Peetermans M, et al. Intensive chemotherapy for poor prognosis myelodysplasia (MDS) and secondary acute myelogenous leukemia following MDS of more than 6 months duration: a pilot study by the Leukemia Cooperative Group of the European Organisation for Research and Treatment in Cancer (EORTC-LCG). Leukemia. 1995;9:1805-1811.
2. Anderson JE, Anasetti C, Appelbaum FR, et al. Unrelated donor transplantation for myelodysplasia (MDS) and MDS-related acute myeloid leukemia. Br J Haematol. 1996;93:59-67.
3. De Witte T, Hermans J, Vossen J, et al. Haematopoietic stem cell transplantation for patients with myelo-dysplastic syndromes and secondary acute myeloid leukaemias: a report on behalf of the Chronic Leukaemia Working Party of the European Group for Blood and Marrow Transplantation (EBMT). Br J Haematol. 2000;110:620-630.
4. De Witte T, Pikkemaat F, Hermans J, et al. Genotypically nonidentical related donors for transplantation of patients with myelodysplastic syndromes: comparison with unrelated donor transplantation and autologous stem cell transplantation. Leukemia. 2001;15:1878-1884.
5. Ooi J, Iseki T, Nagayama, et al. Unrelated cord blood transplantation for adult patients with myelodysplastic syndrome-related secondary acute myeloid leukaemia. Br J Haematol. 2001;114: 834-836.
6. Bennett JM, Catovsky D, Daniel MT, et al. Proposals for the classification of the myelodysplastic syndromes. Br J Haematol. 1982;51:189-199.
7. Glucksberg H, Storb R, Fefer A, et al. Clinical manifestations of graft-versus-host disease in human recipients of marrow from HL-A-matched sibling donors. Transplantation. 1974;18:295-304.
8. Przepiorka D, Weisdorf D, Martin P, et al. 1994 Consensus Conference on Acute GVHD Grading. Bone Marrow Transplant. 1995;15:825-828.
9. Shulman HM, Sullivan KM, Weiden PL, et al. Chronic graft-versus-host syndrome in man: a long-term clinicopathologic study of 20 Seattle patients. Am J Med. 1980;69:204-217.
10. Greenberg P, Cox C, LeBeau MM, et al. International scoring system for evaluating prognosis in myelodysplastic syndromes. Blood. 1997;89: 2079-2088.
11. Arnold R, De Witte T, Van Biezen A, et al. Unrelated bone marrow transplantation in patients with myelodysplastic syndromes and secondary acute myeloid leukemia: an EBMT survey. Bone Marrow Transplant. 1998;21:1213-1216.
12. Anderson JE, Gooley TA, Schoch G, et al. Stem cell transplantation for secondary acute myeloid leukemia: evaluation of transplantation as initial therapy or following induction chemotherapy. Blood. 1997;89:2578-2585.
13. Runde V, De Witte T, Arnold R, et al. Bone marrow transplantation from HLA-identical sibling as first-line treatment in patients with myelodysplastic syndromes: early transplantation is associated with improved outcome. Bone Marrow Transplant. 1998;21:255-261.
14. Takahashi S, Okamoto SI, Shirafuji N, et al. Recombinant human glycosylated granulocyte colony-stimulating factor (rhG-CSF)-combined regimen for allogeneic bone marrow transplantation in refractory acute myeloid leukemia. Bone Marrow Transplant. 1994;13:239-245.
15. Okamoto S, Takahashi S, Wakui M, et al. Treatment of advanced myelodysplastic syndrome with a regimen including recombinant human granulocyte colony-stimulating factor preceding allogeneic bone marrow transplantation. Br J Haematol. 1997;104:569-573.
16. Laughlin MJ, Barker J, Bambach B, et al. Hematopoietic engraftment and survival in adult recipients of umbilical-cord blood from unrelated donors. N Engl J Med. 2001;344:1815-1822.
17. Sanz GF, Saavedra S, Planelles D, et al. Standardized, unrelated donor cord blood transplantation in adults with hematologic malignancies. Blood. 2001;98:2332-2338.
18. Ooi J, Iseki T, Takahashi S, et al. A clinical comparison of unrelated cord blood transplantation and unrelated bone marrow transplantation for adult patients with acute leukaemia in complete remission. Br J Haematol. 2002;118:140-143.

Brief report

# Unrelated cord blood transplantation for adult patients with de novo acute myeloid leukemia

Jun Ooi, Tohru Iseki, Satoshi Takahashi, Akira Tomonari, Kashiya Takasugi, Yoko Shimohakamada, Toshiki Yamada, Koji Ishii, Nobuhiro Ohno, Fumitaka Nagamura, Kaoru Uchimaru, Arinobu Tojo, and Shigetaka Asano

**We report the results of unrelated cord blood transplantation (CBT) for 18 adult patients with de novo acute myeloid leukemia (AML). The median age was 43 years, the median weight was 55.2 kg, and the median number of cryopreserved nucleated cells was 2.51 × $10^7$/kg. Seventeen patients had myeloid reconstitution and the median time to more than 0.5 × $10^9$/L absolute neutrophil count was 23 days. A self-sustained platelet count more than 50 × $10^9$/L was achieved in 16 patients at a median time of 49 days. Acute graft-versus-host disease (GVHD) above grade II occurred in 11 of 17 evaluable patients and chronic GVHD occurred in 14 of 17 evaluable patients. Fourteen patients are alive and free of disease at between 185 and 1332 days after transplantation. The probability of disease-free survival at 2 years was 76.6%. These results suggest that adult AML patients without suitable related or unrelated bone marrow donors should be considered as candidates for CBT. (Blood. 2004;103:489-491)**

**© 2004 by The American Society of Hematology**

## Introduction

Although allogeneic stem cell transplantation from a human leukocyte antigen (HLA)–identical related donor offers a potential cure for patients with acute myeloid leukemia (AML), a suitably matched related donor is unavailable for approximately two thirds of patients. Recently, umbilical cord blood from unrelated donors has been used as an alternative stem cell source for adult patients with hematologic disorder.[1-5] Also, we have previously reported the results of a group of 13 adult patients with advanced myelodysplastic syndrome (MDS), including 11 MDS-related secondary AML patients who received unrelated cord blood transplants (CBT).[6] However, there have been no reports detailing the results of adult de novo AML patients treated with CBT. Therefore the role of unrelated CBT is not well defined in adult patients with de novo AML. Here, we report our clinical results for a group of 18 adult patients with de novo AML treated with unrelated CBT.

