1  PAUL J. ANDRE, Bar No. 196585
   LISA KOBIALKA, Bar No. 191404
2  AMANDA M. FOX, Bar No. 212939
   PERKINS COIE LLP
3  101 Jefferson Drive
   Menlo Park, CA 94025-1114
4  Ph: (650) 838-4300
   Fx: (650) 838-4350
5
6  Attorneys for PharmaStem Therapeutics, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation.<br><br>Defendants. | CASE NO. 04-3072 JSW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF PHARMASTEM THERAPEUTICS, INC'S MOTION FOR A PRELIMINARY INJUNCTION AGAINST DEFENDANT CBR SYSTEMS, INC.'S INFRINGEMENT OF THE PATENTS-IN-SUIT<br><br>Date/Time: April 22, 2005/9:00 AM<br>Courtroom: 2<br>Judge: Hon. Jeffrey S. White |
| CBR SYSTEMS, INC., dba CBR a California corporation<br><br>Counterclaimant<br><br>v.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI<br><br>Counterdefendants. | |

Now before the Court is Plaintiff PharmaStem Therapeutics, Inc.'s motion to preliminarily enjoin defendant CBR Systems, Inc., dba CBR, from future infringement of Claim 17 of United States Patent No. 6,461,645 B1 and Claims 46 and 49 of United States Patent No. 6,569,427 B1 (collectively, the "Patents-In-Suit"), pursuant to 35 U.S.C. § 283 (the "Motion").

---

[PROPOSED ] ORDER
CASE NO. 04-3072 JSW

Having carefully reviewed the parties' papers and considered their arguments and the relevant legal authority, and good cause appearing, the Motion is **HEREBY GRANTED**.

**WHEREAS**, PharmaStem Therapeutics, Inc. is the owner of patented inventions generally directed toward therapeutic compositions of fetal or neonatal hematopoietic stem and progenitor cells of the blood derived from the umbilical cord or placenta of a newborn at birth ("cord blood"), and methods of isolating, preserving, and using such compositions;

**WHEREAS**, CBR Systems, Inc. is a private cord blood bank that offers the services of aiding and assisting its clients with the collection of their newborn's cord blood, and who cryopreserves and stores it for future therapeutic use by the donors or their family members, should the need arise;

**WHEREAS**, PharmaStem Therapeutics, Inc. is entitled to preliminary injunctive relief in order to prevent CBR Systems, Inc.'s infringement of the Patents-In-Suit; and

**WHEREAS**, PharmaStem Therapeutics, Inc. does not desire to deny any family or client who has already stored or banked their cord blood with CBR Systems, Inc. access to their cord blood units for medical use, should the need arise, or to diminish the medical value of any such cord blood units already in storage;

**IT IS HEREBY ORDERED THAT** CBR Systems, Inc. is hereby **PRELIMINARILY ENJOINED AND RESTRAINED** from cryopreserving and storing cord blood for future therapeutic use in hematopoietic reconstitution in any case in which the cord blood has not already been collected by or on behalf of CBR Systems, Inc. and/or its clients as of the date of the entry of this Order.

**IT IS SO ORDERED.**

Date: _____, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE