1  PAUL J. ANDRE, Bar No. 196585
   LISA KOBIALKA, Bar No. 191404
2  PERKINS COIE LLP
   101 Jefferson Drive
3  Menlo Park, CA 94025-1114
   Ph: (650) 838-4300
4  Fx: (650) 838-4350

5  Attorneys for Plaintiff
   PharmaStem Therapeutics, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO

11 | PHARMASTEM THERAPEUTICS, INC., a        |
   | Delaware corporation,                    | CASE NO. 04-3072 JSW
12 |                                          |
   |            Plaintiff,                    | PROOF OF SERVICE
13 |                                          |
   |     v.                                   |
14 |                                          |
   | CORD BLOOD REGISTRY, INC., dba CBR, a    |
15 | California corporation, and SUTTER HEALTH,|
   | INC., a California corporation.          |
16 |                                          |
   |            Defendant.                    |
17 |                                          |
   | CBR SYSTEMS, INC., dba CBR a California  |
18 | corporation                              |
   |            Counterclaimant               |
19 |     v.                                   |
   |                                          |
20 | PHARMASTEM THERAPEUTICS, INC., a         |
   | Delaware corporation; STEMBANC, INC., a  |
21 | Ohio corporation; NICHOLAS DIDIER; and   |
   | ARCHIBALD A. GRABINSKI                   |
22 |                                          |
   |            Counter-Defendants            |
23

24

25

26

27

28

PROOF OF SERVICE
CASE NO. 04-3072 JSW

[40923-0005/BY042370.072]

|    |    |
|---|---|
| 1  | PROOF OF SERVICE |
| 2  | I, Laura Rojas, declare: |
| 3  | I am a citizen of the United States and am employed in the County of San Mateo, State of |
| 4  | California. I am over the age of 18 years and am not a party to the within action. My business |
| 5  | address is Perkins Coie LLP, 101 Jefferson Drive, Menlo Park, CA 94025-1114. I am personally |
| 6  | familiar with the business practice of Perkins Coie LLP. On January 6, 2005, I served the |
| 7  | following document(s): |

**MANUAL FILE NOTIFICATION RE EXHIBIT 1**
**U.S. PATENT 6,461,645**

**MANUAL FILE NOTIFICATION RE EXHIBIT 2**
**U.S. PATENT NO. 6,569,427**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

| William F. Abrams | Samuel B. Shepherd |
|---|---|
| Thomas F. Chaffin | Matthew W. Meskell |
| Chang H. Kim | Philip Wang |
| Peter H. Nohle | Quinn Emanuel Urquhart |
| Pillsbury Winthrop LLP | Oliver & Hedges, LLP |
| 2475 Hanover Street | 555 Twin Dolphin Drive |
| Palo Alto, CA 94304-1114 | Suite 560 |
| Ph: (650) 233-4500 | Redwood Shores, CA 94065 |
| Fx: (650) 233-4545 | Ph: (650) 801-5000 |
|  | Fx: (650) 801-5100 |

_____ (By Overnight Courier) I caused each envelope, with postage fully prepaid, to be sent by _____.

__X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

_____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

_____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

- 2 -

PROOF OF SERVICE
CASE NO. 04-3072 JSW

[40923-0005/BY042370.072]

1      I declare under penalty of perjury under the laws of the State of California that the above is
2  true and correct and that this declaration was executed at Menlo Park, California.

3      DATED: January 6, 2005.        /s/
                                                          Laura Rojas

- 3 -

PROOF OF SERVICE
CASE NO. 04-3072 JSW

[40923-0005/BY042370.072]