# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**                **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: January 7, 2005                   **Court Reporter**: Jim Yeomans

**CASE NO. C-04-3072  JSW**

**TITLE:**  PharmaStem Therapeutics, Inc.,  v.  Cord Blood Registry, Inc., et al.,

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Paul Andre | William Abrams |

Matthew Meskell (3rd Party Claimants StemBanc and Grabinski)

**PROCEEDINGS:**
1) Counterdefendant Nicholas Didier's Motion to Dismiss CBR Systems, Inc.'s Counterclaims
2) Stembanc, Inc's Motion to Dismiss CBR's 1st, 2nd, 3rd, 4th, 5th, & 6th Counterclaims
3) Archibald A. Grabinski's Motion to Dismiss CBR's 1st, 2nd, 3rd, 4th, 5th, & 6th Counterclaims
4) PharmaStem Therapeutics, Inc.'s Motion to Dismiss Defendant CBR's 1st, 2nd, 3rd, 4th, 5th and 6th Counterclaims
5) CBR's Motion to Stay
6) Initial CMC

**RESULTS:**  *The Court **tentatively GRANTS IN PART and DENIES IN PART** CBR and Sutter Health's Motion to Stay. Specifically, the Court tentatively GRANTS the motion to stay to the extent it seeks to stay: (1) resolution of the pending motions to dismiss except Mr. Grabinski's and Mr. Didier's motions to dismiss for lack of personal jurisdiction; (2) the motion to sever; and (3) further deadlines relating to motions, claim construction and trial related deadlines, until after a ruling from the Judicial Panel on Multidistrict Litigation ("MDL") on the motion to transfer. The Court **tentatively DENIES** the motion to the extent it seeks to stay discovery.*

*The Court tentatively **GRANTS** Mr. Didier's and Mr. Grabinski's motions to dismiss for lack of personal jurisdiction.*

The Court heard argument from counsel. Matter is taken under-submission. A written ruling shall issue. The Court continued the Initial CMC until after the MDL makes its decision. If the

case is not transferred to the MDL, the Court will set the Initial CMC on an expedited basis.

Case 1:05-cv-00153-GMS    Document 116-42    Filed 03/31/2005    Page 2 of 2