# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| PharmaStem Therapeutics, Inc., | C04-3072 JSW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Cord Blood Registry, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**M. Scott Donahey**
Tomlinson Zisko Morosoli & Maser LLP
200 Page Mill Road, 2nd Floor
Palo Alto, CA  94306
TEL: 650-325-8666

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
C04-3072 JSW MED                 - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: January 18, 2005

                                        RICHARD W. WIEKING  
                                        Clerk  
                                        by:    Claudia M. Forehand

                                                    /s/  
                                        ADR Case Administrator  
                                        415-522-2059  
                                        Claudia_Forehand@cand.uscourts.gov

Case 1:05-cv-00153-GMS   Document 116-44   Filed 03/31/2005   Page 2 of 2