

**TOMLINSON ZISKO LLP**

M. Scott Donahey
(650) 330-4159
E-mail: sdonahey@tzllp.com

January 20, 2005

MED09 6829

**VIA FAX AND U.S. MAIL**

Paul J. Andre, Esq.
Lisa Kobialka, Esq.
Amanda Fox, Esq.
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025

William F. Abrams, Esq.
Thomas F. Chaffin, Esq.
Chang H. Kim, Esq.
Peter H. Nohle, Esq.
Pillsbury Winthrop LLP
2475 Hanover Street
Palo Alto, CA 94304

**FILED**
JAN 24 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Samuel B. Shepherd, Esq.
Matthew W. Meskell, Esq.
Philip J. Wang, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
555 Twin Dolphin Drive
Suite 150
Redwood Shores, CA 94065

Re: PharmaStem Therapeutics, Inc. v. Cord Blood Registry, Inc., et al.
U.S.D.C. - Northern Dist. of Calif. - No. 3:04-CV-03072 JSW MED

Dear Counsel:

As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program. With the hard copy of this letter, I have attached a resume describing my professional experience.

Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation session to discuss the following:

- the procedures to be followed
- the nature of the case
- appropriate dates for the mediation session
- the parties who will be present at the session
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments
- requirements for your written mediation statements
- any questions you might have about the mediation program

200 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94306
TELEPHONE 650.325.8666
FACSIMILE 650.324.1808

MIL4930.DOC;1

Paul J. Andre, Esq.
Lisa Kobialka, Esq.
Amanda Fox, Esq.
William F. Abrams, Esq.
Thomas F. Chaffin, Esq.
Chang H. Kim, Esq.
Peter H. Nohle, Esq.
Samuel B. Shepherd, Esq.
Matthew W. Meskell, Esq.
Philip J. Wang, Esq.
January 20, 2005
Page 2

   I anticipate that the telephone conference will last approximately one-half hour. My secretary will call each of you in the next two weeks to determine your availability for the telephone conference, which I hope to conduct before February 28, 2005. I would appreciate it if, upon receipt of this letter, counsel would meet and confer regarding mutually convenient dates for the telephone conference. Also, before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation session may be conducted. The final date that the session can be held is April 7, 2005.

   In the interests of full disclosure under ADR L.R. 2-5(d) and 28 U.S.C. §455(a), I wish to advise you of matters that came to my attention after a check for potential conflicts of interest. During the last five years, I have acted as an arbitrator in an arbitration in which the Pillsbury Winthrop firm was involved and Mr. William Abrams was the lead attorney. The case settled prior to hearing. During the last five years, I also acted as arbitrator in two arbitrations in which the Quinn Emanuel firm was involved, although none of the attorneys in this case. One of the arbitrations went to award, and the party which Quinn Emanuel represented prevailed. The other matter settled prior to hearing.

   I do not believe that any of these matters would prevent me from serving as an unbiased neutral evaluator in this case, and I do not understand them to require automatic disqualification under 28 U.S.C. §455(b). However, if these matters cause you or your clients concern about my ability to serve impartially, you are required to communicate your objection in writing to the ADR Unit within ten calendar days of your receipt of this letter. (*See* ADR L.R. 2-5(d)).

   I look forward to assisting you on this case.

                                             Very truly yours,

                                             [signature: Scott Donahey/mil]
                                             M. Scott Donahey

MSD/mil
Enclosure
cc: Claudia M. Forehand, ADR Case Administrator

MIL4930.DOC;1