US006569427B1

(12) **United States Patent**  (10) Patent No.: **US 6,569,427 B1**
Boyse et al.  (45) Date of Patent: *May 27, 2003

(54) **ISOLATION AND PRESERVATION OF FETAL AND NEONATAL HEMATOPOIETIC STEM AND PROGENITOR CELLS OF THE BLOOD**

(75) Inventors: **Edward A. Boyse**, Tucson, AZ (US); **Hal E. Broxmeyer**, Indianapolis, IN (US); **Gordon W. Douglas**, New York, NY (US)

(73) Assignee: **PharmaStem Therapeutics, Inc.**, Del Mar, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **08/442,277**
(22) Filed: **May 16, 1995**

**Related U.S. Application Data**

(63) Continuation of application No. 07/950,356, filed on Sep. 24, 1992, now abandoned, which is a continuation of application No. 07/269,926, filed on Nov. 10, 1988, now Pat. No. 5,192,553, which is a continuation-in-part of application No. 07/119,746, filed on Nov. 12, 1987, now Pat. No. 5,004,681.

(51) Int. Cl.$^7$ ................................................ **C12N 5/00**
(52) U.S. Cl. ................... **424/93.7**; 424/529; 424/530; 424/531; 435/240.2
(58) Field of Search .......................... 424/529, 530, 424/531, 93.21; 435/240.2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,177,117 A | 4/1965 | Saunders et al. ............ 424/529 |
| 3,344,617 A | 10/1967 | Rinfret et al. ............... 62/322 |
| 3,753,357 A | 8/1973 | Schwartz ..................... 435/1.3 |
| 3,758,382 A | 9/1973 | Knorpp ........................ 435/2 |
| 4,004,975 A | 1/1977 | Lionetti et al. ............... 435/2 |
| 4,059,967 A | 11/1977 | Rowe et al. .................. 62/64 |
| 4,199,022 A | 4/1980 | Senkan et al. ............... 435/2 |
| 4,224,404 A | 9/1980 | Viza et al. ................... 435/2 |
| 4,396,601 A | 8/1983 | Salser et al. ................. 424/94.5 |
| 4,714,680 A | 12/1987 | Civin .......................... 435/347 |
| 4,721,096 A | 1/1988 | Naughton et al. .......... 128/898 |
| 4,812,310 A | 3/1989 | Sato et al. ................... 424/529 |
| 4,980,277 A | 12/1990 | Junnilla ...................... 435/2 |
| 5,004,681 A | 4/1991 | Boyse et al. ................. 435/2 |
| 5,192,553 A | 3/1993 | Boyse et al. ................. 424/529 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 29 29 278 A1 | 1/1981 |
| EP | 0 241 578 | 10/1987 |
| WO | WO 89/04168 | 5/1989 |

OTHER PUBLICATIONS

Barr et al., 1975, Hemopoietic stem cells in human peripheral blood. Science 190(4211):284–285.

Douay et al., 1986, Recovery of CFU–GM from cryopreserved marrow and in vivo evaluation after autologous bone marrow transplantation are predictive of engraftment. Exp Hematol. 14(5):358–365.

Fliedner, 1978, Advances in hematopoietic stem cell research: Their significance for clinical hematology. In: Proc. of the XIIth Congress of the Internat. Society of Hematology, pp. 63–68.

Exner et al., 1999, Clinical Applications of Mixed Chimerism. Ann. N. Y. Acad. Sci. 872–377–386.

Soper et al., 2001, Nonablative neonatal marrow transplantation attenuates functional and physical defects of β–glucuronidase deficiency. Blood 97:1498–1504.

Brecher et al., 1982, Special proliferative sites are not needed for seeding and proliferation of transfused bone marrow cells in normal syngeneic mice. Proc. Natl. Acad. Sci. USA 79:5085–5087.

McCarthy et al.,1985, Characterization of host lymphoid cells in antibody–facilitated bone marrow chimeras. Transplantation 40:12–17.

Wood et al., 1971, Use of homozygous allogeneic bone marrow for induction of tolerance with antilymphocyte serum: Does and Timing. Transplantation Proceedings, 3(1):676–79.

Stiff et al., 1986, Autologous transplantation using peripheral blood stem cells. Exp. Hematology. International Society for Experimental Hematology 5th Annual Meeting, Buffalo, NY. Abstract #311.

U.S. patent application Ser. No. 07/525,428, Boyse et al., filed May 16, 1990.

U.S. patent application Ser. No. 08/443,221, Boyse et al., filed May 17, 1995.

"CellPro starts SCID gene therapy", *Biotech Bussiness News*, May 21, 1993.

"New ADA Gene Therapy Trial Begins in US", *SCRIP*, Jun. 15, 1993, p. 26.

Ballantyne, 1993, "A Cord Linking Life and Life", *The Times*, May 6, 1993.

(List continued on next page.)

*Primary Examiner*—Jean C. Witz
(74) *Attorney, Agent, or Firm*—Pennie & Edmonds LLP

(57) **ABSTRACT**

The present invention relates to hematopoietic stem and progenitor cells of neonatal or fetal blood that are cryopreserved, and the therapeutic uses of such stem and progenitor cells upon thawing. In particular, the present invention relates to the therapeutic use of fetal or neonatal stem cells for hematopoietic (or immune) reconstitution. Hematopoietic reconstitution with the cells of the invention can be valuable in the treatment or prevention of various diseases and disorders such as anemias, malignancies, autoimmune disorders, and various immune dysfunctions and deficiencies. In another embodiment, fetal or neonatal hematopoietic stem and progenitor cells which contain a heterologous gene sequence can be used for hematopoietic reconstitution in gene therapy. In a preferred embodiment of the invention, neonatal or fetal blood cells that have been cryopreserved and thawed can be used for autologous (self) reconstitution.

