

# PHARMASTEM THERAPEUTICS, INC.

## NEWS ROOM
### PRESS RELEASES

August 2, 2004
April 22, 2004
March 12, 2004
March 8, 2004
February 12, 2004
February 4, 2004
January 30, 2004
December 3, 2003
November 4, 2003
September 23, 2003
September 8, 2003
February 20, 2003
November 25, 2002
November 11, 2002
April 3, 2002
February 25, 2002

August 2, 2004

**PharmaStem Therapeutics Initiates New Lawsuits to Protect Its Umbilical Cord Blood Stem Cell Patent Rights**

**Lawsuits have been filed against ViaCell, Cryo-Cell International, Cord Blood Registry (CBR Systems), Corcell and Certain Obstetricians**

Wayne, PA, August 2, 2004 - PharmaStem Therapeutics, Inc. announced today that it has initiated multiple lawsuits for patent infringement to protect its intellectual property rights relating to umbilical cord blood stem cells. PharmaStem is the successor to Biocyte Corporation, the pioneer in the discovery and development of umbilical cord blood preservation and its therapeutic use. In recognition of its leadership, PharmaStem has received five U.S. Patents to date for its technological advances.

The new lawsuits assert infringement of two recently issued patents, U.S. Patent Nos. 6,569,427 and/or 6,605,275, which relate to the cryopreservation and therapeutic use of umbilical cord blood stem cells. Named in the complaints are the four remaining cord blood banks (ViaCell, Inc., Cryo-Cell International, Inc., CBR Systems, Inc. (Cord Blood Registry), CorCell, Inc.) who have refused to license PharmaStem's patents and certain obstetricians and health care providers who collect umbilical cord blood for these unlicensed cord blood banks.

Nicholas Didier, President and CEO of PharmaStem stated: "While we would prefer not to sue any obstetricians or health care providers, it is important to protect our intellectual property rights for the benefit of our licensees. To date, we have 15 licensed cord blood banks so obstetricians and health care providers have many choices available to them." PharmaStem's license agreements provide a license to obstetricians and health care

providers for the collection of umbilical cord blood provided they work with licensed banks.

PharmaStem currently has licensed its patent portfolio to the following cord blood banks:

- LifeBank USA
- Stembanc
- StemCyte / Cord Blood Family Trust
- GeneAngel
- Newborn Blood Banking
- Securacell
- Norton Hospitals Family Link
- Cord Partners
- HemaStem Therapeutics
- Lifestor
- California Cryobank Stem Cell Services
- New England Cord Blood Bank
- Alpha Cord
- Cryobanks International
- CORD -- Cryobank for Oncologic and Reproductive Donors

On October 29, 2003, a Delaware jury unanimously found that two of PharmaStem's pioneering patents, US Patent Nos. 5,004,681 and 5,192,553 were valid and enforceable and that the four defendants, ViaCell, Cryo-Cell, Corcell and CBR Systems (Cord Blood Registry) had willfully infringed these patents.

To learn more about PharmaStem Therapeutics please visit www.pharmastem.com or contact Nicholas Didier, CEO, at 914-833-9227 (phone) or ndidier@pharmastem.com.

go top

**April 22, 2004**

### PharmaStem Therapeutics Announces Patent License Agreement with California Cryobank Stem Cell Services. - Two Thirds of the Cord Blood Banking Industry is Now Licensed

Wayne, PA, April 22, 2004-- -- PharmaStem Therapeutics, Inc. and California Cryobank Stem Cell Services, Inc. today announced that they have entered into an agreement under which CalCryo SCS, Inc. has obtained a license to PharmaStem's patent portfolio. PharmaStem is the successor to Biocyte Corporation, the pioneer in the development of umbilical cord and placental blood preservation and its therapeutic use. In recognition of its leadership, PharmaStem has received five U.S. patents to date: No. 5,004,681, 5,192,553, 6,461,645, 6,569,427 and 6,605,275.

Nicholas Didier, President and CEO of PharmaStem stated: "We are pleased to announce the finalization of our License Agreement with California Cryobank Stem Cell Services, one