PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for PharmaStem Therapeutics, Inc.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,

Plaintiff,

v.

CORD BLOOD REGISTRY, INC. dba CBR, a Delaware corporation, and SUTTER HEALTH, INC., a California corporation,

Defendants.

AND RELATED COUNTERCLAIMS

Case No.: 04-3072 JSW

DECLARATION OF LISA KOBIALKA IN SUPPORT OF PHARMASTEM THERAPEUTICS, INC.'S MOTION TO DISMISS DEFENDANT CBR'S FIRST, SECOND, THIRD, FOURTH, FIFTH, SIXTH AND SEVENTH COUNTERCLAIMS

Judge:    Jeffrey S. White
Location: Courtroom 2
Date:     December 10, 2004 at 9:00 a.m.

## DECLARATION OF LISA KOBIALKA

I, Lisa Kobialka, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am an associate with Perkins Coie LLP, counsel for plaintiff PharmaStem Therapeutics, Inc. ("PharmaStem") in this action. I make this declaration in support of PharmaStem's Motion to Dismiss Defendant CBR'S First, Second, Third, Fourth, Fifth, Sixth and Seventh Counterclaims. I have personal knowledge of the facts set forth herein except as otherwise stated, and if called upon I could and would testify to the following facts:

2. Attached hereto as Exhibit A is a true and correct copy of the Joint Motion for Temporary Restraining Order and Injunctive Relief While Court's Ruling On Post-Trial Motions Is Pending ("Joint Motion For TRO and Injunctive Relief"), filed by Cord Blood Registry, Inc. ("CBR") and other defendants in the case entitled *PharmaStem Therapeutics, Inc. v. ViaCell, Inc. et al.*, Civil Case No. 02-148-GMS ("Delaware Action").

3. Attached hereto as Exhibit B is a true and correct copy of PharmaStem's July 2, 2004 submission to the Court in the Delaware Action in response to the Joint Motion and PharmaStem's Opposition to the Joint Motion For TRO and Injunctive Relief and PharmaStem's Opposition to the Joint Motion.

4. Attached hereto as Exhibit C is a true and correct copy of the Joint Motion To Hold PharmaStem In Contempt And For Appropriate Sanctions ("Joint Motion for Contempt") and Memorandum of Points and Authorities In Support of the Joint Motion for Contempt filed in the Delaware Action.

5. Attached hereto as Exhibit D is a true and correct copy of the docket for the Delaware Action as of September 13, 2004.

1

2    I declare under penalty of perjury that the foregoing is true and correct.

3

4    DATED: September 13, 2004

5                                                    **PERKINS COIE LLP**

6

7                                                    By ___/s/_____
                                                     Lisa Kobialka, Esq.
8                                                    Attorneys for PharmaStem Therapeutics, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   DECLARATION OF LISA KOBIALKA IN SUPPORT OF PHARMASTEM
     THERAPEUTICS, INC.'S MOTION TO DISMISS DEFENDANT CBR'S FIRST,
     SECOND, THIRD, FOURTH, FIFTH, SIXTH AND SEVENTH COUNTERCLAIMS
     CASE NO. 04-3072 JSW                    -3-                    [40923-0005/BY042570.073]