Docket as of August 23, 2004 8:02 pm                                  Web PACER (v2.4)

# U.S. District Court

## U. S. District Court of Delaware (Wilmington)

### CIVIL DOCKET FOR CASE #: 02-CV-148

### Pharmastem, et al v. Viacell Inc, et al

Filed: 02/22/02
Assigned to: Judge Gregory M. Sleet
Jury demand: Both
Demand: $0,000
Nature of Suit: 830
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 35:271 Patent Infringement

---

```
PHARMASTEM THERAPEUTICS INC.        Philip A. Rovner
       plaintiff                    [COR LD NTC]
                                    Potter Anderson & Corroon, LLP
                                    1313 N. Market St., Hercules
                                    Plaza, 6th Flr.
                                    P.O. Box 951
                                    Wilmington, DE 19899-0951
                                    (302) 984-6000


   v.


VIACELL INC                         Jeffrey L. Moyer
       defendant                    [COR LD NTC]
                                    Richards, Layton & Finger
                                    One Rodney Square
                                    P.O. Box 551
                                    Wilmington, DE 19899
                                    (302) 658-6541

                                    David Allan Felice
                                    [term 07/29/04]
                                    [COR LD NTC]
                                    Cozen & O'Connor
                                    Chase Manhattan Centre
                                    1201 North Market St., Suite
                                    1400
                                    Wilmington, DE 19801
                                    (302) 295-2000
```

EXHIBIT D

```
CYRO-CELL INTERNATIONAL INC          Robert F. Stewart, Jr.
     defendant                       [COR LD NTC]
                                     Dilworth Paxson LLP
                                     First Federal Plaza
                                     Suite 500
                                     Wilmington, DE 19801
                                     (215) 575-7110

  □

CORCELL INC                          Robert F. Stewart, Jr.
     defendant                       (See above)
                                     [COR LD NTC]

STEMCYTE INC                         Robert F. Stewart, Jr.
     defendant                        [term 09/10/03]
  [term 09/10/03]                    (See above)
                                     [COR LD NTC]

CBR SYSTEMS INC                      Richard D. Kirk
fka                                  [COR LD NTC]
Cord Blood Registry Inc              Morris, James, Hitchens &
     defendant                       Williams
                                     222 Delaware Ave.
                                     P.O. Box 2306
                                     Wilmington, DE 19899
                                     (302) 888-6800

BIRTHCELLS TECHNOLOGY INC            Robert F. Stewart, Jr.
     defendant                       (See above)
                                     [COR LD NTC]

NUSTEM TECHNOLOGIES INC
     defendant
  [term 07/10/02]

BIO-CELL INC                         Robert F. Stewart, Jr.
     defendant                       (See above)
                                     [COR LD NTC]


=================================

VIACELL INC                          Jeffrey L. Moyer
     counter-claimant                [COR LD NTC]
                                     Richards, Layton & Finger
                                     One Rodney Square
                                     P.O. Box 551
                                     Wilmington, DE 19899
                                     (302) 658-6541


     v.


PHARMASTEM THERAPEUTICS INC.         Philip A. Rovner
  □

     counter-defendant               [COR LD NTC]
                                     Potter Anderson & Corroon, LLP
                                     1313 N. Market St., Hercules
                                     Plaza, 6th Flr.
                                     P.O. Box 951
                                     Wilmington, DE 19899-0951
```

```
                                          (302) 984-6000

======================

STEMCYTE INC                      Robert F. Stewart, Jr.
     counter-claimant              [term  09/10/03]
 [term  09/10/03]                 [COR LD NTC]
                                  Dilworth Paxson LLP
                                  First Federal Plaza
                                  Suite 500
                                  Wilmington, DE 19801
                                  (215) 575-7110


       v.


PHARMASTEM THERAPEUTICS INC.      Philip A. Rovner
     counter-defendant            [COR LD NTC]
                                  Potter Anderson & Corroon, LLP
                                  1313 N. Market St., Hercules
                                  Plaza, 6th Flr.
                                  P.O. Box 951
                                  Wilmington, DE 19899-0951
                                  (302) 984-6000


======================

BIRTHCELLS TECHNOLOGY INC         Robert F. Stewart, Jr.
     counter-claimant             [COR LD NTC]
                                  Dilworth Paxson LLP
                                  First Federal Plaza
                                  Suite 500
                                  Wilmington, DE 19801
                                  (215) 575-7110


       v.


PHARMASTEM THERAPEUTICS INC.      Philip A. Rovner
     counter-defendant            [COR LD NTC]
                                  Potter Anderson & Corroon, LLP
                                  1313 N. Market St., Hercules
 □

                                  Plaza, 6th Flr.
                                  P.O. Box 951
                                  Wilmington, DE 19899-0951
                                  (302) 984-6000


======================

CORCELL INC                       Robert F. Stewart, Jr.
     counter-claimant             [COR LD NTC]
                                  Dilworth Paxson LLP
                                  First Federal Plaza
                                  Suite 500
                                  Wilmington, DE 19801
                                  (215) 575-7110


       v.


PHARMASTEM THERAPEUTICS INC.      Philip A. Rovner
```

```
        counter-defendant              [COR LD NTC]
                                       Potter Anderson & Corroon, LLP
                                       1313 N. Market St., Hercules
                                       Plaza, 6th Flr.
                                       P.O. Box 951
                                       Wilmington, DE 19899-0951
                                       (302) 984-6000


=============================

CYRO-CELL INTERNATIONAL INC            Robert F. Stewart, Jr.
        counter-claimant               [COR LD NTC]
                                       Dilworth Paxson LLP
                                       First Federal Plaza
                                       Suite 500
                                       Wilmington, DE 19801
                                       (215) 575-7110


        v.


PHARMASTEM THERAPEUTICS INC.           Philip A. Rovner
        counter-defendant              [COR LD NTC]
                                       Potter Anderson & Corroon, LLP
                                       1313 N. Market St., Hercules
                                       Plaza, 6th Flr.
                                       P.O. Box 951
                                       Wilmington, DE 19899-0951
                                       (302) 984-6000
[]


=============================

VIACELL INC                            Jeffrey L. Moyer
        counter-claimant               [COR LD NTC]
                                       Richards, Layton & Finger
                                       One Rodney Square
                                       P.O. Box 551
                                       Wilmington, DE 19899
                                       (302) 658-6541

                                       David Allan Felice
                                        [term  07/29/04]
                                       [COR LD NTC]
                                       Cozen & O'Connor
                                       Chase Manhattan Centre
                                       1201 North Market St., Suite
                                       1400
                                       Wilmington, DE 19801
                                       (302) 295-2000


        v.


PHARMASTEM THERAPEUTICS INC.           Philip A. Rovner
        counter-defendant              [COR LD NTC]
                                       Potter Anderson & Corroon, LLP
                                       1313 N. Market St., Hercules
                                       Plaza, 6th Flr.
                                       P.O. Box 951
                                       Wilmington, DE 19899-0951
                                       (302) 984-6000
```

□

# DOCKET   PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|------|---|--------------|
| 2/22/02 | 1 | COMPLAINT filed; Mag consent notice to Pltf.    FILING FEE $ 150.00 RECEIPT # 131973 (mwm) |
| 2/22/02 | -- | DEMAND for jury trial by Pharmastem Inc (mwm) |
| 2/22/02 | -- | SUMMONS(ES) issued for Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech Inc, Nustem Tech Inc, Bio-cell Inc (mwm) |
| 2/22/02 | 2 | Report to Commissioner of Patents and Trademarks. Exit original.  Re: 5,004,681, 5,192,533 (mwm) |
| 2/25/02 | 3 | RETURN OF SERVICE executed as to Viacell Inc 2/22/02 Answer due on 3/14/02 for Viacell Inc (db) |
| 2/25/02 | 4 | RETURN OF SERVICE executed as to Cyro-Cell Inc 2/22/02 Answer due on 3/14/02 for Cyro-Cell Inc (db) |
| 2/25/02 | 5 | RETURN OF SERVICE executed as to Corcell Inc 2/22/02 Answer due on 3/14/02 for Corcell Inc (db) |
| 2/25/02 | 6 | RETURN OF SERVICE executed as to Stemcyte Inc 2/22/02 Answer due on 3/14/02 for Stemcyte Inc (db) |
| 2/25/02 | 7 | RETURN OF SERVICE executed as to CBR Systems Inc 2/22/02 Answer due on 3/14/02 for CBR Systems Inc (db) |
| 2/25/02 | 8 | RETURN OF SERVICE executed as to Birthcells Tech Inc 2/22/02 Answer due on 3/14/02 for Birthcells Tech Inc (db) |
| 2/25/02 | 9 | RETURN OF SERVICE executed as to Nustem Tech Inc 2/22/02 Answer due on 3/14/02 for Nustem Tech Inc (db) |
| 2/25/02 | 10 | RETURN OF SERVICE executed as to Bio-cell Inc 2/22/02 Answer due on 3/14/02 for Bio-cell Inc (db) |
| 2/28/02 | 11 | Praecipe filed by Pharmastem Inc to effectuate service upon defendant Bio-Cell, Inc., c/o Secretary of State for DE. (rc) |
| 2/28/02 | -- | ALIAS SUMMONS issued for Bio-cell Inc., c/o DE Secretary of State. (rc) |

| | | |
|---|---|---|
| 3/1/02 | 12 | RETURN OF SERVICE executed as to Bio-cell Inc 2/28/02 Answer due on 3/20/02 for Bio-cell Inc (rc) |
| 3/6/02 | 13 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (gp) |
| 3/8/02 | 14 | AFFIDAVIT of counsel for pltf. of service pursuant to 10 Dec.Sec.3104 on defts. CBR Systems and BirthCells return receipt on 03/02/02 and 02/28/02 (gp) [Entry date 03/11/02] |
| 3/14/02 | 15 | STIPULATION extending time through and including 03/28/02 for deft. ViaCell to answer or respond to complaint (gp) [Entry date 03/19/02] |
| 3/18/02 | 16 | STIPULATION extending time until 03/28/02 for deft. Cryo-Cell to answer or respond to complaint (gp) [Entry date 03/19/02] |
| 3/18/02 | 17 | Return of service unexecuted as to Bio-cell Inc (gp) [Entry date 03/19/02] |
| 3/19/02 | 18 | STIPULATION extending time to and inlcuding 03/28/02 for deft. Corcell to repsond to compliant (gp) [Entry date 03/26/02] |
| 3/20/02 | -- | So Ordered granting [15-1] stipulation extending time through and including 03/28/02 for deft. ViaCell to answer or respond to complaint ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 3/20/02 | -- | So Ordered granting [16-1] stipulation extending time until 03/28/02 for deft. Cryo-Cell to answer or respond to complaint ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 3/22/02 | 19 | MOTION by Corcell Inc for Lisa Burgin Conte to Appear Pro Hac Vice re: [19-1] motion (gp) [Entry date 03/26/02] |
| 3/25/02 | 20 | AMENDED COMPLAINT by Pharmastem Inc , (Answer due 4/4/02 for Bio-cell Inc, for Nustem Tech Inc, for Birthcells Tech Inc, for CBR Systems Inc, for Stemcyte Inc, for Corcell Inc, for Cyro-Cell Inc, for Viacell Inc ) amending [1-1] complaint (gp) [Entry date 03/26/02] |
| 3/26/02 | -- | So Ordered granting [19-1] motion for Lisa Burgin Conte to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) [Entry date 03/27/02] |
| 3/26/02 | 23 | MOTION by Corcell Inc for Evelyn H. McConathy to Appear Pro Hac Vice re: [21-1] motion for James J. Rodgers to Appear Pro Hac Vice (gp) [Entry date 04/01/02] |
| 3/27/02 | -- | So Ordered granting [18-1] stipulation extending time to and including 03/28/02 for deft. Corcell to respond to complaint ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |

3/28/02   21    MOTION by Corcell Inc for James J. Rodgers to Appear Pro
                Hac Vice re: [21-1] motion (gp) [Entry date 04/01/02]

3/29/02   22    Affidavit of Return of service by registered mail
                unexecuted as to Nustem Tech Inc (gp) [Entry date 04/01/02]
☐

4/1/02    --    So Ordered  granting [21-1] motion for James J. Rodgers to
                Appear Pro Hac Vice granting [23-1] motion for Evelyn H.
                McConathy  to Appear Pro Hac Vice ( signed by Judge Gregory
                M. Sleet ) Notice to all parties. (gp)

4/3/02    24    MOTION by CBR Systems Inc for William F. Abrams and
                Kristine L. Ching of Pillsbury Winthrop LLP to Appear Pro
                Hac Vice re: [24-1] motion (gp) [Entry date 04/05/02]

4/8/02    --    So Ordered  granting [24-1] motion for William F. Abrams
                and Kristine L. Ching of Pillsbury Winthrop LLP to Appear
                Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to
                all parties. (gp)

4/8/02    25    MOTION by Pharmastem Inc for John B. Quinn, Paul J.
                Andrew, Lisa Kobialka, and Norbert Stahl to Appear Pro Hac
                Vice re: [25-1] motion (gp) [Entry date 04/10/02]

4/8/02    26    ANSWER to amended complaint and COUNTERCLAIM by Viacell Inc
                (Jeffrey Moyer David Felice ); jury demand against
                Pharmastem Inc (gp) [Entry date 04/10/02]

4/9/02    27    ANSWER by Cyro-Cell Inc  (Attorney Robert F. Stewart Jr.)
                to amended complaint (gp) [Entry date 04/10/02]

4/9/02    28    ANSWER by Corcell Inc  (Robert F. Stewart, Jr.) to amended
                complaint (gp) [Entry date 04/10/02]
                [Edit date 04/10/02]

4/9/02    29    ANSWER by Birthcells Tech Inc  (Attorney Robert F. Stewart
                Jr.) to amended complaint (gp) [Entry date 04/10/02]

4/9/02    30    ANSWER by Bio-cell Inc  (Attorney Robert F. Stewart Jr.) to
                amended complaint (gp) [Entry date 04/10/02]

4/10/02   31    ANSWER to Complaint by CBR Systems Inc  (Attorney Richard
                D. Kirk},; jury demand (gp) [Entry date 04/18/02]

4/10/02   32    MOTION by CBR Systems Inc for David A. Jakopin of
                Pillsbury Winthrop to Appear Pro Hac Vice re: [32-1]
                motion (gp) [Entry date 04/18/02]

4/11/02   33    ANSWER to Complaint by Stemcyte Inc  (Attorney Robert F.
                Stewart Jr.), (gp) [Entry date 04/18/02]

4/16/02   --    So Ordered  granting [25-1] motion for John B. Quinn, Paul
                J. Andrew, Lisa Kobialka, and Norbert Stahl to Appear Pro
                Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all
                parties. (gp) [Entry date 04/17/02]

4/16/02   34    Praecipe filed by Pharmastem Inc to issue alias summons
                upon deft. NuStem Technologies (gp) [Entry date 04/18/02]
☐

4/16/02   --    ALIAS SUMMONS(ES) issued for Nustem Tech Inc  copies to:
                cnsl. (gp) [Entry date 04/18/02]

4/16/02   35    RETURN OF SERVICE executed on Secretary of State as to
                Nustem Tech Inc 4/16/02 Answer due on 5/6/02 for Nustem
                Tech Inc (gp) [Entry date 04/18/02]

4/19/02   --    So Ordered  granting [32-1] motion for David A. Jakopin of
                Pillsbury Winthrop to Appear Pro Hac Vice ( signed by Judge
                Gregory M. Sleet ) Notice to all parties. (gp)

4/26/02   36    MOTION by Viacell Inc for Paul F. Ware, Jr., John C.
                Englander, James C. Rehnquist, James W. McGarry, Russell W.
                Binns, Jr., and David O'Brien, Goodwin Procter to Appear
                Pro Hac Vice re: [36-1] motion (gp) [Entry date 05/02/02]

4/26/02   37    AFFIDAVIT by counsel of mailing by registered mail return
                receipt requested to deft. NuStem Technologies of service
                of process (gp) [Entry date 05/02/02]

4/29/02   38    ANSWER (reply) by Pharmastem Inc  to [26-2] counter claim
                of Viacell (gp) [Entry date 05/02/02]

4/29/02   39    MOTION by Pharmastem Inc to Strike deft. Stemcyte Inc's
                6th Affirmative Defense Answer Brief due 5/13/02  re:
                [39-1] motion (gp) [Entry date 05/02/02]

4/29/02   40    Opening Brief Filed by Pharmastem Inc [39-1] motion to
                Strike deft. Stemcyte Inc's 6th Affirmative Defense (gp)
                [Entry date 05/02/02]

4/29/02   41    MOTION by Pharmastem Inc to Strike deft. Viacell Inc's 5th
                Affirmative Defense Answer Brief due 5/13/02  re: [41-1]
                motion (gp) [Entry date 05/02/02]

