1  PAUL J. ANDRE, Bar No. 196585
2  LISA KOBIALKA, Bar No. 191404
   PERKINS COIE LLP
3  101 Jefferson Drive
   Menlo Park, CA 94025-1114
4  Telephone: (650) 838-4300
5  Facsimile: (650) 838-4350

6  Attorneys for PharmaStem Therapeutics, Inc.

7

                    IN THE UNITED STATES DISTRICT COURT
8                     NORTHERN DISTRICT OF CALIFORNIA
9                          SAN FRANCISCO DIVISION

10

11 | PHARMASTEM THERAPEUTICS, INC., a     | Case No.: 04-3072 JSW
   | Delaware corporation,                |
12 |                                      |
   |              Plaintiff,              | [PROPOSED] ORDER GRANTING
13 |                                      | PHARMASTEM THERAPEUTICS,
   |         v.                           | INC.'S MOTION TO DISMISS
14 |                                      | DEFENDANT CBR'S FIRST, SECOND,
   | CORD BLOOD REGISTRY, INC. dba CBR, a | THIRD, FOURTH, FIFTH, SIXTH AND
15 | Delaware corporation, and SUTTER HEALTH, | SEVENTH COUNTERCLAIMS
   | INC., a California corporation,      |
16 |                                      | Judge:    Jeffrey S. White
   |              Defendants.             | Location: Courtroom 2
17 |                                      | Date:     December 10, 2004 at 9:00 a.m.
18 |                                      |
19 | AND RELATED COUNTERCLAIMS            |
20 |                                      |

21

22

23

24

25

26

27

28 [PROPOSED] ORDER GRANTING PHARMASTEM THERAPEUTICS, INC.'S
   MOTION TO DISMISS DEFENDANT CBR'S FIRST, SECOND, THIRD, FOURTH,
   FIFTH, SIXTH AND SEVENTH COUNTERCLAIMS
   CASE NO. 04-3072 JSW                  -1-                    [40923-0005/BY042570.121]

1  Plaintiff PharmaStem Therapeutics, Inc.'s Motion to Dismiss Defendant CBR's First, Second, Third Fourth, Fifth, Sixth and Seventh Counterclaims, having come before this Court and good cause appearing,

IT IS HEREBY ORDERED that CBR's First Counterclaim, Second Counterclaim, Third Counterclaim, Fourth Counterclaim, Fifth Counterclaim, Sixth Counterclaim and Seventh Counterclaim be dismissed with prejudice.

DATED: _____

By _____
**JEFFREY S. WHITE**
**UNITED STATES DISTRICT JUDGE**