1  PAUL J. ANDRE, Bar No. 196585
2  LISA KOBIALKA, Bar No. 191404
   PERKINS COIE LLP
3  101 Jefferson Drive
   Menlo Park, CA 94025-1114
4  Telephone: (650) 838-4300
   Facsimile: (650) 838-4350
5
6  Attorneys for PharmaStem Therapeutics, Inc.
7
        IN THE UNITED STATES DISTRICT COURT
8          NORTHERN DISTRICT OF CALIFORNIA
              SAN FRANCISCO DIVISION
9
10
11 PHARMASTEM THERAPEUTICS, INC., a          Case No.: 04-3072 JSW
   Delaware corporation,
12
              Plaintiff,                     NOTICE OF ERRATA FOR
13                                           PHARMASTEM THERAPEUTICS,
        v.                                   INC.'S MOTION TO DISMISS
14                                           DEFENDANT CBR'S FIRST, SECOND,
   CORD BLOOD REGISTRY, INC. dba CBR, a      THIRD, FOURTH, FIFTH AND SIXTH
15 Delaware corporation, and SUTTER HEALTH,  COUNTERCLAIMS
   INC., a California corporation,
16
              Defendants.                    Judge:    Jeffrey S. White
17                                           Location: Courtroom 2
                                             Date:     December 10, 2004 at 9:00 a.m.
18
19
   AND RELATED COUNTERCLAIMS
20
21
22
23
24
25
26
27
28
   PHARMASTEM THERAPEUTICS, INC.'S MOTION TO DISMISS DEFENDANT
   CBR'S FIRST, SECOND THIRD, FOURTH, FIFTH AND SIXTH COUNTERCLAIMS
   CASE NO. 04-3072 JSW             -1-                         [40923-0005/BY042580.063]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## NOTICE OF ERRATA

PharmaStem Therapeutics, Inc. ("PharmaStem") files this Notice of Errata in connection with its Motion to Dismiss Defendant CBR's First, Second, Third, Fourth, Fifth, Sixth and Seventh Counterclaims ("Motion to Dismiss"), filed on September 13, 2004. The caption, as well as the accompanying papers, including the Declaration of Lisa Kobialka In Support of the Motion to Dismiss and Proposed Order inadvertently included reference to the seventh counterclaim. The Motion to Dismiss, however, is only directed toward Cord Blood Registry, Inc.'s first, second, third, fourth, fifth and sixth counterclaims, and does not address the seventh counterclaim. Consequently, PharmaStem is hereby submitting an Amended Motion to Dismiss with accompanying papers to reflect this change.

DATED: September 14, 2004                                  **PERKINS COIE LLP**

By: _____/s/_____
Paul J. Andre
Attorneys for Plaintiff PharmaStem Therapeutics, Inc

---

PHARMASTEM THERAPEUTICS, INC.'S MOTION TO DISMISS DEFENDANT
CBR'S FIRST, SECOND THIRD, FOURTH, FIFTH AND SIXTH COUNTERCLAIMS
CASE NO. 04-3072 JSW                        -1-                        [40923-0005/BY042580.063]