1  PAUL J. ANDRE, Bar No. 196585
2  LISA KOBIALKA, Bar No. 191404
   PERKINS COIE LLP
3  101 Jefferson Drive
   Menlo Park, CA 94025-1114
4  Telephone: (650) 838-4300
5  Facsimile: (650) 838-4350

6  Attorneys for PharmaStem Therapeutics, Inc.

7

   IN THE UNITED STATES DISTRICT COURT
8  NORTHERN DISTRICT OF CALIFORNIA
   SAN FRANCISCO DIVISION
9

10

11 PHARMASTEM THERAPEUTICS, INC., a      Case No.: 04-3072 JSW
   Delaware corporation,
12
            Plaintiff,
13                                         DECLARATION OF LISA KOBIALKA
   v.                                      IN SUPPORT OF PHARMASTEM
14                                         THERAPEUTICS, INC.'S MOTION TO
   CORD BLOOD REGISTRY, INC. dba CBR, a    DISMISS DEFENDANT CBR'S FIRST,
15 Delaware corporation, and SUTTER HEALTH, SECOND, THIRD, FOURTH, FIFTH
   INC., a California corporation,         AND SIXTH COUNTERCLAIMS
16
            Defendants.                    Judge:    Jeffrey S. White
17                                         Location: Courtroom 2
                                           Date:     December 10, 2004 at 9:00 a.m.
18

19
   AND RELATED COUNTERCLAIMS
20

21

22

23

24

25

26

27
   DECLARATION OF LISA KOBIALKA IN SUPPORT OF PHARMASTEM
28 THERAPEUTICS, INC.'S MOTION TO DISMISS DEFENDANT CBR'S FIRST,
   SECOND, THIRD, FOURTH, FIFTH AND SIXTH COUNTERCLAIMS
   CASE NO. 04-3072 JSW                    -1-                    [40923-0005/BY042580.064]

# DECLARATION OF LISA KOBIALKA

I, Lisa Kobialka, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am an associate with Perkins Coie LLP, counsel for plaintiff PharmaStem Therapeutics, Inc. ("PharmaStem") in this action. I make this declaration in support of PharmaStem's Motion to Dismiss Defendant CBR'S First, Second, Third, Fourth, Fifth and Sixth Counterclaims. I have personal knowledge of the facts set forth herein except as otherwise stated, and if called upon I could and would testify to the following facts:

2. Attached hereto as Exhibit A is a true and correct copy of the Joint Motion for Temporary Restraining Order and Injunctive Relief While Court's Ruling On Post-Trial Motions Is Pending ("Joint Motion For TRO and Injunctive Relief"), filed by Cord Blood Registry, Inc. ("CBR") and other defendants in the case entitled *PharmaStem Therapeutics, Inc. v. ViaCell, Inc. et al.*, Civil Case No. 02-148-GMS ("Delaware Action").

3. Attached hereto as Exhibit B is a true and correct copy of PharmaStem's July 2, 2004 submission to the Court in the Delaware Action in response to the Joint Motion and PharmaStem's Opposition to the Joint Motion For TRO and Injunctive Relief and PharmaStem's Opposition to the Joint Motion.

4. Attached hereto as Exhibit C is a true and correct copy of the Joint Motion To Hold PharmaStem In Contempt And For Appropriate Sanctions ("Joint Motion for Contempt") and Memorandum of Points and Authorities In Support of the Joint Motion for Contempt filed in the Delaware Action.

5. Attached hereto as Exhibit D is a true and correct copy of the docket for the Delaware Action as of September 13, 2004.

1

2      I declare under penalty of perjury that the foregoing is true and correct.

3

4   DATED:  September 14, 2004

                                           **PERKINS COIE LLP**

5

6

                                           By ___/s/_____

7
                                           Lisa Kobialka, Esq.
                                           Attorneys for PharmaStem Therapeutics, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   DECLARATION OF LISA KOBIALKA IN SUPPORT OF PHARMASTEM
THERAPEUTICS, INC.'S MOTION TO DISMISS DEFENDANT CBR'S FIRST,
SECOND, THIRD, FOURTH, FIFTH AND SIXTH COUNTERCLAIMS
CASE NO. 04-3072 JSW           -3-               [40923-0005/BY042580.064]