Docket as of August 23, 2004 8:02 pm                Web PACER (v2.4)

# U.S. District Court

## U. S. District Court of Delaware (Wilmington)

## CIVIL DOCKET FOR CASE #: 02-CV-148

### Pharmastem, et al v. Viacell Inc, et al

Filed: 02/22/02
Assigned to: Judge Gregory M. Sleet
Jury demand: Both
Demand: $0,000
Nature of Suit: 830
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 35:271 Patent Infringement

```
PHARMASTEM THERAPEUTICS INC.        Philip A. Rovner
      plaintiff                     [COR LD NTC]
                                    Potter Anderson & Corroon, LLP
                                    1313 N. Market St., Hercules
                                    Plaza, 6th Flr.
                                    P.O. Box 951
                                    Wilmington, DE 19899-0951
                                    (302) 984-6000


    v.


VIACELL INC                         Jeffrey L. Moyer
      defendant                     [COR LD NTC]
                                    Richards, Layton & Finger
                                    One Rodney Square
                                    P.O. Box 551
                                    Wilmington, DE 19899
                                    (302) 658-6541

                                    David Allan Felice
                                    [term 07/29/04]
                                    [COR LD NTC]
                                    Cozen & O'Connor
                                    Chase Manhattan Centre
                                    1201 North Market St., Suite
                                    1400
                                    Wilmington, DE 19801
                                    (302) 295-2000
```

EXHIBIT D

```
CYRO-CELL INTERNATIONAL INC          Robert F. Stewart, Jr.
      defendant                      [COR LD NTC]
                                     Dilworth Paxson LLP
                                     First Federal Plaza
                                     Suite 500
                                     Wilmington, DE 19801
                                     (215) 575-7110
   ☐


CORCELL INC                          Robert F. Stewart, Jr.
      defendant                      (See above)
                                     [COR LD NTC]


STEMCYTE INC                         Robert F. Stewart, Jr.
      defendant                       [term  09/10/03]
   [term  09/10/03]                  (See above)
                                     [COR LD NTC]


CBR SYSTEMS INC                      Richard D. Kirk
fka                                  [COR LD NTC]
Cord Blood Registry Inc              Morris, James, Hitchens &
      defendant                      Williams
                                     222 Delaware Ave.
                                     P.O. Box 2306
                                     Wilmington, DE 19899
                                     (302) 888-6800


BIRTHCELLS TECHNOLOGY INC            Robert F. Stewart, Jr.
      defendant                      (See above)
                                     [COR LD NTC]


NUSTEM TECHNOLOGIES INC
      defendant
   [term  07/10/02]


BIO-CELL INC                         Robert F. Stewart, Jr.
      defendant                      (See above)
                                     [COR LD NTC]


=================================


VIACELL INC                          Jeffrey L. Moyer
      counter-claimant               [COR LD NTC]
                                     Richards, Layton & Finger
                                     One Rodney Square
                                     P.O. Box 551
                                     Wilmington, DE 19899
                                     (302) 658-6541


      v.


PHARMASTEM THERAPEUTICS INC.         Philip A. Rovner
   ☐

      counter-defendant              [COR LD NTC]
                                     Potter Anderson & Corroon, LLP
                                     1313 N. Market St., Hercules
                                     Plaza, 6th Flr.
                                     P.O. Box 951
                                     Wilmington, DE 19899-0951
```

(302) 984-6000

========================

STEMCYTE INC
    counter-claimant
[term 09/10/03]

Robert F. Stewart, Jr.
 [term 09/10/03]
[COR LD NTC]
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801
(215) 575-7110

    v.

PHARMASTEM THERAPEUTICS INC.
    counter-defendant

Philip A. Rovner
[COR LD NTC]
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules
Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000

========================

BIRTHCELLS TECHNOLOGY INC
    counter-claimant

Robert F. Stewart, Jr.
[COR LD NTC]
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801
(215) 575-7110

    v.

PHARMASTEM THERAPEUTICS INC.
    counter-defendant

Philip A. Rovner
[COR LD NTC]
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules

&#9633;

Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000

========================

CORCELL INC
    counter-claimant

Robert F. Stewart, Jr.
[COR LD NTC]
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801
(215) 575-7110

    v.

PHARMASTEM THERAPEUTICS INC.

Philip A. Rovner

```
            counter-defendant          [COR LD NTC]
                                        Potter Anderson & Corroon, LLP
                                        1313 N. Market St., Hercules
                                        Plaza, 6th Flr.
                                        P.O. Box 951
                                        Wilmington, DE 19899-0951
                                        (302) 984-6000


========================================

CYRO-CELL INTERNATIONAL INC             Robert F. Stewart, Jr.
       counter-claimant                 [COR LD NTC]
                                        Dilworth Paxson LLP
                                        First Federal Plaza
                                        Suite 500
                                        Wilmington, DE 19801
                                        (215) 575-7110


       v.

PHARMASTEM THERAPEUTICS INC.            Philip A. Rovner
       counter-defendant                [COR LD NTC]
                                        Potter Anderson & Corroon, LLP
                                        1313 N. Market St., Hercules
                                        Plaza, 6th Flr.
                                        P.O. Box 951
                                        Wilmington, DE 19899-0951
                                        (302) 984-6000
[]

========================================

VIACELL INC                             Jeffrey L. Moyer
       counter-claimant                 [COR LD NTC]
                                        Richards, Layton & Finger
                                        One Rodney Square
                                        P.O. Box 551
                                        Wilmington, DE 19899
                                        (302) 658-6541

                                        David Allan Felice
                                        [term  07/29/04]
                                        [COR LD NTC]
                                        Cozen & O'Connor
                                        Chase Manhattan Centre
                                        1201 North Market St., Suite
                                        1400
                                        Wilmington, DE 19801
                                        (302) 295-2000


       v.

PHARMASTEM THERAPEUTICS INC.            Philip A. Rovner
       counter-defendant                [COR LD NTC]
                                        Potter Anderson & Corroon, LLP
                                        1313 N. Market St., Hercules
                                        Plaza, 6th Flr.
                                        P.O. Box 951
                                        Wilmington, DE 19899-0951
                                        (302) 984-6000
```

Case 1:05-cv-00153-GMS   Document 124-5   Filed 03/31/2005   Page 5 of 49

☐

---

# DOCKET PROCEEDINGS

---

| DATE | # | DOCKET ENTRY |
|------|---|--------------|
| 2/22/02 | 1 | COMPLAINT filed; Mag consent notice to Pltf.   FILING FEE $ 150.00 RECEIPT # 131973 (mwm) |
| 2/22/02 | -- | DEMAND for jury trial by Pharmastem Inc (mwm) |
| 2/22/02 | -- | SUMMONS(ES) issued for Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech Inc, Nustem Tech Inc, Bio-cell Inc (mwm) |
| 2/22/02 | 2 | Report to Commissioner of Patents and Trademarks. Exit original. Re: 5,004,681, 5,192,533 (mwm) |
| 2/25/02 | 3 | RETURN OF SERVICE executed as to Viacell Inc 2/22/02 Answer due on 3/14/02 for Viacell Inc (db) |
| 2/25/02 | 4 | RETURN OF SERVICE executed as to Cyro-Cell Inc 2/22/02 Answer due on 3/14/02 for Cyro-Cell Inc (db) |
| 2/25/02 | 5 | RETURN OF SERVICE executed as to Corcell Inc 2/22/02 Answer due on 3/14/02 for Corcell Inc (db) |
| 2/25/02 | 6 | RETURN OF SERVICE executed as to Stemcyte Inc 2/22/02 Answer due on 3/14/02 for Stemcyte Inc (db) |
| 2/25/02 | 7 | RETURN OF SERVICE executed as to CBR Systems Inc 2/22/02 Answer due on 3/14/02 for CBR Systems Inc (db) |
| 2/25/02 | 8 | RETURN OF SERVICE executed as to Birthcells Tech Inc 2/22/02 Answer due on 3/14/02 for Birthcells Tech Inc (db) |
| 2/25/02 | 9 | RETURN OF SERVICE executed as to Nustem Tech Inc 2/22/02 Answer due on 3/14/02 for Nustem Tech Inc (db) |
| 2/25/02 | 10 | RETURN OF SERVICE executed as to Bio-cell Inc 2/22/02 Answer due on 3/14/02 for Bio-cell Inc (db) |
| 2/28/02 | 11 | Praecipe filed by Pharmastem Inc to effectuate service upon defendant Bio-Cell, Inc., c/o Secretary of State for DE. (rc) |
| 2/28/02 | -- | ALIAS SUMMONS issued for Bio-cell Inc., c/o DE Secretary of State. (rc) |

| | | |
|---|---|---|
| 3/1/02 | 12 | RETURN OF SERVICE executed as to Bio-cell Inc 2/28/02 Answer due on 3/20/02 for Bio-cell Inc (rc) |
| 3/6/02 | 13 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (gp) |
| 3/8/02 | 14 | AFFIDAVIT of counsel for pltf. of service pursuant to 10 Dec.Sec.3104 on defts. CBR Systems and BirthCells return receipt on 03/02/02 and 02/28/02 (gp) [Entry date 03/11/02] |
| 3/14/02 | 15 | STIPULATION extending time through and including 03/28/02 for deft. ViaCell to answer or respond to complaint (gp) |
| □ | | [Entry date 03/19/02] |
| 3/18/02 | 16 | STIPULATION extending time until 03/28/02 for deft. Cryo-Cell to answer or respond to complaint (gp) [Entry date 03/19/02] |
| 3/18/02 | 17 | Return of service unexecuted as to Bio-cell Inc (gp) [Entry date 03/19/02] |
| 3/19/02 | 18 | STIPULATION extending time to and inlcuding 03/28/02 for deft. Corcell to repsond to compliant (gp) [Entry date 03/26/02] |
| 3/20/02 | -- | So Ordered granting [15-1] stipulation extending time through and including 03/28/02 for deft. ViaCell to answer or respond to complaint ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 3/20/02 | -- | So Ordered granting [16-1] stipulation extending time until 03/28/02 for deft. Cryo-Cell to answer or respond to complaint ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 3/22/02 | 19 | MOTION by Corcell Inc for Lisa Burgin Conte to Appear Pro Hac Vice re: [19-1] motion (gp) [Entry date 03/26/02] |
| 3/25/02 | 20 | AMENDED COMPLAINT by Pharmastem Inc , (Answer due 4/4/02 for Bio-cell Inc, for Nustem Tech Inc, for Birthcells Tech Inc, for CBR Systems Inc, for Stemcyte Inc, for Corcell Inc, for Cyro-Cell Inc, for Viacell Inc ) amending [1-1] complaint (gp) [Entry date 03/26/02] |
| 3/26/02 | -- | So Ordered granting [19-1] motion for Lisa Burgin Conte to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) [Entry date 03/27/02] |
| 3/26/02 | 23 | MOTION by Corcell Inc for Evelyn H. McConathy to Appear Pro Hac Vice re: [21-1] motion for James J. Rodgers to Appear Pro Hac Vice (gp) [Entry date 04/01/02] |
| 3/27/02 | -- | So Ordered granting [18-1] stipulation extending time to and including 03/28/02 for deft. Corcell to respond to complaint ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |

Case 1:05-cv-00453-GMS   Document 124-5   Filed 03/31/2005   Page 7 of 49

3/28/02   21   MOTION by Corcell Inc for James J. Rodgers to Appear Pro
               Hac Vice re: [21-1] motion (gp) [Entry date 04/01/02]

3/29/02   22   Affidavit of Return of service by registered mail
               unexecuted as to Nustem Tech Inc (gp) [Entry date 04/01/02]
□

4/1/02    --   So Ordered  granting [21-1] motion for James J. Rodgers to
               Appear Pro Hac Vice granting [23-1] motion for Evelyn H.
               McConathy  to Appear Pro Hac Vice ( signed by Judge Gregory
               M. Sleet ) Notice to all parties. (gp)

4/3/02    24   MOTION by CBR Systems Inc for William F. Abrams and
               Kristine L. Ching of Pillsbury Winthrop LLP to Appear Pro
               Hac Vice re: [24-1] motion (gp) [Entry date 04/05/02]

4/8/02    --   So Ordered  granting [24-1] motion for William F. Abrams
               and Kristine L. Ching of Pillsbury Winthrop LLP to Appear
               Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to
               all parties. (gp)

4/8/02    25   MOTION by Pharmastem Inc for John B. Quinn, Paul J.
               Andrew, Lisa Kobialka, and Norbert Stahl to Appear Pro Hac
               Vice re: [25-1] motion (gp) [Entry date 04/10/02]

4/8/02    26   ANSWER to amended complaint and COUNTERCLAIM by Viacell Inc
               (Jeffrey Moyer David Felice ); jury demand against
               Pharmastem Inc (gp) [Entry date 04/10/02]

4/9/02    27   ANSWER by Cyro-Cell Inc  (Attorney Robert F. Stewart Jr.)
               to amended complaint (gp) [Entry date 04/10/02]

4/9/02    28   ANSWER by Corcell Inc  (Robert F. Stewart, Jr.) to amended
               complaint (gp) [Entry date 04/10/02]
               [Edit date 04/10/02]

4/9/02    29   ANSWER by Birthcells Tech Inc  (Attorney Robert F. Stewart
               Jr.) to amended complaint (gp) [Entry date 04/10/02]

4/9/02    30   ANSWER by Bio-cell Inc  (Attorney Robert F. Stewart Jr.) to
               amended complaint (gp) [Entry date 04/10/02]

4/10/02   31   ANSWER to Complaint by CBR Systems Inc  (Attorney Richard
               D. Kirk},; jury demand (gp) [Entry date 04/18/02]

4/10/02   32   MOTION by CBR Systems Inc for David A. Jakopin of
               Pillsbury Winthrop to Appear Pro Hac Vice re: [32-1]
               motion (gp) [Entry date 04/18/02]

4/11/02   33   ANSWER to Complaint by Stemcyte Inc  (Attorney Robert F.
               Stewart Jr.), (gp) [Entry date 04/18/02]

4/16/02   --   So Ordered  granting [25-1] motion for John B. Quinn, Paul
               J. Andrew, Lisa Kobialka, and Norbert Stahl to Appear Pro
               Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all
               parties. (gp) [Entry date 04/17/02]

4/16/02   34   Praecipe filed by Pharmastem Inc to issue alias summons
               upon deft. NuStem Technologies (gp) [Entry date 04/18/02]
□

4/16/02   --    ALIAS SUMMONS(ES) issued for Nustem Tech Inc  copies to:
                cnsl. (gp) [Entry date 04/18/02]

4/16/02   35    RETURN OF SERVICE executed on Secretary of State as to
                Nustem Tech Inc 4/16/02 Answer due on 5/6/02 for Nustem
                Tech Inc (gp) [Entry date 04/18/02]

4/19/02   --    So Ordered  granting [32-1] motion for David A. Jakopin of
                Pillsbury Winthrop to Appear Pro Hac Vice ( signed by Judge
                Gregory M. Sleet ) Notice to all parties. (gp)

4/26/02   36    MOTION by Viacell Inc for Paul F. Ware, Jr., John C.
                Englander, James C. Rehnquist, James W. McGarry, Russell W.
                Binns, Jr., and David O'Brien, Goodwin Procter to Appear
                Pro Hac Vice re: [36-1] motion (gp) [Entry date 05/02/02]

4/26/02   37    AFFIDAVIT by counsel of mailing by registered mail return
                receipt requested to deft. NuStem Technologies of service
                of process (gp) [Entry date 05/02/02]

4/29/02   38    ANSWER (reply) by Pharmastem Inc  to [26-2] counter claim
                of Viacell (gp) [Entry date 05/02/02]

4/29/02   39    MOTION by Pharmastem Inc to Strike deft. Stemcyte Inc's
                6th Affirmative Defense Answer Brief due 5/13/02  re:
                [39-1] motion (gp) [Entry date 05/02/02]

4/29/02   40    Opening Brief Filed by Pharmastem Inc [39-1] motion to
                Strike deft. Stemcyte Inc's 6th Affirmative Defense (gp)
                [Entry date 05/02/02]

4/29/02   41    MOTION by Pharmastem Inc to Strike deft. Viacell Inc's 5th
                Affirmative Defense Answer Brief due 5/13/02  re: [41-1]
                motion (gp) [Entry date 05/02/02]

4/29/02   42    Opening Brief Filed by Pharmastem Inc [41-1] motion to
                Strike deft. Viacell Inc's 5th Affirmative Defense (gp)
                [Entry date 05/02/02]

4/30/02   43    MOTION by Stemcyte Inc for Rick C. Chang, and Cristofer I.
                Leffler, Townsend Townsend and Crew to Appear Pro Hac Vice
                re: [43-1] motion (gp) [Entry date 05/02/02]

4/30/02   44    MOTION by Stemcyte Inc for Duane H. Mathiowetz, K.T
                Cherian, and Igor Shoiket, Townsend Townsend and Crew to
                Appear Pro Hac Vice re: [44-1] motion (gp)
                [Entry date 05/02/02]

