PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for PharmaStem Therapeutics, Inc.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CORD BLOOD REGISTRY, INC. dba CBR, a Delaware corporation, and SUTTER HEALTH, INC., a California corporation,<br><br>    Defendants.<br><br><br>AND RELATED COUNTERCLAIMS | Case No.: 04-3072 JSW<br><br>**[PROPOSED] ORDER GRANTING PHARMASTEM THERAPEUTICS, INC.'S MOTION TO DISMISS DEFENDANT CBR'S FIRST, SECOND, THIRD, FOURTH, FIFTH AND SIXTH COUNTERCLAIMS**<br><br>**Judge: Jeffrey S. White**<br>**Location: Courtroom 2**<br>**Date:  December 10, 2004 at 9:00 a.m.** |

1    Plaintiff PharmaStem Therapeutics, Inc.'s Motion to Dismiss Defendant CBR's First,

2    Second, Third Fourth, Fifth and Sixth Counterclaims, having come before this Court and good

3    cause appearing,

4    IT IS HEREBY ORDERED that CBR's First Counterclaim, Second Counterclaim, Third

5    Counterclaim, Fourth Counterclaim, Fifth Counterclaim and Sixth Counterclaim be dismissed

6    with prejudice.

7

8    DATED: _____

9

10

11    By _____
         **JEFFREY S. WHITE**
12       **UNITED STATES DISTRICT JUDGE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28