1
2
3
4
5

PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350

6

Attorneys for PharmaStem Therapeutics, Inc.

7
8
9

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

10
11

PHARMASTEM THERAPEUTICS, INC., a
Delaware corporation,

12

Plaintiff,

13

v.

14
15
16

CORD BLOOD REGISTRY, INC. dba CBR, a
Delaware corporation, and SUTTER HEALTH,
INC., a California corporation,

17

Defendants.

18
19

CBR SYSTEMS, INC., dba CBR a California
corporation

20

Counterclaimant

v.

21
22
23

PHARMASTEM THERAPEUTICS, INC., a
Delaware corporation; STEMBANC, INC., a
Ohio corporation; NICHOLAS DIDIER; and
ARCHIBALD A. GRABINSKI

24

Counterdefendants

Case No.: 04-3072 JSW

**[PROPOSED] ORDER GRANTING
PHARMASTEM THERAPEUTICS,
INC.'S MOTION TO SEVER**

**Judge:    Jeffrey S. White**
**Location: Courtroom 2**
**Date:      January 7, 2005 at 9:00 a.m.**

25
26
27
28

[PROPOSED] ORDER GRANTING PHARMASTEM THERAPEUTICS, INC.'S
MOTION TO SEVER
CASE NO. 04-3072 JSW

-1-

[40923-0005/BY042590.026]

1    Plaintiff PharmaStem Therapeutics, Inc.'s Motion to Sever, having come before this

2    Court and good cause appearing,

3        IT IS HEREBY ORDERED that Cord Blood Registry, Inc.'s counterclaims against

4    PharmaStem Therapeutics, Inc. and Nicholas Didier are severed from Cord Blood Registry, Inc.'s

5    counterclaims against Stembanc, Inc. and Archibald A. Grabinski.

6

7    DATED: _____

8

9

10                              By _____

11                                  **JEFFREY S. WHITE**
                                    **UNITED STATES DISTRICT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28