QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Samuel B. Shepherd (Bar No. 163564)
Matthew W. Meskell (Bar No. 208263)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000 (Telephone)
(650) 801-5100 (Facsimile)

Attorneys for Counterclaim Defendant,
STEMBANC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>CORD BLOOD REGISTRY, INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation,<br><br>  Defendants. | Case No. C 04-3072 (JSW)<br><br>**STEMBANC, INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>**DATE:** January 14, 2005<br>**TIME:** 9:00 a.m.<br>**ROOM:** Courtroom 2<br>**JUDGE:** Hon. Jeffrey S. White |
| CBR SYSTEMS, INC., dba CBR, a California corporation,<br><br>  Counterclaimant,<br><br>  vs.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation; STEMBANC, INC., a Ohio corporation; NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI,<br><br>  Counterdefendants. | |

1    Counterclaim defendant Stembanc, Inc., by and through its attorneys, hereby

2 requests the Court take judicial notice pursuant to <u>Federal Rule of Evidence</u> 201[1] of the following

3 facts:

4    1.    Attached hereto as Exhibit A is a true and correct copy of the jury verdict

5 form in <u>PharmaStem Therapeutics, Inc. v. ViaCell, Inc. et al.</u>, C.A. No. 02-148-GMS (D.Del.

6 filed Feb. 22, 2002) ("Delaware Action"), dated October 29, 2003.

7    2.    Attached hereto as Exhibit B is a true and correct copy of the Judgment

8 entered in the Delaware Action, dated October 30, 2003.

9    3.    Attached hereto as Exhibit C are true and correct copies of relevant

10 excerpts from the docket in the Delaware Action as of September 27, 2004.

11

12 Dated: September 27, 2004            QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
13

14

15 By_____/s/_____
                           Samuel B. Shepherd (Bar No. 163564)
16                         Matthew W. Meskell (Bar No. 208263)
                           555 Twin Dolphin Drive, Suite 560
17                         Redwood Shores, California 94065
                           Attorneys for Stembanc, Inc.

18

19

20

21

22

23

24

25

26

27    [1] This Court may take judicial notice of filings and orders in other judicial proceedings.
<u>See</u> <u>In re Stac Electronics Securities Litigation</u>, 89 F.3d 1399, 1405 (9th Cir. 1996) ("The district
28 court properly took judicial notice of [a previous patent infringement] judgment in determining
that the proprietary and patent information provided in the Prospectus was not misleading").

EXHIBIT A



(427)

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMASTEM THERAPEUTICS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VIACELL, INC., CRYO-CELL | ) | Civil Action No. 02-148-GMS |
| INTERNATIONAL, INC., CORCELL, INC. | ) | |
| STEMCYTE, INC., CBR SYSTEMS, INC., | ) | |
| BIRTHCELLS TECHNOLOGY, INC., | ) | |
| NUSTEM TECHNOLOGIES, INC. AND | ) | |
| BIO-CELL, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

```
┌─────────────────────────────┐
│          F I L E D          │
│   ┌─────────────────────┐   │
│   │     OCT 2 9 2003     │   │
│   └─────────────────────┘   │
│        U.S. DISTRICT COURT  │
│      DISTRICT OF DELAWARE   │
└─────────────────────────────┘
```

## JURY VERDICT FORM

### Section I:  Patent Infringement/Non-Infringement

### A:    Direct Infringement of the '681 Patent

Question No. 1

Has PharmaStem proven by a preponderance of the evidence that any of the Defendants listed below have directly infringed claims 1 or 2 of the '681 patent by making, using, selling, or offering to sell units of cord blood that were collected at the birth of a single human and contain stem cells in an amount sufficient to effect hematopoietic reconstitution of a human adult?

**Answer separately for each Defendant**.

ViaCell     YES __✗__     NO _____

CBR         YES __✗__     NO _____

Cryo-Cell   YES __✗__     NO _____

**B:    Active Inducement of Infringement of the '681 Patent**

<u>Question No. 2</u>

Has PharmaStem proven by a preponderance of the evidence that CorCell has actively induced infringement of claims 1 or 2 of the '681 patent by causing a third-party who made, used, sold, or offered to sell units of cord blood that were collected at the birth of a single human and contain stem cells in an amount sufficient to effect hematopoietic reconstitution of a human adult?

