1  PAUL J. ANDRE, Bar No. 196585
   LISA KOBIALKA, Bar No. 191404
2  AMANDA M. FOX, Bar No. 212939
   PERKINS COIE LLP
3  101 Jefferson Drive
   Menlo Park, CA  94025-1114
4  Ph: (650) 838-4300
   Fx: (650) 838-4350
5
6  Attorneys for PharmaStem Therapeutics, Inc.

7              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
8                   SAN FRANCISCO

9  PHARMASTEM THERAPEUTICS, INC.,        CASE NO. 04-3072 JSW
   a Delaware corporation,
10
                    Plaintiff,           DECLARATION OF LISA
11                                       KOBIALKA IN SUPPORT OF
        v.                               PLAINTIFF PHARMASTEM
12                                       THERAPEUTICS, INC'S MOTION
   CORD BLOOD REGISTRY, INC., dba        FOR A PRELIMINARY INJUNCTION
13 CBR, a California corporation, and    AGAINST DEFENDANT CBR
   SUTTER HEALTH, INC., a California     SYSTEMS, INC.'S INFRINGEMENT
14 corporation.                          OF THE PATENTS-IN-SUIT

15                  Defendants.          Date/Time:  April 22, 2005/9:00 AM
                                         Courtroom:  2
16                                       Judge:  Hon. Jeffrey S. White
   CBR SYSTEMS, INC., dba CBR a
17 California corporation

18                  Counterclaimant

19      v.

20 PHARMASTEM THERAPEUTICS, INC.,
   a Delaware corporation; STEMBANC,
21 INC., a Ohio corporation; NICHOLAS
   DIDIER; and ARCHIBALD A.
22 GRABINSKI

23                  Counterdefendants.

24
25     I, Lisa Kobialka, hereby declare as follows:

26     1.      I am an attorney with the law firm of Perkins Coie LLP, counsel for Plaintiff

27 PharmaStem Therapeutics, Inc. in the above-captioned action.  I am a member of the Bar of

28

1    the State of California and this Court.  I have personal knowledge of the facts set forth in

2    this Declaration, and if called upon to do so, could testify competently thereto.

3        2.      Attached hereto as Exhibit 1 is a true and correct copy of United States

4    Patent No. 6,461,645 B1.

5        3.      Attached hereto as Exhibit 2 is a true and correct copy of United States

6    Patent No. 6,569,427 B1.

7        4.      Attached hereto as Exhibit 3 is a true and correct copy of a transcript of

8    "Life Blood," a BBC documentary originally aired on BBC Two at 9:00 PM, October 11,

9    2001, *available at* http://www.bbc.co.uk/science/horizon/2001/lifebloodtrans.shtml.

10       5.      Attached hereto as Exhibit 4 is a true and correct copy of portions of the

11   Joint Final Jury Instructions submitted to the jury in *PharmaStem Therapeutics, Inc. v.*

12   *ViaCell, Inc., et al.*, Civ. Case No. 02-148-GMS (D. Del.), filed February 22, 2002.

13       6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from

14   CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

15       7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from

16   CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

17       8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from

18   CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

19       9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from

20   CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

21       10.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts from

22   CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

23       11.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts from

24   CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

25       12.     Attached hereto as Exhibit 11 is a true and correct copy of *OB Spotlight*, vol.

26   1, issue 1, 2002 (published by CBR Systems, Inc.).

27

28                                      - 2 -

13.     Attached hereto as Exhibit 12 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

14.     Attached hereto as Exhibit 13 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

15.     Attached hereto as Exhibit 14 is a true and correct copy of a transcription of an interactive question and answer session with David Harris, Ph.D., available at http://www.cordbloodvideo.com/quesharris.html.

16.     Attached hereto as Exhibit 15 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

17.     Attached hereto as Exhibit 16 is a true and correct copy of a brochure published by CBR Systems, Inc.

18.     Attached hereto as Exhibit 17 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

19.     Attached hereto as Exhibit 18 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

20.     Attached hereto as Exhibit 19 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

21.     Attached hereto as Exhibit 20 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

22.     Attached hereto as Exhibit 21 is a true and correct copy of excerpts from CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

23.     Attached hereto as Exhibit 22 is a true and correct copy of David T. Harris, *Cord Blood Transplantation: A Promising Alternative to Bone Marrow Transplantation*, Clinical Research New for Arizona Physicians, *available at* http://www.ahsc.arizona.edu/opa/crnap/dec95cnp.htm (last visited Oct. 1, 2004).

