Jury

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VIACELL, INC., CRYO-CELL ) <br> INTERNATIONAL, INC., CORCELL, INC., ) <br> STEMCYTE, INC., CBR SYSTEMS, INC. f/k/a ) <br> CORD BLOOD REGISTRY, INC., ) <br> BIRTHCELLS TECHNOLOGY, INC., ) <br> NUSTEM TECHNOLOGIES, INC., and BIO- ) <br> CELL, INC., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 02-148-GMS |

## JOINT FINAL JURY INSTRUCTIONS

4

EXHIBIT 4

JOINT FINAL JURY INSTRUCTIONS ............................................................................. 4

FINAL JURY INSTRUCTION - INTRODUCTION 2.1 ................................................... 5

JURORS' DUTIES AND THE ROLE OF THE COURT 2.2 ............................................ 6

BURDEN OF PROOF 2.3 ................................................................................................. 7

EVIDENCE 2.4 .................................................................................................................. 8

DIRECT AND CIRCUMSTANTIAL EVIDENCE 2.5 ..................................................... 9

CREDIBILITY OF WITNESSES 2.6 .............................................................................. 10

NUMBER OF WITNESSES 2.7 ...................................................................................... 11

EXPERT WITNESSES 2.8 .............................................................................................. 12

DEPOSITION TESTIMONY 2.9 .................................................................................... 13

CLAIM CONSTRUCTION -- GENERALLY 3.1 ........................................................... 14

INTERPRETATION OF CLAIMS 3.2 ............................................................................ 15

PATENT INFRINGEMENT -- GENERALLY 4.1 .......................................................... 17

DIRECT INFRINGEMENT 4.2 ....................................................................................... 18

INDUCING PATENT INFRINGEMENT 4.3 ................................................................. 19

CONTRIBUTORY INFRINGEMENT 4.4 ...................................................................... 20

WILLFUL INFRINGEMENT 4.5 .................................................................................... 22

VALIDITY 5.1 ................................................................................................................. 24

CHALLENGING PATENT VALIDITY/THE BURDEN OF PROOF 5.2 ..................... 25

PRIOR ART DEFINED 5.3 ............................................................................................. 26

ANTICIPATION 6.1 ........................................................................................................ 27

OBVIOUSNESS 7.1 ......................................................................................................... 29

OBVIOUSNESS – SCOPE AND CONTENT OF THE PRIOR ART 7.2 ...................... 31

OBVIOUSNESS – DIFFERENCES OVER THE PRIOR ART 7.3 ............................................. 32

OBVIOUSNESS – MOTIVATION TO COMBINE 7.4 ........................................................... 33

OBVIOUSNESS - LEVEL OF ORDINARY SKILL 7.5 ............................................................ 34

OBJECTIVE INDICATIONS SHOWING NON-OBVIOUSNESS 7.6 .................................. 35

OBVIOUSNESS -- FACTORS INDICATING NONOBVIOUSNESS 7.7 ............................. 36

OBVIOUSNESS -- HINDSIGHT 7.8 ........................................................................................... 38

OBVIOUSNESS – TEACHING AWAY OF PRIOR ART 7.9 .................................................. 39

DEFINITENESS 8.1 ....................................................................................................................... 40

INVENTORSHIP 9.1 ..................................................................................................................... 41

INEQUITABLE CONDUCT 10.1 ................................................................................................ 42

MATERIALITY 10.2 ..................................................................................................................... 44

INEQUITABLE CONDUCT – INTENT 10.3 ............................................................................. 45

UNTIMELY DISCLOSURE MAY SUPPORT
    A FINDING OF UNENFORCEABILITY 10.3.1 ................................................................. 46

INEQUITABLE CONDUCT – BALANCING OF
    MATERIALITY AND INTENT 10.4 ..................................................................................... 47

DAMAGES 11.1 .............................................................................................................................. 48

DAMAGES – INDIRECT INFRINGERS 11.1.1 ........................................................................ 49

PATENT DAMAGES -- REASONABLE ROYALTY 11.2 ....................................................... 50

REASONABLE ROYALTY – RELEVANT FACTORS 11.3 ................................................... 51

ANTITRUST – RELATIONSHIP TO PATENTS 12.1 .............................................................. 53

ANTITRUST – KNOWING AND WILLFUL FRAUD ............................................................. 54

ANTITRUST – ELEMENTS FOR A MONOPOLIZATION CLAIM 12.3 ........................... 56

ANTITRUST – RELEVANT MARKET 12.4 ............................................................................. 57

ANTITRUST – EXISTENCE OF MONOPOLY POWER 12.6 .................................................. 59

ANTITRUST – WILLFUL ACQUISITION OR MAINTENANCE OF MONOPOLY POWER 12.7 .................................................................................................................. 61

