Cord Blood Registry - Frequently Asked Questions

http://www.cordblood.com/cord_blood_faqs/collecting_cordblood.asp



**CBR**
cordblood
registry®
THE NAME TO TRUST™

| About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom |

Home > FAQs > Collecting Cord Blood Stem Cells

Cord Blood Stem Cells

Banking Cord Blood Stem Cells

Collecting Cord Blood Stem Cells

Shipping and Handling Cord Blood

Processing and Banking of Cord Blood

About Cord Blood Registry

Enrolling with CBR

**Call toll free**
**1-888-932-6568**
Mon-Fri 6am - 9pm PST

‣ Request Info Kit
‣ New

Search · Site Map

## Collecting Cord Blood Stem Cells

- How new is cord blood collection?
- When is the cord blood collected?
- How is the cord blood collected?
- Is collection amount important?
- How many caregivers have collected for Cord Blood Registry?
- Is there any risk to my child or myself during collection?
- Does the hospital need to provide any materials for collection?
- How does C-section affect the collection process?

**How new is cord blood collection?**

The first cord blood transplant was performed in 1988. Since then, more than 3,000 transplants have occurred.

The opportunity for expectant families to collect and store their newborn's umbilical cord blood stem cells has only been widely available since late 1995. Currently, thousands of parents are taking advantage of this once-in-a-lifetime opportunity.

Return to Top

**When is the cord blood collected?**

Cord blood is collected from the umbilical cord immediately after the birth of the baby and after the cord has been cut. This blood is routinely discarded and collecting it does not alter normal birthing procedures. The collection can only take place at the time of delivery

EXHIBIT 8

and is normally performed by your caregiver.

Return to Top

## How is the cord blood collected?

Our goal at the Registry is to help your doctor collect as much cord blood as possible for your family. We offer a choice of either the syringe or blood bag collection methods.

Return to Top

## Is collection amount important?

Yes. Larger stem cell samples have shown better survival rate in transplant.

Return to Top

## How many caregivers have collected for Cord Blood Registry?

More than 18,000 caregivers have collected cord blood for our clients at more than 2,500 hospitals and birthing centers throughout the U.S., and in more than 50 countries. We have provided extensive educational resources and training to first-time collecting physicians, midwives, and hospitals to ensure a simple and effective collection.

Return to Top

## Is there any risk to my child or myself during collection?

No. The cord blood is collected after your baby has been born and the umbilical cord has been clamped and cut. The cord blood that is being collected is blood that would routinely be thrown away. The collection is painless, easy, and safe for mother and baby. Your caregiver will not alter their normal birthing process in any way, except to collect your

baby's cord blood. The average time for cord blood collection is about 5 minutes.

Return to Top

**Does the hospital need to provide any materials for collection?**

No. You will receive a collection kit for your baby's cord blood stem cells. Your kit contains all the items your caregiver will need to collect your baby's cord blood. However, you must remember to take the kit with you to the hospital when you deliver.

Return to Top

**How does C-section affect the collection process?**

C-section collections are drawn directly from the cord, or your doctor can deliver the placenta into a sterile tray and then draw from the fetal side of the placenta. Studies comparing vaginal vs. cesarean delivery show that the collection volumes are comparable.

Return to Top

 e-mail page to a friend

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search

Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers

Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media






Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.

http://www.cordblood.com/cord_blood_faqs/collecting_cordblood.asp

## CBr cordblood registry®
### THE NAME TO TRUST℠

| About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom |

> Request Info Kit
> New

**Call toll free**
**1-888-932-6568**
Mon-Fri 6am - 9pm PST

Search : Site Map

Home > FAQs > Shipping and Handling of Cord Blood

Cord Blood Stem Cells

Banking Cord Blood Stem Cells

Collecting Cord Blood Stem Cells

Shipping and Handling Cord Blood

Processing and Banking of Cord Blood

About Cord Blood Registry

Enrolling with CBR

## Shipping and Handling of Cord Blood

- How is my baby's cord blood sent to your laboratory?
- How long will the cells remain viable in the kit after collection?
- Do the stem cells have to be kept at room temperature before shipping?
- What if I do not live in the U.S.?

### How is my baby's cord blood sent to your laboratory?

The One-Step Shipping(SM) service makes returning your baby's kit to our lab as simple as a single phone call. After the collection, the labor and delivery staff will return the collection kit to you or a designated family member. The collection kit is pre-labeled and is ready to be shipped "as-is."

To take advantage of One-Step Shipping through Quick International, simply call the courier after your baby's birth, and then relax with your new baby. With one simple phone call, your collection kit will be picked up directly from your hospital room. CBR's automated tracking system will monitor your shipment until it is safely delivered to our lab. You will receive confirmation from us as soon as your sample is received and processed.

