cbr cordblood registry®
THE NAME TO TRUST™

Home | Search | Site Map

About Us | Services | Expecting Parents | My Account | Caregivers | News | FAQs

Stem Cell News | Clinical Studies and Research | Cell Expansion | Media

Payment plans as low as **$39/month** for 60 months

Call toll free: **1-888-932-6568**

Enroll Online



*"Once we learned the potential use of cord blood stem cells we decided we must bank for both our children. It gives us tremendous peace of mind knowing that we have preserved the stem cells."*

*April Lochhead
Tucson, Arizona*

**News: Stem Cell News**

**Banking Your Baby's Cord Blood –
A Serious Option for Pregnant Parents to Consider.**

Robert Sears, MD
August 14, 2003

Today's expectant parents are faced with many decisions about the type of birth they want to have: Birthing center or hospital? Epidural or natural? Rooming in with baby or, "Please take that baby to the nursery and let me sleep!"

When my wife was pregnant with our third child, I remember sitting in our obstetrician's (OB) waiting room together while my wife flipped through the latest pregnancy magazine. I wasn't paying much attention because we had already made every possible decision about our birth. We knew exactly what type of birth we wanted, and now it was just a matter of waiting.

"Hey honey, look at this!" I heard my wife say. She showed me an article about cord blood stem cell banking and asked me if we should look into it. What I wanted to say was, "Oh no. Now we have to make another decision about our birth." But what came out of my mouth was "That's interesting dear, but it's way too complicated and probably just a gimmick anyway." Well, my wife read through the article and by the end she was convinced we should do it. It appeared we had made another decision.

Over the next couple of weeks I researched the issue thoroughly. If we were going to bank our baby's cord blood, we were going to do it right. I discovered it was much simpler than I'd imagined. The cord blood wouldn't actually be taken from our baby at all. After the umbilical cord is cut, the blood is drained out of the placenta and remaining umbilical cord, thus the term, "cord blood." This blood is rich in baby's "stem cells," which are immature blood cells that are able to change and mature into any type of blood cell as baby grows, just like bone marrow cells. These cells are preserved in a storage facility, ready for use when needed.

My wife felt strongly about banking the baby's blood because she had cancer as a teenager. She wanted to take every precaution for our kids, and having some cord blood

Page 1 of 5

EXHIBIT 17

available in case any of them should need it gave her peace of mind. And, she could even use it herself. Of course, we hoped we would never need it for these reasons, but as I read more about stem cells, I found out there were many more uses than just treating cancer. Research is showing promising results using stem cells to treat heart disease and neurological diseases. This is really what got me excited about banking our baby's blood - not just to treat cancer, but for all the other chronic diseases that could possibly be cured or improved with this new and innovative treatment. I decided to invest in our family's future.

### The Benefits of Family Cord Blood Banking

Cord blood stem cells are not just for your baby. It's really an investment for the whole family. Virtually all mothers and about half of siblings will be a suitable match for baby's stem cells. And while the chance that any family member will use the cord blood for cancer treatment is very low, the likelihood that it could be used to treat a variety of other diseases is considerable. The list of such diseases is growing every year as researchers study this fascinating field.

**Heart Attacks.** Doctors have infused stem cells into the damaged heart muscle of numerous heart attack patients to see if the cells would generate new heart tissue and repair the damage. Results so far look promising.

**Coronary Artery Disease.** Doctors have infused stem cells in the hearts of patients with clogged arteries. The stem cells helped new blood vessels grow around the blocked arteries, thus improving blood flow to the areas in the heart at risk of damage.

**Vascular Disease.** Stem cells have been shown to grow new blood vessels around narrowed or damaged arteries in the limbs and restore impaired blood flow.

**Nerve and Brain Damage.** Researchers have recently shown in a laboratory setting that human stem cells can mature into nerve cells. The implication of this for treating a variety of neurological problems is astounding.

**Strokes.** Researchers have shown that infusing human stem cells into rats improves brain function after a stroke or traumatic brain injury.

**Multiple Sclerosis.** Doctors have infused stem cells into patients with MS and have shown mild improvement in their disease.

