# Cord Blood Banking and Its Potential Clinical Applications



Bone marrow transplantation (BMT) is an often used means of therapy for a variety of diseases, including chemotherapy-resistant malignancies and genetic blood diseases. If BMT is needed, the patient's family is tested for suitably HLA-matched members. However, there is only a 1 in 4 chance that a patient's sibling will be a suitable match. It is highly unlikely that other members of the patient's family will match the patient. If a family member is not identified, then a search can be performed through the National Marrow Donor Program (NMDP) for an HLA-matched, unrelated volunteer bone marrow donor. However, the chances of finding a suitably matched unrelated donor are approximately 30 percent for Caucasians, and significantly less for ethnic minorities. Also, the search process can take from 3-6 months and is often very expensive. Although it is possible to use bone marrow from a volunteer donor (which is frequently done), there are a number of serious side-effects from this process. The most serious side-effect is a condition called graft-versus-host disease (GVHD), in which cells in the transplanted bone marrow graft start to attack the patient. GVHD is a major cause of death when it occurs, and it occurs 60-90 percent of the time in unrelated BMT. Due to the problems of a lack of donors and the high incidence of GVHD, researchers have looked to alternate sources of cells for transplant.

Work that was begun in the early 1980s revealed that cord blood (i.e., the leftover blood in the umbilical cord and placenta after the birth of a child) was comparable to bone marrow in terms of transplant. Cord blood offered a number of advantages over bone marrow. With over 4 million births per year in the United States, the potential donors were essentially unlimited. Over the past 6 years clinical use of cord blood has shown that more ethnic minority patients have been able to be transplanted, the incidence and severity of GVHD has been significantly reduced, and the costs of transplant have been considerably less than with BMT.

In 1989, my laboratory began a series of studies examining the use of cord blood for transplantation. These studies convinced us that cord blood would be the future for transplantation. During this work we developed (in collaboration with Dr. Peter Yorgin, Dept. Pediatrics) a small animal model for cord blood transplantation that has proven useful in developing new approaches for cord blood use. Further, we established the methodologies that were needed for efficient and reproducible cord blood collection, processing and storage so that cord blood could begin to be used on a larger clinical scale.

In June of 1992, my laboratory established the first Cord Blood Bank in the world with the initial sample coming from my son, Alexandre. In early 1994 we opened the bank to the general public.

Since that time we have banked over 1,200 cord blood samples for personal use (including my daughter, Stefanie) and have received over 900 donated samples that can be used for anyone in need. It is expected that the numbers of both types of samples will increase over the next several years with additional monies from federal grants and biotechnology collaborations. To date, 2 cord blood transplants have been

http://www.ahsc.arizona.edu/opa/cmap/dec95cmp.htm

EXHIBIT 22

performed with samples from the Cord Blood Bank. Currently, the Cord Blood Bank is the largest personal cord blood bank in the world, and the second largest donated cord blood bank in existence.

In addition to our efforts in cord blood banking and patient/physician education/outreach, we have begun a number of studies to expand the use of cord blood. Over the past year, in collaboration with private companies, we have investigated the use of cord blood and gene therapy to treat a variety of diseases. We have focused our efforts in this field of molecular medicine at treating AIDS and cancer. In terms of AIDS, we have been successful in transferring genes into cord blood cells so that after transplant the patient will develop a new immune system resistant to HIV infection. It is hoped that this approach will be in clinical trials in the next year. We have taken a similar approach for treating cancer, in that after gene therapy and transplant, the patient will develop an immune system targeted to any remaining tumor cells in the body. This approach will be tested in animal models in the near future. We are also developing approaches for gene replacement to treat a variety of genetic diseases (e.g., hemoglobinopathies) via cord blood gene therapy. Finally, we are in the process of establishing a large animal model for cord blood transplantation and gene therapy that will be more directly relevant to the human condition than our current animal model.

It is apparent that the immediate future holds much excitement in terms of research into cord blood transplantation. The successful establishment and enlargement of the cord blood bank offers hope to thousands of patients in need of transplant. The development of new gene therapy approaches however, will offer hope and treatment to hundreds of thousands of patients.

This work has been funded in part by the following : the American Cancer Society, the Steele Memorial Children's Research Center, the Arizona Disease Control Research Commission, and private donations.

## Benefits of Cord Blood Transplantation

1. Easily obtained without risk or pain to mother or infant
2. Can be stored for personal use of donated for others to use
3. Important for ethnic minorities for whom bone marrow donors are difficult to locate
4. Less risk of infectious disease contamination
5. Less stringent HLA-matching required for use in transplantation
6. Fewer side-effects after transplantation
7. An inexpensive form of biological insurance

## Cord Blood Transplantation : A Promising Alternative to Bone Marrow Transplantation

Bone marrow transplantation (BMT) is often used as a means of therapy to treat a variety of malignant and genetic diseases. For certain diseases (e.g., leukemias and certain immunodeficiencies) it is the only proven treatment for long-term patient survival. For other diseases (e.g., autoimmune diseases) it could offer the hope of a long-term cure. However, BMT is limited by the shortage of suitable donors

http://www.ahsc.arizona.edu/opa/crmap/dec95cnp.htm

(especially for ethnic minorities) and the severity of its side-effects. If a patient does not have a suitably HLA-matched family member to provide bone marrow, it is necessary to search for an unrelated donor. This search process is often a long and expensive procedure, with Caucasian patients having a 30 percent chance of finding a suitable donor and ethnic minorities having an even lower probability. Further, BMT using an unrelated donor often (60-90 percent of the time) results in graft-versus-host disease (GVHD), which if severe is a major cause of death (50 percent survival at 2 years post-transplant).

In an effort to solve some of these problems, efforts have focused upon alternate sources of cells for use in transplant. Research performed in the 1980s indicated that cord blood should be comparable to bone marrow for use in transplantation. In late 1988, the first cord blood transplant was performed for a child with cancer (chronic myelogenous leukemia). Both of these transplants were successful and generated much interest in using cord blood as an alternative to bone marrow. The initial transplants were encouraging in that the incidence of GVHD was significantly reduced as compared to BMT, and ethnic minorities were now able to locate donors.

Currently, there have now been over 120 cord blood transplants performed worldwide. Approximately one-half of these transplants have been between siblings with the other one-half generated from suitably matched unrelated donors. Approximately two-thirds of the cord blood transplants have been for various malignancies, with one-third being used to treat a variety of genetic diseases.

The median volume of cord blood used for transplant has been 100 cc for sibling transplants, and between 60-70 cc for the unrelated transplants. On average, approximately $3 \times 10^7$ nucleated cells/kg patient weight have been administered for transplant (with the minimum used being $1 \times 10^7$ nucleated cell/kg patient weight). It should be noted that these data translate into numbers of cells and blood volumes that are approximately 1/10 of that which would routinely be used for BMT. Thus, questions have been raised as to whether cord blood transplantation would ever be suitable for adult use, or restricted to use in children. To date, the smallest amount of cord blood ever used in a successful transplant has been 43 cc, and the largest patient ever successfully transplanted is now 85 kg. Thus, it appears that a typical cord blood collection is of sufficient size for use in almost all transplant conditions.

Significantly, the clinical outcomes of cord blood transplants has been extremely encouraging. There has been a 2 percent incidence of severe GVHD in sibling cord blood transplants (as compared to an approximately 20 percent incidence of severe GVHD in comparable BMT), and a less than 10 percent incidence of severe GVHD in unrelated cord blood transplants (as compared to a 60-90 percent incidence of severe GVHD in comparable BMT). These incidences of GVHD have been observed even in cases of less than perfect matching between donor and recipient. The failure to engraft rate and the relapse rate for patients with malignancies has been comparable to that seen with BMT. Recovery of patient neutrophils has been equivalent to BMT patients, although platelet recovery is somewhat longer. The overall probability of disease-free survival has been 45 percent for patients treated for malignancies and 80 percent for patients treated for genetic diseases, comparable to BMT.

Thus, over the past 7 years it has been demonstrated the cord blood is a clinically acceptable alternative to BMT. In fact, in many instances cord blood transplantation offers many advantages not found with BMT. With the creation of cord blood banks at The University of Arizona and at The New York Blood Center in the early 1990s, and recently in Germany and Italy, cord blood offers hope to many individuals

http://www.ahsc.arizona.edu/opa/crmap/dec95cnp.htm

(especially ethnic minorities) unable to locate bone marrow donors. Further, the use of cord blood offers the promise of the clinical benefits of transplantation without the serious drawbacks and side-effects. In effect, one of the miracles of birth, previously disregarded, now offers the miracle of life to thousands of patients.

**Dr. David T. Harris**
Director, Cord Blood Stem Cell Bank
Associate Professor of Immunology
Member, Steele Memorial Children's Research Center
Member, Arizona Cancer Center
(520) 621-6271

http://www.ahsc.arizona.edu/opa/cmap/dec95cmp.htm

# HEMATOPOIETIC ENGRAFTMENT AND SURVIVAL IN ADULT RECIPIENTS OF UMBILICAL-CORD BLOOD FROM UNRELATED DONORS

Mary J. Laughlin, M.D., Juliet Barker, M.D., Barbara Bambach, M.D., Omer N. Koc, M.D., David A. Rizzieri, M.D., John E. Wagner, M.D., Stanton L. Gerson, M.D., Hillard M. Lazarus, M.D., Mitchell Cairo, M.D., Cladd E. Stevens, M.D., Pablo Rubinstein, M.D., and Joanne Kurtzberg, M.D.

## ABSTRACT

***Background*** Umbilical-cord blood from unrelated donors who are not HLA-identical with the recipients can restore hematopoiesis after myeloablative therapy in children. We studied the use of transplantation of umbilical-cord blood to restore hematopoiesis in adults.

***Methods*** Sixty-eight adults with life-threatening hematologic disorders received intensive chemotherapy or total-body irradiation and then transplants of HLA-mismatched umbilical-cord blood. We evaluated the outcomes in terms of hematologic reconstitution, the occurrence of acute and chronic graft-versus-host disease (GVHD), relapses, and event-free survival.

***Results*** Of the 68 patients, 48 (71 percent) received grafts of umbilical-cord blood that were mismatched for two or more HLA antigens. Of the 60 patients who survived 28 days or more after transplantation, 55 had neutrophil engraftment at a median of 27 days (range, 13 to 59). The estimated probability of neutrophil recovery in the 68 patients was 0.90 (95 percent confidence interval, 0.85 to 1.0). The presence of a relatively high number of nucleated cells in the umbilical-cord blood before it was frozen was associated with faster recovery of neutrophils. Severe acute GVHD (of grade III or IV) occurred in 11 of 55 patients who could be evaluated within the first 100 days after transplantation. Chronic GVHD developed in 12 of 33 patients who survived for more than 100 days after transplantation. The median follow-up for survivors was 22 months (range, 11 to 51). Of the 68 patients, 19 were alive and 18 of these (26 percent) were disease-free 40 months after transplantation. The presence of a high number of CD34+ cells in the graft was associated with improved event-free survival ($P=0.05$).

***Conclusions*** Umbilical-cord blood from unrelated donors can restore hematopoiesis in adults who receive myeloablative therapy and is associated with acceptable rates of severe acute and chronic GVHD. (N Engl J Med 2001;344:1815-22.)

Copyright © 2001 Massachusetts Medical Society.

