*Leukemia & Lymphoma*, January 2004 Vol. 45 (1), pp. 11–18

Taylor & Francis
healthsciences

# Unrelated-Donor Cord Blood Transplantation for Adult Hematological Malignancies

FEDERICO MOSCARDÓ, GUILLERMO F. SANZ and MIGUEL A. SANZ*

*Bone Marrow Transplant Unit, Hematology Department, Hospital Universitario La Fe, Valencia, Spain*

*(Received 2 May 2003)*

Umbilical cord blood (UCB) is potentially an attractive new source of hematopoietic stem cells. The extensive and ready availability of UCB offers important logistical advantages compared with traditional unrelated bone marrow. However, the initial concern about engraftment due to the low number of progenitor cells contained in a UCB unit, has limited the use of UCB, mainly for adult patients. In this review, we summarize the most important data available regarding the main aspects of unrelated-donor cord blood transplantation (UD-CBT) in adult patients. We will review the characteristics of UCB and their practical implications, the outcomes of and clinical results after UD-CBT used for hematological malignancies, and the current advances in UD-CBT designed to optimize this procedure. Current data confirm that UD-CBT is a reasonable alternative for those patients lacking a matched bone-marrow donor.

*Keywords:* Stem cell transplantation; Umbilical cord blood; Hematological malignancy

## INTRODUCTION

In the last decades, continuous improvements in many areas of allogeneic stem cell transplantation (SCT) have dramatically extended its indications to encompass a broad variety of malignant and non-malignant diseases, allowing patients with many different clinical conditions to benefit from this procedure. However, the ideal HLA-identical sibling donor is only available for around 30% of patients, making necessary the use of alternative donors if this treatment is to be offered to the highest number of candidates. Unfortunately, the search for an unrelated bone-marrow donor in the pool of more than 7 million potential volunteer donors worldwide, results in a success rate not higher than 50–70% [1]. Moreover, the search time required to find an optimal matched donor can be too long for those patients needing urgent SCT.

Much research in the field of stem cell transplantation has been focused on the use of alternative sources of cells, including haploidentical donors and umbilical cord blood (UCB). In recent years, many cord blood banks have been established in an attempt to expand the donor pool, leading to an accurately estimated number of more than 100,000 cryopreserved UCB units worldwide. More than

60,000 of these units form the inventory of Netcord [2], which is comprised of the large experienced cord-blood banks.

Since 1989, when Gluckman *et al.* [3] reported the first successful cord blood transplant (CBT) in a child with severe Fanconi's anemia, the use of CBT has been continually increasing and more than 2,000 transplants have been performed to date. This spectacular development of CBT has had a great impact on the infant population, in which this transplant modality has won great acceptance. In contrast, the low number of hematopoietic progenitor cells present in a UCB unit compared with bone marrow and peripheral blood has clearly limited the use of CBT in adult patients, primarily due to significant concerns about engraftment. As a consequence of this limited experience, only a few unrelated-donor CBT (UD-CBT) series of adults that include more than 20 cases have been reported [4–7]. Nevertheless, since the first UD-CBT in an adult patient with chronic myeloid leukemia was reported in 1996 [8], UD-CBT in adults has experienced a significant increase and has emerged as an appealing alternative source of unrelated-donor stem cells. In fact, data from Netcord [2] show that almost 30% of UD-CBTs have been performed on adult patients and, in addition to the 4 main series,

*Corresponding author. Hematology Department, Hospital Universitario La Fe, Avda. Campanar 21, 46009 Valencia, Spain. Tel: (34) 96 3873057. Fax: (34) 96 1973089. E-mail: msanz@uv.es

ISSN 1042-8194 print/ISSN 1029-2403 online © 2004 Taylor & Francis Ltd
DOI: 10.1080/1042819031000146992

EXHIBIT 32

12                                                                    F. MOSCARDÓ et al.

many case reports and small series of less than 10 patients have also been reported [9–23].

In this review, we will focus on the most important data available regarding the main aspects of UD-CBT in adult patients. We will review the characteristics of UCB as a new hematopoietic stem cell source and its practical implications, the outcomes and clinical results of UD-CBT for hematological malignancies, and the current directions in UD-CBT research that are designed to optimize this procedure. Although this review focuses mainly on adults, continuous reference to the child population will be made because most of our knowledge of CBT derives from these patients.

## PRACTICAL IMPLICATIONS OF UCB CHARACTERISTICS

### Availability of Unrelated-Donor UCB

The outcomes for patients undergoing stem cell transplantation are influenced mainly by the patient's condition, the type and status of the disease, and the characteristics of the graft. It is well known that UCB has special features as a source of hematopoietic stem cells which make it different from other stem cell sources. Some of these traits play an important role in engraftment and survival and should be taken into account in the selection of the UCB unit. Some of the specific characteristics of UCB offer important logistical and clinical advantages relative to the unrelated matched marrow donor, as shown in Table I. The most important advantage is the ready availability of a suitable UCB unit for the majority of patients. In a recent study from the University of Minnesota [24], the time required to find an unrelated donor was significantly lower for UCB units than for matched unrelated bone-marrow donors (14 days vs. 49 days, respectively), resulting in a shorter time to transplantation. This factor is especially relevant for those patients requiring urgent stem cell transplantation and should be taken into account when we compare UD-CBT with unrelated-donor bone-marrow transplants (UD-BMT).

### HLA Compatibility

One feature that facilitates the extensive and ready availability of UCB is that no HLA identity is required for this type of transplant. The relative immaturity of cord blood lymphocytes and the distinctive features of hematopoietic cord blood progenitors (like higher cell-cycle rates, autocrine production of growth factors, and longer telomeres [25,26]) could be potential advantages of UCB. It is probable that this immaturity of cord blood lymphocytes, as well as the lower number of T cells in a UCB unit, allows a higher level of HLA disparity with no higher frequency or severity of graft-vs.-host disease (GVHD) than that observed in matched UD-BMT.

TABLE I  Main characteristics of UCB and their clinical implications. Advantages or disadvantages relative to unrelated bone marrow or peripheral blood

| Characteristics of UCB | Clinical implications |
| --- | --- |
| Reduced immunological reactivity (relative immaturity of cord blood lymphocytes and fewer T cells) | A higher degree of HLA disparity is possible. Better chance to find a suitable donor and shorter time to transplantation. Less risk and severity of acute and chronic GVHD |
| Low cell dose: fewer progenitor and stem cells | Theoretically higher risk of graft failure (non-immunological rejection). Delay in hematopoietic recovery |
| Lower incidence of CMV and EBV transmission to fetus | Lower risk of transmitting infections by latent viruses such as CMV and EBV |
| Collected and stored graft | No risk of donor refusal No risk for the donor |
| Possibility of unknown inborn errors | Theoretically remote risk of transmitting a genetic disease |

HLA: human leukocyte antigen; GVHD: graft-vs.-host disease; CMV: cytomegalovirus; EBV: Epstein-Barr virus.

Although only 5% of adult patients underwent matched UD-CBT in the principal series reported [4,5,7], preliminary data suggest that the risk of acute and chronic GVHD was not higher than that observed in association with non-manipulated UD-BMT [4–7].

The impact of HLA disparity on the outcome of UD-CBT is far from clear. Whereas the degree of HLA disparity seemed not to influence outcomes in series that included adult patients [4–7], it has appeared to be a prognostic indicator in several recent series involving mainly children [27–30]. It also has particular impact on the subset of CBT from related donors (73% 1-year overall survival for 60 recipients of HLA-matched related UCB compared with 33% survival among 18 recipients of HLA-mismatched related UCB) [31]. Interestingly, it has been suggested that the negative effect of HLA mismatch could be reduced by infusing a higher number of cord blood hematopoietic progenitor cells [27–29].

### Effect of Cell dose

In contrast to the potential immunological advantages of UCB, the number of hematopoietic progenitor cells contained in a typical UCB unit is at least 10-fold less than the number in a bone-marrow transplant and almost 100-fold less than the number in a peripheral-blood stem-cell harvest. This is clearly the most negative characteristic of UCB. This has particular relevance for adult patients because of the imbalance between body size and the number of stem cells in a UCB unit. The median number of total nucleated cells

infused in adult patients ranged between $1.6 \times 10^7$/kg body weight and $1.7 \times 10^7$/kg body weight in three of the series [4,5,7]. As expected, these values are markedly lower than those reported for children [31,32]. Only in the Japanese series [6] was the median number of total nucleated cells infused higher than $2 \times 10^7$/kg body weight ($2.4 \times 10^7$/kg body weight), and this could be explained by the lower median body weight of the recipients relative to the European and American series [4,5,7].

Several studies have demonstrated the very important impact of cell dose on engraftment and outcome of CBT for both adults and children [4,7,31–36]. It is of interest that, whereas several factors affect engraftment in children [31,32,36], only the number of nucleated cells in cord blood has been correlated with the parameters of myeloid engraftment in adults to date [4]. Although it seems clear that cell dose has an impact on engraftment and outcome after CBT, how this cell dose should be measured and expressed remains controversial. Whereas total nucleated cell dose has been shown to be an important prognostic factor [31–35], data from several reports suggest that the number of CD34 + cells and colony-forming unit – granulocyte macrophages (CFU–GM) are better predictors of patient outcomes [2,29,36].

Two series of UD-CBT in adults reported the median number of CD34 + cells infused [4,5]. Although the median numbers of nucleated cells infused ($1.6 \times 10^7$/kg and $1.7 \times 10^7$/kg) and the median body weight of the recipients (69 kg and 70 kg) were similar in both studies, there was an important difference in the median number of CD34 + cells infused ($1.2 \times 10^5$/kg and $0.8 \times 10^5$/kg) [4,5]. Technical differences in the quantification of CD34 + cells could explain this variation. Quantification of CD34 + cells should be performed routinely by UCB banks using standardized and reproducible methods. Similarly, the median number of CD34 + cells should be specified in future reports.

### How to Select the Best UCB Unit

According to our current knowledge, the choice of a UD-UCB unit should be made with attention to the cell dose and the degree of HLA disparity. However, how cell dose should be balanced against the degree of HLA mismatching is still unclear. One or 2 mismatches are acceptable when using low-resolution DNA techniques for typing class I HLA-A and HLA-B alleles, and high-resolution molecular techniques for class II HLA-DRB1 alleles. The best cut-off point for the total number of nucleated cells has yet to be established. A dose of infused nucleated cells of less than $1 \times 10^7$/kg body weight has been correlated with a particularly unfavorable prognosis [7]. Therefore, a lower threshold cell dose of $1.0 \times 10^7$/kg body weight of infused nucleated cells or $1.5 \times 10^7$/kg body weight of cryopreserved nucleated cells has been suggested.

It is usual that after the search for an unrelated UCB donor, more than 1 UCB unit would be available for each patient. In these situations, the physician needs to determine the best UCB unit to use for the transplant. Available data for adults support the proposition that, for units with significant differences in cell content, the choice should be primarily based on cell dose rather than HLA disparity. For units with a similar cell content, those with a lower degree of HLA mismatch should be selected. Ideally, cell dose should be analyzed using CD34 + cells or CFU-GM, but this requires that UCB banks report the CD34 + values measured with standard and reproducible methods. At present, CD34 + cell counts are useful in discriminating between units with the same cell dose and HLA disparity.

