IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-153-GMS |
| v. ) | |
| ) | |
| CORD BLOOD REGISTRY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Richard D. Kirk as counsel for defendants Cord Blood Registry, Inc. and Sutter Health Inc. in this action.

April 26, 2005                    THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com

*Attorney for Cord Blood Registry, Inc. and Sutter Health Inc.*

OF COUNSEL:

William F. Abrams
Thomas F. Chaffin
Pillsbury Winthrop Shaw Pittman LLP
2550 Hanover Street
Palo Alto, CA 94303-1115
(650) 233-4554

585739v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 26, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Philip A. Rovner, Esq.  
Potter Anderson & Corroon LLP  
Hercules Plaza  
Wilmington, DE 19801

Dawn N. Zubrick, Esq.  
Dilworth Paxson LLP  
First Federal Plaza, Suite 500  
Wilmington, DE 19801

Jeffrey L. Moyer, Esq.  
Richards Layton & Finger, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by email and first class mail to the following non-registered participants:

Paul J. André, Esq.  
Lisa Kobialka, Esq.  
Perkins Coie LLP  
101 Jefferson Dr.  
Menlo Park, CA 94025

/s/ Richard D. Kirk (rk0922)

573117v1