IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-153-GMS |
| ) | Associated with Lead Case 05-md-1660- |
| v. ) | GMS |
| ) | |
| CORD BLOOD REGISTRY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Philip A. Rovner as counsel for plaintiff PharmaStem Therapeutics, Inc. and counter-defendant Nicholas Didier in this action.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul J. André
Lisa Kobialka
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025
(650) 838-4300

Dated: June 17, 2005
680115

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
E-mail: provner@potteranderson.com

Attorneys for Plaintiff
PharmaStem Therapeutics, Inc.
and Counter-Defendant Nicholas Didier

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on June 17, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Chang H. Kim, Esq.
Pillsbury Winthhrop LLP
2475 Hanover Street
Palo Alto, CA 94304

_____
Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com