## Study design

Between January 1999 and November 2002, 18 adult patients with de novo AML were treated with unrelated CBT at The Institute of Medical Science, University of Tokyo. The diagnosis of AML was made for all patients according to the French-American-British (FAB) Cooperative Group criteria.[7,8] Analyses of data were performed on June 1, 2003. All but one patient received 4 fractionated 12 Gy total body irradiation (TBI) on days −9 and −8 or on days −8 and −7. Cytosine arabinoside (Ara-C) was administered intravenously over 2 hours at a dose of 3 g/m² every 12 hours on days −6 and −5 or days −5 and −4 (total dose 12 g/m²). Recombinant human granulocyte colony-stimulating factor (G-CSF) was administered by continuous infusion at a dose of 5 μg/kg/day. Infusion of G-CSF was started 12 hours before the first dose of Ara-C and stopped at the completion of the last dose. Cyclophosphamide (CY) was administered intravenously over 2 hours at a dose of 60 mg/kg once daily on days −4 and −3 or days −3 and −2 (total dose 120 mg/kg). One patient (case 15), who had cardiac damage as a result of extensive prior therapies, received 4 fractionated 12 Gy TBI on days −9 and −8, G-CSF combined Ara-C 3 g/m² every 12 hours on days −6 to −3 (total dose 24 g/m²), and fludarabine 50 mg/body once daily on days −6 to −4. Two days or 3 days after the completion of conditioning, patients received a cord blood transplant. Sixteen patients received standard cyclosporine A (CyA) and methotrexate (MTX), and 2 patients (cases 1 and 2) received CyA only as a graft-versus-host disease (GVHD) prophylaxis. CyA was given every day starting on day −1 at a dose of 3 mg/kg/day. MTX (15 mg/m² intravenously) was given on day 1 and 10 mg/m² on days 3 and 6. Both acute and chronic GVHD were graded according to the previously published criteria.[9-11] All patients received G-CSF by intravenous infusion starting on day 1 until durable granulocyte recovery was achieved. Cord blood unit was selected according to the number of nucleated cells per recipient's weight and HLA compatibility (HLA-A and -B by serology and HLA-DRB1 high-resolution DNA typing). The chimerism status after CBT was determined either by fluorescence in situ hybridization with a Y chromosome probe for sex-mismatched CBT or by polymerase chain reaction DNA typing of HLA antigen for HLA-mismatched CBT. Five patients with AML in complete remission (CR) included in our previous study were also included (cases 3, 4, 7, 8, and 10).[4] No patients had a related or unrelated bone marrow donor available at the time of transplantation. Written informed consent for treatment was obtained from all patients. The probability of disease-free survival (DFS) was estimated by the Kaplan-Meier method.

## Results and discussion

The characteristics of the 18 patients and cord blood units are shown in Tables 1 and 2. Among the patients the median age was 43 years (range, 21-52 years), the median weight was 55.2 kg (range,

From the Department of Hematology and Oncology, Institute of Medical Science, University of Tokyo, Tokyo, Japan.

Submitted July 18, 2003; accepted August 16, 2003. Prepublished online as *Blood* First Edition Paper, August 21, 2003; DOI 10.1182/blood-2003-07-2420.

**Reprints:** Jun Ooi, Department of Hematology and Oncology, Institute of Medical Science, University of Tokyo, 4-6-1, Shirokanedai, Minato-ku, Tokyo 108-8639, Japan; e-mail: jun-ooi@ims.u-tokyo.ac.jp.

The publication costs of this article were defrayed in part by page charge payment. Therefore, and solely to indicate this fact, this article is hereby marked "advertisement" in accordance with 18 U.S.C. section 1734.

© 2004 by The American Society of Hematology



EXHIBIT 29

BLOOD, 15 JANUARY 2004 • VOLUME 103, NUMBER 2

**Table 1. Characteristics of patients**

| Case | FAB | Age, y/sex | Body weight, kg | Recipient CMV status | Mo from diagnosis to transplantation | Disease status at transplantation | Cytogenetics at diagnosis |
|---|---|---|---|---|---|---|---|
| 1 | M1 | 45/F | 54.9 | Positive | 18 | Relapse | Normal |
| 2 | M5 | 26/M | 56.4 | Positive | 17 | Relapse | 11q23 |
| 3 | M0 | 41/M | 65.4 | Negative | 10 | CR1 | Normal |
| 4 | M2 | 45/F | 46.2 | Positive | 38 | CR2 | Normal |
| 5 | M2 | 51/F | 45.8 | Positive | 22 | Relapse | Normal |
| 6 | M5 | 33/F | 36.2 | Positive | 7 | PIF | 11q23 |
| 7 | M0 | 21/F | 66.0 | Positive | 29 | CR2 | Normal |
| 8 | M2 | 51/M | 65.4 | Positive | 11 | CR1 | Normal |
| 9 | M2 | 46/M | 65.4 | Positive | 87 | Relapse | t(8;21) |
| 10 | M1 | 40/M | 72.8 | Positive | 32 | CR2 | Normal |
| 11 | M1 | 24/M | 61.2 | Negative | 20 | Relapse | Normal |
| 12 | M2 | 48/M | 54.8 | Negative | 85 | CR4 | Normal |
| 13 | M5 | 48/M | 62.2 | Positive | 20 | CR1 | Normal |
| 14 | M0 | 27/F | 46.8 | Positive | 8 | CR1 | Normal |
| 15 | M2 | 46/M | 76.2 | Positive | 51 | Relapse | Normal |
| 16 | M4 | 24/M | 56.4 | Positive | 31 | CR2 | inv(16) |
| 17 | M3 | 52/F | 43.6 | Positive | 27 | CR2 | t(15;17) |
| 18 | M0 | 22/F | 37.6 | Positive | 9 | PIF | 8 |

FAB indicates French-American-British; CMV, cytomegalovirus; CR1, first complete remission; and PIF, primary induction failure.

36.2-76.2 kg), and the median number of cryopreserved nucleated cells was $2.51 \times 10^7$/kg (range, $1.16\text{-}5.29 \times 10^7$/kg). Among the 18 patients 14 were beyond first remission at transplantation. All but 1 patient had myeloid reconstitution and median time to more than $0.5 \times 10^9$/L absolute neutrophil count was 23 days (range, 16-41 days). A self-sustained hemoglobin level of more than 85.0 g/L (8.5 g/dL) was achieved in 16 patients at a median time of 65 days (range, 16-308 days). A self-sustained platelet count more than $50 \times 10^9$/L was achieved in 16 patients at a median time of 49 days (range, 31-263 days). All patients with myeloid reconstitution showed full donor chimerism at the time of first bone marrow examination after CBT. Acute GVHD occurred in 16 of 17 evaluable patients. The grading of acute GVHD was grade I in 5 patients, grade II in 10 patients, and grade III in 1 patient. Chronic GVHD occurred in 14 of 17 evaluable patients. Among 14 chronic GVHD patients, 3 patients were extensive type. One patient died of multiple organ failure on day 27. Three patients died of relapse on days 260, 648, and 202. Fourteen patients are alive and free of disease at between 185 and 1332 days after transplantation (Table 2). The probability of disease-free survival at 2 years was 76.6%.

Several studies have suggested the promising results of unrelated CBT for adult patients.[1-6] In the report of Laughlin et al,[1] 68 adult patients received CBT. Among the 68 patients, 19 had AML. In the report of the Eurocord group,[2] 108 adult patients received CBT. Among the 108 patients, 23 had AML. However, these 2 reports did not detail the preparative regimens and prophylaxis against GVHD and the results of transplantation for AML patients. Sanz et al[3] reported the results of 22 adult patients who received