**56 Claims, 5 Drawing Sheets**

EXHIBIT B

OTHER PUBLICATIONS

Broxmeyer et al., 1989, *Proc. Natl. Acad. Sci. USA* 86: 3828–3832.
Cain et al., 1986, *Transplantation 41(1):* 21–25.
Gluckman et al., 1985, *The Cancer Bulletin 37(5):* 238–242.
Gluckman et al., 1983, *Brit. J. Haematol. 54:* 431–440.
Hirokawa et al., 1982, *Clin. Immunol. Immunopathol. 22:* 297–304.
Lemischka et al., 1986, *Cell 45:* 917–927.
Mazur, 1970, *Science 168:* 939–949.
Moretti et al., 1985, in *Fetal Liver Transplantation*, Alan R. Liss, Inc., Prog. Clin. Biol. 193: 121–133.
Reiffers et al., 1986, *Exp. Hematol. 14:* 312–315.
Rowe and Fellig, 1962, *Fed. Proc. 21:* 157.
The Lancet, "Transplantation of Stem Cells from Fetal Liver", May 30, 1981, pp. 1193–1194.
Linner et al., 1986, *J. Histochem. Cytochem.* 34(9):1123–1135.
The HLB Newsletter, Jun. 23, 1994, 10(9), pp. 1, 73 and 74.
Jul. 6, 1995, N. Engl. J. Med. 333(1):67–69.
Abboud et al., 1992, Exp. Hematol. 20:1043–1047.
Andrews et al., 1986, Blood 68(5):1030–1035.
Andrews et al., 1990, J. Exp. Med. 172:355–358.
Apperley, 1994, Bone Marrow Transp. 14:187–196.
Bell et al., 1987, Br. J. Haematol. 67:252–253.
Boyum, 1968, Scand. J. Clin. Lab. Invest. 21(Suppl. 97):77–89.
Broxmeyer, 1983, CRC Critical Reviews in Oncology/Hematology 1(3):227–257.
Broxmeyer et al., 1994, abstract to be presented Aug., 1994 at The Meeting of Intl. Soc. Exp. Hematol.
Chang et al., 1989, Bone Marrow Transplantation 4:5–9.
Charbord et al., 1992, Bone Marrow Transplantation 9(Suppl. 1):109–110.
Clifford et al., 1961, The Lancet :687–690.
Coulombel et al., 1985, J. Clin. Invest. 75:961–969.
Falkenburg et al., 1993, Ann. Hematol. 67:231–236.
Gale, Feb. 9, 1995, N. Engl. J. Med. 332(6):392–394.
Gluckman et al., 1989, N. Engl. J. Med. 321(17):1174–1178.
Gordon et al., 1985, Leukemia Research 9:1017–1021.
Harris et al., 1994, Bone Marrow Transp. 13:135–143.
Issaragrisil, 1994, Blood Cells 20(2–3):259–262.
Jacobsen et al., 1979, Cell Tissue Kinet. 12:213–226.
Kaizer et al., 1985, Blood 65(6):1504–1510.
Kernan et al., 1994, Blood Cells 20(2–3):245–248.
King, 1961, J.A.M.A. 177(9):610–613.
Kurnick et al., 1958, Ann. Int. Med. 49(5):973–986.
Kurnick, 1962, Transfusion 2:178–187.
Kurtzberg et al., 1994, Blood Cells 20(2–3):275–283.
Lorenz et al., 1951, J. Natl. Cancer Inst. 12:197–201.
Löwenberg, 1975, Radiobiological Institute of the Organization for Health TNH, Rejswijk (Z.H.), The Netherlands, Table of Contents, and pp. 11–36 and 115–123.
McFarland et al., 1959, Blood 14(5):503–521.
McGann et al., 1981, Cryobiology 18:469–472.
McGovern et al., 1959, New Engl. J. Med. 260(14):675–683.
Migliaccio et al., 1992, Blood 79:2620–2627.
Nathan, 1989, N. Engl. J. Med. 321(17):1190–1191.
Newton et al., 1959, Br. Med. J. 1:531–535.
Pegg et al., 1962, Br. J. Cancer 16:417–435.
Richman et al., 1976, Blood 47(6):1031–1039.
Robertson et al., 1992, Blood 79(9):2229–2236.
Rowley et al., 1985, Exp. Hematol. 13:295–298.
Siena et al., 1985, Blood 65(3):655–662.
Socie et al., 1994, Blood 83(2):340–344.
Stephenson, Jun. 21, 1995, Journal of the American Medical Association 273(23):1813–1815.
Stone, 1992, Science 257:615.
Thierry et al., 1992, Bone Marrow Transplantation 9(Suppl. 1):101–104.
Thomas et al., 1957, N. Engl. J. Med. 257(11):491–496.
Thomas and Storb, 1970, Blood 36(4):507–515.
Thomas et al., 1977, Blood 49(4):511–533.
Thomas, Sep./Oct. 1995, Scientific American Science & Medicine, pp. 38–47.
Thompson, May 12, 1995, Science 268:805–806.
Valeri, 1976, in Blood anking and the use of frozen blood, CRC Press, Inc., pp. 1–7.
Van Brunt, 1993, BioWorld Today, Nov. 19, pp. 1–5.
Vowels et al., 1994, Blood Cells 20(2–3):249–255.
Wagner, 1994, Blood Cells 20(2–3):227–233.
Wagner et al., Jul. 23, 1995, The Lancet 346:214–219.
Yeager et al., 1986, N. Engl. J. Med. 315(3):141–147.
Besalduch, May 1985, Thesis, Naturaleza Y Characteristicas De Los Precursors Granulocitico–Macrofagicos En Sangre De Cordon, presented at the University of Valencia (in Spanish with English translation of pp. 100–101).
Butler, 1996, Nature News 382:99.
Fernandez–Delgado et al., 1986, An. Esp. Pediatr. 24:221–226.
Gabutti et al., 1975, Haematologica 60(4):60.
Harris Supplemental Declaration, Mar. 15, 1994.
Harris Declaration, Aug. 27, 1993.
Hows et al., 1981, The Lancet pp. 1193–1194.
Knight, 1980, Preservation of Leukocytes in Low Temperature Preservation in Medicine and Biology, Ch. 6, Ashwood–Smith and Farrant (University Park Press, Baltimore) pp. 121–137.
Koike , 1983, Acta. Paediatr. Japan 25:275–283.
Lemischka et al. Cell 1986 45:917–927.
Linner et al., 1986, J.Histochem. Cytochem. 34(9):1123–1135.
Papayannopoulou et al., 1986, Blood 67:99–104.
Radvany et al., Tissue Antigens 24:265–269.
Rubenstein, 1997, Declaration Under Article 117(1) In Support of the Opposition By Thermogenesis Corporation, with Exhibits A–F.
Smith and Broxmeyer, 1986, Br. J. Haematol. 63:29–34.
Wagner et al., 1987, Blood 82(10) Suppl. 1:Abstract 330.
Williams et al., 1986, Hum. Immunol. 17:302–310.
Wintrobe, 1980, Exposition and Glossary in *Blood, Pure and Eloquent*, Wintrobe, M. (ed.), McGraw–Hill Book Co., pp. 727–736.
42 Ashwood–smith, 1961, *Nature 190:* 1204–1205.
Alby, 1992, *Bone Marrow Transplantation 9(Suppl. 1)*: 95–96.
Alink et al., 1976, *Cryobiology 13:* 295–304.
Auerbach et al., 1990, *Transfusion 30(8):* 682–687.
Ballantyne, 1993, "A Cord Linking Life and Life", *The Times*, May 6, 1993.
Bernstein et al., 1985, in *Genetic Engineering: Principles and Methods*, Setklow and Hollaender, eds., 7: 235–261.
Broxmeyer et al., 1990, *Int. J. Cell Cloning 8(Suppl. 1)*:76–91.
Broxmeyer et al., 1992, *Bone Marrow Transplantation 9 (Suppl. 1)*: 7–10.

Broxmeyer et al., 1989, *Proc. Natl. Acad. Sci. USA 86:* 3828–2832.
Broxmeyer et al., 1992, *Proc. Natl. Acad. Sci. USA 89:* 4109–4113.
Broxmeyer et al., 1991, *Blood Cells 17:* 313–329.
Cairo et al., 1992, *Pediatric Res. 32:* 277–281.
Castaigne et al., 1986, *Brit. J. Haematol.* 63(1):.
Champlin et al., 1983, *J. Cell. Biochem. Suppl. 7A:* 78 (abstract 0200).
Chang et al., 1986, *The Lancet* (Feb. 8, 1986): 294–295.
Cline, 1985, *Pharmac. Ther. 29:* 69–92.
Dick et al., 1986, in *Trends in Genetics: DNA Differentiation and Development,* Elsevier Publications, Stewart, ed., pp. 165–170.
Dick, 1987, in *Biological Approaches to the Controlled Delivery of Drugs,* New York Academy of Sciences, pp. 242–251.
Dick et al., 1985, *Cell 42:* 71–79.
Dicke et al., 1984, *Sem. Hematol. 21(2):* 109–122.
Eglitis et al., 1988, in *Molecular Biology of Hemopoiesis,* Plenum Press, New York, p. 19–27.
Eglitis et al., 1987, in *Molecular Approaches to Human Polygenic Disease,* Wiley, Chichester(Ciba Foundation Symposium 130), 229–246.
Ekhterae et al., 1988, *Blood 72(5),* Suppl. 1, 386a, Abstr. 1453.
Ekhterae et al., 1990, *Blood 75(2):* 365–369.
Ende, M., 1966, *Pac. Med. & Surg. 74:* 80–82.
Fabian et al., 1982, *Exp. Hematol. 10:* 119–122.
Fauser and Messner, 1978, *Blood 52(6):* 1243–1248.
Fliedner and Calvo, 1979, *Proceedings of the First International Symposium on Fetal Liver Transplantation,* Pesaro, Italy, Sep., 1979, pp. 305–309.
Gluckman et al., 1992, *Bone Marrow Transplantation 9 (suppl. 1):* 114–117.
Gluckman et al., 1980, *Brit. J. Haematol. 45:* 557–564.
Gluckman et al., 1990, *Bone Marrow Transplant 5 (Suppl. 2):* 42.
Gluckman et al., 1984, *Sem. Haematol. 21(1):* 20–26.
Goldman et al., 1980, *Brit. J. Haematol. 45:* 223–231.
Good et al., 1983, *Cellular Immunol. 82:* 36–54.
Gorin, 1986, *Clinics in Haematology 15(1):* 19–48.
Gruber et al., 1985, *Science 230:* 1057–1061.
Hassan et al., 1979, *British J. Haematol. 41:* 477–484.
Hermonat and Muzyczka, 1984, *Proc. Natl. Acad. Sci. USA 81:* 6466–6470.
Hershko et al., 1979, *The Lancet 1:* 945–947.
Herzig, 1983, in *Bone Marrow Transplantation,* Weiner et al., eds., The Committee on Technical Workshops, American Association of Blood Banks, Arlington, Virginia.
Hock and Miller, 1986, *Nature 320:* 275–277.
Hogge and Humphries, 1987, *Blood 69:* 611–617.
Hows et al., 1992, *The Lancet 340:* 73–76.
Hull, 1983, in *American Type Culture Collection,* Quarterly Newsletter 3(4): 1.
Jaroff, 1993, "Brave New Babies: In Three Experiments Involving Gene Therapy, Doctors try to Cure a Hereditary Disease", *Time Magazine,* May 31, 1993.
Juttner et al., 1986, *Exp. Hematol. 14(6):* 465.
Juttner et al., 1985, *Brit. J. Haematol. 61:* 739–745.
Karp et al., 1985, *Biological Abstracts 80(2):* AB–624.
Karson et al., 1987, *Arch. AIDS Res. 1(2–3):* 148.
Karson et al., 1992, *J. Reprod. Med. 37(6):* 508–514.
Keller et al., 1985, *Nature 318:* 149–154.