4/29/02   42    Opening Brief Filed by Pharmastem Inc [41-1] motion to
                Strike deft. Viacell Inc's 5th Affirmative Defense (gp)
                [Entry date 05/02/02]

4/30/02   43    MOTION by Stemcyte Inc for Rick C. Chang, and Cristofer I.
                Leffler, Townsend Townsend and Crew to Appear Pro Hac Vice
                re: [43-1] motion (gp) [Entry date 05/02/02]

4/30/02   44    MOTION by Stemcyte Inc for Duane H. Mathiowetz, K.T
                Cherian, and Igor Shoiket, Townsend Townsend and Crew to
                Appear Pro Hac Vice re: [44-1] motion (gp)
                [Entry date 05/02/02]

4/30/02   45    MOTION by CBR Systems Inc for John R. Wetherell of
                Pillsbury Winthrop to Appear Pro Hac Vice re: [45-1]
                motion (gp) [Entry date 05/03/02]
          □

5/3/02    ---   So Ordered  granting [36-1] motion for Paul F. Ware, Jr.,
                John C. Englander, James C. Rehnquist, James W. McGarry,
                Russell W. Binns, Jr., and David O'Brien, Goodwin Procter
                to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet )
                Notice to all parties. (gp)

5/3/02    --    So Ordered  granting [43-1] motion for Rick C. Chang, and
                Cristofer I. Leffler, Townsend Townsend and Crew to Appear
                Pro Hac Vice granting [44-1] motion for Duane H.
                Mathiowetz, K.T Cherian, and Igor Shoiket, Townsend
                Townsend and Crew to Appear Pro Hac Vice ( signed by Judge
                Gregory M. Sleet ) Notice to all parties. (gp)

5/3/02    --    So Ordered  granting [45-1] motion for John R. Wetherell of
                Pillsbury Winthrop to Appear Pro Hac Vice ( signed by Judge
                Gregory M. Sleet ) Notice to all parties. (gp)

5/3/02    46    NOTICE from Judge Sleet of initial 16.2a telephone conf.
                scheduled for 06/17/02 9:30 (gp)

5/3/02    --    Deadline updated; set Telephone Conference for 9:30
                6/17/02 (gp)

5/10/02   47    MOTION by Pharmastem Inc for Default Judgment against
                Nustem Tech Inc Answer Brief due 5/24/02  re: [47-1] motion
                (gp) [Entry date 05/17/02] [Edit date 05/17/02]

5/10/02   48    AFFIDAVIT by Pharmastem Inc  in support of Re: [47-1]
                motion for Default Judgment against Nustem Tech Inc (gp)
                [Entry date 05/17/02]

5/13/02   49    Answer Brief Filed by Viacell Inc [41-1] motion to Strike
                deft. Viacell Inc's 5th Affirmative Defense and Motion to
                Amend Answer - Reply Brief due 5/20/02 (gp)
                [Entry date 05/17/02] [Edit date 06/07/02]

5/15/02   50    AMENDED ANSWER to Amended Complaint by Stemcyte Inc : (gp)
                [Entry date 05/17/02]

5/20/02   51    Reply Brief Filed by Pharmastem Inc [41-1] motion to Strike
                deft. Viacell Inc's 5th Affirmative Defense (gp)
                [Entry date 05/29/02]

5/20/02   52    Reply Brief Filed by Pharmastem Inc [39-1] motion to Strike
                deft. Stemcyte Inc's 6th Affirmative Defense (gp)
                [Entry date 05/29/02]

6/7/02    53    ORDER   granting [49-1] Motion of Viacell to Amend its
                Answer and Dismissing as moot DI 41 pltf. motion to strike
                ( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp)

6/7/02    54    ORDER that pltfs. motion to strike DI 39 is dimissed as
                moot in light of Stemcyte's amending its answer ( signed by
                Judge Gregory M. Sleet ) copies to: cnsl. (gp)

6/7/02    55    ORDER in accordance with Rule 55(a)F.R.Civ.P., that a
                default is entered against deft. NuStem Technologies for
                failure to plead or otherwise defend, directing that pltf.
                submit w/in (10) days form the date of this order, a brief
                that fully explains why the pltf. is entitled to an entry
                of default judgment of liability in its favor ( signed by
                Judge Gregory M. Sleet ) copies to: cnsl. (gp)

| 6/17/02 | -- | Tele-conference held (rpt. Maurer) amended answers to be filed, no opposition from pltf. summary judgment motion to be filed; 16 conf. scheduled for 07/17/02 at 11:00 (gp) |
| 6/17/02 | -- | Deadline updated;  set Scheduling Conference for 11:00 7/17/02 (gp) |
| 6/18/02 | 56 | Answer Brief Filed by Pharmastem Inc [47-1] motion for Default Judgment against Nustem Tech Inc (gp) [Entry date 06/20/02] |
| 6/20/02 | 57 | NOTICE from Judge Sleet of 16 conf. scheduled for 07/17/02 at 11:00 (gp) [Entry date 06/21/02] |
| 6/25/02 | 58 | Steno Notes for 06/17/02 (rpt. Maurer) (gp) [Entry date 06/27/02] |
| 6/28/02 | 59 | TRANSCRIPT filed  for dates of 06/17/02 (gp) |
| 7/5/02 | 62 | AMENDED ANSWER to Amended Complaint by Cyro-Cell Inc : amends (gp) [Entry date 07/12/02] |
| 7/5/02 | 63 | AMENDED ANSWER to Amended Complaint by Corcell Inc : amends (gp) [Entry date 07/12/02] |
| 7/5/02 | 64 | AMENDED ANSWER to Amended Complaint by Birthcells Tech Inc : amends (gp) [Entry date 07/12/02] |
| 7/10/02 | 60 | MEMORANDUM AND ORDER granting [47-1] motion for Default Judgment against Nustem Tech Inc; and judgment is hereby entered in favor of pltf.in the manner described in the pltfs. proposed order attached to DI 47 ( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp) |
| 7/10/02 | 61 | ORDER entering judgment of liability in favor of plaintiff and againt NuStem on all claims in plaintiff's complaint( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp) |
| 7/10/02 | -- | JUDGMENT registered against defendant Nustem Tech Inc (gp) |
| 7/10/02 | 65 | STATUS REPORT  by Pharmastem Inc, Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc (gp) [Entry date 07/12/02] |
| 7/10/02 | 66 | Letter from counsel for CBR Systems, Inc., that outside counsel William Abrams of Pillsbury Winthrop will participate at 16 conf. by telephone (gp) [Entry date 07/12/02] |
| 7/11/02 | 67 | MOTION by Stemcyte Inc for Summary Judgment Answer Brief due 7/25/02  re: [67-1] motion (gp) [Entry date 07/12/02] |
| 7/11/02 | 68 | Opening Brief Filed by Stemcyte Inc [67-1] motion for Summary Judgment (gp) [Entry date 07/12/02] |
| 7/11/02 | 69 | Declaration of Robert Chow in support of Stemcyte's motion for summary judgment of non-infringement (gp) [Entry date 07/12/02] |

7/11/02  70    Statement of Uncontroverted Facts in support of Stemcyte's
               motion for summary judgment of non-infringement (gp)
               [Entry date 07/12/02]

7/16/02  71    NOTICE by Pharmastem Inc  to take 30(b)(6) deposition of
               Stemcyte, Inc., on 07/22/02 (gp)

7/16/02  72    Letter from local for deft. ViaCell requesting that John
               Englander, Esq., Goodwin Proctor participate at 16 conf. by
               phone (gp)

7/16/02  73    CERTIFICATE OF SERVICE by Pharmastem Inc of 1st set of
               interrog., and 1st set of requests for production to defts.
               Viacell, Cryo-Cell, Corcell, CBR Systems, Birthcells, and
               Stemcyte (gp) [Entry date 07/18/02]

7/17/02  --    Scheduling conference  held (rpt. Maurer) Schedule Judge
               Sleet entered as follows: markman hrg. 01/10/03 10:00 final
               joint claim chart (1)wk before opn.brief on markman;
               briefing on markman complete by 12/20/02;discovery cutoff
               02/28/02; cnsl. to request permission to file summary
               judgment motion by ltr. opn. ltr (5) pages due 03/07/03;
               ans. ltr. (5) pages 03/14/03; reply (3) pages 3/19/03; t/c
               to determine if summary judgment motions permited 3/24/03 at
               9:00; if disp. mots. permitted deadline 4/7/03; cnsl. to
               confer on expert schedule; pto due 08/11/03; pretrial conf.
               09/08/03 2:00 (10) day jury trial 10/6/03 9:00; matter
               referred to Mag.(cnsl. to submit stip. consistant w/above)
               (gp) [Edit date 07/17/02]

7/17/02  --    Deadline updated;  set Scheduling Order Deadlines:
               Discovery deadline on 2/28/03 Deadline for filing
               dispositive motions by 4/7/03 Pretrial conference by 2:00
               9/8/03 Trial Date Deadline 9:00 10/6/03 Proposed Pretrial
               Order due on or before 8/11/03 (gp)

7/17/02  --    Deadline updated;  set Markman Hearing for 10:00 1/10/03,
                set Telephone Conference for 9:00 3/24/03 (gp)

7/17/02  74    CERTIFICATE OF SERVICE by Viacell Inc of 1st set of
               interrog. (gp) [Entry date 07/22/02]

7/17/02  75    CERTIFICATE OF SERVICE by Viacell Inc of 1st request for
               production (gp) [Entry date 07/22/02]

7/18/02  76    CERTIFICATE OF SERVICE by Viacell Inc of 1st request for
               production (gp) [Entry date 07/22/02]

7/18/02  77    CERTIFICATE OF SERVICE by Viacell Inc of 1st set of
               interrog. (gp) [Entry date 07/22/02]

7/19/02  78    TRANSCRIPT filed  for dates of 07/17/02 (gp)
               [Entry date 07/22/02]

7/22/02  79    Steno Notes for 07/17/02 (rpt. Maurer) (gp)

7/24/02  80    STIPULATION extending deadline to and including 08/26/02
               for Pharmastem to file its answering brief in opposition to
               deft. StemCyte's motion for summary judgment (gp)

[Entry date 07/25/02]

7/26/02    --    So Ordered  granting [80-1] stipulation extending time to
and including 08/26/02 for PharmaStem to file ans.brief in
opposition to motion for summary judgment ( signed by Judge
Gregory M. Sleet ) Notice to all parties. (gp)

7/26/02    --    Deadline updated;  reset Answer Brief Deadline to 8/26/02
re: [67-1] motion for Summary Judgment (gp)

7/26/02    81    Proposed Scheduling Order filed by Pharmastem Inc, Viacell
Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems
Inc, Birthcells Tech Inc, Bio-cell Inc (gp)
[Entry date 07/29/02]

7/30/02    --    So Ordered  granting [81-1] proposed Scheduling Order as
follows: initial discl.07/31/02; joinder/amend 01/24/03;
joint claim chart 11/8/02; opn.brief on claim construction
11/12/02; responsive brief 12/10/02; reply 12/20/02;
markman hrg. 01/10/03 10:00; fact discovery 02/28/03;
expert rpt.02/18/03; rebuttal rpt. 03/07/03; expert cutoff
05/09/03;matter referred to mag.;pre-filing ltr.on summary
judgment motions opn.ltr.03/07/03; opposition letter
03/14/03; reply ltr. 03/19/02; t/c 03/24/03 9:00 for
pre-filing conf.; disp.motions is permitted 04/07/03; pto
due 08/11/03; pretrial conf. 09/03/03 2:00; (10) day jury
trial 10/6/03  ( signed by Judge Gregory M. Sleet ) Notice
to all parties. (gp)

7/31/02    82    Corcell's Rule 26 Disclosure Statement (gp)
[Entry date 08/01/02]

7/31/02    83    Cryo-Cell's Rule 26 Disclosure Statement (gp)
[Entry date 08/01/02]
[]

7/31/02    84    Birthcells's Rule 26 Disclosure Statement (gp)
[Entry date 08/01/02]

7/31/02    85    CERTIFICATE OF SERVICE by Viacell Inc of initial diclosures
(gp) [Entry date 08/02/02]

7/31/02    86    CERTIFICATE OF SERVICE by CBR Systems Inco of initial
diclosures (gp) [Entry date 08/02/02]

8/1/02    87    CERTIFICATE OF SERVICE by Pharmastem Inc of initial
disclosures (gp) [Entry date 08/02/02]

8/1/02    88    MOTION by CBR Systems Inc for Chang H. Kim of Pillsbury
Winthrop to Appear Pro Hac Vice re: [88-1] motion (gp)
[Entry date 08/02/02]

8/2/02    --    So Ordered  granting [88-1] motion for Chang H. Kim of
Pillsbury Winthrop to Appear Pro Hac Vice ( signed by Judge
Gregory M. Sleet ) Notice to all parties. (gp)

8/8/02    89    Letter to Clerk dated 08/07/02 from Darryl W. Shorter re:
Notices of Service re: Discovery Materials. (bkb)
[Entry date 08/12/02]

8/8/02    90    CERTIFICATE OF SERVICE by Corcell Inc re: 1st Set of
               Interrogatories. (bkb) [Entry date 08/12/02]

8/8/02    91    CERTIFICATE OF SERVICE by Cyro-Cell Inc re: 1st Set of
               Interrogatories. (bkb) [Entry date 08/12/02]

8/8/02    92    CERTIFICATE OF SERVICE by Birthcells Tech Inc re: 1st Set
               of Interrogatories. (bkb) [Entry date 08/12/02]

8/13/02   93    Letter to Judge Sleet from Philip A. Rovner re stipulated &
               proposed protective order. (bkb) [Entry date 08/15/02]

8/13/02   94    STIPULATION, with proposed order, re PROTECTIVE ORDER. (bkb)
               [Entry date 08/15/02]

8/13/02   95    Letter to Clerk from Lisa Burgin Conte re: Exhibits 5 and 6
               to Robert Chow declaration (DI 69) (bkb)
               [Entry date 08/15/02]

8/20/02   --    So Ordered  granting [94-1] stipulated Protective Order (
               signed by Judge Gregory M. Sleet ) Notice to all parties.
               (gp) [Entry date 08/22/02]

8/21/02   96    CERTIFICATE OF SERVICE by CBR Systems Inc of objections and
               responses to interrog. nos. 1-10 and response to request
               for production 1-129 (gp) [Entry date 08/26/02]

8/23/02   97    CERTIFICATE OF SERVICE by Viacell Inc of responses to 1st
               set of requests for production (gp) [Entry date 08/26/02]
[]

8/23/02   98    CERTIFICATE OF SERVICE by Viacell Inc of response to 1st
               set of interrog. nos. 1-11 (gp) [Entry date 08/26/02]

8/23/02   99    CERTIFICATE OF SERVICE by Corcell Inc of objections and
               answers to pltf. 1st set of requests for production (gp)
               [Entry date 08/27/02]

8/23/02   100   CERTIFICATE OF SERVICE by Corcell Inc of responses and
               objections to interrog. nos. 1-6 and 8 (gp)
               [Entry date 08/27/02]

8/23/02   101   CERTIFICATE OF SERVICE by Corcell Inc of responses and
               objections to interrog. no. 7 (gp) [Entry date 08/27/02]

8/23/02   102   CERTIFICATE OF SERVICE by Birthcells Tech Inc of objections
               and answers to pltf. 1st set of requests for production (gp)
               [Entry date 08/27/02]

8/23/02   103   CERTIFICATE OF SERVICE by Birthcells Tech Inc of responses
               and objections to interrog. nos. 1-6 and 8 (gp)
               [Entry date 08/27/02]

8/23/02   104   CERTIFICATE OF SERVICE by Birthcells Tech Inc of responses
               and objections to interrog. no. 7 (gp) [Entry date 08/27/02]

8/23/02   105   CERTIFICATE OF SERVICE by Cyro-Cell Inc of objections and
               answers to 1st set of requests for production (gp)
               [Entry date 08/27/02]

8/23/02 106    CERTIFICATE OF SERVICE by Cyro-Cell Inc of responses and
               objections to interrog. nos. 1-8 (gp) [Entry date 08/27/02]

8/23/02 107    CERTIFICATE OF SERVICE by CBR Systems Inc of 1st set of
               interrog. 1-28 (gp) [Entry date 08/27/02]

8/23/02 108    CERTIFICATE OF SERVICE by CBR Systems Inc of 1st requests
               for production nos. 1-39 (gp) [Entry date 08/27/02]

8/26/02 109    Answer Brief Filed by Pharmastem Inc [67-1] motion for
               Summary Judgment - Reply Brief due 9/3/02 [Sealed] (gp)
               [Entry date 08/27/02]