4/30/02   45    MOTION by CBR Systems Inc for John R. Wetherell of
                Pillsburg Winthrop to Appear Pro Hac Vice re: [45-1]
                motion (gp) [Entry date 05/03/02]

5/3/02    --    So Ordered  granting [36-1] motion for Paul F. Ware, Jr.,
                John C. Englander, James C. Rehnquist, James W. McGarry,
                Russell W. Binns, Jr., and David O'Brien, Goodwin Procter
                to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet )
                Notice to all parties. (gp)

5/3/02    --    So Ordered  granting [43-1] motion for Rick C. Chang, and
               Cristofer I. Leffler, Townsend Townsend and Crew to Appear
               Pro Hac Vice granting [44-1] motion for Duane H.
               Mathiowetz, K.T Cherian, and Igor Shoiket, Townsend
               Townsend and Crew to Appear Pro Hac Vice ( signed by Judge
               Gregory M. Sleet ) Notice to all parties. (gp)

5/3/02    --    So Ordered  granting [45-1] motion for John R. Wetherell of
               Pillsbury Winthrop to Appear Pro Hac Vice ( signed by Judge
               Gregory M. Sleet ) Notice to all parties. (gp)

5/3/02    46    NOTICE from Judge Sleet of initial 16.2a telephone conf.
               scheduled for 06/17/02 9:30 (gp)

5/3/02    --    Deadline updated; set Telephone Conference for 9:30
               6/17/02 (gp)

5/10/02   47    MOTION by Pharmastem Inc for Default Judgment against
               Nustem Tech Inc Answer Brief due 5/24/02  re: [47-1] motion
               (gp) [Entry date 05/17/02] [Edit date 05/17/02]

5/10/02   48    AFFIDAVIT by Pharmastem Inc  in support of Re: [47-1]
               motion for Default Judgment against Nustem Tech Inc (gp)
               [Entry date 05/17/02]

5/13/02   49    Answer Brief Filed by Viacell Inc [41-1] motion to Strike
               deft. Viacell Inc's 5th Affirmative Defense and Motion to
               Amend Answer - Reply Brief due 5/20/02 (gp)
               [Entry date 05/17/02] [Edit date 06/07/02]

5/15/02   50    AMENDED ANSWER to Amended Complaint by Stemcyte Inc : (gp)
               [Entry date 05/17/02]

5/20/02   51    Reply Brief Filed by Pharmastem Inc [41-1] motion to Strike
               deft. Viacell Inc's 5th Affirmative Defense (gp)
               [Entry date 05/29/02]

5/20/02   52    Reply Brief Filed by Pharmastem Inc [39-1] motion to Strike
               deft. Stemcyte Inc's 6th Affirmative Defense (gp)
               [Entry date 05/29/02]

6/7/02    53    ORDER   granting [49-1] Motion of Viacell to Amend its
               Answer and Dismissing as moot DI 41 pltf. motion to strike
               ( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp)

6/7/02    54    ORDER that pltfs. motion to strike DI 39 is dimissed as
               moot in light of Stemcyte's amending its answer ( signed by
               Judge Gregory M. Sleet ) copies to: cnsl. (gp)
 □
6/7/02    55    ORDER in accordance with Rule 55(a)F.R.Civ.P., that a
               default is entered against deft. NuStem Technologies for
               failure to plead or otherwise defend, directing that pltf.
               submit w/in (10) days form the date of this order, a brief
               that fully explains why the pltf. is entitled to an entry
               of default judgment of liability in its favor ( signed by
               Judge Gregory M. Sleet ) copies to: cnsl. (gp)

6/17/02  --    Tele-conference held (rpt. Maurer) amended answers to be
               filed, no opposition from pltf. summary judgment motion to
               be filed; 16 conf. scheduled for 07/17/02 at 11:00 (gp)

6/17/02  --    Deadline updated; set Scheduling Conference for 11:00
               7/17/02 (gp)

6/18/02  56    Answer Brief Filed by Pharmastem Inc [47-1] motion for
               Default Judgment against Nustem Tech Inc (gp)
               [Entry date 06/20/02]

6/20/02  57    NOTICE from Judge Sleet of 16 conf. scheduled for 07/17/02
               at 11:00 (gp) [Entry date 06/21/02]

6/25/02  58    Steno Notes for 06/17/02 (rpt. Maurer) (gp)
               [Entry date 06/27/02]

6/28/02  59    TRANSCRIPT filed for dates of 06/17/02 (gp)

7/5/02   62    AMENDED ANSWER to Amended Complaint by Cyro-Cell Inc :
               amends (gp) [Entry date 07/12/02]

7/5/02   63    AMENDED ANSWER to Amended Complaint by Corcell Inc : amends
               (gp) [Entry date 07/12/02]

7/5/02   64    AMENDED ANSWER to Amended Complaint by Birthcells Tech Inc
               : amends (gp) [Entry date 07/12/02]

7/10/02  60    MEMORANDUM AND ORDER granting [47-1] motion for Default
               Judgment against Nustem Tech Inc; and judgment is hereby
               entered in favor of pltf.in the manner described in the
               pltfs. proposed order attached to DI 47 ( signed by Judge
               Gregory M. Sleet ) copies to: cnsl. (gp)

7/10/02  61    ORDER entering judgment of liability in favor of plaintiff
               and againt NuStem on all claims in plaintiff's complaint(
               signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp)

7/10/02  --    JUDGMENT registered against defendant Nustem Tech Inc (gp)

7/10/02  65    STATUS REPORT by Pharmastem Inc, Viacell Inc, Cyro-Cell
               Inc, Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells
               Tech Inc, Bio-cell Inc (gp) [Entry date 07/12/02]

7/10/02  66    Letter from counsel for CBR Systems, Inc., that outside
               counsel William Abrams of Pillsbury Winthrop will
               participate at 16 conf. by telephone (gp)
               [Entry date 07/12/02]

7/11/02  67    MOTION by Stemcyte Inc for Summary Judgment Answer Brief
               due 7/25/02 re: [67-1] motion (gp) [Entry date 07/12/02]

7/11/02  68    Opening Brief Filed by Stemcyte Inc [67-1] motion for
               Summary Judgment (gp) [Entry date 07/12/02]

7/11/02  69    Declaration of Robert Chow in support of Stemcyte's motion
               for summary judgment of non-infringement (gp)
               [Entry date 07/12/02]

7/11/02    70    Statement of Uncontroverted Facts in support of Stemcyte's
                 motion for summary judgment of non-infringement (gp)
                 [Entry date 07/12/02]

7/16/02    71    NOTICE by Pharmastem Inc  to take 30(b)(6) deposition of
                 Stemcyte, Inc., on 07/22/02 (gp)

7/16/02    72    Letter from local for deft. ViaCell requesting that John
                 Englander, Esq., Goodwin Proctor participate at 16 conf. by
                 phone (gp)

7/16/02    73    CERTIFICATE OF SERVICE by Pharmastem Inc of 1st set of
                 interrog., and 1st set of requests for production to defts.
                 Viacell, Cryo-Cell, Corcell, CBR Systems, Birthcells, and
                 Stemcyte (gp) [Entry date 07/18/02]

7/17/02    --    Scheduling conference  held (rpt. Maurer) Schedule Judge
                 Sleet entered as follows: markman hrg. 01/10/03 10:00 final
                 joint claim chart (1)wk before opn.brief on markman;
                 briefing on markman complete by 12/20/02;discovery cutoff
                 02/28/02; cnsl. to request permission to file summary
                 judgment motion by ltr. opn. ltr (5) pages due 03/07/03;
                 ans. ltr. (5) pages 03/14/03; reply (3) pages 3/19/03; t/c
                 to determine if summary judgment motions permited 3/24/03 at
                 9:00; if disp. mots. permitted deadline 4/7/03; cnsl. to
                 confer on expert schedule; pto due 08/11/03; pretrial conf.
                 09/08/03 2:00 (10) day jury trial 10/6/03 9:00; matter
                 referred to Mag.(cnsl. to submit stip. consistant w/above)
                 (gp) [Edit date 07/17/02]

7/17/02    --    Deadline updated;  set Scheduling Order Deadlines:
                 Discovery deadline on 2/28/03 Deadline for filing
                 dispositive motions by 4/7/03 Pretrial conference by 2:00
                 9/8/03 Trial Date Deadline 9:00 10/6/03 Proposed Pretrial
                 Order due on or before 8/11/03 (gp)

7/17/02    --    Deadline updated;  set Markman Hearing for 10:00 1/10/03,
                  set Telephone Conference for 9:00 3/24/03 (gp)

7/17/02    74    CERTIFICATE OF SERVICE by Viacell Inc of 1st set of
                 interrog. (gp) [Entry date 07/22/02]

7/17/02    75    CERTIFICATE OF SERVICE by Viacell Inc of 1st request for
                 production (gp) [Entry date 07/22/02]

7/18/02    76    CERTIFICATE OF SERVICE by Viacell Inc of 1st request for
                 production (gp) [Entry date 07/22/02]

7/18/02    77    CERTIFICATE OF SERVICE by Viacell Inc of 1st set of
                 interrog. (gp) [Entry date 07/22/02]

7/19/02    78    TRANSCRIPT filed  for dates of 07/17/02 (gp)
                 [Entry date 07/22/02]

7/22/02    79    Steno Notes for 07/17/02 (rpt. Maurer) (gp)

7/24/02    80    STIPULATION extending deadline to and including 08/26/02
                 for Pharmastem to file its answering brief in opposition to
                 deft. StemCyte's motion for summary judgment (gp)

```
                    [Entry date 07/25/02]

7/26/02   --    So Ordered  granting [80-1] stipulation extending time to
                and including 08/26/02 for PharmaStem to file ans.brief in
                opposition to motion for summary judgment ( signed by Judge
                Gregory M. Sleet ) Notice to all parties. (gp)

7/26/02   --    Deadline updated;  reset Answer Brief Deadline to 8/26/02
                re: [67-1] motion for Summary Judgment (gp)

7/26/02   81    Proposed Scheduling Order filed by Pharmastem Inc, Viacell
                Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems
                Inc, Birthcells Tech Inc, Bio-cell Inc (gp)
                [Entry date 07/29/02]

7/30/02   --    So Ordered  granting [81-1] proposed Scheduling Order as
                follows: initial discl.07/31/02; joinder/amend 01/24/03;
                joint claim chart 11/8/02; opn.brief on claim construction
                11/12/02; responsive brief 12/10/02; reply 12/20/02;
                markman hrg. 01/10/03 10:00; fact discovery 02/28/03;
                expert rpt.02/18/03; rebuttal rpt. 03/07/03; expert cutoff
                05/09/03;matter referred to mag.;pre-filing ltr.on summary
                judgment motions opn.ltr.03/07/03; opposition letter
                03/14/03; reply ltr. 03/19/02; t/c 03/24/03 9:00 for
                pre-filing conf.; disp.motions is permitted 04/07/03; pto
                due 08/11/03; pretrial conf. 09/03/03 2:00; (10) day jury
                trial 10/6/03  ( signed by Judge Gregory M. Sleet ) Notice
                to all parties. (gp)

7/31/02   82    Corcell's Rule 26 Disclosure Statement (gp)
                [Entry date 08/01/02]

7/31/02   83    Cryo-Cell's Rule 26 Disclosure Statement (gp)
                [Entry date 08/01/02]
[]
7/31/02   84    Birthcells's Rule 26 Disclosure Statement (gp)
                [Entry date 08/01/02]

7/31/02   85    CERTIFICATE OF SERVICE by Viacell Inc of initial diclosures
                (gp) [Entry date 08/02/02]

7/31/02   86    CERTIFICATE OF SERVICE by CBR Systems Inco of initial
                diclosures (gp) [Entry date 08/02/02]

8/1/02    87    CERTIFICATE OF SERVICE by Pharmastem Inc of initial
                disclosures (gp) [Entry date 08/02/02]

8/1/02    88    MOTION by CBR Systems Inc for Chang H. Kim of Pillsbury
                Winthrop to Appear Pro Hac Vice re: [88-1] motion (gp)
                [Entry date 08/02/02]

8/2/02    --    So Ordered  granting [88-1] motion for Chang H. Kim of
                Pillsbury Winthrop to Appear Pro Hac Vice ( signed by Judge
                Gregory M. Sleet ) Notice to all parties. (gp)

8/8/02    89    Letter to Clerk dated 08/07/02 from Darryl W. Shorter re:
                Notices of Service re: Discovery Materials. (bkb)
                [Entry date 08/12/02]
```

8/8/02    90    CERTIFICATE OF SERVICE by Corcell Inc re: 1st Set of
                Interrogatories. (bkb) [Entry date 08/12/02]

8/8/02    91    CERTIFICATE OF SERVICE by Cyro-Cell Inc re: 1st Set of
                Interrogatories. (bkb) [Entry date 08/12/02]

8/8/02    92    CERTIFICATE OF SERVICE by Birthcells Tech Inc re: 1st Set
                of Interrogatories. (bkb) [Entry date 08/12/02]

8/13/02   93    Letter to Judge Sleet from Philip A. Rovner re stipulated &
                proposed protective order. (bkb) [Entry date 08/15/02]

8/13/02   94    STIPULATION, with proposed order, re PROTECTIVE ORDER. (bkb)
                [Entry date 08/15/02]

8/13/02   95    Letter to Clerk from Lisa Burgin Conte re: Exhibits 5 and 6
                to Robert Chow declaration (DI 69) (bkb)
                [Entry date 08/15/02]

8/20/02   --    So Ordered  granting [94-1] stipulated Protective Order (
                signed by Judge Gregory M. Sleet ) Notice to all parties.
                (gp) [Entry date 08/22/02]

8/21/02   96    CERTIFICATE OF SERVICE by CBR Systems Inc of objections and
                responses to interrog. nos. 1-10 and response to request
                for production 1-129 (gp) [Entry date 08/26/02]

8/23/02   97    CERTIFICATE OF SERVICE by Viacell Inc of responses to 1st
                set of requests for production (gp) [Entry date 08/26/02]

8/23/02   98    CERTIFICATE OF SERVICE by Viacell Inc of response to 1st
                set of interrog. nos. 1-11 (gp) [Entry date 08/26/02]

8/23/02   99    CERTIFICATE OF SERVICE by Corcell Inc of objections and
                answers to pltf. 1st set of requests for production (gp)
                [Entry date 08/27/02]

8/23/02   100   CERTIFICATE OF SERVICE by Corcell Inc of responses and
                objections to interrog. nos. 1-6 and 8 (gp)
                [Entry date 08/27/02]

8/23/02   101   CERTIFICATE OF SERVICE by Corcell Inc of responses and
                objections to interrog. no. 7 (gp) [Entry date 08/27/02]

8/23/02   102   CERTIFICATE OF SERVICE by Birthcells Tech Inc of objections
                and answers to pltf. 1st set of requests for production (gp)
                [Entry date 08/27/02]

8/23/02   103   CERTIFICATE OF SERVICE by Birthcells Tech Inc of responses
                and objections to interrog. nos. 1-6 and 8 (gp)
                [Entry date 08/27/02]

8/23/02   104   CERTIFICATE OF SERVICE by Birthcells Tech Inc of responses
                and objections to interrog. no. 7 (gp) [Entry date 08/27/02]

8/23/02   105   CERTIFICATE OF SERVICE by Cyro-Cell Inc of objections and
                answers to 1st set of requests for production (gp)
                [Entry date 08/27/02]

8/23/02  106  CERTIFICATE OF SERVICE by Cyro-Cell Inc of responses and objections to interrog. nos. 1-8 (gp) [Entry date 08/27/02]

8/23/02  107  CERTIFICATE OF SERVICE by CBR Systems Inc of 1st set of interrog. 1-28 (gp) [Entry date 08/27/02]

8/23/02  108  CERTIFICATE OF SERVICE by CBR Systems Inc of 1st requests for production nos. 1-39 (gp) [Entry date 08/27/02]

8/26/02  109  Answer Brief Filed by Pharmastem Inc [67-1] motion for Summary Judgment - Reply Brief due 9/3/02 [Sealed] (gp) [Entry date 08/27/02]

8/26/02  110  Pharmastem's separate statement of facts in dispute submitted in support of its answering brief in opposition to Stemcyte's motion for summary judmgent of non-infringement [Sealed] (gp) [Entry date 08/27/02]

8/26/02  111  Declaration of Philip A. Rovner in support of Pharmastem's answering brief in opposition to Stemcyte's motion for summary judgment of non-infringement [Sealed] (gp) [Entry date 08/27/02]

□

8/27/02  112  CERTIFICATE OF SERVICE by Pharmastem Inc of response to Viacell's 1st set of requests for productino and 1st set of interrog. (gp)

8/27/02  113  Declaration of Philip A. Rovner in support of Pharmastem's answering brief in opposition to Stemcyte's motion for summary judgment of non-infringement [Sealed] (gp)