YES __X__    NO _____

**C:    Contributory Infringement of the '553 Patent**

<u>Question No. 3: Substantial Non-Infringing Use</u>

Has PharmaStem proven by a preponderance of the evidence that cryopreserved cord blood has no substantial noninfringing use?

YES __X__        NO _____

If NO, go on to question 6.

If YES, go on to the next question.

<u>Question No. 4: Direct Infringement</u>

Has PharmaStem proven by a preponderance of the evidence that defendants and the transplant physicians are acting in concert or working together to complete the process of infringement of claims 13, 19, 47, 53, or 57 of the '553 patent by performing each and every one of the steps in any of those claims?

YES __X__        NO _____

If NO, go on to question 6.

If YES, answer question 5.

<u>Question No. 5:  Contributory Infringement</u>

Has PharmaStem proven that a Defendant has contributorily infringed the '553 patent by selling or offering to sell cryopreserved cord blood that was actually used by a third party in the direct infringement of any of claims 13, 19, 47, 53, or 57 of the '553 patent?

**<u>Answer separately for each defendant</u>.**

ViaCell        YES __X__    NO _____

2

CBR          YES __X__    NO _____

Cryo-Cell    YES __X__    NO _____

CorCell      YES __X__    NO _____

## Section II:  Willful Infringement Claim

Only answer question 6 if you find at least one claim of the '681 or '553 patent infringed by any of the Defendants.

### Question No. 6:  Willful Infringement.

Has PharmaStem proven by clear and convincing evidence that any of the Defendants willfully infringed either of the patents-in-suit?

### Answer separately for each Defendant.

ViaCell      YES __X__         NO _____

CBR          YES __X__         NO _____

Cryo-Cell    YES __X__         NO _____

CorCell      YES __X__         NO _____

## Section III:  Invalidity/Validity

A:        Anticipation

Question No. 7a

Have the Defendants proven by clear and convincing evidence that claims 1 and 2 of the '681 patent are invalid because the claimed composition was anticipated by prior art?

YES _____       NO __X̶Ỵ̶Ø̶__

Go on to the next question.

Question No. 7b

Have the Defendants proven by clear and convincing evidence that claims 13, 19, 47, 53, and 57 of the '553 patent are invalid because the claimed methods were anticipated by prior art?

YES _____       NO __X__

Go on to the next question.

3

**B:    Obviousness**

Question No. 8a

Have the Defendants proven by clear and convincing evidence that claims 1 and 2 of the '681 patent are invalid because the claimed composition would have been obvious to a person of ordinary skill in the field of the invention?

YES _____        NO __X__

Go on to the next question.

Question No. 8b

Have the Defendants proven by clear convincing evidence that claims 13, 19, 47, 53, and 57 of the '553 patent are invalid because the claimed methods would have been obvious to a person of ordinary skill in the field of the invention?

YES _____        NO __X__

Go on to the next question.

**C:    Inventorship**

Question No. 9

Have the Defendants proven by clear and convincing evidence that the patents are invalid for failing to name Dr. Rubinstein as an inventor?

YES _____        NO __X__

Go on to the next question.

**D:    Indefiniteness/Definiteness**

Question No. 10

Have the Defendants proven by clear and convincing evidence that the '681 patent is indefinite in that on November 12, 1987, a person of ordinary skill in the art would not have been able to determine from the patent what the claimed invention covers?

YES _____        NO __X__

Go on to the next question.

**Section IV:  Inequitable Conduct**

4

A:    '681 Patent

Question No. 11

Have the Defendants proven by clear and convincing evidence that PharmaStem or any of the inventors or attorneys obtained the '681 patent by intentionally misleading or intentionally withholding information from the Patent Office with knowledge that such information was material to the patentability of the invention?

YES _____        NO ___X___

Go to the next question.

B:    '553 Patent

Question No. 12

Have the Defendants proven by clear and convincing evidence that PharmaStem or any of the inventors or attorneys obtained the '553 patent by intentionally misleading or intentionally withholding information from the Patent Office with knowledge that such information was material to the patentability of the invention?

YES _____        NO ___X___

Go to the next question.

**Section V:  Damages**

Only answer the questions in Section V if you find at least one asserted claim of the '681 or '553 patents valid, enforceable and infringed by any of the Defendants.

A.    **Reasonable Royalty Rate**

Question No. 13

If you find any asserted claim of the '681 or '553 patent valid, enforceable and infringed by ANY OF THE DEFENDANTS, what is the reasonable royalty for those acts of infringement?