- 3 -

1    24.    Attached hereto as Exhibit 23 is a true and correct copy of Mary J. Laughlin

2   et al., *Hematopoietic Engraftment And Survival In Adult Recipients Of Umbilical-Cord*

3   *Blood From Unrelated Donors*, 344 N. Engl. J. Med. 1815 (2001).

4    25.    Attached hereto as Exhibit 24 is a true and correct copy of *Umbilical Cord*

5   *Stem Cell Transplants Should Not Be Limited By Age – Cmte.*, The Blue Sheet (Food and

6   Drug Administration), Mar. 5, 2003.

7    26.    Attached hereto as Exhibit 25 is a true and correct copy of Guillermo F.

8   Sanz et al., *Standardized, Unrelated Donor Cord Blood Transplantation in Adults with*

9   *Hematologic Malignancies*, 98 Blood 2332 (2001).

10   27.    Attached hereto as Exhibit 26 is a true and correct copy of Eliane Gluckman,

11  *Current Status of Umbilical Cord Blood Hematopoietic Stem Cell Transplantation*, 28

12  Experimental Hematology 1197 (2000).

13   28.    Attached hereto as Exhibit 27 is a true and correct copy of Tohru Iseki et al.,

14  Abstract, *Unrelated Cord Blood Transplantation in Adult Patients with Hematological*

15  *Malignancy: A Single Institution Experience*, 98 Blood 665a (suppl. 1)(2001).

16   29.    Attached hereto as Exhibit 28 is a true and correct copy of Jun Ooi et al.,

17  *Unrelated Cord Blood Transplantation for Adults Patients with Advanced Myelodysplastic*

18  *Syndrome*, 101 Blood 4711 (2003).

19   30.    Attached hereto as Exhibit 29 is a true and correct copy of Jun Ooi et al.,

20  *Unrelated Cord Blood Transplantation for Adults Patients with De Novo Acute Myeloid*

21  *Leukemia*, 103 Blood 489 (2004).

22   31.    Attached hereto as Exhibit 30 is a true and correct copy of Gwynn D. Long

23  et al., *Unrelated Cord Blood Transplantation in Adults Patients*, 9 Biology of Blood and

24  Marrow Transplantation 772 (2003).

25   32.    Attached hereto as Exhibit 31 is a true and correct copy of Liang-Piu Koh &

26  Nelson J. Chao, *Umbilical Cord Blood Transplantation in Adults Using Myeloablative and*

27

28

- 4 -

1  *Nonmyeloablative Preparative Regimens*, 10 Biology of Blood and Marrow

2  Transplantation 1 (2004).

3      33.    Attached hereto as Exhibit 32 is a true and correct copy of Federico

4  Moscardó et al., *Unrelated-Donor Cord Blood Transplantation for Adult Hematological*

5  *Malignancies*, 45 Leukemia & Lymphoma 11 (2004).

6      34.    Attached hereto as Exhibit 33 is a true and correct copy of Juliet N. Barker

7  et al., *Rapid and Complete Donor Chimerism in Adult Recipients of Unrelated Donor*

8  *Umbilical Cord Blood Transplantation After Reduced-Intensity Conditioning*, 102 Blood

9  1915 (2003).

10     35.    Attached hereto as Exhibit 34 is a true and correct copy of excerpts from

11  CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

12     36.    Attached hereto as Exhibit 35 is a true and correct copy of excerpts from

13  CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

14     37.    Attached hereto as Exhibit 36 is a true and correct copy of excerpts from

15  PharmaStem Therapeutics, Inc.'s website, *available at*

16  http://www.pharmastem.com/licensing-program.htm.

17     38.    Attached hereto as Exhibit 37 is a true and correct copy of excerpts from

18  CBR System, Inc.'s Internet website, *generally available at* http://www.cordblood.com.

19

20  DATED:  January 5, 2005                    By ___/s/_____
                                                  Lisa Kobialka, Esq.
21

22

23

24

25

26

27

28
                                          - 5 -