ANTITRUST – ATTEMPT TO MONOPOLIZE CLAIM 12.8 ............................................ 63

ANTITRUST INJURY 12.9 ............................................................................................................ 64

ANTITRUST DAMAGES 12.11 .................................................................................................... 65

DELIBERATION AND VERDICT 13.1 ...................................................................................... 66

UNANIMOUS VERDICT 13.2 ...................................................................................................... 67

DUTY TO DELIBERATE 13.3 ...................................................................................................... 68

COURT HAS NO OPINION 13.4 .................................................................................................. 69

## **INTERPRETATION OF CLAIMS 3.2**

To decide the questions of infringement, validity and enforceability, you must first understand what the claims of the patent cover, that is, what they prevent anyone else from doing. It is my duty under the law to interpret what the patent claims mean and to instruct you about that meaning. You must accept the meaning I give you and use them when you decide whether or not the patent is infringed, valid and enforceable. For any terms that I did not state a specific interpretation, you should give them their ordinary meanings.

I will now provide you with my interpretation of some of the terms found in the asserted claims of the '681 and '553 Patent.

1. *"hematopoietic stem cells"* means "cells capable of effecting repopulation of blood and other hematopoietic organs"

2. *"therapeutic composition"* means "a composition that is useful for the treatment or prevention of diseases or disorders"

3. *"[hematopoietic stem cells] in an amount sufficient to effect hematopoietic reconstitution of a human adult"* means "present in an amount that is as much as is needed to effect hematopoietic reconstitution of a human adult."

4. *"can proliferate within the host"* means "capable of increasing in quantity

These terms should be construed consistently in Claims 1 and 2 of the '681 Patent and Claims 13, 19, 47, 53 and 57 of the '553 Patent.

You should apply my interpretation of the elements in every asserted claim, as described above. For all other elements of these asserted claims, you should apply the ordinary meaning of the words.

In applying my interpretation of the claims, please keep in mindg that there are two types of patent claims: independent claims and dependent claims. An independent claim does not refer to any other claim in the patent. In simple terms, an independent claims stands on its own two feet. An independent claim is read alone to determine the elements that must exist to infringe the claim. Claim 1 of the '681 patent and Claims 13, 47, and 57 of the '553 patent are independent claims.

A dependent claim refers to at least one other claim in the patent. Claim 2 of the '681 patent and claims 19 and 53 of the '553 patent are dependent claims. A dependent claim includes all the elements in the claims to which it refers. Therefore, to determine what dependent covers, you must look at both the dependent claim and the claim to which it refers.

For example, Claim 2 of the '681 patent is a dependent claim. It refers to Claim 1 of the '681 patent. For a composition to infringe dependent Claim 2, the composition must have all the elements of both Claim 1 and Claim 2. Therefore, if you find that an independent claim is not infringed, you must also find that all claims depending on that claim are not infringed.



# cbr cordblood registry
## THE NAME TO TRUST℠

About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom

▶ Request Info Kit    ▶ New

**Call toll free**
**1-888-932-6568**
Mon-Fri 6am - 9pm PST

Search : Site Map

Home > My Account > About Cord Blood Banking > Overview

- ▼ Overview
- What are Stem Cells?
- Why Your Patients Should Save Cord Blood
- Diseases Treated with Stem Cells
- Collecting Cord Blood Stem Cells
- Processing and Storage

## About Cord Blood Banking Overview

Cord blood banking is the process of collecting the blood from a newborn's umbilical cord immediately after delivery and cryogenically storing it for future potential medical uses. Cord blood, which is rich in stem cells, is usually discarded along with the umbilical cord and the placenta after birth.

Collections can take place after vaginal or cesarean births and caregivers do not alter routine delivery procedures to collect cord blood. Because the collection occurs after the cord has been clamped and cut, there is no risk or pain to the infant or mother.

Thousands of families are banking their newborns' cord blood because it contains stem cells that are unique to the newborn, and genetically related to their families. Cord blood banking enables parents to preserve these precious stem cells for their own potential use for the many developing applications of stem cell technologies, such as its use in treating heart disease and Alzheimer's. It also serves as a type of safeguard in case of future need for treatment of the dozens of cancers and blood disorders that are already being treated with cord blood stem cells.


e-mail page to a friend

Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search

Cord Blood Registry - About Cord Blood Banking Overview

Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media

Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.