Return to Top

### How long will my baby's stem cells remain viable in the kit after collection?

In general, the larger the sample collected, the longer the time allowance. For the best results, we want our clients to have the largest collection possible and to get the sample back to us as soon as possible. We request that each sample be received at our laboratory

EXHIBIT 9

Cord Blood Registry - Frequently Asked Questions

between 24 to 32 hours after collection. To be safe, we should receive the sample no later than 36 hours after the collection is performed. The One-Step Shipping option through Quick International Courier, typically delivers collection kits to CBR's Arizona facility from anywhere in the U.S., in less than 24 hours.

Return to Top

**Do the stem cells have to be kept at room temperature before shipping?**

Yes, the cells should be kept at room temperature. Not surprisingly, stem cells like body temperature. Never refrigerate the kit, expose it to freezing temperatures or extreme heat like in a closed vehicle or car trunk.

Return to Top

**What if I do not live in the U.S.?**

We proudly serve clients in nearly all countries around the world. International couriers are available to provide customs clearance and guarantee delivery to our laboratory within 36 hours of collection.

Return to Top

 e-mail page to a friend

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search
Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers
Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media

Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.





Cord Blood Registry - Frequently Asked Questions

http://www.cordblood.com/cord_blood_faqs/shipping_handling.asp

## THE NAME TO TRUST℠

# CBR cordblood registry®

| About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom |

Home > FAQs > Processing and Banking of Cord Blood

Cord Blood Stem Cells

Banking Cord Blood Stem Cells

Collecting Cord Blood Stem Cells

Shipping and Handling Cord Blood

Processing and Banking of Cord Blood

About Cord Blood Registry

Enrolling with CBR

**Call toll free**
**1-888-932-6568**
Mon-Fri 6am - 9pm PST

▸ Request Info Kit!
▸ New

Search | Site Map

## Processing and Banking of Cord Blood

- Where are my baby's cord blood stem cells stored?
- How do I know my baby's stem cells are stored safely?
- How do you process the cord blood?
- Are your processing methods and results published?
- How do you protect my baby's stem cells against potential contamination from other samples?
- What testing is performed by Cord Blood Registry?
- How long can Cord blood stem cells be stored in liquid nitrogen?
- Does cord Blood Registry perform HLA typing on the cord blood samples?
- Will I receive confirmation that my baby's cord blood has been stored successfully?
- How do I know that my sample will not be confused with someone else's?
- What federal or state guidelines or regulations do you follow?
- If my family ever needs the sample how do we retrieve it?
- Have any of your samples been requested for use in transplant?

### Where are my baby's cord blood stem cells stored?

Our state-of-the-art laboratory and storage facility is located in Tucson, Arizona, a location that historically has not been subject to major environmental disasters such as hurricanes, earthquakes, and tornadoes.



Return to Top

### How do I know my baby's stem cells are stored safely?

EXHIBIT 10

Our laboratory is overseen by Scientific Director, David Harris, Ph.D, one of the world's foremost experts on cord blood stem cell banking. Our laboratory features back-up generators, computer monitoring systems that limit entry to the cryogenic vault strictly to authorized personnel; and paging, computer, and faxing systems that maintain constant contact with our technicians while monitoring the laboratory and storage areas. The facility and systems are monitored twenty-four hours a day, 365 days a year, to ensure the long-term security of your family's stem cells. In short, we have not only secured a safe location, but also have rigorously designed our systems to ensure the security and safety of your baby's stem cells.

Return to Top

## How do you process the cord blood?

We use a proprietary density gradient separation method, the highest standard adapted for cord blood processing. Our expert laboratory technicians take the extra step of removing the red blood cells from your baby's cord blood sample. Our processing method is preferred by transplant physicians because:

- It minimizes the risk of blood type (ABO) incompatibility if the cord blood is needed for someone other than the newborn.
- It significantly reduces the use of DMSO, a protectant used in cryopreservation, which can cause problematic side effects when a sample is used.
- It minimizes free hemoglobin which is released when red blood cells that remain in the sample burst during the thawing process. Free hemoglobin stresses the kidneys of the transplant recipient. Additionally, the bursting of the red blood cells reduces stem cell viability.



© Cbr Systems, Inc.

Return to Top

## Are your processing methods and results published?

Yes. Cord Blood Registry's collection method, processing procedure, banking results, and success rates have been published in the following journals and forums:

Harris, D.T., Schumacher, M.J., Rychlik, S., et al., "Collection, Separation and Cryopreservation of Umbilical Cord Blood for Use in Transplantation," Bone Marrow Transplantation, 1994

ACOG Abstracts 2002 ACM, Los Angeles

Harris, D.T., "Cord Blood Banking for Transplantation," Canadian Journal of Clinical Medicine, March 1997

Harris, D.T., "Collection Processing and Banking of Umbilical Cord Blood for Clinical Use," The Journal of the Bellevue Obstetrical & Gynecological Society, Spring 2002

Return to Top

## How do you protect my baby's stem cells against potential contamination from other samples?

Only Cord Blood Registry uses a unique system to shield your baby's stem cell sample. A hermetically sealed layer of special material envelopes each cryovial providing a double-containment system specifically designed for long term storage of stem cells. This proprietary system also ensures your barcode can never become detached from your sample and is designed to provide the most secure cryogenic storage available today.