Cardiovascular disease (heart attacks and strokes) is the number one cause of death. If stem cell treatments become a viable and routine option for preventing and treating cardiovascular disease, then having banked stem cells will be an enormous advantage. If researchers continue to show stem cells' ability to regenerate damaged or diseased brain tissue, then the possibility for treating neurological conditions such as MS, Parkinson's Disease and Alzheimer's is exciting. Diabetes is another disease that is affecting more and more people. If stem cells could regenerate new pancreas tissue, millions of people could benefit. Who knows where we'll be with stem cell treatments in 10 or 20 years?

**Cancer and other blood-related disorders.** Besides these exciting possibilities, there are still the current uses for treating certain cancers and other blood problems. Recent research in the field of Oncology showed the chance that a person would need to use his or her own banked stem cells for current treatments by the time they are 21 is one in 2700, and the chance that a family member could use them is one in 1400. Stem cells can either be taken from the patient's or a matching family member's bone marrow, or from stored cord blood. Here are some benefits when cord blood is used instead of bone marrow:

- Research has shown that survival rates double when a person's own cord blood or a family member's cord blood is used, compared to using an unrelated donor sample from a public stem cell bank.
- Having your own private sample ensures immediate availability of a perfectly matched sample.
- While bone marrow can also be a source of stem cells if needed, cord blood stem cells are easier to match for family members, thus increasing the chance that a family member can receive a related stem cell transplant.
- Research has shown that patients who receive cord blood stem cell transplants have a smaller chance of rejecting the cells, compared to bone marrow stem cell transplants.

During my pediatric training I spent two months in the Children's Hospital Bone Marrow Transplant ward. I watched numerous kids undergo these transplants. Kids who used their own bone marrow, or a family member's marrow, faired much better. This is one reason I decided to bank my child's cord blood. It provides some peace of mind that if ever our family is faced with such a challenge, we will have better treatment options available to us.

**How cord blood is collected and stored**
Months before your due date, the cord blood bank sends you a collection kit that contains everything that is needed for the process. The bank also sends your OB or Midwife instructions to make sure he or she knows how to collect the blood. When baby is born, and the umbilical cord is cut, the OB or Midwife collects the blood from the remaining umbilical cord and placenta (not from baby) into a syringe or blood bag. The process only takes a few minutes, and the blood is then set aside until all the birth excitement dies down. It can even be collected during a C-section. A family member places the cord blood into the pre-addressed mailing package, and makes one phone call to a medical courier to pick up the kit. Within hours the cord blood is picked up and shipped overnight to the cord blood bank. Once there, it is processed. The stem cells are removed from the cord blood, and it is placed into deep freeze storage. Collecting cord blood is simple, completely safe and non-invasive, and takes very little time.

**Choosing a cord blood bank**
Making the decision to bank our baby's cord blood was easy. Deciding WHOM we should trust to do the banking was a challenge. There are several private cord blood companies to choose from, and I spent days reading their literature and scrutinizing their websites. I even called each bank and asked some important questions. I was surprised to learn how different the various institutions are. Some don't store the cord blood themselves, but are

# Cord Blood Registry Stem Cell News

just a middleman and send your sample to another company for storage. Some companies aren't even certified as a blood bank. And I was shocked to find out that some banks have never even had a single stored sample used for transplant. I learned very quickly that, like most things in life, you get what you pay for.

After all my research, I chose a bank that was, in our opinion, the best choice-The Cord Blood Registry. Here are some reasons why we chose CBR:

- CBR has more transplant experience than any other private bank. As of this writing, they have used 26 stored units for transplants. All 26 were viable and completely usable. This was important to me because I felt if a bank has never used a single sample, how do they know their samples are viable and being stored properly?
- CBR was the first cord blood bank to become accredited, and has a perfect record. Why is this important? Many hospitals won't accept units for transplant unless the storage facility is an accredited blood bank.
- CBR currently has nearly 60,000 cord blood samples stored, and owns and operates their own storage facility. They are not just a middle-man.
- CBR stores their samples in multiple vials. This is crucial because it allows one small vial to be unfrozen and tested for matching BEFORE the entire stored unit is prepared. That way, if a family member doesn't match, the entire unit isn't wasted. It may someday also allow more than one person to use the stem cells if the entire sample isn't needed at once.
- CBR is affiliated with the University of Arizona, a well-respected institution. This gives me confidence that they are a professional institution that has a long-term interest in stem cell research and medical applications. It also gives other doctors who are treating their patients with stem cells confidence to know the samples are coming from a reputable institution.
- CBR is a financially strong company and has been storing cord blood since 1992. This is crucial because you want your samples to still be around in 20 years or more.