TRANSPLANTATION of allogeneic hematopoietic stem cells, an effective treatment for hematologic cancers,[1] is limited by the availability of HLA-matched donors. The risk of severe graft-versus-host disease (GVHD) after the transplantation of bone marrow from unrelated donors or partially HLA-mismatched related donors is another drawback of the procedure.[2-6] Umbilical-cord blood is a source of hematopoietic stem cells that has been successfully used for transplantation, primarily in children.[7-17] Grafts of umbilical-cord blood reconstitute hematopoiesis more slowly than does HLA-matched marrow from a sibling or an unrelated adult donor,[2-8] but the incidence and severity of GVHD are lower with transplantation of umbilical-cord blood,[14] even with HLA-mismatched umbilical-cord blood.[8-10,12] In this study, we evaluated the safety of transplantation of umbilical-cord blood from unrelated donors in adults.

## METHODS

### Eligibility

The clinical protocols for the transplantation of umbilical-cord blood were approved by the institutional review boards at participating institutions. Patients were eligible for enrollment if their disease was stable and they lacked an HLA-identical related or unrelated donor or if their disease was unstable, they lacked a related donor, and an HLA-matched unrelated donor of bone marrow could not be identified within six to eight weeks. Written informed consent was obtained from all patients. For the patients with leukemia, disease status was categorized according to the criteria of the International Bone Marrow Transplant Registry.[18]

### Selection of Grafts

Preliminary searches of umbilical-cord–blood banks were performed with the use of the patient's HLA phenotype, as determined by serologic typing for class I HLA-A and HLA-B antigens and low-resolution DNA typing for class II HLA alleles. High-resolution molecular typing for HLA-DRB1 alleles was performed as confirmatory typing. Preferred cord-blood units were those matched at three or more of six HLA loci and containing a minimal cell count of $1\times10^7$ nucleated cells per kilogram of the recipient's body weight before freezing. In some cases, a less closely matched graft with a higher number of nucleated cells was selected over a more closely matched graft with fewer nucleated cells. Units of umbilical-cord blood were not depleted of T lymphocytes. Some units were reduced in volume and depleted of red cells with hetastarch before freezing.[19] Fifty-seven grafts of umbilical-cord blood

From the Department of Medicine, Ireland Comprehensive Cancer Center at University Hospitals of Cleveland and Case Western Reserve University, Cleveland (M.J.L., O.N.K., S.L.G., H.M.L.); the Departments of Medicine (J.B.) and Pediatrics (J.E.W.), University of Minnesota, Minneapolis; the Departments of Medicine and Pediatrics, Roswell Park Cancer Institute, Buffalo, N.Y. (B.B.); the Departments of Medicine (D.A.R.) and Pediatrics (J.K.), Duke University Medical Center, Durham, N.C.; the Department of Pediatrics, Columbia University and Columbia–Presbyterian Medical Center of New York, Babies and Children's Hospital, New York (M.C.); and the Lindsley F. Kimball Research Institute, Placental Blood Program, New York Blood Center, New York (C.E.S., P.R.). Address reprint requests to Dr. Laughlin at Case Western Reserve University, University Hospitals of Cleveland Ireland Comprehensive Cancer Center, 11100 Euclid Ave., Wearn 433, Cleveland, OH 44106-5065, or at mjl13@po.cwru.edu.

EXHIBIT 23

were obtained from the Placental Blood Program of the New York Blood Center. The remaining 11 grafts of umbilical-cord blood were obtained from other umbilical-cord–blood banks.

### Preparative Regimens and Prophylaxis against GVHD

A regimen based on total-body irradiation was administered to 51 patients with cancer, and a regimen based on busulfan was administered to 14 patients, 6 of whom had nonmalignant disorders and 8 of whom had cancer. All patients received a total dose of 60 to 90 mg of antithymocyte globulin (ATGAM, Pharmacia–Upjohn, Kalamazoo, Mich.) per kilogram for two to three days before the infusion of umbilical-cord blood. Two patients with Fanconi's anemia received conditioning therapy as previously described.[20] One patient with acute myeloid leukemia received 25 mg of fludarabine per square meter of body-surface area per day for five days and 90 mg of melphalan per square meter per day for two days. Prophylaxis against GVHD consisted of cyclosporine alone or cyclosporine plus methylprednisolone.[3] Corticosteroid therapy was generally tapered by 10 weeks after transplantation, and tapering of the dose of cyclosporine was initiated 180 to 270 days after transplantation in patients who did not have signs or symptoms of chronic GVHD.

### Transplantation Procedure and Supportive Care

Cryopreserved units of cord blood were transported to the transplantation center in liquid nitrogen and were maintained in the vapor phase until the time of transplantation. The units were thawed, and some were washed with 10 percent dextran 40 (Baxter, Glendale, Calif.) and 5 percent human albumin before infusion.[19] After thawing, the following tests were performed on the blood: nucleated-cell count, CD34+ and CD3+ cell count, assays for colony-forming units, tests of cell viability (exclusion of trypan blue dye), and bacterial and fungal cultures. CD34+ quantification was performed for 61 of the 68 patients enrolled. Supportive care included the administration of 5 to 10 $\mu$g of filgrastim (Amgen, Thousand Oaks, Calif.) per kilogram per day subcutaneously or intravenously from the day of transfusion of umbilical-cord blood (day 0) until durable recovery of neutrophils was achieved. The patients received standard blood products, antibiotics, antifungal agents, and nutritional support according to the protocols of the local institution.

### Hematopoietic Recovery

The time of recovery of myeloid cells was defined as the first of three consecutive days after transplantation during which the absolute neutrophil count was at least 500 per cubic millimeter. The time of recovery of platelets and red cells was defined as the first of seven days on which the platelet count was at least 20,000 per cubic millimeter and the hemoglobin level was at least 8 g per deciliter without transfusion support. Chimerism was evaluated by fluorescence in situ hybridization for the Y chromosome, DRB1 allele–specific hybridization, or quantitative polymerase-chain-reaction analysis for microsatellite DNA markers.

### GVHD

During the first 100 days after transplantation, all patients were evaluated for GVHD, which was graded according to standard practice.[21] Acute GVHD (of grade II or higher) was treated with at least 2 mg of methylprednisolone per kilogram per day for seven days or more, after which time the dose was tapered if there was an adequate response. Corticosteroid-resistant GVHD was treated with second-line agents according to institutional protocols. Patients were evaluated for chronic GVHD with the use of standard criteria.[22]

### Statistical Analysis

All 68 patients who received cord blood from an unrelated donor at the five participating institutions from February 1995 to September 1999 were included in the analysis. The study end points were the probability of neutrophil, red-cell, and platelet recovery; the occurrence of acute or chronic GVHD; and event-free and overall survival. Primary graft failure was defined as an absence of donor-derived myeloid cells in patients who survived for more than 28 days after transplantation. The time required to attain an absolute neutrophil count of at least 500 per cubic millimeter was censored at the date of death, recovery of the patient's myeloid cells, or relapse or at 42 days after transplantation, whichever occurred first. Overall survival was measured from the date of transplantation to the date of death and was censored as of the date of the last follow-up visit for survivors. Event-free survival was measured from the date of transplantation to the date of relapse or death, whichever occurred first, and was censored at the date of the patient's hematopoietic recovery or the date of the last follow-up, whichever occurred first. Analyses of data obtained at the last follow-up visit were performed for all patients on August 2, 2000. Variables related to the patient, the disease, and the transplantation procedure were compared with the use of the chi-square test for categorical variables. Those included in these analyses were the age of the recipient, the sex of the recipient, the degree of HLA and ABO matching between the donor and recipient, the weight of the recipient, the disease (acute myeloid leukemia, chronic myeloid leukemia, acute lymphoblastic leukemia, or other), the results of serologic tests for cytomegalovirus (CMV) in the recipient before transplantation, whether the recipient received total-body irradiation or chemotherapy-only conditioning therapy, and characteristics of the graft (total nucleated-cell content and results of HLA typing before freezing and nucleated-cell counts, CD34 content, and colony-forming–unit content after thawing). The probability of neutrophil engraftment and of event-free survival was estimated by the Kaplan–Meier method and evaluated with the use of the log-rank test or Wilcoxon test for univariate analyses. All reported P values are two-sided.

## RESULTS

### Characteristics of the Patients

Of 54 patients with hematologic cancers, 50 were classified as having intermediate or advanced disease according to the criteria of the International Bone Marrow Transplant Registry.[18] Fourteen patients underwent transplantation of cord blood for nonmalignant disease. The median age of the recipients was 31.4 years, and the median weight was 69.2 kg (Table 1).

### Characteristics of the Grafts of Umbilical-Cord Blood

The six possible HLA matches between the recipient and the graft were scored serologically for HLA-A and B and genetically for DRB1 alleles. The results were six of six possible matches in 2 patients, five of six in 18 patients, four of six in 37 patients, and three of six in 11 patients. The median number of nucleated cells in the grafts, measured before freezing, was $2.1\times10^7$ per kilogram of the recipient's body weight (range, $1.0\times10^7$ to $6.3\times10^7$ per kilogram), and the median number measured after thawing was $1.6\times10^7$ per kilogram (range, $0.6\times10^7$ to $4\times10^7$ per kilogram). After thawing, the median number of CD34+ progenitor cells was $1.2\times10^5$ per kilogram (range, $0.2\times10^5$ to $16.7\times10^5$ per kilogram), the median number of colony-forming units was $1.2\times10^4$ per kilogram (range, 0 to $25.4\times10^4$ per kilogram), and the median number of CD3+ cells was $4.6\times10^6$ per kilogram (range, $0.9\times10^6$ to $9.1\times10^6$ per kilogram). The number of nucleated

**TABLE 1. CHARACTERISTICS OF THE 68 PATIENTS.**

| CHARACTERISTIC | VALUE |
| --- | --- |
| Age (yr) | |
| Median | 31.4 |
| Range | 17.6–58.1 |
| Weight (kg) | |
| Median | 69.2 |
| Range | 40.9–115.5 |
| No. of patients in whom previous transplantations failed | 7 |
| Diagnosis (no. of patients) | |
| Cancer | |
| Acute lymphoblastic leukemia | 15 |
| First or second complete remission | 8 |
| Advanced disease | 7 |
| Acute myeloid leukemia | 19 |
| First or second complete remission | 10 |
| Advanced disease | 9 |
| Chronic myelomonocytic leukemia | 1 |
| Chronic myeloid leukemia | 15 |
| First chronic phase | 10 |
| Advanced disease | 5 |
| Chronic lymphocytic leukemia | 1 |
| Non-Hodgkin's lymphoma | 1 |
| Refractory Hodgkin's disease | 2 |
| Bone marrow failure syndromes | |
| Severe aplastic anemia | 4 |
| Blackfan–Diamond anemia* | 1 |
| Fanconi's anemia | 4 |
| Myelofibrosis | 2 |
| Myelodysplastic syndrome | 2 |
| Inborn error of metabolism | |
| Adrenoleukodystrophy | 1 |

*This patient received regular transfusions for 20 years.

cells in the graft before freezing correlated with the number of CD34+ cells present after thawing (P<0.001) (data not shown).

### Hematopoietic Recovery

The estimated probability of neutrophil recovery during the first 42 days after transplantation was 0.90 (95 percent confidence interval, 0.85 to 1.0), and the median time required to attain an absolute neutrophil count of at least 500 per cubic millimeter was 27 days (range, 13 to 59). Eight patients died before day 28 without myeloid recovery. Of the 60 patients who survived for 28 days or more after transplantation, primary graft failure occurred in 5 (Table 2). In three patients, engraftment of the cord-blood cells occurred after day 42. There was no statistically significant association between graft failure and the extent of HLA mismatching (P=0.50 for the comparison of three groups of patients: those receiving grafts with five of six or six of six HLA matches, with four of six HLA matches, and with three of six HLA matches), mismatching at HLA class II alleles (P=0.21), seropositivity for CMV in the recipients (P=0.35), whether the patient's condition was malignant or nonmalignant (P=0.97), or diagnosis (acute lymphocytic leukemia, acute myeloid leukemia, chronic myeloid leukemia, or others; P=0.90) (data not shown).