### Other Advantages and Disadvantages of UCB

In addition to the particular immunological characteristics and cell dose of UCB, which have a significant impact on transplant outcome, other special characteristics of UCB may have potential clinical implications and offer several advantages and disadvantages relative to unrelated bone-marrow and peripheral-blood donations. Table 1 lists these characteristics. The use of cord blood involves a low risk of transmitting infections by latent viruses, such as cytomegalovirus and Epstein-Barr virus [37–39], and the absence of risk to the donor, which is an important consideration when the likelihood of curing the recipient is low. The possibility of transmitting genetic disorders is a potential problem with UCB, which can be minimized by careful assessment of family histories and routine testing for the most common inherent diseases.

### CLINICAL DATA OF UD-CBT IN ADULTS

#### Clinical Experience with UD-CBT in Adults

Despite an increase in the number of UD-CBTs used to treat adults in recent years (30% of cord-blood transplants) [2], the available information on the use of this procedure in this subset of patients is so far mainly limited to 4 specific series that include more than 10 cases [4–7]. Two reports are from single institutions [5,6] and the other 2 are from multicenter studies [4,7]. Only 1 of these series includes non-malignant syndromes [4], indicating that in adults, UD-CBT is primarily used to treat hematological malignancies. The high degree of heterogeneity between the 4 studies is remarkable in terms of both the characteristics of the patients and the type and status of the disease. The characteristics of the patients, the type and status of the disease, and the characteristics of the grafts are given in Table II. As explained above, only 3–5% of transplants were from HLA-A-, HLA-B- and HLA-DRB1-matched donors and the cell dose was lower than that reported for children.

14

F. MOSCARDÓ et al.

TABLE II  UD-CBT for adult patients

| | Laughlin [4] N = 68 | Sanz [5] N = 22 | Iseki [6] N = 30 | Rocha [7] N = 108 |
|---|---|---|---|---|
| Median age in years (range) | 31 (18−58) | 29 (18−46) | 38 | 26 (15−53) |
| Median patient weight in kg (range) | 69 (41−116) | 70 (41−85) | 52 | 60 (35−110) |
| Positive CMV serology | 41 (60%) | 17 (77%) | NA | NA |
| Patients with no malignancies | 11 | 0 | 0 | 0 |
| Malignant conditions | | | | |
| AML/ALL | 15/19 | 6/3 | 6/17 | 55 |
| CML | 15 | 12 | 1 | 37 |
| MDS | 3 | 1 | 4 | 12 |
| Others | 4 | 0 | 2 | 4 |
| Disease status | | | | |
| Standard risk | 4 | 6 | 15 | 47 |
| High risk | 50 | 16 | 15 | 61 |
| HLA matches | | | | |
| Matched donor | 2 (3%) | 1 (5%) | NA | 6 (6%) |
| 1 or 2 mismatches | 55 (80%) | 21 (95%) | NA | 89 (82%) |
| 3 mismatches | 11 (16%) | 0 | NA | 13 (12%) |
| Median cell dose (range) | | | | |
| NC before freezing (× $10^7$/kg) | 2.1 (1−6.3) | 2.5 (1.5−6.9) | NA | NA |
| NC infused (× $10^7$/kg) | 1.6 (0.6−4) | 1.7 (1−5) | 2.39 | 1.7 (0.2−6) |
| CD34+ cells infused (× $10^5$/kg) | 1.2 (0.2−16.7) | 0.8 (0.3−2.6) | NA | NA |
| CFU-GM infused (× $10^4$/kg) | 1.2 (0−25.4) | 1.8 (0.5−10.8) | NA | NA |
| Conditioning regimen | | | | |
| TBI-based + ATG | 51 | 0 | NA | NA |
| BU-based + ATG | 14 | 0 | NA | NA |
| TT + BU + CY + ATG | 0 | 21 | NA | NA |
| FLU + TT + ATG | 0 | 1 | NA | NA |
| Others | 3 | 0 | NA | NA |
| G-CSF | Yes | Yes | Yes | Yes |
| GVHD prophylaxis | | | | |
| CsA or CsA + PRED | 68 | 22 | 4 | 77 |
| CsA + MTX | 0 | 0 | 26 | NA |
| Others | 0 | 0 | 0 | 31 |
| No engraftment/evaluable | 5/60 (8%) | 0/20* (0%) | 1/26 (4%) | 15/NA (14%) |
| Probability myeloid engraftment at day 60 | 90% | 100% | NA | 81% |
| Median days to ANC ⩾ 0.5 × $10^9$/l | 27 (13−59) | 22 (13−52) | 22 (NA) | 32 (13−57) |
| Probability platelet engraftment at day 180 | NA | 100% | NA | 65% |
| Median days to platelets ⩾ 20 × $10^9$/l | 58 (35−142) | 69 (49−153) | 38[†] (NA) | 129 (26−176) |
| Acute GVHD | | | | |
| Grade ⩾ II | 22 | 16 | 8 | 44 |
| Grade III−IV | 11 | 7 | 1 | 27 |
| Chronic GVHD/Patients at risk | 12/33 | 9/10 | NA | 15/58 |
| Limited | 11 | 4 | NA | NA |
| Extensive | 1 | 5 | NA | NA |
| Transplant related mortality at day 100 | 51% | 43% | NA | 54% |
| Probability of event-free survival | 26% (40 mo.) | 53% (12 mo.) | 76% (36 mo.) | 21% (12 mo.) |

*One patient developed secondary graft failure.
[†]At day 50.
CMV: cytomegalovirus; NA: not available; AML: acute myeloid leukemia; ALL: acute lymphoblastic leukemia; CML: chronic myeloid leukemia; MDS: myelodysplastic syndrome; HLA: human leukocyte antigen; NC: nucleated cells; CFU-GM: colony-forming unit granulocyte-macrophage; TBI: total-body irradiation; ATG: antithymocyte globulin; BU: busulfan; TT: thiotepa; CY: cyclophosphamide; FLU: fludarabine; G-CSG: granulocyte colony-stimulating factor; GVHD: graft-vs.-host disease; CsA: cyclosporine; PRED: corticosteroids; MTX: methotrexate; ANC: absolute neutrophil count.

## Conditioning and GVHD Prophylaxis

The conditioning regimen varies widely among the different reports. Only 1 series used a homogeneous preparative regimen consisting of busulfan given orally, cyclophosphamide, thiotepa, and antithymocyte globulin (ATG) [5]. In another report, conditioning was based on total-body irradiation for the majority of patients, but a significant number were treated with a busulfan-based regimen [4]. The regimen in the 2 other reports depended on the type of disease [6] or was based on a decision made at the institution [7]. According to these data, there is no

evidence for the type of preparative regimen that should be selected for UD-CBT. However, we believe that the use of ATG as part of the conditioning regimen facilitated the engraftment in the series of Sanz et al., in which the time to neutrophil recovery was similar to that reported for children receiving UCB grafts with a higher cell dose [31,32]. This confirms the trends in various other data that suggest that the administration of thiotepa and ATG reduce immune rejection in related matched and mismatched T-cell-depleted transplants [40,41].

The expected low risk of GVHD, despite the higher degree of HLA disparity compared with unrelated bone-marrow transplants, and concerns about engraftment, have limited the use of methotrexate for GVHD prophylaxis in UD-CBT in adult patients. In fact, prophylaxis for GVHD was carried out predominantly with combinations of cyclosporine and corticosteroids (prednisone, prednisolone, or methylprednisolone) [4,5,7]. However, in the series of Iseki et al., the majority of patients received combinations of cyclosporine and methotrexate. It is notable that only one of 30 patients in this series developed acute GVHD greater than grade II in severity, compared with 11 of 68, 7 of 22, and 27 of 108 in the series of Laughlin et al., Sanz et al., and Rocha et al., respectively. Furthermore, although this prophylaxis seemed to have had no deleterious effect on engraftment, the clear advantage in terms of cell dose in this series (median nucleated cells infused $2.4 \times 10^7$/kg body weight) should be taken into account. Therefore, the best prophylactic regimen for GVHD in UD-CBT for adult patients has yet to be established. As expected, methotrexate has demonstrated a higher efficacy in preventing GVHD after allogeneic stem cell transplantation from HLA-identical siblings [42] and it could be useful to explore its role in preventing GVHD after UD-CBT.

## Clinical Results of UD-CBT in Adult Patients

Despite initial concerns regarding the incidence of graft failure, UD-CBT is capable of promoting sustained myeloid engraftment in the majority of adult patients undergoing this procedure. The incidence of primary graft failure reported varied between 0–14% [4–7], with a 60-day probability of myeloid engraftment of 81–100% [4,5,7]. However, the kinetics of engraftment remain one of the most important problems of UD-CBT in adults. The median time to achieve an absolute neutrophil count of more than $0.5 \times 10^9$/l ranged between 22 and 32 days across the different series [4–7], whereas the median time to achieve a platelet count of more than $20 \times 10^9$/l was between 58 and 129 days [4,5,7]. The time to platelet recovery was especially short in the Japanese series [6], with a median time of 38 days to achieve more than $50 \times 10^9$/l platelets, which is similar to that reported for patients undergoing UD-BMT [43]. A report from the National Bone Marrow Donor Program that included 5,256 UD-BMT recipients reported an incidence of graft failure of 4%, which is not lower than that observed in

some series of UD-CBT in adult patients [5,6], with a median time to neutrophil recovery of 18 days [43].

Undoubtedly, the most important problem associated with UD-CBT in adult patients is the high levels of transplant-related mortality (TRM) observed in the first 3 months after transplant. Three of the 4 series reported a probability of TRM at day 100 ranging between 43% and 54% [4,5,7], giving the impression that infection and regimen-related toxicity are the most common causes of death [4]. The reported incidence of GVHD (see Table II) suggests that the occurrence of this complication after UD-CBT is no higher or is even lower than that observed for UD-BMT, as has been shown for children [44,45]. In fact, a comparison between UD-CBT and UD-BMT in adults with acute leukemia shows a lower probability of developing acute GVHD after UD-CBT with no significant difference in the 2-year probability of chronic GVHD after either treatment [46].

To ascertain the real long-term outcome of UD-CBT in adults is difficult from the available data, mostly due to the heterogeneity of the patient populations, the time to follow-up, and the sample sizes in the main series. Event-free survival ranged from 21% at 1 year to 76% at 36 months [4–7]. As discussed above, the most important factor influencing the outcome of UD-CBT is cell dose [4,7,31–36]. Of interest is the important role of age observed by Sanz et al., who reported a projected disease-free survival of 73% at 1 year for patients aged 30 years or younger compared with 21% for patients older than 30 years [5]. As expected, the disease status at transplant has also been related to prognosis [7]. However, the prognostic factors determining the outcome of UD-CBT in adults are yet to be identified, and given the results observed in children, the possible roles of other factors, such as HLA disparity, should be studied.