**Table 2. Characteristics of cord blood units and transplantation outcomes**

| Case | Cord blood cell dose $\times 10^7$/kg, cryopreserved | No. of HLA-A, -B, -DRB1 mismatches | Neutrophil count more than $0.5 \times 10^9$/L, d | Reticulocyte count more than 1%, d | Hemoglobin level more than 8.5 g/dL, d | Platelet count more than 50 $\times 10^9$/L, d | Acute GVHD grade (organ involvement and stage) | Chronic GVHD | Survival, d* |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.63 | 1 (DRB1) | NE | NE | NE | NE | NE | NE | 27 |
| 2 | 1.16 | 2 (A, B) | 41 | 67 | NE | NE | II (skin 3, liver 1, gut 0) | Extensive | 260 |
| 3 | 2.04 | 3 (A, DRB1, DRB1) | 25 | 33 | 38 | 56 | II (skin 3, liver 0, gut 1) | Limited | 1332+ |
| 4 | 2.25 | 2 (B, DRB1) | 20 | 24 | 59 | 31 | II (skin 1, liver 0, gut 1) | Limited | 1318+ |
| 5 | 3.3 | 2 (DRB1, DRB1) | 21 | 28 | 33 | 52 | I (skin 2, liver 0, gut 0) | Limited | 1130+ |
| 6 | 5.29 | 1 (DRB1) | 28 | 33 | 67 | 53 | II (skin 3, liver 0, gut 1) | None | 648 |
| 7 | 3 | 2 (B, DRB1) | 24 | 34 | 97 | 46 | I (skin 1, liver 0, gut 0) | Limited | 926+ |
| 8 | 2.57 | 3 (B, B, DRB1) | 20 | 34 | 22 | 39 | II (skin 3, liver 0, gut 0) | Extensive | 919+ |
| 9 | 3.71 | 1 (DRB1) | 28 | 46 | 63 | 81 | II (skin 3, liver 0, gut 0) | None | 202 |
| 10 | 2.21 | 2 (B, DRB1) | 23 | 32 | 76 | 44 | I (skin 1, liver 0, gut 0) | None | 815+ |
| 11 | 3.31 | 2 (B, DRB1) | 20 | 26 | 16 | 36 | II (skin 3, liver 0, gut 1) | Limited | 640+ |
| 12 | 2.44 | 2 (A, DRB1) | 21 | 32 | 308 | 130 | I (skin 2, liver 0, gut 0) | Limited | 542+ |
| 13 | 2.34 | 2 (B, DRB1) | 26 | 43 | 270 | 263 | II (skin 3, liver 0, gut 1) | Extensive | 535+ |
| 14 | 2.6 | 3 (B, B, DRB1) | 34 | 96 | 111 | 109 | II (skin 2, liver 0, gut 1) | Limited | 493+ |
| 15 | 2.23 | 4 (A, B, DRB1, DRB1) | 22 | 28 | 22 | 35 | I (skin 2, liver 0, gut 0) | Limited | 436+ |
| 16 | 3.93 | 2 (B, DRB1) | 16 | 21 | 24 | 37 | II (skin 1, liver 0, gut 1) | Limited | 430+ |
| 17 | 2.23 | 1 (DRB1) | 24 | 35 | 78 | 46 | 0 | Limited | 381+ |
| 18 | 3.33 | 3 (B, DRB1, DRB1) | 23 | 41 | 69 | 116 | III (skin 3, liver 0, gut 3) | Limited | 185+ |

Cases 2, 6, and 9 relapsed on day 249, day 406, and day 175. GVHD indicates graft-versus-host disease; and NE, not evaluable.
*Fourteen patients are alive in complete remission at the time of writing.

CBT following a standardized preparative and GVHD regimen. Among the 22 patients, however, only 3 had AML. Recently, Barker et al[5] reported the results of 43 adult patients who received CBT after reduced-intensity preparative regimens. Although among the 43 patients 18 had AML, all patients were not eligible for conventional conditioning regimens and some patients received 2 units of cord blood and the follow-up duration after CBT was short. Although 3 recent reports showed comparative data of unrelated CBT and unrelated bone marrow transplantation (BMT) in children[12,13] and adults,[4] there have been no larger comparative studies of unrelated CBT and unrelated BMT in adult AML patients. At present, therefore, the role of unrelated cord blood as an alternative stem cell source is not well defined in adult AML patients eligible for conventional conditioning regimens.

As well as our previous report,[6] which included 11 patients with MDS-related secondary AML (sAML), the DFS rate of our 18 patients in this study was high (76.6% at 2 years). In addition, 29 total adult patients with AML (11 with sAML,[6] 18 with de novo AML in this study) received unrelated CBT in our hospital. Among the 29 patients, 22 are alive and free of disease at the time of writing. As previously described,[6] relatively higher incidence of chronic GVHD and the use of G-CSF–combined preparative regimen, which was capable of reducing the posttransplantation relapse rate in refractory myeloid malignancies,[14] may be associated with a high DFS rate in this study. Also, all patients who are alive and free of disease in our study received more than $2 \times 10^7$ nucleated cells per weight, perhaps due to the smaller size of our patients. This may be one of the possible reasons for our favorable result.

These results suggest that adult AML patients without suitable related or unrelated bone marrow donors should be considered as candidates for CBT and provide the rationale for a larger clinical study of CBT.

## Acknowledgments

The authors would like to thank the physicians and nurses who cared for patients in this study.

## References


1. Laughlin MJ, Barker J, Bambach B, et al. Hematopoietic engraftment and survival in adult recipients of umbilical-cord blood from unrelated donors. N Engl J Med. 2001;344:1815-1822.
2. Gluckman E. Current status of umbilical cord blood hematopoietic stem cell transplantation. Exp Hematol. 2000;28:1197-1205.
3. Sanz GF, Saavedra S, Planelles D, et al. Standardized, unrelated donor cord blood transplantation in adults with hematologic malignancies. Blood. 2001;98:2332-2338.
4. Ooi J, Iseki T, Takahashi S, et al. A clinical comparison of unrelated cord blood transplantation and unrelated bone marrow transplantation for adult patients with acute leukaemia in complete remission. Br J Haematol. 2002;118:140-143.
5. Barker JN, Weisdorf DJ, DeFor TE, et al. Rapid and complete donor chimerism in adult recipients of unrelated donor umbilical cord blood transplantation after reduced intensity conditioning. Blood. 2003;102:1915-1919.
6. Ooi J, Iseki T, Takahashi S, et al. Unrelated cord blood transplantation for adult patients with advanced myelodysplastic syndrome. Blood. 2003;101:4711-4713.
7. Bennett JM, Catovsky D, Daniel MT, et al. Proposed revised criteria for the classification of acute myeloid leukemia: a report of the French-American-British Cooperative Group. Ann Intern Med. 1985;103:620-625.
8. Bennett JM, Catovsky D, Daniel MT, et al. Proposal for the recognition of minimally differentiated acute myeloid leukaemia (AML-MO). Br J Haematol. 1991;78:325-329.
9. Glucksberg H, Storb R, Fefer A, et al. Clinical manifestations of graft-versus-host disease in human recipients of marrow from HL-A-matched sibling donors. Transplantation. 1974;18:295-304.
10. Przepiorka D, Weisdorf D, Martin P, et al. 1994 Consensus Conference on Acute GVHD Grading. Bone Marrow Transplant. 1995;15:825-828.
11. Shulman HM, Sullivan KM, Weiden PL, et al. Chronic graft-versus-host syndrome in man: a long-term clinicopathologic study of 20 Seattle patients. Am J Med. 1980;69:204-217.
12. Barker JN, Davies SM, DeFor T, Ramsay NK, Weisdorf DJ, Wagner JE. Survival after transplantation of unrelated donor umbilical cord blood is comparable to that of human leukocyte antigen-matched unrelated donor bone marrow: results of a matched-pair analysis. Blood. 2001;97:2957-2961.
13. Rocha V, Cornish J, Sievers EL, et al. Comparison of outcomes of unrelated bone marrow and umbilical cord blood transplants in children with acute leukemia. Blood. 2001;97:2962-2971.
14. Takahashi S, Okamoto SI, Shirafuji N, et al. Recombinant human glycosylated granulocyte colony-stimulating factor (rhG-CSF)-combined regimen for allogeneic bone marrow transplantation in refractory acute myeloid leukemia. Bone Marrow Transplant. 1994;13:239-245.