Kemp et al., 1978, *Transplantation 26(4):* 260–264.
Knudtzon, 1974, *Blood 43(3):* 357–361.
Kohli–Kumar et al., 1993, *Brit. J. Haematol. 85:* 419–422.
Kohn et al., 1987, *Blood Cells 13:* 285–298.
Koizumi et al., 1982, *Blood 60(4):* 1046–1049.
Korbling et al., 1986, *Blood 67(2):* 529–532.
Lewis et al., 1967, *Transfusion 7(1):* 17–32.
Linch et al., 1982, *Blood 59(5):* 976–979.
Linch and Brent, 1989, *Nature 340:* 676.
Lovelock and Bishop, 1969, *Nature 183:* 1394–1395.
Lowenburg, 1975, *Uitgeverij Waltman–Delft,* Section 1.3.6, pp. 25–28, 36.
Lu et al., 1993, *Blood 81:* 41–48.
Mazur, 1977, *Cryobiology 14:* 251–272.
McGlave, 1991, *Blood Cells 17:* 330–337.
McGlave, 1985, in *Recent Advances in Hematology,* Hoffbrand, A.V., ed., Churchill Livingstone, London, pp. 171–197.
Miller et al., 1984, *Science 255:* 630.
Moritz et al., 1993, *J. Exp. Med. 178:* 529–536.
Nakahata and Ogawa, 1982, *J. Clin. Invest. 70:* 1324–1328.
Newton et al., 1993, *Exp. Hematol. 21:* 671–674.
Nothdurft et al., 1977, *Scand. J. Haematol. 19:* 470–481.
O'Reilly et al., 1984, *Sem. Hematol. 21(3):* 188–221.
O'Reilly et al., 1985, in *Fetal Liver Transplantation,* Gale R.P. et al., (eds.), Alan R. Liss, Inc., NY, pp. 327–342.
Ochs et al., 1981, *Pediatr. Res. 15 (4 part 2):* 601.
Paige et al., 1981, *J Exp. Med. 153:* 154–165.
Pollack et al., 1991, *Hum. Immunol. 30(1):* 45–49.
Prindull et al., 1978, *Acta Paediatr. Scand. 67:* 413–416.
Prummer et al., 1985, *Exp. Hematol. 13:* 891–898.
Raghavachar et al., 1983, *J. Cell. Biochem. Suppl. 7A:* 78 (abstract 0198).
Rapatz et al., 1968, *Cryobiology 5(1):* 18–25.
Robinson and Simpson, 1971, *In Vitro 6(5):* 378.
Rowe and Lenny, 1983, *Cryobiology 20:* 717 (abstract 70).
Rowe, 1966, *Cryobiology 3(1):* 12–18.
Rowe and Rinfret, 1962, *Blood 20:* 636–637.
Rubinstein et al., 1993, *Blood 81:* 1679–1690.
Salser et al., 1981, in *Organization and Expression of Globin Genes,* Alan R. Liss, Inc., New York, pp. 313–334.
Sarpel et al., 1979, *Exp. Hemat. 7(2):* 113–120.
Schaison, 1992, *Bone Marrow Transplantation 9(Suppl. 1):* 93–94.
Shope et al., 1978, *Proc. Soc. Exp. Biol. and Med. 157:* 326–329.
Smith and Broxmeyer, 1986, *Br. J. Hematol. 63:* 29–34.
Spalding, 1987, *Chemical Week* (Jul. 29): 27.
Spitzer et al., 1984, *Cancer 54* (Sep. 15 suppl.): 1216–1225.
Srivasta et al., 1992, *Virology 189:* 456–461.
Stiff et al., 1983, *Cryobiology 20:* 17–24.
Storb and Thomas, 1983, *Immunol. Rev. 71:* 77–102.
Tchernia et al., 1981, *J. Lab. Clin. Med. 97(3):* 322–331.
Thomas et al., 1972, *The Lancet* (Feb. 5): 284–289.
Tilly et al., 1986, *The Lancet* (Jul. 19): 154–155.
To and Juttner, 1987, *Brit. J. Haematol. 66:* 285–328.
Toneguzzo et al., *Proc. Natl. Acad. Sci. USA 83:* 3496–3499.
Touraine, 1983, *Birth Defects 19(3):* 139–142.
Touraine, 1980, *Excerpta Medica Intl. 514:* 276–283.
Tulany et al., 1975, *Proc. Natl. Acad. Sci. U.S.A. 72(10):* 4100–4104.
Ueno et al., 1981, *Exp. Hematol. 9:* 716–722.
Vainchecker et al., 1979, *Blood Cells 5:* 25–42.

US 6,569,427 B1
Page 4

Van Brunt, 1993, "Storage Banks Established for Cord Blood Stem Cells", *BioWorld Today*, Nov. 19, 1993.
Vickery et al., 1983, *J. Parasitol. 60(3)*: 478–485.
Vilmer et al., 1992, *Transplantation 53(5)*: 1155–1157.
Vowels et al., 1993, *New Engl. J. Med. 329*: 1623–1625.
Wagner et al., 1992, *Blood 79*: 1874–1881.
Wagner et al., 1993, *Blood 82(10) Suppl. 1*: Abstr. 330.
Wagner and Broxmeyer, 1992, *Blood 80*: 1624.
Williams et al., 1984, *Nature 310*: 476–480.
Zuckerman et al., 1968, *J. Clin. Pathol. (London) 21(1)*: 109–110.
Livesy and Linner, 1987, *Nature 327*: 255–256.

Karp et al., 1985, *Am. J. Hemat. 18*:243–249.
Salhuddin et al., 1981, "Long-term suspension cultures of human cord–blood myeloid cells", *Blood 58(5)*:931–938.
Williams et al., 1987, "Characterization of Hematopoietic stem and progenitor cells," *Immunol. Res. 6*:294–307.
Gabutti et al., 1975, "Behaviour of human hematopoietic stem cells in cord and neonatal blood", Haematologica 60–60.
Knight, 1980, "Preservation of Leukocytes" in Low Temperature Preservation in Medicine and Biology, Ch. 6, Ashwood–Smith and Farrant (eds.), University Park Press, Baltimore, MD, pp. 121–137.

U.S. Patent    May 27, 2003    Sheet 1 of 5    US 6,569,427 B1



FIG.1



FIG.2



FIG. 3A



FIG. 3B



FIG.4

# ISOLATION AND PRESERVATION OF FETAL AND NEONATAL HEMATOPOIETIC STEM AND PROGENITOR CELLS OF THE BLOOD

This application is a continuation of application Ser. No. 07/950,356, filed Sep. 24, 1992, now abandoned, which is a continuation of application Ser. No. 07/269,926 filed Nov. 10, 1988 now U.S. Pat. No. 5,192,553, which is a continuation-in-part of application Ser. No. 07/119,746, filed Nov. 12, 1987, now U.S. Pat. No. 5,804,601, each of which is incorporated by reference herein in its entirety.