8/26/02 110    Pharmastem's separate statement of facts in dispute
               submitted in support of its answering brief in opposition
               to Stemcyte's motion for summary judmgent of
               non-infringement [Sealed] (gp) [Entry date 08/27/02]

8/26/02 111    Declaration of Philip A. Rovner in support of Pharmastem's
               answering brief in opposition to Stemcyte's motion for
               summary judgment of non-infringement [Sealed] (gp)
               [Entry date 08/27/02]
□

8/27/02 112    CERTIFICATE OF SERVICE by Pharmastem Inc of response to
               Viacell's 1st set of requests for productino and 1st set of
               interrog. (gp)

8/27/02 113    Declaration of Philip A. Rovner in support of Pharmastem's
               answering brief in opposition to Stemcyte's motion for
               summary judgment of non-infringement [Sealed] (gp)

8/28/02 114    NOTICE by Pharmastem Inc to take 30(b)(6) deposition of
               Viacell on 09/12/02 at 9:30 (gp) [Entry date 09/09/02]

8/28/02 115    NOTICE by Pharmastem Inc to take 30(b)(6) deposition of CBR
               Systems, Inc., on 09/13/02 at 9:30 (gp)
               [Entry date 09/09/02]

8/28/02 116    NOTICE by Pharmastem Inc to take 30(b)(6) deposition of
               Cryo-Cell, Inc., on 09/16/02 at 9:30 (gp)
               [Entry date 09/09/02]

8/28/02 117    NOTICE by Pharmastem Inc  to take 30(b)(6) deposition of
               Birthcell Technology on 09/17/02 at 9:30 (gp)
               [Entry date 09/09/02]

8/28/02 118    NOTICE by Pharmastem Inc to take 30(b)(6)deposition of
               Corcell, Inc. on 09/18/02 9:30 (gp) [Entry date 09/09/02]

8/28/02 119    NOTICE by Pharmastem Inc to take 30(b)(6) deposition of
               Bio-Cell Inc. on 09/19/02 at 9:30 (gp) [Entry date 09/09/02]

9/4/02  120    STIPULATION extending time to and including 09/06/02 for
               deft. StemCyte to file its reply brief in support of its
               motion for summary judgment (gp) [Entry date 09/09/02]

9/9/02  121    Reply Brief Filed by Stemcyte Inc [67-1] motion for Summary
               Judgment (gp) [Entry date 09/10/02]

| 9/9/02 | 122 | Declaration of Robert Chow in support of Stemcyte's reply brief to motion for summary judgment (gp) [Entry date 09/10/02] |
|---|---|---|
| 9/9/02 | 123 | Declaration of Robert F. Stewart Jr., in support of Stemcyte's reply brief to motion for summary judgment (gp) [Entry date 09/10/02] |
| 9/9/02 | 124 | CERTIFICATE OF SERVICE by Pharmastem Inc of response to interrog., and request for production (gp) [Entry date 09/10/02] |
| 9/10/02 | -- | So Ordered granting [120-1] stipulation extending time to and including 09/06/02 for Stemcyte to file reply brief ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |

☐

| 9/12/02 | 125 | REQUEST by Pharmastem Inc for oral argument on deft. motion for summary judgment (gp) [Entry date 09/13/02] |
|---|---|---|
| 9/24/02 | 126 | CERTIFICATE OF SERVICE by Pharmastem Inc of response to CBR's 1st set of interrog., and request for production (gp) [Entry date 09/27/02] |
| 10/25/02 | 127 | NOTICE by Viacell Inc to take deposition of Representatives of PharmStem on 11/19/02 (gp) [Entry date 10/29/02] |
| 10/28/02 | 128 | NOTICE by Cyro-Cell Inc, Corcell Inc, Birthcells Tech Inc to take deposition of Representatives of PharmaStem on 11/19/02 (gp) [Entry date 10/31/02] |
| 11/6/02 | 129 | CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd set of requests for production to deft. Birthcells and Corcell (gp) [Entry date 11/08/02] |
| 11/6/02 | 130 | NOTICE by Pharmastem Inc to take deposition of David T. Harris on 12/09/02 (gp) [Entry date 11/08/02] |
| 11/6/02 | 131 | NOTICE by Pharmastem Inc to take deposition of Jack Goldberg on 12/10/02 (gp) [Entry date 11/08/02] |
| 11/6/02 | 132 | NOTICE by Pharmastem Inc to take deposition of Thomas E. Moore on 12/10/02 (gp) [Entry date 11/08/02] |
| 11/6/02 | 133 | NOTICE by Pharmastem Inc to take deposition of Antonio Lafferty on 12/11/02 (gp) [Entry date 11/08/02] |
| 11/6/02 | 134 | NOTICE by Pharmastem Inc to take deposition of Thomas E. Deutsch on 12/11/02 (gp) [Entry date 11/08/02] |
| 11/6/02 | 135 | NOTICE by Pharmastem Inc to take deposition of Steven Grant on 12/11/02 (gp) [Entry date 11/08/02] |
| 11/6/02 | 136 | NOTICE by Pharmastem Inc to take deposition of Jill M. Taymans on 12/12/02 (gp) [Entry date 11/08/02] |
| 11/6/02 | 137 | NOTICE by Pharmastem Inc to take deposition of Harry Southron on 12/13/02 (gp) [Entry date 11/08/02] |

11/6/02  138    NOTICE by Pharmastem Inc  to take deposition of Daniel D.
                Richard on 12/13/02 (gp) [Entry date 11/08/02]

11/6/02  139    NOTICE by Pharmastem Inc  to take deposition of Morey R.
                Kraus on 12/17/02 (gp) [Entry date 11/08/02]

11/6/02  140    NOTICE by Pharmastem Inc  to take deposition of Mary
                Thistle on 12/18/02 (gp) [Entry date 11/08/02]

11/8/02  141    Parties Proposed Joint Claim Construction Statement (gp)
□               [Entry date 11/13/02]

11/12/02 142    Opening Brief on Claim Construction Filed by Pharmastem Inc
                (gp) [Entry date 11/14/02]

11/12/02 143    Declaration Volume I of II (Exhs. A-M) of Philip A. Rovner
                in support of Opening Briefing on Claim Construction (gp)
                [Entry date 11/14/02]

11/12/02 144    Declaration Volume II of II (Exh. N-0) of Philip Rovner in
                support of Opening Brief on Claim Construction (gp)
                [Entry date 11/14/02]

11/13/02 145    CERTIFICATE OF SERVICE by Stemcyte Inc of notice of
                deposition (gp) [Entry date 11/15/02]

11/20/02 146    NOTICE of withdrawal of appearance of David D. O'Brien,
                Godwin Procter as cnsl. for Viacell Inc (gp)
                [Entry date 11/21/02]

11/21/02 147    NOTICE by Pharmastem Inc to take 30(b)(6) deposition of
                Stemcyte on 12/19/02 (gp) [Entry date 11/22/02]

11/22/02 148    CERTIFICATE OF SERVICE by Corcell Inc and Birthcells of
                objections and answers to pltfs. 2nd set of requests for
                production and (gp) [Entry date 11/25/02]

11/22/02 149    NOTICE of Subpoena on Pablo Rubinstein c/o New York Blood
                Center by Pharmastem Inc (gp) [Entry date 11/25/02]

11/22/02 150    NOTICE of Subpoena on Cynthia Fisher c/o BioMed 20/20
                Technologies by Pharmastem Inc (gp) [Entry date 11/25/02]

11/22/02 151    NOTICE by Pharmastem Inc  to take 30(b)(6) deposition of
                Pablo Rubinstein on 12/20/02 (gp) [Entry date 11/25/02]

11/22/02 152    NOTICE by Pharmastem Inc to take 30(b)(6) deposition of
                Cynthia Fisher on 12/16/02 (gp) [Entry date 11/25/02]

12/4/02  153    ORDER,  set Telephone Conference for 1/3/03 at 11:30 (
                signed by Judge Mary P. Thynge )  copies to: cnsl. (gp)
                [Entry date 12/10/02]

12/6/02  154    CERTIFICATE OF SERVICE by Stemcyte Inc of objections to
                notice of deposition pursuant to 30(b)(6) (gp)
                [Entry date 12/11/02]

12/6/02  155    NOTICE of Subpoena upon Wanda Dearth by Pharmastem Inc (gp)
                [Entry date 12/11/02]

12/6/02  156    NOTICE by Pharmastem Inc  to take 30(b)(6) deposition of
                Wanda Dearth on 01/09/03 (gp) [Entry date 12/11/02]
[]

12/10/02 157    Answer (Response) to Pharmasterm's Opn. Brief on Claim
                Construction Brief Filed by Viacell Inc, Cyro-Cell Inc,
                Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech
                Inc, Bio-cell Inc (gp) [Entry date 12/11/02]

12/10/02 158    Declaration of Jeffrey L. Moyer in support of defts.
                response to opening claim construction brief of Pharmastem
                (gp) [Entry date 12/11/02]

12/13/02 159    CERTIFICATE OF SERVICE by Stemcyte Inc of 1st set of
                interrog. (gp) [Entry date 12/16/02]

12/17/02 160    CERTIFICATE OF SERVICE by Cyro-Cell Inc, Corcell Inc,
                Birthcells Tech Inc of notice of deposition of Celgene
                Corp., John Haines and Anthrogenesis Corp (gp)
                [Entry date 12/18/02]

12/19/02 161    NOTICE by Viacell Inc  to take deposition of Stephen Reich
                on 1/21/03 (gp) [Entry date 12/20/02]

12/19/02 162    NOTICE by Viacell Inc  to take deposition of Judith Bard on
                1/7/03 (gp) [Entry date 12/20/02]

12/19/02 163    NOTICE by Viacell Inc  to take deposition of Kenneth I.
                Moch on 1/15/03 (gp) [Entry date 12/20/02]

12/19/02 164    NOTICE by Viacell Inc  to take deposition of Edward Boyse
                on 1/8/03 (gp) [Entry date 12/20/02]

12/19/02 165    NOTICE by Viacell Inc  to take deposition of Adriane Antler
                and Pennie & Edmonds on 1/16/03 (gp) [Entry date 12/20/02]

12/20/02 166    Reply Brief Filed by Pharmastem Inc to Claim Construction
                Brief (gp) [Entry date 12/23/02]

12/20/02 167    Declaration of Philip A. Rovner in support of pltf.
                Pharmastem's Reply brief to cliam construction (gp)
                [Entry date 12/23/02]

12/23/02 168    MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte
                Inc, CBR Systems Inc, Birthcells Tech Inc, Viacell Inc to
                Strike [166-1] portions of the Reply Brief or in the
                Alternative for Leave to File a Sur-Reply Answer Brief due
                1/6/03 re: [168-1] motion (gp) [Entry date 12/27/02]

1/2/03   169    Answer Brief Filed by Pharmastem Inc [168-1] motion to
                Strike [166-1] portions of the Reply Brief or in the
                Alternative for Leave to File a Sur-Reply - Reply Brief
                due 1/9/03 (gp) [Entry date 01/06/03]

1/6/03   170    Letter from cnsl. for defts. that they waive any reply on
                their motion to strike portion of pltfs. reply brief or in
                alternative for leave to file a surreply (gp)

☐                        [Entry date 01/08/03]

1/7/03    171    CERTIFICATE OF SERVICE by Pharmastem Inc of supplemental
                 responses to Viacell's 1st set of interrog. (gp)
                 [Entry date 01/09/03]

1/10/03   --     Markman Hearing  held (rpt. Gunning) reserved Judge Sleet
                 (gp)

1/10/03   --     Markman Hearing Exhibits filed (gp)

1/13/03   172    ORDER ON CLAIM CONSTRUCTION ( signed by Judge Gregory M.
                 Sleet ) copies to: cnsl (gp)

1/14/03   173    CERTIFICATE OF SERVICE by Pharmastem Inc of response to
                 Syemcyte's 1st set of interrog., and 1st request for
                 production (gp)

1/16/03   174    NOTICE by Pharmastem Inc  to take deposition of Marcia A.
                 Laleman on 02/19/03 (gp)

1/16/03   175    NOTICE by Pharmastem Inc  to take deposition of Frank
                 Giordano on 02/20/03 (gp)

1/16/03   176    NOTICE by Pharmastem Inc  to take deposition of Ed
                 Carrington on 02/21/03 (gp)

1/16/03   177    NOTICE by Pharmastem Inc  to take deposition of Lawrence D.
                 Petz on 02/24/03 (gp)

1/16/03   178    NOTICE by Pharmastem Inc  to take deposition of Jesse
                 Kramer on 02/25/03 (gp)

1/17/03   179    ORDER,  set Settlement Conference for 9:30 4/7/03 (
                 signed by Judge Mary P. Thynge )  copies to: cnsl. (gp)
                 [Entry date 01/24/03]

1/21/03   180    CERTIFICATE OF SERVICE by Pharmastem Inc of supplemental
                 response to CBR's 1st set of interrog., and Corcell's
                 interrog. nos. 9-28 (gp) [Entry date 01/24/03]

1/21/03   181    CERTIFICATE OF SERVICE by Viacell Inc of supplemental
                 answers and objections to Pharmastem's 1st set of interrog.
                 nos. 1-11 (gp) [Entry date 01/24/03]

1/23/03   182    CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd set of
                 interrog. to deft. Cryo-Cell nos. 9-34 (gp)
                 [Entry date 01/27/03]

1/24/03   183    MOTION by Viacell Inc for Leave to File 2nd Amended Answer
                 & Counterclaims Answer Brief due 2/7/03  re: [183-1]
                 motion (gp) [Entry date 01/27/03]

1/24/03   184    Opening Brief Filed by Viacell Inc [183-1] motion for Leave
                 to File 2nd Amended Answer & Counterclaims (gp)
☐
                 [Entry date 01/27/03]

1/24/03   185    MOTION by Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR

Systems Inc for Leave to File Amended Answers and Add/or
Amplify Affirmative Defenses and Counterclaims Answer
Brief due 2/7/03  re: [185-1] motion (gp)
[Entry date 01/27/03]

1/27/03   186   CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd set of
interrog. to deft. Viacell nos. 12-31, to deft. Stemcyte
nos. 11-28 and to deft. CBR nos. 11-20 (gp)
[Entry date 01/28/03]

1/28/03   187   TRANSCRIPT filed  for dates of 01/10/03 (gp)

1/28/03   188   Certification pursuant to Rule 7.1.1 for defts. BirthCells,
CorCell, Cryo-Cell, StemCyte and CBR's motion for leave to
file amended answers to amended complaint to add/or amplify
affirmative defenses and counterclaims (gp)
[Entry date 01/29/03] [Edit date 02/04/03]

1/28/03   189   NOTICE of Subpoena to Joseph R. Snyder by Pharmastem Inc (gp)
[Entry date 01/29/03]

1/28/03   190   NOTICE of Subpoena to Eugenia Garret-Wackowski by
Pharmastem Inc (gp) [Entry date 01/29/03]

1/28/03   191   NOTICE of Subpoena to Karl Bozicevic by Pharmastem Inc (gp)
[Entry date 01/29/03]

1/28/03   192   NOTICE of Subpoena to N. Scott Pierce by Pharmastem Inc (gp)
[Entry date 01/29/03]

1/28/03   193   NOTICE of Subpoena to Paul T. Clark by Pharmastem Inc (gp)
[Entry date 01/29/03]

1/28/03   194   NOTICE of Subpoena to David E. Brook by Pharmastem Inc (gp)
[Entry date 01/29/03]

1/28/03   195   RE-NOTICE of Subpoena to Henry Coleman by Pharmastem Inc (gp)
[Entry date 01/29/03]

1/28/03   196   NOTICE by Pharmastem Inc  to take deposition of Henry
Coleman on 02/24/03 (gp) [Entry date 01/29/03]

1/28/03   197   NOTICE by Pharmastem Inc  to take deposition of Marc Beer
on 02/24/03 (gp) [Entry date 01/29/03]

1/28/03   198   NOTICE by Pharmastem Inc  to take deposition of Christoph
M. Adams on 02/25/03 (gp) [Entry date 01/29/03]

1/28/03   199   NOTICE by Pharmastem Inc  to take deposition of Joseph R.
Snyder on 02/26/03 (gp) [Entry date 01/29/03]

1/28/03   200   NOTICE by Pharmastem Inc  to take deposition of Eugenia
Garret-Wackowski on 02/26/03 (gp) [Entry date 01/29/03]

1/29/03   201   CERTIFICATE OF SERVICE by CBR Systems Inc of 2nd set of
interrog. to pltf. (gp) [Entry date 02/03/03]

1/29/03   202   CERTIFICATE OF SERVICE by CBR Systems Inc of 2nd set of
requests for production to pltf. (gp) [Entry date 02/03/03]

1/31/03   203   CERTIFICATE OF SERVICE by CBR Systems Inc of supplemental responses to pltfs. interrog. (gp) [Entry date 02/04/03]