8/28/02  114  NOTICE by Pharmastem Inc to take 30(b)(6) deposition of Viacell on 09/12/02 at 9:30 (gp) [Entry date 09/09/02]

8/28/02  115  NOTICE by Pharmastem Inc to take 30(b)(6) deposition of CBR Systems, Inc., on 09/13/02 at 9:30 (gp) [Entry date 09/09/02]

8/28/02  116  NOTICE by Pharmastem Inc to take 30(b)(6) deposition of Cryo-Cell, Inc., on 09/16/02 at 9:30 (gp) [Entry date 09/09/02]

8/28/02  117  NOTICE by Pharmastem Inc to take 30(b)(6) deposition of Birthcell Technology on 09/17/02 at 9:30 (gp) [Entry date 09/09/02]

8/28/02  118  NOTICE by Pharmastem Inc to take 30(b)(6)deposition of Corcell, Inc. on 09/18/02 9:30 (gp) [Entry date 09/09/02]

8/28/02  119  NOTICE by Pharmastem Inc to take 30(b)(6) deposition of Bio-Cell Inc. on 09/19/02 at 9:30 (gp) [Entry date 09/09/02]

9/4/02  120  STIPULATION extending time to and including 09/06/02 for deft. StemCyte to file its reply brief in support of its motion for summary judgment (gp) [Entry date 09/09/02]

9/9/02  121  Reply Brief Filed by Stemcyte Inc [67-1] motion for Summary Judgment (gp) [Entry date 09/10/02]

| 9/9/02 | 122 | Declaration of Robert Chow in support of Stemcyte's reply brief to motion for summary judgment (gp) [Entry date 09/10/02] |

9/9/02    122    Declaration of Robert Chow in support of Stemcyte's reply
                 brief to motion for summary judgment (gp)
                 [Entry date 09/10/02]

9/9/02    123    Declaration of Robert F. Stewart Jr., in support of
                 Stemcyte's reply brief to motion for summary judgment (gp)
                 [Entry date 09/10/02]

9/9/02    124    CERTIFICATE OF SERVICE by Pharmastem Inc of response to
                 interrog., and request for production (gp)
                 [Entry date 09/10/02]

9/10/02   --     So Ordered  granting [120-1] stipulation extending time to
                 and including 09/06/02 for Stemcyte to file reply brief (
                 signed by Judge Gregory M. Sleet ) Notice to all parties.
                 (gp)
□

9/12/02   125    REQUEST by Pharmastem Inc  for oral argument on deft.
                 motion for summary judgment (gp) [Entry date 09/13/02]

9/24/02   126    CERTIFICATE OF SERVICE by Pharmastem Inc of response to
                 CBR's 1st set of interrog., and request for production (gp)
                 [Entry date 09/27/02]

10/25/02  127    NOTICE by Viacell Inc  to take deposition of
                 Representatives of PharmStem on 11/19/02 (gp)
                 [Entry date 10/29/02]

10/28/02  128    NOTICE by Cyro-Cell Inc, Corcell Inc, Birthcells Tech Inc
                 to take deposition of Representatives of PharmaStem on
                 11/19/02 (gp) [Entry date 10/31/02]

11/6/02   129    CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd set of
                 requests for production to deft. Birthcells and Corcell (gp)
                 [Entry date 11/08/02]

11/6/02   130    NOTICE by Pharmastem Inc  to take deposition of David T.
                 Harris on 12/09/02 (gp) [Entry date 11/08/02]

11/6/02   131    NOTICE by Pharmastem Inc  to take deposition of Jack
                 Goldberg on 12/10/02 (gp) [Entry date 11/08/02]

11/6/02   132    NOTICE by Pharmastem Inc  to take deposition of Thomas E.
                 Moore on 12/10/02 (gp) [Entry date 11/08/02]

11/6/02   133    NOTICE by Pharmastem Inc  to take deposition of Antonio
                 Lafferty on 12/11/02 (gp) [Entry date 11/08/02]

11/6/02   134    NOTICE by Pharmastem Inc  to take deposition of Thomas E.
                 Deutsch on 12/11/02 (gp) [Entry date 11/08/02]

11/6/02   135    NOTICE by Pharmastem Inc  to take deposition of Steven
                 Grant on 12/11/02 (gp) [Entry date 11/08/02]

11/6/02   136    NOTICE by Pharmastem Inc  to take deposition of Jill M.
                 Taymans on 12/12/02 (gp) [Entry date 11/08/02]

11/6/02   137    NOTICE by Pharmastem Inc  to take deposition of Harry
                 Southron on 12/13/02 (gp) [Entry date 11/08/02]

11/6/02   138   NOTICE by Pharmastem Inc  to take deposition of Daniel D.
                Richard on 12/13/02 (gp) [Entry date 11/08/02]

11/6/02   139   NOTICE by Pharmastem Inc  to take deposition of Morey R.
                Kraus on 12/17/02 (gp) [Entry date 11/08/02]

11/6/02   140   NOTICE by Pharmastem Inc  to take deposition of Mary
                Thistle on 12/18/02 (gp) [Entry date 11/08/02]

11/8/02   141   Parties Proposed Joint Claim Construction Statement (gp)
                [Entry date 11/13/02]

11/12/02  142   Opening Brief on Claim Construction Filed by Pharmastem Inc
                (gp) [Entry date 11/14/02]

11/12/02  143   Declaration Volume I of II (Exhs. A-M) of Philip A. Rovner
                in support of Opening Briefing on Claim Construction (gp)
                [Entry date 11/14/02]

11/12/02  144   Declaration Volume II of II (Exh. N-0) of Philip Rovner in
                support of Opening Brief on Claim Construction (gp)
                [Entry date 11/14/02]

11/13/02  145   CERTIFICATE OF SERVICE by Stemcyte Inc of notice of
                deposition (gp) [Entry date 11/15/02]

11/20/02  146   NOTICE of withdrawal of appearance of David D. O'Brien,
                Godwin Procter as cnsl. for Viacell Inc (gp)
                [Entry date 11/21/02]

11/21/02  147   NOTICE by Pharmastem Inc to take 30(b)(6) deposition of
                Stemcyte on 12/19/02 (gp) [Entry date 11/22/02]

11/22/02  148   CERTIFICATE OF SERVICE by Corcell Inc and Birthcells of
                objections and answers to pltfs. 2nd set of requests for
                production and (gp) [Entry date 11/25/02]

11/22/02  149   NOTICE of Subpoena on Pablo Rubinstein c/o New York Blood
                Center by Pharmastem Inc (gp) [Entry date 11/25/02]

11/22/02  150   NOTICE of Subpoena on Cynthia Fisher c/o BioMed 20/20
                Technologies by Pharmastem Inc (gp) [Entry date 11/25/02]

11/22/02  151   NOTICE by Pharmastem Inc  to take 30(b)(6) deposition of
                Pablo Rubinstein on 12/20/02 (gp) [Entry date 11/25/02]

11/22/02  152   NOTICE by Pharmastem Inc to take 30(b)(6) deposition of
                Cynthia Fisher on 12/16/02 (gp) [Entry date 11/25/02]

12/4/02   153   ORDER,  set Telephone Conference for 1/3/03 at 11:30 (
                signed by Judge Mary P. Thynge ) copies to: cnsl. (gp)
                [Entry date 12/10/02]

12/6/02   154   CERTIFICATE OF SERVICE by Stemcyte Inc of objections to
                notice of deposition pursuant to 30(b)(6) (gp)
                [Entry date 12/11/02]

12/6/02   155    NOTICE of Subpoena upon Wanda Dearth by Pharmastem Inc (gp)
                 [Entry date 12/11/02]

12/6/02   156    NOTICE by Pharmastem Inc  to take 30(b)(6) deposition of
                 Wanda Dearth on 01/09/03 (gp) [Entry date 12/11/02]
[]

12/10/02  157    Answer (Response) to Pharmasterm's Opn. Brief on Claim
                 Construction Brief Filed by Viacell Inc, Cyro-Cell Inc,
                 Corcell Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech
                 Inc, Bio-cell Inc (gp) [Entry date 12/11/02]

12/10/02  158    Declaration of Jeffrey L. Moyer in support of defts.
                 response to opening claim construction brief of Pharmastem
                 (gp) [Entry date 12/11/02]

12/13/02  159    CERTIFICATE OF SERVICE by Stemcyte Inc of 1st set of
                 interrog. (gp) [Entry date 12/16/02]

12/17/02  160    CERTIFICATE OF SERVICE by Cyro-Cell Inc, Corcell Inc,
                 Birthcells Tech Inc of notice of deposition of Celgene
                 Corp., John Haines and Anthrogenesis Corp (gp)
                 [Entry date 12/18/02]

12/19/02  161    NOTICE by Viacell Inc  to take deposition of Stephen Reich
                 on 1/21/03 (gp) [Entry date 12/20/02]

12/19/02  162    NOTICE by Viacell Inc  to take deposition of Judith Bard on
                 1/7/03 (gp) [Entry date 12/20/02]

12/19/02  163    NOTICE by Viacell Inc  to take deposition of Kenneth I.
                 Moch on 1/15/03 (gp) [Entry date 12/20/02]

12/19/02  164    NOTICE by Viacell Inc  to take deposition of Edward Boyse
                 on 1/8/03 (gp) [Entry date 12/20/02]

12/19/02  165    NOTICE by Viacell Inc  to take deposition of Adriane Antler
                 and Pennie & Edmonds on 1/16/03 (gp) [Entry date 12/20/02]

12/20/02  166    Reply Brief Filed by Pharmastem Inc to Claim Construction
                 Brief (gp) [Entry date 12/23/02]

12/20/02  167    Declaration of Philip A. Rovner in support of pltf.
                 Pharmastem's Reply brief to cliam construction (gp)
                 [Entry date 12/23/02]

12/23/02  168    MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte
                 Inc, CBR Systems Inc, Birthcells Tech Inc, Viacell Inc to
                 Strike [166-1] portions of the Reply Brief or in the
                 Alternative for Leave to File a Sur-Reply Answer Brief due
                 1/6/03 re: [168-1] motion (gp) [Entry date 12/27/02]

1/2/03    169    Answer Brief Filed by Pharmastem Inc [168-1] motion to
                 Strike [166-1] portions of the Reply Brief or in the
                 Alternative for Leave to File a Sur-Reply - Reply Brief
                 due 1/9/03 (gp) [Entry date 01/06/03]

1/6/03    170    Letter from cnsl. for defts. that they waive any reply on
                 their motion to strike portion of pltfs. reply brief or in
                 alternative for leave to file a surreply (gp)

[Entry date 01/08/03]

1/7/03    171    CERTIFICATE OF SERVICE by Pharmastem Inc of supplemental
                 responses to Viacell's 1st set of interrog. (gp)
                 [Entry date 01/09/03]

1/10/03   --     Markman Hearing  held (rpt. Gunning) reserved Judge Sleet
                 (gp)

1/10/03   --     Markman Hearing Exhibits filed (gp)

1/13/03   172    ORDER ON CLAIM CONSTRUCTION ( signed by Judge Gregory M.
                 Sleet ) copies to: cnsl (gp)

1/14/03   173    CERTIFICATE OF SERVICE by Pharmastem Inc of response to
                 Syemcyte's 1st set of interrog., and 1st request for
                 production (gp)

1/16/03   174    NOTICE by Pharmastem Inc  to take deposition of Marcia A.
                 Laleman on 02/19/03 (gp)

1/16/03   175    NOTICE by Pharmastem Inc  to take deposition of Frank
                 Giordano on 02/20/03 (gp)

1/16/03   176    NOTICE by Pharmastem Inc  to take deposition of Ed
                 Carrington on 02/21/03 (gp)

1/16/03   177    NOTICE by Pharmastem Inc  to take deposition of Lawrence D.
                 Petz on 02/24/03 (gp)

1/16/03   178    NOTICE by Pharmastem Inc  to take deposition of Jesse
                 Kramer on 02/25/03 (gp)

1/17/03   179    ORDER,  set Settlement Conference for 9:30 4/7/03 (
                 signed by Judge Mary P. Thynge )  copies to: cnsl. (gp)
                 [Entry date 01/24/03]

1/21/03   180    CERTIFICATE OF SERVICE by Pharmastem Inc of supplemental
                 response to CBR's 1st set of interrog., and Corcell's
                 interrog. nos. 9-28 (gp) [Entry date 01/24/03]

1/21/03   181    CERTIFICATE OF SERVICE by Viacell Inc of supplemental
                 answers and objections to Pharmasten's 1st set of interrog.
                 nos. 1-11 (gp) [Entry date 01/24/03]

1/23/03   182    CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd set of
                 interrog. to deft. Cryo-Cell nos. 9-34 (gp)
                 [Entry date 01/27/03]

1/24/03   183    MOTION by Viacell Inc for Leave to File 2nd Amended Answer
                 & Counterclaims Answer Brief due 2/7/03  re: [183-1]
                 motion (gp) [Entry date 01/27/03]

1/24/03   184    Opening Brief Filed by Viacell Inc [183-1] motion for Leave
                 to File 2nd Amended Answer & Counterclaims (gp)

                 [Entry date 01/27/03]

1/24/03   185    MOTION by Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR

```
                        Systems Inc for Leave to File Amended Answers and Add/or
                        Amplify Affirmative Defenses and Counterclaims Answer
                        Brief due 2/7/03  re: [185-1] motion (gp)
                        [Entry date 01/27/03]

1/27/03   186   CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd set of
                interrog. to deft. Viacell nos. 12-31, to deft. Stemcyte
                nos. 11-28 and to deft. CBR nos. 11-20 (gp)
                [Entry date 01/28/03]

1/28/03   187   TRANSCRIPT filed  for dates of 01/10/03 (gp)

1/28/03   188   Certification pursuant to Rule 7.1.1 for defts. BirthCells,
                CorCell, Cryo-Cell, StemCyte and CBR's motion for leave to
                file amended answers to amended complaint to add/or amplify
                affirmative defenses and counterclaims (gp)
                [Entry date 01/29/03] [Edit date 02/04/03]

1/28/03   189   NOTICE of Subpoena to Joseph R. Snyder by Pharmastem Inc (gp)
                [Entry date 01/29/03]

1/28/03   190   NOTICE of Subpoena to Eugenia Garret-Wackowski by
                Pharmastem Inc (gp) [Entry date 01/29/03]

1/28/03   191   NOTICE of Subpoena to Karl Bozicevic by Pharmastem Inc (gp)
                [Entry date 01/29/03]

1/28/03   192   NOTICE of Subpoena to N. Scott Pierce by Pharmastem Inc (gp)
                [Entry date 01/29/03]

1/28/03   193   NOTICE of Subpoena to Paul T. Clark by Pharmastem Inc (gp)
                [Entry date 01/29/03]

1/28/03   194   NOTICE of Subpoena to David E. Brook by Pharmastem Inc (gp)
                [Entry date 01/29/03]

1/28/03   195   RE-NOTICE of Subpoena to Henry Coleman by Pharmastem Inc (gp)
                [Entry date 01/29/03]

1/28/03   196   NOTICE by Pharmastem Inc  to take deposition of Henry
                Coleman on 02/24/03 (gp) [Entry date 01/29/03]

1/28/03   197   NOTICE by Pharmastem Inc  to take deposition of Marc Beer
                on 02/24/03 (gp) [Entry date 01/29/03]

1/28/03   198   NOTICE by Pharmastem Inc  to take deposition of Christoph
                M. Adams on 02/25/03 (gp) [Entry date 01/29/03]

1/28/03   199   NOTICE by Pharmastem Inc  to take deposition of Joseph R.
                Snyder on 02/26/03 (gp) [Entry date 01/29/03]

1/28/03   200   NOTICE by Pharmastem Inc  to take deposition of Eugenia
                Garret-Wackowski on 02/26/03 (gp) [Entry date 01/29/03]

1/29/03   201   CERTIFICATE OF SERVICE by CBR Systems Inc of 2nd set of
                interrog. to pltf. (gp) [Entry date 02/03/03]

1/29/03   202   CERTIFICATE OF SERVICE by CBR Systems Inc of 2nd set of
                requests for production to pltf. (gp) [Entry date 02/03/03]
```

1/31/03    203    CERTIFICATE OF SERVICE by CBR Systems Inc of supplemental
                  responses to pltfs. interrog. (gp) [Entry date 02/04/03]

2/5/03     204    NOTICE of Subponea on Custodian of Records of Memorial
                  Sloan-Kettering Cancer Center by Viacell Inc (gp)
                  [Entry date 02/06/03]

2/5/03     205    NOTICE of Subpoena to produce documents to The Estate of
                  Rodman C. Rockefeller c/o Mrs. Sascha Rockefeller by
                  Viacell Inc (gp) [Entry date 02/06/03]

2/5/03     206    NOTICE of Subpoena to produce documents to The Estate of
                  Gordon W. Douglas c/o Executor Ms. Jody B. Douglas by
                  Viacell Inc (gp) [Entry date 02/06/03]