___6.125 %___

**B.**   **Revenues Received for Infringement of the '681 Patent**

Only answer question 14 if you find at least one asserted claim of the '681 patent valid, enforceable and infringed by any of the Defendants.

Question No. 14

A.) If you find any asserted claim of the '681 patent valid, enforceable and infringed by any Defendant (see question 1), what is the number of units that infringe the '681 patent to which the royalty rate should apply?

ViaCell        34,293

Cryo-Cell     49,646

CorCell        4,640

CBR            34,649

B.) What is the amount of revenue received by that Defendant in connection with those infringing units to which the royalty rate should apply?

ViaCell     $ 47,230,281.00

Cryo-Cell   $ 15,612,193.00

CorCell     $ 5,827,635.00

CBR         $ 47,285,547.00

Go to the next question.

**C.**   **'553 Patent**

Only answer question 15 if you find at least one asserted claim of the '553 patent valid, enforceable and infringed by any of the Defendants.

Question No. 15

A.) If you find any asserted claim of the '553 patent valid, enforceable and infringed by any Defendant (see question 4-5), what is the number of units that infringe the '553 patent to which the royalty rate should apply?

ViaCell        12

Cryo-Cell      2

CorCell        _1_

CBR           _18_

B.) What is the amount of revenue received by that Defendant in connection with those infringing units to which the royalty should apply?

ViaCell      $ _144,000_ . _00_

Cryo-Cell    $ _24,000_ . _00_

CorCell      $ _12,000_ . _00_

CBR          $_216,000_ . _00_

Go to the next question.

### Section VI: Antitrust Counterclaim

Question No. 16

Has ViaCell proven by clear and convincing evidence that PharmaStem intentionally withheld or deliberately falsified information that, if known by the Patent Office, would have resulted in the denial of the patent to PharmaStem?

YES _____          NO __X__

Go to the next question.

Question No. 17

Has ViaCell proven by a preponderance of the evidence that PharmaStem monopolized, or attempted to monopolize, a relevant market?

YES _____          NO __X__

Go to the next question.

Question No. 18

Has ViaCell proven by a preponderance of the evidence that ViaCell was injured in its business because of PharmaStem's antitrust conduct?

YES _____          NO __X__

Go to the next question.

Question No. 19

7

Has ViaCell proven by a preponderance of the evidence that it suffered damage resulting from PharmaStem's anticompetitive conduct?

YES _____     NO ___X___

If YES, what is the amount of damages? __N/A__

Dated: _October 29, 2003_

_Nicholas Boguet_
Foreperson

_____

Juror

_Joanne Clark_
Juror

_____

Juror

_____

Juror

_Charley Sipper_
Juror

_Deborah A. Blakush_
Juror

_Andria Smith_

Juror

8

EXHIBIT B



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMASTEM THERAPEUTICS, INC., )
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　)　　Civil Action No. 02-148 GMS
　　　　　　　　　　　　　　　　　　)
VIACELL, INC., CRYO-CELL　　　　　　)
INTERNATIONAL, INC., CORCELL,　　　)
INC., and CBR SYSTEMS, INC., f/k/a　　)
CORD BLOOD REGISTRY, INC.,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　)

```
┌──────────────────────────┐
│        F I L E D         │
│                          │
│       OCT 3 0 2003       │
│                          │
│     U.S. DISTRICT COURT  │
│    DISTRICT OF DELAWARE  │
└──────────────────────────┘
```

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury

rendered its verdict on October 29, 2003. The verdict was accompanied by a special verdict form,

a copy of which is attached hereto. Therefore,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the

plaintiff PHARMASTEM THERAPEUTICS, INC., and against the defendants VIACELL, INC.,

CRYO-CELL INTERNATIONAL, INC., CORCELL, INC., AND CBR SYSTEMS, INC., f/k/a

CORD BLOOD REGISTRY, INC., finding a reasonable royalty rate of 6.125% for revenues

received by the defendant VIACELL, INC., in the amount of TWO MILLION EIGHT HUNDRED

NINETY-TWO THOUSAND EIGHT HUNDRED FIFTY-FOUR DOLLARS and SEVENTY-ONE

CENTS ($2,892,854.71), for revenues received by the defendant CRYO-CELL in the amount of