Cord Blood Registry - Company Overview



**cbr** cord blood registry®
THE NAME TO TRUST℠

> Request Info Kit
> New

Call toll free
**1-888-932-6568**
Mon-Fri 6am - 9pm PST

| About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom |

Search : Site Map

Home > About CBR > Company Overview

## Company Overview

Cord Blood Registry is the world leader in cord blood stem cell banking. We set the gold standard for storing and processing cord blood stem cells.

More than 18,000 caregivers have collected cord blood for our clients at over 2,500 birthing centers throughout the United States and in more than 50 countries. Cord Blood Registry has provided extensive educational resources for obstetricians, midwives, and hospitals, and we are the largest contracted service provider to some of the nations leading HMOs and health insurance companies. We are headquartered in San Bruno, California. We own and operate our AABB-accredited laboratory and storage facility, located in Tucson, Arizona.



American Association of Blood Banks

"We are excited about the future. Cord Blood Registry maintains a leadership position in many of our markets. And our employees are the best to be found, anywhere in the world. We look forward to continuing to build on the successes of the past as we take advantage of the opportunities of the future."

Thomas E. Moore, CEO
Cord Blood Registry

**Ask The CFO**
Have a question you would like to ask about our company? Click here.

**Our Track Record**
Cord Blood Registry is the Name to Trust(SM) based on our track record of unparalleled experience and proven success. We offer a premium service with superior processing, unique value-added features, and the highest level of client satisfaction.

Click here to down load CBR's Track Record and Transplant Summary

**Our Mission Statement**
Cord Blood Registry is the most experienced and trusted cord blood bank in the world.

EXHIBIT 6

# Cord Blood Registry - Company Overview

We believe in the value of cord blood stem cells and empower our customers by providing a once-in-a-lifetime opportunity to save them. We will continue to lead the industry through our superior quality, integrity, and dedication to our customers.

✉ e-mail page to a friend

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search

Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers

Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media

Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.







VeriSign SECURE SITE
CLICK TO VERIFY


Cord Blood Registry - Frequently Asked Questions

cbr cord blood registry®
THE NAME TO TRUST℠

| About CBR | Banking with CBR | FAQs | My Account |

Request Info Kit
» New
» Caregivers

Call toll free
**1-888-932-6568**
Mon-Fri 6am - 9pm PST

Newsroom : Site Map
Search

Home > FAQs > Cord Blood Stem Cells

Cord Blood Stem Cells

Banking Cord Blood Stem Cells

Collecting Cord Blood Stem Cells

Shipping and Handling Cord Blood

Processing and Banking of Cord Blood

About Cord Blood Registry

Enrolling with CBR

## Cord Blood Stem Cells

- What is cord blood?
- What are stem cells?
- How are stem cells used?
- What types of diseases are treated with stem cell transplantation?
- Are cord blood stem cells different than other stem cells?
- Why are doctors turning to cord blood instead of bone marrow?
- What is proposed in terms of cord blood transplants in the future?
- What is graft vs. host disease (GVHD)?
- What is HLA-matching?

### What is cord blood?

Cord blood, which is also called "placental blood," is the blood that remains in the umbilical cord and placenta following birth and after the cord is cut. Cord blood is routinely discarded with the placenta and umbilical cord.

Your baby's umbilical cord blood is a valuable source of stem cells, which are genetically unique to your baby and family.

Return to Index

### What are stem cells?

Stem cells are the body's "master" cells because they create all other tissues, organs, and systems in the body.

The stem cells found in cord blood are the building blocks of your blood and immune system and most readily reproduce into:

Red Blood Cells - which carry oxygen to all the cells in the body
White Blood Cells - which fight infection
Platelets - which aid in clotting in the event of injury

There are three sources where stem cells are commonly found, they are:

Bone Marrow
Peripheral Blood (the blood that circulates through your body)
Umbilical Cord Blood

The ability of cord blood stem cells to differentiate, or change into other types of cells in the body is a new discovery that holds significant promise for improving the treatment of some of the most common diseases such as heart disease, stroke, and Alzheimer's.

Return to Index

**How are stem cells used?**

Currently, stem cells are primarily used in transplant medicine to regenerate a patient's blood and immune system after they have been treated with chemotherapy and/or radiation to destroy cancer cells.