Return to Top

## What testing is performed by Cord Blood Registry?

Cord Blood Registry tests incoming blood before and after processing as part of our quality control to ensure the sample is contaminant-free on arrival and continues to be during processing in our laboratory. Our blood screening exceeds FDA guidelines for testing and quality control. Our laboratory's strict internal quality control measures require that the liquid nitrogen in the cryogenic vaults be tested on a monthly basis.

Return to Top

## How long can cord blood stem cells be stored in liquid nitrogen?

"There is no evidence at present that [cord blood stem] cells stored at minus 196 degrees Celsius in an undisturbed manner lose either in vitro-determined viability or biological activity. Therefore, at the current time, no expiration date need be assigned to cord blood stored continuously under liquid nitrogen."

----Guidelines for Collection, Processing and Storage of Cord Blood Stem Cells; New York State Department of Health

Current data reflects that cord blood cells stored for fifteen years have the same composition as they did at the time of storage. All science involving cryogenic storage of cells also indicates that the cells should remain viable indefinitely.

Return to Top

## Does Cord Blood Registry perform HLA typing on the cord blood samples?

No, CBR does not do any HLA typing prior to storage because it is not necessary until the sample is retrieved for use. At that point in time, your insurance provider would cover the costs of this test for both the donor and the recipient, which will determine if the sample is a match for the patient. The testing we do is performed to ensure sample safety, processing quality assurance, and sample viability.

Return to Top

## Will I receive confirmation that my baby's cord blood has been stored successfully?

When you provide CBR with your e-mail address, you will receive instant notification the moment your sample is received at our lab and you will also be contacted by phone within 24 hours of your sample being processed. Additionally, you will receive another e-mail once your baby's cord blood processing results (cell count, viability, etc.) are available. Your baby's Certificate of Deposit will arrive within two to three weeks for your records.

Return to Top

## How do I know that my sample will not be confused with someone else's?

Your sample ID is ensured through a triple identification system:

1. The first is a unique identifier and barcode. When you enroll with Cord Blood Registry, your baby's collection kit is assigned a unique identifier (barcode), and this same identifier always remains with your baby's cord blood kit, paperwork, and sample. The cryosheathing process used by Cord Blood Registry seals a special envelope around the barcoded cryovial, ensuring that it can never become detached from the sample.
2. The second identifier is a hand-written I.D. on each vial.
3. Third is the storage location of your baby's unique sample. This information is stored in our computer system, which is backed up daily, via optical disk and a hardcopy system.

Return to Top

## What federal or state guidelines or regulations do you follow?

The Federal Drug Administration (FDA) has issued guidelines, and the States of New York and New Jersey have mandatory licensing and strict regulations on cord blood banking. The stringent laboratory processes, record keeping, quality control and quality assurance of Cord Blood Registry are designed to meet all federal (FDA) and state guidelines and regulations. CBR is accredited by the American Association of Blood Banks (AABB).

Click here for FDA Guidelines

Return to Top

## If my family ever needs the sample how do we retrieve it?

Should the need arise, Cord Blood Registry's client services department and your physician

Cord Blood Registry - Frequently Asked Questions

would make arrangements for confirmatory testing, release, and transportation of your baby's stem cells to a designated hospital.

Return to Top

**Have any of your samples been requested for use in transplant?**

Yes. We have more experience providing samples for use in transplant than any other family bank. To date, Cord Blood Registry has provided thirty samples for use in transplantation. In all cases, the stem cells proved viable for transplant - the ultimate validation of our collection, processing, and storage procedures. While most samples have been used for siblings, our samples have been used in two other notable transplants:

- Newborn to Mom. A newborn's cord blood stem cells were transplanted to her mother to treat chronic myelogenous leukemia (CML).
- Newborn's Own Use. Cord Blood Registry facilitated a transplant for a child who was diagnosed with aplastic anemia at age two. His own cord blood stem cells were used in his transplant.

Return to Top

 e-mail page to a friend

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search

Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers

Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media






Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.

# OBspotlight

### Cbr
### NEW DIMENSIONS IN CORD BLOOD BANKING

VOLUME I, ISSUE I

SUMMER 2002

## In This Issue...

**2 Bank on Cord Blood Registry**

**3 People to Watch**
Dr. David T. Harris

**4 Perspectives**
Obstetrician/Gynecologist Shares Thoughts on Cord Blood Banking

**5 Look to the Literature**

**5 Bone Marrow or Cord Blood Transplants**

NEWSLETTER COMPLIMENTS OF

Cbr cord blood registry®

# From the Medical Frontier
## Cord Blood Registry®
## Sets the Gold Standard in Cord Blood Banking

Rarely does a week pass, it seems, that the medical literature fails to report on yet another new therapeutic use of stem cells, those precursor cells that act as building blocks of organ tissue, blood and the immune system. In recent years, we have witnessed how applications of stem cell therapy in transplantation yield dramatic results in treating certain malignancies, blood and immune disorders and inborn errors of metabolism. Compelling evidence is also mounting that stem cell therapy may someday prove effective in treating autoimmune disease, neurological disorders and genetic-based illnesses. As these present and potential uses of stem cells emerge, so does the urgency to meet a growing need for them.