Deciding whether or not to bank your baby's cord blood is a personal decision and a financial commitment. But parents only have one chance with each child to take advantage of this technology. You can enroll anytime during your pregnancy, but the earlier you do so, the more time you and your labor attendant have to receive the collection kit. When choosing where to store your child's cord blood cells, it's important to ask questions and research your decision carefully. Make sure the choice you make is as serious about storing the cord blood cells as you are.

Return to Stem Cell News

✉ e-mail page to a friend

View News & Media Disclaimer

Cord Blood Registry Stem Cell News

Comments About Our site? | Most E-mailed Pages

Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search
Home | About Us | Services | Expecting Parents | My Account | Caregivers | News | FAQs
Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media






Copyright © 1995 - 2003, 2004 Cbr Systems, Inc.
All rights reserved.

http://www.cordblood.com/news/stemcell_news/a_ask_sears.asp

Page 5 of 5



cbr cordblood registry®
THE NAME TO TRUST℠

About CBR | Banking with CBR | FAQs | My Account

> Request Info Kit
> New

Caregivers

Call toll free
1-888-932-6568
Mon-Fri 6am - 9pm PST

Newsroom | Site Map
Search

Home > Caregivers > Testimonials > Medical Expert Testimonials

Medical Expert Testimonials
Health Care Professional Testimonials
Client Testimonials

## Medical Expert Testimonials

**Here is what medical experts have to say:**

"Just like we didn't envision the powers of PCs thirty years ago, we may not be seeing all the uses of cord blood yet."

LeeAnn Jensen, M.D.
Immunologist National Institutes of Health

"...Some might argue that there is little to lose (except money) by freezing one's cord-blood cells. If they are needed, fine; if not, even better."

Robert Peter Gale, M.D., Ph.D.
Executive Committee Past Chair International Bone Marrow Transplant Registry (IBMTR)

"I strongly recommend that all expectant parents ask their doctor about the lifesaving potential of cord blood... Today, cord blood is being used to treat such life-threatening diseases as leukemia and other cancers, as well as certain blood and immune disorders that formerly necessitated a bone marrow transplant."

Dr. Marianne Neifert, Pediatrician
Baby Talk Magazine, October 1997

"Someday, collecting placental-umbilical cord blood may be as routine as it is unusual now...[It's] an opportunity to have the blood kept after delivery as biological insurance for the child."

Journal of the National Cancer Institute, February 1, 1995

## BENEFITS OF CORD BLOOD

"Particular properties of lymphoid progenitors in cord blood might favor a greater thymic contribution and prompt a more durable long-term reconstitution [compared to stem cells from bone marrow]."

Eliane Gluckman, Kimmo Talvensaari, Emmanuel Clave, et al.
Blood, February 15, 2002

"Recipients of cord-blood transplants from HLA-identical siblings have a lower incidence rate of acute and chronic GVHD than recipients of bone marrow transplants from HLA-identical siblings."

Vanderson Rocha, M.D., John E. Wagner, Jr., M.D., Eliane Gluckman, M.D., et al.
New England Journal of Medicine, June 22, 2000

"Early data indicate that [cord blood] stem cells [are] associated with both a higher rate of engraftment and lower rate of significant graft-versus-host disease (GvHD) than is marrow from traditional donors."

Eddleman, K.
Contemporary OB/GYN, July 1998

"The ultimate goal is for all usable umbilical cord blood to be banked in a national cord blood [bank] similar to the National Bone Marrow Donor Program

or saved for an individual's or family's own potential use. The latter may prove especially significant for those with a family history of leukemia or cancer or for minority ethnic patients."

Nursing Spectrum, February 24, 1997

"About 40% of the desperately ill patients who need bone marrow transplants never get them, because a donor who is an exact match can't be found through family connections or by the National Marrow Donor Program. Two reports in the July 18, 1996, New England Journal of Medicine strongly suggest that many of these patients could be helped by transplants of stem cells from placental [cord] blood, which is routinely discarded after babies are delivered."

"Top Ten Medical Advances of 1996," The Harvard Health Letter, March 1997, Vol. 22, No. 5

### CORD BLOOD AND ADULT USE

"Umbilical-cord blood from unrelated donors can restore hematopoiesis in adults who receive myeloablative therapy and is associated with acceptable rates of severe acute and chronic GVHD."