Figure 1A shows the relation between neutrophil recovery and nucleated-cell counts in the umbilical-cord blood before it was frozen. Figure 1B shows neutrophil recovery according to the degree of HLA matching. The closeness of HLA matching was unrelated to the speed of recovery. The speed of recovery was also unrelated to the number of CD34+ cells (P=0.26) and CD3+ cells (P=0.15) in the graft and to the use or nonuse of hetastarch for the depletion of red cells before freezing (P=0.77). In 30 patients who could be evaluated, platelet recovery took a median of 58 days (range, 35 to 142), and in 28 patients who could be evaluated, red-cell recovery took a median of 60 days after transplantation (range, 21 to 273). Recovery of platelet counts of more than 50,000 per cubic millimeter and more than 100,000 per cubic millimeter occurred at a median of 99 days (range, 42 to 228) and 124 days (range, 76 to 280),

**TABLE 2. PRIMARY GRAFT FAILURES.**

| PATIENT No. | No. OF CELLS BEFORE FREEZING (no. ×10⁻⁷/kg) | RECIPIENT/DONOR HLA MISMATCHES | No. OF HLA MATCHES | DIAGNOSIS | OUTCOME |
| --- | --- | --- | --- | --- | --- |
| 1 | 2.20 | DRB1 1303/1503; DRB1 blank/1602 | 4 of 6 | Severe aplastic anemia | Death due to multiorgan failure, day 35 |
| 2 | 1.41 | HLA-A 24/1; HLA-A 32/2; HLA-B blank/38 | 3 of 6 | Secondary acute myeloid leukemia | Death due to multiorgan failure, day 35 |
| 3 | 1.55 | HLA-A 1/29 | 5 of 6 | Acute lymphocytic leukemia in relapse | Death due to sepsis, day 33 |
| 4 | 1.75 | HLA-A 24/1; HLA-A 28/23; HLA-B 35/70 | 3 of 6 | Acute myeloid leukemia in second complete remission | Death due to sepsis, day 42 |
| 5 | 1.38 | HLA-B 51/7; HLA-B 60/35 | 4 of 6 | Accelerated phase of chronic myeloid leukemia | Recovery of patient's cells, day 28 |

The New England Journal of Medicine



Figure 1. Recovery of Neutrophils after Transplantation of Umbilical-Cord Blood.
The kinetics of neutrophil engraftment after transplantation are plotted against the number of cells in the umbilical-cord blood before freezing (Panel A); P=0.003 for the comparison of a cell dose of less than $1.87\times10^7$ per kilogram with a cell dose of $1.87\times10^7$ to $2.40\times10^7$ per kilogram and with a cell dose of $2.41\times10^7$ or more per kilogram. The kinetics of neutrophil engraftment after transplantation are plotted against the degree of HLA matching between the graft of umbilical-cord blood and the recipient (Panel B); P=0.82 for the comparison of three groups of patients: those receiving grafts with five of six or six of six HLA matches, with four of six HLA matches, and with three of six HLA matches.

respectively. In all patients in whom neutrophil recovery occurred, the blood contained over 98 percent donor cells and there were no late graft failures.

### GVHD

Among the 55 patients in whom engraftment of the transplanted cells occurred and who survived for 28 days or more, 22 had grade 0 to I acute GVHD, 22 had grade II, 7 had grade III, and 4 had grade IV. The probability of grade II to IV and grade III or IV acute GVHD by 100 days after transplantation was 0.60 (95 percent confidence interval, 0.49 to 0.71) and 0.20 (95 percent confidence interval, 0.11 to 0.29), respectively. There was no statistically significant association between the grade of acute GVHD and the degree of HLA mismatching (P=0.70), mis-

matching in HLA class II alleles (P=0.68), seropositivity for CMV in the recipient before transplantation (P=0.34), or use of total-body irradiation or busulfan as conditioning therapy (P=0.68). Among the 33 patients who survived for more than 100 days after transplantation, chronic GVHD developed in 12; all but 1 of the 12 patients had limited-stage disease, as defined by the involvement of a single organ.[22] The probability of chronic GVHD was 0.38 (95 percent confidence interval, 0.23 to 0.52) from day 100 after transplantation until the date of the last follow-up.

### Relapse and Survival

As of August 2, 2000, 19 of the 68 patients who underwent transplantation are alive and 18 are disease-free, with a median follow-up of 22 months (range, 11 to 51). Table 3 shows the causes of death, and Figure 2A displays the probability of event-free survival after transplantation (a univariate analysis of prognostic factors in event-free survival is available with the full text of this article at http://www.nejm.org). Within the first three months after transplantation, 32 patients died of either toxicity related to the preparative regimen (multiorgan failure, hepatic veno-occlusive disease, or interstitial pneumonitis) or infection. Four patients with cancer relapsed within the first year after transplantation (three had acute lymphocytic leukemia and one had Hodgkin's disease). The degree of HLA mismatching between the donor of the graft and the recipient was not related to event-free survival (P=0.07), nor was older age (more than 40 years vs. 25 to 40 years vs. less than 25 years; P=0.42). There were no statistically significant differences in event-free survival according to the type of malignant disorder (P=0.61). Event-free survival in patients who received grafts containing more than $1.2 \times 10^5$ CD34+ cells per kilogram was longer than in patients who received fewer CD34+ cells (P=0.05) (Fig. 2B).

The number of nucleated cells in the graft of umbilical-cord blood before freezing or after thawing, serologic status with respect to CMV, the preparative regimen used, International Bone Marrow Transplant Registry classification (early vs. intermediate or advanced disease), diagnosis, use or nonuse of hetastarch for depletion of red cells, and the grade of acute GVHD (grade I or II vs. grade III or IV) were not predictors of event-free survival at six months (data not shown).

## DISCUSSION

We found that umbilical-cord blood from unrelated donors engrafted and reconstituted myeloid hematopoiesis in 90 percent of adult recipients, most of whom weighed more than 60 kg. However, the time to hematopoietic engraftment was longer than that reported for allogeneic grafting with marrow from HLA-matched siblings or unrelated adult donors.[2,4-6] In a recent report summarizing the outcomes of transplantation in a cohort of 1423 patients with chronic myeloid leukemia who received marrow transplants from unrelated adult donors, the actuarial incidence of engraftment of donor cells by day 42 after transplantation was 92 percent (95 percent confidence interval, 90 to 94 percent), and the median time to neutrophil recovery was 20 days (range, 8 to 42).[4]

In our 68 patients, there were 17 deaths related to the preparative regimen and 22 deaths secondary to infection after transplantation (Table 3). These high death rates may be attributable in part to the selection of patients at high risk. The slow myeloid engraftment may also have contributed to death within the first three months after the transplantation of umbilical-cord blood. As noted in children, the number of nucleated cells in the umbilical-cord blood before freezing and the number of CD34+ cells after thawing were associated with a shorter time to myeloid engraftment and with improved event-free survival in our adult recipients.[7,9,10,12,13] Since the CD34+ content of cord blood is currently not always measured before freezing, clinicians must rely on nucleated-cell counts and HLA analyses to guide the selection of a graft. We observed that the number of nucleated cells in the umbilical-cord blood before freezing correlated with the number of CD34+ cells present after thawing.

Recipients of umbilical-cord blood receive approximately 1/10 as many CD34+ cells as recipients of allogeneic marrow. This explains the delayed hematopoietic recovery in recipients of umbilical-cord blood.[23,24] Rapid engraftment of marrow from siblings and unrelated adult donors is related to the dose of cells, the number of CD34+ cells, and the degree of HLA matching.[23-27] In our patients who received transplants of umbilical-cord blood, HLA class I mismatching did not correlate with graft failure. Additional causes of delayed hematopoietic recovery in patients who received umbilical-cord blood may relate to characteristics of grafts of umbilical-cord–blood progenitor cells that affect homing or maturation.[28-31] CD34+

TABLE 3. CAUSES OF DEATH.

| TIME AFTER TRANSPLANTATION | REGIMEN-RELATED TOXICITY | INFECTION | RELAPSE | SECOND CANCER | GRAFT-VERSUS-HOST DISEASE |
|---|---|---|---|---|---|
| | | no. of deaths | | | |
| Before day 28 | 5 | 3 | 0 | 0 | 0 |
| Day 28 to 100 | 10 | 14 | 1 | 0 | 2 |
| After day 100 | 2 | 5 | 3 | 3 | 1 |

The New England Journal of Medicine



Figure 2. Event-free Survival.

Event times were analyzed as of August 2, 2000, and included data for all patients obtained at the last follow-up visit. Overall event-free survival (solid line) with 95 percent confidence interval (dotted lines) is shown in Panel A. The estimated probability of event-free survival is plotted against the number of CD34+ cells transfused in the graft of umbilical-cord blood in Panel B; P=0.05 by the Wilcoxon test for the comparison of less than $1.2 \times 10^5$ per kilogram with $1.2 \times 10^5$ or more per kilogram. CD34+ quantification was not performed for seven patients.

progenitor cells in umbilical-cord blood have a less mature phenotype than those in adult marrow and peripheral blood.[32,33] Nonetheless, the durability of these grafts of umbilical-cord blood is clear; to date, there have been no late graft failures in the surviving patients (median follow-up, 22 months). Since all patients in this study received filgrastim at a dose of 5 to 10 µg per kilogram per day until neutrophil recovery occurred, the effect of filgrastim on neutrophil recovery could not be evaluated.

Although 66 of the 68 patients in this study received grafts that had HLA mismatches, the probability of severe acute GVHD (grade III or IV) was only 20 percent. This low probability compares favorably with the 35 to 55 percent reported in recipients of HLA-matched bone marrow from unrelated adult donors who received standard prophylaxis against GVHD.[2-6,34] The probability of chronic GVHD in our series was 38 percent, and all but one patient had limited-stage disease. In comparison, chronic GVHD de-

velops in 55 to 75 percent of patients receiving HLA-matched bone marrow transplants from unrelated donors.[4-6] These differences in the incidence and severity of acute and chronic GVHD may be related to reduced numbers of CD3+ T lymphocytes in the graft of umbilical-cord blood, the immunologic immaturity of lymphocytes in umbilical-cord blood, or both.[35-37]

In summary, the results of this study demonstrate that HLA-mismatched umbilical-cord blood from unrelated donors is a feasible alternative source of hematopoietic stem cells for transplantation in adults. Hematopoietic reconstitution occurred in 90 percent of our patients, and the incidence and severity of GVHD were low despite HLA mismatching. This approach should be considered in the cases of adult patients for whom an HLA-matched unrelated donor is not readily available.

Supported by grants from the Leukemia and Lymphoma Society of America (6230-98, to Dr. Laughlin), the National Heart, Lung, and Blood Institute (NHLBI-N01-HB-67139, to Dr. Wagner), the National Cancer Institute (NCI-P01-CA-65493-05, to Dr. Wagner), and the Children's Cancer Research Fund (to Dr. Wagner). Dr. Laughlin is a Leukemia Scholar in Clinical Research and a Stephen Birnbaum Translational Research Investigator of the Leukemia and Lymphoma Society of America.