## UD-BMT OR UD-CBT

A patient with high-risk acute leukemia in first complete remission, for whom there is no matched sibling, has been considered for stem cell transplantation and is awaiting an unrelated bone-marrow donor with no guarantee that one will be found. He will be at permanent risk of relapse and, moreover, will probably require intensive chemotherapy during the period of the search, whereas a suitable UCB unit is probably available at that time. In this common scenario, should we wait for the unrelated matched donor? Can we proceed with UD-CBT without waiting for the bone marrow? This decision should ideally be taken with the knowledge that unrelated bone marrow does or does not confer a clinical advantage compared with UCB. Unfortunately, no randomized clinical trial has been conducted to compare UD-CBT and UD-BMT. However, data comparing these 2 types of transplant have shown no differences in terms of long-term survival, although delayed engraftment was observed in UD-CBT [44–46]. The results of these 3 studies are summarized in

16                                                                                     F. MOSCARDÓ et al.

TABLE III  Comparison between UD-CBT and UD-BMT

| | Barker* [45] | | Barker* [45] | | Rocha† [44] | | | Rocha‡ [46] | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | UD-CBT | UBMT | UD-CBT | TCD-BM | UD-CBT | UBMT | TCD-BM | UD-CBT | UBMT |
| Number of patients | 26 | 26 | 31 | 31 | 99 | 262 | 180 | 81 | 162 |
| Type of patients | Children | Children | Children | Children | Children | Children | Children | Adults | Adults |
| HLA-mismatch | 81%¶ | 0%¶ | 87%¶ | 0%¶ | 92%⁵ | 9.5%¶ | 46%¶ | 90%¶ | 0%¶ |
| Median NC infused $\times 10^8$/kg | 0.3⁵ | 2.0¶ | 0.3 | 0.5 | 0.38⁵ | 4.2¶ | 3.8¶ | 10 times less UCB¶ | |
| MTX for GVHD prophylaxis | No¶ | Yes¶ | No | No | 18%¶ | 83%¶ | 34%¶ | < 26%¶ | 87%¶ |
| Rate of engraftment | 88% | 96% | 85% | 90% | — | | | NA | |
| Probability of engraftment | – | . | – | | 80%⁵ | 96%⁵ | 90%⁵ | NA | |
| Median days ANC recovery | 29⁵ | 22⁵ | 27¶ | 14⁵ | 32¶ | 18⁵ | 16¶ | 28¶ | 19⁵ |
| Median days PT recovery | 66 | 30 | 61 | 59 | 81¶ | 29⁵ | 29¶ | NA | |
| Acute GVHD of grade ≥ II | 42% | 35% | 36% | 35% | 55%⁵ | 58%¶ | 20%¶ | 31%⁵ | 42%¶ |
| 1 or 2 years chronic GVHD | 5% | 20% | 7% | 13% | 25%¶ | 46%¶ | 12%¶ | No differences | |
| Day 100 TRM | 27% | 15% | 23% | 16% | 39%¶ | 19%¶ | 14%¶ | 35% | 30% |
| 2 years overall survival | 53% | 41% | 52% | 56% | 35% | 49% | 41% | 32% | 36% |
| 2 years disease-free survival | – | | – | | | | | 24% | 33% |
| 2 years event-free survival | – | | – | | 31%¶ | 43%¶ | 37%¶ | | |

*Matched for age, diagnosis and disease risk.
†Significant differences in age, diagnosis and disease risk.
‡Matched for age, diagnosis, status of the disease and use of total-body irradiation.
¶Statistically significant differences. All other values were not statistically different.
⁵Unknown P value.
UD-CBT: unrelated donor umbilical cord blood transplantation; UBMT: unrelated donor bone-marrow transplantation; TCD-BM: T-cell-depleted unrelated donor bone-marrow transplantation; HLA: human leukocyte antigen; NC: nucleated cells; UCB: umbilical cord blood; MTX: methotrexate; GVHD: graft-vs.-host disease; ANC: absolute neutrophil count; PT: platelets; TRM: transplant-related mortality.

Table III. According to these findings, UD-CBT seems to be an acceptable alternative, mainly for children. A randomized study is clearly required to determine the exact role of UD-CBT in the algorithm of alternative donor selection. We believe this study should be performed on the basis of an intention-to-treat analysis, taking into account those patients who do not achieve the planned transplant for different reasons. This would explore the clinical repercussion of the logistical advantages of UD-CBT.

## IMPROVING UD-CBT

A major goal in the field of UD-CBT is to reduce TRM, mainly by improving engraftment and by minimizing regimen-related toxicity. One of the most important aims is to increase the number of UCB units stored, which would result in a higher probability of finding a high-quality unit. Significant efforts are also focused on improving the kinetics of engraftment by using ex-vivo expanded hematopoietic progenitor cord blood cells [47–54]. Although there is evidence that long-term engrafting cells are maintained [48], the most important concern in ex-vivo expansion is the possibility that the long-term engrafting potential is lost, which has been observed by some authors [55,56]. Two clinical reports have shown that the transplantation of ex-vivo expanded cord blood progenitors is feasible [50,51]. However, the median time to neutrophil recovery (28 days and 22 days in these reports, respectively) [50,51] did not seem to differ from those previously reported for adult patients undergoing non-manipulated UD-CBT [4–6]. Therefore, the clinical value of this alternative requires careful evaluation. In contrast, encouraging results for engraftment and TRM have been reported using reduced-intensity conditioning regimens [19,23,57,58].

It may also be interesting to explore the role of natural killer (NK) cell receptors in the outcome of UD-CBT. Killer immunoglobulin-like receptors (KIR) on NK cells recognize HLA-class I alleles. The presence of a KIR ligand mismatch in the graft-vs.-host direction results in NK cell alloreactivity which has been shown to reduce the incidence of GVHD, graft failure, and relapse after haploidentical related donor stem cell transplantation [59–61]. Unfortunately, this beneficial effect has not been reported after unrelated donor bone-marrow transplantation [62] and no information on the subset of UD-CBT is available.

## SUMMARY

The reported data show that, contrary to initial concerns, UD-CBT can promote engraftment in the majority of adult patients with an incidence of GVHD not higher, and sometimes even lower, than that observed for UD-BMT, despite a high degree of HLA disparity. Delayed neutrophil recovery and TRM remain the most important problems.

UD-CBT is a reasonable alternative for those patients requiring stem cell transplantation and lacking a

matched bone-marrow or peripheral-blood donor. However, although a prospective randomized study should determine the exact role of UD-CBT in the algorithm of alternative donors, UD-CBT could be acceptable as a first option for those patients requiring urgent transplant, mainly when a UCB unit with a high cell dose is available.

The major goals in optimizing UD-CBT are to establish the most important prognostic factors, to reduce TRM, and to improve the kinetics of engraftment.

## References

[1] National Marrow Donor Program. www.nmdp.org.

[2] Wernet P. (2003) The Netcord inventory and use [Netcord web site]. February 28, 2003. Available at: https://office.de.netcord.org/inventory.gif. Accessed April 11, 2003.

[3] Gluckman, E., Broxmeyer, H.E., Auerbach, A.D., Friedman, H., Douglas, G., Devergie, A., *et al.* (1989) "Hematopoietic reconstitution in a patient with Fanconi's anemia by means of umbilical-cord blood from an HLA-identical sibling", *New England Journal of Medicine*, 321, 1174–1178.

[4] Laughlin, M.J., Barker, J., Bambach, B., Koc, O.N., Rizzieri, D.A., Wagner, J.E., *et al.* (2001) "Hematopoietic engraftment and survival in adult recipients of umbilical-cord blood from unrelated donors", *New England Journal of Medicine*, 344, 1815–1822.

[5] Sanz, G.F., Saavedra, S., Planelles, D., Senent, L., Cervera, J., Barragan, E., *et al.* (2001) "Standardized, unrelated donor cord blood transplantation in adults with hematological malignancies", *Blood*, 98, 2332–2338.

[6] Iseki, T., Ooi, J., Tomonari, A., Takahashi, T., Ishii, K., Uchimaru, K., *et al.* (2001) Unrelated cord blood transplantation in adult patients with hematological malignancy: a single institution experience", *Blood*, 98 (Suppl. 1), 665a.

[7] Rocha, V., Arcese, W., Sanz, G., Laporte, J.P., Takahashi, T., Fernandez, M., *et al.* (2000) "Prognostic factors of outcome after unrelated cord blood transplant in adults with hematologic malignancies", *Blood*, 96 (Suppl. 1), 587a.

[8] Laporte, J.-P., Gorin, N.-C., Rubinstein, P., Lesage, S., Portnoi, M.F., Barbu, V., *et al.* (1996) "Cord-blood transplantation from an unrelated donor in an adult with chronic myelogenous leukemia", *New England Journal of Medicine*, 35, 167–170.

[9] Lambertenghi Deliliers, G., Soligo, D., Della Volpe, A., Bertolini, F., Poli, F., Romitti, L., *et al.* (1996) "Unrelated mismatched cord blood transplantation in an adult with secondary AML", *Bone Marrow Transplantation*, 18, 469–472.

[10] Gonzalez Barca, E., Querol, S., Grañena, A., Sarra, J., Sirchia, G. and Garcia, J. (1997) "Umbilical cord blood transplantation from an unrelated donor in an adult weighing 90 kilograms. Role of immunosuppression in engraftment", *Bone Marrow Transplantation*, 20, 333–336.

[11] Laporte, J.P., Lesage, S., Portnoi, M.F., Landman, J., Rubinstein, P., Najman, A., *et al.* (1998) "Unrelated mismatched cord blood transplantation in patients with hematological malignancies: a single institution experience", *Bone Marrow Transplantation*, 22 (Suppl. 1), S76–77.

[12] Laughlin, M.J., Rizzieri, D.A., Smith, C.A., Moore, J.O., Lilly, S., McGaughey, D., *et al.* (1998) "Hematologic engraftment and reconstitution of immune function post unrelated placental cord blood transplant in an adult with acute lymphocytic leukemia", *Leukemia Research*, 22, 215–219.

[13] Gian, V.G., Moreb, J.S., Abdel-Mageed, A., Weeks, F.M., Scornick, J.C. and Wingard, J.R. (1998) "Successful salvage using mismatched umbilical cord blood transplant in an adult with recurrent acute myelogenous leukemia failing autologous peripheral blood progenitor cell transplant: a case history and review", *Bone Marrow Transplantation*, 21, 1197–1200.

[14] Nagayama, H., Nakayama, K., Yasuo, K., Tajika, K., Dan, K., Yamashita, N., *et al.* (1999) "Immunological reconstitution after cord blood transplantation for an adult patient", *Bone Marrow Transplantation*, 24, 211–213.

[15] Nieto, Y., Russ, P., Everson, G., Bearman, S.I., Cagnoni, P.J., Jones, R.B., *et al.* (2000) "Acute pancreatitis during immunosuppression with tacrolimus following an allogeneic umbilical cord blood transplantation", *Bone Marrow Transplantation*, 26, 109–111.

[16] Mao, P., Liao, C., Zhu, Z., Wang, H., Wang, S., Xu, Y., Mo, W., Ying, Y., *et al.* (2000) "Umbilical cord blood transplantation from unrelated HLA-matched donor in an adult with severe aplastic anemia", *Bone Marrow Transplantation*, 26, 1121–1123.

[17] Pecora, A.L., Stiff, P., Jennis, A., Goldberg, S., Rosenbluth, R., Price, P., *et al.* (2000) "Prompt and durable engraftment in two older adult patients with high risk chronic myelogenous leukemia (CML) using ex vivo expanded and unmanipulated unrelated umbilical cord blood", *Bone Marrow Transplantation*, 25, 797–799.

[18] Goldberg, S.L., Pecora, A.L., Rosenbluth, R.J., Jennis, A.A. and Preti, R.A. (2000) "Treatment of leukemic relapse following unrelated umbilical cord blood transplantation with interleukin-2: potential for augmenting graft-versus-leukemia and graft-versus-host with cytokines" *Bone Marrow Transplantation*, 26, 353–355.