Biology of Blood and Marrow Transplantation 9:772-780 (2003)
© 2003 American Society for Blood and Marrow Transplantation
1083-8791/03/0912-0006$30.00/0
doi:10.1016/j.bbmt.2003.08.007



# Unrelated Umbilical Cord Blood Transplantation in Adult Patients

*Gwynn D. Long,[1] Mary Laughlin,[2] Bella Madan,[1] Joanne Kurtzberg,[1] Cristina Gasparetto,[1] Ashley Morris,[1] David Rizzieri,[1] Clayton Smith,[1] James Vredenburgh,[1] Edward C. Halperin,[3] Gloria Broadwater,[4] Donna Niedzwiecki,[5] Nelson J. Chao[1]*

[1]Bone Marrow Transplantation Program, Duke University Medical Center, Durham, North Carolina; [2]Department of Medicine, Case Western Reserve University, Cleveland, Ohio; [3]Department of Radiation Oncology, [4]Cancer Center Biostatistics Department, and [5]Department of Biostatistics and Bioinformatics, Duke University Medical Center, Durham, North Carolina

Correspondence and reprint requests: Nelson Chao, MD, Adult Bone Marrow Transplant Program, Box 3961, Duke University Medical Center, Durham, NC 27710 (e-mail: chao0002@mc.duke.edu).

Received April 22, 2003; accepted August 14, 2003

## ABSTRACT

**Since January 1996, we have administered myeloablative therapy followed by infusion of unrelated umbilical cord blood cells in 57 adult patients with high-risk disease. The median age was 31 years (range, 18-58 years), and the median weight was 70 kg (range, 46-110 kg). Two patients were treated for genetic disorders and 55 for advanced hematologic malignancies. The preparative regimens were total body irradiation or busulfan based, both with antithymocyte globulin. HLA matching between donor and recipient was 3 of 6 in 3 patients, 4 of 6 in 44 patients, 5 of 6 in 8 patients, and 6 of 6 in 2 patients. The median nucleated cell dose was $1.50 \times 10^7$/kg (range, $0.54\text{-}2.78 \times 10^7$/kg), and the median $CD34^+$ cell dose was $1.37 \times 10^5$/kg (range, $0.02\text{-}12.45 \times 10^5$/kg). All patients received granulocyte colony-stimulating factor after transplantation until neutrophil recovery. Graft-versus-host disease prophylaxis consisted of cyclosporine and steroids. The median number of days to an absolute neutrophil count of 500/μL was 26 (range, 12-55 days). The median time to an untransfused platelet count of >20 000/μL was 84 days (range, 35-167 days). Seventeen patients developed grade II to IV acute GVHD. The median survival of the entire group was 91 days (range, 10-2251 days). Eleven patients were alive at a median follow-up of 1670 days (range, 67-2251 days), 1 with autologous recovery and 1 with relapsed lymphoma. The actuarial projected 3-year survival is 19%. Infection was the primary cause of death. These results suggest that unrelated umbilical cord blood transplantation is a viable option for adult patients and should be explored in patients with earlier-stage disease.**
*© 2003 American Society for Blood and Marrow Transplantation*

## KEY WORDS

Unrelated umbilical cord blood transplantation • Adults • Myeloablative therapy

## INTRODUCTION

Transplantation of allogeneic hematopoietic progenitor cells is potentially curative therapy for a number of hematologic malignancies, bone marrow failure syndromes, and inherited metabolic disorders [1]. The application of allogeneic transplantation is limited by donor availability such that only approximately one third of otherwise appropriate candidates have suitably matched family donors. Alternative donors include mismatched family members or matched unrelated donors, but these approaches are complicated by an increased risk of graft-versus-host disease (GVHD) and often a prolonged time to identify and procure donor grafts [2]. Umbilical cord blood contains high numbers of hematopoietic progenitor cells [3]. Since the first successful umbilical cord blood transplant was reported in 1989 in a 6-year-old child with Fanconi anemia, umbilical cord blood has been used to restore bone marrow function after myeloablative therapy in both related and unrelated recipients, and cord blood banks have been established [4-10].

Most of the transplantations have been performed in pediatric patients because of concerns regarding engraftment in adult patients with the relatively small numbers of cells obtained from individual cord blood



EXHIBIT 30

units, although successful engraftment has been reported in isolated adult patients [11,12]. The early experience with umbilical cord blood transplantations at Duke University Medical Center was reported in 1996 and included 24 pediatric patients and 1 adult with Fanconi anemia complicated by acute myelogenous leukemia [13]. The patient was 23 years old and weighed 44 kg. The patient engrafted and developed grade III GVHD, which resolved. She did well until approximately 4 years after transplantation, when she developed and died of a secondary malignancy (squamous cell carcinoma of the head and neck).

Recently 2 reports [14,15] have examined the outcome of unrelated umbilical cord blood transplantations in adults. A multicenter study described 68 patients treated with myeloablative therapy and rescued with unrelated umbilical cord blood cells [14]. Seventy-one percent of the grafts were mismatched for at least 2 HLA antigens. The probability of neutrophil recovery was 90%, and grades II to IV acute GVHD occurred in 60% of the patients. Eighteen of the 68 patients were alive and disease free with a median follow-up of 22 months. In another single-institution study of 22 adult patients, the 1-year disease-free survival was 53%, with a 32% incidence of acute GVHD [15].

Since 1996, we have performed transplantation in 57 adult patients with unrelated umbilical cord blood cells after myeloablative therapy at Duke University Medical Center; these patients are the subject of this report. Nineteen of the patients in this report were included in the multicenter study published in 2001 [14]. We have extended the follow-up on surviving patients from that study by 22 months and have included an additional 38 patients in this report.

## PATIENTS AND METHODS

### Patient Eligibility

The treatment protocol was approved by the Institutional Review Board of Duke University Medical Center. Patients were eligible if they had a condition appropriate for allogeneic hematopoietic progenitor cell transplantation and did not have a 6 of 6 or 5 of 6 related donor, if they did not have a 6 of 6 matched unrelated donor, or if their condition did not allow the time required for identification and procurement of a matched unrelated donor. All patients signed an approved consent form.

### Donor Selection

Cord blood searches were performed through the Placental Blood Program at the New York Blood Center and more recently through the National Marrow Donor Program and the Cord Blood Transplantation Study cord blood banks. Forty-three units were obtained from the New York Blood Center, 12 from the Cord Blood Transplantation Study bank, and 2 from the National Marrow Donor Program. Units were chosen according to degree of HLA matching and cell dose. HLA class I antigens were identified according to serologic or low-resolution DNA typing, and class II antigens were identified according to high-resolution typing of DRB1. Genetic identity at DRB1 took precedence over class I identity. If more than 1 similarly matched unit was available, then the unit with the highest cell dose was used. Units were scored for matching at class I A and B antigens and class II DRB1 alleles. All units contained a minimum cryopreserved nucleated cell dose of $1 \times 10^7$/kg recipient weight.

### Preparative Regimen and Transplantation

Twenty-nine patients were prepared with a combination of total body irradiation (TBI; 13.5 Gy in 9 fractions over 5 days from day −9 to day −5; lung dose attenuated to 10 Gy; 4-Gy testicular boost in 2 days in male patients with leukemia or myelodysplasia), melphalan 45 mg/m$^2$/d for 3 days from day −4 to day −2, and antithymocyte globulin (ATG) 30 mg/kg/d for 3 days from day −3 to day −1. Seventeen patients who were not candidates for irradiation received busulfan 4 mg/kg/d for 4 days on day −8 to day −5 as a substitute for TBI. The 2 patients with inherited disorders were treated with busulfan for 4 days on day −9 to day −6, cyclophosphamide (CY) 50 mg/kg/d for 4 days on day −4 to day −2, and ATG for 3 days on day −3 to day −1. One patient with myelodysplastic syndrome and a history of Fanconi anemia was treated with thoracoabdominal radiation, low-dose CY (10 mg/kg/day for 4 days), and ATG, and 8 patients with chronic myelogenous leukemia were treated with TBI, CY (60 mg/kg/d for 2 days), and ATG. The cryopreserved cord blood units were transported to the transplant center in a dry shipper and stored in the vapor phase of liquid nitrogen. The units were thawed in the laboratory and washed with 10% dextran and 5% human albumin before infusion, as previously described [16]. Cell counts, viability, and CD3$^+$ and CD34$^+$ cell counts were determined at the time of thawing. The cord blood was infused through a central line at a rate of 1 to 3 mL/min on day 0.