TABLE OF CONTENTS
1. Introduction . . .
2. Background of the Invention . . .
   2.1. Hematopoietic Stem and Progenitor Cells . . .
   2.2. Reconstitution of the Hematopoietic System . . .
   2.3. Cryopreservation of Cells . . .
   2.4. Gene Therapy . . .
3. Summary of the Invention . . .
   3.1. Definitions . . .
4. Description of the Figures . . .
5. Detailed Description of the Invention . . .
   5.1. Isolation of Fetal or Neonatal Hematopoietic Stem and Progenitor Cells . . .
      5.1.1. Collection of Neonatal Blood . . .
         5.1.1.1. Volume . . .
         5.1.1.2. Preferred Aspects . . .
            5.1.1.2.1. Collection Kit . . .
            5.1.1.2.2. Vaginal Delivery of the Term Infant . . .
            5.1.1.2.3. Other Circumstances of Birth and Delivery . . .
               5.1.1.2.3.1. Premature Birth . . .
               5.1.1.2.3.2. Multiple Births . . .
               5.1.1.2.3.3. Caesarian Delivery . . .
               5.1.1.2.3.4. Complicated Delivery
               5.1.1.2.3.5. Abnormal Placenta . . .
               5.1.1.2.3.6. Collection from the Delivered Placenta . . .
               5.1.1.2.3.7. Medical Conditions of the Mother . . .
               5.1.1.2.3.8. Unplanned Delivery . . .
            5.1.1.2.4. Recordation of Data . . .
      5.1.2. Inspection and Testing of Neonatal Blood . . .
      5.1.3. Optional Procedures . . .
         5.1.3.1. Enrichment for Hematopoietic Stem and Progenitor Cells: Cell Separation Procedures . . .
         5.1.3.2. In Vitro Cultures of Hematopoietic Stem and Progenitor Cells . . .
   5.2. Cryopreservation . . .
   5.3. Recovering Stem and Progenitor Cells from the Frozen State . . .
      5.3.1. Thawing . . .
      5.3.2. Optional Procedures . . .
   5.4. Examination of Cells Recovered for Clinical Therapy . . .
      5.4.1. Identity Testing . . .
      5.4.2. Assays for Stem and Progenitor Cells . . .
   5.5. Hematopoietic Reconstitution . . .
   5.6. Therapeutic Uses . . .
      5.6.1. Diseases Resulting from a Failure or Dysfunction of Normal Blood Cell Production and Maturation . .
      5.6.2. Hematopoietic Malignancies . . .
      5.6.3. Malignant Solid Tumors of Non-Hematopoietic Origin . . .
      5.6.4. Autoimmune Disorders . . .
      5.6.5. Gene Therapy . . .
      5.6.6. Miscellaneous Disorders Involving Immune Mechanisms . . .
   5.7 Generation and Use of Hematopoietic Stem and Progenitor Cell Progeny . . .
6. Examples . . .
   6.1. Collection of Human Umbilical Cord Blood and Placental Blood . . .
   6.2. Hematopoietic Stem and Progenitor Cells in Collected Cord Blood . . .
   6.3. Enrichment for Human Hematopoietic Stem and Progenitor Cells: Cell Separation Procedures . . .
      6.3.1. Density Separations . . .
      6.3.2. Adherence/Non-Adherence Separation.
   6.4. Cryopreservation of Cord Blood Stem and Progenitor Cells . . .
   6.5. Cell Thawing . . .
   6.6. Human Hematopoietic Stem and Progenitor Cell Assays . . .
      6.6.1. CFU-GM Assay . . .
         6.6.1.1. Preparation of McCoy's 5A Medium . . .
         6.6.1.2. Preparation of Human 5637 Urinary Bladder Carcinoma Cell Line Conditioned Medium . . .
         6.6.1.3. Preparation of Murine Pokeweed Mitogen Spleen Cell Conditioned Medium . . .
      6.6.2. BFU-E-2 and BFU-E-1/CFU-GEMM Assay . . .
         6.6.2.1. Preparation of 2.1 Methyl Cellulose . . .
         6.6.2.2. Preparation of Hemin . . .
         6.6.2.3. Preparation of Iscove's Modified Dulbecco's Medium . . . .
      6.6.3. Stem Cell Colony Forming Unit Assay . . .
      6.6.4. Assay of the Proliferative Status of Stem and Progenitor Cells . . .
   6.7. Recovery After Freeze-Thawing of Human Hematopoietic Progenitor Cells Derived from Cord Blood . . .
   6.8. Calculations of the Reconstituting Potential of Cord Blood . . .
   6.9. In Vitro Culture Conditions for Hematopoietic Stem and Progenitor Cells . . .
   6.10. Mouse Dissection Protocols . . . 6.10.1. Bone Marrow Dissection . . . 6.10.2. Spleen Dissection . . .
   6.11. Hematopoietic Reconstitution of Adult Mice with Syngeneic Fetal or Neonatal Stem Cells . . .
      6.11.1. Hematopoietic Reconstitution of Lethally-Irradiated Mice with Stem Cells in Blood of the Near-Term Fetus . . .
      6.11.2. Hematopoietic Reconstitution of Mice with a Lesser Volume of Near-Term Fetal Blood But Not with Adult Blood . . .
      6.11.3. Hematopoietic Reconstitution with Blood of Newborn Mice in Volumes as Low as Ten Microliters . . .
      6.11.4. Hematopoietic Reconstitution with Blood of Newborn Mice in Volumes of 10 or 15 Microliters . . .
   6.12 Hematopoietic Reconstitution For Treatment of Fanconi's Anemia . . .
   6.13. Flowchart: Description of a Service . . .

## 1. INTRODUCTION

The present invention is directed to hematopoietic stem and progenitor cells of neonatal or fetal blood, that are

cryopreserved, and the therapeutic uses of such stem and progenitor cells upon thawing. Such cells can be therapeutically valuable for hematopoietic reconstitution in patients with various diseases and disorders. In a preferred embodiment, neonatal cells that have been cryopreserved and thawed, can be used for autologous (self) hematopoietic reconstitution.

The invention also relates to methods for collection and cryopreservation of the neonatal and fetal stem and progenitor cells of the invention.

## 2. BACKGROUND OF THE INVENTION

### 2.1. Hematopoietic Stem and Progenitor Cells

The morphologically recognizable and functionally capable cells circulating in blood include erythrocytes, neutrophilic, eosinophilic, and basophilic granulocytes, B-, T-, nonB-, non T-lymphocytes, and platelets. These mature cells derive from and are replaced, on demand, by morphologically recognizable dividing precursor cells for the respective lineages such as erythroblasts for the erythrocyte series, myeloblasts, promyelocytes and myelocytes for the granulocyte series, and megakaryocytes for the platelets. The precursor cells derive from more primitive cells that can simplistically be divided into two major subgroups: stem cells and progenitor cells (for review, see Broxmeyer, H. E., 1983, "colony Assays of Hematopoietic Progenitor Cells and Correlations to Clinical Situations," CRC Critical Reviews in Oncology/Hematology 1(3):227–257). The definitions of stem and progenitor cells are operational and depend on functional, rather than on morphological, criteria. Stem cells have extensive self-renewal or self-maintenance capacity (Lajtha, L. G., 1979, Differentiation 14:23), a necessity since absence or depletion of these cells could result in the complete depletion of one or more cell lineages, events that would lead within a short time to disease and death. Some of stem cells differentiate upon need, but some stem cells or their daughter cells produce other stem cells to maintain the precious pool of these cells. Thus, in addition to maintaining their own kind, pluripotential stem cells are capable of differentiation into several sublines of progenitor cells with more limited self-renewal capacity or no self-renewal capacity. These progenitor cells ultimately give rise to the morphologically recognizable precursor cells. The progenitor cells are capable of proliferating and differentiating along one, or more than one, of the myeloid differentiation pathways (Lajtha, L. G. (Rapporteur), 1979, Blood Cells 5:447).

Stem and progenitor cells make up a very small percentage of the nucleated cells in the bone marrow, spleen, and blood. About ten times fewer of these cells are present in the spleen relative to the bone marrow, with even less present in the adult blood. As an example, approximately one in one thousand nucleated bone marrow cells is a progenitor cell; stem cells occur at a lower frequency. These progenitor and stem cells have been detected and assayed for by placing dispersed suspensions of these cells into irradiated mice, and noting those cells that seeded to an organ such as the spleen and which found the environment conducive to proliferation and differentiation. These cells have also been quantified by immobilizing the cells outside of the body in culture plates (in vitro) in a semi-solid support medium such as agar, methylcellulose, or plasma clot in the presence of culture medium and certain defined biomolecules or cell populations which produce and release these molecules. Under the appropriate growth conditions, the stem or progenitor cells will go through a catenated sequence of proliferation and differentiation yielding mature end stage progeny, which thus allows the determination of the cell type giving rise to the colony. If the colony contains granulocytes, macrophages, erythrocytes, and megakaryocytes (the precursors to platelets, then the cell giving rise to them would have been a pluripotential cell. To determine if these cells have self-renewal capacities, or stemness, and can thus produce more of their own kind, cells from these colonies can be replated in vivo or in vitro. Those colonies, which upon replating into secondary culture plates, give rise to more colonies containing cells of multilineages, would have contained cells with some degree of stemness. The stem cell and progenitor cell compartments are themselves heterogeneous with varying degrees of self-renewal or proliferative capacities. A model of the stem cell compartment has been proposed based on the functional capacities of the cell (Hellman, S., et al., 1983, J. Clin. Oncol. 1:227–284). Self-renewal would appear to be greater in those stem cells with the shortest history of cell division, and this self-renewal would become progressively more limited with subsequent division of the cells.

A human hematopoietic colony-forming cell with the ability to generate progenitors for secondary colonies has been identified in human umbilical cord blood (Nakahata, T. and Ogawa, M., 1982, J. Clin. Invest. 70:1324–1328). In addition, hematopoietic stem cells have been demonstrated in human umbilical cord blood, by colony formation, to occur at a much higher level than that found in the adult (Prindull, G., et al., 1978, Acta Paediatr. Scand. 67:413–416; Knudtzon, S., 1974, Blood 43(3):357–361). The presence of circulating hematopoietic progenitor cells in human fetal blood (Linch, D. C., et al., 1982, Blood 59(5):976–979) and in cord blood (Fauser, A. A. and Messner, H. A., 1978, Blood 52(6):1243–1248) has also been shown. Human fetal and neonatal blood has been reported to contain megakaryocyte and burst erythroblast progenitors (Vainchenker, W., et al., 1979, Blood Cells 5:15–42), with increased numbers of erythroid progenitors in human cord blood or fetal liver relative to adult blood (Hassan, M. W., et al., 1979, Br. J. Haematol. 41:477–484; Tchernia, G., et al., 1981, J. Lab. Clin. Med. 97(3):322–331). Studies have suggested some differences between cord blood and bone marrow cells in the characteristics of CFU-GM (colony forming unit-granulocyte, macrophage) which express surface Ia antigens (Koizumi, S., et al., 1982, Blood 60(4):1046–1049).