2/5/03    204   NOTICE of Subpoena on Custodian of Records of Memorial Sloan-Kettering Cancer Center by Viacell Inc (gp) [Entry date 02/06/03]

2/5/03    205   NOTICE of Subpoena to produce documents to The Estate of Rodman C. Rockefeller c/o Mrs. Sascha Rockefeller by Viacell Inc (gp) [Entry date 02/06/03]

2/5/03    206   NOTICE of Subpoena to produce documents to The Estate of Gordon W. Douglas c/o Executor Ms. Jody B. Douglas by Viacell Inc (gp) [Entry date 02/06/03]

2/5/03    207   NOTICE of Subpoena to produce documents to Custodian of Records, Pocantico Associated Inc., by Viacell Inc (gp) [Entry date 02/06/03]

2/5/03    208   NOTICE of Subpoena to produce documents to Custodian of Records, Industrial Review Board New York University School of Medicine by Viacell Inc (gp) [Entry date 02/06/03]

2/5/03    209   NOTICE of Subpoena to produce documents to Custodian of Records of Indiana University School of Medicine by Viacell Inc (gp) [Entry date 02/06/03]

2/5/03    210   NOTICE by Viacell Inc to take deposition of Robert F. Johnston on 02/18/03 and Subpoena to produce documents (gp) [Entry date 02/06/03] [Edit date 02/06/03]

2/5/03    211   NOTICE by Viacell Inc to take deposition of George H. Strong on 02/18/03 and Subpoena to produce documents (gp) [Entry date 02/06/03]

2/5/03    212   NOTICE by Viacell Inc  to take deposition of Harvey Cantor on 02/25/03 and Subpoena to produce documents (gp) [Entry date 02/06/03]

2/5/03    213   NOTICE by Viacell Inc  to take deposition of Hal E. Broxmeyer on 02/27/03 and Subpoena to produce documents (gp) [Entry date 02/06/03]

2/5/03    214   NOTICE by Viacell Inc  to take deposition of David M. Gerstein on 02/27/03 and Subpoena to produce documents (gp)

                [Entry date 02/06/03]

2/5/03    215   NOTICE by Viacell Inc  to take deposition of Bo duPont, c/o Memorial Sloan-Kettering Cancer Center on 02/27/03 and Subpoena to produce documents (gp) [Entry date 02/06/03]

2/5/03    216   NOTICE by Viacell Inc  to take deposition of IP Finance LLC on 02/28/03 and Subpoena to produce documents (gp) [Entry date 02/06/03]

2/6/03    217   STIPULATION supplementing the stip. and order dated 08/20/03 relating to confidentiality of discovery materials

(gp) [Entry date 02/11/03]

2/10/03    218    Answer (Opposition) Brief Filed by Pharmastem Inc [183-1]
                  motion for Leave to File 2nd Amended Answer & Counterclaims
                  - Reply Brief due 2/18/03 (gp) [Entry date 02/11/03]

2/10/03    219    Answer (Opposition) Brief Filed by Pharmastem Inc [185-1]
                  motion for Leave to File Amended Answers and Add/or Amplify
                  Affirmative Defenses and Counterclaims  - Reply Brief due
                  2/18/03 (gp) [Entry date 02/11/03]

2/10/03    220    Declaration of Lisa Kobialka in support of Pharmastem's
                  ans.brief in opposition to Viacell's motion for leave to
                  file a 2nd amendced answer and counterclaims (gp)
                  [Entry date 02/11/03]

2/10/03    221    Declaration of Lisa Kobialka in support of Pharmstem's
                  ans.brief in opposition to Birthcells motion for leave to
                  file amended answers to the amended complaint and to
                  add/and or amplify affirmative defenses and counterclaims
                  (gp) [Entry date 02/11/03]

2/10/03    222    NOTICE of change of addr. of Paul J. Andre cnsl for
                  Pharmastem Inc from: Quinn Emanuel Urquhart Oliver & Hedges
                  555 Twin Dolphin Dr., Redwood Shores CA to: Paul J. Andre
                  Perkins Coie 101 Jefferson Dr. Menlo Park CA 94025 (gp)
                  [Entry date 02/19/03]

2/12/03    223    NOTICE of Objections by Joseph R. Snyder to Subpoena served
                  upon him by Pharmastem Inc (gp) [Entry date 02/19/03]

2/12/03    224    NOTICE of Objections by Eugenia Garrett-Wackowski to
                  Supoena served upon her by Pharmastem Inc (gp)
                  [Entry date 02/19/03]

2/14/03    --     So Ordered  granting [217-1] stipulation supplementing
                  stip. protective order of 08/20/03; see stip.for further
                  details ( signed by Judge Gregory M. Sleet ) Notice to all
                  parties. (gp)

2/14/03    225    NOTICE of Subpoena on TL Ventures for deposition by
                  Birthcells Tech Inc, Cyro-Cell Inc, Corcell Inc (gp)

☐                 [Entry date 02/20/03]

2/14/03    226    Reply Brief Filed by Birthcells Tech Inc, Corcell Inc,
                  Cyro-Cell Inc [185-1] motion for Leave to File Amended
                  Answers and Add/or Amplify Affirmative Defenses and
                  Counterclaims (gp) [Entry date 02/20/03]

2/14/03    227    Reply Brief Filed by Viacell Inc [183-1] motion for Leave
                  to File 2nd Amended Answer & Counterclaims (gp)
                  [Entry date 02/20/03]

2/14/03    228    Declaration of James W. McGarry in support of ViaCell's
                  reply brief to pltfs. opposition to motion for leave to
                  file a 2nd amended answer and counterclaim (gp)
                  [Entry date 02/20/03]

2/19/03    --     Deadline updated; set Telephone Conference for 02/26/03

11:00 a.m. (gp)

2/19/03  229  CERTIFICATE OF SERVICE by Pharmastem Inc of Expert Damages
              Report of Russell L. Parr and disclosure of expert
              testimony for Mary J. Hendrix and Martin J. Adelman (gp)
              [Entry date 02/24/03]

2/20/03  230  CERTIFICATE OF SERVICE of obejections of Karl Bozicevic to
              Pharmastem's subpoena (gp) [Entry date 02/24/03]

2/20/03  231  SUPPLEMENTAL RESPONSE by Corcell Inc  to Discovery Re: to
              pltfs. 1st set of interrog. (gp) [Entry date 02/24/03]

2/20/03  232  SUPPLEMENTAL RESPONSE by Birthcells Tech Inc  to Discovery
              Re: to pltfs. 1st set of interrog. (gp)
              [Entry date 02/24/03]

2/20/03  233  SUPPLEMENTAL RESPONSE by Cyro-Cell Inc  to Discovery Re: to
              pltf. 1st set of interrog. (gp) [Entry date 02/24/03]

2/20/03  234  CERTIFICATE OF SERVICE by Viacell Inc of Expert Wit. Report
              of Larry S. Nixon, Stephen H. Kalos and initial Expert
              Report of Dr. John Edward Wagner, Jr., M.D. (gp)
              [Entry date 02/24/03]

2/24/03  235  Agenda from counsel for telecnf. scheduled for 02/26/03 re:
              discovery disputes (gp) [Entry date 02/25/03]

2/24/03  236  CERTIFICATE OF SERVICE by CBR Systems Inc of objections and
              responses to pltf. 2nd set of interrog. nos. 1-20 (gp)
              [Entry date 02/25/03]

2/24/03  237  CERTIFICATE OF SERVICE by Viacell Inc of answers and
              objections to pltf. Pharmastem's 2nd set of interrog. nos.
              12-31 (gp) [Entry date 02/25/03]

2/24/03  238  RESPONSE by Cyro-Cell Inc  to Discovery Re: to Pharmastem's
              2nd set of interrog., nos., 9-34 (gp) [Entry date 02/25/03]
              [Edit date 02/25/03]

2/24/03  239  RESPONSE by Corcell Inc  to Discovery Re: to Pharmastem's
              2nd set of interrog., nos. 9-28 (gp) [Entry date 02/25/03]

2/24/03  240  RESPONSE by Birthcells Tech Inc  to Discovery Re: to
              Pharmastem's 2nd set of interrog., 9-31 (gp)
              [Entry date 02/25/03]

2/25/03  241  NOTICE by Cyro-Cell Inc, Corcell Inc, Birthcells Tech Inc
              to take deposition of Makio Ogawa M.D. on 02/28/03 (gp)
              [Entry date 02/26/03]

2/26/03  ---  Tele-conference  held (rpt. Gaffigan) arguments of cnsl. on
              motion of pltf. to compel production from deft. CBR granted
              Judge Sleet; arguments on mot.of deft. Viacell to compel
              production from pltfs. granted Judge Sleet discovery
              relating to this issue extended to 03/31/03; arguments on
              CBR's motion to compel responses to interrog., pltf. will
              supplement their interrog. responses (gp)

2/26/03  --    Deadline updated; reset Scheduling Order Deadlines:
               Discovery deadline on 3/31/03 (gp)

2/26/03  242   MEMORANDUM AND ORDER denying [67-1] motion of StemCyte for
               Summary Judgment ( signed by Judge Gregory M. Sleet )
               copies to: cnsl. (gp)

2/26/03  243   Steno Notes for 02/26/03 (rpt.Gaffigan) (gp)
               [Entry date 02/27/03]

2/26/03  244   NOTICE by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte
               Inc, CBR Systems Inc, Birthcells Tech Inc  to take
               deposition of Joseph Day on 02/28/03 (gp)
               [Entry date 02/27/03]

2/27/03  245   TRANSCRIPT filed  for dates of 02/26/03 (gp)

2/27/03  246   NOTICE of Subpoena upon Christopher Moller, Ph.D by Viacell
               Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems
               Inc, Birthcells Tech Inc, Bio-cell Inc (gp)
               [Entry date 02/28/03]

2/27/03  247   NOTICE of Revised Supoena upon TL Ventures by Viacell Inc,
               Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems Inc,
               Birthcells Tech Inc, Bio-cell Inc (gp) [Entry date 02/28/03]

2/27/03  248   NOTICE by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte
               Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc  to
               take deposition of representatives of TL Ventures on
               03/11/03 (gp) [Entry date 02/28/03]

2/27/03  249   NOTICE by Viacell Inc of subpoena and  to take deposition
               of representatives of Pennie & Edmonds on 03/13/03 (gp)
               [Entry date 03/03/03]

2/27/03  250   RE-NOTICE by Viacell Inc of subpoena and  to take deposition
               of Adriane Antler on 03/20/03 (gp) [Entry date 03/03/03]
               [Edit date 03/03/03]

2/28/03  251   NOTICE by CBR Systems Inc of subpoena and  to take
               deposition of representatives of Stembanc, Inc. on 03/24/03
               (gp) [Entry date 03/03/03]

2/28/03  252   NOTICE by CBR Systems Inc of subpoena and  to take
               deposition of Archibald A. Grabinski on 03/24/03 (gp)
               [Entry date 03/03/03]

3/3/03   253   CERTIFICATE OF SERVICE by Pharmastem Inc of response to
               CBR's 2nd request for production nos. 40-60, to CBR's 2nd
               set of interrog. nos. 29-47 and supplemental response to
               Stemcyte's 1st set of interrog. (gp) [Entry date 03/04/03]

3/4/03   254   CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd
               supplemental response to Viacell's and CBR's 1st set of
               interrog., and supplemental response to Corcell's and
               Cryo-Cell's 1st set of interrog. (gp) [Entry date 03/07/03]

3/7/03   255   Letter (Request 1) from cnsl. for pltfs. for permission to
               file a motion for summary judgment for infringement against

defts. ViaCell, CBR, BirthCells, Cryo-Cell, CorCell, an
dStemCyte regarding defts. allegations of inequitable
conduct (gp) [Entry date 03/12/03]

3/7/03    256    Letter (Request 1) from cnsl. for defts. ViaCell, CorCell,
                 BirthCells, Cryo-Cell, StemCyte and CBR for permission to
                 file motion for summary judgments of invalidity and
                 non-infringement on all asserted claims of the two
                 patents-in-suit which relate to the cryopreservation of
                 stem cells from umbilical cord blood (gp)
                 [Entry date 03/12/03]

3/11/03   257    NOTICE of Subponea upon non-parties Stembanc, Inc.,a nd
                 Archibald A. Grabinski by CBR Systems Inc (gp)
                 [Entry date 03/14/03]

3/14/03   258    ORDER   granting [183-1] motion of Viacell for Leave to
                 File 2nd Amended Answer & Counterclaims granting [185-1]
                 motion of Birthcells, Corcell, Cryo-Cell, StemCyte and CBR
                 for Leave to File Amended Answers and Add/or Amplify
                 Affirmative Defenses and Counterclaims; directing that
                 defts. file their amended pleadings w/in 10 days of date of
                 this order ( signed by Judge Gregory M. Sleet )   copies to:
                 cnsl. (gp) [Entry date 03/17/03]

3/14/03   259    CERTIFICATE OF SERVICE by Stemcyte Inc of disclosure of
                 expert testimony for Dr. Larry C. Lasky (gp)
                 [Entry date 03/17/03]

3/14/03   260    CERTIFICATE OF SERVICE by Viacell Inc of expert report of
                 David E. Yurkerwich (gp) [Entry date 03/17/03]

3/14/03   261    CERTIFICATE OF SERVICE by Viacell Inc of expert report of
                 John Edward Wagner, Jr., M.D. (gp) [Entry date 03/17/03]

3/14/03   262    CERTIFICATE OF SERVICE by Pharmastem Inc of disclosure of
                 expert testimony for Gerald H. Bjorge and Malcolm Moore,
                 Ph.D. (gp) [Entry date 03/17/03]

3/14/03   263    Letter response from defts. collectively in opposition to
                 PharmaStem's request for permission to file a motion for
                 summary judgment on infringement and inequitable conduct (gp)
                 [Entry date 03/17/03]

3/14/03   264    Letter response from PharmaStem in opposition to defts.
                 reqeusts to file motions for summary judgment for
                 invalidity and non-infringement (gp) [Entry date 03/17/03]

3/18/03   265    2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
                 Stemcyte Inc (Robert F. Stewart, Jr. ) against Pharmastem
                 Inc (gp) [Entry date 03/19/03]

3/18/03   266    2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
                 Birthcells Tech Inc (Robert Stewart,Jr ) against Pharmastem
                 Inc (gp) [Entry date 03/19/03]

3/18/03   267    2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
                 Corcell Inc (Robert Stewart,Jr) against Pharmastem Inc (gp)
                 [Entry date 03/19/03]

3/18/03  268   2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
               Cyro-Cell Inc (Robert Stewart,Jr ) against Pharmastem Inc
               (gp) [Entry date 03/19/03]

3/18/03  269   NOTICE by Viacell Inc  to take deposition of William J.
               Thomann on 03/20/03 (gp) [Entry date 03/19/03]

3/19/03  270   2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
               Viacell Inc (Jeffrey Moyer David Felice ); jury demand
               against Pharmastem Inc (gp) [Entry date 03/20/03]

3/19/03  271   Letter reply from PharmaStem in further support of requests
               for leave to file summary judgment motions for infringement
               and no inequitable conduct also PharmaStem requests
               permission for leave to move for summaryjudgment on
               ViaCell's Walker Process claim, a claim that was added when
               ViaCell amended answer and counterclaim (gp)
               [Entry date 03/20/03]

3/19/03  272   Letter reply from defts. to PharmaStem's letter in
               opposition to defts. request to file summary judgment
               motions (gp) [Entry date 03/20/03]

3/20/03  273   ANSWER by CBR Systems Inc  (Richard Kirk) to amended
               complaint; jury demand and COUNTERCLAIMS to Amended
               Complaint for patent infringement (gp) [Entry date 03/21/03]

3/20/03  274   NOTICE by Viacell Inc of Subpoena and to take deposition of
               Dr. Mary Hendrix on 04/16/03 (gp) [Entry date 03/21/03]

3/20/03  275   NOTICE by Viacell Inc of Subpoena and to take deposition of
               Russell L. Parr on 04/17/03 (gp) [Entry date 03/21/03]

3/21/03  276   CERTIFICATE OF SERVICE by Pharmastem Inc of 3rd
               supplemental response to CBR's 1st set of interrog. (gp)
               [Entry date 03/24/03]

3/25/03  277   CERTIFICATE OF SERVICE by CBR Systems Inc of rebuttal
               expert report of David T. Harris, Ph.D (gp)

3/25/03  278   ORDER,  reset Settlement Conference for 9:30 8/13/03 and
               8/14/03 ( signed by Judge Mary P. Thynge )  copies to:
               cnsl. (gp)

3/25/03  279   CERTIFICATE OF SERVICE by Viacell Inc of 2nd set of
               supplemental answers and objections to Pharmastem's 1st et
               of interrog. no. 3 (gp) [Entry date 03/26/03]