2/5/03     207    NOTICE of Subpoena to produce documents to Custodian of
                  Records, Pocantico Associated Inc., by Viacell Inc (gp)
                  [Entry date 02/06/03]

2/5/03     208    NOTICE of Subpoena to produce documents to Custodian of
                  Records, Industrial Review Board New York University School
                  of Medicine by Viacell Inc (gp) [Entry date 02/06/03]

2/5/03     209    NOTICE of Subponea to produce documents to Custodian of
                  Records of Indiana University School of Medicine by Viacell
                  Inc (gp) [Entry date 02/06/03]

2/5/03     210    NOTICE by Viacell Inc to take deposition of Robert F.
                  Johnston on 02/18/03 and Supboena to produce documents (gp)
                  [Entry date 02/06/03] [Edit date 02/06/03]

2/5/03     211    NOTICE by Viacell Inc to take deposition of George H.
                  Strong on 02/18/03 and Subpoena to produce documents (gp)
                  [Entry date 02/06/03]

2/5/03     212    NOTICE by Viacell Inc  to take deposition of Harvey Cantor
                  on 02/25/03 and Subpoena to produce documents (gp)
                  [Entry date 02/06/03]

2/5/03     213    NOTICE by Viacell Inc  to take deposition of Hal E.
                  Broxmeyer on 02/27/03 and Subpoena to produce documents (gp)
                  [Entry date 02/06/03]

2/5/03     214    NOTICE by Viacell Inc  to take deposition of David M.
                  Gerstein on 02/27/03 and Subpoena to produce documents (gp)

                  [Entry date 02/06/03]

2/5/03     215    NOTICE by Viacell Inc  to take deposition of Bo duPont, c/o
                  Memorial Sloan-Kettering Cancer Center on 02/27/03 and
                  Subpoena to produce documents (gp) [Entry date 02/06/03]

2/5/03     216    NOTICE by Viacell Inc  to take deposition of IP Finance LLC
                  on 02/28/03 and Subpoena to produce documents (gp)
                  [Entry date 02/06/03]

2/6/03     217    STIPULATION supplementing the stip. and order dated
                  08/20/03 relating to confidentiality of discovery materials

(gp) [Entry date 02/11/03]

2/10/03   218   Answer (Opposition) Brief Filed by Pharmastem Inc [183-1]
                motion for Leave to File 2nd Amended Answer & Counterclaims
                - Reply Brief due 2/18/03 (gp) [Entry date 02/11/03]

2/10/03   219   Answer (Opposition) Brief Filed by Pharmastem Inc [185-1]
                motion for Leave to File Amended Answers and Add/or Amplify
                Affirmative Defenses and Counterclaims - Reply Brief due
                2/18/03 (gp) [Entry date 02/11/03]

2/10/03   220   Declaration of Lisa Kobialka in support of Pharmastem's
                ans.brief in opposition to Viacell's motion for leave to
                file a 2nd amendced answer and counterclaims (gp)
                [Entry date 02/11/03]

2/10/03   221   Declaration of Lisa Kobialka in support of Pharmstem's
                ans.brief in opposition to Birthcells motion for leave to
                file amended answers to the amended complaint and to
                add/and or amplify affirmative defenses and counterclaims
                (gp) [Entry date 02/11/03]

2/10/03   222   NOTICE of change of addr. of Paul J. Andre cnsl for
                Pharmastem Inc from: Quinn Emanuel Urquhart Oliver & Hedges
                555 Twin Dolphin Dr., Redwood Shores CA to: Paul J. Andre
                Perkins Coie 101 Jefferson Dr. Menlo Park CA 94025 (gp)
                [Entry date 02/19/03]

2/12/03   223   NOTICE of Objections by Joseph R. Snyder to Subpoena served
                upon him by Pharmastem Inc (gp) [Entry date 02/19/03]

2/12/03   224   NOTICE of Objections by Eugenia Garrett-Wackowski to
                Supoena served upon her by Pharmastem Inc (gp)
                [Entry date 02/19/03]

2/14/03   --    So Ordered granting [217-1] stipulation supplementing
                stip. protective order of 08/20/03; see stip.for further
                details ( signed by Judge Gregory M. Sleet ) Notice to all
                parties. (gp)

2/14/03   225   NOTICE of Subpoena on TL Ventures for deposition by
                Birthcells Tech Inc, Cyro-Cell Inc, Corcell Inc (gp)

                [Entry date 02/20/03]

2/14/03   226   Reply Brief Filed by Birthcells Tech Inc, Corcell Inc,
                Cyro-Cell Inc [185-1] motion for Leave to File Amended
                Answers and Add/or Amplify Affirmative Defenses and
                Counterclaims (gp) [Entry date 02/20/03]

2/14/03   227   Reply Brief Filed by Viacell Inc [183-1] motion for Leave
                to File 2nd Amended Answer & Counterclaims (gp)
                [Entry date 02/20/03]

2/14/03   228   Declaration of James W. McGarry in support of ViaCell's
                reply brief to pltfs. opposition to motion for leave to
                file a 2nd amended answer and counterclaim (gp)
                [Entry date 02/20/03]

2/19/03   --    Deadline updated; set Telephone Conference for 02/26/03

Case 1:05-cv-00152-GMS   Document 134-5   Filed 03/31/2005   Page 22 of 49

```
                              11:00 a.m. (gp)

2/19/03   229    CERTIFICATE OF SERVICE by Pharmastem Inc of Expert Damages
                 Report of Russell L. Parr and disclosure of expert
                 testimony for Mary J. Hendrix and Martin J. Adelman (gp)
                 [Entry date 02/24/03]

2/20/03   230    CERTIFICATE OF SERVICE of obejections of Karl Bozicevic to
                 Pharmastem's subpoena (gp) [Entry date 02/24/03]

2/20/03   231    SUPPLEMENTAL RESPONSE by Corcell Inc  to Discovery Re: to
                 pltfs. 1st set of interrog. (gp) [Entry date 02/24/03]

2/20/03   232    SUPPLEMENTAL RESPONSE by Birthcells Tech Inc  to Discovery
                 Re: to pltfs. 1st set of interrog. (gp)
                 [Entry date 02/24/03]

2/20/03   233    SUPPLEMENTAL RESPONSE by Cyro-Cell Inc  to Discovery Re: to
                 pltf. 1st set of interrog. (gp) [Entry date 02/24/03]

2/20/03   234    CERTIFICATE OF SERVICE by Viacell Inc of Expert Wit. Report
                 of Larry S. Nixon, Stephen H. Kalos and initial Expert
                 Report of Dr. John Edward Wagner, Jr., M.D. (gp)
                 [Entry date 02/24/03]

2/24/03   235    Agenda from counsel for telecnf. scheduled for 02/26/03 re:
                 discovery disputes (gp) [Entry date 02/25/03]

2/24/03   236    CERTIFICATE OF SERVICE by CBR Systems Inc of objections and
                 responses to pltf. 2nd set of interrog. nos. 1-20 (gp)
                 [Entry date 02/25/03]

2/24/03   237    CERTIFICATE OF SERVICE by Viacell Inc of answers and
                 objections to pltf. Pharmastem's 2nd set of interrog. nos.
                 12-31 (gp) [Entry date 02/25/03]

2/24/03   238    RESPONSE by Cyro-Cell Inc  to Discovery Re: to Pharmastem's
                 2nd set of interrog., nos., 9-34 (gp) [Entry date 02/25/03]
                 [Edit date 02/25/03]

2/24/03   239    RESPONSE by Corcell Inc  to Discovery Re: to Pharmastem's
                 2nd set of interrog., nos. 9-28 (gp) [Entry date 02/25/03]

2/24/03   240    RESPONSE by Birthcells Tech Inc  to Discovery Re: to
                 Pharmastem's 2nd set of interrog., 9-31 (gp)
                 [Entry date 02/25/03]

2/25/03   241    NOTICE by Cyro-Cell Inc, Corcell Inc, Birthcells Tech Inc
                 to take deposition of Makio Ogawa M.D. on 02/28/03 (gp)
                 [Entry date 02/26/03]

2/26/03   --     Tele-conference  held (rpt. Gaffigan) arguments of cnsl. on
                 motion of pltf. to compel production from deft. CBR granted
                 Judge Sleet; arguments on mot.of deft. Viacell to compel
                 production from pltfs. granted Judge Sleet discovery
                 relating to this issue extended to 03/31/03; arguments on
                 CBR's motion to compel responses to interrog., pltf. will
                 supplement their interrog. responses (gp)
```

2/26/03    --    Deadline updated; reset Scheduling Order Deadlines:
                 Discovery deadline on 3/31/03 (gp)

2/26/03    242   MEMORANDUM AND ORDER denying [67-1] motion of StemCyte for
                 Summary Judgment ( signed by Judge Gregory M. Sleet )
                 copies to: cnsl. (gp)

2/26/03    243   Steno Notes for 02/26/03 (rpt.Gaffigan) (gp)
                 [Entry date 02/27/03]

2/26/03    244   NOTICE by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte
                 Inc, CBR Systems Inc, Birthcells Tech Inc  to take
                 deposition of Joseph Day on 02/28/03 (gp)
                 [Entry date 02/27/03]

2/27/03    245   TRANSCRIPT filed  for dates of 02/26/03 (gp)

2/27/03    246   NOTICE of Subpoena upon Christopher Moller, Ph.D by Viacell
                 Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems
                 Inc, Birthcells Tech Inc, Bio-cell Inc (gp)
                 [Entry date 02/28/03]

2/27/03    247   NOTICE of Revised Supoena upon TL Ventures by Viacell Inc,
                 Cyro-Cell Inc, Corcell Inc, Stemcyte Inc, CBR Systems Inc,
                 Birthcells Tech Inc, Bio-cell Inc (gp) [Entry date 02/28/03]

2/27/03    248   NOTICE by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte
                 Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc  to
                 take deposition of representatives of TL Ventures on
                 03/11/03 (gp) [Entry date 02/28/03]

2/27/03    249   NOTICE by Viacell Inc of subpoena and  to take deposition
                 of representatives of Pennie & Edmonds on 03/13/03 (gp)
                 [Entry date 03/03/03]

2/27/03    250   RE-NOTICE by Viacell Inc of subpoena and  to take deposition
                 of Adriane Antler on 03/20/03 (gp) [Entry date 03/03/03]
                 [Edit date 03/03/03]

2/28/03    251   NOTICE by CBR Systems Inc of subpoena and  to take
                 deposition of representatives of Stembanc, Inc. on 03/24/03
                 (gp) [Entry date 03/03/03]

2/28/03    252   NOTICE by CBR Systems Inc of subpoena and  to take
                 deposition of Archibald A. Grabinski on 03/24/03 (gp)
                 [Entry date 03/03/03]

3/3/03     253   CERTIFICATE OF SERVICE by Pharmastem Inc of response to
                 CBR's 2nd request for production nos. 40-60, to CBR's 2nd
                 set of interrog. nos. 29-47 and supplemental response to
                 Stemcyte's 1st set of interrog. (gp) [Entry date 03/04/03]

3/4/03     254   CERTIFICATE OF SERVICE by Pharmastem Inc of 2nd
                 supplemental response to Viacell's and CBR's 1st set of
                 interrog., and supplemental response to Corcell's and
                 Cryo-Cell's 1st set of interrog. (gp) [Entry date 03/07/03]

3/7/03     255   Letter (Request 1) from cnsl. for pltfs. for permission to
                 file a motion for summary judgment for infringement against

|           |     | defts. ViaCell, CBR, BirthCells, Cryo-Cell, CorCell, an dStemCyte regarding defts. allegations of inequitable conduct (gp) [Entry date 03/12/03] |
|-----------|-----|---|
| 3/7/03    | 256 | Letter (Request 1) from cnsl. for defts. ViaCell, CorCell, BirthCells, Cryo-Cell, StemCyte and CBR for permission to file motion for summary judgments of invalidity and non-infringement on all asserted claims of the two patents-in-suit which relate to the cryopreservation of stem cells from umbilical cord blood (gp) [Entry date 03/12/03] |
| 3/11/03   | 257 | NOTICE of Subponea upon non-parties Stembanc, Inc.,a nd Archibald A. Grabinski by CBR Systems Inc (gp) [Entry date 03/14/03] |
| 3/14/03   | 258 | ORDER  granting [183-1] motion of Viacell for Leave to File 2nd Amended Answer & Counterclaims granting [185-1] motion of Birthcells, Corcell, Cryo-Cell, StemCyte and CBR for Leave to File Amended Answers and Add/or Amplify Affirmative Defenses and Counterclaims; directing that defts. file their amended pleadings w/in 10 days of date of this order ( signed by Judge Gregory M. Sleet )  copies to: cnsl. (gp) [Entry date 03/17/03] |
| 3/14/03   | 259 | CERTIFICATE OF SERVICE by Stemcyte Inc of disclosure of expert testimony for Dr. Larry C. Lasky (gp) [Entry date 03/17/03] |
| 3/14/03   | 260 | CERTIFICATE OF SERVICE by Viacell Inc of expert report of David E. Yurkerwich (gp) [Entry date 03/17/03] |
| 3/14/03   | 261 | CERTIFICATE OF SERVICE by Viacell Inc of expert report of John Edward Wagner, Jr., M.D. (gp) [Entry date 03/17/03] |
| 3/14/03   | 262 | CERTIFICATE OF SERVICE by Pharmastem Inc of disclosure of expert testimony for Gerald H. Bjorge and Malcolm Moore, Ph.D. (gp) [Entry date 03/17/03] |
| 3/14/03   | 263 | Letter response from defts. collectively in opposition to PharmaStem's request for permission to file a motion for summary judgment on infringement and inequitable conduct (gp) [Entry date 03/17/03] |
| 3/14/03   | 264 | Letter response from PharmaStem in opposition to defts. reqeusts to file motions for summary judgment for invalidity and non-infringement (gp) [Entry date 03/17/03] |
| 3/18/03   | 265 | 2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by Stemcyte Inc (Robert F. Stewart, Jr. ) against Pharmastem Inc (gp) [Entry date 03/19/03] |
| 3/18/03   | 266 | 2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by Birthcells Tech Inc (Robert Stewart,Jr ) against Pharmastem Inc (gp) [Entry date 03/19/03] |
| 3/18/03   | 267 | 2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by Corcell Inc (Robert Stewart,Jr) against Pharmastem Inc (gp) [Entry date 03/19/03] |

3/18/03  268    2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
                Cyro-Cell Inc (Robert Stewart,Jr ) against Pharmastem Inc
                (gp) [Entry date 03/19/03]

3/18/03  269    NOTICE by Viacell Inc  to take deposition of William J.
                Thomann on 03/20/03 (gp) [Entry date 03/19/03]

3/19/03  270    2ND AMENDED ANSWER to amended complaint and COUNTERCLAIM by
                Viacell Inc (Jeffrey Moyer David Felice ); jury demand
                against Pharmastem Inc (gp) [Entry date 03/20/03]

3/19/03  271    Letter reply from PharmaStem in further support of requests
                for leave to file summary judgment motions for infringement
                and no inequitable conduct also PharmaStem requests
                permission for leave to move for summaryjudgment on
                ViaCell's Walker Process claim, a claim that was added when
                ViaCell amended answer and counterclaim (gp)
                [Entry date 03/20/03]

☐

3/19/03  272    Letter reply from defts. to PharmaStem's letter in
                opposition to defts. request to file summary judgment
                motions (gp) [Entry date 03/20/03]

3/20/03  273    ANSWER by CBR Systems Inc  (Richard Kirk) to amended
                complaint; jury demand and COUNTERCLAIMS to Amended
                Complaint for patent infringement (gp) [Entry date 03/21/03]

3/20/03  274    NOTICE by Viacell Inc of Subpoena and to take deposition of
                Dr. Mary Hendrix on 04/16/03 (gp) [Entry date 03/21/03]

3/20/03  275    NOTICE by Viacell Inc of Subpoena and to take deposition of
                Russell L. Parr on 04/17/03 (gp) [Entry date 03/21/03]

3/21/03  276    CERTIFICATE OF SERVICE by Pharmastem Inc of 3rd
                supplemental response to CBR's 1st set of interrog. (gp)
                [Entry date 03/24/03]

3/25/03  277    CERTIFICATE OF SERVICE by CBR Systems Inc of rebuttal
                expert report of David T. Harris, Ph.D (gp)

3/25/03  278    ORDER,  reset Settlement Conference for 9:30 8/13/03 and
                8/14/03 ( signed by Judge Mary P. Thynge )  copies to:
                cnsl. (gp)

3/25/03  279    CERTIFICATE OF SERVICE by Viacell Inc of 2nd set of
                supplemental answers and objections to Pharmastem's 1st et
                of interrog. no. 3 (gp) [Entry date 03/26/03]

3/25/03  280    NOTICE by Viacell Inc, Cyro-Cell Inc, Corcell Inc, Stemcyte
                Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc  to
                take deposition and Subpoena to Martin J. Adelman on
                04/23/03 (gp) [Entry date 03/26/03]