NINE HUNDRED FIFTY SIX THOUSAND TWO HUNDRED FORTY-SIX DOLLARS and

EIGHTY-TWO CENTS, ($956,246.82), for revenues received by the defendant CORCELL,

INTERNATIONAL, INC., in the amount of THREE HUNDRED FIFTY SIX THOUSAND NINE

HUNDRED FORTY-TWO DOLLARS and SIXTY-FOUR CENTS ($356,942.64), for revenues

received by the defendant CBR SYSTEMS, INC., f/k/a CORD BLOOD REGISTRY, INC., in the amount of TWO MILLION EIGHT HUNDRED NINETY-SIX THOUSAND TWO HUNDRED THIRTY-NINE DOLLARS and SEVENTY-FIVE CENTS ($2,896,239.75) for infringement of U.S. Patent No. 5,004,681 and entering judgment against defendant the VIACELL, INC., for revenues received in the amount of EIGHT THOUSAND EIGHT HUNDRED TWENTY DOLLARS ($8,820.00), for revenues received by the defendant CRYO-CELL INTERNATIONAL, INC., in the amount of ONE THOUSAND FOUR HUNDRED SEVENTY-SIX DOLLARS ($1,476.00), for revenues received by the defendant CORCELL, INC., in the amount of SEVEN HUNDRED THIRTY-FIVE DOLLARS ($735.00) and for revenues received by defendant the CBR SYSTEMS, INC., f/k/a CORD BLOOD REGISTRY INC., in the amount of THIRTEEN THOUSAND TWO HUNDRED THIRTY DOLLARS ($13,230.00) for infringement of U.S. Patent No. No. 5,192,553; and entering judgment on the Antitrust Counterclaim by the defendant VIACELL, INC., in favor of counterclaim defendant PHARMASTEM, INC., against counterclaim plaintiff VIACELL, INC.

Dated: October **3 ⁰** , 2003

UNITED STATES DISTRICT JUDGE

EXHIBIT C

Docket as of September 23, 2004 8:18 pm                    Web PACER (v2.4)

---

# U.S. District Court

## U. S. District Court of Delaware (Wilmington)

## CIVIL DOCKET FOR CASE #: 02-CV-148

### Pharmastem, et al v. Viacell Inc, et al

Filed: 02/22/02
Assigned to: Judge Gregory M. Sleet
Jury demand: Both
Demand: $0,000
Nature of Suit: 830
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 35:271 Patent Infringement

---

PHARMASTEM THERAPEUTICS INC.          Philip A. Rovner
      plaintiff                      [COR LD NTC]
                                     Potter Anderson & Corroon, LLP
                                     1313 N. Market St., Hercules
                                     Plaza, 6th Flr.
                                     P.O. Box 951
                                     Wilmington, DE 19899-0951
                                     (302) 984-6000

      v.

VIACELL INC                          Jeffrey L. Moyer
      defendant                      [COR LD NTC]
                                     Richards, Layton & Finger
                                     One Rodney Square
                                     P.O. Box 551
                                     Wilmington, DE 19899
                                     (302) 658-6541

                                     David Allan Felice
                                      [term 07/29/04]
                                     [COR LD NTC]
                                     Cozen & O'Connor
                                     Chase Manhattan Centre
                                     1201 North Market St., Suite
                                     1400
                                     Wilmington, DE 19801
                                     (302) 295-2000

```
CYRO-CELL INTERNATIONAL INC          Robert F. Stewart, Jr.
     defendant                       [COR LD NTC]
                                     Dilworth Paxson LLP
                                     First Federal Plaza
                                     Suite 500
                                     Wilmington, DE 19801
                                     (215) 575-7110


CORCELL INC                          Robert F. Stewart, Jr.
     defendant                       (See above)
                                     [COR LD NTC]

STEMCYTE INC                         Robert F. Stewart, Jr.
     defendant                        [term  09/10/03]
  [term  09/10/03]                   (See above)
                                     [COR LD NTC]


CBR SYSTEMS INC                      Richard D. Kirk
fka                                  [COR LD NTC]
Cord Blood Registry Inc              Morris, James, Hitchens &
     defendant                       Williams
                                     222 Delaware Ave.
                                     P.O. Box 2306
                                     Wilmington, DE 19899
                                     (302) 888-6800


BIRTHCELLS TECHNOLOGY INC            Robert F. Stewart, Jr.
     defendant                       (See above)
                                     [COR LD NTC]


NUSTEM TECHNOLOGIES INC
     defendant
  [term  07/10/02]


BIO-CELL INC                         Robert F. Stewart, Jr.
     defendant                       (See above)
                                     [COR LD NTC]


=========================

VIACELL INC                          Jeffrey L. Moyer
     counter-claimant                [COR LD NTC]
                                     Richards, Layton & Finger
                                     One Rodney Square
                                     P.O. Box 551
                                     Wilmington, DE 19899
                                     (302) 658-6541


     v.


PHARMASTEM THERAPEUTICS INC.         Philip A. Rovner


     counter-defendant               [COR LD NTC]
                                     Potter Anderson & Corroon, LLP
                                     1313 N. Market St., Hercules
                                     Plaza, 6th Flr.
                                     P.O. Box 951
                                     Wilmington, DE 19899-0951
```