At the same time the chemotherapy and radiation destroys the cancer cells in a patient, they also destroy stem cells. Therefore, an infusion of stem cells or a stem cell transplant is performed after the chemotherapy and/or radiation treatment. The stem cells then migrate to the patient's bone marrow where they multiply and regenerate all of the cells to create a new blood and immune system for the patient.

The promise of using stem cells for medical treatments has been the focus of research projects that are showing encouraging results.

- Cord blood stem cells have been "triggered" to differentiate into neural cells, which could lead to treatments for diseases such as Alzheimer's and Parkinson's.
- They have also proven their ability to turn into blood vessel cells, which could some day benefit treatments for heart disease, allowing patients to essentially "grow their own bypass."

Return to Index

## What types of diseases are treated with stem cell transplantation?

The link below reflects all of the types of diseases that have treatments involving stem cell transplantation. Not all diseases amenable to stem cell transplantation have been treated specifically with cord blood stem cells.

Some of the research currently being conducted using stem cells for treatment in cellular repair and regeneration are listed under Potential Future Stem Cell Applications.

Diseases Treated

Return to Index

## Are cord blood stem cells different than other types of stem cells?

Yes. Umbilical cord blood stem cells are the "youngest," safely available stem cells and they are the product of another miracle-a live birth. Freezing these cells essentially stops the clock and prevents aging and damage that may occur to the cells later in life. Another source of stem cells, embryonic stem cells, has been at the heart of heated debate. Currently, embryonic stem cells are not being used to treat humans. A third category of stem cells is adult stem cells, such as those found in bone marrow. Adult stem cells serve very specialized roles in children and adults and are not as proliferative as those found in cord blood.

Return to Index

## Why are doctors turning to cord blood instead of bone marrow?

### Easier to match -- higher survival
Bone marrow is difficult to match between the donor and recipient because a "perfect match" is usually required. Cord blood immune cells, however, are less mature than in bone marrow and can be successfully used even when there is only a half-match. This

means there is more opportunity for transplants between family members when cord blood is stored. Some studies have shown that overall survival rates for related transplants are more than double that of transplants from unrelated donors.

**Immediate availability**
Banking cord blood ensures that these stem cells can be immediately available if they are needed for treatment. Early treatment of many illnesses can minimize disease progression. According to researchers at Duke University, cord blood transplants could provide possible survival that is unlikely with the more time consuming process of unrelated marrow donation.

**Less GVHD**
Overall, patients who receive cord blood transplants from a relative experience significantly less Graft vs. Host Disease (GVHD), a transplant rejection that is the leading cause of death in stem cell transplant patients. According to one study, the three-year cumulative incidence of chronic GVHD was 6% for matched siblings who received cord blood transplants versus 15% for matched siblings who received bone marrow transplants.

Return to Index

**What is proposed in terms of cord blood transplants in the future?**

To date, umbilical cord blood has been used in more than 2,500 transplants by children and adults. In many cases, the cord blood was used by the baby's sibling. Other transplants have occurred for the newborn himself, the newborn's mother, father, and the newborn's cousin.

In the past two years alone, research has demonstrated that cord blood stem cells can differentiate into other types of cells in the body. The regenerative qualities of stem cells have been brought to the forefront in the field of cellular repair. Stem cells have been labeled an important biological resource and researchers are conducting more and more studies to unlock the potential of umbilical cord blood stem cells in future applications for diseases like Alzheimer's, diabetes, heart and liver disease, muscular dystrophy, Parkinson's disease, spinal cord injury, and stroke.

http://www.centerspan.org/pubs/news/0397c.htm

Return to Index

### What is graft vs. host disease (GVHD)?

GVHD is one of the most common and life threatening side effects of a stem cell/bone marrow transplant. GVHD occurs when the transplanted stem cells recognize the recipient's body as foreign, and "reject" it. Cord blood transplants have had a noticeable lack of GVHD because the stem cells from the donor do not need to match the recipient as closely as with bone marrow.

Return to Index

### What is HLA matching?

Matching refers to six proteins called Human Leukocyte Antigens (HLA) that appear on the surface of white blood cells and other tissues in the body. These six HLA points, or loci, determine tissue compatibility between a patient and a donor. Although a perfect match would be best, studies have shown that cord blood transplants are successful, even when only three of the six loci match. With cord blood, the immune cells are less mature than those in bone marrow, and therefore siblings are twice as likely to be able to use each other's cord blood, compared to bone marrow.

Return to Index

✉ e-mail page to a friend

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search
Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers
Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media




Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.