Historically, bone marrow from siblings or related donors was a transplant physician's first choice as a source of stem cells. Not always, however, was there a compatible match. This led to the formation of bone marrow registries. They helped, but often no compatible donor was available in time. The discovery that cord blood was a rich source of stem cells sparked interest in banking it for patients, and in the 1990s public cord blood banks with better matching capability and immediate access were started. While these banks facilitate many treatments, they lack the increased safety and significantly less graft vs. host disease provided by genetically related matching cord blood stem cells. To help fill this need, private cord blood banking offers families a reliable source of related stem cells collected through a safe, painless and simple procedure.

Cord Blood Registry (Cbr), the world's largest, most experienced center for processing and banking cord blood, helps introduce expectant parents to the benefits of family cord blood banking. Since its founding in 1994, Cbr has used the most advanced technology available to preserve over 150,000 units of cord blood from more than 40,000 newborns. Collections have occurred in every state of the Union and 48 countries. Over 10,000 obstetricians in nearly 2,000 birth facilities have used Cbr's simple collection procedures. Our experience, carefully tested methodology, large client base and financial strength have made Cbr the Gold Standard in cord blood banking.

Like many obstetricians, you too may have noticed an increase over the past few years in patient inquiries about cord blood banking. That's why Cbr has expanded its efforts to provide accurate, up-to-date professional education on cord blood banking. Our academic affiliations and highly trained staff, together with our high-quality educational materials, Web site and educational conferences, make Cbr the leading resource to which physicians turn for information on this timely subject.

As popular awareness of family cord blood banking grows along with the number of new applications of stem cell therapy, we believe that more expectant parents will continue to elect to save this unique biological resource—and seek our extensive information on the subject. It is likely that more patients will come to you as a primary source of this information.

In this premier issue of *OB Spotlight*, Cbr addresses in a straightforward, concise manner issues on cord blood banking. This newsletter, and future issues, will help you keep abreast of important new technology and Cbr's role.

**Tom Moore**
CEO, Cord Blood Registry

EXHIBIT 11
CBR 03820

**OBspotlight**

# Cbr at a Glance
## Bank on Cord Blood Registry®

**FOUNDED**
1994 using technology pioneered by David Harris, Ph.D. (subsequent to a 1992-1994 pilot program sponsored in part by the American Cancer Society and the University of Arizona Department of Microbiology and Immunology, Tucson).

**HEADQUARTERS**
San Bruno, CA.

**STORAGE FACILITY**
Tucson, Arizona. Owned and operated by Cbr, specially designed and built for cord blood processing and storage (over 150,000 units stored currently).

**ACADEMIC AFFILIATIONS & RESEARCH**
University of Arizona Department of Microbiology and Immunology. Recently partnered, along with Stanford University, with the Susan G. Komen Breast Cancer Foundation to analyze cord blood for possible predisposing ethnic factors and correlation with the incidence of breast cancer.

**ACCREDITATION**
American Association of Blood Banks for hematopoietic stem cell processing.
FDA registered, and licensed in the states of New York and New Jersey (the only states that require additional licensure).

**EXPERIENCE**
More than 40,000 samples processed and stored to date (world's most experienced cord blood bank).
Nearly two dozen samples have been selected for use in treatment.

**PHYSICIAN NETWORK**
More than 8,000 repeat collecting physicians.

**GEOGRAPHIC SPAN**
More than 2,000 birthing centers in 50 states and 48 foreign countries.

**COLLECTION METHOD**
Both syringe and blood bag methods are available.

**CLIENT PROFILE**
Highly educated mothers (84 percent who store cord blood are college graduates, including 49 percent who have graduate degrees).

**SUBSIDIARY ORGANIZATION**
Cord Blood Donor Foundation (nonprofit foundation devoted to cord blood research and to serving as a resource for donor information).

**CHARITABLE PROGRAM**
The Designated Transplant Program provides cord blood storage to qualifying families with a medical need, at no cost to the family.

**HEALTH CARE PROVIDER PARTNERSHIP**
The largest contracted service provider to some of the nation's leading HMOs and health insurance companies.



### Growth in Cord Blood Transplants

Number of Transplants

1998    1999    2000    2001

CBR 03821

2

For more information about Cord Blood Registry or for a free brochure directed to the medical professional, call 1-800-588-6377 or consult the Cbr Web site www.cordblood.com.