Mary J. Laughlin, M.D., Juliet Barker, M.D., Barbara Bambach, M.D., et. al. New England Journal of Medicine, June 14, 2001

### FUTURE USE

"A really exciting area that's just now in the basic science lab, is the area where stem cells ...can be used for going over to muscle cells like your heart muscle if you had a heart attack...or brain cells if you had Parkinson's Disease...Hopefully, in 20 or 30 or 40 years...these might be potential applications for stem cells including umbilical cord blood stem cells."

Dr. Stanton Goldman, Pediatric Hematologist Oncologist and stem cell transplant Physician, Medical City, Dallas, Texas

"Through cultivation of stem cells extracted from the cord blood, patients with spinal injuries have a great chance of having their damaged nervous system repaired, helping them to rise on their feet again."

Chiang Yung-hsiao, M.D., Ph.D., Chairman of Neurosurgery, Tri-Service General Hospital, Tapei, Taiwan

"[Cord blood stem cells] might be suitable for transplantation in neurodegenerative diseases, gene delivery to the central nervous system, and repair of brain and spinal cord injuries."

Juan R. Sanchez-Ramos, Shijie Song, Siddharth G. Kamath, et. al. Experimental Neurology, 171, 2001

"The promise of stem cells in the prevention and treatment of many diseases, including cancer, is so immense that it would be almost irresponsible for research on this technology to be marginalized... [W]e should also never lose sight of the tremendous life-saving possibilities of this technology."

Statement of Dr. Joseph Bailes, President Elect of the American Society of Clinical Oncology before the House Committee on Appropriations, Subcommittee on Labor, Health and Human Services, and Education, April 21, 1999

"Hematopoetic stem cells, i.e., cells capable of giving rise to the entire spectrum of mature hematopoetic and lymphoid cells, are the target of gene therapy for a variety of hematologic and immunologic disorders...The umbilical cord of neonates provides a unique alternative to bone marrow as a source of hematopoetic stem cells."

Kohn, D.B, Parkman, R. The FASEB Journal, July 1997

## INFANT USE OF OWN STEM CELLS

"Our study supports the recommendation of early intensification with autologous or allogeneic stem cell therapy rescue for infants with acute leukemia in CR1."

Fernando Marco, Encarna Bureo, Juan J. Ortega, et. al
Journal of Clinical Oncology, September 15, 2000

"As a result of numerous preclinical and clinical studies supporting the feasibility and efficacy of umbilical cord blood transplantation, there has been a growing interest in the large-scale collection of umbilical cord blood stem cells for future self-use by the infant....This service should be made available to individuals who feel a greater security knowing that they have stored their child's stem cells for future use if necessary."

Wagner, J.
The Journal of Hematotherapy, February 1997, Vol. 6, No. 1

"Autologous cord blood collections [collection for one's own use] could also be used as insurance against future illness requiring pluripotent stem cell support or as targets for gene therapy (the genetically altered stem cells could then be infused into the patient)."

Jay Feingold, M.D., Ph.D. Director, Pediatric Bone Marrow Transplant Program, University of Connecticut, New Developments in Transplantation Medicine, Summer 1996, Vol. 3, No. 1.

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search
Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers
Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media

http://www.cordblood.com/caregivers/testimonials/index.asp    12/21/2004

Cord Blood Registry - Medical Expert Testimonials

Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.

RELIABILITY PROGRAM

AABB Accredited Facility

Stem Cell Research Foundation

VeriSign SECURE SITE CLICK TO VERIFY

# Cord Blood Registry - Quality Service Guarantee

**cbr** cord blood registry®
THE NAME TO TRUST℠

Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Site Map

> Request Info Kit
> New

**Call toll free**
**1-888-932-6568**
Mon-Fri 6am - 9pm PST

Home > Banking with CBR > Why Cord Blood Registry > Quality Service Guarantee

**Banking with CBR**

- Overview
- Most Experienced
- Superior Processing Results
- Accreditation and Validation
- Corporate Stability
- Secure Location
- One-Step Shipping
- Preferred Collection Methods
- Proven Storage Methods
- Excellent Customer Service
- ▼ Quality Service Guarantee

## Quality Service Guarantee

As a client of Cord Blood Registry, your baby's sample is backed by our unique quality service guarantee. If you need to use your child's cord blood stem cells for transplantation and the cells fail to engraft, you'll receive a refund of all fees paid to CBR and an additional $50,000.