We are indebted to Pingfu Fu of the Department of Epidemiology and Biostatistics at Case Western Reserve University School of Medicine, who performed all statistical analyses under the guidance of Sunil Rao, Ph.D., of the Biostatistics Core Facility at the Ireland Comprehensive Cancer Center; to the clinical staff of the transplantation programs at the participating institutions for their compassion and hard work in the care of their patients; to the staff of each transplantation-program laboratory for characterizing and processing the infused units of umbilical-cord blood; to Shaden Mohammad for data collection; to Carmelita Carrier, Ph.D., of the Lindsley F. Kimball Research Institute at the New York Blood Center Placental Blood Program; and to the staff of Cardinal Glennon Children's Hospital in St. Louis, the Caitlin Raymond International Registry at the University of Massachusetts in Worcester, the Banc de Sang de Cordo Umbilical de Barcelona at the Jose Carreras Foundation Cord-Blood Program, the Milan Cord-Blood Bank, the Knochenmarkspenderzentrale at Eurocord-Germany in Dusseldorf, and the Australian Cord Blood Bank at Sydney Children's Hospital for coordinating the processing of umbilical-cord blood and careful analyses of potential grafts.

## REFERENCES

1. Buchner T. Treatment of adult acute leukemia. Curr Opin Oncol 1997; 9:18-25.
2. Kernan NA, Bartsch G, Ash RC, et al. Analysis of 462 transplantations from unrelated donors facilitated by the National Marrow Donor Program. N Engl J Med 1993;328:593-602.
3. Szydlo R, Goldman JM, Klein JP, et al. Results of allogeneic bone marrow transplants for leukemia using donors other than HLA-identical siblings. J Clin Oncol 1997;15:1767-77.
4. McGlave PB, Shu XO, Wen W, et al. Unrelated donor marrow transplantation for chronic myelogenous leukemia: 9 years' experience of the National Marrow Donor Program. Blood 2000;95:2219-25.
5. Hansen JA, Gooley TA, Martin PJ, et al. Bone marrow transplants from unrelated donors for patients with chronic myeloid leukemia. N Engl J Med 1998;338:962-8.
6. Schiller G, Feig SA, Territo M, et al. Treatment of advanced acute leukaemia with allogeneic bone marrow transplantation from unrelated donors. Br J Haematol 1994;88:72-8.
7. Wagner JE, Kernan NA, Steinbuch M, Broxmeyer HE, Gluckman E. Allogeneic sibling umbilical-cord-blood transplantation in children with malignant and non-malignant disease. Lancet 1995;346:214-9.
8. Kurtzberg J, Laughlin M, Graham ML, et al. Placental blood as a source of hematopoietic stem cells for transplantation into unrelated recipients. N Engl J Med 1996;335:157-66.
9. Wagner JE, Rosenthal J, Sweetman R, et al. Successful transplantation of HLA-matched and HLA-mismatched umbilical cord blood from unrelated donors: analysis of engraftment and acute graft-versus-host disease. Blood 1996;88:795-802.
10. Gluckman E, Rocha V, Boyer-Chammard A, et al. Outcome of cord-blood transplantation from related and unrelated donors. N Engl J Med 1997;337:373-81.
11. Cairo MS, Wagner JE. Placental and/or umbilical cord blood: an alternative source of hematopoietic stem cells for transplantation. Blood 1997;90:4665-78.
12. Rubinstein P, Carrier C, Scaradavou A, et al. Outcomes among 562 recipients of placental-blood transplants from unrelated donors. N Engl J Med 1998;339:1565-77.
13. Locatelli F, Rocha V, Chastang C, et al. Factors associated with outcome after cord blood transplantation in children with acute leukemia. Blood 1999;93:3663-71.
14. Rocha V, Wagner JE Jr, Sobocinski KA, et al. Graft-versus-host disease in children who have received a cord-blood or bone marrow transplant from an HLA-identical sibling. N Engl J Med 2000;342:1846-54.
15. Laporte J-P, Gorin N-C, Rubinstein P, et al. Cord-blood transplantation from an unrelated donor in an adult with chronic myelogenous leukemia. N Engl J Med 1996;335:167-70.
16. Laughlin MJ, Rizzieri DA, Smith CA, et al. Hematologic engraftment and reconstitution of immune function post unrelated placental cord blood transplant in an adult with acute lymphocytic leukemia. Leuk Res 1998;22:215-9.
17. Pecora AL, Stiff P, Jennis A, et al. Prompt and durable engraftment in two older adult patients with high risk chronic myelogenous leukemia (CML) using ex vivo expanded and unmanipulated unrelated umbilical cord blood. Bone Marrow Transplant 2000;25:797-9.
18. Sobocinski KA, Horowitz MM, Rowlings PA, et al. Bone marrow transplantation — 1994: a report from the International Bone Marrow Transplant Registry and the North American Autologous Bone Marrow Transplant Registry. J Hematother 1994;3:95-102.
19. Rubinstein P, Dobrila L, Rosenfield RE, et al. Processing and cryopreservation of placental/umbilical cord blood for unrelated bone marrow reconstitution. Proc Natl Acad Sci U S A 1995;92:10119-22.
20. MacMillan ML, Auerbach AD, Davies SM, et al. Haematopoietic cell transplantation in patients with Fanconi anaemia using alternate donors: results of a total body irradiation dose escalation trial. Br J Haematol 2000; 109:121-9.
21. Przepiorka D, Weisdorf D, Martin P, et al. 1994 Consensus Conference on Acute GVHD Grading. Bone Marrow Transplant 1995;15:825-8.
22. Flowers ME, Kansu E, Sullivan KM. Pathophysiology and treatment of graft-versus-host disease. Hematol Oncol Clin North Am 1999;13:1091-112.
23. Mavroudis D, Read E, Cottler-Fox M, et al. CD34+ cell dose predicts survival, posttransplant morbidity, and rate of hematologic recovery after allogeneic marrow transplants for hematologic malignancies. Blood 1996; 88:3223-9.
24. Sierra J, Storer B, Hansen JA, et al. Transplantation of marrow cells from unrelated donors for treatment of high-risk leukemia: the effect of leukemic burden, donor HLA-matching, and marrow cell dose. Blood 1997;89:4226-35.
25. Paulin T. Importance of bone marrow cell dose in bone marrow transplantation. Clin Transplant 1992;6:48-54.
26. Petersdorf EW, Longton GM, Anasetti C, et al. Association of HLA-C disparity with graft failure after marrow transplantation from unrelated donors. Blood 1997;89:1818-23.
27. Bishara A, Brautbar C, Cohen I, Nagler A. Positivity in a modified mixed leukocyte reaction test correlates with molecular HLA-C disparity in prediction of unrelated bone marrow transplantation outcome. Hum Immunol 1999;60:833-9.
28. Pasino M, Lanza T, Marotta F, et al. Flow cytometric and functional characterization of AC133+ cells from human umbilical cord blood. Br J Haematol 2000;108:793-800.
29. Roy V, Verfaillie CM. Expression and function of cell adhesion molecules on fetal liver, cord blood and bone marrow hematopoietic progenitors: implications for anatomical localization and developmental stage specific regulation of hematopoiesis. Exp Hematol 1999;27:302-12.
30. Huang S, Law P, Young D, Ho AD. Candidate hematopoietic stem cells from fetal tissues, umbilical cord blood vs. adult bone marrow and mobilized peripheral blood. Exp Hematol 1998;26:1162-71.
31. Peled A, Kollet O, Ponomaryov T, et al. The chemokine SDF-1 activates the integrins LFA-1, VLA-4, and VLA-5 on immature human CD34+ cells: role in transendothelial/stromal migration and engraftment of NOD/SCID mice. Blood 2000;95:3289-96.

The New England Journal of Medicine

32. Gomi S, Hasegawa S, Dan K, Wakabayashi I. A comparative analysis of the transplant potential of umbilical cord blood versus mobilized peripheral blood stem cells. Nippon Ika Daigaku Zasshi 1997;64:307-13.

33. Saeland S, Duvert V, Caux C, et al. Distribution of surface-membrane molecules on bone marrow and cord blood CD34+ hematopoietic cells. Exp Hematol 1992;20:24-33.

34. Hansen JA, Anasetti C, Beatty PG, et al. Treatment of leukemia by marrow transplantation from HLA incompatible donors: effect of HLA-disparity on GVHD, relapse and survival. Bone Marrow Transplant 1990;6:Suppl 1:108-11.

35. Kadereit S, Mohammad SF, Miller RE, et al. Reduced NFAT1 protein expression in human umbilical cord blood T lymphocytes. Blood 1999;94:3101-7.

36. Han P, Hodge G, Story C, Xu X. Phenotypic analysis of functional T-lymphocyte subtypes and natural killer cells in human cord blood: relevance to umbilical cord blood transplantation. Br J Haematol 1995;89:733-40.

37. Risdon G, Gaddy J, Stehman FB, Broxmeyer HE. Proliferative and cytotoxic responses of human cord blood T lymphocytes following allogeneic stimulation. Cell Immunol 1994;154:14-24.

Copyright © 2001 Massachusetts Medical Society.

March 5, 2003        "The Blue Sheet"        21

## Umbilical Cord Stem Cell Transplants Should Not Be Limited By Age – Cmte.

Umbilical cord blood stem cell transplants should not be limited to patients of a certain age, FDA's Biological Response Modifiers Advisory Committee decided at its meeting Feb. 27.

Placental cord blood transplant recipient age should not be a factor as long as the stem cell dose is adequate, the committee agreed.

A recent study in the *Proceedings of the National Academy of Sciences* suggests cord blood samples remain effective for clinical transplantation even after up to 15 years of cryopreservation, compared to the current three- to five-year storage period ("The Blue Sheet" Jan. 8, 2003, In Brief).

While data presented by FDA and others show older umbilical cord blood stem cell transplant recipients may have poorer clinical outcomes than younger patients – more marked at or around ages 12 and 13 – the committee did not want to limit use of the transplant procedure.

The committee also concurred cord blood stem cell transplantation may be used in the same array of conditions that warrant the use of other hematopoietic cell transplants (i.e., bone marrow and peripheral blood).

Umbilical cord blood stem cell transplant clinical outcomes also should be similar to those transplants.

While the committee did not want to put a firm figure on minimum or maximum cell doses, many committee members agreed a good target dose for umbilical cord blood stem cell transplantation would be 15 mil. (post-thawed) cells/kg.

Regarding transplant compatibility, the committee said there should be two or fewer HLA mismatches between the cord blood and the recipient's blood.

Umbilical cord blood stem cell processing, freezing, thawing and shipping should be standardized and inspected by FDA, the committee added. At the moment, many U.S. establishments storing cord blood follow voluntary standards.

FDA estimates there are around 70,000 cryopreserved, HLA-typed umbilical cord blood stem cell products stored in cord banks worldwide. ♦♦

## EPA Cancer Risk Assessment/Early Life Carcinogen Exposure Drafts Revised

The Environmental Protection Agency has revised its draft final guidelines for cancer risk assessment following a guiding principle, emphasized in the agency's FY 2004 budget analysis and overview, that risk assessments be scientifically sound.

First published in 1986, the guidelines provide a framework for EPA to assess cancer risks from exposures to environmental pollutants. The agency is seeking comments on the guidance, as well as comments on a supplemental guidance for assessing early-life exposure to carcinogens.

Last reviewed in 1999, EPA is revising the guidelines in light of "significant advances in scientific understanding" as to the causes of cancer.

As part of the agency's renewed focus on sound science, EPA announced in January the Office of Research and Development (ORD) would recruit from the ranks of the most distinguished researchers in environmental science. The recruitment follows a 2000 National Research Council report "Strengthening Science at the EPA," which recommended the agency create and fill positions similar to NIH Title 42 senior research appointments.