[19] Lau, F.Y., Wong, R., Chui, C.H. and Cheng, G. (2001) "Successful engraftment in two adult patients with severe aplastic anemia using nonmyeloablative conditioning followed by unrelated HLA-mismatched cord blood transplantation", *Journal of Hematotherapy & Stem Cell Research*, 10, 309–311.

[20] Ooi, J., Iseki, T., Nagayama, H., Tomonari, A., Ito, K., Shirafuji, N., *et al.* (2001) "Unrelated cord blood transplantation for adult patients with myelodysplastic syndrome-related secondary acute myeloid leukaemia", *British Journal of Haematology*, 114, 834–836.

[21] Sanz, G.F., Saavedra, S., Jimenez, C., Senent, L., Cervera, J., Planelles, D., *et al.* (2001) "Unrelated donor cord-blood transplantation in adults with chronic myelogenous leukemia: results in nine patients from a single institution", *Bone Marrow Transplantation*, 27, 693–701.

[22] Fernandez, M.N., Regidor, C., Cabrera, R., Garcia-Marco, J., Briz, M., Fores, R., *et al.* (2001) "Cord blood transplants: early recovery of neutrophils from co-transplanted sibling haploidentical progenitor cells and lack of engraftment of cultured cord blood cells, as ascertained by analysis of DNA polymorphisms", *Bone Marrow Transplantation*, 28, 355–363.

[23] Rizzieri, D.A., Long, G.D., Vredenburgh, J.J., Gasparetto, C., Morris, A., Stenzel, T.T., *et al.* (2001) "Successful allogeneic engraftment of mismatched unrelated cord blood following a nonmyeloablative preparative regimen", *Blood*, 98, 3486–3488.

[24] Barker, J.N., Krepski, T.P., DeFor, T., Davies, S.M., Wagner, J.E. and Weisdorf, D.J. (2002) "Searching for unrelated donor hematopoietic stem cells: availability and speed of umbilical cord blood versus bone marrow", *Biology of Blood and Marrow Transplantation*, 8, 257–260.

[25] Mayani, H. and Lansdorp, P.M. (1994) "Thy-1 expression is linked to functional properties of primitive hematopoietic progenitor cells from human umbilical cord blood", *Blood*, 83, 2410–2417.

[26] Vaziri, H., Dragowska, W., Allsopp, R.C., Thomas, T.E., Harley, C.B. and Lansdorp, P.M. (1994) "Evidence for a mitotic clock in human hematopoietic stem cells: loss of telomeric DNA with age", *Proceedings of the National Academy of Science, USA*, 91, 9857–9860.

[27] Gluckman, E., Rocha, V. and Chevret, S. (2001) "Results of unrelated umbilical cord blood hematopoietic stem cell transplantation", *Reviews in Clinical and Experimental Hematology*, 5, 87–99.

[28] Rubinstein, P. and Stevens, C.E. (2001) "Placental blood for bone marrow replacement: the New York Blood Center's program and clinical results", *Bailliere's Best Practice and Research. Clinical Haematology*, 13, 565–584.

[29] Wagner, J.E., Barker, J.N., DeFor, T.E., Scott Baker, K., Blazar, B.R., Eide, C., *et al.* (2002) "Transplantation of unrelated donor umbilical cord blood in 102 patients with malignant and non malignant diseases: influence of CD34 cell dose and HLA disparity on treatment-related mortality and survival", *Blood*, 100, 1611–1618.

[30] Rubinstein, P., Carrier, C., Carpenter, C., Chenug, C., Huang, F., Scaradavou, A., *et al.* (2000) "Graft selection in unrelated placental umbilical cord blood (PBC) transplantation: influence and weight of HLA match and cell dose on engraftment and survival", *Blood*, 96 (Suppl. 1), 588a.

18                                              F. MOSCARDÓ et al.

[31] Gluckman, E., Rocha, V., Boyer-Chammard, A., Locatelli, F., Arcese, W., Pasquini, R., et al. (1997) "Outcome of cord blood transplantation from related and unrelated donors. Eurocord Transplant Group and the European Blood and Marrow Transplantation Group", New England Journal of Medicine, 337, 373–381.

[32] Rubinstein, P., Carrier, C., Scaradavou, M., Kurtzberg, J., Adamson, J., Migliaccio, A.R., et al. (1998) "Outcomes among 562 recipients of placental blood transplants from unrelated donors", New England Journal of Medicine, 339, 1565–1577.

[33] Kurtzberg, J., Laughlin, M., Graham, M.L., Smith, C., Olson, J.F., Halprin, E.C., et al. (1996) "Placental blood as a source of hematopoietic stem cells for transplantation in unrelated recipients", New England Journal of Medicine, 335, 157–166.

[34] Locatelli, F., Rocha, V., Chastang, C., Arcese, W., Michel, G., Abecasis, M., et al. (1999) "Factors associated with outcome after cord blood transplantation in children with acute leukemia. Eurocord Cord Blood Transplant Group", Blood, 93, 3662–3671.

[35] Ohnuma, K., Isoyama, K., Ikuta, K., Toyoda, Y., Nakamura, J., Nakajima, F., et al. (2001) "Cord blood transplantation from HLA-identical unrelated donors as a treatment for children with hematological malignancies", British Journal of Haematology, 112, 981–987.

[36] Migliaccio, A.R., Adamson, J.W., Stevens, C.E., Dobrila, N.L., Carrier, C.M. and Rubinstein, P. (2000) "Cell dose and speed of engraftment in placental/umbilical cord blood transplantation: graft progenitor cell content is a better predictor than nucleated cell quantity", Blood, 96, 2717–2722.

[37] Stagno, S., Pass, R.F., Cloud, G., Britt, W.J., Henderson, R.E., Walton, P.D., et al. (1986) "Primary cytomegalovirus infection in pregnancy. Incidence, transmission to fetus and clinical outcome", Journal of the American Medical Association, 256, 1904–1908.

[38] Stagno, S., Pass, R.F., Dworsky, M.E., Henderson, R.E., Moore, E.G., Walton, P.D., et al. (1982) "Congenital cytomegalovirus infection. The relative importance of primary and recurrent maternal infection", New England Journal of Medicine, 306, 945–949.

[39] Chang, R.S. and Seto, D.S. (1979) "Perinatal infection by Epstein-Barr virus", Lancet, 2, 201.

[40] Papadopoulos, E.B., Carabasi, M.H., Castro-Malaspina, H., Childs, B.H., Mackinnon, S., Boulad, F., et al. (1998) "T-cell-depleted allogeneic bone marrow transplantation as postremission therapy for acute myelogenous leukemia: freedom from relapse in the absence of graft-versus-host disease", Blood, 91, 1083–1090.

[41] Aversa, F., Tabilio, A., Velardi, A., Cunningham, I., Terenzi, A., Falzetti, F., et al. (1998) "Treatment of high-risk acute leukemia with T-cell-depleted stem cells from related donors with one fully mismatched haplotype", New England Journal of Medicine, 339, 1186–1193.

[42] Storb, R., Deeg, H.J., Whitehead, J., Appelbaum, F., Beatty, P., Bensinger, W., et al. (1986) "Methotrexate and cyclosporine compared with cyclosporine alone for prophylaxis of acute graft-versus-host disease after marrow transplantation", New England Journal of Medicine, 314, 729–735.

[43] Davies, S.M., Kollman, C., Anasetti, C., Antin, J.H., Gajewski, J., Casper, J.T., et al. (2000) "Engraftment and survival after unrelated-donor bone marrow transplantation: a report from the national marrow donor program", Blood, 96, 4096–4102.

[44] Rocha, V., Cornish, J., Sievers, E., Filipovich, A., Locatelli, F., Peters, C., et al. (2001) "Comparison of outcomes of unrelated bone marrow and umbilical cord blood transplants in children with acute leukemia", Blood, 97, 2962–2971.

[45] Barker, J.N., Davies, S.M., DeFor, T., Ramsay, N.K.C., Weisdorf, D.J. and Wagner, J.E. (2001) "Survival after transplantation of unrelated donor umbilical cord blood is comparable to that of human leukocyte antigen-matched unrelated donor bone marrow: results of a matched-pair analysis", Blood, 97, 2957–2961.

[46] Rocha, V., Labopin, M., Frassoni, F., Arcese, W., Schwerdtfeger, R., Asano, S., et al. (2002) "Results of unrelated cord blood versus unrelated bone marrow transplant in adults with acute leukemia. A matched pair analysis", Blood, 100 (Suppl. 1), 42a.

[47] Piacibello, W., Sanavio, F., Severino, A., Dane, A., Gammaitoni, L., Fagioli, F., et al. (1999) "Engraftment in nonobese diabetic severe combined immunodeficient mice of human CD34(+) cord blood cells after ex vivo expansion: evidence for the amplification and self-renewal of repopulating stem cells", Blood, 93, 3736–3749.

[48] Lewis, I.D., Almeida-Porada, G., Du, J., Lemischka, I.R., Moore, K.A., Zanjani, E.D., et al. (2001) "Umbilical cord blood cells capable of engrafting in primary, secondary, and tertiary xenogeneic hosts are preserved after ex vivo culture in a noncontact system", Blood, 97, 3441–3449.

[49] Kawano, Y., Kobune, M., Yamaguchi, M., Nakamura, K., Ito, Y., Sasaki, K., et al. (2003) "Ex vivo expansion of human umbilical cord hematopoietic progenitor cells using a coculture system with human telomerase catalytic subunit (hTERT)-transfected human stromal cells", Blood, 101, 532–540.

[50] Shpall, E.J., Quinones, R., Giller, R., Zeng, C., Baron, A.E., Jones, R.B., et al. (2002) "Transplantation of ex vivo expanded cord blood", Biology of Blood and Marrow Transplantation, 8, 368–376.

[51] Jaroscak, J., Goltry, K., Smith, A., Waters-Pick, B., Martin, P.L., Driscoll, T., et al. (2003) "Augmentation of umbilical cord blood (UCB) transplantation with ex-vivo expanded UCB cells: results of a phase I trial using the Aastrom Replicell system", Blood, First Edition Paper, prepublished online February 20, 2003.

[52] Tanavde, V.M., Malehorn, M.T., Lumkul, R., Gao, Z., Wingard, J., Garrett, E.S., et al. (2002) "Human stem-progenitor cells from neonatal cord blood have greater hematopoietic expansion capacity than those from mobilized adult blood", Experimental Hematology, 30, 816–823.

[53] Pick, M., Eldor, A., Grisaru, D., Zander, A.R., Shenhav, M. and Deutsch, V.R. (2002) "Ex vivo expansion of megakaryocyte progenitors from cryopreserved umbilical cord blood. A potential source of megakaryocytes for transplantation", Experimental Hematology, 30, 1079–1087.

[54] Shaw, P.H., Gilligan, D., Wang, X.M., Thall, P.F. and Corey, S.J. (2003) "Ex vivo expansion of megakaryocyte precursors from umbilical cord blood CD34 cells in a closed liquid culture system", Biology of Blood and Marrow Transplantation, 9, 151–156.

[55] Guenechea, G., Segovia, J.C., Albella, B., Lamana, M., Ramirez, M., Regidor, C., et al. (1999) "Delayed engraftment of nonobese diabetic/severe combined immunodeficient mice transplanted with ex vivo-expanded human CD34(+) cord blood cells", Blood, 93, 1097–1105.

[56] McNiece, I.K., Almeida-Porada, G., Shpall, E.J. and Zanjani, E. (2002) "Ex vivo expanded cord blood cells provide rapid engraftment in fetal sheep but lack long-term engrafting potential", Experimental Hematology, 30, 612–616.