### GVHD Prophylaxis and Supportive Care

Patients received a combination of cyclosporine and methylprednisolone for GVHD prophylaxis, except for 1 patient who received cyclosporine alone. All patents received methylprednisolone 2 mg/kg/d on day −3 to day 0 as premedication for ATG. The first 5 patients were treated with methylprednisolone 10 mg/kg/d on days 5 through 7, 5 mg/kg/d on days 8 through 10, 3 mg/kg/d on days 11 through 13, and 2

mg/kg/d on days 14 through 17, followed by a 10% per week taper. In subsequent patients, the methylprednisolone dose was decreased to 1 mg/kg/d on days 0 through 4 and 2 mg/kg/d on days 5 through 20, followed by a taper of 0.2 mg/kg/wk. Acute and chronic GVHD were diagnosed and graded by standard criteria. Grade II to IV acute GVHD was initially treated with high-dose steroids followed by other agents at the discretion of the treating physician. Patients were housed in reverse-isolation rooms with high-energy particulate filtration. Granulocyte colony-stimulating factor was administered at 5 μg/kg/d until the absolute neutrophil count (ANC) was >10 000/μL for 3 consecutive days and was then tapered by 50% every 3 days as long as the ANC remained >5000/μL. Platelets were transfused for counts <10 000/μL or bleeding, and packed red blood cells were administered for hematocrit <30%. Patients received prophylactic low-dose amphotericin B (0.15 mg/kg/d) from day 1 through day 100 and received prophylactic oral antibiotics until engraftment. Neutropenic fever was treated with broad-spectrum antibiotics. Heparin 100 U/kg/d was given as a continuous intravenous infusion from the start of the preparative regimen until engraftment for hepatic veno-occlusive disease prophylaxis. Trimethoprim/sulfamethoxazole was administered before transplantation for *Pneumocystis carinii* prophylaxis. Patients received intravenous immune globulin 250 mg/kg/wk through day 100. After September 1997, all patients were treated with a course of rotating prophylactic oral antibiotics consisting of a quinolone for 1 week, a cephalosporin for 1 week, and off for 1 week; the cycle was repeated from engraftment until day 100. All patients who were serologically positive for herpes simplex virus, varicella-zoster virus, or cytomegalovirus (CMV) received acyclovir 250 mg/m$^2$ intravenously every 12 hours from day 0 through engraftment. Weekly CMV antigens or DNA testing was obtained through day 100, and patients with positive results were treated with ganciclovir (5 mg/kg twice daily for 2 weeks, followed by 5 mg/kg daily Monday through Friday for 10 weeks) and continued on intravenous immune globulin.

#### Statistical Analysis

This report is a retrospective analysis of 57 sequential adult patients treated at Duke University Medical Center. We estimated overall and event-free survival through June 30, 2002, according to the Kaplan-Meier product-limit method [17] and applied the log-rank test to compare 2 distributions. We calculated event-free survival as time from transplantation to disease progression, graft failure (primary or secondary), autologous bone marrow recovery, or death from any cause, whichever occurred first. Primary graft failure was defined as the absence of adequate hematopoiesis, as evidenced by bone marrow cellularity <5%, white blood cell count <500/μL, or ANC <100/μL by day 42 or platelet count <10 000/μL by day 120 with an absence of megakaryocytes in the bone marrow. Secondary graft failure was defined as the loss of previously documented donor cell engraftment. Patients who were alive and disease free were censored at the date of the last follow-up visit. Overall survival was calculated from the time of transplantation to death, and patients who were alive were censored at the date of the last follow-up visit. The Wilcoxon rank-sum test was used to compare the cryopreserved cell dose, the nucleated cell dose infused, and the CD34 cell dose infused in patients who achieved neutrophil engraftment and those who did not and to compare the same variables in patients who survived event free and those who did not. We used Cox proportional hazards models to determine which independent variables, including age, sex of patient, sex of donor, HLA match, CMV status, weight, diagnosis, cryopreserved cell dose, cell dose infused, and CD34 cell dose, predict overall or event-free survival. Each variable was entered in turn as an independent/univariate factor. We also used each variable as an independent factor in logistic modeling to predict the chance of a patient recovering platelets (untransfused platelet count ≥20 000/μL) or achieving ANC >500/μL by day 42. Each of the independent variables listed previously was used to predict ANC >500/μL and platelet recovery. Patients who died before day 42 and had not achieved ANC or platelet recovery were excluded from these analyses. A $P$ value <.05 was considered statistically significant.

## RESULTS

#### Patient Characteristics

Fifty-seven patients underwent transplantation between January 1996 and January 2002. The median age was 31 years (range, 18-58 years), and the median weight was 70 kg (range, 46-110 kg). Details of patient characteristics are described in Table 1. Four patients had relapsed after autologous and 2 after allogeneic transplantations. Thirty-six patients were serologically positive for CMV before transplantation, and 21 were negative.

#### Graft Characteristics

Details of HLA matching, donor and recipient sex match, and cell dose are described in Table 2. No donor/recipient pairs were mismatched at both HLA-DR loci.

#### Engraftment and Chimerism

The median time to an ANC of ≥500/μL was 26 days (range, 12-55 days) in 41 evaluable patients. Four

**Table 1.** *Patient Characteristics*

| Characteristic | No. of Patients (%) |
|---|---|
| Age, y | |
| 18-29 | 25 (44%) |
| 30-39 | 14 (25%) |
| 40-49 | 11 (19%) |
| 50-59 | 7 (12%) |
| Median (range) | 31 (18-58) |
| Sex | |
| Male | 33 |
| Female | 24 |
| Weight, kg | |
| 40-59 | 10 (18%) |
| 60-69 | 16 (28%) |
| 70-79 | 15 (26%) |
| 80-89 | 10 (18%) |
| ≥90 | 6 (10%) |
| Median (range) | 70 (46-110) |
| Diagnosis | |
| Acute myelogenous leukemia | |
| First complete remission | 1 |
| Third complete remission | 1 |
| Induction failure | 1 |
| Relapse | 16 |
| Secondary acute myelogenous leukemia | 2 |
| Acute lymphoblastic leukemia | |
| First complete remission (Ph+) | 1 |
| Second complete remission | 5 |
| Induction failure | 1 |
| Relapse | 6 |
| Chronic myelogenous leukemia | |
| Chronic phase | 2 |
| Accelerated phase | 5 |
| Blast crisis | 3 |
| Myelodysplastic syndrome | 3 |
| Myelofibrosis | 2 |
| Non-Hodgkin lymphoma | 4 |
| Chronic lymphocytic leukemia | 1 |
| Prolymphocytic leukemia | 1 |
| Diamond-Blackfan anemia | 1 |
| Adrenoleukodystrophy | 1 |

Ph+ indicates Philadelphia chromosome–positive.