U.S. Pat. No. 4,714,680 discloses cell suspensions comprising human stem and progenitor cells and methods for isolating such suspensions, and the use of the cell suspensions for hematopoietic reconstitution.

### 2.2. Reconstitution of the Hematopoietic System

Reconstitution of the hematopoietic system has been accomplished by bone marrow transplantation. Lorenz and coworkers showed that mice could be protected against lethal irradiation by intravenous infusion of bone marrow (Lorenz, E., et al., 1951, J. Natl. Cancer Inst. 12:197–201). Later research demonstrated that the protection resulted from colonization of recipient bone marrow by the infused cells (Lindsley, D. L., et al., 1955, Proc. Soc. Exp. Biol. Med. 90:512–515; Nowell, P. C., et al., 1956, Cancer Res. 16:258–261; Mitchison, N. A., 1956, Br. J. Exp. Pathol. 37:239–247; Thomas, E. D., et al., 1957, N. Engl. J. Med. 257:491–496). Thus, stem and progenitor cells in donated bone marrow can multiply and replace the blood cells responsible for protective immunity, tissue repair, clotting, and other functions of the blood. In a successful bone marrow transplantation, the blood, bone marrow, spleen,

| 5 | 6 |

thymus and other organs of immunity are repopulated with cells derived from the donor.

U.S. Pat No. 4,721,096 by Naughton et al. discloses a method of hematopoietic reconstitution which comprises obtaining and cryopreserving bone marrow, replicating the bone marrow cells in vitro, and then infusing the cells into a patient.

Bone marrow has been used with increasing success to treat various fatal or crippling diseases, including certain types of anemias such as aplastic anemia (Thomas, E. D., et al., Feb. 5, 1972, The Lancet, pp. 284–289), Fanconi's anemia (Gluckman, E., et al., 1980, Brit. J. Haematol. 45:557–564; Gluckman, E., et al., 1983, Brit. J. Haematol. 54:431–440; Gluckman, E., et al., 1984, Seminars in Hematology:21(1):20–26), immune deficiencies (Good, R. A., et al., 1985, Cellular Immunol. 82:36–54), cancers such as lymphomas or leukemias (Cahn, J. Y., et al., 1986, Brit. J. Haematol. 63:457–470; Blume, K. J. and Forman, S. J., 1982, J. Cell. Physiol. Supp. 1:99–102; Cheever, M. A., et al., 1982, N. Engl. J. Med. 307(8):479–481), carcinomas (Blijham, G., et al., 1981, Eur. J. Cancer 17(4):433–441), various solid tumors (Ekert, H., et al., 1982, Cancer 49:603–609; Spitzer, G., et al., 1980, Cancer 45:3075–3085), and genetic disorders of hematopoiesis. Bone marrow transplantation has also recently been applied to the treatment of inherited storage diseases (Hobbs, J. R., 1981, Lancet 2:735–739), thalassemia major (Thomas, E. D., et al., 1982, Lancet 2:227–229), sickle cell disease (Johnson, F. J., et al., 1984, N. Engl. J. Med. 311:780–783), and osteopetrosis (Coccia, P. F., et al., 1980, N. Engl. J. Med. 302:701–708) (for general discussions, see Storb, R. and Thomas, E. D., 1983, Immunol. Rev. 71:77–102; O'Reilly, R., et al., 1984, Sem. Hematol. 21(3):188–221; 1969, Bone-Marrow Conservation, Culture and Transplantation, Proceedings of a Panel, Moscow, Jul. 22–26, 1968, International Atomic Energy Agency, Vienna; McGlave, P. B., et al., 1985, in Recent Advances in Haematology, Hoffbrand, A. V., ed., Churchill Livingstone, London, pp. 171–197).

Present use of bone marrow transplantation is severely restricted, since it is extremely rare to have perfectly matched (genetically identical) donors, except in cases where an identical twin is available or where bone marrow cells of a patient in remission are stored in a viable frozen state. Even in such an autologous system, the danger due to undetectable contamination with malignant cells, and the necessity of having a patient healthy enough to undergo marrow procurement, present serious limitations. (For reviews of autologous bone marrow transplantation, see Herzig, R. H., 1983, in Bone Marrow Transplantation, Weiner, R. S., et al., eds., The Committee On Technical Workshops, American Association of Blood Banks, Arlington, Va.; Dicke, K. A., et al., 1984, Sem. Hematol. 21(2):109–122; Spitzer, G., et al., 1984, Cancer 54 (September 15 Suppl.):1216–1225). Except in such autologous cases, there is an inevitable genetic mismatch of some degree, which entails serious and sometimes lethal complications. These complications are two-fold. First, the patient is usually immunologically incapacited by drugs beforehand, in order to avoid immune rejection of the foreign bone marrow cells (host versus graft reaction). Second, when and if the donated bone marrow cells become established, they can attack the patient (graft versus host disease), who is recognized as foreign. Even with closely matched family donors, these complications of partial mismatching are the cause of substantial mortality and morbidity directly due to bone marrow transplantation from a genetically different individual.

Peripheral blood has also been investigated as a source of stem cells for hematopoietic reconstitution (Nothdurft, W., et al., 1977, Scand. J. Haematol. 19:470–481; Sarpel, S. C., et al., 1979, Exp. Hematol. 7:113–120; Ragharachar, A., et al., 1983, J. Cell. Biochem. Suppl. 7A:78; Juttner, C. A., et al., 1985, Brit. J. Haematol. 61:739–745; Abrams, R. A., et al., 1983, J. Cell. Biochem. Suppl. 7A:53; Prummer, O., et al., 1985, Exp. Hematol. 13:891–898). In some studies, promising results have been obtained for patients with various leukemias (Reiffers, J., et al., 1986, Exp. Hematol. 14:312–315 (using cryopreserved cells); Goldman, J. M., et al., 1980, Br. J. Haematol. 45:223–231; Ti ly, H., et al., Jul. 19, 1986, The Lancet, pp. 154–155; see also To, L. B. and Juttner, C. A., 1987, Brit. J. Haematol. 66: 285–288, and references cited therein); and with lymphoma (Korbling, M., et al., 1986, Blood 67:529–532). It has been implied that the ability of autologous peripheral adult blood to reconstitute the hematopoietic system, seen in some cancer patients, is associated with the far greater numbers of circulating progenitor cells in the peripheral blood produced after cytoreduction due to intensive chemotherapy and/or irradiation (the rebound phenomenon) (To, L. B. and Juttner, C. A., 1987, Annot., Brit. J. Haematol. 66:285–288; see also 1987, Brit. J. Haematol. 67:252–253, and references cited therein). Other studies using peripheral blood have failed to effect reconstitution (Hershko, C., et al., 1979, The Lancet 1:945–947; Ochs, H. D., et al., 1981, Pediatr. Res. 15(4 Part 2):601).

Studies have also investigated the use of fetal liver cell transplantation (Cain, G. R., et al., 1986, Transplantation 41(1):32–25; Ochs, H. D., et al., 1981, Pediatr. Res. 15(4 part 2):601; Paige, C. J., et al., 1981, J. Exp. Med. 153:154–165; Touraine, J. L., 1980, Excerpta Med. 514:277; Touraine, J. L., 1983, Birth Defects 19:139; see also Good, R. A., et al., 1983, Cellular Immunol. 82:44–45 and references cited therein) or neonatal spleen cell transplantation (Yunis, E. J., et al., 1974, Proc. Natl. Acad. Sci. U.S.A. 72:4100) as stem cell sources for hematopoietic reconstitution. Cells of neonatal thymus have also been transplanted in immune reconstitution experiments (Vickery, A. C., et al., 1983, J. Parasitol. 69(3):478–485; Hirokawa, K., et al., 1982, Clin. Immunol. Immunopathol. 22:297–304).

### 2.3. Cryopreservation of Cells

Freezing is destructive to most living cells. Upon cooling, as the external medium freezes, cells equilibrate by losing water, thus increasing intracellular,solute concentration. Below about 10–15° C., intracellular freezing will occur. Both intracellular freezing and solution effects are responsible for cell injury (Mazur, P., 1970, Science 168:939–949). It has been proposed that freezing destruction from extracellular ice is essentially a plasma membrane injury resulting from osmotic dehydration of the cell (Meryman, H. T., et al., 1977, Cryobiology 14:287–302).