3/25/03  280   NOTICE by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte
               Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc  to
               take deposition and Subpoena to Martin J. Adelman on
               04/23/03 (gp) [Entry date 03/26/03]

3/28/03  281   NOTICE by Pharmastem Inc of Subpoena and to take deposition
               of Larry S. Nixon on 04/16/03 (gp) [Entry date 03/31/03]

3/28/03  282   NOTICE by Pharmastem Inc of Subpoena and to take deposition

|  |  | of Larry Charles Lasky on 04/18/03 (gp) [Entry date 03/31/03] |
|---|---|---|
| 3/28/03 | 283 | NOTICE by Pharmastem Inc of Subpoena and to take deposition of David Yurkerwich on 04/22/03 (gp) [Entry date 03/31/03] |
| 3/28/03 | 284 | NOTICE by Pharmastem Inc of Subpoena and to take deposition of David T. Harris on 04/23/03 (gp) [Entry date 03/31/03] |
| 3/28/03 | 285 | NOTICE by Pharmastem Inc of Subpoena and to take deposition of Stephen H. Kalos on 04/23/03 (gp) [Entry date 03/31/03] |
| 3/28/03 | 286 | NOTICE by Pharmastem Inc of Subpoena and to take deposition of John Edward Wagner on 04/28/03 (gp) [Entry date 03/31/03] |
| [] |  |  |
| 3/31/03 | 287 | Letter (Agenda) from cnsl. regarding t/c scheduled for 4/3/03 and requesting that the court address a discovery dispute re: subpoena (gp) [Entry date 04/01/03] |
| 4/1/03 | 288 | ANSWER (Reply) by Pharmastem Inc to [270-2] counter claims of Viacell (gp) [Entry date 04/02/03] |
| 4/1/03 | 290 | ANSWER (Reply) by Pharmastem Inc to [267-2] counter claims of Corcell (gp) [Entry date 04/02/03] |
| 4/1/03 | 292 | ANSWER (Reply) by Pharmastem Inc to [265-2] counter claims of StemCyte (gp) [Entry date 04/02/03] |
| 4/1/03 | 293 | ANSWER (Reply) by Pharmastem Inc to counter claims of CBR Systems (gp) [Entry date 04/02/03] |
| 4/2/03 | 289 | ANSWER (Reply) by Pharmastem Inc to [268-2] counter claims of Cryo-Cell (gp) |
| 4/2/03 | 291 | ANSWER (Reply) by Pharmastem Inc to [266-2] counter claims of Birthcells (gp) |
| 4/3/03 | -- | Tele-conference held (rpt. Gaffigan) arguments of cnsl. on request to file motions for summary judgment; request to file summary judgment motions denied Judge Sleet (gp) [Entry date 04/09/03] |
| 4/4/03 | 294 | Steno Notes for 04/03/03 (rpt. Gaffigan) (gp) [Entry date 04/07/03] |
| 4/7/03 | 295 | ORDER that the court willn not entertain motions for summary judgmetn on any issue ( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp) [Entry date 04/09/03] |
| 4/10/03 | 296 | NOTICE by Viacell Inc of Subpoena and to take deposition of Gerald H. Bjorge on 04/24/03 (gp) [Entry date 04/15/03] |
| 4/10/03 | 297 | NOTICE by Viacell Inc of Subponea and to take deposition of Malcolm Moore, Ph.D on 05/08/03 (gp) [Entry date 04/15/03] |
| 4/10/03 | 298 | NOTICE by Viacell Inc of Subpoena and to take deposition of Irwin D. Bernstein, M.D. on 05/06/03 (gp) [Entry date 04/15/03] |

| | | |
|---|---|---|
| 4/17/03 | 299 | TRANSCRIPT filed for dates of 04/03/03 (gp) [Entry date 04/21/03] |
| 4/21/03 | 300 | CERTIFICATE OF SERVICE of StemCyte of Objections by Dr. Larry C. Lasky's to Supboena and Deposition by PharmaStem (gp) [Entry date 04/23/03] |
| 4/29/03 | 301 | CERTIFICATE OF SERVICE by Birthcells Tech Inc, Corcell Inc, Cyro-Cell Inc of supplemental responses to pltf. interrog. nos. 14 and 15 (gp) [Entry date 05/06/03] |
| □ | | |
| 5/6/03 | 302 | Agenda regarding a discovery dispute telecnf. scheduled for 05/08/03 at 11:30 (gp) [Entry date 05/07/03] |
| 5/7/03 | --- | Deadline updated; set Telephone Conference for 11:30 5/8/03 (gp) |
| 5/8/03 | -- | Tele-conference held (rpt. J. Guy) arguments of cnsl. on motion of pltf. to compel deft. Stemcyte to respond to interrog. nos. 11-28; granted Judge Sleet deft. to supplement responses to interrog. nos. 11-28 w/in 10 days (gp) |
| 5/22/03 | 303 | CERTIFICATE OF SERVICE by Stemcyte Inc of responses to pltf.'s 2nd set of interrog., nos. 11-28 (gp) [Entry date 05/23/03] |
| 5/28/03 | 304 | TRANSCRIPT filed for dates of 05/08/03 (gp) [Entry date 05/29/03] |
| 6/26/03 | 305 | ORDER, set Telephone Conference for 5:00 7/29/03 ( signed by Judge Mary P. Thynge ) copies to: cnsl. (gp) |
| 7/10/03 | 306 | NOTICE by CBR Systems Inc to take deposition of Irwin D. Bernstein, M.D. on 08/07/03 (gp) [Entry date 07/11/03] |
| 7/18/03 | --- | Deadline updated; reset Scheduling Order Deadlines: Pretrial conference by 9:00 9/8/03 Trial Date Deadline 9:00 Tue.10/14/03 (gp) |
| 7/30/03 | 307 | ORDER, set Telephone Conference for 5:00 8/7/03 ( signed by Judge Mary P. Thynge ) copies to: cnsl. (gp) [Entry date 07/31/03] |
| 7/30/03 | 308 | STIPULATION extending time to file proposed pretrial order and motions in limine (gp) [Entry date 07/31/03] |
| 8/1/03 | 309 | CERTIFICATE OF SERVICE by Viacell Inc of 3rd supplemental answers and objections to Pharmastem's 1st set of interrog. nos. 1-11 (gp) [Entry date 08/04/03] |
| 8/1/03 | --- | So Ordered granting [308-1] stipulation extending deadline to 08/18/03 for the pto and motions in limine ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) [Entry date 08/04/03] |
| 8/4/03 | --- | Deadline updated; reset Scheduling Order Deadlines: Proposed Pretrial Order and Motions in Limine due on or before 8/18/03 (gp) |

| | | |
|---|---|---|
| 8/5/03 | 310 | MOTION by Pharmastem Inc in Limine no.1 to Preclude Improper Expert Testimony from Larry S. Nixon re: [310-1] motion [Sealed] (gp) [Entry date 08/06/03] [Edit date 08/06/03] |
| 8/5/03 | 311 | MOTION by Pharmastem Inc in Limine no.2 to Preclude Improper Expert Testimony from Stephen H. Kalos re: [311-1] motion [Sealed] (gp) [Entry date 08/06/03] |
| 8/5/03 | 312 | MOTION by Pharmastem Inc in Limine no.3 to Preclude defts. from referring to injuctive relief that may be sought as a result of a finding of infringement re: [312-1] motion [Sealed] (gp) [Entry date 08/06/03] |
| 8/5/03 | 313 | MOTION by Pharmastem Inc in Limine no.4 to Exclude Decision of the European Patent Office from Evidence re: [313-1] motion [Sealed] (gp) [Entry date 08/06/03] |
| 8/5/03 | 314 | MOTION by Pharmastem Inc in Limine no.5 to Exclude All Discovery Relating to Settlement Negotiations regarding Patent License Agreements re: [314-1] motion [Sealed] (gp) [Entry date 08/06/03] |
| 8/5/03 | 315 | MOTION by Pharmastem Inc in Limine no. 6 to Preclude defts. from Referring to the Ownership or Assignment of the Patents-In-Suit re: [315-1] motion [Sealed] (gp) [Entry date 08/06/03] |
| 8/5/03 | --- | MOTION by Pharmastem Inc in Limine no. 4 to Exclude Decision of the European Patent Office from Evidence re: [0-1] motion (duplicate termed in error; Reserved) (gp) [Entry date 09/09/03] |
| 8/12/03 | 316 | MOTION by CBR Systems Inc  with Proposed Order for Thomas F. Chaffin, Nicole M. Townsend and Randal J. Ivor-Smith to Appear Pro Hac Vice (lg) [Entry date 08/13/03] |
| 8/12/03 | 317 | SEALED Dfts' Opposition to Pltf's [310-1] Motion in Limine no.1 to Preclude Improper Expert Testimony from Larry S. Nixon – Reply Brief due 8/19/03 (lg) [Entry date 08/13/03] |
| 8/12/03 | 318 | SEALED Viacell's Opposition to Pltf's [311-1] Motion in Limine no.2 to Preclude Improper Expert Testimony from Stephen H. Kalos – Reply Brief due 8/19/03 (lg) [Entry date 08/13/03] |
| 8/12/03 | 319 | SEALED Dfts' Opposition to Pharmastem's [312-1] Motion in Limine no.3 to Preclude defts. from referring to injuctive relief that may be sought as a result of a finding of infringement – Reply Brief due 8/19/03 (lg) [Entry date 08/13/03] |
| 8/12/03 | 320 | SEALED Dfts' Opposition to Pltf's [313-1] Motion in Limine no.4 to Exclude Decision of the European Patent Office from Evidence – Reply Brief due 8/19/03 (lg) [Entry date 08/13/03] |

8/12/03   321    SEALED Dfts' Opposition to Pltf's [314-1] Motion in Limine
                 no.5 to Exclude All Discovery Relating to Settlement
                 Negotiations regarding Patent License Agreements  - Reply
                 Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03   322    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude Evidence Regarding Dr. John E. Wagner's Work With
                 Embryonic Stem Cells (MIL #1) Answer Brief due 8/26/03 re:
                 [322-1] motion (lg) [Entry date 08/13/03]
                 [Edit date 08/13/03]

8/12/03   323    SEALED Response Filed by Pharmastem Inc to [322-1] Motion
                 in Limine to Exclude Evidence Regarding Dr. John E.
                 Wagner's Work With Embryonic Stem Cells (MIL #1)  - Reply
                 Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03   324    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude and Limit the Testimony by malcolm Moore, PH.D. and
                 Irwin D. Bernstein, M.D. in Pltf's Case in Chief (MIL #2)
                 (lg) [Entry date 08/13/03] [Edit date 08/13/03]

8/12/03   325    SEALED Opposition by Pharmastem Inc [324-1] to Motion in
                 Limine to Exclude and Limit the Testimony by malcolm Moore,
                 PH.D. and Irwin D. Bernstein, M.D. in Pltf's Case in Chief
                 (MIL #2)  - Reply Brief due 8/19/03 (lg)
                 [Entry date 08/13/03]

8/12/03   326    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude Testimony of Gerald Bjorge as to Legal Standards
                 (MIL #3) (lg) [Entry date 08/13/03]

8/12/03   327    SEALED Stipulation in Part and Opposition in Part by by
                 Pharmastem Inc [326-1] to Motion in Limine to Exclude
                 Testimony of Gerald Bjorge as to Legal Standards (MIL #3)
                 - Reply Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03   328    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Restrict Pltf's Evidence and Arguments on Proof of
                 Infringement Based on Pltf's Representations to the Patent
                 Office (MIL #4) (lg) [Entry date 08/13/03]
                 [Edit date 08/13/03]

8/12/03   329    SEALED Opposition by Pharmastem Inc [328-1] to Motion in
                 Limine to Restrict Pltf's Evidence and Arguments on Proof
                 of Infringement Based on Pltf's Representations to the
                 Patent Office (MIL #4)  - Reply Brief due 8/19/03 (lg)
                 [Entry date 08/13/03]

8/12/03   330    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude "Expert" Testimony of Mary J. Hendrix (MIL #5) (lg)
                 [Entry date 08/13/03]

8/12/03   331    SEALED Opposition by Pharmastem Inc [330-1] to Motion in
                 Limine to Exclude "Expert" Testimony of Mary J. Hendrix
                 (MIL #5)  - Reply Brief due 8/19/03 (lg)
                 [Entry date 08/13/03]

8/12/03 332    SEALED MOTION by Dfts with Proposed Order in Limine to
               Exclude the Testimony of Dr. Edward Boyse (MIL #6) (lg)
               [Entry date 08/13/03]

8/12/03 333    SEALED Opposition by Pharmastem Inc [332-1] to Motion in
               Limine to Exclude the Testimony of Dr. Edward Boyse (MIL
               #6) - Reply Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03 334    SEALED MOTION by Dfts with Proposed Order in Limine to
               Exclude Evidence of Cryo-Cell International, Inc.'s
               Agreements with Foreign Affiliates (MIL #7) (lg)
               [Entry date 08/13/03]

8/12/03 335    SEALED Opposition by Pharmastem Inc [334-1] to Motion in
               Limine to Exclude Evidence of Cryo-Cell International,
               Inc.'s Agreements with Foreign Affiliates (MIL #7) - Reply
               Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03 336    SEALED MOTION by Dfts with Proposed Order in Limine to
               Exclude Denigrating Comments as to the Source of a Prior
               Art Reference (MIL #8) (lg) [Entry date 08/13/03]

8/12/03 337    SEALED Opposition by Pharmastem Inc [336-1] to Motion in
               Limine to Exclude Denigrating Comments as to the Source of
               a Prior Art Reference (MIL #8) - Reply Brief due 8/19/03
               (lg) [Entry date 08/13/03]

8/12/03 338    SEALED MOTION by Dfts with Proposed Order in Limine to
               Exclude Evidence Regarding Prosecution of Purportedly
               "Related" Patents (MIL #9) (lg) [Entry date 08/13/03]

8/12/03 339    SEALED Opposition by Pharmastem Inc [338-1] to Motion in
               Limine to Exclude Evidence Regarding Prosecution of
               Purportedly "Related" Patents (MIL #9) - Reply Brief due
               8/19/03 (lg) [Entry date 08/13/03]

8/13/03 --     So Ordered  granting [316-1] motion for Thomas F. Chaffin,
               Nicole M. Townsend and Randal J. Ivor-Smith to Appear Pro
               Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all
               parties. (lg)

8/13/03 340    Letter from the Dfts to Judge Sleet with a corrected page 1
               of D.I. 317, Opposition to Pltf's Motion In Limine to
               Preclude Improper Expert Testimony from Larry S. Nixon (the
               page was substituted by the Court in both the original
               sealed doc and the copy) (lg) [Entry date 08/14/03]

8/13/03 341    SEALED Opposition Filed by Dfts [315-1] to Pltf's Motion In
               Limine no. 6 to Preclude defts. from Referring to the
               Ownership or Assignment of the Patents-In-Suit - Reply
               Brief due 8/20/03 (lg) [Entry date 08/14/03]

8/15/03 342    SEALED Reply in Support Filed by Pharmastem Inc [310-1] of
               its motion in Limine no.1 to Preclude Improper Expert
               Testimony from Larry S. Nixon (lg) [Entry date 08/18/03]
               [Edit date 08/18/03]

8/15/03 343    SEALED Reply Brief in Support Filed by Pharmastem Inc
               [311-1] of its motion in Limine no.2 to Preclude Improper

Expert Testimony from Stephen H. Kalos (lg)
[Entry date 08/18/03]

8/15/03    344    SEALED Reply in Further Support Filed by Pharmastem Inc
[312-1] of its motion in Limine no.3 to Preclude defts.
from referring to injuctive relief that may be sought as a
result of a finding of infringement (lg)
[Entry date 08/18/03]

8/15/03    345    SEALED Reply in Support Filed by Pharmastem Inc [313-1] of
its motion in Limine no.4 to Exclude Decision of the
European Patent Office from Evidence (lg)
[Entry date 08/18/03]

8/15/03    346    SEALED Reply in Further Support Filed by Pharmastem Inc
[314-1] of its motion in Limine no.5 to Exclude All
Discovery Relating to Settlement Negotiations regarding
Patent License Agreements (lg) [Entry date 08/18/03]

8/15/03    347    SEALED Reply in Further Support Filed by Pharmastem Inc
[315-1] of its motion in Limine no. 6 to Preclude defts.
from Referring to the Ownership or Assignment of the
Patents-In-Suit (lg) [Entry date 08/18/03]

8/15/03    348    Reply in Support Filed by the Dfts [324-1] of motion in
Limine to Exclude and Limit the Testimony by malcolm Moore,
PH.D. and Irwin D. Bernstein, M.D. in Pltf's Case in Chief
(MIL #2) (lg) [Entry date 08/18/03]