3/28/03  281    NOTICE by Pharmastem Inc of Subpoena and to take deposition
                of Larry S. Nixon on 04/16/03 (gp) [Entry date 03/31/03]

3/28/03  282    NOTICE by Pharmastem Inc of Subpoena and to take deposition

of Larry Charles Lasky on 04/18/03 (gp)
[Entry date 03/31/03]

3/28/03   283   NOTICE by Pharmastem Inc of Subpoena and to take deposition
                of David Yurkerwich on 04/22/03 (gp) [Entry date 03/31/03]

3/28/03   284   NOTICE by Pharmastem Inc of Subpoena and to take deposition
                of David T. Harris on 04/23/03 (gp) [Entry date 03/31/03]

3/28/03   285   NOTICE by Pharmastem Inc of Subpoena and to take deposition
                of Stephen H. Kalos on 04/23/03 (gp) [Entry date 03/31/03]

3/28/03   286   NOTICE by Pharmastem Inc of Subpoena and to take deposition
                of John Edward Wagner on 04/28/03 (gp) [Entry date 03/31/03]
[]

3/31/03   287   Letter (Agenda) from cnsl. regarding t/c scheduled for
                4/3/03 and requesting that the court address a discovery
                dispute re: subpoena (gp) [Entry date 04/01/03]

4/1/03    288   ANSWER (Reply) by Pharmastem Inc  to [270-2] counter claims
                of Viacell (gp) [Entry date 04/02/03]

4/1/03    290   ANSWER (Reply) by Pharmastem Inc  to [267-2] counter claims
                of Corcell (gp) [Entry date 04/02/03]

4/1/03    292   ANSWER (Reply) by Pharmastem Inc  to [265-2] counter claims
                of StemCyte (gp) [Entry date 04/02/03]

4/1/03    293   ANSWER (Reply) by Pharmastem Inc  to counter claims of CBR
                Systems (gp) [Entry date 04/02/03]

4/2/03    289   ANSWER (Reply) by Pharmastem Inc  to [268-2] counter claims
                of Cryo-Cell (gp)

4/2/03    291   ANSWER (Reply) by Pharmastem Inc  to [266-2] counter claims
                of Birthcells (gp)

4/3/03    --    Tele-conference held (rpt. Gaffigan) arguments of cnsl. on
                request to file motions for summary judgment; request to
                file summary judgment motions denied Judge Sleet (gp)
                [Entry date 04/09/03]

4/4/03    294   Steno Notes for 04/03/03 (rpt. Gaffigan) (gp)
                [Entry date 04/07/03]

4/7/03    295   ORDER that the court willn not entertain motions for
                summary judgmetn on any issue ( signed by Judge Gregory M.
                Sleet ) copies to: cnsl. (gp) [Entry date 04/09/03]

4/10/03   296   NOTICE by Viacell Inc of Subpoena and to take deposition of
                Gerald H. Bjorge on 04/24/03 (gp) [Entry date 04/15/03]

4/10/03   297   NOTICE by Viacell Inc of Subponea and to take deposition of
                Malcolm Moore, Ph.D on 05/08/03 (gp) [Entry date 04/15/03]

4/10/03   298   NOTICE by Viacell Inc of Subpoena and to take deposition of
                Irwin D. Bernstein, M.D. on 05/06/03 (gp)
                [Entry date 04/15/03]

| 4/17/03 | 299 | TRANSCRIPT filed for dates of 04/03/03 (gp) [Entry date 04/21/03] |
|---|---|---|
| 4/21/03 | 300 | CERTIFICATE OF SERVICE of StemCyte of Objections by Dr. Larry C. Lasky's to Supboena and Deposition by PharmaStem (gp) [Entry date 04/23/03] |
| 4/29/03 | 301 | CERTIFICATE OF SERVICE by Birthcells Tech Inc, Corcell Inc, Cyro-Cell Inc of supplemental responses to pltf. interrog. nos. 14 and 15 (gp) [Entry date 05/06/03] |
| □ | | |
| 5/6/03 | 302 | Agenda regarding a discovery dispute telecnf. scheduled for 05/08/03 at 11:30 (gp) [Entry date 05/07/03] |
| 5/7/03 | --- | Deadline updated; set Telephone Conference for 11:30 5/8/03 (gp) |
| 5/8/03 | -- | Tele-conference held (rpt. J. Guy) arguments of cnsl. on motion of pltf. to compel deft. Stemcyte to respond to interrog. nos. 11-28; granted Judge Sleet deft. to supplement responses to interrog. nos. 11-28 w/in 10 days (gp) |
| 5/22/03 | 303 | CERTIFICATE OF SERVICE by Stemcyte Inc of responses to pltf.'s 2nd set of interrog., nos. 11-28 (gp) [Entry date 05/23/03] |
| 5/28/03 | 304 | TRANSCRIPT filed for dates of 05/08/03 (gp) [Entry date 05/29/03] |
| 6/26/03 | 305 | ORDER, set Telephone Conference for 5:00 7/29/03 ( signed by Judge Mary P. Thynge ) copies to: cnsl. (gp) |
| 7/10/03 | 306 | NOTICE by CBR Systems Inc to take deposition of Irwin D. Bernstein, M.D. on 08/07/03 (gp) [Entry date 07/11/03] |
| 7/18/03 | --- | Deadline updated; reset Scheduling Order Deadlines: Pretrial conference by 9:00 9/8/03 Trial Date Deadline 9:00 Tue.10/14/03 (gp) |
| 7/30/03 | 307 | ORDER, set Telephone Conference for 5:00 8/7/03 ( signed by Judge Mary P. Thynge ) copies to: cnsl. (gp) [Entry date 07/31/03] |
| 7/30/03 | 308 | STIPULATION extending time to file proposed pretrial order and motions in limine (gp) [Entry date 07/31/03] |
| 8/1/03 | 309 | CERTIFICATE OF SERVICE by Viacell Inc of 3rd supplemental answers and objections to Pharmastem's 1st set of interrog. nos. 1-11 (gp) [Entry date 08/04/03] |
| 8/1/03 | --- | So Ordered granting [308-1] stipulation extending deadline to 08/18/03 for the pto and motions in limine ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) [Entry date 08/04/03] |
| 8/4/03 | --- | Deadline updated; reset Scheduling Order Deadlines: Proposed Pretrial Order and Motions in Limine due on or before 8/18/03 (gp) |

8/5/03   310   MOTION by Pharmastem Inc in Limine no.1 to Preclude
               Improper Expert Testimony from Larry S. Nixon re: [310-1]
               motion [Sealed] (gp) [Entry date 08/06/03]
               [Edit date 08/06/03]

8/5/03   311   MOTION by Pharmastem Inc in Limine no.2 to Prelcude
               Improper Expert Testimony from Stephen H. Kalos re:
               [311-1] motion [Sealed] (gp) [Entry date 08/06/03]

8/5/03   312   MOTION by Pharmastem Inc in Limine no.3 to Preclude defts.
               from referring to injuctive relief that may be sought as a
               result of a finding of infringement re: [312-1] motion
               [Sealed] (gp) [Entry date 08/06/03]

8/5/03   313   MOTION by Pharmastem Inc in Limine no.4 to Exclude
               Decision of the European Patent Office from Evidence re:
               [313-1] motion [Sealed] (gp) [Entry date 08/06/03]

8/5/03   314   MOTION by Pharmastem Inc in Limine no.5 to Exclude All
               Discovery Relating to Settlement Negotiations regarding
               Patent License Agreements re: [314-1] motion [Sealed] (gp)
               [Entry date 08/06/03]

8/5/03   315   MOTION by Pharmastem Inc in Limine no. 6 to Preclude
               defts. from Referring to the Ownership or Assignment of the
               Patents-In-Suit re: [315-1] motion [Sealed] (gp)
               [Entry date 08/06/03]

8/5/03   ---   MOTION by Pharmastem Inc in Limine no. 4 to Exclude
               Decision of the European Patent Office from Evidence re:
               [0-1] motion (duplicate termed in error; Reserved) (gp)
               [Entry date 09/09/03]

8/12/03  316   MOTION by CBR Systems Inc  with Proposed Order for Thomas
               F. Chaffin, Nicole M. Townsend and Randal J. Ivor-Smith to
               Appear Pro Hac Vice (lg) [Entry date 08/13/03]

8/12/03  317   SEALED Dfts' Opposition to Pltf's  [310-1] Motion in Limine
               no.1 to Preclude Improper Expert Testimony from Larry S.
               Nixon  - Reply Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03  318   SEALED Viacell's Opposition to Pltf's [311-1] Motion in
               Limine no.2 to Prelcude Improper Expert Testimony from
               Stephen H. Kalos  - Reply Brief due 8/19/03 (lg)
               [Entry date 08/13/03]

8/12/03  319   SEALED Dfts' Opposition to Pharmastem's [312-1] Motion in
               Limine no.3 to Preclude defts. from referring to injutive
               relief that may be sought as a result of a finding of
               infringement  - Reply Brief due 8/19/03 (lg)
               [Entry date 08/13/03]

8/12/03  320   SEALED Dfts' Opposition to Pltf's [313-1] Motion in Limine
               no.4 to Exclude Decision of the European Patent Office from
               Evidence  - Reply Brief due 8/19/03 (lg)
               [Entry date 08/13/03]

8/12/03  321   SEALED Dfts' Opposition to Pltf's [314-1] Motion in Limine
               no.5 to Exclude All Discovery Relating to Settlement
               Negotiations regarding Patent License Agreements  - Reply
               Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03  322   SEALED MOTION by Dfts with Proposed Order in Limine to
               Exclude Evidence Regarding Dr. John E. Wagner's Work With
               Embryonic Stem Cells (MIL #1) Answer Brief due 8/26/03 re:
               [322-1] motion (lg) [Entry date 08/13/03]
               [Edit date 08/13/03]

8/12/03  323   SEALED Response Filed by Pharmastem Inc to [322-1] Motion
               in Limine to Exclude Evidence Regarding Dr. John E.
               Wagner's Work With Embryonic Stem Cells (MIL #1)  - Reply
               Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03  324   SEALED MOTION by Dfts with Proposed Order in Limine to
               Exclude and Limit the Testimony by malcolm Moore, PH.D. and
               Irwin D. Bernstein, M.D. in Pltf's Case in Chief (MIL #2)
               (lg) [Entry date 08/13/03] [Edit date 08/13/03]

8/12/03  325   SEALED Opposition by Pharmastem Inc [324-1] to Motion in
               Limine to Exclude and Limit the Testimony by malcolm Moore,
               PH.D. and Irwin D. Bernstein, M.D. in Pltf's Case in Chief
               (MIL #2)  - Reply Brief due 8/19/03 (lg)
               [Entry date 08/13/03]

8/12/03  326   SEALED MOTION by Dfts with Proposed Order in Limine to
               Exclude Testimony of Gerald Bjorge as to Legal Standards
               (MIL #3) (lg) [Entry date 08/13/03]

8/12/03  327   SEALED Stipulation in Part and Opposition in Part by by
               Pharmastem Inc [326-1] to Motion in Limine to Exclude
               Testimony of Gerald Bjorge as to Legal Standards (MIL #3)
               - Reply Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03  328   SEALED MOTION by Dfts with Proposed Order in Limine to
               Restrict Pltf's Evidence and Arguments on Proof of
               Infringement Based on Pltf's Representations to the Patent
               Office (MIL #4) (lg) [Entry date 08/13/03]
               [Edit date 08/13/03]

8/12/03  329   SEALED Opposition by Pharmastem Inc [328-1] to Motion in
               Limine to Restrict Pltf's Evidence and Arguments on Proof
               of Infringement Based on Pltf's Representations to the
               Patent Office (MIL #4)  - Reply Brief due 8/19/03 (lg)
               [Entry date 08/13/03]

8/12/03  330   SEALED MOTION by Dfts with Proposed Order in Limine to
               Exclude "Expert" Testimony of Mary J. Hendrix (MIL #5) (lg)
               [Entry date 08/13/03]
 □

8/12/03  331   SEALED Opposition by Pharmastem Inc [330-1] to Motion in
               Limine to Exclude "Expert" Testimony of Mary J. Hendrix
               (MIL #5)  - Reply Brief due 8/19/03 (lg)
               [Entry date 08/13/03]

8/12/03   332    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude the Testimony of Dr. Edward Boyse (MIL #6) (lg)
                 [Entry date 08/13/03]

8/12/03   333    SEALED Opposition by Pharmastem Inc [332-1] to Motion in
                 Limine to Exclude the Testimony of Dr. Edward Boyse (MIL
                 #6)  - Reply Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03   334    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude Evidence of Cryo-Cell International, Inc.'s
                 Agreements with Foreign Affiliates (MIL #7) (lg)
                 [Entry date 08/13/03]

8/12/03   335    SEALED Opposition by Pharmastem Inc [334-1] to Motion in
                 Limine to Exclude Evidence of Cryo-Cell International,
                 Inc.'s Agreements with Foreign Affiliates (MIL #7)  - Reply
                 Brief due 8/19/03 (lg) [Entry date 08/13/03]

8/12/03   336    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude Denigrating Comments as to the Source of a Prior
                 Art Reference (MIL #8) (lg) [Entry date 08/13/03]

8/12/03   337    SEALED Opposition by Pharmastem Inc [336-1] to Motion in
                 Limine to Exclude Denigrating Comments as to the Source of
                 a Prior Art Reference (MIL #8)  - Reply Brief due 8/19/03
                 (lg) [Entry date 08/13/03]

8/12/03   338    SEALED MOTION by Dfts with Proposed Order in Limine to
                 Exclude Evidence Regarding Prosecution of Purportedly
                 "Related" Patents (MIL #9) (lg) [Entry date 08/13/03]

8/12/03   339    SEALED Opposition by Pharmastem Inc [338-1] to Motion in
                 Limine to Exclude Evidence Regarding Prosecution of
                 Purportedly "Related" Patents (MIL #9)  - Reply Brief due
                 8/19/03 (lg) [Entry date 08/13/03]

8/13/03   --     So Ordered  granting [316-1] motion for Thomas F. Chaffin,
                 Nicole M. Townsend and Randal J. Ivor-Smith to Appear Pro
                 Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all
                 parties. (lg)

8/13/03   340    Letter from the Dfts to Judge Sleet with a corrected page 1
                 of D.I. 317, Opposition to Pltf's Motion In Limine to
                 Preclude Improper Expert Testimony from Larry S. Nixon (the
                 page was substituted by the Court in both the original
                 sealed doc and the copy) (lg) [Entry date 08/14/03]
□

8/13/03   341    SEALED Opposition Filed by Dfts [315-1] to Pltf's Motion in
                 Limine no. 6 to Preclude defts. from Referring to the
                 Ownership or Assignment of the Patents-In-Suit  - Reply
                 Brief due 8/20/03 (lg) [Entry date 08/14/03]

8/15/03   342    SEALED Reply in Support Filed by Pharmastem Inc [310-1] of
                 its motion in Limine no.1 to Preclude Improper Expert
                 Testimony from Larry S. Nixon (lg) [Entry date 08/18/03]
                 [Edit date 08/18/03]

8/15/03   343    SEALED Reply Brief in Support Filed by Pharmastem Inc
                 [311-1] of its motion in Limine no.2 to Preclude Improper

Expert Testimony from Stephen H. Kalos (lg)
[Entry date 08/18/03]

8/15/03  344  SEALED Reply in Further Support Filed by Pharmastem Inc
[312-1] of its motion in Limine no.3 to Preclude defts.
from referring to injuctive relief that may be sought as a
result of a finding of infringement (lg)
[Entry date 08/18/03]

8/15/03  345  SEALED Reply in Support Filed by Pharmastem Inc [313-1] of
its motion in Limine no.4 to Exclude Decision of the
European Patent Office from Evidence (lg)
[Entry date 08/18/03]

8/15/03  346  SEALED Reply in Further Support Filed by Pharmastem Inc
[314-1] of its motion in Limine no.5 to Exclude All
Discovery Relating to Settlement Negotiations regarding
Patent License Agreements (lg) [Entry date 08/18/03]

8/15/03  347  SEALED Reply in Further Support Filed by Pharmastem Inc
[315-1] of its motion in Limine no. 6 to Preclude defts.
from Referring to the Ownership or Assignment of the
Patents-In-Suit (lg) [Entry date 08/18/03]

8/15/03  348  Reply in Support Filed by the Dfts [324-1] of motion in
Limine to Exclude and Limit the Testimony by malcolm Moore,
PH.D. and Irwin D. Bernstein, M.D. in Pltf's Case in Chief
(MIL #2) (lg) [Entry date 08/18/03]

8/15/03  349  Dfts Reply to Pltf's Opposition to Their [328-1] motion in
Limine to Restrict Pltf's Evidence and Arguments on Proof
of Infringement Based on Pltf's Representations to the
Patent Office (MIL #4) (lg) [Entry date 08/18/03]