☐

# DOCKET    PROCEEDINGS

DATE    #        DOCKET    ENTRY

2/22/02  1        COMPLAINT filed; Mag consent notice to Pltf.    FILING FEE
                  $ 150.00 RECEIPT # 131973 (mwm)

2/22/02  --       DEMAND for jury trial by Pharmastem Inc (mwm)

2/22/02  --       SUMMONS(ES) issued for Viacell Inc, Cyro-Cell Inc, Corcell
                  Inc, Stemcyte Inc, CBR Systems Inc, Birthcells Tech Inc,
                  Nustem Tech Inc, Bio-cell Inc (mwm)

2/22/02  2        Report to Commissioner of Patents and Trademarks. Exit
                  original.  Re: 5,004,681, 5,192,533 (mwm)

2/25/02  3        RETURN OF SERVICE executed as to Viacell Inc 2/22/02 Answer
                  due on 3/14/02 for Viacell Inc (db)

2/25/02  4        RETURN OF SERVICE executed as to Cyro-Cell Inc 2/22/02
                  Answer due on 3/14/02 for Cyro-Cell Inc (db)

2/25/02  5        RETURN OF SERVICE executed as to Corcell Inc 2/22/02 Answer
                  due on 3/14/02 for Corcell Inc (db)

2/25/02  6        RETURN OF SERVICE executed as to Stemcyte Inc 2/22/02
                  Answer due on 3/14/02 for Stemcyte Inc (db)

2/25/02  7        RETURN OF SERVICE executed as to CBR Systems Inc 2/22/02
                  Answer due on 3/14/02 for CBR Systems Inc (db)

2/25/02  8        RETURN OF SERVICE executed as to Birthcells Tech Inc
                  2/22/02 Answer due on 3/14/02 for Birthcells Tech Inc (db)

2/25/02  9        RETURN OF SERVICE executed as to Nustem Tech Inc 2/22/02
                  Answer due on 3/14/02 for Nustem Tech Inc (db)

2/25/02  10       RETURN OF SERVICE executed as to Bio-cell Inc 2/22/02
                  Answer due on 3/14/02 for Bio-cell Inc (db)

2/28/02  11       Praecipe filed by Pharmastem Inc to effectuate service upon
                  defendant Bio-Cell, Inc., c/o Secretary of State for DE. (rc)

2/28/02  --       ALIAS SUMMONS issued for Bio-cell Inc., c/o DE Secretary of
                  State. (rc)

10/29/03 426    ORDER directing that USM provide meal for jury( signed by
                Judge Gregory M. Sleet ) copies to: Finance (gp)
                [Edit date 10/29/03]

10/29/03 --     Jury trial held Day 13 (rpt. Gunning); jury deliberations
                resume; arguments of cnsl. on issue relating to instruction
                4.4 Contributory Infringement; the Court's amended
                instruction 4.4 on Contributory Infringement to the jury;
                3:01 VERDICT IN FAVOR OF PHARMASTEM AND AGAINST
                DEFENDANTS:VIACELL, INC., CRYO-CELL INTL., INC., CORCELL
                INC., AND CBR SYSTEMS; FINDING REASONABLE ROYALTY RATE OF
                6.125% AND FINDING IN FAVOR OF COUNTERCLAIM PLAINTIFF
                PHARMASTEM and AGAINST COUNTERCLAIM DEFT. VIACELL ON ITS
                ANTITRUST COUNTERCLAIM; JURY POLLED; VERDICT RECORDED;
                cnsl.to submit stip.brief scheduled JMOL motions (gp)