---

## GOLD STANDARD FACT

*Cord Blood Registry has banked over 150,000 units of cord blood to date. More than 40,000 babies have their cord blood entrusted to the Registry, making Cbr the world's largest, most experienced cord blood bank.*

# People to Watch

## Dr. David T. Harris: Pioneer in the Field of Cord Blood Banking



**David T. Harris, Ph.D.**
*Professor of Microbiology and Immunology, University of Arizona, Tucson. Director of the Stem Cell Bank, Cord Blood Registry.*

When David T. Harris, Ph.D., arrived in Tucson in 1989 to join the faculty of the Department of Microbiology and Immunology at the University of Arizona, he brought an impressive set of academic credentials, a keen interest in the therapeutic potential of human stem cells and a long-held yearning to help develop this potential through research. An immunologist and microbiologist who had completed doctoral studies at North Carolina's Bowman Gray School of Medicine and a fellowship at Switzerland's Ludwig Institute for Cancer Research, he stood on the brink of exciting new applications of stem cell therapy that science would reveal in the next decade and beyond. His concern about the life-threatening side effects of bone marrow transplants, such as graft vs. host disease and contamination by viruses, helped drive his desire to develop an alternative treatment.

By 1992, Dr. Harris had completed the necessary trials for developing a sound methodology to collect, screen, process and store umbilical cord blood cells. The American Cancer Society soon gave a nod to his work and, with the University of Arizona, funded a three-year pilot program that led to the establishment of the world's first familial cord blood stem cell bank at the University. On June 24, 1992, his son Alexandre became the first newborn to have his cord blood stored for future use. Within three years, the program grew into a private, independent cord blood bank, the Cord Blood Registry®, now the world's largest and most experienced private cord blood bank. Since then, Dr. Harris has risen to become Professor of Microbiology and Immunology at the University. He retains his original position with Cbr as Director

of the Stem Cell Bank and also serves as Director of the Cord Blood Donor Foundation, a nonprofit organization dedicated to cord blood research and to serving as a resource for donation information.

Today in his laboratory at the University of Arizona, Dr. Harris' research activities span a broad range, including tissue engineering, immunotoxicity and gene therapy. He is investigating the combination of conventional cancer therapy and gene therapy; the goal of this research is to create from stem cells disease-specific designer immune systems for cancer patients. The US Air Force, moreover, funds his work on the effect of exposure to an environmental toxin, JP-8 jet fuel, on the immune system. JP-8, the sole source of fuel used by the military, also provides one of the most common sources of commercial jet fuels. Dr. Harris also collaborates with the University's Department of Ophthalmology and Arizona Heart Center to assess the feasibility of growing corneas and heart tissue from stem cells.

"Over the next decade, there will undoubtedly be additional uses [of stem cells from cord blood] that are not yet possible to foresee; the growth of family and public cord blood banks will facilitate these advances," said Dr. Harris. "At that time, the odds of use for a family-banked cord blood sample may increase from one in 1,000 to one in 50 or more for autologous use, making the banking of cord blood stem cells for use by the family a wise (and possibly routine) decision."

3

CBR 03822

---

### GOLD STANDARD FACT

*Cord Blood Registry is accredited by the American Association of Blood Banks, which ensures that samples are screened, processed and stored according to the strictest quality assurance guidelines. All Cbr processing, quality control and quality assurance programs also comply with FDA guidelines.*

**Obstetlight**



**Peter D. Weiss, M.D.**
Assistant Clinical Professor, Obstetrics and Gynecology
UCLA School of Medicine
Los Angeles, California

# Perspectives

## Obstetrician/ Gynecologist Shares Thoughts on Cord Blood Banking

Dr. Weiss divides his professional time between academic responsibilities as assistant clinical professor of obstetrics and gynecology at the UCLA School of Medicine and an active clinical practice at Cedars-Sinai Medical Center in Los Angeles, California. He has acquired broad experience in the collection of cord blood and in patient counseling on the subject. Dr. Weiss is a prolific writer and speaker on a wide spectrum of topics that include cord blood banking.

*Are obstetricians/gynecologists responsible to their patients who seek information or counseling on the option of cord blood banking?*

Members of our specialty nationwide report an upsurge in patient inquiries about cord blood banking. I view it as the responsibility of any physician who treats pregnant women or women planning to have a family to be prepared with educational materials about cord blood banking. It also is critical to counsel in an unbiased manner that seeks to leave the ultimate decision regarding cord blood banking to the patient and her partner. Also, I believe that other responsibilities of our profession include documenting the patient's decision to either discard or bank the cord blood and collecting the cord blood when requested.

*If a family has no history of cancer and is not part of a minority group, what benefit would they derive from banking their newborn's cord blood?*

Hereditary factors today account for only about 20 percent of childhood cancers. It is estimated that environmental and other factors cause the remainder. Family cancer history is, therefore, not especially useful in making a decision about cord blood banking. Although finding a stem cell match for minority or mixed ethnicity patients is difficult, there is no guarantee of the availability of a suitable HLA match for a Caucasian child or adult either. In the event that a patient needs stem cells, it is generally best to use

the child's own stem cells; if a patient's own stem cells can't be used or are not available, a relative, especially a sibling, would provide the next best source of stem cells provided there is a sufficient match. Furthermore, knowing that they have saved a unique cellular resource for future use in current and developing therapies can bring peace of mind to parents who elect to bank their baby's cord blood cells.