Click on the thumbnail to view a full size image of the Quality Service Guarantee.

 e-mail page to a friend

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search
Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers
Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media

Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.





EXHIBIT 19

VeriSign SECURE SITE CLICK TO VERIFY



# cbr cordblood registry
### THE NAME TO TRUST℠

Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Site Map



▶ Request Info Kit
▶ New

**Call toll free**
**1-888-932-6568**
Mon-Fri 6am - 9pm PST

Home > Disclaimer

## Disclaimer

The cord blood stem cells from a newborn are an exact HLA match for the newborn from which they were obtained and may also be a useful match for the mother, father, sibling, or cousin. Banking cord blood stem cells does not guarantee that the cells will be useful for every situation. Ultimate use will depend on the physician's determination of disease type and HLA matching between the donor and recipient.

Stem cell therapy is a rapidly advancing field with new advances and discoveries occurring constantly. While it is the intention of this site to provide information and data from well-respected experts in the fields of stem cell science, collection, processing, banking, and transplantation, it is important to note that the information provided is for educational purposes and should not be used for diagnosing or treating health problems or diseases. It is not a substitute for professional care, and you should consult your physician if you have specific concerns.

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search
Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers
Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media

**E-mail Updates**
Sign up to receive our e-mail updates by clicking here

Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.






EXHIBIT 20

# Cord Blood Registry:
# Stem Cell Transplant Data and Results



Cord Blood Registry's experience using stem cells in treatment for our clients is unparalleled. Since 1993, we have released thirty samples for use in stem cell transplants at some of the leading hospitals in the United States. All of CBR's client samples have proven viable when released for use in transplant and were chosen as the best course of treatment by the transplant physicians.

Cord Blood Registry's proprietary processing and storage methods have produced some of the highest published cell recovery rates in the industry. CBR's level of expertise and proven experience is well respected among the stem cell transplant community.