Appointees for these positions will work within the agency's research community, contributing to bench research experiments, publication and seminars with permanent staff. Initial recruitment areas are expected to include environmental epidemiology, genomics/proteomics and bioinformatics.

The FY 2004 budget request also allocates additional resources for researching America's sensitive populations, including children and the elderly. In addition, EPA has requested resources for the newly established science advisor, who will be responsible for ensuring the best science is used to support EPA policies and decisions, as well as for advising the EPA administrator on S&T issues.

Because the "Guidelines for Carcinogen Risk Assessment" recommend consideration of sensitive subpopulations and life stages (e.g., childhood), the agency also is seeking comment on the "Supplemental Guidance for Assessing Cancer Susceptibility from Early-Life Exposure to Carcinogens." The draft supplemental responds to a 1994 recommendation by NRC that "EPA should assess risks to infants and children whenever it appears that their risks might be greater than those of adults." ♦♦

Unauthorized photocopying is prohibited by law. See page one.

EXHIBIT 24

CLINICAL OBSERVATIONS, INTERVENTIONS, AND THERAPEUTIC TRIALS

# Standardized, unrelated donor cord blood transplantation in adults with hematologic malignancies

Guillermo F. Sanz, Silvana Saavedra, Dolores Planelles, Leonor Senent, Jose Cervera, Eva Barragán, Carmen Jiménez, Luis Larrea, Guillermo Martín, Jesús Martínez, Isidro Jarque, Federico Moscardó, Gemma Plumé, Rafael Andreu, Ana I. Regadera, Inmaculada García, Susana Mollá, Pilar Solves, Javier de la Rubia, Pascual Bolufer, Luis Benlloch, María A. Soler, María L. Marty, and Miguel A. Sanz

The potential role of unrelated donor cord blood transplantation (UD-CBT) in adults remains unclear. This study reports the results of UD-CBT in 22 adults with hematologic malignancies following conditioning with thiotepa, busulfan, cyclophosphamide, and antithymocyte globulin in 21, with thiotepa, fludarabine, and antithymocyte globulin in 1, and graft-versus-host disease (GVHD) prophylaxis with cyclosporine and prednisone. Median age was 29 years (range, 18-46 years), and median weight was 69.5 kg (range, 41-85 kg). HLA match was 6 of 6 in 1 case, 5 of 6 in 13 cases, and 4 of 6 in 8 cases. Median number of nucleated cells infused was $1.71 \times 10^7$/kg (range, $1.01 \times 10^7$/kg to $4.96 \times 10^7$/kg). All 20 patients surviving more than 30 days had myeloid engraftment, and only 1, who received the lowest cell dose, developed secondary graft failure. Median time to reach an absolute neutrophil count of at least $0.5 \times 10^9$/L was 22 days (range, 13-52 days). Median time to platelets numbered at least $20 \times 10^9$/L was 69 days (range, 49-153 days). Seven patients (32%) developed acute GVHD above grade II, and 9 of 10 patients at risk developed chronic GVHD, which became extensive in 4 patients. Twelve patients remained alive and disease-free 3 to 45 months after transplantation. Disease-free survival (DFS) at 1 year was 53%. Age strongly influenced DFS ($P = .01$). For patients aged 30 years or younger, the DFS at 1 year was 73%. These preliminary results suggest that UD-CBT should be considered a reasonable alternative in young adults with hematologic malignancy and no appropriate bone marrow donor. (Blood. 2001;98:2332-2338)

© 2001 by The American Society of Hematology

## Introduction

The potential role of unrelated donor cord blood transplantation (UD-CBT) in adults remains unclear. At present, information on the results of UD-CBT in adults comes only from 2 heterogeneous series of patients with different diseases from registries including mainly pediatric cases,[1,2] from 2 heterogeneous series of adult patients recently reported by Eurocord[3] and by 5 U.S. centers,[4] from several small series of adults from a single institution,[5-9] and from anecdotal case reports.[10-16] This deficit is due mainly to grave concerns about the possibility of graft failure following UD-CBT in adults.[17] None of the series of UD-CBT in adults have used a unique preparative and graft-versus-host disease (GVHD) regimen.

The major aim of this study was to evaluate the results of UD-CBT following a standardized preparative and GVHD regimen in a series of 22 consecutive adult patients with hematologic malignancies. All 20 evaluable patients engrafted. Thirteen patients remained alive and disease-free, with full donor chimerism, 3 to 45 months after transplantation.

## Patients, materials, and methods

### Patients and eligibility criteria

Between May 1997 and December 2000, 22 consecutive patients with hematologic malignancies underwent UD-CBT at our institution. Patients were eligible for enrollment if they met all of the 5 following criteria: (1) Allogeneic hematopoietic stem cell transplantation was expected to be the best therapy for their disorder. (2) There was no HLA-identical or one-antigen–mismatched related donor. (3) Using International Bone Marrow Donor registries, no potential HLA-identical matched unrelated donor (MUD) could be identified in time. (4) A UD-CB unit was available that fulfilled 2 criteria: more than $1 \times 10^7$ nucleated cells (NCs) per kilogram of the recipient's body weight in the cryopreserved CB unit and the sharing of at least 4 HLA antigens in common with the potential recipient (HLA class I antigens [A and B] determined by serologic or low-resolution DNA typing and class II antigens [DRB1] by high-resolution DNA typing). (5) There was signed informed consent of each patient. The local institutional review board approved the information given to patients and the provision of informed consent. In some cases, an autologous back-up of bone marrow or mobilized peripheral blood hematopoietic progenitors was available to deal with a potential graft failure.

### Selection of a CB unit

All formal searches were conducted by the Spanish Registry of Bone Marrow Donors (Registro Español de Donantes de Médula Osea). After a preliminary search, the CB units that fulfilled the criteria specified above were prioritized on the basis of the degree of HLA match. When several units with the same degree of HLA match were available for a patient, we selected the one that contained the highest number of NCs. Whenever possible, mismatches within the same cross-reacting group of HLA antigens were preferred to major incompatibilities. In choosing between units with the same number of HLA disparities, no preference was given to mismatches for the class I or class II major histocompatibility complex

From the Bone Marrow Transplantation Unit, Department of Hematology, and Laboratory of Molecular Biology, Department of Clinical Pathology, Hospital Universitario La Fe; and Centro de Trasfusión de la Comunidad Valenciana; both of Valencia, Spain.

Submitted March 27, 2001; accepted June 14, 2001.

Supported in part by grant FIS-01/0066-01 from the Fondo de Investigaciones Sanitarias, Spanish Ministry of Health.

Reprints: Miguel A. Sanz, Servicio de Hematología, Hospital Universitario La Fe, Av Campanar 21, 46009 Valencia, Spain; e-mail: msanz@uv.es.

The publication costs of this article were defrayed in part by page charge payment. Therefore, and solely to indicate this fact, this article is hereby marked "advertisement" in accordance with 18 U.S.C. section 1734.

© 2001 by The American Society of Hematology

EXHIBIT 25

antigens. For cases with more than one unit with the same degree of HLA mismatch and a similar number of NCs, high-resolution DNA typing of class I antigens (HLA-A, -B, and -C) and class II antigens (HLA-DRB1, -DQB1, and -DPB1) was performed to define the unit with the best match. All transplanted CB units tested negative for human immunodeficiency virus, hepatitis B and C viruses, and human T-cell lymphotropic virus type I. None of the units nor the mothers of the donors were positive for immunoglobulin M antibody to cytomegalovirus (CMV).

### HLA typing of patients and donors

For confirmatory purposes, all patients and CB units were HLA typed in our laboratory (D.P.). HLA class I serologic typing was performed by a standard complement-dependent microlymphocytotoxicity technique.[18] HLA-A, -B, -C, -DRB, -DQA1, and -DQB1 low- or high-resolution genotyping was performed by polymerase chain reaction with sequence-specific primers (SSP-PCR)[19] and HLA-DPB1 high-resolution genotyping by PCR and reverse-hybridization with sequence-specific oligonucleotide probes (SSO-PCR).[20]

### Transplantation procedure

Cryopreserved CB units were transported to the Centro de Trasfusión de la Comunidad Valenciana in a shipping container cooled by liquid nitrogen in vapor phase and stored in liquid nitrogen until use. The CB unit canister was left in the gas vapor phase for 5 to 10 minutes before proceeding. The canister was carefully opened, avoiding damage to the frozen blood bag, and the identifying information was verified. Thawing of CB units was performed by Rubinstein et al's method,[21] with minor modifications as described elsewhere.[9] Samples for cell counts, quantitation of $CD34^+$ cells,[22] cell viability, clonogenic assays,[23] and microbiology were drawn directly from the bag before infusion.

### Preparative regimen and GVHD prophylaxis

The conditioning regimen consisted of 21 cases on thiotepa (5 mg/kg per day on days −9 and −8), busulfan (1 mg/kg every 6 hours on days −7, −6, and −5), cyclophosphamide (60 mg/kg per day on days −4 and −3), and horse antithymocyte globulin (ATG; Lymphoglobuline, Merieux, Lyon, France) (15 mg/kg per day on days −5, −4, −3, and −2). One patient, who had failed to engraft after a MUD peripheral blood stem cell transplantation (PBSCT) performed 30 days before UD-CBT and conditioned with busulfan and cyclophosphamide, received fludarabine (30 mg/m$^2$ per day on days −7, −6, −5, −4, and −3), thiotepa (5 mg/kg per day on days −7 and −6), and ATG (15 mg/kg per day on days −6, −5, −4, −3, and −2). To avoid ATG-associated infusion syndrome, patients concomitantly received paracetamol, chlorpheniramine, and methylprednisolone. Granulocyte colony-stimulating factor (Amgen, Thousand Oaks, CA) (5 μg/kg per day subcutaneously) was administered from day +7 until neutrophil engraftment. As GVHD prophylaxis, all patients received cyclosporine (3 mg/kg per day intravenously, followed by 3-5 mg/kg every 12 hours by mouth when oral intake was possible, reduced by 10% per week after day +180) and prednisone (0.5 mg/kg on days +7 to +14, 1 mg/kg on days +14 to +28, 0.8 mg/kg on days +29 to +56, 0.5 mg/kg on days +57 to +90, 0.2 mg/kg on days +91 to +120, and 0.1 mg/kg on days +121 to +180). Patients developing acute GVHD received high-dose methylprednisolone (20 mg/kg per day; halving the dose every 3 days until reaching 1 mg/kg per day, and then gradually tapered) as initial therapy, followed by ATG in refractory cases. Chronic GVHD was treated with prednisone 1 mg/kg per day for 6 to 9 months.

### Supportive care

Patients were kept in reverse isolation under high-efficiency particulate air filtration. Ciprofloxacin, cotrimoxazole, and fluconazole were given as anti-infectious prophylaxis. The use of intravenous antibiotics and liposomal amphotericin B, and the transfusion policy adopted, were those usually employed when handling neutropenic patients. All transfused products were irradiated and depleted of leukocytes. As CMV prophylaxis, all patients received intravenous acyclovir (400 mg/m$^2$ every 12 hours) from day −5 until engraftment, followed by intravenous ganciclovir (5 mg/kg per day) 3 to 5 days per week from engraftment until day +100. CMV infection surveillance and treatment has been described in detail elsewhere.[9] Nonspecific intravenous immunoglobulin was administered to each patient, at a dose of 500 mg/kg weekly, through to day +100 and then monthly during the first year after transplantation.