[57] McSweeney, P.A., Bearmann, S.I., Jones, R.B., Nieto, Y., Cagnoni, P.J., McNiece, I.K., et al. (2001) "Nonmyeloablative hematopoietic cell transplants using cord blood", Blood, 98 (Suppl. 1), 666a.

[58] Barker, J.N., DeFor, T.E., Repka, T.L., Weisdorf, D.J. and Wagner, J.E. (2001) "Unrelated donor umbilical cord blood transplantation after non-myeloablative conditioning in adults: rapid and complete donor chimerism", Blood, 98 (Suppl. 1), 814a.

[59] Ruggeri, L., Capanni, M., Urbani, E., Perruccio, K., Shlomchik, W.D., Tosti, A., et al. (2002) "Effectiveness of donor natural killer cell alloreactivity in mismatched hematopoietic transplants", Science, 295, 2097–2100.

[60] Ruggeri, L., Capanni, M., Casucci, M., Volpi, I., Tosti, A., Perruccio, K., et al. (1999) "Role of natural killer cell alloreactivity in HLA-mismatched hematopoietic stem cell transplantation", Blood, 94, 333–339.

[61] Farag, S.S., Fehniger, T.A., Ruggeri, L., Velardi, A. and Caligiuri, M.A. (2002) "Natural killer cell receptors: new biology and insights into the graft-versus-leukemia effect", Blood, 100, 1935–1947.

[62] Davies, S.M., Ruggeri, L., DeFor, T., Wagner, J.E., Weisdorf, D.J., Miller, J.S., et al. (2002) "Evaluation of KIR ligand incompatibility in mismatched unrelated donor hematopoietic transplants. Killer immunoglobulin-like receptor", Blood, 100, 3825–3827.

TRANSPLANTATION

# Rapid and complete donor chimerism in adult recipients of unrelated donor umbilical cord blood transplantation after reduced-intensity conditioning

Juliet N. Barker, Daniel J. Weisdorf, Todd E. DeFor, Bruce R. Blazar, Jeffrey S. Miller, and John E. Wagner

Reduced-intensity conditioning may reduce transplantation-related mortality in high-risk adults undergoing hematopoietic transplantation. We investigated unrelated donor umbilical cord blood (UCB) transplantation after such conditioning in 43 patients (median age, 49.5 years; range, 22-65 years) with a primary end point of donor engraftment. The first 21 patients received busulfan 8 mg/kg, fludarabine 200 mg/m², and 200 cGy of total body irradiation (Bu/Flu/TBI). Subsequent patients (n = 22) received cyclophosphamide 50 mg/kg, fludarabine 200 mg/m², and 200 cGy TBI (Cy/Flu/TBI). UCB grafts (93%) were 1-2 HLA antigen–mismatched with the recipient and contained a median cryopreserved cell dose of 3.7 × 10⁷ (range, 1.6 × 10⁷-6.0 × 10⁷) nucleated cells per kilogram of recipient body weight (NC/kg). Graft versus host disease (GVHD) prophylaxis was cyclosporin A to day 180 plus mycophenolate mofetil to day 30. The cumulative incidence of sustained donor engraftment was 76% (95% confidence interval [CI], 56%-96%) for Bu/Flu/TBI recipients and 94% (95% CI, 84%-100%) for Cy/Flu/TBI recipients. The median day of neutrophil recovery (at least 0.5 × 10⁹/L) for engrafting Bu/Flu/ TBI recipients was 26 days (range, 12-30 days) and for Cy/Flu/TBI recipients was 9.5 days (range, 5-28 days). Incidence of grades III-IV acute GVHD was 9% (95% CI, 1%-17%), and survival at 1 year was 39% (95% CI, 23%-56%). These data demonstrate that 0-2 antigen mismatched UCB is sufficient to engraft most adults after reduced-intensity conditioning and is associated with a low incidence of severe acute GVHD. (Blood. 2003;102:1915-1919)

© 2003 by The American Society of Hematology

## Introduction

Bone marrow transplantation (BMT) may be curative in a variety of malignant and nonmalignant hematopoietic disorders.[1] However, many adults receiving conventional high-dose myeloablative conditioning regimens, particularly recipients of unrelated donor (URD) BMT for diseases other than chronic myelogenous leukemia (CML), experience high transplantation-related mortality (TRM) with this approach.[2,3] Therefore, "reduced-intensity" or "nonmyeloablative" regimens are being investigated for older patients or those with poor performance status, organ dysfunction, or extensive prior therapy using either related or unrelated volunteer donors.[4-12] Immunosuppression without myeloablation can be sufficient to achieve complete donor chimerism, and a graft versus malignancy (GVM) effect can be demonstrated in both hematologic and nonhematologic malignancies.[4-13] However, most patients do not have an available HLA-matched sibling donor. Because 0-2 donor-recipient HLA antigen disparity appears to be more tolerable in URD umbilical cord blood transplantation (UCBT) than in URD BMT, UCB offers the opportunity to extend the donor pool with a low risk of severe acute graft versus host disease (GVHD).[14-17] Also, UCB grafts can be available substantially more quickly than URD BM.[18] However, reduced UCB alloreactivity could compromise the ability of UCB to engraft after reduced-intensity conditioning. Therefore, we investigated a pilot study of URD UCBT after reduced-intensity conditioning in adults not eligible for conventional conditioning with the hypothesis that alloreactive T cells in UCB are sufficient to effect donor engraftment after reduced-intensity conditioning.

## Patients, materials, and methods

URD UCBT was considered if HLA-compatible related (5 or 6 out of 6 HLA-A, B, DRB1 matches) or unrelated BM donors (6 out of 6 HLA-A, B, DRB1 matches) were not available or the transplantation was deemed to be urgent (required within 3 months of referral). Criteria for a reduced-intensity preparative regimen (rather than conventional high-dose conditioning) were (1) age at least 45 years; (2) extensive prior therapy (high-dose chemotherapy and autologous transplantation, or more than 12 months of alkylator chemotherapy, or more than 6 months of alkylator chemotherapy with extensive radiation); and/or (3) poor performance status,[19] including serious concurrent medical condition, serious organ dysfunction, and/or invasive mold infection within 60 days.

### Treatment plan

A dose-intensity de-escalation approach was used. The first 21 patients received conditioning with busulfan 2 mg/kg orally every 12 hours for 4 doses (days −8 to −7), fludarabine 40 mg/m² daily for 5 days (days −6 to −2), and a single dose of 200 cGy of total body irradiation (day −1) (Bu/Flu/TBI). Diphenylhydantoin was given to Bu/Flu/TBI recipients on days −9 to 0. Subsequent patients (n = 22) received an identical regimen except for a substitution of busulfan with a single dose of cyclophosphamide 50 mg/kg on day −6 (Cy/Flu/TBI). One

From the Divisions of Medical and Pediatric Hematology, Oncology and Transplantation, University of Minnesota Blood and Marrow Transplant Program, Minneapolis, MN.

Submitted November 6, 2003; accepted April 28, 2003. Prepublished online as Blood First Edition Paper, May 8, 2003; DOI 10.1182/blood-2002-11-3337.

Supported in part by grants from the National Cancer Institute PO1-CA65493 (J.E.W.), R01 HL 63452 (B.R.B.), and the Children's Cancer Research Fund (J.E.W., J.N.B.).

Reprints: Juliet N. Barker, Department of Medicine, Box 480, 420 Delaware St, SE, Minneapolis, MN; e-mail: barke014@tc.umn.edu.

The publication costs of this article were defrayed in part by page charge payment. Therefore, and solely to indicate this fact, this article is hereby marked "advertisement" in accordance with 18 U.S.C. section 1734.

© 2003 by The American Society of Hematology

1915

EXHIBIT 33

**Table 1. Characteristics of adult URD UCBT recipients**

| Characteristic | Bu/Flu/TBI | Cy/Flu/TBI |
|---|---|---|
| No., n | 21 | 22 |
| Median age, y (range) | 49 (22-65) | 49 (24-58) |
| Median weight, kg (range) | 75 (55-109) | 73 (51-119) |
| Median time from diagnosis to transplantation (range) | 661 d (105 d - 8 y) | 575 d (102 d - 7 y) |
| Recipient CMV-positive, n (%) | 9 (43) | 7 (32) |
| Diagnosis | | |
| AML, n (%) | 10 (48) | 8 (36) |
| CR1, high risk,* n | 3 | 2 |
| CR2, n | 4 | 6 |
| Not in remission, n | 3 | 0 |
| MDS, n (%) | 2 (9) | 1 (5) |
| Refractory anemia with excess blasts, n | 2 | 0 |
| CMML, n | 0 | 1 |
| Advanced myelofibrosis, n (%) | 0 | 1 (5) |
| CML, n (%) | 2 (9) | 2 (9) |
| Accelerated/prior auto Tx, n | 1 | 0 |
| Postblast crisis, n | 1 | 2 |
| ALL, n (%) | 0 | 3 (14) |
| CR1 (Ph+), n | 0 | 2 |
| Fifth relapse, n | 0 | 1 |
| Hodgkin disease, n (%) | 2 (9) | 0 |
| Relapsed after auto Tx, n | 1 | 0 |
| Primary refractory, n | 1 | 0 |
| NHL, n (%) | 5 (24) | 6 (27) |
| Relapsed DLC in second PR, n | 3 | 1 |
| At least PR3 or refractory, n | 1 | 4 |
| Mantle cell in PR1, n | 1 | 1 |
| Plasma cell leukemia, n (%) | 0 | 1 (5) |
| Indication for reduced-intensity conditioning | | |
| Age at least 45 y, n (%) | 15 (71) | 17 (77) |
| Extensive prior therapy, n (%) | 9 (43); 7 prior auto Tx | 10 (45); 5 prior auto Tx |
| Poor performance status, n (%) | 14 (67) | 10 (45) |

CMV indicates cytomegalovirus; AML, acute myelogenous leukemia; CR, complete remission; MDS, myelodysplasia; CMML, chronic myelo-monocytic leukemia; CML, chronic myelogenous leukemia; auto Tx, autologous transplantation; ALL, acute lymphoblastic leukemia; Ph+, Philadelphia chromosome positive; NHL, non-Hodgkin lymphoma; DLC, diffuse large cell; and PR, partial remission.

*AML: CR1 (high-risk) defined by prior myelodysplasia (MDS) or requiring at least 3 induction cycles.

Cy/Flu/TBI patient with myelodysplasia (MDS) without prior chemotherapy also received antithymocyte globulin (ATG) 15 mg/kg every 12 hours for 6 doses on days −3 to −1.

All patients received cyclosporin A (CSA) from day −3 for a minimum of 6 months (aiming for a trough blood level of more than 200 μg/L). In addition, all patients received mycophenolate mofetil 15 mg/kg twice daily either orally or intravenously from days −3 to +30. Granulocyte colony-stimulating factor (G-CSF) (Filgrastim; Amgen, Thousand Oaks, CA) was administered to all patients at 5 μg/kg/d after transplantation when the total white cell count (WCC) fell below 2.5 × 10⁹/L until the absolute neutrophil count (ANC) was more than 2.5 × 10⁹/L for 2 days. The treatment protocol was approved by the Institutional Review Board of the University of Minnesota. Written informed consent was obtained from all patients prior to transplantation.