**Table 2.** *Graft Characteristics*

| Variable | Data |
|---|---|
| HLA match, No. patients (%) | |
| 6/6 | 2 (4%) |
| 5/6 | 8 (14%) |
| 4/6 | 44 (77%) |
| 3/6 | 3 (5%) |
| DR mismatch | 26 (46%) |
| Donor/recipient sex, No. patients (%) | |
| F→F | 14 (25%) |
| F→M | 16 (28%) |
| M→M | 14 (25%) |
| M→F | 10 (17%) |
| Unknown | 3 (5%) |
| Median nucleated cell dose cryopreserved (range) | $2.12 \times 10^7$/kg ($1.11\text{-}4.42 \times 10^7$/kg) |
| Median nucleated cell dose infused (range) | $1.50 \times 10^7$/kg ($0.54\text{-}2.78 \times 10^7$/kg) |
| Median CD34 + cell dose infused (range) | $1.37 \times 10^5$/kg ($0.02\text{-}12.45 \times 10^5$/kg) |

patients did not engraft, 3 patients died of infection, 2 died of alveolar hemorrhage, and 1 each died of veno-occlusive disease, congestive heart failure, and multi-organ failure before reaching an ANC of ≥500/µL; 4 patients had autologous recovery. The Kaplan-Meier estimate of median time to ANC ≥500/µL was 28 days (Figure 1A). Nine (18%) of 49 patients who survived at least 42 days did not engraft with donor cells, although 1 additional patient did recover with donor cells on day 55. Four of the 8 patients who never engrafted donor cells had autologous recovery.

The median number of days to an untransfused platelet count of ≥20 000/µL was 84 (range, 35-167 days) in 19 evaluable patients. Thirty-eight patients did not achieve a platelet count of ≥20 000/µL. Fourteen died of infection, 4 of multiorgan failure, 4 of graft failure, 3 of diffuse alveolar hemorrhage, 3 of acute GVHD, and 1 each of graft rejection, adult respiratory distress syndrome, congestive heart failure, chronic GVHD, veno-occlusive disease, and relapse; 4 patients had autologous recovery. The Kaplan-Meier estimate of







**Figure 1.** Neutrophil and platelet engraftment. Kaplan-Meier estimates of the probability of achieving an ANC of ≥500/µL (A) and an untransfused platelet count ≥20 000/µL (B).

the median time to an untransfused platelet count of ≥20 000/μL was 117 days (Figure 1B).

The median cryopreserved cell dose in the 41 patients who achieved an ANC of ≥500/μL was 2.12 × $10^7$/kg (range, 1.25-4.42 × $10^7$/kg), compared with 2.11 × $10^7$/kg (range, 1.11-4.22 × $10^7$/kg) in the patients who died without achieving an ANC of ≥500/μL or had autologous recovery ($P$ = .34). The median infused nucleated cell dose in the patients who achieved an ANC of ≥500/μL was 1.60 × $10^7$/kg (range, 0.65-2.78 × $10^7$/kg), compared with 1.44 × $10^7$/kg (range, 0.54-2.64 × $10^7$/kg) in the patients who did not ($P$ = .32). The median infused CD34$^+$ cell dose in the patients who achieved an ANC of ≥500/μL was 1.52 × $10^5$/kg (range, 0.14-12.45 × $10^5$/kg), compared with 1.16 × $10^5$/kg (range, 0.02-4.95 × $10^5$/kg) in the patients who did not ($P$ = .19). These differences were not statistically significant.

Chimerism analysis was available on 33 of the 41 patients evaluable for neutrophil engraftment. Donor engraftment ranged from 82% to 99% in 5 patients, and the other 28 were 100% donor by HLA typing (serologic for class I and molecular for class II), fluorescence in situ hybridization for sex chromosomes, or restriction fragment length polymorphism analysis of polymerase chain reaction microsatellite amplifications. Five of the 8 patients for whom chimerism studies were not available developed acute GVHD, which was presumed evidence of donor cell engraftment. An additional 4 patients were 100% recipient at the time of neutrophil recovery: 1 had Philadelphia chromosome–positive cells consistent with residual or recurrent chronic myelogenous leukemia. No other patient had residual disease at the time of engraftment or death before engraftment.

### Event-Free and Overall Survival

The median event-free survival of the entire group was 87 days, with a range of 10 to 2251 days. The median overall survival was 91 days, with a range of 10 to 2251 days. Eleven patients are alive with a median follow-up of 1670 days (range, 67-2251 days). One of these patients developed recurrent non-Hodgkin lymphoma on day 425, and 1 has autologous marrow recovery without evidence of relapse. The estimated event-free survival is 15% (Figure 2A), and overall survival was 19% at 3 years (Figure 2B).

The median infused nucleated cell dose in the 9 patients who survived event free was 2.07 × $10^7$/kg (range, 0.65-2.75 × $10^7$/kg), compared with 1.50 × $10^7$/kg (range, 0.54-2.78 × $10^7$/kg) in the patients who experienced an event ($P$ = .41). The median infused CD34$^+$ cell dose in the 9 patients who survived event free was 2.27 × $10^5$/kg (range, 0.74-12.45 × $10^5$/kg), compared with 1.15 × $10^5$/kg (range, 0.02-11.79 × $10^5$/kg) in the patients who experienced an event ($P$ = .32). These differences were not statistically significant.







**Figure 2.** Event-free and overall survival. Kaplan-Meier estimate of event-free (A) and overall (B) survival of 57 adult patients who underwent transplantation with unrelated umbilical cord blood.

### Graft-versus-Host Disease

Forty-one patients engrafted and survived beyond 30 days and were evaluable for acute GVHD. Seventeen patients (30%) developed acute GVHD (14% grade II and 16% grade III or IV) at a median of 32 days after transplantation, with a range of 13 to 86 days. Organ involvement included skin only in 4 patients; gut only in 4 patients; liver only in 1 patient; skin and gut in 6 patients; and skin, gut, and liver in 2 patients. Of the 41 patients at risk for acute GVHD, 1 of 3 patients with a 3 of 6 HLA match, 11 of 29 patients with a 4 of 6 HLA match, 4 of 7 patients with a 5 of 6 HLA match, and 1 of 2 patients with a 6 of 6 HLA match developed GVHD. Three (18%) of 17 patients with acute GVHD are alive, whereas 7 (29%) of 24 patients without acute GVHD survived. Eight of 25 patients who survived >100 days developed




**Figure 3.** Event-free survival according to age. Kaplan-Meier estimate of event-free survival in patients ≤31 years (the median age) compared with older patients ($P$ = .019).

chronic GVHD (4 de novo, 2 after recovery from acute GVHD, and 2 progressing from acute GVHD), which was fatal in 2 cases. Five surviving patients have chronic GVHD, which is limited in 2 patients (skin only) and extensive in 3 (skin and gut).

### Toxicity and Causes of Death

Infection (bacterial, viral, and fungal) was the most common toxicity after unrelated umbilical cord blood transplantation. One hundred forty-eight infections were documented in these 57 patients by culture, histopathology, or CMV DNA hybridization, including 83 bacterial, 38 viral, and 26 fungal infections and 1 mycobacterial infection. Only 1 patient died of viral infection (CMV). Most viral infections were reactivation of CMV, herpes simplex virus, or varicella-zoster virus or cystitis secondary to polyoma virus. Forty-six patients have died: 9 of fungal infection, 8 of relapsed leukemia (2 after autologous marrow recovery), 7 of bacterial infections, 5 of graft failure and infection (4 fungal and 1 CMV), 5 of multiorgan failure/VOD, 4 of acute GVHD, 4 of pulmonary hemorrhage, 2 of chronic GVHD, and 1 each of adult respiratory distress syndrome and congestive heart failure. The 100-day nonrelapse mortality was 50%.