Cryoprotective agents and optimal cooling rates can protect against cell injury. Cryoprotection by solute addition is thought to occur by two potential mechanisms: colligatively, by penetration into the cell, reducing the amount of ice formed; or kinetically, by decreasing the rate of water flow out of the cell in response to a decreased vapor pressure of external ice (Meryman, H. T., et al., 1977, Cryobiology 14:287–302). Different optimal cooling rates have been described for different cells. Various groups have looked at the effect of cooling velocity or cryopreservatives upon the survival or transplantation efficiency of frozen bone marrow cells or red blood cells (Lovelock, J. E. and Bishop, M. W. H., 1959, Nature 183:1394–1395; Ashwood-Smith, M. J.,

7

1961, Nature 190:1204–1205; Rowe, A. W. and Rinfret, A. P., 1962, Blood 20:636; Rowe, A. W. and Fellig, J., 1962, Fed. Proc. 21:157; Rowe, A. W., 1966, Cryobiology 3(1):12–18; Lewis, J. P., et al., 1967, Transfusion 7(1):17–32; Rapatz, G., et al., 1968, Cryobiology 5(1):18–25; Mazur, P., 1970, Science 168:939–949; Mazur, P., 1977, Cryobiology 14:251–272; Rowe, A. W. and Lenny, L. L., 1983, Cryobiology 20:717; Stiff, P. J., et al., 1983, Cryobiology 20:17–24; Gorin, N. C., 1986, clinics in Haematology 15(1):19–48).

The successful recovery of human bone marrow cells after long-term storage in liquid nitrogen has been described (1983, American Type Culture Collection, Quarterly Newsletter 3(4):1). In addition, stem cells in bone marrow were shown capable of withstanding cryopreservation and thawing without significant cell death, as demonstrated by the ability to form equal numbers of mixed myeloid-erythroid colonies in vitro both before and after freezing (Fabian, I., et al., 1982, Exp. Hematol. 10(1):119–122). The cryopreservation and thawing of human fetal liver cells (Zuckerman, A. J., et al., 1968, J. Clin. Pathol. (London) 21(1):109–110), fetal myocardial cells (Robinson, D. M. and Simpson, J. F., 1971, In Vitro 6(5):378), neonatal rat heart cells (Alink, G. M., et al., 1976, Cryobiology 13:295–304), and fetal rat pancreases (Kemp, J. A., et al., 1978, Transplantation 26(4):260–264) have also been reported.

### 2.4. Gene Therapy

Gene therapy refers to the transfer and stable insertion of new genetic information into cells for the therapeutic treatment of diseases or disorders. The foreign gene is transferred into a cell that proliferates to spread the new gene throughout the cell population. Thus stem cells, or pluripotent progenitor cells, are usually the target of gene transfer, since they are proliferative cells that produce various progeny lineages which will potentially express the foreign gene.

Most studies in gene therapy have focused on the use of hematopoietic stem cells. High efficiency gene transfer systems for hematopoietic progenitor cell transformation have been investigated for use (Morrow, J. F., 1976, Ann. N.Y. Acad. Sci. 265:13; Salzar, W., et al., 1981, in Organization and Expression of Globin Genes, A. R. Liss, Inc., New York, p. 313; Bernstein, A., 1985, in Genetic Engineering: Principles and Methods, Plenum Press, New York, p. 235; Dick, J. E., et al., 1986, Trends in Genetics 2:165). Reports on the development of viral vector systems indicate a higher efficiency of transformation than DNA-mediated gene transfer procedures (e.g., $CaPO_4$ precipitation and DEAE dextran) and show the capability of integrating transferred genes stably in a wide variety of cell types. Recombinant retrovirus vectors have been widely used experimentally to transduce hematopoietic stem and progenitor cells. Genes that have been successfully expressed in mice after transfer by retrovirus vectors include human hypoxanthine phosphoribosyl transferase (Miller, A., et al., 1984, Science 255:630). Bacterial genes have also been transferred into mammalian cells, in the form of bacterial drug resistance gene transfers in experimental models. The transformation of hematopoietic progenitor cells to drug resistance by eukaryotic virus vectors, has been accomplished with recombinant retrovirus-based vector systems (Hock, R. A. and Miller, A. D., 1986, Nature 320:275–277; Joyner, A., et al., 1983, Nature 305:556–558; Williams, D. A., et al., 1984, Nature 310:476–480; Dick, J. E., et al., 1985, Cell 42:71–79); Keller, G., et al., 1985, Nature 318:149–154; Eglitis, M., et al., 1985, Science 230:1395–1398). Recently, adeno-associated virus vectors have been used successfully to transduce mammalian cell

8

lines to neomycin resistance (Hermonat, P. L. and Muzyczka, N., 1984, supra; Tratschin, J.-D., et al., 1985, Mol. Cell. Biol. 5:3251). Other viral vector systems that have been investigated for use in gene transfer include papovaviruses and vaccinia viruses (see Cline, M. J., 1985, Pharmac. Ther. 29:69–92).

Other methods of gene transfer include microinjection, electroporation, liposomes, chromosome transfer, and transfection techniques (Cline, M. J., 1985, supra). Salser et al. used a calcium-precipitation transfection technique to transfer a methotrexate-resistant dihydrofolate reductase (DHFR) or the herpes simplex virus thymidine kinase gene, and a human globin gene into murine hematopoietic stem cells. In vivo expression of the DHFR and thymidine kinase genes in stem cell progeny was demonstrated (Salser, W., et al., 1981, in Organization and Expression of Globin Genes, Alan R. Liss, Inc., New York, pp. 313–334).

Gene therapy has also been investigated in murine models with the goal of enzyme replacement therapy. Thus, normal stem cells from a donor mouse have been used to reconstitute the hematopoietic cell system of mice lacking beta-glucuronidase (Yatziv, S., et al., 1982, J. Lab. Clin. Med. 90:792–797). Since a native gene was being supplied, no recombinant stem cells (or gene transfer techniques) were necessary.

### 3. SUMMARY OF THE INVENTION

The present invention is directed to hematopoietic stem and progenitor cells of neonatal or fetal blood, that are cryopreserved, and the therapeutic uses of such stem and progenitor cells upon thawing. In particular, the present invention relates to the therapeutic use of fetal or neonatal stem cells for hematopoietic (or immune) reconstitution. Hematopoietic reconstitution with the cells of the invention can be valuable in the treatment or prevention of various diseases and disorders such as anemias, malignancies, autoimmune disorders, and other immune dysfunctions and deficiencies. In another embodiment, fetal or neonatal hematopoietic stem and progenitor cells which contain a heterologous gene sequence can be used for hematopoietic reconstitution in gene therapy.

In a preferred embodiment of the invention, neonatal or fetal blood cells that have been cryopreserved and thawed can be used for autologous (self) reconstitution.

The invention also relates to methods of collection and cryopreservation of the neonatal and fetal stem and progenitor cells of the invention.

#### 3.1. Definitions

As used herein, the following abbreviations will have the meanings indicated:

| | |
|---|---|
| ACD = | acid-citrate dextrose |
| BFU-E = | burst-forming unit-erythroid. An hematopoietic progenitor cell which is capable of producing a colony of erythroid progeny cells in semi-solid medium. |
| BFU-E-1 = | an early erythroid progenitor cell, capable of producing a colony of erythroid progeny cells in semi-solid medium upon stimulation by erythropoietin, hemin (optional), and a burst-promoting factor. |

-continued

| | |
|---|---|
| BFU-E-2 = | an erythroid progenitor cell, of greater maturity than BFU-E-1, which is capable of producing a colony of erythroid progeny cells in semi-solid medium upon stimulation by erythropoietin and by hemin (optional). |
| CFU = | colony-forming unit. A cell which is capable of producing a colony of progeny cells in semi-solid medium. |
| CFU-GEMM = | colony-forming unit-granulocyte, erythrocyte, monocyte/macrophage, megakaryocyte. A multipotential hematopoietic progenitor cell which is capable of producing a colony composed of granulocyte, erythrocyte, monocyte/macrophage, and megakaryocyte progeny, in semi-solid medium. |
| CFU-GM = | colony-forming unit-granulocyte, macrophage. An hematopoietic progenitor cell which is capable of producing a colony composed of granulocyte and macrophage progeny in semi-solid medium. |
| CFU-S = | colony forming unit-spleen. A multipotential stem cell with self-renewal capacity, which, upon inoculation into lethally-irradiated mice, is capable of producing a colony (nodule) on the spleen(s). |
| CPD = | citrate-phosphate-dextrose |
| CSF = | colony stimulating factor |
| DMSO = | dimethyl sulfoxide |
| DNase = | deoxyribonuclease |
| DPBS = | phosphate buffered saline without magnesium or calcium |
| FCS = | fetal calf serum |
| heterologous gene = | a gene which is not present, or not functionally expressed, in the designated host cell. |
| IMDM = | Iscove's Modified Dulbecco's Medium |
| LD100/30 days = | the minimum or near-minimal Lethal Dosage causing 100% mortality within a 30-day post-irradiation period |
| PHALCM = | medium conditioned by phytohemagglutinin-stimulated leukocytes from patients with hemochromatosis |
| PWMSCM = | pokeweed mitogen spleen cell conditioned medium |
| S-cell = | stem cell |
| SLE = | systemic lupus erythematosus |
| ³HTdr = | tritiated thymidine |
| TLI = | total lymphoid irradiation |

### 4. DESCRIPTION OF THE FIGURES

FIG. 1 presents data for neonatal blood volumes obtained in one series of collections from individual births. The volume (ml) of blood collected is shown along the X-axis, with infant weight (kg) along the Y-axis. Open circles represent births by Caesarian section; closed circles represent vaginal births.