8/15/03    349    Dfts Reply to Pltf's Opposition to Their [328-1] motion in
Limine to Restrict Pltf's Evidence and Arguments on Proof
of Infringement Based on Pltf's Representations to the
Patent Office (MIL #4) (lg) [Entry date 08/18/03]

8/15/03    350    Reply in Support Filed by the Dfts [330-1] of motion in
Limine to Exclude "Expert" Testimony of Mary J. Hendrix
(MIL #5) (lg) [Entry date 08/18/03]

8/15/03    351    Dfts' Reply to Pltf's Opposition to Dfts' [332-1] motion in
Limine to Exclude the Testimony of Dr. Edward Boyse (MIL
#6) (lg) [Entry date 08/18/03]

8/15/03    352    Reply in Support of the Dfts' [334-1] motion in Limine to
Exclude Evidence of Cryo-Cell International, Inc.'s
Agreements with Foreign Affiliates (MIL #7) (lg)
[Entry date 08/18/03]

8/15/03    353    Reply in Support of Dfts' [336-1] motion in Limine to
Exclude Denigrating Comments as to the Source of a Prior
Art Reference (MIL #8) (lg) [Entry date 08/18/03]

8/15/03    354    Reply in Support of Dfts' [338-1] motion in Limine to
Exclude Evidence Regarding Prosecution of Purportedly
"Related" Patents (MIL #9) (lg) [Entry date 08/18/03]

8/18/03    355    SEALED Joint Proposed Pre-trial Order Volume 1 - Tabs A-K
(lg) [Entry date 08/19/03]

8/18/03    356    SEALED Joint Proposed Pre-trial Order Volume 2 - Tabs L-X

```
                        (lg) [Entry date 08/19/03]

8/18/03   357    Proposed Voir dire Questions by Pharmastem Inc (lg)
                 [Entry date 08/19/03]

8/18/03   358    Proposed Voir Dire Questions by the Defendants (lg)
                 [Entry date 08/19/03]

8/18/03   359    Proposed Special Verdict Form filed by Pharmastem Inc (lg)
                 [Entry date 08/19/03]

8/18/03   360    Proposed Jury Verdict Form filed by the Defendants (lg)
                 [Entry date 08/19/03]

8/19/03   361    [REVISED] Proposed Jury instructions by the parties (lg)
                 [Entry date 08/20/03]

8/27/03   362    Exhibit B video tapes 1 and 2 of Dr. Edward Boyse in
                 support of defts. motion in limine to exclude the testimony
                 of Dr. Edward Boyse (gp) [Entry date 08/28/03]

8/28/03   363    Letter request from counsel for deft. CBR Systems,
                 requesting that pretrial conf. currently schduled for
                 09/08/03 at 9:00 be moved to 10:00 a.m., no opposition (gp)
                 [Entry date 08/29/03]

8/29/03   ---    Deadline updated;  reset Scheduling Order Deadlines:
                 Pretrial conference by 10:00 9/8/03 (gp)

8/29/03   364    Letter from cnsl. confirming pretrial conf. time reset from
                 9:00 to 10:00 a.m. (gp) [Entry date 09/02/03]

9/5/03    365    2ND PROPOSED REVISED JURY INSTRUCTIONS (gp)

9/5/03    366    Defendant's Revised Proposed Special Verdict Form (gp)
                 [Entry date 09/08/03]

9/8/03    ---    Pre-trial conference  held (rpt. Gunning) arguments of
                 cnsl. on motions in limine; oral order Judge Sleet denying
                 pltfs. motions in limine DI nos. 311, 312, and 315 and
                 reserving as to DI nos. 310, 313 and 314; oral Order Judge
                 Sleet granting defts. Motions in limine DI nos. 326, 336,
                 and 338, and denying 328, 330 and 334, defts. DI no. 322
                 moot; and as to defts. motion in limine DI 324 pltf. to
                 supplement report and expert deposed by defts.voir dire
                 conf. continued; cnsl. to confer on prelim. and final
                 instructions; court will impanel jury on Fri. 10/10/03 (ct.
                 will notify cnsl. of time); prelim.instructions and trial
                 to begin on Tue.10/14/03 at 8:30 court to sit until 5:00;
                 time allocated 50/50 (gp)

9/9/03    367    MOTION by Pharmastem Inc for Amanda M. Fox, and Radhika
                 TAndon of Perkins Coie to Appear Pro Hac Vice re: [367-1]
                 motion (gp) [Entry date 09/10/03]

9/10/03   368    STIPULATION of dismissal as to deft. StemCyte with
                 prejudice (gp) [Entry date 09/11/03]

9/10/03   369    Defendants' Proposed Limiting Instruction re: the Relevance
```

of the EPO Opinion (gp) [Entry date 09/11/03]

9/10/03  370  NOTICE of Pursuant to 35 USC Sec. 282 by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc (gp) [Entry date 09/11/03]

9/11/03  --   So Ordered  granting [367-1] motion for Amanda M. Fox, and Radhika TAndon of Perkins Coie to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp)

9/11/03  371  Letter from counsel for Pharmastem in response to defts. submission of proposed jury in struction related to the EPO opinion (gp) [Entry date 09/15/03]

9/12/03  372  Letter from counsel for defts. in response to Pharmstem's letter of 09/11/03 re: proposed jury instruction (gp) [Entry date 09/15/03]

9/17/03  373  TRANSCRIPT filed  for dates of 09/08/03 (gp)

9/22/03  374  MOTION by Viacell Inc for Elaine Herrmann Blais and Teresa Dillingham of Goodwin Procter to Appear Pro Hac Vice re: [374-1] motion (gp) [Entry date 09/23/03]

9/22/03  375  NOTICE of Subpoena upon John Haines by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells Tech Inc (gp) [Entry date 09/23/03]

9/22/03  376  CERTIFICATE OF SERVICE by Corcell Inc of supplemental responses to pltfs interrog. nos. 7 and 10-13 (gp) [Entry date 09/23/03]

9/23/03  --   So Ordered  granting [374-1] motion for Elaine Herrmann Blais and Teresa Dillingham of Goodwin Procter to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp)

9/24/03  377  CERTIFICATE OF SERVICE by Birthcells Tech Inc supplemental responses to pltf. interrog. nos. 7 and 10-13 (gp) [Entry date 09/25/03]

9/25/03  378  CERTIFICATE OF SERVICE by Cyro-Cell Inc of supplemental responses to pltf. interrog. no. 7 and 10-13 (gp) [Entry date 09/26/03]

9/25/03  379  CERTIFICATE OF SERVICE by Viacell Inc of 4th supplemental answers and objections to pltf. interrog. nos. 1,10,13-16 (gp) [Entry date 09/26/03]

9/30/03  380  MEMORANDUM AND ORDER granting PharmaStem's [313-1] motion in Limine no.4 to Exclude Decision of the European Patent Office from Evidence that ViaCell may not introduce the 07/21/99 decision of the European Patent OFfice into evidence ( signed by Judge Gregory M. Sleet )  copies to: cnsl. [ORAL ORDER JUDGE SLEET 10/23/03 REVERSING DECISION TO EXCLUDE EVIDENCE RELATING TO 7/21/99 Decision of the EPO) (gp) [Edit date 10/27/03]

9/30/03  381    Stipulated Preliminary Jury instructions (gp)
                [Entry date 10/01/03]

10/2/03  382    NOTICE by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                Systems Inc, Birthcells Tech Inc  to take deposition of
                Joseph J. Day, Jr. on 10/06/03 (gp) [Entry date 10/03/03]

10/7/03  383    MEMORANDUM AND ORDER granting [314-1] motion in Limine no.5
                to Exclude All Discovery Relating to Settlement
                Negotiations regarding Anthrogenesis and Stembanc licenses;
                granting Viacell's cross-motion in limine to excude
                Anthrogenesis and Stemback license agreements and to
                prelcude Russell Parr from relying on those licenses as a
                factor in determing a reasonable royalty reate; that the
                parties experts may not rely on the Anthrogenesis and
                Stembanc licenses or any documents or evidence pertaining
                to negotiations of the those licenses to calculate a
                reasonable royalty rate or to challenge the opposing
                parties calculation of a reasonable royalty rate ( signed
                by Judge Gregory M. Sleet )  copies to: cnsl. (gp)

10/8/03  384    MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                Systems Inc, Birthcells Tech Inc in Limine to Exclude
                Testimony of Malcolm Moore, or in the Alternative to Limit
                him to the Four Corners of his Initial Report re: [384-1]
                motion [Sealed] (gp) [Entry date 10/09/03]
□

10/9/03  385    3RD PROPOSED REVISED Jury instructions (gp)

10/9/03  386    3RD PROPOSED JURY VERDICT FORM by defts (gp)

10/9/03  387    Letter from counsel for defts. regarding their 3rd proposed
                verdict form (gp)

10/9/03  388    PROPOSED REVISED SPECIAL VERDICT FORM by PharmaStem (gp)
                [Entry date 10/10/03]

10/10/03 --     Jury trial held before Judge Sleet (rpt. Maurer} day 1;
                voir dire jury selection (gp)

10/10/03 389    Voir dire questions (gp)

10/10/03 --     Jury impaneled and sworn (gp)

10/10/03 390    Steno Notes for 10/10/03 (rpt.Gaffigan) (gp)
                [Entry date 10/14/03]

10/10/03 391    MEMORANDUM by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                Systems Inc  re: the evidentiary use of proceedings in teh
                European Patent Office (gp) [Entry date 10/14/03]

10/14/03 392    MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                Systems Inc in Limine to exclude pltf Demonstrative
                Exhibit A granted Judge Sleet (gp)

10/14/03 393    MEMORANDUM by Pharmastem Inc  in opposition to [391-1]
                memorandum by defts. regarding evidentiary use of
                proceedings in the European Patent Office (gp)

10/14/03 --      Jury trial held Day 2 (rpt. Gunning) renewed motion by
                 defts. to exclude testimony of expert wit. Dr. Boyse
                 withdrawn; arguments of cnsl. on defts. motion to exclude
                 pltf. demonstrative exh. A; granted Judge Sleet; arguments
                 of cnsl. on defts. obj. to pltf. exh. nos. 20, 23,33,422
                 and 484; oral motion by defts. to sequester wit.; granted
                 Judge Sleet; Court's Preliminary Instructions to the jury;
                 pltf. opn. stmts. defts. opn. stmts. (gp)
                 [Entry date 10/15/03]

10/14/03 394     Court's Preliminary Jury instructions (gp)
                 [Entry date 10/15/03]

10/14/03 395     CERTIFICATE OF SERVICE by Pharmastem Inc of supplement to
                 expert damages report of Russell L. Parr (gp)
                 [Entry date 10/15/03]

10/15/03 --      Jury trial Day 3 held (rpt. Maurer/Gaffigan) (gp)
                 [Entry date 10/16/03]
☐

10/16/03 396     Answer (Opposition) Brief Filed by Pharmastem Inc [384-1]
                 motion in Limine to Exclude Testimony of Malcolm Moore, or
                 in the Alternative to Limit him to the Four Corners of his
                 Initial Report (gp)

10/16/03 --      Jury trial Day 4 held (rpt. Gunning) (gp)

10/17/03 397     Steno Notes for 10/15/03 (rpt. Gaffigan) (gp)

10/17/03 --      Jury trial held Day 5 (rpt. Gaffigan/Maurer) voir dire of
                 ptlf. expert wit. Mary Hendrix; oral Order Judge Sleet
                 denying mtoion of deft. to exclude expert testimony of
                 Hendrix; oral motion by CBR and joined by ViaCell,
                 Cryo-Cell and Corcell to strike testimony of Mary Hendrix;
                 denied Judge Sleet; plaintiff's case-in-chief. (gp)

10/17/03 398     Steno Notes for 10/17/03 (rpt. Gaffigan) (gp)
                 [Entry date 10/20/03]

10/20/03 399     MOTION by CBR Systems Inc for Judgment as a Matter of Law
                 on the issue of Willful Infringement re: [399-1] motion (gp)

10/20/03 --      Jury trial held Day 6 (rpt. Gunning) court directed parties
                 to continue to work on jury instructions and verdict forms
                 to resolve disputes; parties to submit letters. w/respect
                 to their position on verdict form (gp)

10/21/03 --      So Ordered  granting [368-1] dismissal of between
                 PharmaStem and StemCyte of all claims and counterclaims
                 with prejudice each party to bear own atty.fees and costs(
                 signed by Judge Gregory M. Sleet ) Notice to all parties.
                 (gp)

10/21/03 --      Jury trial held Day 7 (rpt. Gaffigan/Maurer) (gp)

10/22/03 400     Answer (Opposition) Brief Filed by Pharmastem Inc [399-1]
                 motion for Judgment as a Matter of Law on the issue of
                 Willful Infringement (gp)

| | | |
|---|---|---|
| 10/22/03 | 401 | Steno Notes for 10/21/03 (rpt.Gaffigan) (gp) |
| 10/22/03 | -- | Jury trial held Day 8 (rpt. Gunning) arguments of cnsl. on motion by deft. CBR for JMOL on issue of Willful Infringement; denied w/out prejudice Judge Sleet; oral motion by PharmaStem to strike testimony of Dr. John Wagner or in the alternative to give instruction; denied Judge Sleet (gp) [Entry date 10/23/03] |
| 10/23/03 | -- | Jury trial held Day 9 (rpt. Gaffigan/Maurer) Oral Order Judge Sleet Reversing decision on its ruling on pltf motion in limine to exclude evidence of the 07/21/9 decision of the European Patent Ofifce (EPO); defts. will be permitted to use decision of EPO; defendants-case-in-chief w/exception of recalling Larry Nixon; pltf. permitted to reopen case to allow for testimony of Mr. Adelman; ptlfs. rebuttal case; oral motion of defts in limine to exclude certain testimony of rebuttal wit. Gerald Bjorge and Malcolm Moore; reserved parties to confer and attempt to resolve (gp) [Entry date 10/24/03] |
| 10/24/03 | 402 | The Court's Limiting Jury instructions regarding the timing of evidence and relevance of the EPO Opinion (gp) |
| 10/24/03 | 403 | Letter from cnsl. for defts. regarding remaining disputed jury instructions and issues relating to the verdict from (gp) |
| 10/24/03 | 404 | Letter from PharmaStem regarding issues relating to verdict form and jury instructions (gp) |
| 10/24/03 | 405 | Proposed 2ND Revised Verdict from filed by Pharmastem Inc (gp) |
| 10/24/03 | 406 | MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc for Judgment as a Matter of Law re: [406-1] motion (gp) |
| 10/24/03 | 407 | MOTION by Viacell Inc for Judgment as a Matter of Law re: [407-1] motion (gp) |
| 10/24/03 | 408 | 3RD PROPOSED JOINT FINAL JURY INSTRUCTIONS (gp) |
| 10/24/03 | 409 | MOTION by Cyro-Cell Inc, Corcell Inc for Judgment as a Matter of Law on the issues of Infringement, Laches and Willful Infringement re: [409-1] motion (gp) |
| 10/24/03 | 410 | Steno Notes for 10/23/03 (rpt. Gaffigan) (gp) |
| 10/24/03 | 411 | MOTION by CBR Systems Inc for Judgment as a Matter of Law re: [411-1] motion (gp) |
| 10/24/03 | 412 | MOTION by Pharmastem Inc for Judgment as a Matter of Law with respect to Viacell's Walker Process Antitrust Counterclaim re: [412-1] motion (gp) |
| 10/24/03 | -- | Jury trial held Day 10 (rpt. Gunning) pltf rebuttal case concludes; all motion for JMOL reserved Judge Sleet; charge conference held (gp) [Entry date 10/27/03] |

10/26/03 413    Letter from counsel for ViaCell regarding scope of
                plaintiff's rebutal closing argument (gp)
                [Entry date 10/27/03]
☐

10/27/03 414    Proposed Verdict Sheet filed by Pharmastem Inc, Viacell
                Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc (gp)

10/27/03 415    Answer (Opposition) Brief Filed by Pharmastem Inc [406-1]
                Joint motion by defts. for Judgment as a Matter of Law (gp)

10/27/03 416    Answer (Opposition) Brief Filed by Pharmastem Inc [407-1]
                motion by ViaCell for Judgment as a Matter of Law on isse
                of infringement, laches intervening rights and willful
                infringement (gp)

10/27/03 417    Answer (Opposition) Brief Filed by Pharmastem Inc [409-1]
                motion by Corcella nd Cryo-Cell's for Judgment as a Matter
                of Law on the issues of Infringement, Laches and Willful
                Infringement (gp)

10/27/03 418    Answer (Opposition) Brief Filed by Pharmastem Inc [411-1]
                motion by CBR for Judgment as a Matter of Law (gp)