8/15/03  350  Reply in Support Filed by the Dfts [330-1] of motion in
Limine to Exclude "Expert" Testimony of Mary J. Hendrix
(MIL #5) (lg) [Entry date 08/18/03]

8/15/03  351  Dfts' Reply to Pltf's Opposition to Dfts' [332-1] motion in
Limine to Exclude the Testimony of Dr. Edward Boyse (MIL
☐          #6) (lg) [Entry date 08/18/03]

8/15/03  352  Reply in Support of the Dfts' [334-1] motion in Limine to
Exclude Evidence of Cryo-Cell International, Inc.'s
Agreements with Foreign Affiliates (MIL #7) (lg)
[Entry date 08/18/03]

8/15/03  353  Reply in Support of Dfts' [336-1] motion in Limine to
Exclude Denigrating Comments as to the Source of a Prior
Art Reference (MIL #8) (lg) [Entry date 08/18/03]

8/15/03  354  Reply in Support of Dfts' [338-1] motion in Limine to
Exclude Evidence Regarding Prosecution of Purportedly
"Related" Patents (MIL #9) (lg) [Entry date 08/18/03]

8/18/03  355  SEALED Joint Proposed Pre-trial Order Volume 1 - Tabs A-K
(lg) [Entry date 08/19/03]

8/18/03  356  SEALED Joint Proposed Pre-trial Order Volume 2 - Tabs L-X

```
                           (lg) [Entry date 08/19/03]

8/18/03   357    Proposed Voir dire Questions by Pharmastem Inc (lg)
                 [Entry date 08/19/03]

8/18/03   358    Proposed Voir Dire Questions by the Defendants (lg)
                 [Entry date 08/19/03]

8/18/03   359    Proposed Special Verdict Form filed by Pharmastem Inc (lg)
                 [Entry date 08/19/03]

8/18/03   360    Proposed Jury Verdict Form filed by the Defendants (lg)
                 [Entry date 08/19/03]

8/19/03   361    [REVISED] Proposed Jury instructions by the parties (lg)
                 [Entry date 08/20/03]

8/27/03   362    Exhibit B video tapes 1 and 2 of Dr. Edward Boyse in
                 support of defts. motion in limine to exclude the testimony
                 of Dr. Edward Boyse (gp) [Entry date 08/28/03]

8/28/03   363    Letter request from counsel for deft. CBR Systems,
                 requesting that pretrial conf. currently schduled for
                 09/08/03 at 9:00 be moved to 10:00 a.m., no opposition (gp)
                 [Entry date 08/29/03]

8/29/03   --     Deadline updated;  reset Scheduling Order Deadlines:
                 Pretrial conference by 10:00 9/8/03 (gp)

8/29/03   364    Letter from cnsl. confirming pretrial conf. time reset from
                 9:00 to 10:00 a.m. (gp) [Entry date 09/02/03]

9/5/03    365    2ND PROPOSED REVISED JURY INSTRUCTIONS (gp)

9/5/03    366    Defendant's Revised Proposed Special Verdict Form (gp)
                 [Entry date 09/08/03]
□

9/8/03    --     Pre-trial conference  held (rpt. Gunning) arguments of
                 cnsl. on motions in limine; oral order Judge Sleet denying
                 pltfs. motions in limine DI nos. 311, 312, and 315 and
                 reserving as to DI nos. 310, 313 and 314; oral Order Judge
                 Sleet granting defts. Motions in limine DI nos. 326, 336,
                 and 338, and denying 328, 330 and 334, defts. DI no. 322
                 moot; and as to defts. motion in limine DI 324 pltf. to
                 supplement report and expert deposed by defts.voir dire
                 conf. continued; cnsl. to confer on prelim. and final
                 instructions; court will impanel jury on Fri. 10/10/03 (ct.
                 will notify cnsl. of time); prelim.instructions and trial
                 to begin on Tue.10/14/03 at 8:30 court to sit until 5:00;
                 time allocated 50/50 (gp)

9/9/03    367    MOTION by Pharmastem Inc for Amanda M. Fox, and Radhika
                 TAndon of Perkins Coie to Appear Pro Hac Vice re: [367-1]
                 motion (gp) [Entry date 09/10/03]

9/10/03   368    STIPULATION of dismissal as to deft. StemCyte with
                 prejudice (gp) [Entry date 09/11/03]

9/10/03   369    Defendants' Proposed Limiting Instruction re: the Relevance
```

|          |     | of the EPO Opinion (gp) [Entry date 09/11/03] |
|----------|-----|---|
| 9/10/03  | 370 | NOTICE of Pursuant to 35 USC Sec. 282 by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc (gp) [Entry date 09/11/03] |
| 9/11/03  | --  | So Ordered  granting [367-1] motion for Amanda M. Fox, and Radhika TAndon of Perkins Coie to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 9/11/03  | 371 | Letter from counsel for Pharmastem in response to defts. submission of proposed jury in struction related to the EPO opinion (gp) [Entry date 09/15/03] |
| 9/12/03  | 372 | Letter from counsel for defts. in response to Pharmstem's letter of 09/11/03 re: proposed jury instruction (gp) [Entry date 09/15/03] |
| 9/17/03  | 373 | TRANSCRIPT filed  for dates of 09/08/03 (gp) |
| 9/22/03  | 374 | MOTION by Viacell Inc for Elaine Herrmann Blais and Teresa Dillingham of Goodwin Procter to Appear Pro Hac Vice re: [374-1] motion (gp) [Entry date 09/23/03] |
| 9/22/03  | 375 | NOTICE of Subpoena upon John Haines by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells Tech Inc (gp) [Entry date 09/23/03] |
| 9/22/03  | 376 | CERTIFICATE OF SERVICE by Corcell Inc of supplemental responses to pltfs interrog. nos. 7 and 10-13 (gp) [Entry date 09/23/03] |
| 9/23/03  | --  | So Ordered  granting [374-1] motion for Elaine Herrmann Blais and Teresa Dillingham of Goodwin Procter to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) |
| 9/24/03  | 377 | CERTIFICATE OF SERVICE by Birthcells Tech Inc supplemental responses to pltf. interrog. nos. 7 and 10-13 (gp) [Entry date 09/25/03] |
| 9/25/03  | 378 | CERTIFICATE OF SERVICE by Cyro-Cell Inc of supplemental responses to pltf. interrog. no. 7 and 10-13 (gp) [Entry date 09/26/03] |
| 9/25/03  | 379 | CERTIFICATE OF SERVICE by Viacell Inc of 4th supplemental answers and objections to pltf. interrog. nos. 1,10,13-16 (gp) [Entry date 09/26/03] |
| 9/30/03  | 380 | MEMORANDUM AND ORDER granting PharmaStem's [313-1] motion in Limine no.4 to Exclude Decision of the European Patent Office from Evidence that ViaCell may not introduce the 07/21/99 decision of the European Patent OFfice into evidence ( signed by Judge Gregory M. Sleet )  copies to: cnsl. [ORAL ORDER JUDGE SLEET 10/23/03 REVERSING DECISION TO EXCLUDE EVIDENCE RELATING TO 7/21/99 Decision of the EPO) (gp) [Edit date 10/27/03] |

9/30/03   381   Stipulated Preliminary Jury instructions (gp)
                [Entry date 10/01/03]

10/2/03   382   NOTICE by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                Systems Inc, Birthcells Tech Inc  to take deposition of
                Joseph J. Day, Jr. on 10/06/03 (gp) [Entry date 10/03/03]

10/7/03   383   MEMORANDUM AND ORDER granting [314-1] motion in Limine no.5
                to Exclude All Discovery Relating to Settlement
                Negotiations regarding Anthrogenesis and Stembanc licenses;
                granting Viacell's cross-motion in limine to excude
                Anthrogenesis and Stemback license agreements and to
                prelcude Russell Parr from relying on those licenses as a
                factor in determing a reasonable royalty reate; that the
                parties experts may not rely on the Anthrogenesis and
                Stembanc licenses or any documents or evidence pertaining
                to negotiations of the those licenses to calculate a
                reasonable royalty rate or to challenge the opposing
                parties calculation of a reasonable royalty rate ( signed
                by Judge Gregory M. Sleet )  copies to: cnsl. (gp)

10/8/03   384   MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                Systems Inc, Birthcells Tech Inc in Limine to Exclude
                Testimony of Malcolm Moore, or in the Alternative to Limit
                him to the Four Corners of his Initial Report re: [384-1]
                motion [Sealed] (gp) [Entry date 10/09/03]
□

10/9/03   385   3RD PROPOSED REVISED Jury instructions (gp)

10/9/03   386   3RD PROPOSED JURY VERDICT FORM by defts (gp)

10/9/03   387   Letter from counsel for defts. regarding their 3rd proposed
                verdict form (gp)

10/9/03   388   PROPOSED REVISED SPECIAL VERDICT FORM by PharmaStem (gp)
                [Entry date 10/10/03]

10/10/03  --    Jury trial held before Judge Sleet (rpt. Maurer) day 1;
                voir dire jury selection (gp)

10/10/03  389   Voir dire questions (gp)

10/10/03  --    Jury impaneled and sworn (gp)

10/10/03  390   Steno Notes for 10/10/03 (rpt.Gaffigan) (gp)
                [Entry date 10/14/03]

10/10/03  391   MEMORANDUM by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                Systems Inc  re: the evidentiary use of proceedings in teh
                European Patent Office (gp) [Entry date 10/14/03]

10/14/03  392   MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                Systems Inc in Limine to exclude pltf Demonstrative
                Exhibit A granted Judge Sleet (gp)

10/14/03  393   MEMORANDUM by Pharmastem Inc  in opposition to [391-1]
                memorandum by defts. regarding evidentiary use of
                proceedings in the European Patent Office (gp)

10/14/03 --      Jury trial held Day 2 (rpt. Gunning) renewed motion by
                 defts. to exclude testimony of expert wit. Dr. Boyse
                 withdrawn; arguments of cnsl. on defts. motion to exclude
                 pltf. demonstrative exh. A; granted Judge Sleet; arguments
                 of cnsl. on defts. obj. to pltf. exh. nos. 20, 23,33,422
                 and 484; oral motion by defts. to sequester wit.; granted
                 Judge Sleet; Court's Preliminary Instructions to the jury;
                 pltf. opn. stmts. defts. opn. stmts. (gp)
                 [Entry date 10/15/03]

10/14/03 394     Court's Preliminary Jury instructions (gp)
                 [Entry date 10/15/03]

10/14/03 395     CERTIFICATE OF SERVICE by Pharmastem Inc of supplement to
                 expert damages report of Russell L. Parr (gp)
                 [Entry date 10/15/03]

10/15/03 --      Jury trial Day 3 held (rpt. Maurer/Gaffigan) (gp)
                 [Entry date 10/16/03]

☐

10/16/03 396     Answer (Opposition) Brief Filed by Pharmastem Inc [384-1]
                 motion in Limine to Exclude Testimony of Malcolm Moore, or
                 in the Alternative to Limit him to the Four Corners of his
                 Initial Report (gp)

10/16/03 --      Jury trial Day 4 held (rpt. Gunning) (gp)

10/17/03 397     Steno Notes for 10/15/03 (rpt. Gaffigan) (gp)

10/17/03 --      Jury trial held Day 5 (rpt. Gaffigan/Maurer) voir dire of
                 ptlf. expert wit. Mary Hendrix; oral Order Judge Sleet
                 denying mtoion of deft. to exclude expert testimony of
                 Hendrix; oral motion by CBR and joined by ViaCell,
                 Cryo-Cell and Corcell to strike testimony of Mary Hendrix;
                 denied Judge Sleet; plaintiff's case-in-chief. (gp)

10/17/03 398     Steno Notes for 10/17/03 (rpt. Gaffigan) (gp)
                 [Entry date 10/20/03]

10/20/03 399     MOTION by CBR Systems Inc for Judgment as a Matter of Law
                 on the issue of Willful Infringement re: [399-1] motion (gp)

10/20/03 --      Jury trial held Day 6 (rpt. Gunning) court directed parties
                 to continue to work on jury instructions and verdict forms
                 to resolve disputes; parties to submit letters. w/respect
                 to their position on verdict form (gp)

10/21/03 --      So Ordered  granting [368-1] dismissal of between
                 PharmaStem and StemCyte of all claims and counterclaims
                 with prejudice each party to bear own atty.fees and costs(
                 signed by Judge Gregory M. Sleet ) Notice to all parties.
                 (gp)

10/21/03 --      Jury trial held Day 7 (rpt. Gaffigan/Maurer) (gp)

10/22/03 400     Answer (Opposition) Brief Filed by Pharmastem Inc [399-1]
                 motion for Judgment as a Matter of Law on the issue of
                 Willful Infringement (gp)

10/22/03 401    Steno Notes for 10/21/03  (rpt.Gaffigan) (gp)

10/22/03 --     Jury trial held Day 8 (rpt. Gunning) arguments of cnsl. on
                motion by deft. CBR for JMOL on issue of Willful
                Infringement; denied w/out prejudice Judge Sleet; oral
                motion by PharmaStem to strike testimony of Dr. John Wagner
                or in the alternative to give instruction; denied Judge
                Sleet (gp) [Entry date 10/23/03]

□

10/23/03 --     Jury trial held Day 9 (rpt. Gaffigan/Maurer) Oral Order
                Judge Sleet Reversing decision on its ruling on pltf motion
                in limine to exclude evidence of the 07/21/9 decision of
                the European Patent Ofifce (EPO); defts. will be permitted
                to use decision of EPO; defendants-case-in-chief
                w/exception of recalling Larry Nixon; pltf. permitted to
                reopen case to allow for testimony of Mr. Adelman; ptlfs.
                rebuttal case; oral motion of defts in limine to exclude
                certain testimony of rebuttal wit. Gerald Bjorge and
                Malcolm Moore; reserved parties to confer and attempt to
                resolve (gp) [Entry date 10/24/03]

10/24/03 402    The Court's Limiting Jury instructions regarding the timing
                of evidence and relevance of the EPO Opinion (gp)

10/24/03 403    Letter from cnsl. for defts. regarding remaining disputed
                jury instructions and issues relating to the verdict from
                (gp)

10/24/03 404    Letter from PharmaStem regarding issues relating to verdict
                form and jury instructions (gp)

10/24/03 405    Proposed 2ND Revised Verdict from filed by Pharmastem Inc
                (gp)

10/24/03 406    MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                Systems Inc for Judgment as a Matter of Law  re: [406-1]
                motion (gp)

10/24/03 407    MOTION by Viacell Inc for Judgment as a Matter of Law
                re: [407-1] motion (gp)

10/24/03 408    3RD PROPOSED JOINT FINAL JURY INSTRUCTIONS (gp)

10/24/03 409    MOTION by Cyro-Cell Inc, Corcell Inc for Judgment as a
                Matter of Law on the issues of Infringement, Laches and
                Willful Infringement re: [409-1] motion (gp)

10/24/03 410    Steno Notes for 10/23/03 (rpt. Gaffigan) (gp)

10/24/03 411    MOTION by CBR Systems Inc for Judgment as a Matter of Law
                re: [411-1] motion (gp)

10/24/03 412    MOTION by Pharmastem Inc for Judgment as a Matter of Law
                with respect to Viacell's Walker Process Antitrust
                Counterclaim re: [412-1] motion (gp)

10/24/03 --     Jury trial held Day 10 (rpt. Gunning) pltf rebuttal case
                concludes; all motion for JMOL reserved Judge Sleet; charge
                conference held (gp) [Entry date 10/27/03]

10/26/03 413    Letter from counsel for ViaCell regarding scope of
                plaintiff's rebutal closing argument (gp)
                [Entry date 10/27/03]
   □

10/27/03 414    Proposed Verdict Sheet filed by Pharmastem Inc, Viacell
                Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc (gp)

10/27/03 415    Answer (Opposition) Brief Filed by Pharmastem Inc [406-1]
                Joint motion by defts. for Judgment as a Matter of Law (gp)

10/27/03 416    Answer (Opposition) Brief Filed by Pharmastem Inc [407-1]
                motion by ViaCell for Judgment as a Matter of Law on isse
                of infringement, laches intervening rights and willful
                infringement (gp)

10/27/03 417    Answer (Opposition) Brief Filed by Pharmastem Inc [409-1]
                motion by Corcella nd Cryo-Cell's for Judgment as a Matter
                of Law on the issues of Infringement, Laches and Willful
                Infringement (gp)

10/27/03 418    Answer (Opposition) Brief Filed by Pharmastem Inc [411-1]
                motion by CBR for Judgment as a Matter of Law (gp)

10/27/03 419    MOTION by Pharmastem Inc for Judgment as a Matter of Law
                with respect to defts claims of invalidity and inequitable
                conduct and the Fraud Element of ViaCell's Antitrust Claim
                re: [419-1] motion (gp)

10/27/03 420    MOTION by Pharmastem Inc for Judgment as a Matter of Law
                that defts Infringe the Patents-In-Suit re: [420-1] motion
                (gp)