10/29/03 427    JURY VERDICT FORM FILED (gp)

10/29/03 428    Jury notes filed (gp)

10/30/03 429    JUDGMENT for Pharmastem Inc against Viacell Inc, Cyro-Cell
                Inc, Corcell Inc, CBR Systems Inc for $7,124,333.92; and
                entering judgment on Viacell's Antitrust counterclaim in
                favor of Pharmastem and against Viacell (signed by Judge
                Gregory M. Sleet )  copies to: cnsl. (gp)
                [Edit date 10/30/03]

10/30/03 --     JUDGMENT registered against defendant Viacell Inc,
                defendant Cyro-Cell Inc, defendant Corcell Inc, defendant
                CBR Systems Inc (gp)

10/30/03 --     Final Report to Commissioner of Patents and Trademarks.
                Exit original. (gp)

10/30/03 --     Case closed (gp)

10/31/03 430    TRANSCRIPT filed  for dates of 10/10/03 (gp)
                [Entry date 11/03/03]

10/31/03 431    TRANSCRIPT filed  for dates of 10/14/03 (gp)
                [Entry date 11/03/03]

10/31/03 432    TRANSCRIPT filed  for dates of 10/15/03 (gp)
                [Entry date 11/03/03]

10/31/03 433    TRANSCRIPT filed  for dates of 10/16/03 (gp)
                [Entry date 11/03/03]

10/31/03 434    TRANSCRIPT filed  for dates of 10/17/03 (gp)
                [Entry date 11/03/03]

10/31/03 435    TRANSCRIPT filed  for dates of 10/20/03 (gp)
                [Entry date 11/03/03]

10/31/03 436    TRANSCRIPT filed  for dates of 10/21/03 (gp)
                [Entry date 11/03/03]

10/31/03 437    TRANSCRIPT filed  for dates of 10/22/03 (gp)
                [Entry date 11/03/03]

```
10/31/03 438    TRANSCRIPT filed  for dates of 10/23/03 (gp)
                [Entry date 11/03/03]

10/31/03 439    TRANSCRIPT filed  for dates of 10/24/03 (gp)
                [Entry date 11/03/03]

10/31/03 440    TRANSCRIPT filed  for dates of 10/27/03 (gp)
                [Entry date 11/03/03]

10/31/03 441    TRANSCRIPT filed  for dates of 10/28/03 (gp)
                [Entry date 11/03/03]

10/31/03 442    TRANSCRIPT filed  for dates of 10/29/03 (gp)
                [Entry date 11/03/03]

11/5/03  443    Steno Notes for 10/10/03 - 10/29/03 (Maurer) (gp)

11/7/03  444    STIPULATION re: POST TRIAL BRIEFING (gp)
                [Entry date 11/12/03]

11/7/03  --     Case reopened (gp) [Entry date 11/12/03]

11/13/03 --     So Ordered  granting [444-1] stipulated post trial brief
                schedule as follows: opening brief in support due 12/15/03;
                answer brief due 1/20/04 and reply due 02/03/04 ( signed by
                Judge Gregory M. Sleet ) Notice to all parties. (gp)

11/13/03 445    STIPULATION staying execution of judgment pending
                resolution of post-trial motions (gp) [Entry date 11/17/03]

11/13/03 446    COMBINED POST-TRIAL MOTION by Pharmastem Inc for Enhanced
                Damages, Attorneys' Fees, Pre-Judgment Interest and Post
                Judgment Interestopn.brief in support due 12/15/03; Answer
                Brief due 1/20/04 re: [446-1] motion (gp)
                [Entry date 11/17/03]

11/13/03 447    MOTION by Pharmastem Inc for Permanent
                Injunctionopn.brief due 12/15/03; Answer Brief due 1/20/04
                 re: [447-1] motion (gp) [Entry date 11/17/03]

11/13/03 448    JOINT MOTION by Viacell Inc, Cyro-Cell Inc, Corcell Inc,
                CBR Systems Inc for Judgment as a Matter of Law or in the
                alternative for New Trial, or for Remittitur and Motion for
                Findings by the Court and/or to Alter or Amend Judgment
                and/or the Court's Equitable Power opn.brief due 12/15/03;
                Answer Brief due 1/20/04  re: [448-1] motion (gp)
                [Entry date 11/17/03]

11/17/03 --     So Ordered  granting [445-1] stipulation staying execution
                of judgment pending until (30) days after the court's
                disposition of hte post-trial motions, or until a notice of
                appeal and supersedeas bond have been filed ( signed by
                Judge Gregory M. Sleet ) Notice to all parties. (gp)

12/5/03  449    AMENDMENT TO STIPULATION for Stay of Execution pending
                resolution of post-trial motions (gp) [Entry date 12/09/03]
```