*Should a family donate their infant's cord blood to a public blood bank or undergo the expense of familial cord blood banking?*

Every physician counseling a patient on this matter should make it clear that cord blood banking is a personal decision that ultimately rests with the family. Families contemplating a donation to a public blood bank should understand that they relinquish all rights to it. True, they may use their own donated stem cells if – and this is a big "*if*"– the cells are available. Public facilities report banking only 30 percent of the donations they receive. Others may go to research or to the first patient for whom they are requested. Public cord blood banks, moreover, accept stem cells only from affiliated hospitals – which means the vast majority of willing donor families do not have the opportunity to donate. Family banking, on the other hand, gives parents exclusive control of their baby's stem cells. Parents also have assurance in knowing the source of the stem cells, the family medical history and that the stem cells will be reserved and readily available to them.

4

CBR 03823

## GOLD STANDARD FACT

*Cord Blood Registry has to date retrieved cord blood samples needed by nearly two dozen client families for medical treatment. In all cases, the stem cells proved viable for transplant – the ultimate validation of Cbr's collection, processing and storage methods.*



**If Your Patient Asks . . .**

# TIPS
## ON HELPING A PATIENT CHOOSE A CORD BLOOD BANK

*Why would a physician counsel in favor of cord blood banking when the odds today are very low that a child will need his or her banked stem cells for cancer treatment?*

Presently that's true. But childhood cancer, sadly, is rising in this country. Also, siblings, parents or even cousins with a matching HLA may also benefit from privately banked stem cells. Some studies have shown that survival, moreover, is more than double (63 percent to 29 percent) and complications are minimal with related as compared to unrelated samples of stem cells. Finally, while most stem cell applications are presently limited to therapies that include cancers, blood disorders, immunodeficiencies and inborn errors of metabolism such as osteopetrosis and Gaucher disease, promising applications now under scientific investigation extend to autoimmune disease, Alzheimer's disease, diabetes, spinal cord injury, stroke and more.

*How long does banked cord blood last? Will my patient be able to use it 20, 30 or even 50 years later?*

Stem cells are the heartiest type of cell and should remain viable indefinitely when stored in liquid nitrogen. Stem cells frozen for over a decade have been used successfully in transplants. In terms of cord blood stem cells, the New York State Department of Health guidelines for Cord Blood Banking state *"there is no evidence that cord blood cells stored undisturbed at −196 Celsius lose either in vitro-determined viability or biological activity. Therefore, at the current time, no expiration date need be assigned to cord blood stored continuously under liquid nitrogen."*

*Does blood from the umbilical cord contain a sufficient quantity of stem cells for use in an adult patient?*

Yes. A recent article in *The New England Journal of Medicine* (June 14, 2002) by M.J. Laughlin and other researchers established that umbilical cord blood contains enough stem cells for use by an adult. The article, "Hematopoietic engraftment and survival in adult recipients of umbilical cord blood from unrelated donors," appears on the Cbr Web site, www.cordblood.com/science.

*Today, patients in increasing numbers turn to their ob/gyn practitioners and other birth professionals for information about cord blood banking.*

*The following checklist highlights some of the key issues that should be assessed when recommending a cord blood bank:*

- Carries accreditation by the American Association of Blood Banks, is registered with the FDA and is licensed in all states that require licensure.

- Demonstrates financial viability and a reputable history that provides a reasonable amount of security that the baby's stem cells will be safe.

- Has academic affiliations.

- Conducts no competing activities that may compromise the processing, preservation and storage of the baby's cord blood stem cells.

- Has successfully retrieved cord blood samples that a medical professional validated as viable for transplantation or other medical treatment.

- Completes all processing, preservation and storage of cord blood in-house, without incorporating any contracted services.

- Owns the facility in which it conducts cord blood processing and storage.

- Removes red blood cells before storage—a process that benefits the treatment recipient.

- Preserves the stem cells in multiple cryovials rather than blood bags.

- Is located in a stable geographic environment removed from the threat of hurricanes and earthquakes.

5

---

**GOLD STANDARD FACT**    CBR 03824

*Cord Blood Registry is dedicated to only one activity:
the collection, processing, preservation and storage of cord blood stem cells. Our facility handles no other
materials, and no other activity competes with stem cell banking for our time, expertise or funds.*

**CBRspotlight**



# Look to the Literature

## New Data, Publications Provide Expanded Information on the Potential of Umbilical Cord Blood

In 1997, the American College of Obstetricians and Gynecologists (ACOG) published a document, *Routine Storage of Umbilical Cord Blood for Potential Future Transplantation,* that raised many scientific, legal and ethical issues surrounding this then-undefined technology. Subsequently, an upsurge in demand for cord blood and in the number of transplantation procedures using cord blood stem cells helped spur the growth of a substantial body of clinical data and publications that address many of these issues. As clinical experience with stored cord blood continues to grow, more data will undoubtedly shed further light on these issues. Following are selected journal articles about stem cells that have appeared in the medical literature since 1997.