| Tx # | Date of Tx | Recipient Sex/Age (years) | Disease | Recipient Relationship | HLA Match | Volume Without Anticoagulant | Time Stored (months) | Total CFU/CD34+ Cells | Engraftment/ # of Days |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/16/93 | M / 1 | CML | Sibling | Match (7/?) | 105cc | 2 | 1.2x10⁶ CFU | Engrafted/28 |
| 2 | 6/9/95 | F / 9.4 | MDS | Sibling | Match (-/-) | 168cc | 26 | 7.4x10³/kg CFU | Engrafted/37 |
| 3 | 7/24/96 | M / 6 | ALL | Sibling | Match (6/6) | 56cc | 2 | 4.1x10⁶ CFU | Engrafted/22 |
| 4 | 1/6/97 | M / 3.1 | AML | Sibling | Match (6/6) | 106cc | 6 | N/A | Engrafted/16 |
| 5 | 3/11/98 | M / 5.8 | ALL | Sibling | Match (6/6) | 140cc | 30 | 1.8x10⁶ CD34+ | Engrafted |
| 6 | 8/19/98 | M / 5.5 | AML | Sibling | Match (-/-) | 60cc | 1 | 2.0x10⁶ CD34+ | Engrafted/25 |
| 7 | 10/30/99 | F / 4.5 | ANL | Sibling | Match (4/6) | 70cc | 14 | 7.8x10⁶ CD34+ | Engrafted/23 |
| 8 | 11/2/99 | M / 6.1 | ALL | Sibling | Match (6/6) | 35cc | 8 | 4.4x10⁵ CFU<br>3.9x10⁶ CD34+ | Engrafted/27 |
| 9 | 11/29/99 | F / 3.3 | Beta Thalassemia | Sibling | Match (6/6) | 90cc | 5 | 6.24x10⁶ CFU | Engrafted/17 |
| 10 | 1/22/00 | M / 4.9 | Fanconi Anemia | Sibling | Match (6/6) | 27cc | 10 | 1.8x10⁵ CFU | Engrafted/41 |
| 11 | 2/17/00 | F / 16.7 | ALL | Sibling | Match (6/6) | 138cc | 48 | 6.6x10⁶ CD34+ | Engrafted/33 |
| 12 | 5/10/00 | M / 3.7 | ALL | Sibling | Match (6/6) | 55cc | 23 | 2.3x10⁶ CD34+ | Engrafted/25 |
| 13 | 7/27/00 | F / 2.6 | Hurler Syndrome | Sibling | Match (6/6) | 63cc | 2 | 3.39x10⁶ CD34+ | Engrafted |
| 14 | 5/18/01 | F / 43.6 | CML | Mother | Match (5/6) | 61cc | 35 | N/A | Engrafted |
| 15 | 6/1/01 | M / 3.3 | ALL | Sibling | Match (4/6) | 72cc | 11 | 1.5x10⁶ CFU | Deceased |
| 16 | 6/14/01 | M / 18.1 | ALL | Sibling | Match (6/6) | 120cc | 24 | 2.4x10⁶ CD34+ | Engrafted/16 |
| 17 | 8/15/01 | M / 2.2 | AML | Sibling | Match (3/6) | 79cc | 1 | N/A | Engrafted/24 |
| 18 | 10/24/01 | M / 9.8 | Sickle Cell Anemia | Sibling | Match (4/6) | 98cc | 29 | N/A | Engrafted/23 |
| 19 | 1/31/02 | M / 2.7 | Aplastic Anemia | Autologous | Autologous | 52cc | 32 | 1.9x10⁶ CD34+ | Engrafted |
| 20 | 2/13/02 | F / 5.7 | ALL | Sibling | Match (5/6) | 115cc | 8 | 6.3x10⁶ CD34+ | Results Pending |
| 21 | 3/18/02 | F / 4.8 | ALL | Sibling | Match (6/6) | 97cc | 5 | 4.5x10⁶ CD34+ | Results Pending |
| 22 | 5/10/02 | M / 2.4 | Sickle Cell Anemia | Sibling | Match (6/6) | 64cc | 3 | 3.1x10⁶ CD34+ | Engrafted/35 |
| 23 | 7/1/02 | F / 18.1 | ALL | Sibling | Match (6/6) | 76cc | 4 | 2.8x10⁶ CD34+ | Results Pending |
| 24 | 10/3/02 | F / 11.2 | ALL | Sibling | Match (6/6) | 128cc | 1.5 | 5.6x10⁶ CD34+ | Results Pending |
| 25 | 11/14/02 | F / 4.8 | ALL | Sibling | Match (6/6) | 127cc | <1 | 8.9x10⁶ CD34+ | Engrafted |
| 26 | 12/18/02 | M / 7.1 | Beta Thalassemia | Sibling | Match (6/6) | 98cc | 5 | 1.97x10⁶ CD34+ | Engrafted |
| 27 | 9/2/03 | F / 6.8 | ALL | Sibling | Match (6/6) | 75cc | 34 | 6.76x10⁶ CD34+ | Results Pending |
| 28 | 9/30/03 | F / 5.5 | ALL | Sibling | Match (6/6) | 93cc | 5 | 4.23x10⁶ CD34+ | Engrafted |
| 29 | 3/11/04 | M / 3 | X-Linked Hyper IgM Syndrome | Sibling | Match (6/6) | 89cc | 6 | 5.71x10⁶ CD34+ | Results Pending |
| 30 | 3/25/04 | F / 5.1 | ALL | Sibling | Match (6/6) | 41cc | 2 | 2.46x10⁶ CD34+ | Results Pending |
| | | | Averages | | | 86.6cc | 12.78 | 1.0x10⁶ CFU<br>4.4x10⁶ CD34+ | |

## Glossary

**ALL:** Acute Lymphocytic Leukemia

**AML:** Acute Myelogenous Leukemia

**ANL:** Acute Nonlymphocytic Leukemia

**Autologous Transplant:** A stem cell transplant using a patient's own stem cells.

**CFU/CD34+ Cells:** Transplant centers measure either the CFU assay or the CD34+ cell count to determine the potential effectiveness of a cord blood sample prior to transplant. A CFU (colony-forming unit) assay measures the functional capacity of stem cells by assaying their activity. A CD34+ cell count is the best measurement of the actual number of stem cells.

**CML:** Chronic Myelogenous Leukemia

**Engraftment:** The point in which stem cells infused during a stem cell transplant is accepted by the patient and begins producing blood cells. CBR has engraftment data on twenty-three of thirty patients to date. Of the twenty-three, one patient died within the engraftment period before analysis was completed. All others are confirmed.

**HLA Match:** Used to determine the compatibility of donor to recipient. An exact match of six out of six (6/6) HLA markers is ideal.

**MDS:** Myelodysplastic Syndrome

™MA0•$*¶.03?

© 2004 Cbr Systems, Inc. • 0404 • MA00410.03

EXHIBIT 21