### Chimerism and minimal residual disease studies

The chimerism status after transplantation was studied by PCR-VNTR (variable number of tandem repeats),[24-26] typing of HLA antigen mismatches by SSP-PCR and SSO-PCR[19,20] and, for transplants from the opposite sex, fluorescence in situ hybridization (FISH).[27] Detection of BCR/ABL transcripts in patients with Ph-positive leukemia was performed by reverse transcriptase (RT)-PCR following Cross et al's methods.[28,29] The presence of BCR/ABL rearrangements was evaluated by FISH.[30]

### Definitions and statistical analysis

Myeloid engraftment was defined as an absolute neutrophil count (ANC) of $0.5 \times 10^9$/L or greater, on 3 consecutive days, and platelet engraftment as a platelet count of $50 \times 10^9$/L or higher, without transfusion support, for 7 consecutive days. Time to myeloid or platelet engraftment was defined as the time required to reach the first day of engraftment of the relevant cell. Secondary graft failure was defined as the loss of an engrafted transplant. Acute and chronic GVHD were defined and graded according to standard criteria.[31-33] A complete response to initial treatment of GVHD was defined as complete resolution of all signs and symptoms in all affected organs on day 28 after starting therapy without requiring secondary treatment. Patients who had a complete resolution of all signs and symptoms of acute GVHD but expired before day 28 were considered unevaluable for response. The remaining cases were considered as refractory to therapy. The same criteria were used for evaluating the response of acute GVHD to secondary treatment. Patients with chronic myelogenous leukemia (CML) in chronic phase and those with acute leukemia or myelodysplastic syndrome (MDS) in first/second complete remission (CR) at transplantation were considered to have early disease; patients with CML in accelerated phase or blast crisis and acute leukemia in greater than second CR were considered to have advanced disease. Apart from the patients with CML in first chronic phase, all the remaining patients were considered to be high-risk patients. Time to event curves were plotted by using the actuarial method of Kaplan-Meier,[34] and differences between curves were analyzed by log-rank tests.[35] In actuarial curves of time to engraftment, patients who died before achieving the end point (neutrophils $> 0.5 \times 10^9$/L, platelets $> 20 \times 10^9$/L) were considered as censored data at the time of death. All data were analyzed by February 28, 2001. All statistical analyses were carried out with software from the BMDP library.[36]

## Results

### Patient characteristics

The main characteristics of the patients are summarized in Table 1. Sixteen patients had high-risk malignancies (6 CML not in first chronic phase, 9 high-risk acute leukemia, 1 high-risk MDS). The patient with de novo acute myeloblastic leukemia (AML) was considered to have high-risk AML due to hyperleukocytosis and achievement of CR only after salvage chemotherapy. The patient with MDS had an International Prognostic Scoring System score equal to 3.5,[37] was in first CR after AML-type chemotherapy, and had engraftment failure after MUD-PBSCT. Eight patients with CML in the chronic phase had previously received AML-type chemotherapy for mobilization and harvest of hematopoietic progenitors from peripheral blood as part of an ongoing protocol for autologous PBSCT. Two patients with CML in blast crisis had received daunorubicin and cytarabine in an unsuccessful attempt to

**Table 1. Patient characteristics**

| Parameter | Median (range) | No. of patients (%) |
|---|---|---|
| Patients | | 22 |
| Age, y | 29 (18-46) | |
| 30 or younger | | 12 (55) |
| Older than 30 | | 10 (45) |
| Sex | | |
| Male | | 12 (55) |
| Female | | 10 (45) |
| Weight, kg | 69.5 (41-85) | |
| Diagnosis | | |
| CML | | 12 (45) |
| CP1/CP2 | | 6/2 |
| AP/BC | | 1/3 |
| ALL | | 6 (27) |
| ALL in CR1 | | 5 |
| t(9;22) | | 4 |
| t(4;11) | | 1 |
| ALL in CR3 | | 1 |
| AML | | 3 (14) |
| Secondary AML in CR1 | | 2 |
| De novo AML in CR1 | | 1 |
| MDS | | 1 (5) |
| Time from diagnosis to CBT, mo | 10 (5-125) | |
| Time from the start of search to CBT, mo | 4 (0.25-12) | |
| Previous HSCT | | 4 (18) |
| Conditioning regimen | | |
| TT + BU + CY + ATG | | 21 (95) |
| FLU + TT + ATG | | 1 (5) |
| CMV serology | | |
| Positive | | 17 (77) |
| Negative | | 5 (23) |

CP1 indicates first chronic phase; CP2, second chronic phase; AP, accelerated phase; BC, blast crisis; HSCT, hematopoietic stem cell transplantation; TT, thiotepa; BU, busulfan; CY, cyclophosphamide; and FLU, fludarabine.

**Table 2. Degree of HLA match, cell dose, storage time of CB units, ABO blood group match, and sex combinations**

| Parameter | Median (range) | No. of patients (%) |
|---|---|---|
| Degree of HLA match (HLA-A and -B by low-resolution and DRB1 by high-resolution techniques) | | |
| 6 of 6 | | 1 (5) |
| 5 of 6 | | 13 (59) |
| 4 of 6 | | 8 (36) |
| NCs cryopreserved, $\times 10^7$/kg | 2.48 (1.54-6.90) | |
| NCs infused, $\times 10^7$/kg | 1.71 (1.01-4.96) | |
| CD34− cells infused, $\times 10^5$/kg | 0.79 (0.27-2.60) | |
| CFU-GM infused, $\times 10^4$/kg | 1.77 (0.05-10.80) | |
| Time from storage of CB unit to CBT, mo | 22 (7-57) | |
| ABO blood group mismatch | | |
| Major | | 6 (27) |
| Minor | | 3 (14) |
| None | | 13 (59) |
| Sex combinations | | |
| Recipient male/donor female | | 8 (36) |
| Recipient male/donor male | | 4 (18) |
| Recipient female/donor male | | 7 (32) |
| Recipient female/donor female | | 3 (14) |

revert the disease to the chronic phase. Three patients with CML (2 who received transplants in chronic phase and 1 in blast crisis) had undergone previous autologous PBSCT 24 months, 33 months, and 34 months before UD-CBT, respectively. Five of the CML patients had previously received interferon without achieving a cytogenetic response. In the overall series, the median time from the start of the search for a CB unit to transplantation was 4 months (range, 0.2-12 months). In most instances, the reason for delaying transplantation after a CB unit had been selected was the need for achieving CR and/or the administration of consolidation chemotherapy prior to transplantation.

### CB unit characteristics and degree of HLA mismatch

Eleven CB units were supplied by the Barcelona Cord Blood Bank, 3 by the Placental Blood Program at the New York Blood Center, 2 by the Milano Cord Blood Bank, 2 by the London Cord Blood Bank, and 1 each by the Düsseldorf Cord Blood Bank, the France Greffe de Moelle, the St Louis Cord Blood Bank, and the Colorado Cord Blood Bank. By means of serologic and/or low-resolution DNA typing for class I antigens and high-resolution DNA typing for class II HLA alleles, 8 CB units were matched for 4 of 6 HLA antigens, 13 for 5 of 6, and 1 showed a complete match. In 20 cases, HLA-A and -B antigens were typed by high-resolution DNA techniques. In 4 of them, 1 additional mismatch was present. The median number of NCs infused was $1.71 \times 10^7$/kg (range, $1.01 \times 10^7$/kg to $4.96 \times 10^7$/kg). Only 6 patients received more than $2 \times 10^7$ NCs per kilogram and in only 3 was the number of NCs more than $3.7 \times 10^7$/kg. The median number of cryopreserved NCs was $2.48 \times 10^7$/kg (range, $1.54 \times 10^7$/kg to $6.90 \times 10^7$/kg). Thus, the median proportion of NCs lost during thawing was 30% (range −5% to 61%). The median time that elapsed between storage of the CB unit and transplantation was 22 months (range, 7-57 months). There was a major ABO blood group mismatch in 6 cases and a minor mismatch in 3 cases (Table 2).

### Engraftment

Two patients died on day +10 and +25 without evidence of myeloid engraftment. All 20 patients who survived for more than 30 days experienced myeloid engraftment. The median time to reach an ANC above $0.5 \times 10^9$/L and above $1 \times 10^9$/L was 22 days (range, 13-52 days) and 25.5 days (range, 14-64 days), respectively. The cumulative probability of ANC recovery above $0.5 \times 10^9$/L was 100% at 60 days (Figure 1). The 2 patients with the slowest myeloid engraftment were (1) a patient who had undergone transplantation in a blast phase refractory to AML chemotherapy and who had a persistent massive splenomegaly and (2) a patient who received the lowest NC dose. In the former, the ANC returned to normal immediately after splenectomy. All 20 evaluable patients showed full donor chimerism at a median time of 14 days (range, 14-36 days) after transplantation. The patient who received the lowest NC dose experienced secondary graft failure shortly after engraftment. At that time, this patient had a mixed chimera (predominantly of the donor) based on PCR-SSP to HLA



Figure 1. Kaplan-Meier estimate of the time to myeloid engraftment (ANC $> 0.5 \times 10^9$/L) in 22 adults undergoing UD-CBT. The cumulative probability of myeloid engraftment was 100% at 60 days.

BLOOD, 15 OCTOBER 2001 · VOLUME 98, NUMBER 8                                                                                   UD-CBT IN ADULTS    2335

antigen mismatches but was evaluated as a full donor chimera by PCR-VNTR. Ten patients who died 10 to 154 days after transplantation had not experienced platelet recovery. The median time to achieve platelet counts above $20 \times 10^9/L$ and above $50 \times 10^9/L$ was 69 days (range, 49-153 days) and 105 days (range, 60-171 days), respectively. The cumulative probability of platelet recovery above $20 \times 10^9/L$ and $50 \times 10^9/L$ was 90% (95% confidence interval [CI], 72%-100%) at 150 days (Figure 2) and 100% at 180 days, respectively.

### Acute and chronic GVHD

All but 1 patient developed acute GVHD. The clinical grading of acute GVHD was grade I in 5 cases, grade II in 9 cases, grade III in 3 cases, and grade IV in 4 cases. The median time to the development of acute GVHD was 9 days (range, 4-14 days). Skin involvement was observed in 21 cases (stage 1 in 2, stage 2 in 10, stage 3 in 7, stage 4 in 2), intestinal involvement in 6 cases (stage 1 in 2, stage 4 in 4), and liver involvement in 10 cases (stage 1 in 4, stage 3 in 4, stage 4 in 2). Seven patients had isolated skin involvement. Diagnosis of GVHD was histopathologically confirmed by skin biopsy in 16 cases, by liver biopsy in 2, and at autopsy in 3 cases. Twelve patients showed a complete response of acute GVHD after high-dose methylprednisolone, 6 were refractory (1 with grade II, 2 with grade III, 3 with grade IV acute GVHD), and 3 were considered unevaluable. Two of the 6 patients with steroid-refractory acute GVHD responded to salvage therapy for GVHD, 2 were refractory, and 2 were considered unevaluable. Nine of 10 patients at risk developed chronic GVHD. Chronic GVHD was limited in 5 cases and extensive in 4 cases. Chronic GVHD was responsive to prednisone and cyclosporine, except in 1 patient in whom chronic GVHD had progressed from refractory grade IV acute GVHD. The median time to the development of chronic GVHD was 121 days (range, 100-325 days). Notably, only 1 of the patients with chronic GVHD had hepatic involvement, whereas 3 had pulmonary involvement, which was suggestive of bronchiolitis obliterans of mild to moderate degree.