## Patient characteristics

Patient characteristics are summarized in Table 1. Bu/Flu/TBI patients (n = 21) underwent transplantation between July 2000 and September 2001, and Cy/Flu/TBI recipients (n = 22) underwent transplantation between October 2001 and September 2002. All patients had high-risk or advanced-stage hematologic malignancy. Consistent with their high-risk or advanced disease, 19 patients (44%) had received extensive prior therapy and 24 (55%) had poor performance status. Thirty-two patients (74%) were aged at least 45 years with 26 (60%) of 43 patients having at least 2 of the 3 criteria warranting a reduced-intensity transplantation approach.

## UCB grafts

UCB units were obtained from the National Cord Blood Program in New York; the St Louis Cord Blood Bank; the National Heart, Lung, and Blood Institute (NHLBI) Cord Blood Transplantation Study (COBLT); and Netcord. UCB grafts had at least 4 of 6 HLA-A, B, DRB1 antigens that were matched to the recipient and had a cryopreserved cell dose of at least 1.5 × 10⁷ nucleated cells per kilogram of recipient body weight (NC/kg). Patients underwent transplantation with a single UCB if the unit had a cell dose of at least 3.5 × 10⁷ NC/kg. Patients with a single unit with a cell dose less than 3.5 × 10⁷ NC/kg were eligible for transplantation with two 4 to 6 of 6 HLA-A, B, DRB1 matched UCB units if available.

HLA typing was performed using the standard 2-stage complement-dependent microcytotoxicity assay, and antigens were assigned as defined by the World Health Organization HLA nomenclature committee. HLA-DRB1 type was determined by hybridization of polymerase chain reaction (PCR)-amplified DNA with sequence-specific oligonucleotide probes with sequencing if needed. High-resolution class II typing results for HLA-DRB1 was used to determine the selection of all UCB units. UCB grafts were thawed using the method of Rubinstein et al.[20]

Graft characteristics are summarized in Table 2. Nine Bu/Flu/TBI patients (43%) and 15 Cy/Flu/TBI patients (68%) received grafts consisting of 2 UCB units. Overall, the median total cryopreserved nucleated cell dose was 3.7 × 10⁷ NC/kg (range, 1.6 × 10⁷-6.0 × 10⁷ NC/kg). Bu/Flu/TBI recipients received grafts with a significantly smaller median infused cell dose of 2.6 × 10⁷ NC/kg (range, 1.6 × 10⁷-3.8 × 10⁷ NC/kg) compared with 3.2 × 10⁷ NC/kg (range, 1.1 × 10⁷-5.1 × 10⁷ NC/kg) in Cy/Flu/TBI recipients (P = .04). However, there was no significant difference in the CD34+ cell dose in the 2 patient cohorts (P = .39). UCB grafts were 1-2 HLA-A, B, DRB1 antigen mismatched to the patient in 40 (93%) of 43, with 3 patients receiving grafts that were 6 of 6 matched to the recipient.

## Donor chimerism analysis

Donor chimerism was determined serially on marrow and/or blood samples on days +21 to +28, +50 to +60, +100, +180, +360, and annually after transplantation and as clinically indicated. Chimerism analysis was done using quantitative PCR of informative polymorphic variable number tandem repeat (VNTR) or short tandem repeat (STR) regions in the recipient and donor.[21,22] Peripheral blood specimens were separated into neutrophil and mononuclear lymphoid fractions provided the total white cell count was more than 1.0 × 10⁹/L. Posttransplantation DNA from the recipient was amplified with fluorescent PCR primers for markers found to distinguish donor(s) from recipient alleles. The fluorescent PCR products were separated either by gel electrophoresis on an Applied Biosystems 373 Sequencer or by capillary electrophoresis on an Applied Biosystems 3100 Genetic Analyzer (Applied Biosystems, Foster City, CA). The GeneScan

**Table 2. Graft characteristics**

| Characteristic | Bu/Flu/TBI; N = 21 | Cy/Flu/TBI; N = 22 |
|---|---|---|
| Cryopreserved TNC dose, × 10⁷ NC/kg (range) | 3.3 (2.3-5.1) | 4.0 (1.6-6.0) |
| Infused TNC dose, × 10⁷ NC/kg (range) | 2.6 (1.6-3.8) | 3.2 (1.1-5.1) |
| Infused CD34+ dose, × 10⁵/kg (range) | 3.7 (1.1-4.8) | 4.3 (1.1-10.3) |
| Infused CD3+ dose, × 10⁶/kg (range) | 0.06 (0.02-0.15) | 0.05 (0.02-0.12) |
| Graft 1-2 HLA antigen mismatched (%) | 20 (95) | 20 (91) |
| Graft consisted of 2 units (%) | 9 (43) | 15 (68) |

TNC indicates total nucleated cells.



Figure 1. Cumulative incidence of sustained donor engraftment with 0-2 antigen mismatched UCB after Bu/Flu/TBI or Cy/Flu/TBI conditioning (P = .01).

software package (Applied Biosystems) was used to correlate allele peak areas to the percentage of donor or recipient DNA. Chimerism values had an accuracy of ± 5%.

### Statistical analysis

The primary end point was donor engraftment. Other end points included neutrophil and platelet recovery, acute GVHD (grades II-IV and III-IV), chronic GVHD, relapse, TRM, disease-free survival (DFS), and overall survival. Other outcomes evaluated included causes of death. Event time for neutrophil recovery was the date of transplantation to the first of 3 consecutive days with neutrophil recovery to at least $0.5 \times 10^9$/L. Primary donor engraftment was defined as neutrophil recovery associated with donor engraftment within the first month after transplantation. Sustained donor engraftment was defined as sustained neutrophil recovery and donor hematopoiesis beyond day +42 after transplantation. Complete donor chimerism was considered to be marrow reconstitution of donor origin of at least 90%. Patients were censored from the engraftment analysis if they died or had persistent leukemia/early relapse within the first 28 days after transplantation. The cumulative incidence of engraftment was calculated by treating deaths from other causes as competing risks.[23]

Diagnosis of acute and chronic GVHD was based on standard clinical criteria with histopathologic confirmation where possible.[24] The maximal grade of GVHD was determined by independent reviewers who evaluated the cases retrospectively. The cumulative incidence of acute and chronic GVHD was calculated by treating deaths from other causes as competing risks.[23] The statistical end points of survival and DFS were estimated by the Kaplan-Meier method.[25] Event times were measured from date of transplantation to date of death or date of last contact. Event times were analyzed as of November 2002. The median follow-up for the Bu/Flu/TBI recipients was 1.9 years (range, 1.2-2.3 years) and for the Cy/Flu/TBI recipients was 0.6 years (range, 0.2-1.0 years).

## Results

### Hematopoietic recovery and donor chimerism

Three of the 21 Bu/Flu/TBI patients were not evaluable for donor engraftment due to early death from relapse (n = 2) or infection

(n = 1). Of the 18 evaluable Bu/Flu/TBI recipients, the cumulative incidence of primary donor engraftment was 88% (95% confidence interval [CI], 72%-100%) at a median of 26 days after transplantation (range, 12-30 days). Fourteen patients displayed sustained donor engraftment for a cumulative incidence of 76% (95% CI, 56%-96%) (Figure 1). Bu/Flu/TBI patients with sustained donor engraftment demonstrated rapid and complete myeloid and lymphoid donor chimerism. The median myeloid donor chimerism of 100% (range, 84%-100%) in day +21 BM biopsy (Figure 2), and all patients had 100% lymphoid chimerism in day +28 to +35 blood samples. All engrafting patients without BM relapse were complete donor chimeras beyond 1 month after transplantation.

Twenty-one of the 22 Cy/Flu/TBI patients were evaluable for engraftment. The single unevaluable patient died on day +21 from pneumonitis with evidence of donor engraftment. The cumulative incidence of primary donor engraftment for the Cy/Flu/TBI regimen was 94% (95% CI, 84%-100%) with neutrophil recovery occurring at a median of 9.5 days (range, 5-28 days). A single patient with advanced myelofibrosis without prior combination chemotherapy had primary graft failure with autologous recovery. No Cy/Flu/TBI patient had secondary graft failure. Therefore, the cumulative incidence of sustained donor chimerism with Cy/Flu/TBI was 94% (95% CI, 84%-100%) (Figure 1). This was significantly higher than seen with the Bu/Flu/TBI regimen (P = < .01).

Due to temporary persistence of autologous hematopoiesis early after transplantation, engrafting Cy/Flu/TBI recipients demonstrated more gradual attainment of myeloid donor chimerism than seen with the Bu/Flu/TBI regimen, with a median of 78% (range, 8%-100%) in day +21 BM (Figure 2). The median myeloid chimerism in blood at days 50 to 60 after transplantation for Cy/Flu/TBI recipients was 100% (range, 26%-100%), with all patients except 1 having complete donor chimerism by day +100. In contrast, attainment of complete lymphoid donor chimerism was rapid in engrafting Cy/Flu/TBI patients, with the median being 100% by day +28 to +35 (range, 10%-100%).

Of the 4 Bu/Flu/TBI patients with failure of donor engraftment, 2 had primary graft failure with autologous recovery and 2 had early secondary graft failure at days +22 and +35. These patients had diagnoses of advanced MDS or secondary acute myelogenous leukemia (AML) without prior combination chemotherapy (n = 2), or AML in relapse (n = 1) and relapsed non-Hodgkin lymphoma (NHL) (n = 1), both without chemotherapy within the 4 months prior to transplantation. The single Cy/Flu/TBI patient with primary graft failure had advanced myelofibrosis without prior combination chemotherapy. Overall, all patients who received either combination chemotherapy in the 4 months preceding transplantation or a prior autologous transplantation (n = 31) had sustained donor engraftment. This compared with failure of sustained donor engraftment in 2 of 4 patients whose prior



Figure 2. Comparison of myeloid donor chimerism in patients with sustained donor engraftment after reduced-intensity UCBT using either Bu/Flu/TBI or Cy/Flu/TBI conditioning. Achievement of complete donor chimerism was rapid for Bu/Flu/TBI recipients (A), being a median of 100% at day 21 in BM. In contrast, because the Cy/Flu/TBI regimen (B) was less myelosuppressive, myeloid donor chimerism was initially mixed, taking until day 60 to reach a median of 100%.



BLOOD, 1 SEPTEMBER 2003 · VOLUME 102, NUMBER 5

combination chemotherapy was more than 4 months preceding transplantation and in 3 of 3 patients who had never received prior combination chemotherapy. One patient with myelodysplasia and no prior combination chemotherapy had ATG added to Cy/Flu/TBI conditioning and had full donor engraftment.

The cumulative incidence of platelet engraftment to $2 \times 10^9/L$ by day +180 was 24% (95% CI, 6%-42%) for Bu/Flu/TBI recipients and 80% (95% CI, 57%-100%) for Cy/Flu/TBI recipients ($P < .01$).

### GVHD

The cumulative incidence of grades II-IV and grades III-IV acute GVHD was 44% (95% CI, 28%-62%) and 9% (95% CI, 1%-17%) for the entire group (Figure 3), respectively, with no differences between Bu/Flu/TBI and Cy/Flu/TBI regimens (data not shown). The 4 patients with grades III-IV acute GVHD had involvement of skin, gut, and liver. Two responded to corticosteroids and cyclosporine, 1 responded to ATG, and the other had refractory disease that was fatal.