### Prognostic Factors

We used Cox proportional hazards models to determine which independent variables, including age, sex of patient, sex of donor, HLA match, CMV status, weight, diagnosis, cryopreserved cell dose, cell dose infused, and CD34 cell dose, predict overall or event-free survival. We fitted logistic regression models to predict the chance of a patient recovering platelets (untransfused platelet count ≥20 000/μL) or achieving ANC >500/μL by day 42. Age dichotomized at the median of 31 years was a significant predictor of event-free survival ($P$ = .019; Figure 3), and the infused CD34 cell dose was significant for platelet recovery ($P$ = .0083; Figure 4). Generally, the higher the CD34 cell dose, the better chance a patient had of recovering platelets.




**Figure 4.** Platelet engraftment according to CD34⁺ cell dose. Kaplan-Meier estimates of the probability of achieving an untransfused platelet count ≥20 000/μL in patients who underwent transplantation with less than or more than the median CD34⁺ cell dose of $1.37 \times 10^5$/kg ($P$ = .0083).

## DISCUSSION

Unrelated umbilical cord blood transplantation has been shown to be equivalent to unrelated donor bone marrow transplantation in children, but experience with cord blood transplantations for adults is limited [17]. Since January 1996, we have performed unrelated umbilical cord blood transplantations in 57 adult patients with hematologic malignancies and inherited disorders. The median numbers of nucleated and $CD34^+$ cells infused were approximately 1 log lower than the cell doses administered with allogeneic bone marrow or peripheral blood hematopoietic progenitor cell transplants. Forty-one evaluable patients engrafted neutrophils at a median of 26 days after transplantation. The time to platelet transfusion independence was delayed to 84 days. These results are similar to engraftment times previously reported in studies of cord blood transplantation in primarily pediatric patient populations [5,13,18]. In these studies, neutrophil recovery was correlated with the number of nucleated cells infused at the time of transplantation. There was a nonsignificant trend toward more rapid engraftment with increased $CD34^+$ cell numbers in 1 study [13]. In our current study, there was no clear association between nucleated cell dose and engraftment, but there was an association between higher $CD34^+$ cell doses and more rapid platelet engraftment. In 2 recent multicenter reports with more patients on cord blood transplantation in adults, nucleated cell dose was associated with neutrophil and platelet engraftment [14,19]. In our study, patients who underwent transplantation with $>1.37 \times 10^5$ $CD34^+$ cells per kilogram had more rapid platelet recovery. In the multicenter study by Laughlin et al. [14], neutrophil engraftment was faster in patients who underwent transplantation with a cryopreserved nucleated cell dose $>1.87 \times 10^7$/kg, and event-free survival was improved in patients who received $>1.2 \times 10^5$ $CD34^+$ cells per kilogram. In that study, the CD34 cell count was not available when donor units were chosen but was determined at the time of thawing before infusion. The $CD34^+$ cell dose is now determined before cryopreservation by most cord blood banks and is available when units are chosen for a particular patient. In the report by Rocha et al. [19], an infused nucleated cell dose of $>1.7 \times 10^7$/kg was associated with more rapid engraftment and improved survival. On the basis of the results of these reports and our study, it is reasonable to suggest that cord blood units for transplantation in adult patients contain a cryopreserved cell dose of at least $1.8 \times 10^7$ nucleated cells per kilogram and $1.2 \times 10^5$ $CD34^+$ cells per kilogram.

Only 2 patient and donor pairs were completely HLA-matched at high resolution, whereas most were mismatched at 2 loci. Twenty-six patient and donor pairs were mismatched at 1 DR locus, but none was mismatched at both DR loci. Seventeen patients (30% of the evaluable patients) developed grade II to IV acute GVHD (16% grade III or IV); this rate is less than that reported for matched unrelated donor marrow transplantations before the use of high-resolution DNA typing and is similar to that currently reported with high-resolution matching [2,20,21]. The incidence of acute GVHD is significantly lower than expected considering the degree of HLA mismatch and the age of the patients in this study. In children, the incidence of GVHD has been shown to be less in recipients of HLA-matched sibling cord blood transplants compared with HLA-matched sibling marrow transplants [22]. The etiology of the lower incidence of GVHD with cord blood cells is an area of intense investigation but may be related to the biological activity of cord blood T lymphocytes or lack thereof, including decreased cytotoxic T-cell activity after allogeneic stimulation and decreased proliferation to secondary allogeneic stimulation [23].

There is a concern that cord blood grafts may also not mediate a graft-versus-leukemia effect, resulting in increased relapse rates after transplantation; however, relapse rates have not been higher than expected in reports to date [5,13,18,22]. In our series, only 7 of 25 patients who engrafted and survived at least 100 days experienced a relapse of their underlying hematologic malignancy. Two other patients had autologous recovery and subsequently relapsed. The 2 patients who underwent transplantation for inherited disorders remain alive and well >3 years after transplantation. Previous studies have reported a relatively increased number of $CD56^+$ natural killer cells after umbilical cord blood transplantations, and natural killer cells have been shown to potentially mediate a graft-versus-leukemia effect after marrow transplantation [13,24,25].

Ten patients (19%) remain alive and disease free at a median follow-up of approximately 4.5 years. One patient with AML had autologous recovery but remains without evidence of relapse. These results using unrelated and mismatched stem cells are comparable to the early results reported with matched unrelated donor marrow transplants, in which patients older than 18 years with poor-risk hematologic malignancies had an actuarial survival of approximately 12% [14]. Forty-six of the patients in our study had advanced hematologic malignancies, including 6 who had relapsed after prior transplantation procedures. Our results also compare favorably with those reported with the use of T cell–depleted haploidentical related donors [26] and with other reports of cord blood transplantations in adults [14,20]. Another study from Spain reported a 53% 1-year survival in 22 adult patients undergoing unrelated umbilical cord blood transplantations [15]. In that study, however, 13

patients had either chronic myelogenous leukemia in the first chronic phase or acute leukemia in first remission. Patients under the age of 30 had significantly better disease-free survival, and the oldest patient was 46 years old, whereas 13 of our patients were older than 45 years, and 7 were older than 50 years. In our study, age <32 years was also a predictor of improved event-free survival.

The major toxicity in this study was infection, with 148 clinically significant positive cultures in 57 patients. Infection was a direct cause of death in 21 of the 46 deaths and was a significant cause of morbidity in most patients. Seven deaths due to bacterial infection occurred after engraftment of neutrophils, despite the prolonged use of granulocyte colony-stimulating factor. Since September 1997, we have administered a course of rotating oral antibiotics to all adult cord blood transplant patients through day 100 and have not seen additional deaths from bacterial infection after neutrophil recovery. The incidence of fungal and yeast infections after engraftment was increased after the institution of prophylactic antibiotics (11% versus 45%), but fungal infection was the primary cause of death in only 3 patients. The etiology of the increased incidence of infection in engrafted umbilical cord blood recipients is unknown, but it may be related to delayed immune reconstitution and neutrophil dysfunction [13,24,27-29]. Our current protocol uses tacrolimus and minidose methotrexate for GVHD prophylaxis in an attempt to reduce the immunosuppression associated with prolonged steroid administration [30,31].

In summary, our results and those of others demonstrate that rescue with unrelated mismatched umbilical cord blood after myeloablative therapy in adults is feasible and results in long-term engraftment and disease-free survival in a group of high-risk patients with hematologic malignancies and inherited disorders and should be considered for younger patients with earlier-stage disease. These transplants are associated with a lower-than-expected risk of GVHD without an increased risk of relapse. The application of this therapy is still limited to a significant degree by the relatively lower cell doses in cord blood units. Studies are under way to evaluate the use of ex vivo expansion of cord blood cells and combinations of multiple cord blood units to make the procedure available to more patients [32,33].