FIG. 2 presents the data from neonatal blood volumes obtained in a second series of collections from individual births. The volume (ml) of blood collected is shown along the X-axis, with the infant weight (kg) along the Y-axis. Closed circles represent vaginal births, with collection by gravity drainage from the umbilical cord. Open circles represent births by Caesarian section, with collection by gravity drainage from the umbilical cord. Closed triangles represent vaginal births, with collection from the delivered placenta. open triangles represent births by Caesarian section, with collection from the delivered placenta.

FIGS. 3A and 3B are diagrammatic representations of the composition of centrifuge tubes at different steps in a Ficoll-Hypaque density separation, as described in Section 6.3.1, which can be employed to obtain low density cells that are enriched in hematopoietic stem and progenitor cells. The cord blood cell suspension is layered on Ficoll-Hypaque before centrifugation (FIG. 3A). After centrifugation, the low density cells appear as a sharp band between the Ficoll-Hypaque and the phosphate-buffered saline (FIG. 3B).

FIG. 4 is a diagrammatic representation of the apparatus described in Section 6.4, which can be used for the cryopreservation of neonatal and fetal hematopoietic stem and progenitor cells. The cryovials containing the cell suspensions are placed in a freezing rack which is in turn placed in a 4° C. methanol bath. The methanol bath (in a metal or glass freezing dish) is in turn placed in a −80° C. freezer. After the cells reach the frozen state, they are transferred to a long-term storage vessel containing liquid nitrogen.

### 5. DETAILED DESCRIPTION OF THE INVENTION

The present invention is directed to hematopoietic stem and progenitor cells of neonatal or fetal blood, that are cryopreserved, and the therapeutic uses of such stem and progenitor cells upon thawing.

In particular, the present invention relates to the use of fetal or neonatal stem cells for hematopoietic reconstitution. In a preferred embodiment of the invention, the fetal or neonatal stem cells can be used in autologous hematopoietic reconstitution, i.e., in the reconstitution of the hematopoietic system of the same individual from which they were originally derived. In such an embodiment, the invention provides substantial advantages over the present use of bone marrow for hematopoietic reconstitution. Present use of bone marrow transplantation is severely restricted by the fact that there is virtually never a perfectly matched (genetically identical) donor, except in cases where an identical twin is available or where bone marrow cells of, for example, a cancer patient in remission are stored in the viable frozen state in the hope that they will be free of malignant cells and healthy enough to be returned to the patient for treatment of any future relapse. Except in such cases, the inevitable genetic mismatch which results can entail the serious and sometimes lethal complications of host versus graft or graft versus host disease. In order to avoid host rejection of the foreign bone marrow cells (host versus graft reaction), the patient must be immunologically incapacitated. Such immune incapacitation is itself a cause of serious complications. Furthermore, when and if the donated bone marrow cells become established, they can attack the patient (graft versus host disease), who is recognized as foreign. Even with closely matched family donors, these complications of partial mismatching are the cause of substantial mortality and morbidity directly due to bone marrow transplantation from a genetically different individual.

In an embodiment of the invention directed to the use of neonatal stem and progenitor cells for hematopoietic reconstitution, there are several main reasons for preferring the use of such neonatal cells to conventional bone marrow transplantation. First, no donor is required because the cells can be obtained from neonatal blood that would otherwise be discarded. Second, in a preferred autologous system, i.e., involving use of "self" neonatal cells, the complications arising in conventional bone marrow transplantation from the need for pretransplantation drug-induced or irradiation-induced immune incapacitation and from acute and chronic graft-versus-host disease are all eliminated because, in this embodiment, neonatal cells are returned to their original

owner and are therefore totally compatible. For these reasons, present restrictions on the use of bone marrow transplantation arising from difficulties in finding even approximately matched donors, and from disease and mortality due to unavoidable genetic incompatibility, do not apply to self-reconstitution with neonatal cells. Third, regarding the preferred autologous embodiment, the efficiency of genetically identical (self) cells in bone marrow transplantation in animals is numerically many times greater than that of cells from a genetically dissimilar donor (Balner, H., 1977, Bone Marrow Transplantation and Other Treatment after Radiation Injury, Martinus Nijhoff Medical Division, The Hague), thus far fewer self cells are required for successful reconstitution in the preferred autologous system.

Furthermore, the prospects of success in bone marrow transplantation decline with age; although it is not clear whether the age of donor or patient is more important, it is proper to infer that younger (neonatal) cells are preferable for hematopoietic reconstitution. Such neonatal or fetal cells have not been subjected to the "environmental outrage" that adult cells have undergone. Also, as an example of novel medical applications which may be feasible with neonatal cells but not with conventional bone marrow transplantation, restoration with self cells taken at birth can be valuable in the treatment of disorders such as declining immune responsiveness and autoimmunity (immune reactions against one's own tissues) which occur in increasing frequency with age.

Many of the relative disadvantages discussed supra of the use of bone marrow cells for hematopoietic reconstitution, also apply to the use of adult peripheral blood for such reconstitution, and thus, the use of neonatal cells for hematopoietic reconstitution according to the present invention provides distinct advantages over the employment of adult peripheral blood. It has been implied that the ability of autologous peripheral adult blood to reconstitute the hematopoietic system, seen in some cancer patients, is associated with the far greater numbers of circulating progenitor cells in the peripheral blood produced after cytoreduction due to intensive chemotherapy and/or irradiation (the rebound phenomenon) (To, L. B. and Juttner, C. A., 1987, Annot., Brit. J., Haematol. 66:285–288; see also 1987, Brit. J. Haematol. 67:252–253, and references cited therein). There are possible detrimental effects, known or unknown, of prior chemotherapy or irradiation, on the stem and progenitor cell populations found in these patients.

There are additional reasons for preferring the use of neonatal cells for hematopoietic reconstitution as provided by the present invention. Neonatal blood is a preferred source of cells for hematopoietic reconstitution, since it is free from viral and microbial agents, known or unknown, latent or otherwise, that may be encountered in later life, other than those transmitted from the mother or during labor and delivery. In addition, in view of the extent to which the hematopoietic stem cell may possibly share with other cells the limitation in total number of cell divisions that it may undergo before senescence, it is proper to assume that the neonatal hematopoietic stem cell has a self-renewal and reconstituting capacity that is at least as great, and perhaps greater, than that of hematopoietic stem cells obtained at any later time in life.

In adults, stem and progenitor cells are mostly confined to the bone marrow; very few circulate in the blood. In the newborn human or animal, however, stem and progenitor cells circulate in the blood in numbers similar to those found in adult bone marrow. Doubtless this reflects the great demands for blood formation of the growing infant. We calculate that the restorative capacity of neonatal blood contained in the human umbilical cord and placenta, which are customarily discarded at birth, equals or exceeds that of the average donation of an adult's bone marrow. The efficacy of human neonatal blood cells compared with adult bone marrow cells is gauged by laboratory assays for stem cell and progenitor cells. Progenitor cell assays imply that the reconstituting potential of cells from 50 ml of cord blood (readily obtainable) is at least equivalent to the average number of progenitor cells from adult bone marrow that is used in autologous hematopoietic reconstitution (see Section 6.8, infra). 'S-cells', representing probably the earliest developmental form of the stem cell, are demonstrable in human (cord) blood (Nakahata, T. and Ogawa, M., 1982, J. Clin. Invest. 70:1324–1328). Thus, the cells of neonatal blood can be judged an effective clinical substitute for adult bone marrow.

In laboratory animals, the efficacy of neonatal cells can be tested directly. Accordingly we have shown that circulating neonatal cells, in numbers lower than are contained in the cord and placenta, will completely and permanently repopulate the entire blood-forming and immune systems of a lethally irradiated adult animal, promoting complete recovery and return to normal health (see Section 6.11, infra).