10/27/03 419    MOTION by Pharmastem Inc for Judgment as a Matter of Law
                with respect to defts claims of invalidity and inequitable
                conduct and the Fraud Element of ViaCell's Antitrust Claim
                re: [419-1] motion (gp)

10/27/03 420    MOTION by Pharmastem Inc for Judgment as a Matter of Law
                that defts Infringe the Patents-In-Suit re: [420-1] motion
                (gp)

10/27/03 421    The Court's Final Jury instructions (gp)

10/28/03 --     Jury trial held Day 11 (rpt. Gaffigan/Maurer) Court's Final
                Instructions to the Jury; closing arguments of cnsl.;
                jurors excused until 8:30 10/28/03 to begin deliberations
                (gp)

10/28/03 --     Jury trial held Day 12 (rpt. Maurer) Bailiff Sworn: Jury
                Deliberations Begin; jurors excused from deliberations
                until 8:45 Wed. 10/29/03 (gp)

10/28/03 422    ORDER directing USM provide meals for the jury on 10/27/03
                and 10/28/03( signed by Judge Gregory M. Sleet ) copies to:
                Finance (gp)

10/28/03 423    Steno Notes for 10/27/03 (rpt. Gaffigan) (gp)

10/29/03 424    Letter brief from PharmaStem on issue of contributory
                infringement and jury instruction 4.4 which addresses
                contributory infringement (gp)

10/29/03 425    Letter brief from Defendants regarding issue of
                contributory infringement (gp)
☐

| | | |
|---|---|---|
| 10/29/03 | 426 | ORDER directing that USM provide meal for jury{ signed by Judge Gregory M. Sleet } copies to: Finance (gp) [Edit date 10/29/03] |
| 10/29/03 | -- | Jury trial held Day 13 (rpt. Gunning); jury deliberations resume; arguments of cnsl. on issue relating to instruction 4.4 Contributory Infringement; the Court's amended instruction 4.4 on Contributory Infringement to the jury; 3:01 VERDICT IN FAVOR OF PHARMASTEM AND AGAINST DEFENDANTS:VIACELL, INC., CRYO-CELL INTL., INC., CORCELL INC., AND CBR SYSTEMS; FINDING REASONABLE ROYALTY RATE OF 6.125% AND FINDING IN FAVOR OF COUNTERCLAIM PLAINTIFF PHARMASTEM and AGAINST COUNTERCLAIM DEFT. VIACELL ON ITS ANTITRUST COUNTERCLAIM; JURY POLLED; VERDICT RECORDED; cnsl.to submit stip.brief scheduled JMOL motions (gp) |
| 10/29/03 | 427 | JURY VERDICT FORM FILED (gp) |
| 10/29/03 | 428 | Jury notes filed (gp) |
| 10/30/03 | 429 | JUDGMENT for Pharmastem Inc against Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc for $7,124,333.92; and entering judgment on Viacell's Antitrust counterclaim in favor of Pharmastem and against Viacell (signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp) [Edit date 10/30/03] |
| 10/30/03 | -- | JUDGMENT registered against defendant Viacell Inc, defendant Cyro-Cell Inc, defendant Corcell Inc, defendant CBR Systems Inc (gp) |
| 10/30/03 | -- | Final Report to Commissioner of Patents and Trademarks. Exit original. (gp) |
| 10/30/03 | -- | Case closed (gp) |
| 10/31/03 | 430 | TRANSCRIPT filed  for dates of 10/10/03 (gp) [Entry date 11/03/03] |
| 10/31/03 | 431 | TRANSCRIPT filed  for dates of 10/14/03 (gp) [Entry date 11/03/03] |
| 10/31/03 | 432 | TRANSCRIPT filed  for dates of 10/15/03 (gp) [Entry date 11/03/03] |
| 10/31/03 | 433 | TRANSCRIPT filed  for dates of 10/16/03 (gp) [Entry date 11/03/03] |
| 10/31/03 | 434 | TRANSCRIPT filed  for dates of 10/17/03 (gp) [Entry date 11/03/03] |
| 10/31/03 | 435 | TRANSCRIPT filed  for dates of 10/20/03 (gp) [Entry date 11/03/03] |
| 10/31/03 | 436 | TRANSCRIPT filed  for dates of 10/21/03 (gp) [Entry date 11/03/03] |
| 10/31/03 | 437 | TRANSCRIPT filed  for dates of 10/22/03 (gp) [Entry date 11/03/03] |

```
10/31/03 438      TRANSCRIPT filed  for dates of 10/23/03 (gp)
                  [Entry date 11/03/03]

10/31/03 439      TRANSCRIPT filed  for dates of 10/24/03 (gp)
                  [Entry date 11/03/03]

10/31/03 440      TRANSCRIPT filed  for dates of 10/27/03 (gp)
                  [Entry date 11/03/03]

10/31/03 441      TRANSCRIPT filed  for dates of 10/28/03 (gp)
                  [Entry date 11/03/03]

10/31/03 442      TRANSCRIPT filed  for dates of 10/29/03 (gp)
                  [Entry date 11/03/03]

11/5/03  443      Steno Notes for 10/10/03 - 10/29/03 (Maurer) (gp)

11/7/03  444      STIPULATION re: POST TRIAL BRIEFING (gp)
                  [Entry date 11/12/03]

11/7/03  --       Case reopened (gp) [Entry date 11/12/03]

11/13/03 --       So Ordered  granting [444-1] stipulated post trial brief
                  schedule as follows: opening brief in support due 12/15/03;
                  answer brief due 1/20/04 and reply due 02/03/04 ( signed by
                  Judge Gregory M. Sleet ) Notice to all parties. (gp)

11/13/03 445      STIPULATION staying execution of judgment pending
                  resolution of post-trial motions (gp) [Entry date 11/17/03]

11/13/03 446      COMBINED POST-TRIAL MOTION by Pharmastem Inc for Enhanced
                  Damages, Attorneys' Fees, Pre-Judgment Interest and Post
                  Judgment Interestopn.brief in support due 12/15/03; Answer
                  Brief due 1/20/04 re: [446-1] motion (gp)
                  [Entry date 11/17/03]

11/13/03 447      MOTION by Pharmastem Inc for Permanent
                  Injunctionopn.brief due 12/15/03; Answer Brief due 1/20/04
                  re: [447-1] motion (gp) [Entry date 11/17/03]

11/13/03 448      JOINT MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc,
                  CBR Systems Inc for Judgment as a Matter of Law or in the
                  alternative for New Trial, or for Remittitur and Motion for
                  Findings by the Court and/or to Alter or Amend Judgment
                  and/or the Court's Equitable Power opn.brief due 12/15/03;
                  Answer Brief due 1/20/04  re: [448-1] motion (gp)
                  [Entry date 11/17/03]

11/17/03 --       So Ordered  granting [445-1] stipulation staying execution
                  of judgment pending until (30) days after the court's
                  disposition of hte post-trial motions, or until a notice of
                  appeal and supersedeas bond have been filed ( signed by
                  Judge Gregory M. Sleet ) Notice to all parties. (gp)

12/5/03  449      AMENDMENT TO STIPULATION for Stay of Execution pending
                  resolution of post-trial motions (gp) [Entry date 12/09/03]
```

12/10/03 --    So Ordered granting [449-1] Amendment to Stipulation for
               Stay of Execution Pending resolution of post-trial motions
               see stip. for further details( signed by Judge Gregory M.
               Sleet ) Notice to all parties. (gp) [Entry date 12/11/03]

12/12/03 450   STIPULATION extending page limits for post-trial briefing
               common to all defts (gp) [Entry date 12/16/03]

12/12/03 451   STIPULATION approving deposit by deft. ViaCell in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/12/03 452   STIPULATION approving deposit by deft CBR System in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/12/03 453   STIPULATION approving deposit by deft. Cryo-Cell in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/12/03 454   STIPULATION approving deposit by deft. CorCell in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/15/03 455   Opening Brief Filed by Pharmastem Inc [447-1] motion for
               Permanent Injunction  - Answer Brief due 1/20/04 (gp)
               [Entry date 12/16/03]

12/15/03 456   Declaration of Philip Rovner in support of Pharmastem's
               motion for entry of permanent injunction [Sealed] (gp)
               [Entry date 12/16/03]

12/15/03 457   Proposed Order filed by Pharmastem Inc [447-1] motion for
               Permanent Injunction (gp) [Entry date 12/16/03]

12/15/03 458   Opening Brief Filed by Pharmastem Inc [446-1] motion for
               Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
               and Post Judgment Interest  - Answer Brief due 1/20/04 (gp)
               [Entry date 12/16/03]

12/15/03 459   Proposed Order filed by Pharmastem Inc [446-1] motion for
               Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
               and Post Judgment Interest (gp) [Entry date 12/16/03]

12/15/03 460   Declaration of Philip Rovner Volumes 1 of 3 in support of
               Pharmastem's motion for enhanced damages, attorneys' fees,
               pre-judgment interest and post judgment interest [Sealed]
               (gp) [Entry date 12/16/03]

12/15/03 461   Declaration of Philip Rovner Volume 2 of 3 in support of
               Pharmastem's motion for enhanced damages, attorneys' fees,
               pre-judgment interest and post judgment interest [Sealed]
               (gp) [Entry date 12/16/03]

12/15/03 462   Declaration of Philip Rovner Volume 3 of 3 in support of
               Pharmastem's motion for enhanced damages, attorneys' fees,
               pre-judmgent interest and post judgment interest [Sealed]
               (gp) [Entry date 12/16/03]

12/15/03 463    Opening Brief Filed by Viacell Inc [448-1] motion for
Judgment as a Matter of Law or in the alternative for New
Trial, or for Remittitur and Motion for Findings by the
Court and/or to Alter or Amend Judgment and/or the Court's
Equitable Power  - Answer Brief due 1/20/04 (gp)
[Entry date 12/16/03]

12/15/03 464    Opening Brief Filed by Viacell Inc in support of motion for
judgment as a matter of law or, in the alternative for
findings by the court and/or to alter or amend judgment and
/or the court's equitable power (gp) [Entry date 12/16/03]

12/15/03 465    AFFIDAVIT of Chris Adams by Viacell Inc Re: [464-1] in
support of opening brief for judgment as a matter or lr, in
the altenative for findings by the court and/or to alter or
amend judgment  and /or the courts equitable power (gp)
[Entry date 12/16/03]

12/15/03 466    CBR's Joinder in deft. Viacell's Memorandum in support of
Joint Renewed Motions for Judgment as a matter of law or in
the alternative for a new trial or for remittitur and
Joinder in defts. Viacell's memorandum in support of motion
for judgment as a matter of law, in the alternative for
findings by the court and/or to alter or amend judmgent and
/or the courts equitable power (gp) [Entry date 12/16/03]

12/15/03 467    MEMORANDUM by CBR Systems Inc  in support of its motion for
judgment as a matter of law or, in the alternative, for a
new trial or for remittitur on issues pertaining to
infringement, damages, willfulness and intervening rights
(gp) [Entry date 12/16/03]

12/15/03 468    Appendix to Brief Filed by CBR Systems Inc  Appending in
support of [464-1] memorandum of motion for judgment as a
matter of law (gp) [Entry date 12/16/03]

12/15/03 469    MEMORANDUM by Cyro-Cell Inc, Corcell Inc  in support of
[448-1] motion for Judgment as a Matter of Law or in the
alternative for New Trial, or for other post-trial relief

☐

(gp) [Entry date 12/16/03]

12/15/03 470    Appendix to Brief Filed by Viacell Inc  Appending [464-1]
Post Trial Motions [463-1] opening brief (gp)
[Entry date 12/16/03]

12/18/03 --    So Ordered  granting [450-1] stipulation extending page
limits for post-trial briefs ( signed by Judge Gregory M.
Sleet ) Notice to all parties. (gp)

12/18/03 --    So Ordered  granting [451-1] stipulation approving deposit
of $2,901,674.01 w/Wilmington Trust Co., by deft. ViaCell
granting [452-1] stipulation approving deposit of
$2,913,969.75 w/Wilmington Trust Co. by deft. CBR;
granting [453-1] stipulation approving deposit of
$957,722.82 w/Wilmington Trust Co., by deft. Cryo-Cell;
granting [454-1] stipulation approving deposit of
$357,677.64 by deft. CorCell; in Lieu of Bond for Stay of
Execution Pending Resolution of Post-Trial Motions; SEE
STIP. FOR FURTHER DETAILS ( signed by Judge Gregory M.

Sleet ) Notice to all parties. (gp)

1/20/04  471    MEMORANDUM by Cyro-Cell Inc, Corcell Inc  in opposition to
                [446-1] motion for Enhanced Damages, Attorneys' Fees,
                Pre-Judgment Interest and Post Judgment Interest (gp)

1/20/04  472    Answer Brief Filed by Viacell Inc [446-1] motion for
                Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
                and Post Judgment Interest  - Reply Brief due 1/27/04 (gp)
                [Entry date 01/22/04]

1/20/04  473    Defendant CBR's Joinder in Viacell's Opposition to
                Pharmastem's Combined Motion for Enhanced Damages, Attorney
                Fees, Pre-Judgment Interest and Post Judgment Interest and
                in Viacell's Opposition to Pharmastem's motion for entry of
                permanent injunction (gp) [Entry date 01/22/04]

1/20/04  474    Answer Brief Filed by CBR Systems Inc [447-1] motion for
                Permanent Injunction  - Reply Brief due 1/27/04, [446-1]
                motion for Enhanced Damages, Attorneys' Fees, Pre-Judgment
                Interest and Post Judgment Interest  - Reply Brief due
                1/27/04 (gp) [Entry date 01/22/04]

1/20/04  475    Declaration of of Randal Ivor-Smith in support of CBR's
                opposition to Pharmastem's Combined motion for enhanced
                damages, attorneys fees and pre-judgment interest and post
                judgment interest, and Pharmastem's motion for entry of
                permanent injunction (gp) [Entry date 01/22/04]

1/20/04  476    Appendix to Answer Brief in Opposition    Filed by CBR
                Systems Inc Appending [474-1] answer brief [Sealed] (gp)
                [Entry date 01/22/04]
        □

1/20/04  477    Answer Brief Filed by Viacell Inc [447-1] motion for
                Permanent Injunction  - Reply Brief due 1/27/04 [Sealed] (gp)
                [Entry date 01/22/04]

1/20/04  478    Answer Brief Filed by Pharmastem Inc [448-1] motion for
                Judgment as a Matter of Law or in the alternative for New
                Trial, or for Remittitur and Motion for Findings by the
                Court and/or to Alter or Amend Judgment and/or the Court's
                Equitable Power  - Reply Brief due 1/27/04 (gp)
                [Entry date 01/22/04]

1/20/04  479    Declaration of Philip A. Rovner Volume 1 of 2 Exhs. A-M in
                support of Pharmastem's Opposition to Viacell's Join
                Renewed motions for judgment as a matter of law or in the
                alternative for a new trial or for remittitur (gp)
                [Entry date 01/22/04]

1/20/04  480    Declaration of Philip A. Rovner Volume 2 of 2 Exhs. N-MM in
                support of Pharmastem's Opposition to Viacell's Joint
                renewed motions for judgment as a matter of law or in the
                alternative for a new trial or remittitur (gp)
                [Entry date 01/22/04]

1/20/04  481    Answer (Opposition) Brief Filed by Pharmastem Inc to CBR's
                motion for judgment as a matter of law or in the
                alternative for a new trial or for remittitur on issues

pertainining to infringement damages willfulness and intervening rights (gp) [Entry date 01/22/04]

1/20/04  482    Declaration of Philip A. Rovner Volume 1 of 2 Exhs A-G in support of Pharmastem's Opposition to CBR's motion for judgment as a matter of law or in the alternative for a new tiral or for remittitur on issues pertaining to infringement, damages willfulness and intervening rights (gp) [Entry date 01/22/04]

1/20/04  483    Declaration of Philip A. Rovner Volume 2 of 2 Exhs. H-T in support of Pharmastem's Opposition to CBR's motion for judgment as a matter of law or in the alternative for a new trial or for remittitur on issues pertaining to infringement, damages, willfulness and intervening rights (gp) [Entry date 01/22/04]

1/20/04  484    Answer (Oppositino) Brief Filed by Pharmastem Inc to Corcell's and Cryo-Cell's Joint renewed motions for judgment as a matter of law or int he alternative for a new trial or for other post-trial relief (gp) [Entry date 01/22/04]

1/20/04  485    Declaration of Philip A. Rovner Volume 1 of 2 Exhs. A-J in support of Pharmastem's Opposition to Corcell's and Cryo-Cell's joint renewed motions for judgment as a matter of law or in the alternative for new trial or for other post trial relief (gp) [Entry date 01/22/04]

□

1/20/04  486    Declaration of Philip A. Rovner Volume 2 of 2 Exhs K-BB in support of Pharmastem's Opposition to Corcell's and Cryo-Cell's joint renewed motions for judgment as a matter of law or in the alternative for a new trial or for other post trial relief (gp) [Entry date 01/22/04]