10/27/03 421    The Court's Final Jury instructions (gp)

10/28/03 --     Jury trial held Day 11 (rpt. Gaffigan/Maurer) Court's Final
                Instructions to the Jury; closing arguments of cnsl.;
                jurors excused until 8:30 10/28/03 to begin deliberations
                (gp)

10/28/03 --     Jury trial held Day 12 (rpt. Maurer) Bailiff Sworn: Jury
                Deliberations Begin; jurors excused from deliberations
                until 8:45 Wed. 10/29/03 (gp)

10/28/03 422    ORDER directing USM provide meals for the jury on 10/27/03
                and 10/28/03( signed by Judge Gregory M. Sleet ) copies to:
                Finance (gp)

10/28/03 423    Steno Notes for 10/27/03 (rpt. Gaffigan) (gp)

10/29/03 424    Letter brief from PharmaStem on issue of contributory
                infringement and jury instruction 4.4 which addresses
                contributory infringement (gp)

10/29/03 425    Letter brief from Defendants regarding issue of
                contributory infringement (gp)
   □

```
10/29/03 426    ORDER directing that USM provide meal for jury( signed by
                Judge Gregory M. Sleet ) copies to: Finance (gp)
                [Edit date 10/29/03]

10/29/03 --     Jury trial held Day 13 (rpt. Gunning); jury deliberations
                resume; arguments of cnsl. on issue relating to instruction
                4.4 Contributory Infringement; the Court's amended
                instruction 4.4 on Contributory Infringement to the jury;
                3:01 VERDICT IN FAVOR OF PHARMASTEM AND AGAINST
                DEFENDANTS:VIACELL, INC., CRYO-CELL INTL., INC., CORCELL
                INC., AND CBR SYSTEMS; FINDING REASONABLE ROYALTY RATE OF
                6.125% AND FINDING IN FAVOR OF COUNTERCLAIM PLAINTIFF
                PHARMASTEM and AGAINST COUNTERCLAIM DEFT. VIACELL ON ITS
                ANTITRUST COUNTERCLAIM; JURY POLLED; VERDICT RECORDED;
                cnsl.to submit stip.brief scheduled JMOL motions (gp)

10/29/03 427    JURY VERDICT FORM FILED (gp)

10/29/03 428    Jury notes filed (gp)

10/30/03 429    JUDGMENT for Pharmastem Inc against Viacell Inc, Cyro-Cell
                Inc, Corcell Inc, CBR Systems Inc for $7,124,333.92; and
                entering judgment on Viacell's Antitrust counterclaim in
                favor of Pharmastem and against Viacell (signed by Judge
                Gregory M. Sleet )  copies to: cnsl. (gp)
                [Edit date 10/30/03]

10/30/03 --     JUDGMENT registered against defendant Viacell Inc,
                defendant Cyro-Cell Inc, defendant Corcell Inc, defendant
                CBR Systems Inc (gp)

10/30/03 --     Final Report to Commissioner of Patents and Trademarks.
                Exit original. (gp)

10/30/03 --      Case closed (gp)

10/31/03 430    TRANSCRIPT filed  for dates of 10/10/03 (gp)
                [Entry date 11/03/03]

10/31/03 431    TRANSCRIPT filed  for dates of 10/14/03 (gp)
                [Entry date 11/03/03]

10/31/03 432    TRANSCRIPT filed  for dates of 10/15/03 (gp)
                [Entry date 11/03/03]

10/31/03 433    TRANSCRIPT filed  for dates of 10/16/03 (gp)
                [Entry date 11/03/03]

10/31/03 434    TRANSCRIPT filed  for dates of 10/17/03 (gp)
                [Entry date 11/03/03]

10/31/03 435    TRANSCRIPT filed  for dates of 10/20/03 (gp)
                [Entry date 11/03/03]

10/31/03 436    TRANSCRIPT filed  for dates of 10/21/03 (gp)
                [Entry date 11/03/03]

10/31/03 437    TRANSCRIPT filed  for dates of 10/22/03 (gp)
                [Entry date 11/03/03]
```

```
10/31/03 438     TRANSCRIPT filed  for dates of 10/23/03 (gp)
                 [Entry date 11/03/03]

10/31/03 439     TRANSCRIPT filed  for dates of 10/24/03 (gp)
                 [Entry date 11/03/03]

10/31/03 440     TRANSCRIPT filed  for dates of 10/27/03 (gp)
                 [Entry date 11/03/03]

10/31/03 441     TRANSCRIPT filed  for dates of 10/28/03 (gp)
                 [Entry date 11/03/03]

10/31/03 442     TRANSCRIPT filed  for dates of 10/29/03 (gp)
                 [Entry date 11/03/03]

11/5/03  443     Steno Notes for 10/10/03 - 10/29/03 (Maurer) (gp)

11/7/03  444     STIPULATION re: POST TRIAL BRIEFING (gp)
                 [Entry date 11/12/03]

11/7/03  --      Case reopened (gp) [Entry date 11/12/03]

11/13/03 --      So Ordered  granting [444-1] stipulated post trial brief
                 schedule as follows: opening brief in support due 12/15/03;
                 answer brief due 1/20/04 and reply due 02/03/04 ( signed by
                 Judge Gregory M. Sleet ) Notice to all parties. (gp)

11/13/03 445     STIPULATION staying execution of judgment pending
                 resolution of post-trial motions (gp) [Entry date 11/17/03]

11/13/03 446     COMBINED POST-TRIAL MOTION by Pharmastem Inc for Enhanced
                 Damages, Attorneys' Fees, Pre-Judgment Interest and Post
                 Judgment Interestopn.brief in support due 12/15/03; Answer
                 Brief due 1/20/04 re: [446-1] motion (gp)
                 [Entry date 11/17/03]

11/13/03 447     MOTION by Pharmastem Inc for Permanent
                 Injunctionopn.brief due 12/15/03; Answer Brief due 1/20/04
                  re: [447-1] motion (gp) [Entry date 11/17/03]

11/13/03 448     JOINT MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc,
                 CBR Systems Inc for Judgment as a Matter of Law or in the
                 alternative for New Trial, or for Remittitur and Motion for
                 Findings by the Court and/or to Alter or Amend Judgment
                 and/or the Court's Equitable Power opn.brief due 12/15/03;
                 Answer Brief due 1/20/04  re: [448-1] motion (gp)
                 [Entry date 11/17/03]

11/17/03 --      So Ordered  granting [445-1] stipulation staying execution
                 of judgment pending until (30) days after the court's
                 disposition of hte post-trial motions, or until a notice of
                 appeal and supersedeas bond have been filed ( signed by
                 Judge Gregory M. Sleet ) Notice to all parties. (gp)

12/5/03  449     AMENDMENT TO STIPULATION for Stay of Execution pending
                 resolution of post-trial motions (gp) [Entry date 12/09/03]
```

12/10/03 --    So Ordered granting [449-1] Amendment to Stipulation for
               Stay of Execution Pending resolution of post-trial motions
               see stip. for further details( signed by Judge Gregory M.
               Sleet ) Notice to all parties. (gp) [Entry date 12/11/03]

12/12/03 450   STIPULATION extending page limits for post-trial briefing
               common to all defts (gp) [Entry date 12/16/03]

12/12/03 451   STIPULATION approving deposit by deft. ViaCell in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/12/03 452   STIPULATION approving deposit by deft CBR System in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/12/03 453   STIPULATION approving deposit by deft. Cryo-Cell in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/12/03 454   STIPULATION approving deposit by deft. CorCell in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/15/03 455   Opening Brief Filed by Pharmastem Inc [447-1] motion for
               Permanent Injunction  - Answer Brief due 1/20/04 (gp)
               [Entry date 12/16/03]

12/15/03 456   Declaration of Philip Rovner in support of Pharmastem's
               motion for entry of permanent injunction [Sealed] (gp)
               [Entry date 12/16/03]

12/15/03 457   Proposed Order filed by Pharmastem Inc [447-1] motion for
               Permanent Injunction (gp) [Entry date 12/16/03]

12/15/03 458   Opening Brief Filed by Pharmastem Inc [446-1] motion for
               Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
               and Post Judgment Interest  - Answer Brief due 1/20/04 (gp)
               [Entry date 12/16/03]

12/15/03 459   Proposed Order filed by Pharmastem Inc [446-1] motion for
               Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
               and Post Judgment Interest (gp) [Entry date 12/16/03]

12/15/03 460   Declaration of Philip Rovner Volumes 1 of 3 in support of
               Pharmastem's motion for enhanced damages, attorneys' fees,
               pre-judgment interest and post judgment interest [Sealed]
               (gp) [Entry date 12/16/03]

12/15/03 461   Declaration of Philip Rovner Volume 2 of 3 in support of
               Pharmastem's motion for enhanced damages, attorneys' fees,
               pre-judgment interest and post judgment interest [Sealed]
               (gp) [Entry date 12/16/03]

12/15/03 462   Declaration of Philip Rovner Volume 3 of 3 in support of
               Pharmastem's motion for enhanced damages, attorneys' fees,
               pre-judmgent interest and post judgment interest [Sealed]
               (gp) [Entry date 12/16/03]

Case 1:05-cv-00152-GMS   Document 124-5   Page 41 of 49

12/15/03 463    Opening Brief Filed by Viacell Inc [448-1] motion for
                Judgment as a Matter of Law or in the alternative for New
                Trial, or for Remittitur and Motion for Findings by the
                Court and/or to Alter or Amend Judgment and/or the Court's
                Equitable Power  - Answer Brief due 1/20/04 (gp)
                [Entry date 12/16/03]

12/15/03 464    Opening Brief Filed by Viacell Inc in support of motion for
                judgment as a matter of law or, in the alternative for
                findings by the court and/or to alter or amend judgment and
                /or the court's equitable power (gp) [Entry date 12/16/03]

12/15/03 465    AFFIDAVIT of Chris Adams by Viacell Inc Re: [464-1] in
                support of opening brief for judgment as a matter or lr, in
                the alternative for findings by the court and/or to alter or
                amend judgment  and /or the courts equitable power (gp)
                [Entry date 12/16/03]

12/15/03 466    CBR's Joinder in deft. Viacell's Memorandum in support of
                Joint Renewed Motions for Judgment as a matter of law or in
                the alternative for a new trial or for remittitur and
                Joinder in defts. Viacell's memorandum in support of motion
                for judgment as a matter of law, in the alternative for
                findings by the court and/or to alter or amend judmgent and
                /or the courts equitable power (gp) [Entry date 12/16/03]

12/15/03 467    MEMORANDUM by CBR Systems Inc  in support of its motion for
                judgment as a matter of law or, in the alternative, for a
                new trial or for remittitur on issues pertaining to
                infringement, damages, willfulness and intervening rights
                (gp) [Entry date 12/16/03]

12/15/03 468    Appendix to Brief Filed by CBR Systems Inc  Appending in
                support of [464-1] memorandum of motion for judgment as a
                matter of law (gp) [Entry date 12/16/03]

12/15/03 469    MEMORANDUM by Cyro-Cell Inc, Corcell Inc  in support of
                [448-1] motion for Judgment as a Matter of Law or in the
                alternative for New Trial, or for other post-trial relief
                []
                (gp) [Entry date 12/16/03]

12/15/03 470    Appendix to Brief Filed by Viacell Inc  Appending [464-1]
                Post Trial Motions [463-1] opening brief (gp)
                [Entry date 12/16/03]

12/18/03 --     So Ordered  granting [450-1] stipulation extending page
                limits for post-trial briefs ( signed by Judge Gregory M.
                Sleet ) Notice to all parties. (gp)

12/18/03 --     So Ordered  granting [451-1] stipulation approving deposit
                of $2,901,674.01 w/Wilmington Trust Co., by deft. ViaCell
                granting [452-1] stipulation approving deposit of
                $2,913,969.75 w/Wilmington Trust Co. by deft. CBR;
                granting [453-1] stipulation approving deposit of
                $957,722.82 w/Wilmington Trust Co., by deft. Cryo-Cell;
                granting [454-1] stipulation approving deposit of
                $357,677.64 by deft. CorCell; in Lieu of Bond for Stay of
                Execution Pending Resolution of Post-Trial Motions; SEE
                STIP. FOR FURTHER DETAILS ( signed by Judge Gregory M.

Sleet ) Notice to all parties. (gp)

1/20/04  471   MEMORANDUM by Cyro-Cell Inc, Corcell Inc  in opposition to
               [446-1] motion for Enhanced Damages, Attorneys' Fees,
               Pre-Judgment Interest and Post Judgment Interest (gp)

1/20/04  472   Answer Brief Filed by Viacell Inc [446-1] motion for
               Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
               and Post Judgment Interest  - Reply Brief due 1/27/04 (gp)
               [Entry date 01/22/04]

1/20/04  473   Defendant CBR's Joinder in Viacell's Opposition to
               Pharmastem's Combined Motion for Enhanced Damages, Attorney
               Fees, Pre-Judgment Interest and Post Judgment Interest and
               in Viacell's Opposition to Pharmastem's motion for entry of
               permanent injunction (gp) [Entry date 01/22/04]

1/20/04  474   Answer Brief Filed by CBR Systems Inc [447-1] motion for
               Permanent Injunction  - Reply Brief due 1/27/04, [446-1]
               motion for Enhanced Damages, Attorneys' Fees, Pre-Judgment
               Interest and Post Judgment Interest  - Reply Brief due
               1/27/04 (gp) [Entry date 01/22/04]

1/20/04  475   Declaration of of Randal Ivor-Smith in support of CBR's
               opposition to Pharmastem's Combined motion for enhanced
               damages, attorneys fees and pre-judgment interest and post
               judgment interest, and Pharmastem's motion for entry of
               permanent injunction (gp) [Entry date 01/22/04]

1/20/04  476   Appendix to Answer Brief in Opposition    Filed by CBR
               Systems Inc Appending [474-1] answer brief [Sealed] (gp)
               [Entry date 01/22/04]

1/20/04  477   Answer Brief Filed by Viacell Inc [447-1] motion for
               Permanent Injunction  - Reply Brief due 1/27/04 [Sealed] (gp)
               [Entry date 01/22/04]

1/20/04  478   Answer Brief Filed by Pharmastem Inc [448-1] motion for
               Judgment as a Matter of Law or in the alternative for New
               Trial, or for Remittitur and Motion for Findings by the
               Court and/or to Alter or Amend Judgment and/or the Court's
               Equitable Power  - Reply Brief due 1/27/04 (gp)
               [Entry date 01/22/04]

1/20/04  479   Declaration of Philip A. Rovner Volume 1 of 2 Exhs. A-M in
               support of Pharmastem's Opposition to Viacell's Join
               Renewed motions for judgment as a matter of law or in the
               alternative for a new trial or for remittitur (gp)
               [Entry date 01/22/04]

1/20/04  480   Declaration of Philip A. Rovner Volume 2 of 2 Exhs. N-MM in
               support of Pharmastem's Opposition to Viacell's Joint
               renewed motions for judgment as a matter of law or in the
               alternative for a new trial or remittitur (gp)
               [Entry date 01/22/04]

1/20/04  481   Answer (Opposition) Brief Filed by Pharmastem Inc to CBR's
               motion for judgment as a matter of law or in the
               alternative for a new trial or for remittitur on issues

|          |     | pertainining to infringement damages willfulness and intervening rights (gp) [Entry date 01/22/04] |
|----------|-----|----|
| 1/20/04  | 482 | Declaration of Philip A. Rovner Volume 1 of 2 Exhs A-G in support of Pharmastem's Opposition to CBR's motion for judgment as a matter of law or in the alternative for a new tiral or for remittitur on issues pertaining to infringement, damages willfulness and intervening rights (gp) [Entry date 01/22/04] |
| 1/20/04  | 483 | Declaration of Philip A. Rovner Volume 2 of 2 Exhs. H-T in support of Pharmastem's Opposition to CBR's motion for judgment as a matter of law or in the alternative for a new trial or for remittitur on issues pertaining to infringement, damages, willfulness and intervening rights (gp) [Entry date 01/22/04] |
| 1/20/04  | 484 | Answer (Oppositino) Brief Filed by Pharmastem Inc to Corcell's and Cryo-Cell's Joint renewed motions for judgment as a matter of law or int he alternative for a new trial or for other post-trial relief (gp) [Entry date 01/22/04] |
| 1/20/04  | 485 | Declaration of Philip A. Rovner Volume 1 of 2 Exhs. A-J in support of Pharmastem's Opposition to Corcell's and Cryo-Cell's joint renewed motions for judgment as a matter of law or in the alternative for new trial or for other post trial relief (gp) [Entry date 01/22/04] |
| 1/20/04  | 486 | Declaration of Philip A. Rovner Volume 2 of 2 Exhs K-BB in support of Pharmastem's Opposition to Corcell's and Cryo-Cell's joint renewed motions for judgment as a matter of law or in the alternative for a new trial or for other post trial relief (gp) [Entry date 01/22/04] |
| 1/20/04  | 487 | MOTION by Pharmastem Inc to Strike the Affidavit of Chris Adams Answer Brief due 2/3/04  re: [487-1] motion (gp) [Entry date 01/22/04] |
| 1/20/04  | 488 | Opening Brief Filed by Pharmastem Inc [487-1] motion to Strike the Affidavit of Chris Adams (gp) [Entry date 01/22/04] |
| 1/20/04  | --  | Answer (Opposition) Brief Filed by Pharmastem Inc to Viacell's motion for judgment as a matter of law or, in the alternative for findings by the Court and/or to alter or amend judgment and/or the court's equitable power [FOR ANS.BRIEF SEE DI 488] (gp) [Entry date 01/22/04] |
| 1/20/04  | 489 | Declaration of Philip A. Rovner Volume 1 of 2 Exhs A-D in support of Pharmastem's Opposition to Viacell's motion for judgment as a matter of law or in the alternative for findings by the court and/or to alter or amend judgment and/or the court's equitable power and in support of its Motion to Strike the affidavit of Chris Adams (gp) [Entry date 01/22/04] |
| 1/20/04  | 490 | Declaration of Philip A. Rovner Volume 2 of 2 Exhs. E-K in support of Pharmastem's Oppositition to Viacell's motion |

for judgment as a matter of law or in the alternative for
findings by the court and or to alter or amend judgment
and/or the court's equitable power and in support of its
Motion to Stirke the affidavit of Chris Adams (gp)
[Entry date 01/22/04]