12/10/03 --    So Ordered  granting [449-1] Amendment to Stipulation for
               Stay of Execution Pending resolution of post-trial motions
               see stip. for further details( signed by Judge Gregory M.
               Sleet ) Notice to all parties. (gp) [Entry date 12/11/03]

12/12/03 450   STIPULATION extending page limits for post-trial briefing
               common to all defts (gp) [Entry date 12/16/03]

12/12/03 451   STIPULATION approving deposit by deft. ViaCell in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/12/03 452   STIPULATION approving deposit by deft CBR System in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/12/03 453   STIPULATION approving deposit by deft. Cryo-Cell in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/12/03 454   STIPULATION approving deposit by deft. CorCell in lieu of
               bond for stay of execution pending resolution of post-trial
               motions (gp) [Entry date 12/16/03]

12/15/03 455   Opening Brief Filed by Pharmastem Inc [447-1] motion for
               Permanent Injunction - Answer Brief due 1/20/04 (gp)
               [Entry date 12/16/03]

12/15/03 456   Declaration of Philip Rovner in support of Pharmastem's
               motion for entry of permanent injunction [Sealed] (gp)
               [Entry date 12/16/03]

12/15/03 457   Proposed Order filed by Pharmastem Inc [447-1] motion for
               Permanent Injunction (gp) [Entry date 12/16/03]

12/15/03 458   Opening Brief Filed by Pharmastem Inc [446-1] motion for
               Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
               and Post Judgment Interest  - Answer Brief due 1/20/04 (gp)
               [Entry date 12/16/03]

12/15/03 459   Proposed Order filed by Pharmastem Inc [446-1] motion for
               Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
               and Post Judgment Interest (gp) [Entry date 12/16/03]

12/15/03 460   Declaration of Philip Rovner Volumes 1 of 3 in support of
               Pharmastem's motion for enhanced damages, attorneys' fees,
               pre-judgment interest and post judgment interest [Sealed]
               (gp) [Entry date 12/16/03]

12/15/03 461   Declaration of Philip Rovner Volume 2 of 3 in support of
               Pharmastem's motion for enhanced damages, attorneys' fees,
               pre-judgment interest and post judgment interest [Sealed]
               (gp) [Entry date 12/16/03]

12/15/03 462   Declaration of Philip Rovner Volume 3 of 3 in support of
               Pharmastem's motion for enhanced damages, attorneys' fees,
               pre-judmgent interest and post judgment interest [Sealed]
               (gp) [Entry date 12/16/03]

Sleet ) Notice to all parties. (gp)

1/20/04   471    MEMORANDUM by Cyro-Cell Inc, Corcell Inc  in opposition to
                 [446-1] motion for Enhanced Damages, Attorneys' Fees,
                 Pre-Judgment Interest and Post Judgment Interest (gp)

1/20/04   472    Answer Brief Filed by Viacell Inc [446-1] motion for
                 Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest
                 and Post Judgment Interest  - Reply Brief due 1/27/04 (gp)
                 [Entry date 01/22/04]

1/20/04   473    Defendant CBR's Joinder in Viacell's Opposition to
                 Pharmastem's Combined Motion for Enhanced Damages, Attorney
                 Fees, Pre-Judgment Interest and Post Judgment Interest and
                 in Viacell's Opposition to Pharmastem's motion for entry of
                 permanent injunction (gp) [Entry date 01/22/04]

1/20/04   474    Answer Brief Filed by CBR Systems Inc [447-1] motion for
                 Permanent Injunction  - Reply Brief due 1/27/04, [446-1]
                 motion for Enhanced Damages, Attorneys' Fees, Pre-Judgment
                 Interest and Post Judgment Interest  - Reply Brief due
                 1/27/04 (gp) [Entry date 01/22/04]

1/20/04   475    Declaration of of Randal Ivor-Smith in support of CBR's
                 opposition to Pharmastem's Combined motion for enhanced
                 damages, attorneys fees and pre-judgment interest and post
                 judgment interest, and Pharmastem's motion for entry of
                 permanent injunction (gp) [Entry date 01/22/04]