- *A broad T-Cell repertoire diversity and an efficient thymic function indicate a favorable long-term immune reconstitution after cord blood stem cell transplantation.* Blood, 2002; vol. 99, no. 4, pp. 1458-1464.

\* *Hematopoietic engraftment and survival in adult recipients of umbilical cord blood from unrelated donors.* NEJM, 2000; vol. 344, no. 24, pp. 1815-1822.

\* *Regression of metastatic renal-cell carcinoma after nonmyeloablative allogeneic peripheral-blood stem cell transplantation.* NEJM, 2000; vol. 343, no. 11, pp. 750-758.

- *High survival rate in infant acute leukemia treated with early high dose chemotherapy and stem cell support.* Journal of Clinical Oncology, 2000; vol. 18, no. 18, pp. 3256-3261.

- *Comparison of hematopoietic activities of human bone marrow and umbilical cord blood CD34 positive and negative cells.* Stem Cells, 1999; vol. 17, no. 5, pp. 286-294.

- *Effects of long-term cryopreservation on hematopoietic progenitor cells in umbilical cord blood.* Bone Marrow Transplantation, 1999; vol. 23, pp. 395-396.

- *Red cell depletion of umbilical cord blood (UCB):comparison between unmanipulated and red cell-depleted UCB by Ficoll-Paque density gradient separation.* Journal of Hematotherapy, 1997; vol. 6, pp. 269-272.

Publication appears on the Cbr Web site www.cordblood.com/science

## SO, WHAT IS AN "HLA" MATCH?

Several articles in this newsletter refer to HLA (human leukocyte antigen) matching. HLA matching plays a critical role in the search for a suitable cord blood sample useful in transplantation or other medical treatments. In tissue typing, two main classes of HLA groups are used. Class I contains three categories: HLA-A, HLA-B and HLA-C, each of which is found on all of the body's cells. Class II contains one category, HLA-D, found only on certain cells in the body.

Autografts carry no risk of rejection, as they are an exact match. The acceptance of allografts (grafts from individuals whose genetic material is dissimilar) depends on the HLA match; if the donor and recipient are not HLA-identical, the allograft is often rejected, sometimes within minutes. HLA genes reside in the major histocompatibility complex, a region on the short arm of chromosome 6. They are involved in cell-cell interaction, immune response, organ transplantation, development of cancer and susceptibility to disease. In each of five genetic loci, known as HLA-A, HLA-B, HLA-C, HLA-D and HLA-DR, any of several different alleles, or groups of genes, may be found.

CBR 03825

**GOLD STANDARD FACT**

*Cbr client data indicate that women who elect to store their newborns' umbilical cord blood with Cbr are highly educated, risk-averse mothers who are knowledgeable in health care issues.*

# Bone Marrow or Cord Blood Transplant

## What are the Differences?

Both bone marrow and cord blood yield a rich source of stem cells and play a lifesaving role in transplantation and other medical treatments that require stem cell applications. Stem cells provided by either source have proven successful in differentiating or reproducing into other cell types, including bone, heart, muscle and nerve.

In recent years, however, mounting evidence suggests that umbilical cord blood stem cells affect therapeutic results at least as favorably as bone marrow and sometimes even better. This may be due to the immunologic immaturity or "naivete" of cord blood cells, which creates unique types of stem cells with significant advantages over bone marrow cells when used in transplantation.

In the following column, the benefits of umbilical cord blood cells compared to those of bone marrow are listed.



**STEM CELLS PRODUCED BY CORD BLOOD**

- **RESULT** in significantly reduced incidences of acute and chronic graft versus host disease – a sometimes fatal transplant complication – and in a lower risk of complications that require medications or hospitalization.

- **DECREASE** the threat of contamination with viruses.

- **PRESENT** a higher likelihood for successful use by siblings and relatives in many circumstances where bone marrow stem cells cannot be used. For example, cord blood stem cells offer a greater probability that siblings will be a useful match (50 percent to 25 percent).

- **INVOLVE** no complex harvesting, just a simple, safe and painless procurement procedure.

- **PROVIDE**, when banked, a readily available source of stem cells.

# FOR THE CAREGIVER*

## CBR PROGRAMS PROVIDE SUPPORT, INFORMATION TO CAREGIVERS

*Cbr offers a comprehensive system of patient education, cord blood collection and billing information to medical professionals who incorporate cord blood banking into their practices. This system includes:*

**RISK MANAGEMENT AND PATIENT EDUCATION:** To assist with counseling and documentation of informed consent and refusal, Cbr provides patient-focused literature and a form to document patient counseling and informed consent.

**GRAND ROUNDS PRESENTATIONS:** Cbr offers a Speakers Bureau available for hospital and community education.

**DESIGNATED TRANSPLANT PROGRAM:** Qualified expectant families who suffer from a life-threatening disease that may require stem cell therapy may apply for cord blood banking at no cost with a letter of recommendation from their hematologist or oncologist.