### Outcome

Twelve of 22 patients remain alive and disease-free, with full donor chimerism, 3 to 45 months after transplantation (median follow-up 8 months). Of these patients, 5 have CML in chronic phase (3 received transplants in first and 2 in second chronic phase), 3 ALL (2 received transplants in first remission [CR1] [1 with t(9;22) and 1 with t(4;11)], 1 in third remission [CR3]), 3 AML (2 with secondary AML, 1 with high-risk de novo AML), and 1 MDS. All 6 patients with Ph-positive disorders were BCR/ABL-negative by FISH and RT-PCR at last follow-up. The Karnofsky activity score in patients still alive ranges from 90% to 100%. The actuarial disease-free survival (DFS) in the overall group of patients was 53% (95% CI, 31%-75%) at 1 year (Figure 3). Age had a strong impact on outcome; 9 of 12 patients aged 30 years or younger remain alive and disease-free, with a projected actuarial DFS of 73% (95% CI, 45%-100%) at 1 year, whereas only 3 of 10 patients aged more than 30 years at transplantation remain alive and disease-free, with a projected DFS of 27% (95% CI, 0%-57%) at 3 months ($P = .01$) (Figure 4). Patients with early disease also showed some trend for a better DFS ($P = .09$). Cell dose, whether cryopreserved or infused, degree of HLA match, recipient CMV status, and risk category of the patient had no apparent effect on DFS.

Ten patients, including 7 with CML (3 who underwent transplantation in first chronic phase, 1 in accelerated phase, and 3 in blast crisis) and 3 with Ph-positive ALL (who underwent transplantation in CR1) died 10 to 150 days after transplantation. The cumulative probability of transplantation-related mortality (TRM) at 100 days was 43% (95% CI, 21%-65%). The main cause of death was infection in 4 cases, GVHD in 2, hemorrhage in 2, secondary graft failure in 1, and conditioning regimen toxicity in 1. When all contributing causes of death were accounted for, infection was present in 9 cases, GVHD in 4, hemorrhage in 3, conditioning regimen and/or cyclosporine toxicity in 2, and secondary graft failure in 1. Interestingly, all 3 patients with CML in blast crisis were BCR/ABL-negative by FISH, and 2 of them were negative by RT-PCR, at the time of death.

## Discussion

This series of UD-CBT in adults with hematologic malignancies, the first to employ a standardized conditioning regimen, a unique GVHD prophylaxis, and a common supportive treatment, demonstrates short- and long-term hematopoietic engraftment and the prospect for cure in a substantial proportion of patients. This is particularly true for young adults who receive transplants in the earlier phases of their disease.



Figure 3. Kaplan-Meier estimate of DFS in 22 adults undergoing UD-CBT. The expected DFS at 1 year was 53% (95% CI, 31%-75%).



Figure 2. Kaplan-Meier estimate of the time to platelet engraftment (platelets $> 20 \times 10^9/L$) in 22 adults undergoing UD-CBT. The cumulative probability of platelet engraftment was 90% (95% CI, 72%-100%) at 150 days.



Figure 4. Kaplan-Meier estimate of DFS according to age at transplantation in 22 adults undergoing UD-CBT. The DFS for patients aged 30 years or less was 73% (95% CI, 45%-100%) at 1 year, whereas DFS for patients aged more than 30 years was 27% (95% CI, 0%-57%) at 3 months ($P = .01$).

2336    SANZ et al                                                                                              BLOOD, 15 OCTOBER 2001 • VOLUME 98, NUMBER 8

Despite its theoretical advantages over bone marrow transplantation (BMT) from unrelated donors,[16] the lower number of hematopoietic stem cells in CB compared with bone marrow, together with preliminary data showing the importance of cell dose for the outcome of CBT,[1,2] have been of major concern in adult patients. At present, it is almost impossible to evaluate the potential role of UD-CBT in adults. First, information about the results of UD-CBT in adults is only available through reports from registries[1-3] (2 of them comprising mainly children[1,2]), a joint study from 5 U.S. centers reported in abstract form,[4] small study series from single institutions[5-9] (reported mostly only in abstract form[5,6,8]), or as anecdotal case reports.[10-16] Secondly, in all but one instance[9] the populations of patients and the conditioning regimens have been heterogeneous. The present series included only adult patients who received the same conditioning (except one case) and who were managed uniformly in terms of prophylaxis and treatment of GVHD as well as with respect to anti-infection and transfusion policy.

In the present series, the cell dose infused and the degree of HLA mismatch between recipients and CB units was very similar to that reported for adults by the New York Placental Blood Program,[2] Eurocord,[1,3] and single centers.[6,8] As expected, the cell dose infused to the patients was clearly lower than that reported for children.[1,2] In a recent report from Duke University,[6] including 38 transplantations involving adults, only 2 patients experienced autologous recovery and 6 died from infection 18 to 89 days after transplantation with no evidence of engraftment. In the combined experience of UD-CBT in adults at 5 U.S. institutions, including 68 patients, the actuarial probability of neutrophil engraftment was 92%.[4] The more extensive series of 108 adults undergoing UD-CBT reported by Eurocord had a myeloid engraftment rate of 81% at 60 days.[3] In the present series, all 20 patients who survived more than 30 days had myeloid engraftment, and only 1 patient (interestingly, the one who received the lower cell dose) experienced loss of engraftment. Time to myeloid engraftment was shorter than expected for adults undergoing UD-CBT.[3,4,6,8] In the 2 larger series studied by Eurocord[3] and by the 5 U.S. centers,[4] the median time to achieve an ANC above $0.5 \times 10^9$/L was 32 days and 27 days, respectively,[3,4] whereas it was 22 days in our series. It is possible that the intensity of conditioning, as has been recently suggested to occur in children undergoing CBT from a related donor for hemoglobinopathy,[38] and the use of ATG to further decrease the immune response in the recipient could have facilitated engraftment in our patients. The use of granulocyte colony-stimulating factor in all cases may have also played some role. In agreement with previous studies in both children and adults,[1-3,6,8] platelet engraftment was delayed after UD-CBT. Nonetheless, it should be noted that although some patients died early without platelet engraftment, all patients with sufficient follow-up demonstrated a complete and sustained recovery of platelet counts to normal levels. Full donor chimerism, as in other series,[4] was observed soon after transplantation, before day +21 in all but 2 cases. This chimerism status persisted in all but one case, where there was secondary graft failure.

Data from registries, including mainly children,[1,2] and the results of a recent nonrandomized comparative study of UD-CBT and MUD-BMT in children with acute leukemia[39] suggest that, despite a higher degree of HLA mismatch, the risk of acute and chronic GVHD after UD-CBT is lower than after unmanipulated MUD-BMT. In adults, although the reported incidence of acute and chronic GVHD after UD-CBT seems higher than in children, the preliminary data point in the same way.[3,4,6] In the Duke University series, in which 35 of 38 patients were mismatched in 1 to 3 HLA antigens, only 13 patients (34%) developed grade II to IV acute GVHD.[6] Among 108 adults with hematologic malignancies reported by Eurocord, of whom 102 had at least 1 HLA mismatch (1 in 38 cases, 2 in 51, 3 in 13 cases), the probability of developing grade II to IV acute GVHD was 41% and of developing grade III to IV acute GVHD was 26%; chronic GVHD occurred in 15 of 58 patients at risk.[3] In the recently reported joint study by 5 U.S. institutions, with 71% of patients receiving CB units that were disparate for 2 or more HLA antigens, the probabilities of grade II to IV, grade III to IV acute GVHD, and chronic GVHD were 60%, 20%, and 38%, respectively.[4] In the present series, most patients at risk experienced some degree of acute and chronic GVHD, and the probability of developing acute GVHD of grade II to IV and of grade III to IV was 63% and 32%, respectively. Apart from the small numbers, subjectivity in the application of the grading system for reporting acute GVHD among marrow transplant centers may account, at least in part, for these differences.[40,41] This variance could also be due to differences in the prophylaxis and treatment of acute GVHD and other factors. It also should be noted that 7 patients in the present series experienced acute GVHD of the skin only and that acute GVHD was responsive to therapy in most patients. However, although higher than in other reports of UD-CBT in adults, the incidence of acute GVHD in the present series was less than would be expected for adults receiving bone marrow from mismatched unrelated donors. As reported before by our group,[9] the clinical pattern of chronic GVHD seems somewhat different than that usually seen after MUD-BMT. Only 1 patient had hepatic involvement, whereas 3 patients had pulmonary symptoms that were suggestive of bronchiolitis obliterans of moderate degree. Conceivably, unnoticed isolated lung involvement by GVHD may have contributed to the high death rate by pulmonary disease noted in a previous report on UD-CBT.[2]

Whether due to the slower speed of myeloid and platelet engraftment, GVHD, or defective immunologic reconstitution, TRM is the major drawback of UD-CBT. In our experience, TRM at day 100 was 43% and was mainly due to infection, bleeding, and GVHD. This figure is similar to that observed by others in both adults[3,8] and children[1,2] undergoing UD-CBT. As has occurred in the MUD-BMT setting,[42,43] increasing experience with UD-CBT, including a better selection of CB units for transplantation, may reduce TRM. In fact, the preliminary data of UD-CBT in adults by Eurocord show a significant reduction in TRM at day 100 in transplantations performed after January 1998.[3]

Based on data from T-cell–depleted BMT[44] and the strong inverse relationship between the development of GVHD and relapse risk in unmanipulated BMT,[45] it has been speculated that the lower number of T cells in CB units coupled with the lower incidence of GVHD in UD-CBT could underlie a higher risk of relapse. Nonetheless, 3 recent reports comparing CBT and unmanipulated BMT from HLA-identical siblings[46] and from unrelated donors[39,47] among children with leukemia have shown a similar risk of relapse. In our short experience, none of the patients have relapsed and all evaluable patients remain in molecular remission at the most recent follow-up. Furthermore, all 3 patients with CML in blast crisis at transplantation who died were in cytogenetic remission by conventional cytogenetics and FISH techniques, and 2 were in molecular remission by RT-PCR shortly before death.

At present, the long-term outcome of UD-CBT in adults cannot be properly evaluated, owing to small numbers, short follow-up, and heterogeneous patient populations. In the present series, using a standardized regimen, the estimated probability of DFS at 1 year was 53%. The cell dose infused per kilogram, measured as NCs per

kilogram,[1,2] colony-forming unit granulocyte macrophage (CFU-GM) infused per kilogram,[48] or CD34+ cells infused per kilogram,[4] and the status of the disease at transplantation[1,3,49] have emerged as strong indicators of survival after UD-CBT. The number of HLA mismatches have not demonstrated a significant relationship with survival in 2 large series,[1,2] but a recent report has shown that it is a relevant factor for engraftment.[50] We found that age at transplantation had a clear impact on DFS, with a poorer outcome for patients aged more than 30 years. Furthermore, there was some trend for a better DFS in patients with standard-risk disease status at transplantation. However, neither the cell dose cryopreserved or infused (measured as NCs, CFU-GM, and CD34+ cells per kilogram) nor the number of HLA disparities showed any apparent association with DFS. The more likely explanation for these somewhat surprising findings about the lack of impact of these 2 later variables may simply be that they are due to the small number of patients studied. Nevertheless, it could also be due to other reasons. For example, for adults, it is possible that the cell dose (assuming that a minimum threshold of NCs per kilogram is infused), although important, is not as critical for the outcome of UD-CBT as it is for children. It should be stressed that the cell dose infused per kilogram reflects not only the cell dose content of the CB units but, indirectly, other recognized prognostic factors for outcome after allogeneic stem cell transplantation, such as age,[42,43] weight,[43] and disease status.[9]

Our data, in agreement with other reports, show that UD-CBT, despite the low cellular dose infused, is capable of promoting sustained hematopoietic engraftment in most adult recipients with hematologic malignancy. They also suggest that UD-CBT can result in long-term DFS in many of these patients, particularly in younger patients who receive transplants in earlier stages of their diseases. Because ongoing experience in the use of MUD-BMT has resulted in a significant increase in the success of this procedure, the same will probably hold true for UD-CBT. All of these preliminary results suggest that indications for UD-CBT in adults should be reviewed.