Thus far, 8 patients have developed chronic GVHD for a cumulative incidence of 21% (95% CI, 8%-34%) at 1 year. Onset was de novo in 2 patients, quiescent in 5, and progressive in 1. Organs involved were eyes (n = 2), mouth (n = 7), skin (n = 7), gut (n = 5), and liver (n = 1), with 1 patient having autoimmune hemolysis. All patients, except for 1 patient with progressive onset, have responded to corticosteroids.

### TRM, relapse, and survival

Treatment-related mortality at day 100 after transplantation was 48% (95% CI, 26%-70%) for Bu/Flu/TBI recipients and 28% (95% CI, 10%-46%) for Cy/Flu/TBI patients. For the entire group, the overall survival and DFS at 1 year were 39% (95% CI, 23%-56%) and 31% (95% CI, 15%-47%), respectively. Bu/Flu/TBI recipients had probabilities of disease-free survival of 38% (95% CI, 17%-59%) at day 100 and 24% (95% CI, 6%-42%) at 1 year. Cy/Flu/TBI recipients have probabilities of disease-free survival of 68% (95% CI, 48%-88%) at day 100 and 41% (95% CI, 15%-76%) at 1 year (Figure 4).

Overall, the predominant cause of death has been infection and organ failure (n = 13), with all TRM occurring prior to day +100. Graft failure and severe acute GVHD have accounted for 1 death each. Nine patients have died from relapse or progressive disease. Total nucleated cell dose and CD34$^+$ cell dose were not associated with differences in survival (data not shown).

## Discussion

Reduced-intensity preparative regimens are being investigated as a method to reduce regimen-related toxicity so the opportunity for a



Figure 3. Cumulative incidence of grades II-IV and III-IV acute GVHD after 0-2 antigen mismatched UCBT using reduced-intensity conditioning.



Figure 4. Kaplan-Meier estimates of disease-free survival for recipients of UCBT with Bu/Flu/TBI and Cy/Flu/TBI conditioning. Overall, 5 Bu/Flu/TBI and 11 Cy/Flu/TBI recipients were alive and disease-free at 1 year after transplantation, giving a probability of disease-free survival of 24% (95% CI, 6%-42%) and 41% (95% CI, 15%-76%) at 1 year, respectively. The differences between the 2 regimens were not significant ($P = .15$).

GVM effect may be extended to patients not fit for conventional conditioning.[4-13] Because many patients do not have an available related or unrelated marrow donor, we have investigated reduced-intensity conditioning with UCBT. The Bu/Flu/TBI regimen was associated with rapid and complete donor chimerism in most patients. However, while the intensity of Bu/Flu/TBI is less than conventional high-dose conditioning, it resulted in prolonged neutropenia. Furthermore, 4 cases of failure of donor engraftment were seen. Therefore, in an attempt to achieve equivalent or greater immunosuppression with less myelosuppression, busulfan was substituted with a single dose of cyclophosphamide. In most patients, the Cy/Flu/TBI regimen was associated with rapid neutrophil recovery. Therefore, this approach can ameliorate the problem of delayed neutrophil recovery seen with myeloablative UCBT. Further, Cy/Flu/TBI has been associated with complete donor engraftment in most recipients, including rapid attainment of complete lymphoid chimerism.

This study did not involve randomization of patients between the 2 conditioning regimens. Therefore, it is not possible to draw firm conclusions concerning the impact of each preparative regimen on the incidence of sustained donor engraftment, which may have been also affected by the confounding factors of patient and graft variables. However, it is clear that the busulfan-based regimen is associated with prolonged neutropenia whereas Cy/Flu/TBI can permit early neutrophil recovery in many patients. This advantage, combined with a high incidence of donor engraftment, is reason to continue investigation of the Cy/Flu/TBI regimen. The engraftment results with the Cy/Flu/TBI regimen are consistent with findings of murine studies suggesting that the immunoablation associated with the combination of cyclophosphamide and fludarabine is conducive to donor engraftment in the setting of HLA mismatch.[26,27]

These data demonstrate that despite the low total nucleated CD34$^+$ and T-cell dose and reduced alloreactivity with UCB, UCBT using reduced-intensity conditioning is associated with sustained donor engraftment in most adult patients. Interestingly, graft failure was restricted to patients without recent pretransplantation combination chemotherapy or prior autologous transplantation. While it is difficult to distinguish the impact of the underlying diagnosis (eg, myelodysplasia or myelofibrosis) from that of prior therapy on engraftment, these data may suggest that the immunosuppression resulting from pretransplantation therapy aids engraftment. A similar finding in sibling donor transplantation after nonmyeloablative conditioning has been reported by McSweeney et al.[10]

The donor engraftment after Cy/Flu/TBI is comparable to that reported after UCBT using traditional myeloablative regimens.[16] In comparison to the engraftment using reduced-intensity conditioning and other hematopoietic stem cell sources, Giralt et al[9] reported only 2 of 76 patients having graft failure after either related donor or URD BMT. In a smaller series, Nagler et al[11] reported complete donor engraftment in 15 of 16 recipients of URD BMT, with partial donor chimerism in the remaining patient. More recently, Chakraverty et al[12] reported initial full donor chimerism in 85% of recipients of URD BMT, with a number of patients subsequently developing mixed chimerism. Overall, prospective studies with similar conditioning regimens with control for such factors as diagnosis and prior therapy will be required to substantiate any differences in the engrafting potential of different hematopoietic stem cell (HSC) sources after reduced-intensity conditioning.

Notable in this group of adult patients is the low incidence of severe (grades III-IV) acute GVHD despite the HLA disparity of the UCB graft. These results are lower than those reported after UCBT using traditional myeloablative regimens.[16] This low incidence of acute GVHD may represent an important advantage of UCB over URD BM. In the report by Giralt et al,[9] the incidence of severe acute GVHD was 39%, accounting for 11 of 40 deaths. This compares with an incidence of less than 10%, accounting for only 1 death, in our UCB series. Nonetheless, the TRM in our study is high despite the reduced-intensity conditioning and low incidence of severe GVHD. While this is not unexpected given the high-risk

patient population enrolled in this pilot study, and is in keeping with other reports of similar patient populations,[9] further efforts to reduce the hazards in the early posttransplantation period are warranted. Transplantation in patients with high-risk malignancies using reduced-intensity regimens may be more effective if initiated prior to chemorefractory disease, extensive prior therapy, and its associated complications. Furthermore, for patients with refractory disease or very poor performance status, nontransplantation options may be more appropriate.

Ultimately, the success of a reduced-intensity regimen is dependent on the ability of the transplanted cells to engraft and exert GVM effects. It is premature to assess the potency of UCB GVM in this study that was designed to evaluate the engraftment potential of UCB using reduced-intensity conditioning in adults. However, given that pediatric UCBT series have not observed increased relapse risk as compared with BMT,[17,28,29] continued investigation of this HSC source is warranted. One potential disadvantage of UCBT is that there is no access to donor lymphocyte infusions (DLIs). However, while reports of successful therapy of persistent or relapsed malignancies other than CML exist, overall the efficacy of DLIs in treating patients with diagnoses other than CML has been limited. The advantages of URD UCB—namely, tolerance of 0-2 antigen HLA disparity, speed of availability, and low incidence of severe acute GVHD—may outweigh the disadvantage of lack of DLIs.

## References

1. Thomas ED, Blume K, Forman S, eds. Hematopoietic Cell Transplantation. 2nd ed. Malden, MA: Blackwell Science; 1999.

2. Sierra J, Storer B, Hansen JA, et al. Unrelated donor marrow transplantation for acute myeloid leukemia: an update of the Seattle experience. Bone Marrow Transplant. 2000;26:397-404.

3. Barker JN, Davies SM, DeFor TE, et al. Determinants of survival after human leucocyte antigen matched unrelated donor bone marrow transplantation in adults. Br J Haematol. 2002;118:1-7.

4. Giralt S, Estey E, Albitar M, et al. Engraftment of allogeneic hematopoietic progenitor cells with purine analog-containing chemotherapy: harnessing graft-versus-leukemia without myeloablative therapy. Blood. 1997;89:4531-4536.

5. Slavin S, Nagler A, Naparstek E, et al. Nonmyeloablative stem cell transplantation and cell therapy as an alternative to conventional bone marrow transplantation with lethal cytoreduction for the treatment of malignant and nonmalignant hematologic diseases. Blood. 1998;91:756-763.

6. Childs R, Clave E, Contentin N, et al. Engraftment kinetics after nonmyeloablative allogeneic peripheral blood stem cell transplantation: full donor T-cell chimerism precedes alloimmune responses. Blood. 1999;94:3234-3241.

7. Sykes M, Preffer F, McAfee S, et al. Mixed lymphohaemopoietic chimerism and graft-versus-lymphoma effects after non-myeloablative therapy and HLA-mismatched bone-marrow transplantation. Lancet. 1999;353:1755-1759.

8. Khouri I, Keating M, Korbling M, et al. Transplantlite: induction of graft-versus-malignancy using fludarabine-based nonablative chemotherapy and allogeneic blood progenitor-cell transplantation as treatment for lymphoid malignancies. J Clin Oncol. 1998;16:2817-2824.

9. Giralt S, Thall PF, Khouri I, et al. Melphalan and purine analog-containing preparative regimens: reduced-intensity conditioning for patients with hematologic malignancies undergoing allogeneic progenitor cell transplantation. Blood. 2001;97:631-637.

10. McSweeney PA, Niederwieser D, Shizuru JA, et al. Hematopoietic cell transplantation in older patients with hematologic malignancies: replacing high-dose cytotoxic therapy with graft-versus-tumor effects. Blood. 2001;97:3390-3400.

11. Nagler A, Aker M, Or R, et al. Low-intensity conditioning is sufficient to ensure engraftment in matched unrelated bone marrow transplantation. Exp Hematol. 2001;29:362-370.

12. Chakraverty R, Peggs K, Chopra R, et al. Limiting transplantation-related mortality following unrelated donor stem cell transplantation by using a nonmyeloablative conditioning regimen. Blood. 2002;99:1071-1078.

13. Childs R, Chernoff A, Contentin N, et al. Regression of metastatic renal-cell carcinoma after nonmyeloablative allogeneic peripheral-blood stem-cell transplantation. N Engl J Med. 2000;343:750-758.

14. Gluckman E, Rocha V, Boyer-Chammard A, et al. Outcome of cord-blood transplantation from related and unrelated donors. Eurocord Transplant Group and the European Blood and Marrow Transplantation Group. N Engl J Med. 1997;337:373-381.

15. Rubinstein P, Stevens CE. Placental blood for bone marrow replacement: the New York Blood Center's program and clinical results. Baillieres Best Pract Res Clin Haematol. 2000;13:565-584.

16. Laughlin MJ, Barker J, Bambach B, et al. Hematopoietic engraftment and survival in adult recipients of umbilical-cord blood from unrelated donors. N Engl J Med. 2001;344:1815-1822.

17. Wagner JE, Barker JN, DeFor TE, et al. Transplantation of unrelated donor umbilical cord blood in 102 patients with malignant and nonmalignant diseases: influence of CD34 cell dose and HLA disparity on treatment-related mortality and survival. Blood. 2002;100:1611-1618.

18. Barker JN, Krepski TP, DeFor TE, Davies SM, Wagner JE, Weisdorf DJ. Searching for unrelated donor hematopoietic stem cells: availability and speed of umbilical cord blood versus bone marrow. Biol Blood Marrow Transplant. 2002;8:257-260.

19. Kamofsky DA. Meaningful clinical classification of therapeutic responses to anti-cancer drugs. Clin Pharmacol Ther. 1961;2:709-712.