## ACKNOWLEDGMENTS

We would like to acknowledge the efforts of the nursing staffs of the pediatric and adult bone marrow transplant inpatient units and outpatient clinics, the pediatric and adult nurse practitioners and nurse clinicians, the pediatric and adult hematology-oncology fellows, the umbilical cord blood search coordinators, the staff of the bone marrow transplant clinical laboratory, and the radiation oncology therapy staff, physicists, and dosimetrists in the care of these patients. We would also like to acknowledge the pioneering efforts in cord blood banking of Dr. Pablo Rubinstein and his colleagues at the New York Blood Center.

## REFERENCES


1. Appelbaum FR. The use of bone marrow and peripheral blood stem cell transplantation in the treatment of cancer. *CA Cancer J Clin.* 1996;43:131-136.
2. McGlave PB, Shu XO, Wen W, et al. Unrelated donor marrow transplantation for chronic myelogenous leukemia: 9 years' experience of the National Marrow Donor Program. *Blood.* 2000;95:2219-2225.
3. Broxmeyer HE, Hangoc G, Cooper S, et al. Growth characteristics and expansion of human umbilical cord blood and estimation of its potential for transplantation in adults. *Proc Natl Acad Sci U S A.* 1992;89:4109-4113.
4. Gluckman E, Broxmeyer HE, Auerbach AD, et al. Hematopoietic reconstitution in a patient with Fanconi's anemia by means of umbilical cord blood from an HLA-identical sibling. *N Engl J Med.* 1989;321:1174-1178.
5. Gluckman E, Rocha V, Boyer-Chammard A, et al. Outcome of cord-blood transplantation from related and unrelated donors. *N Engl J Med.* 1997;337:373-381.
6. Wagner JE, Kernan NA, Steinbuch M, Broxmeyer HE, Gluckman E. Allogeneic sibling umbilical cord blood transplantation in children with malignant and non-malignant disease. *Lancet.* 1995;346:214-219.
7. Wagner JE, Rosenthal J, Sweetman R, et al. Successful transplantation of HLA-matched and HLA-mismatched umbilical cord blood from unrelated donors: analysis of engraftment and acute graft-versus-host disease. *Blood.* 1996;88:795-802.
8. Rubinstein P, Rosenfield RE, Adamson JW, Stevens CE. Stored placental blood for unrelated bone marrow reconstitution. *Blood.* 1993;81:1679-1690.
9. Rubinstein P, Adamson JW, Stevens C. The Placental/Umbilical Cord Blood Program of the New York Blood Center: a progress report. *Ann N Y Acad Sci.* 1999;872:328-334.
10. Gluckman E, Rocha V, Chastang C. Cord blood banking and transplant in Europe. *Bone Marrow Transplant.* 1998;22(suppl 1):S68-S74.
11. Laporte J-P, Gorin N-C, Rubinstein P, et al. Cord-blood transplantation from an unrelated donor in an adult with chronic myelogenous leukemia. *N Engl J Med.* 1996;335:167-170.
12. Deliliers GL, Soligo D, Della Volpe A, et al. Unrelated mismatched cord blood transplantation in an adult with secondary AML. *Bone Marrow Transplant.* 1996;18:469-472.
13. Kurtzberg J, Laughlin M, Graham ML, et al. Placental blood as a source of hematopoietic stem cells for transplantation into unrelated recipients. *N Engl J Med.* 1996;335:157-166.
14. Laughlin MJ, Barker J, Bambach B, et al. Hematopoietic engraftment and survival in adult recipients of umbilical cord blood from unrelated donors. *N Engl J Med.* 2001;344:1815-1822.
15. Sanz GF, Saavedra S, Planelles D, et al. Standardized, unrelated donor cord blood transplantation in adults with hematologic malignancies. *Blood.* 2001;98:2332-2338.

16. Rubinstein P, Dobrila L, Rosenfield RE, et al. Processing and cryopreservation of placental/umbilical cord blood for unrelated bone marrow reconstitution. *Proc Natl Acad Sci U S A.* 1995;92:10119-10122.
17. Barker JN, Davies SM, Defor T, Ramsay NKC, Weisdorf DJ, Wagner JE. Survival after transplantation of 0-3 HLA-mismatched unrelated donor umbilical cord blood is equivalent to that of HLA-identical unrelated donor bone marrow. *Blood.* 2000;96:206a, (abstr.).
18. Rubinstein P, Carrier C, Scaradavou A, et al. Outcomes among 562 recipients of placental-blood transplants from unrelated donors. *N Engl J Med.* 1998;339:1565-1577.
19. Rocha V, Arcese W, Sanz G, et al. Prognostic factors of outcome after unrelated cord blood transplant in adults with hematologic malignancies. *Blood.* 2000;96:587a, (abstr.).
20. Kernan N, Bartsch G, Ash R, et al. Analysis of 462 transplantations from unrelated donors facilitated by the National Marrow Donor Program. *N Engl J Med.* 1993;328:593-602.
21. Petersdorf EW, Longton GM, Anasetti C, et al. Definition of HLA-DQ as a transplantation antigen. *Proc Natl Acad Sci U S A.* 1996;93:15358-15363.
22. Rocha V, Wagner JE, Sobocinski KA, et al. Graft-versus-host disease in children who have received a cord blood or bone marrow transplant from an HLA-identical sibling. *N Engl J Med.* 2000;342:1846-1854.
23. Broxmeyer HE, Smith FO. Cord blood stem cell transplantation, In: Thomas ED, Blume KG, Forman SJ. eds. *Hematopoietic Cell Transplantation.* Second Edition. Malden, MA: Blackwell Science; 1999, 431-443
24. Laughlin M, Rizzieri D, Smith CA, et al. Hematologic engraftment and reconstitution of immune function post unrelated placental cord blood transplant in an adult with acute lymphocytic leukemia. *Leuk Res.* 1998;22:215-219.
25. Hercend T, Takvorian T, Nowill A, et al. Characterization of natural killer cells with antileukemia activity following allogeneic bone marrow transplantation. *Blood.* 1986;67:722-728.
26. Aversa F, Tabilio A, Velardi A, et al. Treatment of high-risk acute leukemia with T-cell depleted stem cells from related donors with one fully mismatched HLA haplotype. *N Engl J Med.* 1998;339:1186-1193.
27. Tcharmtchi MH, Smith CW, Mariscalco MM. Neonatal neutrophil interaction with P-selectin: contribution of P-selectin glycoprotein ligand-1 and sialic acid. *J Leukoc Biol.* 2000;67:73-80.
28. Levy O, Martin S, Eichenwald E, et al. Impaired innate immunity in the newborn: newborn neutrophils are deficient in bactericidal/permeability-increasing protein. *Pediatrics.* 1999; 104:1327-1333.
29. Bracho F, Goldman S, Cairo M. Potential use of granulocyte colony-stimulating factor and granulocyte-macrophage colony-stimulating factor in neonates. *Curr Opin Hematol.* 1998;5:215-220.
30. Przepiorka D, Ippoliti C, Khouri I, et al. Tacrolimus and minidose methotrexate for prevention of acute graft-versus-host disease after matched unrelated donor marrow transplantation. *Blood.* 1996;88:4383-4389.
31. Przepiorka D, Petropoulos D, Mullen CA, et al. Tacrolimus for prevention of graft-versus-host disease after mismatched unrelated donor cord blood transplantation. *Bone Marrow Transplant.* 1999;23:1291-1295.
32. Shpall EJ, Quinones R, Giller R, et al. Transplantation of ex vivo expanded cord blood. *Biol Blood Marrow Transplant.* 2002; 8:368-376.
33. Barker JN, Weisdorf DJ, DeFor TE, et al. Impact of multiple unit unrelated donor umbilical cord blood transplantation in adults: preliminary analysis of safety and efficacy. *Blood.* 2001; 98:666a (abstr.).