The method of the invention may be divided into the following stages solely for the purpose of description: (a) isolation of fetal or neonatal hematopoietic stem and progenitor cells; (b) inspection and testing of fetal or neonatal blood; (c) enrichment for hematopoietic stem and progenitor cells; (d) cryopreservation; (e) recovery of stem and progenitor cells from the frozen state; (f) examination of cells recovered for clinical therapy; and (g) therapeutic uses in reconstitution of the hematopoietic system.

Since both fetal and neonatal hematopoietic cells are envisioned for use in the present invention, descriptions and embodiments of the invention herein described for neonatal cells are meant to apply equally to fetal cells, unless clearly otherwise indicated or apparent.

### 5.1. Isolation of Fetal or Neonatal Hematopoietic Stem and Progenitor Cells

Fetal or neonatal blood are sources of the hematopoietic stem and progenitor cells of the present invention.

Fetal blood can be obtained by any method known in the art. For example, fetal blood can be taken from the fetal circulation at the placental root with the use of a needle guided by ultrasound (Daffos, F., et al., 1985, Am. J. Obstet. Gynecol. 153:655–660; Daffos, F., et al., 1983, Am. J. Obstet. Gynecol. 146:985), by placentocentesis (Valenti, C., 1973, Am. J. Obstet. Gynecol. 115:851; Cao, A., et al., 1982, J. Med. Genet. 19:81), by fetoscopy (Rodeck, C. H., 1984, in Prenatal Diagnosis, Rodeck, C. H. and Nicolaides, K. H., eds., Royal College of Obstetricians and Gynaecologists, London), etc.

In a preferred embodiment of the invention, neonatal hematopoietic stem and progenitor cells can be obtained from umbilical cord blood and/or placental blood. The use of cord or placental blood as a source of cells to repopulate the hematopoietic system provides numerous advantages. Cord blood can be obtained easily and without trauma to the donor. In contrast, at present, the collection of bone marrow cells for transplantation is a traumatic experience which is costly in terms of time and money spent for hospitalization. Cord blood cells can be used for autologous transplantation, when and if needed, and the usual hematological and immunological problems associated with the use of allogeneic

| 13 | 14 |

cells, matched only partially at the major histocompatibility complex or matched fully at the major, but only partially at the minor complexes, are alleviated.

Collections should be made under sterile conditions. Immediately upon collection, the neonatal or fetal blood should be mixed with an anticoagulent. Such an anticoagulent can be any known in the art, including but not limited to CPD (citrate-phosphate-dextrose), ACD (acid citrate-dextrose), Alsever's solution (Alsever, J. B. and Ainslie, R. B., 1941, N. Y. St. J. Med. 41:126), De Gowin's Solution (De Gowin, E. L., et al., 1940, J. Am. Med. Ass. 114:850), Edglugate-Mg (Smith, W. W., et al., 1959, J. Thorac. Cardiovasc. Surg. 38:573), Rous-Turner Solution (Rous, P. and Turner, J. R., 1916, J. Exp. Med. 23:219), other glucose mixtures, heparin, ethyl biscoumacetate, etc. (See Hurn, B. A. L., 1968, Storage of Blood, Academic Press, New York, pp. 26–160). In a preferred embodiment, ACD can be used.

5.1.1. Collection of Neonatal Blood

The object of this aspect of the invention is to obtain a neonatal blood collection of adequate volume that is free of contamination. Since umbilical cord blood is a rich source of stem and progenitor cells (see Section 6.6, infra; Nakahata, T. and Ogawa, M., 1982, J. Clin. Invest. 70:1324–1328; Prindull, G., et al., 1978, Acta. Paediatr. Scand. 67:413–416; Tchernia, G., et al., 1981, J. Lab. Clin. Med. 97(3):322–331), the preferred source for neonatal blood is the umbilical cord and placenta. The neonatal blood can preferably be obtained by direct drainage from the cord and/or by needle aspiration from the delivered placenta at the root and at distended veins.

5.1.1.1. Volume

In a preferred embodiment, volumes of 50 ml or more of neonatal blood are obtained (see Section 6.1, infra).

Practical experience indicates that volumes of 50 ml or more are easily collected without additional measures in 80% of term births, and that collections of more than 40 ml are obtainable more than 90% of the time. Lower volumes may also be acceptable, and indicated under some circumstances (see Sections 5.1.1.2.3.1 and 5.1.1.2.3.2, infra).

The following information suggests that as little as 50 ml of cord blood contains enough of the appropriate cells to repopulate the hematopoietic system of an adult, and it is possible that even less cord blood would have the same effect:

1. In a small sampling of cases for autologous marrow transplantation (Spitzer, G., et al., 1980, Blood 55:317–323), rapid repopulation of hematopoiesis in patients with acute leukemia was associated with as few as 0.24 million granulocyte-macrophage progenitor cells (CFU-GM).

2. In human cord blood, there are approximately 50–200 CFU-GM per 100,000 low-density cells and at least 5 million low density cord blood cells per milliliter. Thus 50 milliliters of cord blood would contain in the range of 0.1 to greater than 0.5 million CFU-GM (see also Section 6.8, infra). The upper value agrees closely with estimations from the number of CFU-GM in 12.5 to 19 day old fetal blood (Lynch, D. C., et al., 1982, Blood 59:976–979).

3. Importantly, stem and progenitor cells in cord blood appear to have a greater proliferative capacity in culture dishes than those in adult bone marrow (Salahuddin, S. Z., et al., 1981, Blood 58:931–938; Cappellini, M. D., et al., 1984, Brit. J. Haematol. 57:61–70).

Significant to the use of cord blood as a source of stem cells, is that the assay for S-cells has been adapted for the growth of human cord blood (Nakahata, T. and Ogawa, M., 1982, J. Clin. Invest. 70:324–1328). All the known progenitor cells are present in cord blood in high numbers and this includes those progenitors for multilineages, granulocytes, macrophages, erythrocytes, mast cells, and basophils (id.; Fauser, A. A. and Messner, H. A., 1978, Blood 52:1243–1248; Koizumi, S., et al., 1982, Blood 60:1046–1049; Prindull, G., et al., 1978, Acta Paediatr. Scand. 67:413–416).

Furthermore, hematopoietic stem and progenitor cells can potentially be multiplied in culture, before or after cryopreservation, (see Sections 5.1.3.2, 5.3.2, infra), thus expanding the number of stem cells available for therapy.

5.1.1.2. Preferred Aspects

The following subsections provide detailed descriptions of preferred particular embodiments of the invention, and are intended for descriptive purposes only, in no way limiting the scope of the invention.

5.1.1.2.1. Collection Kit

In a preferred aspect, a collection kit, packaged in a sterile container, can be used. In one particular embodiment, the collection kit can consist of:

(i) a wide-mouth, graduated, collection container, with anticoagulant, into which the cut end of the cord may be placed for collection by gravity drainage. A small funnel can be provided for use if needed.

(ii) (optional) a plastic, flexible, sealed collection bag, similar to a donation bag, which has ports for injection of the collected blood, and contains anticoagulant.

(iii) an identification label, which identifies the infant source of the sample and time of collection.

For multiple births, separate collections, each performed with a separate kit, are preferred.

Sterilization of the containers can occur by any technique known in the art, including but not limited to beta-irradiation, autoclaving of suitable materials in a steam sterilizer, etc. For example, in a preferred embodiment, sterilization by beta-irradiation can be carried out by exposure to 2.5 megarads from a tungsten source (see Section 6.1, infra).

The collection kit may be placed in the surgical field in advance of a delivery, to afford ready availability.

5.1.1.2.2. Vaginal Delivery of the Term Infant

Vaginal delivery of the normal infant at term, spontaneously, by forceps, or as a breech delivery, should allow an ample collection of cord blood. After clamping the cord, the volume of fetal blood remaining in the cord and attached placenta has been estimated at 45 ml/kg infant body weight, or approximately 145 ml for a 7 lb (3.2 kg) baby (Hellman, L. M., et al., 1971, Williams Obstetrics, 14th Ed., Appleton-Century-Crofts, New York, p. 216).

Following delivery of the infant, by any method, with or without anesthesia, the infant is held in the plane of the vagina, and the cord is doubly cross-clamped and cut approximately three inches (7–8 cm) from the umbilicus. The infant is removed.

Maintaining usual sterile precautions, the cord is then transected just above the crushed portion in the clamp, and the resulting flow of fetal blood from umbilical vessels is caught in the container provided. An adequate collection can usually be accomplished without milking the cord, and is complete in approximately two minutes, before placental separation has occurred. Care should be taken to avoid contamination by maternal blood, urine, or other fluids in the delivery field. Blood in the container is then transferred to the bag provided for transport to the storage facility or, alternatively, the original container, if equipped with a tight screw cap, can itself be sent to the storage facility without transfer of its contents.