1/20/04  487    MOTION by Pharmastem Inc to Strike the Affidavit of Chris Adams Answer Brief due 2/3/04  re: [487-1] motion (gp) [Entry date 01/22/04]

1/20/04  488    Opening Brief Filed by Pharmastem Inc [487-1] motion to Strike the Affidavit of Chris Adams (gp) [Entry date 01/22/04]

1/20/04  --     Answer (Opposition) Brief Filed by Pharmastem Inc to Viacell's motion for judgment as a matter of law or, in the alternative for findings by the Court and/or to alter or amend judgment and/or the court's equitable power [FOR ANS.BRIEF SEE DI 488] (gp) [Entry date 01/22/04]

1/20/04  489    Declaration of Philip A. Rovner Volume 1 of 2 Exhs A-D in support of Pharmastem's Opposition to Viacell's motion for judgment as a matter of law or in the alternative for findings by the court and/or to alter or amend judgment and/or the court's equitable power and in support of its Motion to Strike the affidavit of Chris Adams (gp) [Entry date 01/22/04]

1/20/04  490    Declaration of Philip A. Rovner Volume 2 of 2 Exhs. E-K in support of Pharmastem's Oppositition to Viacell's motion

for judgment as a matter of law or in the alternative for
findings by the court and or to alter or amend judgment
and/or the court's equitable power and in support of its
Motion to Stirke the affidavit of Chris Adams (gp)
[Entry date 01/22/04]

2/3/04   491   Reply Brief Filed by Pharmastem Inc [446-1] motion for
Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
and Post Judgment Interest (gp) [Entry date 02/04/04]

2/3/04   492   Declaration of Philip A. Rovner in support of Pharmastem's
reply brief to ViaCell's Opposition to Pharmastem's
Combined Motion for Enhanced Damages, Attorney's Fees,
Pre-Judgment Interest and Post Judgment-Interest (gp)
[Entry date 02/04/04]

2/3/04   493   Reply Brief Filed by Pharmastem Inc [447-1] motion for
Permanent Injunction [Sealed] (gp) [Entry date 02/04/04]

2/3/04   494   Declaration of Nicholas Didier in support of Pharmastem's
reply brief to ViaCell's opposition to Pharmastem's motion
for entry of permanent injunction [Sealed] (gp)
[Entry date 02/04/04]

☐

2/3/04   495   Declaration of Philip Rovner in support of Pharmastem's
reply brief to Viacell's opposition to motion for entry of
permanent injunction (gp) [Entry date 02/04/04]

2/3/04   496   Answer (Opposition) Brief Filed by Viacell Inc [487-1]
motion to Strike the Affidavit of Chris Adams  - Reply
Brief due 2/10/04 (gp) [Entry date 02/04/04]

2/3/04   497   Reply Brief Filed by Viacell Inc [448-1] motion for
Judgment as a Matter of Law or in the alternative for New
Trial, or for Remittitur and Motion for Findings by the
Court and/or to Alter or Amend Judgment and/or the Court's
Equitable Power (gp) [Entry date 02/04/04]

2/3/04   498   Reply Brief Filed by Viacell Inc in support of Joint
Renewed Motions for Judgment as a Matter of Law Under FRCP
50 or in the Alternative for a New Trial under FRCP 59 (or
for remittitur) (gp) [Entry date 02/04/04]

2/3/04   499   CBR's Joinder in deft. ViaCell's Reply brief in support of
Joint Renewed motions for Judgment as a Matter of Law under
FRCP 50 or in the Alternative for a New Trial under FRCP 59
(or for remittitur) and in Defendant's Reply brief in
support of motion for judgment as matter of law or in the
alternative for findings by the court and/or to alter or
amend judgment and/or for court's equitable power (gp)
[Entry date 02/04/04]

2/3/04   500   Reply Brief Filed by CBR Systems Inc [448-1] motion for
Judgment as a Matter of Law or in the alternative for New
Trial, or for Remittitur on issues pertaining to
infringement damages willfulness and intervening rights (gp)
[Entry date 02/04/04]

2/3/04   501   Appendix to Brief Filed by CBR Systems Inc  Appending

[500-1] reply brief [Sealed] (gp) [Entry date 02/04/04]

2/3/04   502   Reply Brief Filed by Pharmastem Inc to CBR's opposition to
               Pharmastem's combined motion for enhanced damages,
               attorney's fees, pre-judgment interest and post-judgment
               interest and Pharmastem's motion for entry of permanent
               injunction (gp) [Entry date 02/04/04]

2/3/04   503   Declaration of Philip A. Rovner in support of Pharmastem's
               reply to CBR's opposition to Pharmastem's combined motion
               for enhanced damages, attys. fees, pre-judgment int., and
               post-judgment int., and Pharmastem's motion for entry of
               permanent injunction (gp) [Entry date 02/04/04]

☐

2/3/04   504   Reply Brief Filed by Pharmastem Inc to CorCell's and
               Cryo-Cell's opposition to Pharmastem's combined motion for
               enhanced damages, atty.fees, pre-judgment int., and
               post-judgment int., and Pharmastem's motion for entry of
               permanent injunction (gp) [Entry date 02/04/04]

2/3/04   505   Declaration of Philip A. Rovner in support of Pharmastem's
               reply brief to CorCell's and Cryo-Cell's opposition to
               Pharmastem's combined motion for enhanced damages,
               atty.fees., pre-judgment int., and post-judgment int., and
               Pharmastem's motion for entry of permanent injunction (gp)
               [Entry date 02/04/04] [Edit date 02/05/04]

2/3/04   506   UNOPPOSED MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc,
               CBR Systems Inc to Extend Page Limit for Post-Trial Briefs
               Common to all defts. re: [22-1] motion (gp)
               [Entry date 02/04/04] [Edit date 02/05/04]

2/3/04   507   Reply Brief Filed by Cyro-Cell Inc, Corcell Inc in support
               of defts. joint renewed motions for judgment as a matter of
               law under FRCP 50 or in the alternative for a new trial or
               for other post trial relief (gp) [Entry date 02/04/04]
               [Edit date 02/05/04]

2/5/04   --    So Ordered granting [22-1] motion to Extend Page Limit for
               Post-Trial Briefs Common to all defts. ( signed by Judge
               Gregory M. Sleet ) Notice to all parties. (gp)

2/10/04  508   Reply Brief Filed by Pharmastem Inc [487-1] motion to Strike
               the Affidavit of Chris Adams [Sealed] (gp)
               [Entry date 02/13/04] [Edit date 02/13/04]

2/10/04  509   Declaration of Philip Rovner in further support of
               Pharmastem's motion to strike the affidavit of Chris Adams
               (gp) [Entry date 02/13/04]

2/20/04  510   MOTION by Viacell Inc to Strike New Arguments and Evidence
               submitted in Pharmastem's reply briefs or in the Alternative
               for Leave to Take Discovery Regarding and Respond to New
               Arguments and Evidence Answer Brief due 3/5/04 re: [510-1]
               motion (gp) [Entry date 02/23/04]

3/5/04   511   Answer Brief Filed by Pharmastem Inc [510-1] motion to
               Strike New Arguments and Evidence submitted in Pharmastem's
               reply briefs or in the Alternative for Leave to Take

Discovery Regarding and Respond to New Arguments and Evidence - Reply Brief due 3/12/04 (Or in the alternative, for leave to take discovery regarding and respond to new arguments and evidence) (aw) [Entry date 03/08/04]

3/5/04   511   MOTION by Pharmastem Inc For Leave to Take Discovery Regarding and Respond to new Arguments and Evidence Answer Brief due 3/19/04 re: [511-1] motion (aw) [Entry date 03/08/04]

☐

3/5/04   512   Declaration of Nicholas Didier in Support Of Pharmastem Therapeutic, Inc.'s Opposition to Defendant Viacell, Inc.'s Motion to Strike New Arguments and Evidence submitted in Pharmastem's Reply Briefs, or in the Alternative, For Leave to Take Discovery Regarding and Respond to New Arguments and Evidence (Deficiency issued for Lack of Original Signature) (aw) [Entry date 03/08/04]

3/8/04   513   Original Declaration of Nicholas Didier in support of Pltf's Opposition to Dft ViaCell's Motion to Strike New Arugments and Evidence Submitted in Pltf's Reply Briefs (lg) [Entry date 03/09/04]

3/12/04  514   Reply Brief Filed by Viacell Inc [510-1] motion to Strike New Arguments and Evidence submitted in Pharmastem's reply briefs or in the Alernative for Leave to Take Discovery Regarding and Respond to New Arguments and Evidence (aw) [Entry date 03/15/04]

3/12/04  515   Letter from counsel to the defendant to Judge Sleet RE: Possible Oral Argument on the Motion to Strike (aw) [Entry date 03/15/04]

6/30/04  516   MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc  with Proposed Order For Temporary Restraining Order and Injunctive Relief While Court's Ruling on Post-Trial Motions is Pending Answer Brief due 7/14/04 re: [516-1] motion (aw) [Entry date 07/01/04]

6/30/04  517   SEALED Declaration of Philip M. Howard (aw) [Entry date 07/01/04]

6/30/04  518   SEALED Declaration of Helen Rene Stutzman in Support of Defendant's Motion for Injunctive Relief Pending the Court's Ruling on Post-Trial Motions (aw) [Entry date 07/01/04]

6/30/04  519   SEALED Declaration of Corinne Paquin in Support of Defendants' Motion for Injunctive Relief Pending the Court's Ruling on Post-Trial Motions (aw) [Entry date 07/01/04]

6/30/04  520   SEALED Declaration of Gerald Maass (aw) [Entry date 07/01/04]

6/30/04  521   MEMORANDUM OF POINTS AND AUTHORITIES Filed by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc in Support of [516-1] motion For

Temporary Restraining Order and Injunctive Relief While
Court's Ruling on Post-Trial Motions is Pending  -- Answer
Brief due 7/14/04 (aw) [Entry date 07/01/04]

☐

6/30/04  522  SEALED Declaration of Marcia A. Laleman (aw)
[Entry date 07/01/04]

6/30/04  523  SEALED Declaration of Matthew Hethcoat in Support of
Defendants' Motion for Injunctive Relief Pending the
Court's Ruling on Post-Trial Motions (aw)
[Entry date 07/01/04]

6/30/04  524  SEALED Declaration of H. Gustaf Trapp in Support of
Defendant's Motion for Injunctive Relief Pending the
Court's Ruling on Post-Trial Motions (aw)
[Entry date 07/01/04]

6/30/04  525  JOINT MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc,
CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc  with
Proposed Order For an Expedited Briefing Schedule and
Prompt Hearing Answer Brief due 7/14/04 re: [525-1] motion
(aw) [Entry date 07/01/04]

7/1/04  526  Letter to Judge Sleet from Richard D. Kirk, Esq. enclosing
a courtesy copy of the Joint Motion for Expedited Briefing
Schedule and Prompt Hearing; Counsel requests prompt
consideration of their emergency motion (aw)

7/2/04  --  So Ordered granting [516-1] motion For Temporary
Restraining Order and Injunctive Relief While Court's
Ruling on Post-Trial Motions is Pending ( signed by Judge
Gregory M. Sleet ) Notice to all parties. (aw)

7/2/04  --  So Ordered granting [525-1] motion For an Expedited
Briefing Schedule and Prompt Hearing ( signed by Judge
Gregory M. Sleet ) Notice to all parties. (aw)

7/2/04  --  Deadline updated; reset Answer Brief Deadline to 7/7/04
for the Plaintiff to respond to Defendants' Motion for
Injunctive Relief While Court's Ruling on Post-Trial
Motions is Pending, and  reset Reply Brief Deadline to
7/9/04 (aw)

7/2/04  527  Letter to Judge Sleet from Philip Rovner, Esq. in response
to the Defendants' joint motion for a temporary restraining
order and injunctive relief, and the accompanying motion
for expedited briefing schedule (aw) [Entry date 07/06/04]

7/7/04  528  OPPOSITION by Pharmastem Inc to Viacell's, Cryo-Cell
Intl's, Corcell's & CBR Systems' Joint [516-1] Motion For
Temporary Restraining Order and Injunctive Relief While
Court's Ruling on Post-Trial Motions is Pending and Motion
to Dissolve This Court's Order of the Prelim Inj (lg)
[Entry date 07/08/04]

☐

7/7/04  529  Declaration of Amanda M. Fox in Support of Pharmastem's
Opposition to Viacell's, Cryo-Cell Intl's, Corcell's & CBR
Systems' Joint Motion for TRO and Injunctive Relief and

Motion to Dissolve This Court's Order of the Prelim Inj (lg)
[Entry date 07/08/04]

7/8/04   530   Letter from cnsl for the Pltf with the Original Declaration
of Amanda M. Fox (lg) [Entry date 07/09/04]

7/8/04   531   Letter from cnsl for the Pltf to Judge Sleet RE: an issue
that came to cnsl's attention after the Pltf had filed its
Opposition to ViaCell's, Cryo-Cell's, CorCell's & CBR's
Joint Motion for TRO and Inj Relief and Motion to Dissolve
this Court's Order of the Prelim Inj (lg)
[Entry date 07/09/04]

7/9/04   532   Letter from James J. Rodgers, Esq. to Judge Sleet RE: D.I.
531 (lg)

7/9/04   533   SEALED Reply Memorandum in Support of Their Joint Motion For
Temporary Restraining Order And Injunctive Relief While
Court's Ruling on Post-Trial Motions is Pending - Filed by
Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc,
Birthcells Tech Inc, Bio-cell Inc (aw) [Entry date 07/12/04]
[Edit date 07/12/04]

7/29/04   534   **Terminated attorney David Allan Felice for Viacell Inc
Notice of attorney appearance for Viacell Inc by Jeffrey
Moyer, Esq. (aw) [Entry date 08/02/04]

8/4/04   535   MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
Systems Inc, et al with Proposed Order To Hold Pharmastem
in Contempt and for Appropriate Sanctions Answer Brief due
8/18/04  re: [535-1] motion (aw) [Entry date 08/05/04]

8/4/04   536   MEMORANDUM OF POINTS AND AUTHORITIES Filed by Viacell Inc,
Cyro-Cell Inc, Corcell Inc, CBR Systems Inc in support of
it Joint [535-1] motion To Hold Pharmastem in Contempt and
for Appropriate Sanctions  - Answer Brief due 8/18/04 (aw)
[Entry date 08/05/04]

8/4/04   537   MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
Systems Inc  with Proposed Order For an Expedited Briefing
Schedule and Prompt Hearing Answer Brief due 8/18/04  re:
[537-1] motion (aw) [Entry date 08/05/04]

8/5/04   538   Letter to Judge Sleet from Philip A. Rovner, Esq. regarding
defendants' joint motion to hold PharmaStem in contempt and
for appropriate sanctions (aw) [Entry date 08/06/04]

8/5/04   539   Letter to Judge Sleet from Richard D. Kirk, Esq. requesting
a teleconference re: Joint Motion to Hold Plaintiff in
Contempt and for Appropriate Sanctions to be scheduled by
the court (aw) [Entry date 08/09/04]

8/6/04   --   Telephone conference held; Judge Sleet presiding; Crt.
Rptr. V. Gunning; Court will give counsel an opportunity to
agree upon a solution and/or change the language in the
press release to provide at the very least, a temporary
remedy to this situation; Opposition briefing is STAYED;
Counsel will report back to the court on their progress;
Counsel will need to contact chambers to setup another

```
                     telephone conference (aw) [Entry date 08/11/04]

8/6/04    540        Letter to Judge Sleet from Richard D. Kirk, Esq. submitting
                     a modified proposed order (as Exhibit B) to modify the
                     court's 7/2/04 Order (aw) [Entry date 08/11/04]

8/6/04    541        Proposed Modified Order (to modify 7/2/04 Order) filed by
                     Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc,
                     Birthcells Tech Inc, Bio-cell Inc (aw) [Entry date 08/11/04]

8/20/04   542        Letter to Judge Sleet from Richard D. Kirk, Esq. requesting
                     that the court enter the proposed order (D.I. 541) filed on
                     8/6/04 by the Defendants (aw) [Entry date 08/23/04]

8/23/04   543        Letter to Judge Sleet from Philip Rovner, Esq. in response
                     to defendants' letters of August 6 and 20, 2004 requesting
                     that the court deny defendants' request for an amended
                     order (aw)
```

## END OF DOCKET: 1:02cv148

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/13/2004 12:03:40 | | | |
| **PACER Login:** | pc0208 | **Client Code:** | 40923-0001 |
| **Description:** | docket report | **Search Criteria:** | 1:02cv00148 |
| **Billable Pages:** | 54 | **Cost:** | 3.78 |