2/3/04   491   Reply Brief Filed by Pharmastem Inc [446-1] motion for
Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
and Post Judgment Interest (gp) [Entry date 02/04/04]

2/3/04   492   Declaration of Philip A. Rovner in support of Pharmastem's
reply brief to ViaCell's Opposition to Pharmastem's
Combined Motion for Enhanced Damages, Attorney's Fees,
Pre-Judgment Interest and Post Judgment-Interest (gp)
[Entry date 02/04/04]

2/3/04   493   Reply Brief Filed by Pharmastem Inc [447-1] motion for
Permanent Injunction [Sealed] (gp) [Entry date 02/04/04]

2/3/04   494   Declaration of Nicholas Didier in support of Pharmastem's
reply brief to ViaCell's opposition to Pharmastem's motion
for entry of permanent injunction [Sealed] (gp)
[Entry date 02/04/04]

☐

2/3/04   495   Declaration of Philip Rovner in support of Pharmastem's
reply brief to Viacell's opposition to motion for entry of
permanent injunction (gp) [Entry date 02/04/04]

2/3/04   496   Answer (Opposition) Brief Filed by Viacell Inc [487-1]
motion to Strike the Affidavit of Chris Adams  - Reply
Brief due 2/10/04 (gp) [Entry date 02/04/04]

2/3/04   497   Reply Brief Filed by Viacell Inc [448-1] motion for
Judgment as a Matter of Law or in the alternative for New
Trial, or for Remittitur and Motion for Findings by the
Court and/or to Alter or Amend Judgment and/or the Court's
Equitable Power (gp) [Entry date 02/04/04]

2/3/04   498   Reply Brief Filed by Viacell Inc in support of Joint
Renewed Motions for Judgment as a Matter of Law Under FRCP
50 or in the Alternative for a New Trial under FRCP 59 (or
for remittitur) (gp) [Entry date 02/04/04]

2/3/04   499   CBR's Joinder in deft. ViaCell's Reply brief in support of
Joint Renewed motions for Judgment as a Matter of Law under
FRCP 50 or in the Alternative for a New Trial under FRCP 59
(or for remittitur) and in Defendant's Reply brief in
support of motion for judgment as matter of law or in the
alternative for findings by the court and/or to alter or
amend judgment and/or for court's equitable power (gp)
[Entry date 02/04/04]

2/3/04   500   Reply Brief Filed by CBR Systems Inc [448-1] motion for
Judgment as a Matter of Law or in the alternative for New
Trial, or for Remittitur on issues pertaining to
infringement damages willfulness and intervening rights (gp)
[Entry date 02/04/04]

2/3/04   501   Appendix to Brief Filed by CBR Systems Inc  Appending

[500-1] reply brief [Sealed] (gp) [Entry date 02/04/04]

2/3/04   502   Reply Brief Filed by Pharmastem Inc to CBR's opposition to
               Pharmastem's combined motion for enhanced damages,
               attorney's fees, pre-judgment interest and post-judgment
               interest and Pharmastem's motion for entry of permanent
               injunction (gp) [Entry date 02/04/04]

2/3/04   503   Declaration of Philip A. Rovner in support of Pharmastem's
               reply to CBR's opposition to Pharmastem's combined motion
               for enhanced damages, attys. fees, pre-judgment int., and
               post-judgment int., and Pharmastem's motion for entry of
               permanent injunction (gp) [Entry date 02/04/04]

☐

2/3/04   504   Reply Brief Filed by Pharmastem Inc to CorCell's and
               Cryo-Cell's opposition to Pharmastem's combined motion for
               enhanced damages, atty.fees, pre-judgment int., and
               post-judgment int., and Pharmastem's motion for entry of
               permanent injunction (gp) [Entry date 02/04/04]

2/3/04   505   Declaration of Philip A. Rovner in support of Pharmastem's
               reply brief to CorCell's and Cryo-Cell's opposition to
               Pharmastem's combined motion for enhanced damages,
               atty.fees., pre-judgment int., and post-judgment int., and
               Pharmastem's motion for entry of permanent injunction (gp)
               [Entry date 02/04/04] [Edit date 02/05/04]

2/3/04   506   UNOPPOSED MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc,
               CBR Systems Inc to Extend Page Limit for Post-Trial Briefs
               Common to all defts. re: [22-1] motion (gp)
               [Entry date 02/04/04] [Edit date 02/05/04]

2/3/04   507   Reply Brief Filed by Cyro-Cell Inc, Corcell Inc in support
               of defts. joint renewed motions for judgment as a matter of
               law under FRCP 50 or in the alternative for a new trial or
               for other post trial relief (gp) [Entry date 02/04/04]
               [Edit date 02/05/04]

2/5/04   --    So Ordered  granting [22-1] motion to Extend Page Limit for
               Post-Trial Briefs Common to all defts. ( signed by Judge
               Gregory M. Sleet ) Notice to all parties. (gp)

2/10/04  508   Reply Brief Filed by Pharmastem Inc [487-1] motion to Strike
               the Affidavit of Chris Adams [Sealed] (gp)
               [Entry date 02/13/04] [Edit date 02/13/04]

2/10/04  509   Declaration of Philip Rovner in further support of
               Pharmastem's motion to strike the affidavit of Chris Adams
               (gp) [Entry date 02/13/04]

2/20/04  510   MOTION by Viacell Inc to Strike New Arguments and Evidence
               submitted in Pharmastem's reply briefs or in the Alternative
               for Leave to Take Discovery Regarding and Respond to New
               Arguments and Evidence Answer Brief due 3/5/04 re: [510-1]
               motion (gp) [Entry date 02/23/04]

3/5/04   511   Answer Brief Filed by Pharmastem Inc [510-1] motion to
               Strike New Arguments and Evidence submitted in Pharmastem's
               reply briefs or in the Alternative for Leave to Take

Discovery Regarding and Respond to New Arguments and
Evidence - Reply Brief due 3/12/04 (Or in the alternative,
for leave to take discovery regarding and respond to new
arguments and evidence) (aw) [Entry date 03/08/04]

3/5/04    511    MOTION by Pharmastem Inc For Leave to Take Discovery
                 Regarding and Respond to new Arguments and Evidence Answer
                 Brief due 3/19/04 re: [511-1] motion (aw)
                 [Entry date 03/08/04]

3/5/04    512    Declaration of Nicholas Didier in Support Of Pharmastem
                 Therapeutic, Inc.'s Opposition to Defendant Viacell, Inc.'s
                 Motion to Strike New Arguments and Evidence submitted in
                 Pharmastem's Reply Briefs, or in the Alternative, For Leave
                 to Take Discovery Regarding and Respond to New Arguments
                 and Evidence (Deficiency issued for Lack of Original
                 Signature) (aw) [Entry date 03/08/04]

3/8/04    513    Original Declaration of Nicholas Didier in support of
                 Pltf's Opposition to Dft ViaCell's Motion to Strike New
                 Arugments and Evidence Submitted in Pltf's Reply Briefs (lg)
                 [Entry date 03/09/04]

3/12/04   514    Reply Brief Filed by Viacell Inc [510-1] motion to Strike
                 New Arguments and Evidence submitted in Pharmastem's reply
                 briefs or in the Alernative for Leave to Take Discovery
                 Regarding and Respond to New Arguments and Evidence (aw)
                 [Entry date 03/15/04]

3/12/04   515    Letter from counsel to the defendant to Judge Sleet RE:
                 Possible Oral Argument on the Motion to Strike (aw)
                 [Entry date 03/15/04]

6/30/04   516    MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR
                 Systems Inc, Birthcells Tech Inc, Bio-cell Inc  with
                 Proposed Order For Temporary Restraining Order and
                 Injunctive Relief While Court's Ruling on Post-Trial
                 Motions is Pending Answer Brief due 7/14/04 re: [516-1]
                 motion (aw) [Entry date 07/01/04]

6/30/04   517    SEALED Declaration of Philip M. Howard (aw)
                 [Entry date 07/01/04]

6/30/04   518    SEALED Declaration of Helen Rene Stutzman in Support of
                 Defendant's Motion for Injunctive Relief Pending the
                 Court's Ruling on Post-Trial Motions (aw)
                 [Entry date 07/01/04]

6/30/04   519    SEALED Declaration of Corinne Paquin in Support of
                 Defendants' Motion for Injunctive Relief Pending the
                 Court's Ruling on Post-Trial Motions (aw)
                 [Entry date 07/01/04]

6/30/04   520    SEALED Declaration of Gerald Maass (aw)
                 [Entry date 07/01/04]

6/30/04   521    MEMORANDUM OF POINTS AND AUTHORITIES Filed by Viacell Inc,
                 Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells
                 Tech Inc, Bio-cell Inc in Support of [516-1] motion For

Temporary Restraining Order and Injunctive Relief While
Court's Ruling on Post-Trial Motions is Pending — Answer
Brief due 7/14/04 (aw) [Entry date 07/01/04]

☐

6/30/04    522    SEALED Declaration of Marcia A. Laleman (aw)
[Entry date 07/01/04]

6/30/04    523    SEALED Declaration of Matthew Hethcoat in Support of
Defendants' Motion for Injunctive Relief Pending the
Court's Ruling on Post-Trial Motions (aw)
[Entry date 07/01/04]

6/30/04    524    SEALED Declaration of H. Gustaf Trapp in Support of
Defendant's Motion for Injunctive Relief Pending the
Court's Ruling on Post-Trial Motions (aw)
[Entry date 07/01/04]

6/30/04    525    JOINT MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc,
CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc  with
Proposed Order For an Expedited Briefing Schedule and
Prompt Hearing Answer Brief due 7/14/04 re: [525-1] motion
(aw) [Entry date 07/01/04]

7/1/04    526    Letter to Judge Sleet from Richard D. Kirk, Esq. enclosing
a courtesy copy of the Joint Motion for Expedited Briefing
Schedule and Prompt Hearing; Counsel requests prompt
consideration of their emergency motion (aw)

7/2/04    --    So Ordered granting [516-1] motion For Temporary
Restraining Order and Injunctive Relief While Court's
Ruling on Post-Trial Motions is Pending ( signed by Judge
Gregory M. Sleet ) Notice to all parties. (aw)

7/2/04    --    So Ordered granting [525-1] motion For an Expedited
Briefing Schedule and Prompt Hearing ( signed by Judge
Gregory M. Sleet ) Notice to all parties. (aw)

7/2/04    --    Deadline updated; reset Answer Brief Deadline to 7/7/04
for the Plaintiff to respond to Defendants' Motion for
Injunctive Relief While Court's Ruling on Post-Trial
Motions is Pending, and  reset Reply Brief Deadline to
7/9/04 (aw)

7/2/04    527    Letter to Judge Sleet from Philip Rovner, Esq. in response
to the Defendants' joint motion for a temporary restraining
order and injunctive relief, and the accompanying motion
for expedited briefing schedule (aw) [Entry date 07/06/04]

7/7/04    528    OPPOSITION by Pharmastem Inc to Viacell's, Cryo-Cell
Intl's, Corcell's & CBR Systems' Joint [516-1] Motion For
Temporary Restraining Order and Injunctive Relief While
Court's Ruling on Post-Trial Motions is Pending and Motion
to Dissolve This Court's Order of the Prelim Inj (lg)
[Entry date 07/08/04]

☐

7/7/04    529    Declaration of Amanda M. Fox in Support of Pharmastem's
Opposition to Viacell's, Cryo-Cell Intl's, Corcell's & CBR
Systems' Joint Motion for TRO and Injunctive Relief and

|         |     | Motion to Dissolve This Court's Order of the Prelim Inj (lg) [Entry date 07/08/04] |
|---------|-----|---|
| 7/8/04  | 530 | Letter from cnsl for the Pltf with the Original Declaration of Amanda M. Fox (lg) [Entry date 07/09/04] |
| 7/8/04  | 531 | Letter from cnsl for the Pltf to Judge Sleet RE: an issue that came to cnsl's attention after the Pltf had filed its Opposition to ViaCell's, Cryo-Cell's, CorCell's & CBR's Joint Motion for TRO and Inj Relief and Motion to Dissolve this Court's Order of the Prelim Inj (lg) [Entry date 07/09/04] |
| 7/9/04  | 532 | Letter from James J. Rodgers, Esq. to Judge Sleet RE: D.I. 531 (lg) |
| 7/9/04  | 533 | SEALED Reply Memorandum in Support of Their Joint Motion For Temporary Restraining Order And Injunctive Relief While Court's Ruling on Post-Trial Motions is Pending - Filed by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc (aw) [Entry date 07/12/04] [Edit date 07/12/04] |
| 7/29/04 | 534 | **Terminated attorney David Allan Felice for Viacell Inc Notice of attorney appearance for Viacell Inc by Jeffrey Moyer, Esq. (aw) [Entry date 08/02/04] |
| 8/4/04  | 535 | MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, et al with Proposed Order To Hold Pharmastem in Contempt and for Appropriate Sanctions Answer Brief due 8/18/04 re: [535-1] motion (aw) [Entry date 08/05/04] |
| 8/4/04  | 536 | MEMORANDUM OF POINTS AND AUTHORITIES Filed by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc in support of it Joint [535-1] motion To Hold Pharmastem in Contempt and for Appropriate Sanctions - Answer Brief due 8/18/04 (aw) [Entry date 08/05/04] |
| 8/4/04  | 537 | MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc with Proposed Order For an Expedited Briefing Schedule and Prompt Hearing Answer Brief due 8/18/04 re: [537-1] motion (aw) [Entry date 08/05/04] |
| 8/5/04  | 538 | Letter to Judge Sleet from Philip A. Rovner, Esq. regarding defendants' joint motion to hold PharmaStem in contempt and for appropriate sanctions (aw) [Entry date 08/06/04] |
| 8/5/04  | 539 | Letter to Judge Sleet from Richard D. Kirk, Esq. requesting a teleconference re: Joint Motion to Hold Plaintiff in Contempt and for Appropriate Sanctions to be scheduled by the court (aw) [Entry date 08/09/04] |
| 8/6/04  | --  | Telephone conference held; Judge Sleet presiding; Crt. Rptr. V. Gunning; Court will give counsel an opportunity to agree upon a solution and/or change the language in the press release to provide at the very least, a temporary remedy to this situation; Opposition briefing is STAYED; Counsel will report back to the court on their progress; Counsel will need to contact chambers to setup another |

```
                              telephone conference (aw) [Entry date 08/11/04]

8/6/04   540   Letter to Judge Sleet from Richard D. Kirk, Esq. submitting
               a modified proposed order (as Exhibit B) to modify the
               court's 7/2/04 Order (aw) [Entry date 08/11/04]

8/6/04   541   Proposed Modified Order (to modify 7/2/04 Order) filed by
               Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc,
               Birthcells Tech Inc, Bio-cell Inc (aw) [Entry date 08/11/04]

8/20/04  542   Letter to Judge Sleet from Richard D. Kirk, Esq. requesting
               that the court enter the proposed order (D.I. 541) filed on
               8/6/04 by the Defendants (aw) [Entry date 08/23/04]

8/23/04  543   Letter to Judge Sleet from Philip Rovner, Esq. in response
               to defendants' letters of August 6 and 20, 2004 requesting
               that the court deny defendants' request for an amended
               order (aw)
```

## END OF DOCKET: 1:02cv148

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/13/2004 12:03:40 | | | |
| **PACER Login:** | pc0208 | **Client Code:** | 40923-0001 |
| **Description:** | docket report | **Search Criteria:** | 1:02cv00148 |
| **Billable Pages:** | 54 | **Cost:** | 3.78 |