1/20/04   476    Appendix to Answer Brief in Opposition    Filed by CBR
                 Systems Inc Appending [474-1] answer brief [Sealed] (gp)
                 [Entry date 01/22/04]

          □

1/20/04   477    Answer Brief Filed by Viacell Inc [447-1] motion for
                 Permanent Injunction  - Reply Brief due 1/27/04 [Sealed] (gp)
                 [Entry date 01/22/04]

1/20/04   478    Answer Brief Filed by Pharmastem Inc [448-1] motion for
                 Judgment as a Matter of Law or in the alternative for New
                 Trial, or for Remittitur and Motion for Findings by the
                 Court and/or to Alter or Amend Judgment and/or the Court's
                 Equitable Power  - Reply Brief due 1/27/04 (gp)
                 [Entry date 01/22/04]

1/20/04   479    Declaration of Philip A. Rovner Volume 1 of 2 Exhs. A-M in
                 support of Pharmastem's Opposition to Viacell's Join
                 Renewed motions for judgment as a matter of law or in the
                 alternative for a new trial or for remittitur (gp)
                 [Entry date 01/22/04]

1/20/04   480    Declaration of Philip A. Rovner Volume 2 of 2 Exhs. N-MM in
                 support of Pharmastem's Opposition to Viacell's Joint
                 renewed motions for judgment as a matter of law or in the
                 alternative for a new trial or remittitur (gp)
                 [Entry date 01/22/04]

1/20/04   481    Answer (Opposition) Brief Filed by Pharmastem Inc to CBR's
                 motion for judgment as a matter of law or in the
                 alternative for a new trial or for remittitur on issues

| | | telephone conference (aw) [Entry date 08/11/04] |
|---|---|---|
| 8/6/04 | 540 | Letter to Judge Sleet from Richard D. Kirk, Esq. submitting a modified proposed order (as Exhibit B) to modify the court's 7/2/04 Order (aw) [Entry date 08/11/04] |
| 8/6/04 | 541 | Proposed Modified Order (to modify 7/2/04 Order) filed by Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc (aw) [Entry date 08/11/04] |
| 8/20/04 | 542 | Letter to Judge Sleet from Richard D. Kirk, Esq. requesting that the court enter the proposed order (D.I. 541) filed on 8/6/04 by the Defendants (aw) [Entry date 08/23/04] |
| 8/23/04 | 543 | Letter to Judge Sleet from Philip Rovner, Esq. in response to defendants' letters of August 6 and 20, 2004 requesting that the court deny defendants' request for an amended order (aw) |
| 9/15/04 | 544 | MEMORANDUM OPINION  ( signed by Judge Gregory M. Sleet ) copies to: Counsel (aw) [Entry date 09/16/04] |
| 9/15/04 | 545 | ORDER granting in part [448-1] motion for Judgment as a Matter of Law or in the alternative for New Trial, or for Remittitur and Motion for Findings by the Court and/or to Alter or Amend Judgment and/or the Court's Equitable Power; denying [446-1] motion for Enhanced Damages, Attorneys' Fees, Pre-Judgment Interest and Post Judgment Interest; denying [447-1] motion for Permanent Injunction; denying as moot [487-1] motion to Strike the Affidavit of Chris Adams; the Clerk shall enter judgment in favor of the defendants and against the plaintiff on the claim of infringement of U.S. Patent No. 5,192,553; a new trial shall be held on the issue of infringement and damages with respect to U.S. Patent No. 5,004,681 ( signed by Judge Gregory M. Sleet ) copies to: Counsel (aw) [Entry date 09/16/04] |
| 9/15/04 | 546 | JUDGMENT for Viacell Inc, Cyro-Cell Inc, Corcell Inc, CBR Systems Inc, Birthcells Tech Inc, Bio-cell Inc against Pharmastem Inc on the claim of infringement of U.S. Patent No. 5,192,553 ( Entered by the Clerk )  copies to: Counsel (aw) [Entry date 09/16/04] |
| 9/15/04 | -- | JUDGMENT registered against plaintiff Pharmastem Inc (aw) [Entry date 09/16/04] |

## END OF DOCKET: 1:02cv148

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 09/27/2004 12:42:48 |

| PACER Login: | qe0001 | Client Code: | NEWSBS |
|---|---|---|---|