**PATIENT REBATE PROGRAM:** To offset caregiver charges for cord blood collection, Cbr offers families a rebate of up to $125.

**PROFESSIONAL LIABILITY INSURANCE:** Caregivers who educate patients with Cbr's patient education program receive free additional liability coverage of $5 million per occurrence and $10 million aggregate for cord blood education and collection related law suits.

* For further information about these programs, call 1-800-588-6377.

7

CBR 03826

**GOLD STANDARD FACT**

*Cbr is the largest contracted service provider to some of the nation's leading HMOs and health insurance companies.*

# *Stay With Us!*

## In the Fall Issue of OB Spotlight Be Sure to Look For . . .



- An introduction to national thought leaders in cord blood banking.
- The outcome of Cbr's First Annual Multidisciplinary Scientific Summit Meeting, July 19-21, 2002, in Tucson, Arizona.
- A walk through Cbr's state-of-the-art facilities for processing, cryopreservation and storage of umbilical cord blood.

**And much more!**

**Cord Blood Registry®**
1200 Bayhill Drive, Suite 301
San Bruno, CA 94066



# A Newsletter About Cord Blood Banking

CBR 03827

Cord Blood Registry - Frequently Asked Questions



http://www.cordblood.com/cord_blood_faqs/about_cbr.asp

THE NAME TO TRUST℠

| About CBR | Banking with CBR |

Home > FAQs > About Cord Blood Registry

**Call toll free**
**1-888-932-6568**
Mon-Fri 6am - 9pm PST

▶ Request Info Kit
▶ New

| My Account | Caregivers | Newsroom |

Search : Site Map

Cord Blood Stem Cells

Banking Cord Blood Stem Cells

Collecting Cord Blood Stem Cells

Shipping and Handling Cord Blood

Processing and Banking of Cord Blood

About Cord Blood Registry

Enrolling with CBR

FAQs

## About Cord Blood Registry

- Do you own your laboratory?
- Who directs your laboratory?
- How many cord blood samples has your company stored?
- How many samples from your bank have been used for transplants?
- What is unique about Cord Blood Registry?
- Is Cord Blood Registry a financially stable company?
- Does Cord Blood Registry have academic affiliations with research institutions?
- Who is on Cord Blood Registry's Medical Advisory Board?

### Do you own your laboratory?

Yes, we own our laboratory. Our staff has been processing and storing cord blood since 1992. It was the location of the first family cord blood bank in the world and is currently one of the largest and most modern laboratory facility dedicated and designed exclusively for cord blood stem cell processing and storage. We take full responsibility to ensure that the processing, quality-control, and quality-assurance metrics are in accordance with FDA guidelines and American Association of Blood Banks (AABB) accreditation.

Return to Top

### Who directs your laboratory?

Dr. David Harris, a professor in the University of Arizona's department of microbiology and immunology and pioneer in cord blood banking is a recognized stem cell expert and serves as the Laboratory Director.

EXHIBIT 12

Return to Top

How many cord blood samples has your company stored?

Thousands of babies have their cord blood stem cells entrusted to Cord Blood Registry.

Return to Top

**How many samples from your bank have been used for transplants?**

To date, CBR had facilitated thirty transplants for client families and in all cases, the stem cells were viable and chosen by the transplant physician as the preferred source for treatment. The use of our samples in treatment is the ultimate validation of our collection, processing, and storage techniques.

Return to Top

**What is unique about Cord Blood Registry?**

In addition to having more experience than any other family cord blood bank, CBR has many unique features and benefits. Only CBR offers 100% sterile collection kits, One-Step Shipping(SM), and proven long term storage methods. For more information on what makes CBR unique, click here to download our "Track Record and Transplant Summary" document.

Return to Top

**Is Cord Blood Registry a financially stable company?**

Cord Blood Registry's corporate and financial stability is unparalleled in this industry. We are excited to offer our clients the stability of a large client base (nearly 60,000), a history of profitability, and an affiliation with a leading university.

Return to Top

**Does Cord Blood Registry have academic affiliations with research institutions?**

Cord Blood Registry is affiliated with the University of Arizona in research as well as cord blood banking. Recently, CBR along with the Cord Blood Donor Foundation and Stanford University, partnered with the Susan G. Komen Breast Cancer Foundation to analyze cord blood for possible predisposing ethnic factors and correlation with the incidence of breast cancer.

Return to Top

**Who is on Cord Blood Registry's Scientific and Medical Advisory Board?**

Cord Blood Registry's Scientific and Medical Advisory Board is comprised of experts in the fields of obstetrics, cancer, cord blood stem cells, genetics, medical ethics, pathology, infectious disease, and stem cell transplantation.

Return to Top

 e-mail page to a friend

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search

Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers

Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media






Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.

VeriSign™
SECURE SITE
CLICK TO VERIFY

12/21/2004

Cord Blood Registry - Frequently Asked Questions