## References

1. Gluckman E, Rocha V, Boyer-Chammard A, et al. Outcome of cord blood transplantation from related and unrelated donors. Eurocord Transplant Group and the European Blood and Marrow Transplantation Group. N Engl J Med. 1997;337:373-381.
2. Rubinstein P, Carrier C, Scaradavou M, et al. Outcome among 562 recipients of placental blood transplants from unrelated donors. N Engl J Med. 1998;339:1565-1577.
3. Rocha V, Arcese W, Sanz G, et al. Prognostic factors of outcome after unrelated cord blood transplant (UCBT) in adults with hematologic malignancies [abstract]. Blood. 2000;96:587a.
4. Laughlin MJ, Barker J, Bambach B, et al. Hematopoietic engraftment and survival after unrelated donor umbilical cord blood (UCB) transplantation in adult recipients [abstract]. Blood. 2000;96:587a.
5. Kurtzberg J, Laughlin MJ, Smith CA, et al. Hematopoietic recovery in adult recipients following unrelated cord blood transplantation [abstract]. Blood. 1997;90:480a.
6. Long G, Madan B, Kurtzberg J, et al. Unrelated umbilical cord blood transplants in adult patients (PTS) with hematological malignancies or genetic disorders [abstract]. Blood. 1999;94:570a.
7. Laporte JP, Lesage S, Portnoi MF, et al. Unrelated mismatched cord blood transplantation in patients with hematological malignancies: a single institution experience. Bone Marrow Transplant. 1998;22(suppl 1):S76-S77.
8. Goldberg SL, Chedid S, Jennis AA, et al. Unrelated cord blood transplantation in adults: a single institution experience [abstract]. Blood. 2000;96:208a.
9. Sanz GF, Saavedra S, Jimenez C, et al. Unrelated donor cord-blood transplantation in adults with chronic myelogenous leukemia: results in nine patients from a single institution. Bone Marrow Transplant. 2001;27:693-701.
10. Laporte JP, Gorin NC, Rubinstein P, et al. Cord-blood transplantation from an unrelated donor in an adult with chronic myelogenous leukemia. N Engl J Med. 1996;335:167-170.
11. Lambertenghi Deliliers G, Soligo D, Della Volpe A, et al. Unrelated mismatched cord blood transplantation in an adult with secondary AML. Bone Marrow Transplant. 1996;18:469-472.
12. Gonzalez Barca E, Querol S, Grañena A, et al. Umbilical cord blood transplantation from an unrelated donor in an adult weighing 90 kilograms: role of immunosuppression in engraftment. Bone Marrow Transplant. 1997;20:333-336.
13. Laughlin MJ, Rizzieri DA, Smith CA, et al. Hematologic engraftment and reconstitution of immune function post unrelated placental cord blood transplant in an adult with acute lymphocytic leukemia. Leuk Res. 1998;22:215-219.
14. Gian VG, Moreb JS, Abdel-Mageed A, et al. Successful salvage using mismatched umbilical cord blood transplant in an adult with recurrent acute myelogenous leukemia failing autologous peripheral blood progenitor cell transplant: a case history and review. Bone Marrow Transplant. 1998;21:1197-1200.
15. Pecora AL, Stiff P, Jennis A, et al. Prompt and durable engraftment in two older adult patients with high risk chronic myelogenous leukemia (CML) using ex vivo expanded and unmanipulated unrelated umbilical cord blood. Bone Marrow Transplant. 2000;25:797-799.
16. Goldberg SL, Pecora AL, Rosenbluth RJ, Jennis AA, Preti RA. Treatment of leukemic relapse following unrelated umbilical cord blood transplantation with interleukin-2: potential for augmenting graft-versus-leukemia and graft-versus-host with cytokines. Bone Marrow Transplant. 2000;26:353-355.
17. Cairo MS, Wagner JE. Placental and/or umbilical cord blood: an alternative source of hematopoietic stem cells for transplantation. Blood. 1997;90:4665-4678.
18. Terasaki PI, McLelland J. Microdroplet assay of human serum cytoxins. Nature. 1964;204:988-1000.
19. Olerup O, Zetterquist H. HLA-DR typing by PCR amplification with sequence-specific primers (PCR-SSP) in 2 hours: an alternative to serologic DR typing in clinical practice including donor–recipient matching in cadaveric transplantation. Tissue Antigens. 1992;39:225-235.
20. Buyse I, Decorte R, Cuppens H, et al. Rapid DNA typing of class II HLA antigens using the polymerase chain reaction and reverse dot blot hybridization. Tissue Antigens. 1993;41:1-14.
21. Rubinstein P, Dobrila L, Rosenfield RE, et al. Processing and cryopreservation of placental/umbilical cord blood for unrelated bone marrow reconstitution. Proc Natl Acad Sci U S A. 1995;92:10119-10122.
22. McNiece I, Kern B, Zilm K, Brunaud C, Dziem G, Briddell R. Minimization of CD34+ cell enumeration variability using the ProCOUNT standardized methodology. J Hematother. 1998;7:499-504.
23. Mossuz P, Dobo I, Geneway MC, et al. Use of collagen for standardization of PBSC graft quality evaluation: a multicenter comparative analysis of commercial collagen-based and methylcellulose-based colony-forming unit (CFU) assay kits. J Hematother. 1998;7:351-359.
24. Boerwinkle E, Xiong W, Fourest E, Chan L. Rapid typing of tandemly repeated hypervariable loci by the polymerase chain reaction: application to the apolipoprotein B 3' hypervariable region. Proc Natl Acad Sci U S A. 1989;86:212-216.
25. Budowle B, Chakraborty R, Giusti AM, et al. Analysis of the VNTR locus D1S80 by PCR followed by high resolution PAGE. Am J Hum Genet. 1991;48:137-144.
26. Richards B, Heilig R, Oberle I, Storjohann L, Horn GT. Rapid PCR analysis of the St14 (DXS52) VNTR. Nucleic Acids Res. 1991;19:1944.
27. Najfeld V, Burnett W, Vlachos A, Scigliano E, Isola L, Fruchtman S. Interphase FISH analysis of sex-mismatched BMT utilizing dual color XY probes. Bone Marrow Transplant. 1997;19:829-834.
28. Cross NC, Hughes TP, Feng L, et al. Minimal residual disease after allogeneic bone marrow transplantation for chronic myeloid leukemia in first chronic phase: correlations with acute graft-versus-host disease and relapse. Br J Haematol. 1993;84:67-74.
29. Cross NC, Melo JV, Feng L, Goldman JM. An optimized multiplex polymerase chain reaction (PCR) for detection of BCR-ABL fusion mRNAs in haematological disorders. Leukemia. 1994;9:186-189.
30. Sinclair PB, Green AR, Grace C, Nacheva EP. Improved sensitivity of BCR-ABL detection: a triple-probe three-color fluorescence in situ hybridization system. Blood. 1997;90:1395-1402.
31. Glucksberg H, Storb R, Fefer A, et al. Clinical manifestations of graft-versus-host disease in human recipients of HLA-matched sibling donors. Transplantation. 1974;18:295-304.
32. Przepiorka D, Weisdorf D, Martin P, et al. Consensus conference on acute GVHD grading. Bone Marrow Transplant. 1995;15:825-828.
33. Shulman HM, Sullivan KM, Weiden PL, et al. Chronic graft-versus-host syndrome in man: a long-term clinicopathologic study of 20 Seattle patients. Am J Med. 1980;69:204-217.
34. Kaplan EL, Meier P. Nonparametric estimation from incomplete observations. J Am Stat Assoc. 1958;53:457-481.
35. Mantel N. Evaluation of survival data and two new rank order statistics arising in its consideration. Cancer Chemother Rep. 1966;50:163-170.
36. Dixon WJ. BMDP Statistical Software. Berkeley, CA: University of California Press; 1990.

2338   SANZ et al                                                                                                     BLOOD, 15 OCTOBER 2001 · VOLUME 98, NUMBER 8

37. Greenberg P, Cox C, LeBeau M, et al. International scoring system for evaluating prognosis in myelodysplastic syndromes. Blood. 1997;89:2079-2088.
38. Locatelli F, Rocha V, Ertem M, et al. Influence of preparative regimen and methotrexate for GVHD prophylaxis on engraftment after related cord blood transplant for patients with hemogobinopathies [abstract]. Blood. 2000;96:200a.
39. Rocha V, Cornish J, Sievers E, et al. Comparison of outcomes of unrelated bone marrow and umbilical cord blood transplants in children with acute leukemia. Blood. 2001;97:2962-2971.
40. Atkinson K, Horowitz MM, Biggs JC, et al. The clinical diagnosis of acute graft-versus-host disease: a diversity of views amongst marrow transplant centers. Bone Marrow Transplant. 1988;3:5-10.
41. Rowlings PA, Przepiorka D, Klein JP, et al. IBMTR Severity Index for grading acute graft-versus-host disease: a retrospective comparison with Glucksberg grade. Br J Haematol. 1997;97:855-864.
42. Hansen JA, Gooley TA, Martin PJ, et al. Bone marrow transplants from unrelated donors for patients with chronic myeloid leukemia. N Engl J Med. 1998;338:962-968.
43. McGlave PB, Shu XO, Wen W, et al. Unrelated donor marrow transplantation for chronic myelogenous leukemia: 9 years' experience of the National Marrow Donor Program. Blood. 2000;95:2219-2225.
44. Goldman JM, Gale RP, Horowitz MM, et al. Bone marrow transplantation for chronic myelogenous leukemia in chronic phase: Increased risk for relapse associated with T-cell depletion. Ann Intern Med. 1988;108:806-814.
45. Sullivan KM, Weiden PL, Storb R, et al. Influence of acute and chronic graft-versus-host disease in relapse and survival after bone marrow transplantation from HLA-identical siblings as treatment for acute and chronic leukemia. Blood. 1989;73:1720-1728.
46. Rocha V, Wagner JE, Sobocinski KA, et al. Graft-versus-host disease in children who have received a cord blood or bone marrow transplant from an HLA-identical sibling. N Engl J Med. 2000;342:1846-1854.
47. Barker JN, Davies SM, DeFor T, Ramsay NKC, Weisdorf DJ, Wagner JE. Survival after transplantation of unrelated donor umbilical cord blood is comparable to that of human leukocyte antigen-matched unrelated donor bone marrow. Blood. 2001;97:2957-2961.
48. Migliaccio AR, Adamson JW, Stevens CE, et al. Cell dose and speed of engraftment in placental/umbilical cord blood transplantation: graft progenitor cell content is a better predictor than nucleated cell quantity. Blood. 2000;96:2717-2722.
49. Locatelli F, Rocha V, Chastang C, et al. Factors associated with outcome after cord blood transplantation in children with acute leukemia. Eurocord Cord Blood Transplant Group. Blood. 1999;93:3662-3671.
50. Gluckman E, Rocha V, Garnier F, et al. Analysis of factors associated with engraftment after umbilical cord blood transplantation (UCBT) [abstract]. Blood. 2000;96:588a.