20. Rubinstein P, Dobrila L, Rosenfield RE, et al. Processing and cryopreservation of placental/umbilical cord blood for unrelated bone marrow reconstitution. Proc Natl Acad Sci U S A. 1995;92: 10119-10122.

21. Scharf SJ, Smith AG, Hansen JA, McFarland C, Erlich HA. Quantitative determination of bone marrow transplant engraftment using fluorescent polymerase chain reaction primers for human identity markers. Blood. 1995;85:1954-1963.

22. Schichman SA, Suess P, Vertino AM, Gray PS. Comparison of short tandem repeat and variable number tandem repeat genetic markers for quantitative determination of allogeneic bone marrow transplant engraftment. Bone Marrow Transplant. 2002;29:243-248.

23. Glucksberg H, Storb R, Fefer A, et al. Clinical manifestations of graft-versus-host disease in human recipients of marrow from HL-A-matched sibling donors. Transplantation. 1974;18:295-304.

24. Lin DY. Non-parametric inference for cumulative incidence functions in competing risks studies. Stat Med. 1997;16:901-910.

25. Kaplan EL, Meier P. Nonparametric estimation from incomplete observations. J Am Stat Assoc. 1958;53:457-481.

26. Petrus MJ, Williams JF, Eckhaus MA, Gress RE, Fowler DH. An immunoablative regimen of fludarabine and cyclophosphamide prevents fully MHC-mismatched murine marrow graft rejection independent of GVHD. Biol Blood Marrow Transplant. 2000;6:182-189.

27. Luznik L, Jalla S, Engstrom LW, Iannone R, Fuchs EJ. Durable engraftment of major histocompatibility complex-incompatible cells after nonmyeloablative conditioning with fludarabine, low-dose total body irradiation, and posttransplantation cyclophosphamide. Blood. 2001;98:3456-3464.

28. Rocha, V, Wagner JE, Sobocinski KA, et al. Graft-versus-host disease in children who have received a cord-blood or bone marrow transplant from an HLA-identical sibling. N Engl J Med. 2000;342:1846-1854.

29. Rocha V, Cornish J, Sievers EL, et al. Comparison of outcomes of unrelated bone marrow and umbilical cord blood transplants in children with acute leukemia. Blood. 2001;97:2962-2971.

# cbr® cordblood registry®
### THE NAME TO TRUST℠

| About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom |

**Call toll free**
**1-888-932-6568**
Mon-Fri 6am - 9pm PST

» Request Info Kit
» New

Search ⋮ Site Map

Home > Caregivers > Why Cord Blood Registry > Preferred Collection Methods

- Overview
- Most Experienced
- Superior Processing Results
- Accreditation and Validation
- Corporate Stability
- Secure Location
- One-Step Shipping
- ▼ Preferred Collection Methods
- Proven Storage Methods
- Excellent Customer Service

## Preferred Collection Methods

Our goal is to ensure that your caregiver collects as much cord blood as possible. Larger volumes increase the odds of success when samples are used in transplant. That's why CBR offers your caregiver a choice of collection methods, either gravity bag or syringe.

- CBR is the **first and only** bank to offer physicians the choice to use the collection method they feel most comfortable with. Call your CBR representative today to find out which method your doctor prefers.
- CBR is the **only** cord blood bank to offer gravity bag and syringe collection kits that are fully STERILE and admissible into the sterile field for use in C-sections.
- Both the gravity bag and syringe collection systems contain pre-loaded anticoagulants. Our proprietary collection systems are the most sterile and convenient systems available, allowing your caregiver to focus their attention on you and your baby.

[Next]

✉ e-mail page to a friend

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search
Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers
Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media

EXHIBIT 34

Cord Blood Registry - Preferred Collection Methods

Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.







http://www.cordblood.com/caregivers/why_cbr/collection_methods.asp

12/21/2004



# cord blood registry®
### THE NAME TO TRUST™

**Call toll free**
**1-888-932-6568**
Mon-Fri 6am - 9pm PST

▸ Request Info Kit
▸ New

| About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom |

Search : Site Map

Home > Caregivers > Why Cord Blood Registry > Proven Storage Methods

- Overview
- Most Experienced
- Superior Processing Results
- Accreditation and Validation
- Corporate Stability
- Secure Location
- One-Step Shipping
- Preferred Collection Methods
- ▸ Proven Storage Methods
- Excellent Customer Service

## Proven Storage Methods

Cord blood stem cells must be well protected when stored at cryogenic temperatures (-196 degrees Celsius). Only CBR's unique methods provide both proven security and flexibility.

- CBR is the only family bank to use shatter-proof polypropylene cryovials which are hermetically sealed in a cryosheath. This unique double containment system is designed specifically to protect samples stored at cryogenic temperatures.

- Only cryovials have proven long-term storage dependability. Multiple independent studies published in medical journals such as Transplantation, Proceedings of the National Academy of Sciences, and Bone Marrow Transplantation all conclude that long-term cryopreservation of stem cells stored in cryovials yields high recovery rates of viable cells. Contact your CBR representative for reprints of these articles.

- Samples are typically stored in at least three individual cryovials. Additional vials are used to accomodate larger samples at no additional cost. Physicians may someday be able to amplify a small number of cells, allowing for multiple uses of a single sample. CBR's method of storage will allow physicians to take advantage of this technology once it is available.

- Storing in cryovials allows our technicians to optimize the concentration of stem cells in each vial. Storing the optimal concentration of cells per vial correlates to higher recovery rates of viable cells when thawed.

[Next]

EXHIBIT 35

Cord Blood Registry - Proven Storage Methods

Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.











## LICENSED CORD BLOOD BANKS

**California Cryobank Stem Cell Services**
**New England Cord Blood Bank**
**Stembanc**
**Cord Partners**
**Cord Blood Family Trust**
**Securacell**
**Alpha Cord**
**Cryobanks International**
**Newborn Blood Banking**
**LifeBank USA**
**CORD**
**CureSource**
**Norton Hospitals / Family Link**
**Hemastem Therapeutics**
GeneAngel
Lifestor

## UNLICENSED CORD BLOOD BANKS

VIACORD
CBR (Cord Blood Registry)
CRYO-CELL International
CORCELL

**Why take a risk with something so precious? Have peace of mind.**

**Patients and obstetricians now have a wide selection of LICENSED banks to choose from.**



Copyrights 2004-2005 PharmaStem Therapeutics, Inc. All rights reserved.
Site developed by Creative Strategy Group, Inc.

**EXHIBIT 36**

Cord Blood Registry - Frequently Asked Questions

http://www.cordblood.com/cord_blood_faqs/enrolling_cbr.asp

## Cbr cord blood registry®
### THIS NAME TO TRUST™

| About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom |

> Request Info Kit
> New

**Call toll free**
**1-888-932-6568**
Mon-Fri 6am - 9pm PST

Search | Site Map

Home > FAQs > Enrolling with Us

Cord Blood Stem Cells

Banking Cord Blood Stem Cells

Collecting Cord Blood Stem Cells

Shipping and Handling Cord Blood

Processing and Banking of Cord Blood

About Cord Blood Registry

Enrolling with CBR

## Enrolling with Us

- How do I enroll with Cord Blood Registry to save my baby's cord blood?
- How much does it cost to save my baby's cord blood stem cells?
- When should I enroll with CBR?
- Will I be charged a fee by my caregiver for the collection?
- Is there any cost to retrieve my baby's stem cells?
- How does CBR ensure the confidentiality of my personal information?

**How do I enroll with Cord Blood Registry to save my baby's cord blood?**

Enrollment is quick and easy. We offer two methods of enrollment for your convenience. You can enroll either online or over the phone. To sign up using a payment plan, please enroll by phone.

Click here to enroll online, available 24-hours a day

Or

Call 1-888-932-6568 between 6am to 9pm (PST) and enroll over the phone.

We will ship your baby's cord blood collection kit immediately.

Return to Index

**How much does it cost to save my baby's cord blood stem cells?**

12/22/2004

EXHIBIT 37

## Cord Blood Registry: Pricing and Payment Plans

The enrollment process is simple. You can choose a single payment after your baby is born, our 6 month Interest-Free Plan or one of our convenient and affordable extended payment plans.

### Processing and Banking Fee                    $1740

Due at the time your baby's cord blood has been stored at our lab, this fee includes all costs associated with your collection kit, shipping, and processing your baby's sample, and includes the following services:

- Administrative costs associated with establishing your family's account, including your cord blood collection kit and follow up materials for your caregiver.
- Our simple, One-Step Shipping(SM) service.
- Our proprietary processing and cell separation process. This includes testing to measure the sterility, viability, and cell count.

### Annual Storage Fee*                           $95

Subsequent annual storage fees are fixed at $95 per year - and are guaranteed through the life of your contract. This fee maintains your sample in cryogenic storage.

---

### First Year's Total Fees                       $1835

---

*Prepaid Option - $300 in Savings
CBR offers our clients the option of prepaying the initial 18 years of storage with a one-time payment of $1410 (a $300 savings). Ask your representative for more details.

---

### 6 Month Interest-Free Payment Plan
CBR offers a 6 Month payment plan, without interest! Call a New Account Representative at 1-888-932-6568 for details.

---

**Extended Payment Plans.** All of CBR's payment plans (including the 6 Month

Interest-Free Plan) include the One-Step Shipping(SM) option as well as the first year's storage fee. No payment is due until your sample has been processed and stored. Extended payment plans require credit approval.

**Monthly Payment**

| 12 Month Plan (interest free) | $153 |
| 48 Month Plan | $47 |
| 60 Month Plan | $39 |

Half of all babies arrive before their due date! Inquire about the unique benefits of our program before your baby arrives.

**Please Note:** Fees apply to single birth, U.S. customers only. Payments by check are due at enrollment. Cancellation fees may apply. Discount offers may not be combined. Click here for payment plan disclosure.

Return to Index

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**When should I enroll with CBR?**

Half of all babies arrive before their due date, so its best to decide early. You have just one opportunity to bank your baby's cord blood, so we strongly recommend making the decision during your second trimester if possible. Its never too late in your pregnancy to enroll, however.

Return to Index

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Will I be charged a fee by my caregiver for the collection?**

Your caregiver will most likely charge a fee to collect your baby's cord blood. Some insurance carriers cover this fee. Through our Patient Rebate Program we will rebate up to

$125 to our clients for collection fees not covered by insurance.

Return to Index

### Is there any cost to retrieve my baby's stem cells?

No, CBR will not charge you for costs associated with preparing your sample for shipment. The only charge you may be responsible for is shipping, however, your insurance should cover that charge.

Return to Index

### How does CBR ensure the confidentiality of my personal information?

Cord Blood Registry maintains strict confidentiality of all client information. All CBR employees sign confidentiality agreements because of the sensitive nature of your family's medical information. We are subject to government regulations (as are your caregivers and insurers) that may require disclosure of certain, limited information under certain circumstances.

Return to Index

 e-mail page to a friend

Comments About Our site? | Most E-mailed Pages | Stem Cell Navigator | Quick Tour | Spread the Word | Send to a Friend | Site Search
Home | About CBR | Banking with CBR | FAQs | My Account | Caregivers | Newsroom | Careers
Enroll Online | Site Map | Contact Us | Disclaimer | Privacy Policy | En Español | Media





Copyright © 1995 - 2003, 2004 Cbr Systems, Inc. All rights reserved.

http://www.cordblood.com/cord_blood_faqs/enrolling_cbr.asp